**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BEAVEX HOLDING CORPORATION, *et al.*,[1] | Case No. 19-10316 (LSS) |
| Debtors. | Jointly Administered |

### SCHEDULES OF ASSETS AND LIABILITIES FOR BEAVEX INCORPORATED
### (CASE NO. 19-10318)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: BeavEx Holding Corporation (7740); BeavEx Acquisition, Inc. (5497); BeavEx Incorporated (7355); JNJW Enterprises, Inc. (4963); and USXP, LLC (2997). The headquarters for the above-captioned Debtors is located at 2120 Powers Ferry Road SE, Suite 300, Atlanta, GA 30339.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BEAVEX HOLDING CORPORATION, *et al.*,[1] | Case No. 19-10316 (LSS) |
| Debtors. | Jointly Administered |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The above-captioned debtors and debtors in possession (each, a "Debtor," and collectively, the "Debtors") are filing their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, collectively, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors, assisted by their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statement of Limitations, Methodology and Disclaimer regarding the Schedules and Statements (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements. These Global Notes should be referred to as part of, and reviewed in connection with, any review of the Schedules and Statements.[2]

The Schedules and Statements have been prepared based on information provided by the Debtors' management and are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on unaudited financial data derived from their books and records that was available at the time of preparation. The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of such financial information. However, subsequent information or discovery may result in material changes to the Schedules and Statements and inadvertent errors, omissions or inaccuracies may exist. The

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: BeavEx Holding Corporation (7740); BeavEx Acquisition, Inc. (5497); BeavEx Inc. (7355); JNJW Enterprises, Inc. (4963); and USXP, LLC (2997). The headquarters for the above-captioned Debtors is located at 2120 Powers Ferry Road SE, Suite 300, Atlanta, GA 30339.

[2] These Global Notes are in addition to any specific notes that may be contained in each of the Schedules or Statements. The fact that the Debtors have prepared a general note herein with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to any of the Debtors' remaining Schedules and Statements, as appropriate.

Debtors and their estates reserve all rights to amend or supplement their Schedules and Statements.

**Reservation of Rights**.  Nothing contained in the Schedules and Statements or these Global Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including, but not limited to, any issues involving objections to claims, setoff or recoupment, credits, allowances, substantive consolidation, equitable subordination, defenses, characterization or recharacterization of contracts, leases and claims, assumption or rejection of contracts and leases and/or causes of action arising under the Bankruptcy Code or any other applicable laws to recover assets or avoid transfers.  At the time of the filing of the Schedules and Statements, the Debtors are continuing to reconcile certain liabilities.  The Debtors further reserve all rights to amend, reclassify, supplement, delete or otherwise modify items included in the Schedules and Statements.

Notwithstanding anything to the contrary contained in the Schedules and Statements or these Global Notes, (i) listing a claim as secured, unsecured priority or any other classification may not constitute an admission by the Debtors and their estates of the legal rights of any claimant, or a waiver of the rights of the Debtors and their estates and (ii) listing a claim on the Schedules does not constitute an admission of liability by the Debtors and their estates, and the Debtors and their estates reserve all rights to amend the Schedules.  Any failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor and its estate that such amount is not "disputed," "contingent" or "unliquidated."

**"As of" Information Date**.  Unless otherwise indicated herein or in the Schedules and Statements, all financial information for the Debtors in the Schedules and Statements and these Global Notes is provided as of February 18, 2019 (the "Petition Date") or as close thereto as reasonably practicable under the circumstances.

**Basis of Presentation**.  The Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements prepared by the Debtors.  Therefore, combining the assets and liabilities set forth in the Schedules and Statements could result in amounts that could be substantially different from any financial information regarding the Debtors prepared on a consolidated basis under GAAP.  Unlike any consolidated financial statements, the Schedules and Statements, except where otherwise indicated herein or in the Schedules and Statements, reflect the assets and liabilities of each Debtor on a non-consolidated basis, where possible.

**Current Market Value – Net Book Value**.  In many instances, current market valuations are neither maintained by, nor readily available to, the Debtors.  It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtors' property interests that are not maintained or readily available.  Accordingly, unless otherwise indicated herein or in the Schedules and Statements, the Schedules and Statements reflect the net book values, rather than current market values, of the Debtors' assets as of the Petition Date (unless another date is indicated herein or in the Schedules and Statements) and may not reflect the net realizable value.

**First Day Orders**.  Pursuant to various "first day" orders and any supplements or amendments to such orders entered by the Court (each, a "First Day Order," and collectively, the "First Day Orders"), the Debtors and their estates are authorized to pay certain prepetition claims, including, without limitation, certain claims relating to employee wages and benefits, non-employee independent contractors, non-employee third-party service providers, taxes and fees, insurance programs, and customer programs.  Except to the extent that these parties have claims in excess of the authority granted to the Debtors under the First Day Orders or to the extent otherwise specified herein, the Debtors have not included such claims in the Schedules and Statements to the extent that they were paid pursuant to a First Day Order prior to the filing of the Schedules and Statements.

**Unknown or Undetermined Amounts.**  Where a description of an amount is left blank or is listed as "unknown" or "undetermined," such response is not intended to reflect upon the materiality of such amount.  Certain amounts related to goods held or assets, whether owned or held by the Debtors on behalf of third parties, are unknown and unknowable.

**Estimates**.  To timely close the books and records of the Debtors and to prepare such information on a legal entity basis, the Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses.

**Guaranties and Other Secondary Liability Claims**.  Guaranties and other secondary liability claims (collectively, the "Guaranties") with respect to the Debtors' contracts and leases may not be included on Schedule H, and the Debtors believe that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and similar agreements may exist.  Therefore, the Debtors and their estates reserve all rights to amend the Schedules to the extent additional Guaranties are identified.

## NOTES FOR SCHEDULES

**Schedule A/B – Assets – Real and Personal Property**.  Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their respective causes of action or potential causes of action against third parties as assets in their respective Schedules and Statements, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws to recover assets or avoid transfers.  The Debtors and their estates reserve all of their rights with respect to any claims and causes of action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims and causes of actions, or in any way waive, prejudice, impair, or otherwise affect the assertion of such claims and causes of action.

**Schedule A/B 60**.  The value of the Debtors' trademarks and other intellectual property is maintained on an aggregate basis within the Debtors' books and records.  Accordingly, the Debtors have determined the aggregate value of such assets but are unable to allocate such value to any individual asset, the values of which are listed in the Schedules as unknown.

**Schedule A/B 63.1**.  The value of the customer lists for USXP, LLC are consolidated within the books and records for BeavEx Incorporated and are included in the Schedule for BeavEx Incorporated.

**Schedule A/B 72.** Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to net operating losses and taxable income in the years in which those temporary differences and carry-forwards are expected to be recovered or settled.  A valuation allowance is established when necessary to reduce deferred tax assets to amounts expected to be realized.  The Debtors' tax return preparer has not yet completed the most recent fiscal year's schedule of allowances on deferred tax assets arising from net operating losses and for investment tax credits.  Accordingly, the amounts contained in the Schedule A/B 72 are estimated amounts based off of the most recent schedule from fiscal year 2017.

**Schedule D – Creditors Who Have Claims Secured by Property**.  Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any of the Debtors.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken.  Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that either is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the secured nature of any such claim or the characterization of the structure of any transaction, document or instrument related to any such claim.  The descriptions provided in Schedule D are intended only to be a summary.

The Debtors have not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, inchoate statutory lien rights, or real property lessors, utility companies and other parties which may hold security deposits.

By listing a party on Schedule D based on a UCC-1 filing, the Debtors and their estates are not conceding that such party actually holds a perfected, unavoidable security interest in the asset that is the subject of such filing, and reserve all rights as set forth in these Global Notes.

Certain of the amounts listed for parties on Schedule D may not be reflective of any accrued and unpaid interest, prepayment premiums, and other similar fees or expenses that such parties may be entitled to.

**Schedule E/F – Creditors Who Have Unsecured Claims**.

Except for employee claims on account of accrued paid time off, the Debtors have not listed in Schedule E/F any claim for which the Debtors have been granted authority to pay pursuant to a First Day Order to the extent that it has been or will be paid because such claims either have been, or will be, satisfied in the ordinary course of business during these chapter 11 cases.  Claims on account of accrued paid time off are listed as of the Petition Date.  However certain employees may have used some or all of their paid time off since the Petition Date.

**Part 1**

The Debtors and their estates reserve all rights to dispute or challenge whether creditors listed on Part 1 of Schedule E/F are entitled to priority claims.

**Part 2**.

Certain creditors listed on Part 2 of Schedule E/F may owe amounts to the Debtors. As such, the Debtors and their estates may have valid setoff and recoupment rights with respect to such amounts, which rights are not reflected on Part 2 of Schedule E/F. Also, the amounts listed on Part 2 of Schedule E/F reflect known prepetition claims as of Petition Date. Such amounts do not reflect any rights of setoff or recoupment that may be asserted by any creditors listed on Part 2 of Schedule E/F, and the Debtors and their estates reserve all rights to challenge any setoff and recoupment rights that may be asserted against them. The Debtors and their estates reserve all rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be perfected by a creditor listed on Part 2 of Schedule E/F.

As noted above, certain claims listed on Part 2 of Schedule E/F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code, and the Debtors and their estates reserve all rights with respect to any such claims.

The Debtors have used commercially reasonable efforts to include all creditors on Part 2 of Schedule E/F. However, the Debtors believe that there are instances in which vendors have yet to provide proper invoices for prepetition goods or services. While the Debtors maintain general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and not tracked on a vendor by vendor basis. Accordingly, these amounts may not have been included on Part 2 of Schedule E/F.

**Schedule G – Executory Contracts and Unexpired Leases**. Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or over-inclusion may have occurred in preparing Schedule G. Moreover, the Debtors have entered into numerous confidentiality agreements with employees, customers and certain professional services firms which, due to their voluminous number, are not included in Schedule G. The Debtors reserve all rights with respect to such agreements. Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease and, as noted above, the Debtors reserve the right to amend Schedule G at any time to add any omitted executory contracts, unexpired leases and other agreements to which the Debtors are a party, including, without limitation, to add any executory contracts, unexpired leases and other agreements that the Debtors, due to the voluminous number of such contracts, leases and agreements, were unable to list on Schedule G at this time. Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the Petition Date or is valid or enforceable. The agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel

certificates, letters and other documents, instruments and agreements which may not be listed on Schedule G.

Any and all rights, claims and causes of action of the Debtors and their estates with respect to the agreements listed on Schedule G are hereby reserved and preserved. The Debtors and their estates hereby reserve all of their rights to: (a) dispute the validity, status, or enforceability of any agreements set forth on Schedule G; (b) dispute or challenge the characterization of the structure of any transaction, document or instrument related to a creditor's claim, including, but not limited to, the agreements listed on Schedule G; and (c) amend or supplement Schedule G, as necessary, including, without limitation, to modify which Debtor entity is a counterparty to the agreement.

## NOTES FOR STATEMENTS

**Statement 3.** Payments made to "insiders" during the 90 days prior to the Petition Date are excluded on Statement 3 to the extent that such payments are listed on Statement 4.

**Statement 4**. Upon information and belief, members of KRC Enterprises LLC are "insiders" of the Debtors as that term is defined in section 101(31) of the Bankruptcy Code. Payments to KRC Enterprises LLC, as well as certain payments to other parties, are included on Statement 4 for purposes of full disclosure and/or out of an abundance of caution. Accordingly, persons listed as "insiders" have been included for informational purposes only, and such listing is not intended to be, nor should it be construed as, a legal characterization of such person as an insider, and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses with respect thereto are hereby expressly reserved. Further, the Debtors and their estates do not take any position with respect to: (a) such person's control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Statement 7**. The Debtors and their estates reserve all rights, claims, and defenses with respect to any and all listed lawsuits and administrative proceedings (or potential lawsuits and administrative proceedings). The listing of any such suits and proceedings shall not constitute an admission by the Debtors and their estates of any liabilities or that the actions or proceedings were correctly filed against the Debtors. The Debtors and their estates reserve all rights to assert that the Debtors are not an appropriate party to such actions or proceedings. The Debtors may not have included on Statement 7 certain parties that may have asserted informal workers' compensation claims or similar claims that were resolved or otherwise addressed without formal litigation or an administrative hearing or similar proceeding having been commenced.

**Statement 11**. Debtor BeavEx Incorporated made payments on behalf of all of the Debtors to various professionals retained by the Debtors for restructuring services and such payments are recorded in Statement 11 for BeavEx Incorporated.

**Statement 14**.  In the ordinary course of the Debtors' business, the Debtors utilize the services of various short-term storage facilities to supplement the storage space of their terminals.  The previous addresses listed in Statement 14 include only the terminal locations and do not include the storage facilities no longer in use by the Debtors, which information would be cumbersome to accumulate and of minimal utility to the Debtors' creditors.

**Statement 16**.  The Debtors do not believe that they are in possession of personally identifiable information, however, may unknowingly have collected such information to the extent that a customer may have paid for services using personal credit information.

**Statement 21**.  In the ordinary course of the Debtors' business, the Debtors hold a significant amount of goods on behalf of third parties which they are responsible for storing and transporting.  The value is listed in Statement 21 as unknown as the value of such goods is knowable only by the Debtors' customers and such information may be confidential or otherwise cumbersome to accumulate.

**Statement 26d1**.  The Debtors may have excluded from the response to Statement 26d1 certain landlords who may have requested copies of the Debtors' financial statements in connection with the execution and/or renewal of certain lease agreements.

**Statement 28**.  As more fully described in the *Declaration of Donald Van der Wiel in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 2], the Eos Parties served their Abandonment of Securities of BeavEx Holding Corporation (the "Abandonment Notice") on the Debtors.  In the Abandonment Notice, the Eos Parties stated that they were abandoning, relinquishing and surrendering all rights, title, and interests in and to any and all shares of capital stock of the Debtors owned by them (the "Securities") as well as any and all rights to distributions, any and all voting rights and any and all other economic, legal or other rights associated with the Securities.  The Debtors have reserved any and all of their rights with respect to such action taken by the Eos Parties and have included the payments to the Eos Parties out of an abundance of caution.

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

| Part 1: | Summary of Assets |
| --- | --- |

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

1a. Real property:
      Copy line 88 from Schedule A/B                                                    $51,851.56

1b. Total personal property:
      Copy line 91A from Schedule A/B                                                   $167,171,475.35

1c. Total of all property:
      Copy line 92 from Schedule A/B                                                    $167,223,326.91

| Part 2: | Summary of Liabilities |
| --- | --- |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D          $38,931,635.63

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

3a. Total claim amounts of priority unsecured claims:
      Copy the total claims from Part 1 from line 5a of Schedule E/F                     $357,334.09

3b. Total amount of claims of nonpriority amount of unsecured claims:
      Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F    $11,294,669.35

**4. Total Liabilities**
Lines 2 + 3a + 3b                                                                         $50,583,639.07

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.

◉ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. Cash on hand

| 2.1 | PETTY CASH | $400.00 |
| --- | --- | --- |

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| --- | --- | --- | --- | --- |
| 3.1 | BAN CORP | CHECKING - FSA ACCOUNT | 8682 | $3,471.19 |
| 3.2 | ENTERPRISE BANK & TRUST | CHECKING | 3686 | $99,509.27 |
| 3.3 | US BANK | CHECKING | 9957 | $0.00 |
| 3.4 | US BANK | CHECKING | 1400 | $0.00 |
| 3.5 | US BANK | CHECKING | 9965 | $215,778.95 |
| 3.6 | US BANK | PREPAID CREDIT CARD | 0439 | $969.63 |
| 3.7 | US BANK | CHECKING - UTILITY DEPOSIT ACCOUNT | 8982 | $0.00 |

4. Other cash equivalents *(Identify all)*

4.1    NONE                                                     $0.00

5. Total of Part 1

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$320,129.04

**Part 2:**   **Deposits and prepayments**

6. Does the debtor have any deposits or prepayments?

  ○ No. Go to Part 3.

  ◉ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. Deposits, including security deposits and utility deposits
Description, including name of holder of deposit

7.1    SEE SCHEDULE A/B 7 ATTACHMENT         $891,569.17

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Description, including name of holder of prepayment

8.1    NONE                                                     $0.00

9. Total of Part 2

Add lines 7 through 8. Copy the total to line 81.

$891,569.17

**Part 3:**   **Accounts receivable**

10. Does the debtor have any accounts receivable?

  ○ No. Go to Part 4.

  ◉ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. Accounts receivable

| | | | | | |
|---|---|---|---|---|---|
| 11a. | 90 days old or less: | 11,763,587.25 | UNKNOWN | = ........ ➜ | $11,763,587.25 |
| | | - face amount | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | 1,492,073.77 | UNKNOWN | = ........ ➜ | $1,492,073.77 |
| | | - face amount | doubtful or uncollectible accounts | | |

12. Total of Part 3

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$13,255,661.02

**Part 4:**   **Investments**

13. Does the debtor own any investments?

○ No. Go to Part 5.

◉ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1    NONE | | $0.00 |

15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1    JNJW Enterprises, Inc. | 100 % | PAR VALUE | UNKNOWN |
| 15.2    USXP, LLC | 100 % | PAR VALUE | UNKNOWN |

16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1
Describe:

| | | |
|---|---|---|
| 16.1    SURETEC INSURANCE COMPANY SURETY BONDS | | $75,000.00 |

17. Total of Part 4

Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | $75,000.00 |

## Part 5:   Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

◉ No. Go to Part 6.

○ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| NONE | | $ | | $0.00 |
| **20. Work in progress** | | | | |
| NONE | | $ | | $0.00 |

21. Finished goods, including goods held for resale

NONE _____     $ _____     _____     $0.00 _____

22. Other inventory or supplies

NONE _____     $ _____     _____     $0.00 _____

23. Total of Part 5
Add lines 19 through 22. Copy the total to line 84.

$0.00 _____

24. Is any of the property listed in Part 5 perishable?

◉ No
○ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

◉ No
○ Yes     Book value  $ _____     Valuation method _____     Current value  $ _____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?

◉ No
○ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

◉ No. Go to Part 7.
○ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | | | |
| NONE | $ _____ | _____ | $0.00 _____ |
| 29. Farm animals *Examples:* Livestock, poultry, farm-raised fish | | | |
| NONE | $ _____ | _____ | $0.00 _____ |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | | | |
| NONE | $ _____ | _____ | $0.00 _____ |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| NONE | $ _____ | _____ | $0.00 _____ |

32. Other farming and fishing-related property not already listed in Part 6

NONE                                              $ _____    _____    $0.00 _____

33. Total of Part 6

Add lines 28 through 32. Copy the total to line 85.

| $0.00 |
| --- |

34. Is the debtor a member of an agricultural cooperative?

○ No

○ Yes. Is any of the debtor's property stored at the cooperative?

      ○ No

      ○ Yes

35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?

○ No

○ Yes    Book  $ _____    Valuation method _____    Current value  $ _____
          value

36. Is a depreciation schedule available for any of the property listed in Part 6?

○ No

○ Yes

37. Has any of the property listed in Part 6 been appraised by a professional within the last year?

○ No

○ Yes

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

○ No. Go to Part 8.

● Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. Office furniture | | | |
| 39.1  SEE SCHEDULE A/B 39 ATTACHMENT | $ 36,001.49 | | $36,001.49 |
| 40. Office fixtures | | | |
| 40.1  NONE | $ | | $0.00 |
| 41. Office equipment, including all computer equipment and communication systems equipment and software | | | |
| 41.1  SEE SCHEDULE A/B 41 ATTACHMENT | $ 180,559.68 | | $180,559.68 |

42. Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1   NONE      $ _____      _____      $0.00

43. Total of Part 7

Add lines 39 through 42. Copy the total to line 86.

$216,561.17

44. Is a depreciation schedule available for any of the property listed in Part 7?

○ No
◉ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?

◉ No
○ Yes

46. Does the debtor own or lease any machinery, equipment, or vehicles?

○ No. Go to Part 9.

● Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1 2010 COACHMAN FREELANDER VIN 4T1BE46K27U029024 | $ 4,385.82 | | UNKNOWN |
| 47.2 2007 TOYOTA CAMRY | $ UNKNOWN | | UNKNOWN |
| 47.3 2009 TOYOTA COROLLA VIN 2T1BU40E39C006572 | $ UNKNOWN | | UNKNOWN |
| 48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 NONE | $ | | $0.00 |
| 49. Aircraft and accessories | | | |
| 49.1 NONE | $ | | $0.00 |
| 50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | | | |
| 50.1 SEE SCHEDULE A/B 50 ATTACHMENT | $ 46,590.95 | | $46,590.95 |

51. Total of Part 8.

Add lines 47 through 50. Copy the total to line 87.

$46,590.95

52. Is a depreciation schedule available for any of the property listed in Part 8?

○ No

● Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?

● No

○ Yes

**Part 9:** Real Property

54. Does the debtor own or lease any real property?

○ No. Go to Part 10.

◉ Yes. Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1   SEE SCHEDULE A/B 55 ATTACHMENT | VARIOUS | $ 51,851.56 | NET BOOK VALUE | $51,851.56 |

56. Total of Part 9.

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$51,851.56

57. Is a depreciation schedule available for any of the property listed in Part 9?

○ No

◉ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?

◉ No

○ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. Does the debtor have any interests in intangibles or intellectual property?

○ No. Go to Part 11.

◉ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 60.1 BEAVEX LOGO (SERIAL NO. 76639803) | $ UNKNOWN | NET BOOK VALUE | UNKNOWN |
| 60.2 BEAVEX LOGO (SERIAL NO. 76639804) | $ UNKNOWN | NET BOOK VALUE | UNKNOWN |
| 60.3 BEAVEXPDEITE DON'T LET DISTANCE DELAY YOUR BUSIN | $ UNKNOWN | NET BOOK VALUE | UNKNOWN |
| 60.4 GUARDIAN MEDICAL LOGISTICS LOGO (SERIAL NO. 85941 | $ UNKNOWN | NET BOOK VALUE | UNKNOWN |
| 60.5 WHEN NEXT DAY ISN'T GOOD ENOUGH LOGO (SERIAL NO | $ UNKNOWN | NET BOOK VALUE | UNKNOWN |
| **TOTAL:** | $ 9,671,000.00 | NET BOOK VALUE | $9,671,000.00 |
| 61. Internet domain names and websites | | | |
| 61.1 WWW.BEAVEX.COM | $ UNKNOWN | NET BOOK VALUE | UNKNOWN |
| 61.2 WWW.BEAVEXPEDITE.COM | $ UNKNOWN | NET BOOK VALUE | UNKNOWN |
| 61.3 WWW.GUARDIANML.COM | $ UNKNOWN | NET BOOK VALUE | UNKNOWN |
| 61.4 WWW.CONEJOCOURIER.COM | $ UNKNOWN | NET BOOK VALUE | UNKNOWN |
| 61.5 WWW.COURIERCONNECTINC.COM | $ UNKNOWN | NET BOOK VALUE | UNKNOWN |
| 61.6 WWW.USEXPRESSUSA.COM | $ UNKNOWN | NET BOOK VALUE | UNKNOWN |
| 62. Licenses, franchises, and royalties | | | |
| 62.1 NONE | $ | | $0.00 |
| 63. Customer lists, mailing lists, or other compilations | | | |
| 63.1 CUSTOMER LISTS | $ 7,460,942.00 | NET BOOK VALUE | $7,460,942.00 |
| 64. Other intangibles, or intellectual property | | | |
| 64.1 NONE | $ | | $0.00 |

65. Goodwill

65.1    NONE _____    $ _____    _____    $0.00 _____

66. Total of Part 10.
Add lines 60 through 65. Copy the total to line 89.

$17,131,942.00

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?

⦿ No
◯ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?

◯ No
⦿ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?

⦿ No
◯ Yes

| Part 11: | All other assets |
| --- | --- |

70. Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

⦿ No. Go to Part 12.
◯ Yes. Fill in the information below.

Current value of debtor's interest

71. Notes receivable
Description (include name of obligor)

71.1    NONE _____    _____    -    _____    = ➔    $0.00 _____
                                 total face amount          doubtful or uncollectible
                                                            amount

72. Tax refunds and unused net operating losses (NOLs)
Description (for example, federal, state, local)

72.1    SEE SCHEDULE A/B 72 ATTACHMENT _____    Tax year _____    $133,034,022.00 _____

73. Interests in insurance policies or annuities

73.1    NONE _____    $0.00 _____

74. Causes of action against third parties (whether or not a lawsuit has been filed)

| 74.1 | LEVEL 3 COMMUNICATIONS, LLC, A DELAWARE LIMITED LIABILITY COMPANY AND LEVEL 3 TELECOM HOLDINGS, LLC, A DELAWARE LIMITED LIABILITY COMPANY V. BEAVEX INCORPORATED, A CONNECTICUT CORPORATION | $2,200,000.00 |
|---|---|---|

| Nature of Claim | BREACH OF CONTRACT AND UNJUST ENRICHMENT |
|---|---|
| Amount requested | $ 2,200,000.00 |

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

| 75.1 | NONE | $0.00 |
|---|---|---|

| Nature of Claim | |
|---|---|
| Amount requested | $ |

76. Trusts, equitable or future interests in property

| 76.1 | NONE | |
|---|---|---|

77. Other property of any kind not already listed *Examples:* Season tickets, country club membership

| 77.1 | NONE | $0.00 |
|---|---|---|

78. Total of Part 11.

Add lines 71 through 77. Copy the total to line 90.

$135,234,022.00

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?

(●) No

( ) Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $320,129.04 | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $891,569.17 | |
| 82. Accounts receivable. Copy line 12, Part 3. | $13,255,661.02 | |
| 83. Investments. Copy line 17, Part 4. | $75,000.00 | |
| 84. Inventory. Copy line 23, Part 5. | $0.00 | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $0.00 | |

86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7.

$216,561.17

87. Machinery, equipment, and vehicles. Copy line 51, Part 8.

$46,590.95

88. Real property. Copy line 56, Part 9.

→ $51,851.56

89. Intangibles and intellectual property.. Copy line 66, Part 10.

$17,131,942.00

90. All other assets. Copy line 78, Part 11.

$135,234,022.00

91. Total. Add lines 80 through 90 for each column    91a. $167,171,475.35    91b. $51,851.56

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92.

$167,223,326.91

# Schedule AB 7

### Deposits, including security deposits and utility deposits

| | Description, Including Name of Holder of Deposit | Current Value of Debtor's Interest ($) |
|---|---|---|
| 7.1 | DEPOSIT - A SHUR LOCK | $25.00 |
| 7.2 | DEPOSIT FOR DRY ICE COOLER - BRUCE FIRE & SAFETY EQUIPMENT | $100.00 |
| 7.3 | DEPOSIT FOR WATER - MANASCO, STEVE | $120.00 |
| 7.4 | ELECTRIC DEPOSIT - TAMPA ELECTRIC | $300.00 |
| 7.5 | ELECTRIC DEPOSIT - TAMPA ELECTRIC | $170.00 |
| 7.7 | INSURANCE DEPOSIT - SHIPMENT BY VESSEL BOND | $85,262.50 |
| 7.8 | INSURANCE DEPOSIT - SURETEC - COLLATERAL SECURITY | $75,000.00 |
| 7.11 | LEASE DEPOSIT - MATHER ENTERPRISE | $1,435.00 |
| 7.12 | LEASE SECURITY DEPOSIT - 1200 LAWRENCE DR, LTD | $6,917.00 |
| 7.13 | LEASE SECURITY DEPOSIT - 135 ROBERT TREAT PAINE DRIVE | $10,083.00 |
| 7.14 | LEASE SECURITY DEPOSIT - 30 MAGAZINER REALTY, LLC | $3,364.58 |
| 7.15 | LEASE SECURITY DEPOSIT - AMIR DEVELOPMENT COMPANY | $31,376.00 |
| 7.16 | LEASE SECURITY DEPOSIT - BEACON COMMERCE PARK LLC | $5,000.00 |
| 7.17 | LEASE SECURITY DEPOSIT - BGT PRODUCTIONS TRUST II | $3,300.00 |
| 7.18 | LEASE SECURITY DEPOSIT - BRYAN C. BATEMAN | $6,000.00 |
| 7.19 | LEASE SECURITY DEPOSIT - CAMPBELL GIRLS PARTNERSHIP LTD | $7,500.00 |
| 7.20 | LEASE SECURITY DEPOSIT - DPACK INC | $15,000.00 |
| 7.21 | LEASE SECURITY DEPOSIT - EAOA, INC. | $7,346.83 |
| 7.22 | LEASE SECURITY DEPOSIT - EAST GATE BUSINESS CENTER LLC | $3,400.00 |
| 7.23 | LEASE SECURITY DEPOSIT - EASTGROUP PROPERTIES LP | $32,450.39 |
| 7.24 | LEASE SECURITY DEPOSIT - EASTGROUP PROPERTIES, L.P. -1409 | $5,000.00 |
| 7.25 | LEASE SECURITY DEPOSIT - FDC-HARLINGEN-WFI, INC | $4,200.00 |
| 7.26 | LEASE SECURITY DEPOSIT - FENTON MIRAMAR PORTFOLIO LLC | $3,779.28 |
| 7.27 | LEASE SECURITY DEPOSIT - FLETCHER JAMES ALAN | $150.00 |
| 7.28 | LEASE SECURITY DEPOSIT - FRED JONES | $2,000.00 |
| 7.29 | LEASE SECURITY DEPOSIT - FSC PROPERTIES, LLC | $1,260.00 |
| 7.30 | LEASE SECURITY DEPOSIT - G&I VII ISOM, LP | $20,145.43 |
| 7.31 | LEASE SECURITY DEPOSIT - G&I VII PECAN LP | $24,000.00 |
| 7.32 | LEASE SECURITY DEPOSIT - GATEWAY CORRIDOR LLC | $21,018.24 |
| 7.33 | LEASE SECURITY DEPOSIT - GIVENS ENTERPRISE | $11,461.41 |
| 7.34 | LEASE SECURITY DEPOSIT - GOLDKRESS | $200.00 |
| 7.35 | LEASE SECURITY DEPOSIT - GREEN PARK CARE, INC. | $1,425.00 |
| 7.36 | LEASE SECURITY DEPOSIT - HARRISON ENTERPRISES, LLC | $2,515.63 |
| 7.37 | LEASE SECURITY DEPOSIT - HEAVY METAL PARTNERS, LLC | $9,203.79 |
| 7.38 | LEASE SECURITY DEPOSIT - ICON NEWCO POOL 1SF NON-BUSINESS PARKS, LLC | $45,792.00 |
| 7.39 | LEASE SECURITY DEPOSIT - ICON NEWCO POOL 3 NEVADA, LLC | $3,772.26 |
| 7.40 | LEASE SECURITY DEPOSIT - INDUSTRIAL DEVELOPERS OF OKLAHOMA 6, LLC | $3,172.45 |
| 7.41 | LEASE SECURITY DEPOSIT - INTERCRAFT INTERNATIONAL INC | $3,800.00 |
| 7.42 | LEASE SECURITY DEPOSIT - IP 70 INDUSTRAIL , INC. | $34,713.76 |
| 7.43 | LEASE SECURITY DEPOSIT - IPERS SOUTH BAY PORTFOLIO INC | $25,633.23 |
| 7.44 | LEASE SECURITY DEPOSIT - J. SNYDER ENTERPRISES LLC | $5,958.00 |
| 7.45 | LEASE SECURITY DEPOSIT - KERR DEVELOPMENT, LLC | $2,700.00 |
| 7.46 | LEASE SECURITY DEPOSIT - KNICKERBOCKER PROPERTIES, INC. XV | $45,000.00 |
| 7.47 | LEASE SECURITY DEPOSIT - KT ASSOCIATES OF  VIRGINIA, LLC | $11,422.21 |
| 7.48 | LEASE SECURITY DEPOSIT - LIBERTY PROPERTY LIMITED PARTNERSHIP | $5,000.00 |
| 7.49 | LEASE SECURITY DEPOSIT - LION INDUSTRIAL PROPERTIES. LP- LIT INDUSTRIAL LIMITED F | $43,000.00 |
| 7.50 | LEASE SECURITY DEPOSIT - M&C OF CHARLESTON LLC | $3,577.00 |
| 7.51 | LEASE SECURITY DEPOSIT - NAI HANSON MANAGEMENT, LLC | $40,000.00 |
| 7.52 | LEASE SECURITY DEPOSIT - NITA S CORLEY | $7,330.25 |
| 7.53 | LEASE SECURITY DEPOSIT - OLSEN FAMILY INVESTMENTS LLC | $10,000.00 |
| 7.54 | LEASE SECURITY DEPOSIT - PAN AM MAYLAR LLC | $900.00 |
| 7.55 | LEASE SECURITY DEPOSIT - PARK SPE, LLC | $4,000.00 |
| 7.56 | LEASE SECURITY DEPOSIT - PARKWOOD ARIZONA, LLC | $9,024.00 |
| 7.57 | LEASE SECURITY DEPOSIT - PF REALTY | $2,431.65 |
| 7.58 | LEASE SECURITY DEPOSIT - PROLOGIS | $14,383.00 |

# Schedule AB 7

Deposits, including security deposits and utility deposits

| | Description, Including Name of Holder of Deposit | Current Value of Debtor's Interest ($) |
|---|---|---|
| 7.59 | LEASE SECURITY DEPOSIT - PROLOGIS, L.P. | $8,132.38 |
| 7.60 | LEASE SECURITY DEPOSIT - PROLOGIS, L.P. | $20,123.00 |
| 7.61 | LEASE SECURITY DEPOSIT - ROBERT E MARBLE TRUST | $4,725.00 |
| 7.62 | LEASE SECURITY DEPOSIT - SEBETHE DRIVE PATNERS, LLC | $14,000.00 |
| 7.63 | LEASE SECURITY DEPOSIT - SHADOWOOD OFFICE PARK LLC | $24,070.11 |
| 7.64 | LEASE SECURITY DEPOSIT - SHEFFA, LLC | $21,629.73 |
| 7.65 | LEASE SECURITY DEPOSIT - STONEWATER PROPERTIES SUNBELT, INC | $3,637.00 |
| 7.66 | LEASE SECURITY DEPOSIT - TED R. DAVIS, LLC. | $10,992.67 |
| 7.67 | LEASE SECURITY DEPOSIT - THE ECONOMIC DEVELOPMENT AND INDUSTRIAL CORPORATI | $10,736.00 |
| 7.68 | LEASE SECURITY DEPOSIT - TSC/PUMPHOUSE ROAD, LLC | $5,060.84 |
| 7.69 | LEASE SECURITY DEPOSIT - WESTERN A. SOUTH TX , LLC | $18,423.00 |
| 7.70 | LEASE SECURITY DEPOSIT - WILLIAM T. BUNTING | $500.00 |
| 7.71 | LEASE SECURITY DEPOSIT - WIRE & WOOD LLC - C | $2,250.00 |
| 7.73 | STORAGE FACILITY DEPOSIT - HOME SHOW CENTER | $125.00 |
| 7.74 | UTILITY  DEPOSIT - KANSAS GAS SERVICE | $25.00 |
| 7.75 | UTILITY DEPOSIT - CITY LUBBOCK UTILITIES | $528.00 |
| 7.76 | UTILITY DEPOSIT - CITY OF AUSTIN | $300.00 |
| 7.77 | UTILITY DEPOSIT - CITY OF LUBBOCK | $528.00 |
| 7.78 | UTILITY DEPOSIT - CPW | $850.00 |
| 7.79 | UTILITY DEPOSIT - DOMINION VIRGINIA POWER | $1,050.00 |
| 7.80 | UTILITY DEPOSIT - DOMINION VIRGINIA POWER | $1,228.00 |
| 7.81 | UTILITY DEPOSIT - DTE ENERGY | $1,251.00 |
| 7.82 | UTILITY DEPOSIT - DUKE ENERGY | $375.00 |
| 7.83 | UTILITY DEPOSIT - DUKE ENERGY PROGRESS | $758.00 |
| 7.84 | UTILITY DEPOSIT - DUKE ENERGY PROGRESS | $678.00 |
| 7.85 | UTILITY DEPOSIT - FAIRFAX WATER | $190.00 |
| 7.86 | UTILITY DEPOSIT - GEORGIA POWER | $3,880.00 |
| 7.87 | UTILITY DEPOSIT - LA DWP | $200.00 |
| 7.88 | UTILITY DEPOSIT - LA DWP | $1,800.00 |
| 7.89 | UTILITY DEPOSIT - NV ENERGY | $855.00 |
| 7.90 | UTILITY DEPOSIT - NV ENERGY | $500.00 |
| 7.91 | UTILITY DEPOSIT - OKLAHOMA NATURAL GAS | $1,010.00 |
| 7.92 | UTILITY DEPOSIT - ORLANDO UTILITY COMMISSION | $1,027.55 |
| 7.93 | UTILITY DEPOSIT - PUBLIC SERVICE COMPANY | $883.00 |
| 7.94 | UTILITY DEPOSIT - PUBLIC SERVICE COMPANY | $691.00 |
| 7.95 | UTILITY DEPOSIT - SCE&G | $4,330.00 |
| 7.96 | UTILITY DEPOSIT - SDE ELECTRIC | $880.00 |
| 7.97 | UTILITY DEPOSIT - SOUTHWESTERN ELECTRIC POWER | $903.00 |
| 7.98 | UTILITY DEPOSIT - SPRINGDALE WATER UTILITIES | $75.00 |
| 7.99 | UTILITY DEPOSIT - TEXAS GAS SERVICE | $170.00 |
| 7.100 | UTILITY DEPOSIT - WASTE MANAGEMENT | $80.00 |
| | **TOTAL:** | **$891,569.17** |

# Schedule A/B 39

Office furniture

| | Description | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 39.1 | 2 - LATERAL FILE CABINETS FOR HR | $0.00 | BOOK VALUE | $0.00 |
| 39.2 | 2 CUBICLES FOR NC | $0.00 | BOOK VALUE | $0.00 |
| 39.3 | 2012 AUDIT ADD OFFICE EQUIPMENT | $0.00 | BOOK VALUE | $0.00 |
| 39.4 | 3 LEATHER CHAIRS FOR NORTH HAVEN | $0.00 | BOOK VALUE | $0.00 |
| 39.5 | 6 DESK/CHAIR/3 FILE CABINETS/3 BOOKCASES | $0.00 | BOOK VALUE | $0.00 |
| 39.6 | 8 RAPID RACKS | $0.00 | BOOK VALUE | $0.00 |
| 39.7 | ALBUQUERQUE FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.8 | AZ/PHOENIX/FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.9 | AZ/PHOENIX/FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.10 | AZ/PHOENIX/FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.11 | AZ/PHOENIX/FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.12 | AZ/PHOENIX/REFRIDGERATOR | $0.00 | BOOK VALUE | $0.00 |
| 39.13 | AZ/TEMPE/STORAGE CABINET & DESK | $0.00 | BOOK VALUE | $0.00 |
| 39.14 | BOMBAY SIDEBOARD TABLE | $0.00 | BOOK VALUE | $0.00 |
| 39.15 | CA/SAN DIEGO/FILE&DESK | $0.00 | BOOK VALUE | $0.00 |
| 39.16 | CA/SAN/LEANDRO/OFFICE FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.17 | CABINETS | $0.00 | BOOK VALUE | $0.00 |
| 39.18 | CARLMAT OFFICE EQUIPMENT | $0.00 | BOOK VALUE | $0.00 |
| 39.19 | CHEAPER OS-13 CUBICLES/3 MODULARS (AMEX) | $0.00 | BOOK VALUE | $0.00 |
| 39.20 | CONVEYOR BELT EQUIPMENT FOR CHARLOTTE | $0.00 | BOOK VALUE | $0.00 |
| 39.21 | CREDENZA SHELVES & CABINETS | $0.00 | BOOK VALUE | $0.00 |
| 39.22 | CRENDENZA BASE | $0.00 | BOOK VALUE | $0.00 |
| 39.23 | CT/CROMWELL | $0.00 | BOOK VALUE | $0.00 |
| 39.24 | CT/CROMWELL/FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.25 | CT/EAST HARTFORD/FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.26 | CT/EAST HARTFORD/GENERATOR | $0.00 | BOOK VALUE | $0.00 |
| 39.27 | FILING CABINET | $0.00 | BOOK VALUE | $0.00 |
| 39.28 | FIRST LIGHT - LED T8 LAMPS | $3,680.53 | BOOK VALUE | $3,680.53 |
| 39.29 | FL/TAMPA/FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.30 | FL/TAMPA/FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.31 | FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.32 | FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.33 | FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.34 | FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.35 | FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.36 | FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.37 | GA/ATLANTA/3 DESKS | $0.00 | BOOK VALUE | $0.00 |
| 39.38 | GA/ATLANTA/EMERGENCY EQUIPMENT | $0.00 | BOOK VALUE | $0.00 |
| 39.39 | GA/ATLANTA/FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.40 | GA/ATLANTA/FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.41 | GA/ATLANTA/MAIL SORTER TD1865 | $0.00 | BOOK VALUE | $0.00 |
| 39.42 | GA/ATLANTA/ORBIS FURN/COMP PURCH JAN 1 | $0.00 | BOOK VALUE | $0.00 |
| 39.43 | GA/ATLANTA/RACKS&SHELVES | $0.00 | BOOK VALUE | $0.00 |
| 39.44 | GA/ATLANTA/WORK STATIONS | $0.00 | BOOK VALUE | $0.00 |
| 39.45 | GA/CORP/14 CHAIRS | $0.00 | BOOK VALUE | $0.00 |
| 39.46 | GA/CORP/4 CHAIRS | $0.00 | BOOK VALUE | $0.00 |
| 39.47 | GA/CORP/4 CHAIRS ALTSRC=U01 | $0.00 | BOOK VALUE | $0.00 |
| 39.48 | GA/CORP/CONFERENCE ROOM TABLE | $0.00 | BOOK VALUE | $0.00 |
| 39.49 | GA/CORP/CT PALLET RACKING/AMEX PAID | $0.00 | BOOK VALUE | $0.00 |
| 39.50 | GA/CORP/CUBICLE ADN NETWORK WIRING | $0.00 | BOOK VALUE | $0.00 |
| 39.51 | GA/CORP/CUBICLES | $0.00 | BOOK VALUE | $0.00 |
| 39.52 | GA/CORP/CUBICLES | $0.00 | BOOK VALUE | $0.00 |
| 39.53 | GA/CORP/CUBICLES | $0.00 | BOOK VALUE | $0.00 |
| 39.54 | GA/CORP/DESK | $0.00 | BOOK VALUE | $0.00 |
| 39.55 | GA/CORP/DESK/FILES | $0.00 | BOOK VALUE | $0.00 |

# Schedule A/B 39

Office furniture

| | Description | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 39.56 | GA/CORP/DESK/TEMP WALL/FILING CABINET | $0.00 | BOOK VALUE | $0.00 |
| 39.57 | GA/CORP/FILE CABINETS | $0.00 | BOOK VALUE | $0.00 |
| 39.58 | GA/CORP/FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.59 | GA/CORP/FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.60 | GA/CORP/FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.61 | GA/CORP/FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.62 | GA/CORP/FURNITURE  & CUBICLES | $0.00 | BOOK VALUE | $0.00 |
| 39.63 | GA/CORP/LATERAL FILE - 4 DRAWER | $0.00 | BOOK VALUE | $0.00 |
| 39.64 | GA/CORP/LATERALFILE | $0.00 | BOOK VALUE | $0.00 |
| 39.65 | GA/CORP/LATERALFILE | $0.00 | BOOK VALUE | $0.00 |
| 39.66 | GA/CORP/LATERALFILE | $0.00 | BOOK VALUE | $0.00 |
| 39.67 | GA/CORP/LATERALFILE | $0.00 | BOOK VALUE | $0.00 |
| 39.68 | GA/CORP/LOBBY FURNITURE DEPOSIT | $0.00 | BOOK VALUE | $0.00 |
| 39.69 | GA/CORP/OFFICE FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.70 | GA/CORP/OFFICE TRENDS | $0.00 | BOOK VALUE | $0.00 |
| 39.71 | GA/CORP/OIL PAINTING AND INSTALLATION OF | $0.00 | BOOK VALUE | $0.00 |
| 39.72 | GA/CORP/SHELVING INSTALLATION | $0.00 | BOOK VALUE | $0.00 |
| 39.73 | GA/MACON/SORTBINS | $0.00 | BOOK VALUE | $0.00 |
| 39.74 | GA/SORTBINS | $0.00 | BOOK VALUE | $0.00 |
| 39.75 | GRAINGER - SHELVING IN SC TERMINAL | $0.00 | BOOK VALUE | $0.00 |
| 39.76 | LAS VEGAS FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.77 | LIGHT FIXTURES | $0.00 | BOOK VALUE | $0.00 |
| 39.78 | MACALLAN | $2,864.82 | BOOK VALUE | $2,864.82 |
| 39.79 | MAIL BINS IN IL | $0.00 | BOOK VALUE | $0.00 |
| 39.80 | NC/ARDEN/CHAIR | $0.00 | BOOK VALUE | $0.00 |
| 39.81 | NC/CHARLOTTE/OFFICE FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.82 | NC/GREENSBORO/6 MAIL CARTS | $0.00 | BOOK VALUE | $0.00 |
| 39.83 | NC/GREENSBORO/FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.84 | NC/RALIEGH/FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.85 | NEW BREAKROOM CABINETS, SINK FIXTURE | $2,007.26 | BOOK VALUE | $2,007.26 |
| 39.86 | NEW CUBICLES - CORP | $0.00 | BOOK VALUE | $0.00 |
| 39.87 | NEW CUBICLES - CORP | $0.00 | BOOK VALUE | $0.00 |
| 39.88 | NJ OFFICE EQUIPMENT - LOWERY ACQ. | $0.00 | BOOK VALUE | $0.00 |
| 39.89 | NJ/E RUTHERFORD/FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.90 | NJ/PENNSAUKEN/DESKS | $0.00 | BOOK VALUE | $0.00 |
| 39.91 | OFF. INTERIORS (75) BLACK OFFICE CHAIRS | $7,579.61 | BOOK VALUE | $7,579.61 |
| 39.92 | OFFICE BASICS-3 DESKS, MENTOR, NM | $73.38 | BOOK VALUE | $73.38 |
| 39.93 | OFFICE EQUIPMENT | $0.00 | BOOK VALUE | $0.00 |
| 39.94 | OFFICE EQUIPMENT - CABLES | $0.00 | BOOK VALUE | $0.00 |
| 39.95 | OFFICE FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.96 | OFFICE FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.97 | OFFICE FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.98 | OFFICE FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.99 | OFFICE FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.100 | OFFICE FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.101 | OFFICE FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.102 | OFFICE FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.103 | OFFICE FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.104 | OFFICE FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.105 | OFFICE FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.106 | OFFICE FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.107 | OFFICE FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.108 | OFFICE FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.109 | OFFICE FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.110 | OFFICE FURNITURE (IL TERMINAL) | $0.00 | BOOK VALUE | $0.00 |

# Schedule A/B 39

Office furniture

| | Description | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 39.111 | OFFICE FURNITURE (NJ TERMINAL) | $0.00 | BOOK VALUE | $0.00 |
| 39.112 | OFFICE INTERIOR WORKSTATIONS | $7,920.04 | BOOK VALUE | $7,920.04 |
| 39.113 | OFFICE INTERIORS WORKSTATIONS | $7,491.93 | BOOK VALUE | $7,491.93 |
| 39.114 | OFFICE INTERIORS WORKSTATIONS | $4,383.92 | BOOK VALUE | $4,383.92 |
| 39.115 | OK/ TULSA/ PALLET RACKS | $0.00 | BOOK VALUE | $0.00 |
| 39.116 | OK/TULSA/PALLET RAKING | $0.00 | BOOK VALUE | $0.00 |
| 39.117 | PHOENIX OFFICE FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.118 | RACKING | $0.00 | BOOK VALUE | $0.00 |
| 39.119 | RACKING | $0.00 | BOOK VALUE | $0.00 |
| 39.120 | RACKING | $0.00 | BOOK VALUE | $0.00 |
| 39.121 | REFIRGERATOR FOR RDU OFFICE | $0.00 | BOOK VALUE | $0.00 |
| 39.122 | ROLLING LADDER | $0.00 | BOOK VALUE | $0.00 |
| 39.123 | SC/LEXINGTON/11 STEEL SHELVES | $0.00 | BOOK VALUE | $0.00 |
| 39.124 | SC/LEXINGTON/40 SHELVES | $0.00 | BOOK VALUE | $0.00 |
| 39.125 | SHELVING | $0.00 | BOOK VALUE | $0.00 |
| 39.126 | SHELVING - WOOD | $0.00 | BOOK VALUE | $0.00 |
| 39.127 | STEEL STORAGE BINS | $0.00 | BOOK VALUE | $0.00 |
| 39.128 | STORAGE EQUIPMENT | $0.00 | BOOK VALUE | $0.00 |
| 39.129 | STORAGE SHELVES | $0.00 | BOOK VALUE | $0.00 |
| 39.130 | TEM DSK TP | $0.00 | BOOK VALUE | $0.00 |
| 39.131 | TX/COPPELL/WORKSTATIONS | $0.00 | BOOK VALUE | $0.00 |
| 39.132 | TX/HOUSTON/OFFICE EQUIPMENT | $0.00 | BOOK VALUE | $0.00 |
| 39.133 | ULINE | $0.00 | BOOK VALUE | $0.00 |
| 39.134 | USED TOYOTA FORKLIFT | $0.00 | BOOK VALUE | $0.00 |
| 39.135 | UT/SALT LAKE/ OFFICE FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| 39.136 | VARIOUS OFFICE FURNITURE/FIXTURES | $0.00 | | UNKNOWN |
| 39.137 | WHEEL RISER | $0.00 | BOOK VALUE | $0.00 |
| 39.138 | WI/MILWAUKEE/OFFICE FURNITURE | $0.00 | BOOK VALUE | $0.00 |
| | TOTAL: | $36,001.49 | TOTAL: | $36,001.49 |

# Schedule A/B 41

Office equipment, including all computer equipment and
communication systems equipment and software

| | Description | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 41.1 | (2) AVNET PORT 1/10 LICENSES | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.2 | 1- APPLE MACBOOK PRO | $0.00 | BOOK VALUE | $0.00 |
| 41.3 | 1 DESKTOP COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.4 | 1 DESKTOP COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.5 | 1 DESKTOP COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.6 | 1 DESKTOP COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.7 | 1 DESKTOP COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.8 | 1 DESKTOP COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.9 | 1 DESKTOP COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.10 | 1 DESKTOP COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.11 | 1 DESKTOP COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.12 | 1 DESKTOP COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.13 | 1 DESKTOP COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.14 | 1 DESKTOP COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.15 | 1- HP ELITEBOOK 8570P | $0.00 | BOOK VALUE | $0.00 |
| 41.16 | 1 HP ELITEBOOK LAPTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.17 | 1- HP ELITEBOOK LAPTOP W/DOCKING STATION | $0.00 | BOOK VALUE | $0.00 |
| 41.18 | 1- HP LASERJET ENTERPRISE 50 PRINTER | $0.00 | BOOK VALUE | $0.00 |
| 41.19 | 1- HP LASERJET ENTERPRISE M4 PRINTER | $0.00 | BOOK VALUE | $0.00 |
| 41.20 | 1 HP LASERJET, 22" MONITOR & APC UPS | $0.00 | BOOK VALUE | $0.00 |
| 41.21 | 1 LENOVO  THINKPAD | $0.00 | BOOK VALUE | $0.00 |
| 41.22 | 1 LENOVO THINKPAD | $0.00 | BOOK VALUE | $0.00 |
| 41.23 | 1 LENOVO THINKPAD | $0.00 | BOOK VALUE | $0.00 |
| 41.24 | 1 LENOVO THINKPAD | $0.00 | BOOK VALUE | $0.00 |
| 41.25 | 1 LENOVO THINKPAD | $0.00 | BOOK VALUE | $0.00 |
| 41.26 | 1 LENOVO THINKPAD | $0.00 | BOOK VALUE | $0.00 |
| 41.27 | 1 TV | $0.00 | BOOK VALUE | $0.00 |
| 41.28 | 10- HP 400 PRO PCS & 5 HP ELITEBOOK 84 | $0.00 | BOOK VALUE | $0.00 |
| 41.29 | 10- HP 4000 PRO PCS & 22" MONITORS | $0.00 | BOOK VALUE | $0.00 |
| 41.30 | 10- HP COMPAQ LA2205WG 22" MONITORS | $0.00 | BOOK VALUE | $0.00 |
| 41.31 | 10 HP LA2205WG WIDESCREEN MONITORS | $0.00 | BOOK VALUE | $0.00 |
| 41.32 | 100 INDUSTRIAL MINI SD CARDS- 2GB | $0.00 | BOOK VALUE | $0.00 |
| 41.33 | 100 MC75 SCANNERS AT&T CAPLEASE 7 | $0.00 | BOOK VALUE | $0.00 |
| 41.34 | 10-BUTTON PHONES | $0.00 | BOOK VALUE | $0.00 |
| 41.35 | 12- HP 2012 2230W DOCKING STATIONS | $0.00 | BOOK VALUE | $0.00 |
| 41.36 | 125 MC75 SCANNERS MRK 8 | $0.00 | BOOK VALUE | $0.00 |
| 41.37 | 125117-CDW-CISCO FIREPOWER | $749.37 | BOOK VALUE | $749.37 |
| 41.38 | 125117-CDW-LAPTOP CHRIS MALIN | $1,392.61 | BOOK VALUE | $1,392.61 |
| 41.39 | 131629 TRIFECTA CISCO SOFTWARE | $4,305.40 | BOOK VALUE | $4,305.40 |
| 41.40 | 150 MC75 SCANNERS MRK 7 | $0.00 | BOOK VALUE | $0.00 |
| 41.41 | 170 MC75 SCANNERS MRK 9 | $0.00 | BOOK VALUE | $0.00 |
| 41.42 | 18- PROPHET ENTERPRISE CLIENT LICENSES | $0.00 | BOOK VALUE | $0.00 |
| 41.43 | 1-HP ELITEBOOK 8470P/1-DESKTOP  PRO 4000 | $0.00 | BOOK VALUE | $0.00 |
| 41.44 | 2 APC UPS, HP LASERJET, & HP 22" MONITOR | $0.00 | BOOK VALUE | $0.00 |
| 41.45 | 2 DESKTOPS AND MONITORS (BB916C5505 AND | $0.00 | BOOK VALUE | $0.00 |
| 41.46 | 2 DESKTOPS AND MONITORS (SMXL981LWH & SM | $0.00 | BOOK VALUE | $0.00 |
| 41.47 | 2 HP DESKTOPS AND MONITORS | $0.00 | BOOK VALUE | $0.00 |
| 41.48 | 2 HP DESKTOPS WITH DOCKING STATIONS | $0.00 | BOOK VALUE | $0.00 |
| 41.49 | 2 HP ELITEBOOK 8460P LAPTOPS | $0.00 | BOOK VALUE | $0.00 |
| 41.50 | 2 LASERJET ENTERPRISE 500 COPIER/FAX | $0.00 | BOOK VALUE | $0.00 |
| 41.51 | 2 LASERJET ENTERPRISE 500 COPIER/FAX | $0.00 | BOOK VALUE | $0.00 |
| 41.52 | 2 OKIDATA 320S/DATA SOUTH N3300/HP 2100 | $0.00 | BOOK VALUE | $0.00 |
| 41.53 | 2- PHOPHET ENTERPRISE CLIENT LICENSES | $0.00 | BOOK VALUE | $0.00 |
| 41.54 | 2 SERVERS - CAST IRON INFRASTRUCTURE | $0.00 | BOOK VALUE | $0.00 |
| 41.55 | 2012 AUDIT ADD COMPUTERS | $0.00 | BOOK VALUE | $0.00 |

# Schedule A/B 41

Office equipment, including all computer equipment and
communication systems equipment and software

| | Description | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 41.56 | 245 SCANNERS - EDGE | $0.00 | BOOK VALUE | $0.00 |
| 41.57 | 252 MICRO SD CARDS FOR MC55 SCANNERS | $0.00 | BOOK VALUE | $0.00 |
| 41.58 | 3- CISCO AIRONET 16021 STAND | $0.00 | BOOK VALUE | $0.00 |
| 41.59 | 3- DELL WYSE THIN CLIENT ROUTERS | $0.00 | BOOK VALUE | $0.00 |
| 41.60 | 3 DESKTOPS AND MONITORS | $0.00 | BOOK VALUE | $0.00 |
| 41.61 | 3- HP "ELITEBOOK 84" LAPTOPS | $0.00 | BOOK VALUE | $0.00 |
| 41.62 | 3 HP DESKTOPS | $0.00 | BOOK VALUE | $0.00 |
| 41.63 | 3 HP DESKTOPS | $0.00 | BOOK VALUE | $0.00 |
| 41.64 | 3 HP ELITEBOOK LAPTOPS W/3 YR CARE PACK | $0.00 | BOOK VALUE | $0.00 |
| 41.65 | 3 HP ELITEBOOK LAPTOPS W/3 YR CARE PACK | $0.00 | BOOK VALUE | $0.00 |
| 41.66 | 300 MC75 SCANNERS MRK 5 | $0.00 | BOOK VALUE | $0.00 |
| 41.67 | 300 MC75 SCANNERS MRK 6 | $0.00 | BOOK VALUE | $0.00 |
| 41.68 | 312 MC75 SCANNERS - ATT LESAE  5/6 | $0.00 | BOOK VALUE | $0.00 |
| 41.69 | 4 CISCO UNIFIED IP PHONE SETS | $0.00 | BOOK VALUE | $0.00 |
| 41.70 | 4 ELITEBOOK 8470P LAPTOPS 5 HP 4000 DTS | $0.00 | BOOK VALUE | $0.00 |
| 41.71 | 4- HP COMPAQ 4000 PRO/5- LA2206X MONITOR | $0.00 | BOOK VALUE | $0.00 |
| 41.72 | 4 HP DOCKING STATIONS | $0.00 | BOOK VALUE | $0.00 |
| 41.73 | 4 HP ELITEBOOK 8470P LAPTOPS | $0.00 | BOOK VALUE | $0.00 |
| 41.74 | 4 HP LAPTOPS | $0.00 | BOOK VALUE | $0.00 |
| 41.75 | 4- NETAPP 600GB DISK DRIVE | $0.00 | BOOK VALUE | $0.00 |
| 41.76 | 4- SMART BUY ELITEBOOK 84 | $0.00 | BOOK VALUE | $0.00 |
| 41.77 | 45 SCANENR CRADLES | $0.00 | BOOK VALUE | $0.00 |
| 41.78 | 5 COMPUTERS | $0.00 | BOOK VALUE | $0.00 |
| 41.79 | 5 DELL LAPTOPS | $0.00 | BOOK VALUE | $0.00 |
| 41.80 | 5 DELL LATITUDE | $0.00 | BOOK VALUE | $0.00 |
| 41.81 | 5 DELL LATITUDE | $0.00 | BOOK VALUE | $0.00 |
| 41.82 | 5 DELL LATITUDE E6410 LAPTOPS | $0.00 | BOOK VALUE | $0.00 |
| 41.83 | 5 DELL LATITUDE E6420 PC | $0.00 | BOOK VALUE | $0.00 |
| 41.84 | 5 DELL LATITUDE LAPTOPS FOR STOCK | $0.00 | BOOK VALUE | $0.00 |
| 41.85 | 5 DELL LATITUDE PC | $0.00 | BOOK VALUE | $0.00 |
| 41.86 | 5 DELL LATITUDE PC'S | $0.00 | BOOK VALUE | $0.00 |
| 41.87 | 5 DESK TOP PC STOCK | $0.00 | BOOK VALUE | $0.00 |
| 41.88 | 5 DESKTOP COMPUTERS | $0.00 | BOOK VALUE | $0.00 |
| 41.89 | 5 DESKTOP COMPUTERS | $0.00 | BOOK VALUE | $0.00 |
| 41.90 | 5 DESKTOP COMPUTERS FOR STOCK | $0.00 | BOOK VALUE | $0.00 |
| 41.91 | 5 DESKTOP PC | $0.00 | BOOK VALUE | $0.00 |
| 41.92 | 5 DESKTOP PC'S STOCK | $0.00 | BOOK VALUE | $0.00 |
| 41.93 | 5 DESKTOPS FOR LEAPFROG STOCK | $0.00 | BOOK VALUE | $0.00 |
| 41.94 | 5- ELITEBOOK 8460P LAPTOPS | $0.00 | BOOK VALUE | $0.00 |
| 41.95 | 5- GP USER LICENSES & ENHANCEMENT PLAN | $0.00 | BOOK VALUE | $0.00 |
| 41.96 | 5 HD DESKTOPS & 6 LENOVO THINKPADS | $0.00 | BOOK VALUE | $0.00 |
| 41.97 | 5- HP 230W DOCKING STATIONS | $0.00 | BOOK VALUE | $0.00 |
| 41.98 | 5- HP 400 PRO DESK TOP & 3 ELITEBOOK 84 | $0.00 | BOOK VALUE | $0.00 |
| 41.99 | 5 HP 4000W E6600 DESKTOP PCS | $0.00 | BOOK VALUE | $0.00 |
| 41.100 | 5- HP COMPAQ 4000 PRO DESKTOP PC | $0.00 | BOOK VALUE | $0.00 |
| 41.101 | 5- HP COMPAQ 4000 PRO DESKTOP PC | $0.00 | BOOK VALUE | $0.00 |
| 41.102 | 5- HP COMPAQ 4000 PRO DESKTOP PC | $0.00 | BOOK VALUE | $0.00 |
| 41.103 | 5- HP COMPAQ LA2206X LCD MONITORS | $0.00 | BOOK VALUE | $0.00 |
| 41.104 | 5- HP COMPAQ LA2306X LCD MONITORS | $0.00 | BOOK VALUE | $0.00 |
| 41.105 | 5- HP ELITEBOOK 84 | $0.00 | BOOK VALUE | $0.00 |
| 41.106 | 5 HP ELITEBOOK LAPTOPS W/3 YR CARE PACK | $0.00 | BOOK VALUE | $0.00 |
| 41.107 | 5 HP ELITEBOOK LAPTOPS W/3 YR CARE PACK | $0.00 | BOOK VALUE | $0.00 |
| 41.108 | 5 HP LAPTOPS | $0.00 | BOOK VALUE | $0.00 |
| 41.109 | 5 LAPTOP DELL COMPUTERS | $0.00 | BOOK VALUE | $0.00 |
| 41.110 | 5 LAPTOP DELL LATITUDE | $0.00 | BOOK VALUE | $0.00 |

# Schedule A/B 41

Office equipment, including all computer equipment and
communication systems equipment and software

| | Description | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 41.111 | 5 LAPTOP DELLS FOR STOCK | $0.00 | BOOK VALUE | $0.00 |
| 41.112 | 5 LAPTOPS DELL | $0.00 | BOOK VALUE | $0.00 |
| 41.113 | 5- PLANTRONICS CS540 WIRELESS HEADSETS | $0.00 | BOOK VALUE | $0.00 |
| 41.114 | 5- PLANTRONICS CS540 WIRELESS HEADSETS | $0.00 | BOOK VALUE | $0.00 |
| 41.115 | 5- SMART BUY ELITEBOOK 84 | $0.00 | BOOK VALUE | $0.00 |
| 41.116 | 5 TOSHIBA PHONES HANDSETS | $0.00 | BOOK VALUE | $0.00 |
| 41.117 | 50 MC7596 SCANNERS INV#47920 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.118 | 50 USERS- CISCO ASA 5500 SERIES LICENSE | $0.00 | BOOK VALUE | $0.00 |
| 41.119 | 6 HP DESKTOPS AND MONITORS | $0.00 | BOOK VALUE | $0.00 |
| 41.120 | 6 HP DESKTOPS AND MONITORS | $0.00 | BOOK VALUE | $0.00 |
| 41.121 | 6 HP MONITORS | $0.00 | BOOK VALUE | $0.00 |
| 41.122 | 6 LAPTOP COMPUTERS | $0.00 | BOOK VALUE | $0.00 |
| 41.123 | 6 PHONE HEADSETS | $0.00 | BOOK VALUE | $0.00 |
| 41.124 | 7 COMPUTERS AND 6 MONITORS | $0.00 | BOOK VALUE | $0.00 |
| 41.125 | 7 DESKTOPS | $0.00 | BOOK VALUE | $0.00 |
| 41.126 | 7- OPTIPLEX DESKTOP PCS (OLD BAL DUE) | $0.00 | BOOK VALUE | $0.00 |
| 41.127 | 8 UNITS- APC BACK-UPS PRO 1500 SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.128 | ABILITY COM GP AND SQL LICENSES | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.129 | ACCESS CONTROL & "AIPHONE" SECURITY SYS | $0.00 | BOOK VALUE | $0.00 |
| 41.130 | ADOBE CREATED STE 5.5 - CORPORATE | $0.00 | BOOK VALUE | $0.00 |
| 41.131 | ADP COMMERCIAL LEASING-SOFTWARE | $0.00 | BOOK VALUE | $0.00 |
| 41.132 | ADT ALARM SYSTEM AND DVR | $0.00 | BOOK VALUE | $0.00 |
| 41.133 | AIRWATCH SOFTWARE | $0.00 | BOOK VALUE | $0.00 |
| 41.134 | AIRWATCH SOFTWARE | $0.00 | BOOK VALUE | $0.00 |
| 41.135 | AK/SPRINGDALE/CABLING | $0.00 | BOOK VALUE | $0.00 |
| 41.136 | ALARM INSTALLATION | $0.00 | BOOK VALUE | $0.00 |
| 41.137 | ALARM SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.138 | ALARM SYSTEM - STANLEY | $0.00 | BOOK VALUE | $0.00 |
| 41.139 | AMAZE 3 SERVER | $0.00 | BOOK VALUE | $0.00 |
| 41.140 | AMER DYNAMICS "INTELLEX LT" 16-CH DVM | $0.00 | BOOK VALUE | $0.00 |
| 41.141 | APPLE PC FOR JASON SANCHEZ | $0.00 | BOOK VALUE | $0.00 |
| 41.142 | AS TRANSIT DEVELOPMENT | $0.00 | BOOK VALUE | $0.00 |
| 41.143 | AT&T SHORTEL - ADDT'L LABOR | $0.00 | BOOK VALUE | $0.00 |
| 41.144 | AT&T SHORTEL - ADDTL LABOR INSTAL | $0.00 | BOOK VALUE | $0.00 |
| 41.145 | AT&T SHORTELL INSTALL | $0.00 | BOOK VALUE | $0.00 |
| 41.146 | AT&T SHORTELL INSTALLATION | $0.00 | BOOK VALUE | $0.00 |
| 41.147 | ATL/COR/PC INV. | $0.00 | BOOK VALUE | $0.00 |
| 41.148 | ATLANTA/CORP/E4310 INTEL | $0.00 | BOOK VALUE | $0.00 |
| 41.149 | ATT1 - CAP LEASE-275 MC75 SCANNERS | $0.00 | BOOK VALUE | $0.00 |
| 41.150 | ATT1 - CAP LEASE-275 MC75 SCANNERS | $0.00 | BOOK VALUE | $0.00 |
| 41.151 | ATT10 - CAP LEASE - 250 MC65 SCANNERS | $0.00 | BOOK VALUE | $0.00 |
| 41.152 | ATT9 - CAP LEASE - 250 MC65 SCANNERS | $0.00 | BOOK VALUE | $0.00 |
| 41.153 | AVENTIS-HP STORAGEWORKS MSA50 | $0.00 | BOOK VALUE | $0.00 |
| 41.154 | AVNET (INFRA SOL)-PHONE SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.155 | AVNET (INFRA SOL)-PHONE SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.156 | AVNET CISCO PHONE SYSTEM (KENT) | $0.00 | BOOK VALUE | $0.00 |
| 41.157 | AVNET(CANVAS)-AMEX-CATALYST 2960-24PC-L | $0.00 | BOOK VALUE | $0.00 |
| 41.158 | AVNET-PHONE SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.159 | AZ/PHOENIX/ALARM SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.160 | AZ/PHOENIX/SECURITY SYSTEM/8SYSBWBUL/HS1 | $0.00 | BOOK VALUE | $0.00 |
| 41.161 | AZ/PHX/LAPTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.162 | BACKUP SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.163 | BACKUP SYSTEM LICENSE SERVER | $0.00 | BOOK VALUE | $0.00 |
| 41.164 | BARCODE ARENA SCANNER | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.165 | BARCODESINC-BLUETOOTH SCANNER | $5,621.81 | BOOK VALUE | $5,621.81 |

| | Description | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 41.166 | BARCODESINC-SCANNERS | $7,271.71 | BOOK VALUE | $7,271.71 |
| 41.167 | BARCODES-SCANNER | $4,374.58 | BOOK VALUE | $4,374.58 |
| 41.168 | BARCODES-SCANNER | $3,765.92 | BOOK VALUE | $3,765.92 |
| 41.169 | BARCODES-SCANNERS | $3,749.38 | BOOK VALUE | $3,749.38 |
| 41.170 | BEAVEX.COM WEBSITE: HOSTING AND DEVELOP | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.171 | BEAVEXPEDITE WEBSITE | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.172 | BEAVEXPEDITE WEBSITE - HARK | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.173 | BIZ HUB 250 KONICA MINOLTA COPIER | $0.00 | BOOK VALUE | $0.00 |
| 41.174 | BIZTALK SERVER | $0.00 | BOOK VALUE | $0.00 |
| 41.175 | BYRNE, APS TECH | $0.00 | BOOK VALUE | $0.00 |
| 41.176 | BYRNE, APS TECH | $0.00 | BOOK VALUE | $0.00 |
| 41.177 | BYRNE, APS TECH | $0.00 | BOOK VALUE | $0.00 |
| 41.178 | BYRNE, APS TECH | $0.00 | BOOK VALUE | $0.00 |
| 41.179 | CA/GARDENA/INSTALLATION - DIGITAL CARD/P | $0.00 | BOOK VALUE | $0.00 |
| 41.180 | CA/GARDENA/SECUIRTY INSTALL | $0.00 | BOOK VALUE | $0.00 |
| 41.181 | CA/GARDENA/SECURITY SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.182 | CA/SACREMENTO/DELL - SUSAN SPARKS | $0.00 | BOOK VALUE | $0.00 |
| 41.183 | CA/SAN DIEGO/4 AT&T PHONES | $0.00 | BOOK VALUE | $0.00 |
| 41.184 | CA/SAN DIMAS/VIDEO SECURITY SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.185 | CA/SAN JOSE/PRG.PHONES | $0.00 | BOOK VALUE | $0.00 |
| 41.186 | CA/UNION CITY/CP VIDEO | $0.00 | BOOK VALUE | $0.00 |
| 41.187 | CABLE VOICE/DATA - TELESYS SERVICES | $0.00 | BOOK VALUE | $0.00 |
| 41.188 | CAMERA SYSTEM FOR TYLER | $0.00 | BOOK VALUE | $0.00 |
| 41.189 | CAMERA SYSTEM INSTALL | $0.00 | BOOK VALUE | $0.00 |
| 41.190 | CAMERA SYSTEM INSTALL | $0.00 | BOOK VALUE | $0.00 |
| 41.191 | CAMERA WIRING & INSTALLATION | $0.00 | BOOK VALUE | $0.00 |
| 41.192 | CANVAS - CISCO PHONES | $0.00 | BOOK VALUE | $0.00 |
| 41.193 | CANVAS - CISCO PHONES | $0.00 | BOOK VALUE | $0.00 |
| 41.194 | CANVAS-INTEGRATED SVCS ROUTE & CATALYST | $0.00 | BOOK VALUE | $0.00 |
| 41.195 | CANVAS-INTEGRATED SVCS ROUTE & CATALYST | $0.00 | BOOK VALUE | $0.00 |
| 41.196 | CAP LPG CUSH PLAT II | $0.00 | BOOK VALUE | $0.00 |
| 41.197 | CCTV CAMERA INSTALL | $0.00 | BOOK VALUE | $0.00 |
| 41.198 | CCTV SYSTEM INSTALLATION | $0.00 | BOOK VALUE | $0.00 |
| 41.199 | CCXT PROJECT | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.200 | CCXT UPGRADE | $11,038.17 | BOOK VALUE | $11,038.17 |
| 41.201 | CDW - COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.202 | CDW - COMPUTER EQUIPMENT | $0.00 | BOOK VALUE | $0.00 |
| 41.203 | CDW (1) CISCO SMARTNET 24X7X4 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.204 | CDW (1) CISCO SMARTNET IPS SVC AR | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.205 | CDW (1) HP LJ ENTERPRISE MFP M630F | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.206 | CDW (1) HP LJ ENTERPRISE MFP M630F | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.207 | CDW (1) HP LJ ENTERPRISE MFP M630F PRINT | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.208 | CDW (1) HP LJ M4555 FSKM MFP COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.209 | CDW (1) HP LJ M4555 FSKM MFP COMPUTER | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.210 | CDW (1) HP LJ M4555 FSKM MFP COMPUTER | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.211 | CDW (2) CISCO UCS 6200 FABRIC INT | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.212 | CDW (2) HP SB 600 I5-4590 COMPUTERS | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.213 | CDW (2) HP SB 840 G1 I5-4210U COMPUTERS | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.214 | CDW (2) HP SB 9480M I7-46000U COMPUTER | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.215 | CDW (2) HP SB 9480M I7-46000U COMPUTERS | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.216 | CDW (2) LASERJET M525F MFP PRINTERS | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.217 | CDW (3) HP SB 840 G1 I5-4210U COMPUTERS | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.218 | CDW (4) SERVER UPGRADE - EDGE 16GB PC3L | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.219 | CDW (5) HP SB 840 G1 I5-4210U COMPUTERS | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.220 | CDW COMPUTER | $274.94 | BOOK VALUE | $274.94 |

# Schedule A/B 41

Office equipment, including all computer equipment and
communication systems equipment and software

| | Description | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 41.221 | CDW COMPUTER | $274.94 | BOOK VALUE | $274.94 |
| 41.222 | CDW COMPUTER | $274.94 | BOOK VALUE | $274.94 |
| 41.223 | CDW COMPUTER | $274.94 | BOOK VALUE | $274.94 |
| 41.224 | CDW COMPUTER | $274.94 | BOOK VALUE | $274.94 |
| 41.225 | CDW COMPUTER | $274.94 | BOOK VALUE | $274.94 |
| 41.226 | CDW COMPUTER | $211.32 | BOOK VALUE | $211.32 |
| 41.227 | CDW COMPUTER | $211.32 | BOOK VALUE | $211.32 |
| 41.228 | CDW COMPUTER | $211.32 | BOOK VALUE | $211.32 |
| 41.229 | CDW COMPUTER | $211.32 | BOOK VALUE | $211.32 |
| 41.230 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.231 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.232 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.233 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.234 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.235 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.236 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.237 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.238 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.239 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.240 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.241 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.242 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.243 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.244 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.245 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.246 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.247 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.248 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.249 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.250 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.251 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.252 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.253 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.254 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.255 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.256 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.257 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.258 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.259 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.260 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.261 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.262 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.263 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.264 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.265 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.266 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.267 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.268 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.269 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.270 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.271 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.272 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.273 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.274 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.275 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |

# Schedule A/B 41

Office equipment, including all computer equipment and
communication systems equipment and software

| | Description | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 41.276 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.277 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.278 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.279 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.280 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.281 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.282 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.283 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.284 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.285 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.286 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.287 | CDW COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.288 | CDW COMPUTER | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.289 | CDW COMPUTER 5CG5514GDC | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.290 | CDW COMPUTER 5CG55176N4 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.291 | CDW COMPUTER 5CG55176VP | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.292 | CDW COMPUTER 5CG551783Y | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.293 | CDW COMPUTER 5CG6040T61 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.294 | CDW COMPUTER 5CG6040TZW | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.295 | CDW COMPUTER EQUIP | $0.00 | BOOK VALUE | $0.00 |
| 41.296 | CDW COMPUTER EQUIP | $0.00 | BOOK VALUE | $0.00 |
| 41.297 | CDW COMPUTER EQUIP | $0.00 | BOOK VALUE | $0.00 |
| 41.298 | CDW COMPUTER EQUIPMENT | $0.00 | BOOK VALUE | $0.00 |
| 41.299 | CDW COMPUTER EQUIPMENT | $0.00 | BOOK VALUE | $0.00 |
| 41.300 | CDW COMPUTER EQUIPMENT | $0.00 | BOOK VALUE | $0.00 |
| 41.301 | CDW COMPUTER EQUIPMENT | $0.00 | BOOK VALUE | $0.00 |
| 41.302 | CDW COMPUTER EQUIPMENT | $0.00 | BOOK VALUE | $0.00 |
| 41.303 | CDW COMPUTER EQUIPMENT | $0.00 | BOOK VALUE | $0.00 |
| 41.304 | CDW COMPUTER EQUIPMENT | $0.00 | BOOK VALUE | $0.00 |
| 41.305 | CDW COMPUTER EQUPMENT | $0.00 | BOOK VALUE | $0.00 |
| 41.306 | CDW COMPUTER EQUPMENT | $0.00 | BOOK VALUE | $0.00 |
| 41.307 | CDW COMPUTER MXL5501Q1B | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.308 | CDW COMPUTER MXL5501Q1G | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.309 | CDW COMUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.310 | CDW DIRECT - HP SB G2 -DOCKING STATION | $767.47 | BOOK VALUE | $767.47 |
| 41.311 | CDW DIRECT - MS SURFACE BOOK 17 | $1,406.37 | BOOK VALUE | $1,406.37 |
| 41.312 | CDW EQUIPMENT | $0.00 | BOOK VALUE | $0.00 |
| 41.313 | CDW EQUIPMENT | $0.00 | BOOK VALUE | $0.00 |
| 41.314 | CDW EQUIPMENT | $0.00 | BOOK VALUE | $0.00 |
| 41.315 | CDW HP 2UA5352M4Y | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.316 | CDW HP 2UA5352M8Q | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.317 | CDW HP 5CG4470QM1 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.318 | CDW HP 5CG4470QTP | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.319 | CDW#BFB HP#5CG5400N1D | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.320 | CDW#BFP5752 HP#5C5400KQ9 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.321 | CDW#BFP5752 HP#5CG5400FTC | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.322 | CDW#BJQ HP#2UA5401LSM | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.323 | CDW#BJQ9173 HP#2UA5401LRP | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.324 | CDW#BJQ9173 HP#2UA5401LSV | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.325 | CDW#BMG2687 5CG5401FMR | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.326 | CDW#BMG2687 HP5CG5401FMR | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.327 | CDW#BMG2687 HP5CG5401GG5 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.328 | CDW-2 HP SB 9470M I7-3687 COMPUTERS | $0.00 | BOOK VALUE | $0.00 |
| 41.329 | CDW-2 HP SB 9470M I7-3687 COMPUTERS | $0.00 | BOOK VALUE | $0.00 |
| 41.330 | CDW-3 HP SB 400 G1 I3-4130 DESKTOPS | $0.00 | BOOK VALUE | $0.00 |

# Schedule A/B 41

Office equipment, including all computer equipment and
communication systems equipment and software

| | Description | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 41.331 | CDW-5 HP SB 840 G1 I5-4210U & 5 DOCKING | $0.00 | BOOK VALUE | $0.00 |
| 41.332 | CDW-5 HP SB 840 G1 I5-4210U & 5 DOCKING | $0.00 | BOOK VALUE | $0.00 |
| 41.333 | CDW-COMPUTER-HP SB 9470M I5-3437 W7P/W8 | $0.00 | BOOK VALUE | $0.00 |
| 41.334 | CDW-HP COMP I3-4130 & DOCKING,PLANAR LED | $0.00 | BOOK VALUE | $0.00 |
| 41.335 | CDW-HP COMPUTER I5-4200U | $0.00 | BOOK VALUE | $0.00 |
| 41.336 | CDW-HP LJ PRO, 2 MONITORS, DOCKING | $0.00 | BOOK VALUE | $0.00 |
| 41.337 | CDW-HP SB 400 G1 I3-4130 500GB 4GB W7P/W | $0.00 | BOOK VALUE | $0.00 |
| 41.338 | CDW-HP SB 450 G1 I3-4000M 500GB 4GB W7P | $0.00 | BOOK VALUE | $0.00 |
| 41.339 | CDW-HP Z220 I5-3470 500GB 4GB & PLANAR | $0.00 | BOOK VALUE | $0.00 |
| 41.340 | CHECK SCANNER PANINI | $0.00 | BOOK VALUE | $0.00 |
| 41.341 | CIS UNIFIED WORKSPACE | $0.00 | BOOK VALUE | $0.00 |
| 41.342 | CISCO AIRONET | $0.00 | BOOK VALUE | $0.00 |
| 41.343 | CISCO AIRONET WIRLESS ACCESS | $0.00 | BOOK VALUE | $0.00 |
| 41.344 | CISCO CATALYST 2960- 24 PC SWITCH | $0.00 | BOOK VALUE | $0.00 |
| 41.345 | CISCO COMMUNICATION | $0.00 | BOOK VALUE | $0.00 |
| 41.346 | CISCO LEASE-001-EAST RUTHERFORD | $0.00 | BOOK VALUE | $0.00 |
| 41.347 | CISCO LEASE-003-CORP VN | $0.00 | BOOK VALUE | $0.00 |
| 41.348 | CISCO LEASE-004-CORP VOIP | $0.00 | BOOK VALUE | $0.00 |
| 41.349 | CISCO LEASE-005-SEATTLE | $0.00 | BOOK VALUE | $0.00 |
| 41.350 | CISCO LEASE-006-UNION CITY | $0.00 | BOOK VALUE | $0.00 |
| 41.351 | CISCO LEASE-007-PHOENIX | $0.00 | BOOK VALUE | $0.00 |
| 41.352 | CISCO LEASE-008-ELK GROVE | $0.00 | BOOK VALUE | $0.00 |
| 41.353 | CISCO LEASE-009-PORTLAND | $0.00 | BOOK VALUE | $0.00 |
| 41.354 | CISCO LEASE-010-ATLANTA | $0.00 | BOOK VALUE | $0.00 |
| 41.355 | CISCO LEASE-011-SACRAMENTO | $0.00 | BOOK VALUE | $0.00 |
| 41.356 | CISCO LEASE-012-CORP/LA | $0.00 | BOOK VALUE | $0.00 |
| 41.357 | CISCO LEASE-SC001-CORP SW | $0.00 | BOOK VALUE | $0.00 |
| 41.358 | CISCO UNIFIED CONFERENCE VOIP PHONE | $0.00 | BOOK VALUE | $0.00 |
| 41.359 | CISCO UNIFIED IP CONF PHONE | $0.00 | BOOK VALUE | $0.00 |
| 41.360 | CISCO UNIFIED IP PHONE | $0.00 | BOOK VALUE | $0.00 |
| 41.361 | CISCO UNIFIED IP PHONE | $0.00 | BOOK VALUE | $0.00 |
| 41.362 | CISCO UNIFIED IP PHONE | $0.00 | BOOK VALUE | $0.00 |
| 41.363 | CISCO VOICE BUNDLE PHONE | $0.00 | BOOK VALUE | $0.00 |
| 41.364 | CO/DENVER/CCTV | $0.00 | BOOK VALUE | $0.00 |
| 41.365 | COMMUNICATION SYSTEM INSTALL | $0.00 | BOOK VALUE | $0.00 |
| 41.366 | COMMUNICATIONS SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.367 | COMP EQUIP | $0.00 | BOOK VALUE | $0.00 |
| 41.368 | COMPUTER CABLE INSTALL - AMERICAN INTL C | $0.00 | BOOK VALUE | $0.00 |
| 41.369 | COMPUTER SUPPLIES | $0.00 | BOOK VALUE | $0.00 |
| 41.370 | COMPUTER SUPPLIES (FIREBOX) | $0.00 | BOOK VALUE | $0.00 |
| 41.371 | COMPUTER SYSTEM (DAVENPORT, IA) | $0.00 | BOOK VALUE | $0.00 |
| 41.372 | COMPUTERS | $0.00 | BOOK VALUE | $0.00 |
| 41.373 | CONEJO - MARCH - COMPUTER PURCHASE | $0.00 | BOOK VALUE | $0.00 |
| 41.374 | COPIER | $0.00 | BOOK VALUE | $0.00 |
| 41.375 | CORP/NETWORKING CISCO SMARTNET | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.376 | CORP/NETWORKING EQP | $0.00 | BOOK VALUE | $0.00 |
| 41.377 | CORPORATE/GA/RACK | $0.00 | BOOK VALUE | $0.00 |
| 41.378 | CT/CROMWELL/CAMERAS | $0.00 | BOOK VALUE | $0.00 |
| 41.379 | CT/CROMWELL/SECURITY SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.380 | CT/NHAVEN/LAPTOP/IS2883ELUL3BK342 | $0.00 | BOOK VALUE | $0.00 |
| 41.381 | CXT SOFTWARE LICENSE, INSTALLATION AND T | $0.00 | BOOK VALUE | $0.00 |
| 41.382 | DELL LATITUDE FOR CHRIS HUGHES | $0.00 | BOOK VALUE | $0.00 |
| 41.383 | DELL MARKETING | $0.00 | BOOK VALUE | $0.00 |
| 41.384 | DELL-DUSKIN-COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.385 | DESKTOP (KR811UT#ABA) | $0.00 | BOOK VALUE | $0.00 |

# Schedule A/B 41

Office equipment, including all computer equipment and
communication systems equipment and software

| | Description | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 41.386 | DESKTOP COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.387 | DESKTOP COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.388 | DESKTOP COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.389 | DESKTOP COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.390 | DESKTOP COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.391 | DESKTOP COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.392 | DESKTOP COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.393 | DESKTOP COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.394 | DESKTOPS | $0.00 | BOOK VALUE | $0.00 |
| 41.395 | DESKTOPS | $0.00 | BOOK VALUE | $0.00 |
| 41.396 | DESKTOPS | $0.00 | BOOK VALUE | $0.00 |
| 41.397 | DESKTOPS | $0.00 | BOOK VALUE | $0.00 |
| 41.398 | DESKTOPS | $0.00 | BOOK VALUE | $0.00 |
| 41.399 | DESKTOPS | $0.00 | BOOK VALUE | $0.00 |
| 41.400 | DESKTOPS | $0.00 | BOOK VALUE | $0.00 |
| 41.401 | DESKTOPS/MONITORS | $0.00 | BOOK VALUE | $0.00 |
| 41.402 | DVR AND DVD BURNER | $0.00 | BOOK VALUE | $0.00 |
| 41.403 | EDR | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.404 | EDR | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.405 | EDR #47920 MC7596 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.406 | EDTS - LABTECH REMOTE MONITORING SOFTWAR | $0.00 | BOOK VALUE | $0.00 |
| 41.407 | ELITE BUSIENSS SYSTEMS | $0.00 | BOOK VALUE | $0.00 |
| 41.408 | FARGO COLOR PRINTER FOR BADGES | $0.00 | BOOK VALUE | $0.00 |
| 41.409 | FIN PRO DB TRANX MODULE | $0.00 | BOOK VALUE | $0.00 |
| 41.410 | FIN PRO REPORTING MODULE | $0.00 | BOOK VALUE | $0.00 |
| 41.411 | FIN PRO TRANSACTIONAL DRILLDOWN | $0.00 | BOOK VALUE | $0.00 |
| 41.412 | FISCHER-ABSTRACTION-PHASE 2 | $0.00 | BOOK VALUE | $0.00 |
| 41.413 | GA/ATLANTA/COPIER | $0.00 | BOOK VALUE | $0.00 |
| 41.414 | GA/ATLANTA/INSTALL | $0.00 | BOOK VALUE | $0.00 |
| 41.415 | GA/ATLANTA/SECURITY SYSTEM CABLE INSTALL | $0.00 | BOOK VALUE | $0.00 |
| 41.416 | GA/ATLANTA/SECURTIY CAMERA INSTALL | $0.00 | BOOK VALUE | $0.00 |
| 41.417 | GA/ATLANTA/VIDEO SECURITY SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.418 | GA/COPR/LAPTOP/CHAT CONSULTING | $0.00 | BOOK VALUE | $0.00 |
| 41.419 | GA/CORP/22 PHONE HEADSETS | $0.00 | BOOK VALUE | $0.00 |
| 41.420 | GA/CORP/BOSCH ACCESS CONRTOL SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.421 | GA/CORP/BOSCH ACCESS CONTROL SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.422 | GA/CORP/COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.423 | GA/CORP/DESKTOP/MXD5440715 | $0.00 | BOOK VALUE | $0.00 |
| 41.424 | GA/CORP/DUAL SIDE PRINTER | $0.00 | BOOK VALUE | $0.00 |
| 41.425 | GA/CORP/GP INSTALLATION | $0.00 | BOOK VALUE | $0.00 |
| 41.426 | GA/CORP/GP INSTALLATION SALES TAX | $0.00 | BOOK VALUE | $0.00 |
| 41.427 | GA/CORP/GP NOVEMBER ADDITIONAL TAX | $0.00 | BOOK VALUE | $0.00 |
| 41.428 | GA/CORP/GREAT PLAINS SERVER | $0.00 | BOOK VALUE | $0.00 |
| 41.429 | GA/CORP/GXTS | $0.00 | BOOK VALUE | $0.00 |
| 41.430 | GA/CORP/IBMSERVER | $0.00 | BOOK VALUE | $0.00 |
| 41.431 | GA/CORP/LAPTOP/152883ELUK3BK275 | $0.00 | BOOK VALUE | $0.00 |
| 41.432 | GA/CORP/LAPTOP/SLVP0015 | $0.00 | BOOK VALUE | $0.00 |
| 41.433 | GA/CORP/LAPTOPS (1S646007UL3R7787, 1S646 | $0.00 | BOOK VALUE | $0.00 |
| 41.434 | GA/CORP/NEW SERVER | $0.00 | BOOK VALUE | $0.00 |
| 41.435 | GA/CORP/PHONE UPGRADE | $0.00 | BOOK VALUE | $0.00 |
| 41.436 | GA/CORP/PHONES | $0.00 | BOOK VALUE | $0.00 |
| 41.437 | GA/CORP/SECURITY CAMERA | $0.00 | BOOK VALUE | $0.00 |
| 41.438 | GA/CORP/SECURITY CAMERAS | $0.00 | BOOK VALUE | $0.00 |
| 41.439 | GA/CORP/SECURITY SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.440 | GA/CORP/SERVER | $0.00 | BOOK VALUE | $0.00 |

| | Description | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 41.441 | GA/CORP/SERVER UPGRADES | $0.00 | BOOK VALUE | $0.00 |
| 41.442 | GA/CORP/TOSHIBA PHONE | $0.00 | BOOK VALUE | $0.00 |
| 41.443 | GA/CORP/VIDEO PROJECTOR | $0.00 | BOOK VALUE | $0.00 |
| 41.444 | GA/CORP/VIDEO SECURITY | $0.00 | BOOK VALUE | $0.00 |
| 41.445 | GA/CORP/VIDEO SECURITY SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.446 | GA/CORP/VIDEO SECURITY SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.447 | GA/CORP/VIDEO SECURITY SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.448 | GA/TIFTON/CAMERA INSTALLATION | $0.00 | BOOK VALUE | $0.00 |
| 41.449 | GA/TIFTON/SECURITY CAMERA | $0.00 | BOOK VALUE | $0.00 |
| 41.450 | GHA TECH-2 CISCO CATALYSTS 2960 | $0.00 | BOOK VALUE | $0.00 |
| 41.451 | GHA TECH-CISCO CATALYST 2960 | $0.00 | BOOK VALUE | $0.00 |
| 41.452 | GHA-2 CISCO AIRONET WIRELESS & RACKS | $0.00 | BOOK VALUE | $0.00 |
| 41.453 | GHA-2 CISCO AIRONET WIRELESS AND RACKS | $0.00 | BOOK VALUE | $0.00 |
| 41.454 | GHA-4 CISCO AIRONET 1602I WIRELESS | $0.00 | BOOK VALUE | $0.00 |
| 41.455 | GHA-CISCO EXPANSION & RUGGED SFPSFP | $0.00 | BOOK VALUE | $0.00 |
| 41.456 | GHA-CISCO UNIFIED WORKSPACE LICENSING-50 | $0.00 | BOOK VALUE | $0.00 |
| 41.457 | GHA-HP ELITEBOOK 850-G4U54UT#ABA | $0.00 | BOOK VALUE | $0.00 |
| 41.458 | GHA-HP ELITEBOOK FOLIO 947M ULTRABOOK | $0.00 | BOOK VALUE | $0.00 |
| 41.459 | GHA-HP ELITEBOOK REVOLVE 810 G1 | $0.00 | BOOK VALUE | $0.00 |
| 41.460 | GHA-HP LASERJET ENTERPRISE M4555 PRINTER | $0.00 | BOOK VALUE | $0.00 |
| 41.461 | GHA-HP ZBOOK 17 MOBILE WORKSTATIONCORE | $0.00 | BOOK VALUE | $0.00 |
| 41.462 | HARD DRIVE | $0.00 | BOOK VALUE | $0.00 |
| 41.463 | HP 2 DESKTOPS | $0.00 | BOOK VALUE | $0.00 |
| 41.464 | HP 2UA6161R7C | $42.39 | BOOK VALUE | $42.39 |
| 41.465 | HP 2UA6161R7F | $42.39 | BOOK VALUE | $42.39 |
| 41.466 | HP 2UA6161R7H | $42.39 | BOOK VALUE | $42.39 |
| 41.467 | HP 2UA6161R7V | $42.39 | BOOK VALUE | $42.39 |
| 41.468 | HP 2UA6161R7Y | $42.39 | BOOK VALUE | $42.39 |
| 41.469 | HP 2UA6161R8Y | $42.39 | BOOK VALUE | $42.39 |
| 41.470 | HP 2UA6201RB2 | $56.85 | BOOK VALUE | $56.85 |
| 41.471 | HP 2UA6201RBP | $56.85 | BOOK VALUE | $56.85 |
| 41.472 | HP 2UA6201RCO | $56.85 | BOOK VALUE | $56.85 |
| 41.473 | HP 2UA6201RDB | $56.85 | BOOK VALUE | $56.85 |
| 41.474 | HP 2UA6201RDP | $56.85 | BOOK VALUE | $56.85 |
| 41.475 | HP 2UA6201RG5 | $56.85 | BOOK VALUE | $56.85 |
| 41.476 | HP 5CG532254G | $58.10 | BOOK VALUE | $58.10 |
| 41.477 | HP 5CG532291T | $58.10 | BOOK VALUE | $58.10 |
| 41.478 | HP 5CG5322C8X | $58.10 | BOOK VALUE | $58.10 |
| 41.479 | HP 5CG5322RXV | $58.10 | BOOK VALUE | $58.10 |
| 41.480 | HP 5CG5323041 | $58.10 | BOOK VALUE | $58.10 |
| 41.481 | HP 5CG53230K5 | $58.10 | BOOK VALUE | $58.10 |
| 41.482 | HP 5CG532320F | $58.10 | BOOK VALUE | $58.10 |
| 41.483 | HP 5CG5366362 | $58.46 | BOOK VALUE | $58.46 |
| 41.484 | HP 5CG53663SS | $58.46 | BOOK VALUE | $58.46 |
| 41.485 | HP 5CG53664B6 | $58.46 | BOOK VALUE | $58.46 |
| 41.486 | HP 8460P COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.487 | HP 8460P COMPUTER | $0.00 | BOOK VALUE | $0.00 |
| 41.488 | HP COMPAQ | $0.00 | BOOK VALUE | $0.00 |
| 41.489 | HP COMPAQ | $0.00 | BOOK VALUE | $0.00 |
| 41.490 | HP COMPAQ | $0.00 | BOOK VALUE | $0.00 |
| 41.491 | HP COMPAQ DESKTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.492 | HP COMPAQ PRO DESKTOPS | $0.00 | BOOK VALUE | $0.00 |
| 41.493 | HP EIITEBOOK REVOLVE LAPTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.494 | HP ELIEBOOK | $0.00 | BOOK VALUE | $0.00 |
| 41.495 | HP ELITE LAPTOP | $0.00 | BOOK VALUE | $0.00 |

|  | Description | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 41.496 | HP ELITE LAPTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.497 | HP ELITEBOOK | $0.00 | BOOK VALUE | $0.00 |
| 41.498 | HP ELITEBOOK | $0.00 | BOOK VALUE | $0.00 |
| 41.499 | HP ELITEBOOK - LAPTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.500 | HP ELITEBOOK - LAPTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.501 | HP ELITEBOOK - LAPTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.502 | HP ELITEBOOK - LAPTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.503 | HP ELITEBOOK - LAPTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.504 | HP ELITEBOOK - LAPTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.505 | HP ELITEBOOK - LAPTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.506 | HP ELITEBOOK - LAPTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.507 | HP ELITEBOOK LAPTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.508 | HP ELITEBOOK-LAP | $0.00 | BOOK VALUE | $0.00 |
| 41.509 | HP LAPTOP | $85.06 | BOOK VALUE | $85.06 |
| 41.510 | HP LAPTOP | $85.06 | BOOK VALUE | $85.06 |
| 41.511 | HP LAPTOP | $85.06 | BOOK VALUE | $85.06 |
| 41.512 | HP LAPTOP | $8.18 | BOOK VALUE | $8.18 |
| 41.513 | HP LAPTOP | $8.13 | BOOK VALUE | $8.13 |
| 41.514 | HP LAPTOP | $8.13 | BOOK VALUE | $8.13 |
| 41.515 | HP LAPTOP | $8.13 | BOOK VALUE | $8.13 |
| 41.516 | HP LAPTOP | $8.13 | BOOK VALUE | $8.13 |
| 41.517 | HP LAPTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.518 | HP LAPTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.519 | HP LAPTOP | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.520 | HP LASER JET | $0.00 | BOOK VALUE | $0.00 |
| 41.521 | HP LASER JET M3035XS MFP | $0.00 | BOOK VALUE | $0.00 |
| 41.522 | HP LASERJECT PRNT | $61.53 | BOOK VALUE | $61.53 |
| 41.523 | HP LASERJET | $58.53 | BOOK VALUE | $58.53 |
| 41.524 | HP LASERJET ENTERPRISE 50 MULTI-FUNCTION | $0.00 | BOOK VALUE | $0.00 |
| 41.525 | HP LASERJET ENTERPRISE M4 FAX/COPIER | $0.00 | BOOK VALUE | $0.00 |
| 41.526 | HP LASERJET FAX/COPIER | $0.00 | BOOK VALUE | $0.00 |
| 41.527 | HP LASERJET PRINTER | $0.00 | BOOK VALUE | $0.00 |
| 41.528 | HP LASERJET PRINTER | $0.00 | BOOK VALUE | $0.00 |
| 41.529 | HP LASERJET PRISE 500 MFP PRINTER | $0.00 | BOOK VALUE | $0.00 |
| 41.530 | HP LASERJET PRISE 500 PRINTER | $0.00 | BOOK VALUE | $0.00 |
| 41.531 | HP PRINTER | $0.00 | BOOK VALUE | $0.00 |
| 41.532 | HP PROBOOK 650 G3 - CORE I5 7200U | $1,757.24 | BOOK VALUE | $1,757.24 |
| 41.533 | HP SB 400 | $24.61 | BOOK VALUE | $24.61 |
| 41.534 | HP SB 400 LAPTOP | $71.10 | BOOK VALUE | $71.10 |
| 41.535 | HP SB 400 LAPTOP | $71.10 | BOOK VALUE | $71.10 |
| 41.536 | HP SB 400 LAPTOP | $71.10 | BOOK VALUE | $71.10 |
| 41.537 | HP SB 400 LAPTOP | $71.10 | BOOK VALUE | $71.10 |
| 41.538 | HP SB 400 LAPTOP | $68.12 | BOOK VALUE | $68.12 |
| 41.539 | HP SB 400 LAPTOP | $68.12 | BOOK VALUE | $68.12 |
| 41.540 | HP SB 400 LAPTOP | $68.12 | BOOK VALUE | $68.12 |
| 41.541 | HP SB 400 LAPTOP | $68.12 | BOOK VALUE | $68.12 |
| 41.542 | HP SB 400 LAPTOP | $68.12 | BOOK VALUE | $68.12 |
| 41.543 | HP SB 400 LAPTOP | $68.12 | BOOK VALUE | $68.12 |
| 41.544 | HP SB 600 LAPTOP | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.545 | HP SB 600 LAPTOP | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.546 | HP SB 600 LAPTOP | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.547 | HP SB 650 G2 I5 V1P78T | $77.81 | BOOK VALUE | $77.81 |
| 41.548 | HP SB 650 G2 I5 V1P78T | $77.81 | BOOK VALUE | $77.81 |
| 41.549 | HP SB 650 G2 I5 V1P78T A | $77.81 | BOOK VALUE | $77.81 |
| 41.550 | HP SB 650 LAPTOP | $98.77 | BOOK VALUE | $98.77 |

| | Description | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 41.551 | HP SB 650 LAPTOP | $98.77 | BOOK VALUE | $98.77 |
| 41.552 | HP SB 650 LAPTOP | $98.77 | BOOK VALUE | $98.77 |
| 41.553 | HP SB 650 LAPTOP | $98.77 | BOOK VALUE | $98.77 |
| 41.554 | HP SB 650 LAPTOP | $98.77 | BOOK VALUE | $98.77 |
| 41.555 | HP SB 650 LAPTOP | $98.77 | BOOK VALUE | $98.77 |
| 41.556 | HP SB 840 | $22.31 | BOOK VALUE | $22.31 |
| 41.557 | HP SB 840 COMPUTER | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.558 | HP SB 840 G3 I5-6300U 256GB 8GB W710 | $1,319.64 | BOOK VALUE | $1,319.64 |
| 41.559 | HP SERVER & 5 WORKSTATION PCS | $0.00 | BOOK VALUE | $0.00 |
| 41.560 | HP SERVER, DRIVERS AND CONTORLLER | $0.00 | BOOK VALUE | $0.00 |
| 41.561 | HP STORAGE WORKS TAPE DRIVE -QTS | $0.00 | BOOK VALUE | $0.00 |
| 41.562 | HP TAPE BACKUP | $0.00 | BOOK VALUE | $0.00 |
| 41.563 | HP ZBOOK STUDIO G3 MOBILE WORKSTATION | $1,526.72 | BOOK VALUE | $1,526.72 |
| 41.564 | IL/CHICAGO/INSTALL | $0.00 | BOOK VALUE | $0.00 |
| 41.565 | IL/CHICAGO/THINK PAD | $0.00 | BOOK VALUE | $0.00 |
| 41.566 | IMPLEMENTATION OF MC75 SCANNERS | $0.00 | BOOK VALUE | $0.00 |
| 41.567 | IMPLEMENTATION TRAINING SCANNERS | $0.00 | BOOK VALUE | $0.00 |
| 41.568 | INFRASTRUCTURE SOL-BLADE SERVER HARDWARE | $0.00 | BOOK VALUE | $0.00 |
| 41.569 | INFRASTRUCTURE SOLUTIONS CISCO WIRELESS | $0.00 | BOOK VALUE | $0.00 |
| 41.570 | INFRASTRUCTURE-2 CISCO 2901 ROUTERS | $0.00 | BOOK VALUE | $0.00 |
| 41.571 | INFRASTRUCTURE-CAP CLEANAIR | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.572 | INFRASTRUCTURE-CISCO | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.573 | INFRASTRUCTURE-CISCO 2901 VOICE BDL | $0.00 | BOOK VALUE | $0.00 |
| 41.574 | INFRASTRUCTURE-CISCO 2901 VOICE BUNDLE | $0.00 | BOOK VALUE | $0.00 |
| 41.575 | INFRASTRUCTURE-CISCO 2901 VOICE-2 PORTS | $0.00 | BOOK VALUE | $0.00 |
| 41.576 | INFRASTRUCTURE-CISCO CATALYST 2960 | $0.00 | BOOK VALUE | $0.00 |
| 41.577 | INFRASTRUCTURE-CISCO CATALYST 2960-2 SAP | $0.00 | BOOK VALUE | $0.00 |
| 41.578 | INFRASTRUCTURE-CISCO ROUTER & CATALYST | $0.00 | BOOK VALUE | $0.00 |
| 41.579 | INFRASTRUCTURE-CISCO ROUTER & CATALYST | $0.00 | BOOK VALUE | $0.00 |
| 41.580 | INFRASTRUCTURE-CISCO ROUTER & CATALYST | $0.00 | BOOK VALUE | $0.00 |
| 41.581 | INFRASTRUCTURE-IT | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.582 | INSTALL VOICE ENGAGEMENT | $0.00 | BOOK VALUE | $0.00 |
| 41.583 | INSTALLATION CHARGE- ATL COMPUTER ROOM | $0.00 | BOOK VALUE | $0.00 |
| 41.584 | INSTALLED CAMERA PHX | $0.00 | BOOK VALUE | $0.00 |
| 41.585 | INTERNAL BACKUP SYSTEM AND WARRANTY | $0.00 | BOOK VALUE | $0.00 |
| 41.586 | INTERNAL BACKUP SYSTEM PARTS | $0.00 | BOOK VALUE | $0.00 |
| 41.587 | JERRY WRIGHT, 57DF40F40F73FD4466A LAPTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.588 | KRONOS-365 WORKFORCE LICENSES | $0.00 | BOOK VALUE | $0.00 |
| 41.589 | LA PHONE SYSTEM - TELESY SERVICES | $0.00 | BOOK VALUE | $0.00 |
| 41.590 | LABTECH REMOTE MONITORING | $0.00 | BOOK VALUE | $0.00 |
| 41.591 | LAPTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.592 | LAPTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.593 | LAPTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.594 | LAPTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.595 | LAPTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.596 | LAPTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.597 | LAPTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.598 | LAPTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.599 | LAPTOP - J. MATHER | $0.00 | BOOK VALUE | $0.00 |
| 41.600 | LAPTOP - MOBILE PRECISION M6500 | $0.00 | BOOK VALUE | $0.00 |
| 41.601 | LAPTOP - W BURKE - DENVER | $0.00 | BOOK VALUE | $0.00 |
| 41.602 | LAPTOP (1S7417TRUL3ACT2Y) | $0.00 | BOOK VALUE | $0.00 |
| 41.603 | LAPTOP (1S7417TRUL3ACT7B) | $0.00 | BOOK VALUE | $0.00 |
| 41.604 | LAPTOP (1S7417TRUL3ACV0M) | $0.00 | BOOK VALUE | $0.00 |
| 41.605 | LAPTOP (BOODY ROBERTS-DELL 224-4682) | $0.00 | BOOK VALUE | $0.00 |

# Schedule A/B 41

Office equipment, including all computer equipment and
communication systems equipment and software

| | Description | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 41.606 | LAPTOP (KS082UT#ABA) | $0.00 | BOOK VALUE | $0.00 |
| 41.607 | LAPTOP (ZFHL-E63633692Z0 | $0.00 | BOOK VALUE | $0.00 |
| 41.608 | LAPTOP AND DOCKING STATION | $0.00 | BOOK VALUE | $0.00 |
| 41.609 | LAPTOP AND DOCKING STATION (1S417A39L3AH | $0.00 | BOOK VALUE | $0.00 |
| 41.610 | LAPTOP AND DOCKING STATION (1S7417A39L3A | $0.00 | BOOK VALUE | $0.00 |
| 41.611 | LAPTOP AND DOCKING STATION (1S7417A39L3A | $0.00 | BOOK VALUE | $0.00 |
| 41.612 | LAPTOP AND DOCKING STATION (1S7417A39L3A | $0.00 | BOOK VALUE | $0.00 |
| 41.613 | LAPTOP AND DOCKING STATION (1S7417A39L3A | $0.00 | BOOK VALUE | $0.00 |
| 41.614 | LAPTOP AND DOCKING STATION (1S7417A39L3A | $0.00 | BOOK VALUE | $0.00 |
| 41.615 | LAPTOP AND DOCKING STATION (1S7417A39L3A | $0.00 | BOOK VALUE | $0.00 |
| 41.616 | LAPTOP AND DOCKING STATION (1S7417A39L3A | $0.00 | BOOK VALUE | $0.00 |
| 41.617 | LAPTOP AND DOCKING STATION (1S7417A39L3A | $0.00 | BOOK VALUE | $0.00 |
| 41.618 | LAPTOP AND DOCKING STATION (7417A39) | $0.00 | BOOK VALUE | $0.00 |
| 41.619 | LAPTOP COMPUTERS | $0.00 | BOOK VALUE | $0.00 |
| 41.620 | LAPTOP LENOVO THINKPAD & DOC | $0.00 | BOOK VALUE | $0.00 |
| 41.621 | LAPTOP R. TOLEDO - DENVER | $0.00 | BOOK VALUE | $0.00 |
| 41.622 | LAPTOP, DOCK, MEMORY (1S22437WUR8DFFH0) | $0.00 | BOOK VALUE | $0.00 |
| 41.623 | LAPTOP-R DHALIWAL | $0.00 | BOOK VALUE | $0.00 |
| 41.624 | LAPTOPS | $0.00 | BOOK VALUE | $0.00 |
| 41.625 | LAPTOPS | $0.00 | BOOK VALUE | $0.00 |
| 41.626 | LASERJET MULTIFUNCTION PRINTER | $0.00 | BOOK VALUE | $0.00 |
| 41.627 | LCD MONITOR | $0.00 | BOOK VALUE | $0.00 |
| 41.628 | LCD MONITORS | $0.00 | BOOK VALUE | $0.00 |
| 41.629 | LEAPFROG - COMPUTERS | $0.00 | BOOK VALUE | $0.00 |
| 41.630 | LEAPFROG ASD CABLEING / PHONE | $0.00 | BOOK VALUE | $0.00 |
| 41.631 | LEAPFROG SERVER REPLACEMENTS | $0.00 | BOOK VALUE | $0.00 |
| 41.632 | LEAPFRON INVOICE 25532 | $0.00 | BOOK VALUE | $0.00 |
| 41.633 | LEARNING MGMT SOFTWARE | $0.00 | BOOK VALUE | $0.00 |
| 41.634 | LENOVO THINK PAD - PRUITT | $0.00 | BOOK VALUE | $0.00 |
| 41.635 | LENOVO THINK PAD FOR ROGER WISECUP | $0.00 | BOOK VALUE | $0.00 |
| 41.636 | LENOVO THINKPAD | $0.00 | BOOK VALUE | $0.00 |
| 41.637 | LENOVO THINKPAD - ELISE BROWN | $0.00 | BOOK VALUE | $0.00 |
| 41.638 | LENOVO THINKPAD - ROBLETO | $0.00 | BOOK VALUE | $0.00 |
| 41.639 | LENOVO THINKPAD FOR HOLLYWOOD FLORIDA | $0.00 | BOOK VALUE | $0.00 |
| 41.640 | LENOVO THINKPAD FOR TAD SELBY | $0.00 | BOOK VALUE | $0.00 |
| 41.641 | LVO LAPTOP | $14.24 | BOOK VALUE | $14.24 |
| 41.642 | LVO LAPTOP | $14.24 | BOOK VALUE | $14.24 |
| 41.643 | LVO LAPTOP | $14.24 | BOOK VALUE | $14.24 |
| 41.644 | LVO WS TS P300 | $361.84 | BOOK VALUE | $361.84 |
| 41.645 | MADE4NET-WAREHOUSEEXPERT 100 LICENSES | $0.00 | BOOK VALUE | $0.00 |
| 41.646 | MC55 POWER SUPPLY  (200 QTY) | $0.00 | BOOK VALUE | $0.00 |
| 41.647 | MC75 - AT&T1 CAP LEASE - 2011 YEAUDITADJ | $0.00 | BOOK VALUE | $0.00 |
| 41.648 | MC75 SCANNERS | $0.00 | BOOK VALUE | $0.00 |
| 41.649 | MC75 SCANNERS | $0.00 | BOOK VALUE | $0.00 |
| 41.650 | MC75 SCANNERS | $0.00 | BOOK VALUE | $0.00 |
| 41.651 | MC75 SCANNERS 185 UNITS MRK #11 | $0.00 | BOOK VALUE | $0.00 |
| 41.652 | MC75 SCANNERS 275 UNITS MRK#12 | $0.00 | BOOK VALUE | $0.00 |
| 41.653 | MC75 SCANNERS 295 UNITS MRK #10 | $0.00 | BOOK VALUE | $0.00 |
| 41.654 | MC75 SCANNERS MRK 2 | $0.00 | BOOK VALUE | $0.00 |
| 41.655 | MC75 SCANNERS MRK 3 | $0.00 | BOOK VALUE | $0.00 |
| 41.656 | MC75 SCANNERS MRK 4 | $0.00 | BOOK VALUE | $0.00 |
| 41.657 | MC75 SCANNERS MRK 4 | $0.00 | BOOK VALUE | $0.00 |
| 41.658 | MC75 SCANNERS MRK 5 | $0.00 | BOOK VALUE | $0.00 |
| 41.659 | MC75 SCANNERS MRK 5 | $0.00 | BOOK VALUE | $0.00 |
| 41.660 | MC75 SCANNERS MRK 6 | $0.00 | BOOK VALUE | $0.00 |

# Schedule A/B 41

Office equipment, including all computer equipment and
communication systems equipment and software

| | Description | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 41.661 | MC75 SCANNERS MRK 7 | $0.00 | BOOK VALUE | $0.00 |
| 41.662 | MC75 SCANNERS MRK 8 | $0.00 | BOOK VALUE | $0.00 |
| 41.663 | MC75 SCANNERS MRK 9 | $0.00 | BOOK VALUE | $0.00 |
| 41.664 | MC75 TRAINING | $0.00 | BOOK VALUE | $0.00 |
| 41.665 | MCPC CISCO AIRONET ACCESS UNITS - 2 | $0.00 | BOOK VALUE | $0.00 |
| 41.666 | MCPC COMPUTERS | $0.00 | BOOK VALUE | $0.00 |
| 41.667 | MCPC HP 2 LAPTOPS | $0.00 | BOOK VALUE | $0.00 |
| 41.668 | MCPC-4 HP ELITEBOOKS AND DOCKING | $0.00 | BOOK VALUE | $0.00 |
| 41.669 | MCPC-4 HP PROBOOKS | $0.00 | BOOK VALUE | $0.00 |
| 41.670 | MCPC-5 HP BUSINESS DESKTOP PRODE | $0.00 | BOOK VALUE | $0.00 |
| 41.671 | MCPC-HP LASERJET ENTERPRISE M4 | $0.00 | BOOK VALUE | $0.00 |
| 41.672 | MCPC-HP LASERJET ENTERPRISE M4 | $0.00 | BOOK VALUE | $0.00 |
| 41.673 | MCPC-MICROSOFT VISUAL STUDIO | $0.00 | BOOK VALUE | $0.00 |
| 41.674 | MD/BALTIMORE/LAPTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.675 | MEMORY FOR COMPUTERS | $0.00 | BOOK VALUE | $0.00 |
| 41.676 | MEMORY FOR QTS SQL SERVER | $0.00 | BOOK VALUE | $0.00 |
| 41.677 | MN/MINNEAPOLIS/THINK PAD | $0.00 | BOOK VALUE | $0.00 |
| 41.678 | MONITORS | $0.00 | BOOK VALUE | $0.00 |
| 41.679 | MRK10 - MRK CAP LEASE-295 MC75 SCANNERS | $0.00 | BOOK VALUE | $0.00 |
| 41.680 | MRK11 - MRK CAP LEASE-185 MC75 SCANNERS | $0.00 | BOOK VALUE | $0.00 |
| 41.681 | MRK4 - GE CAP LEASE-150 MC75 SCANNERS | $0.00 | BOOK VALUE | $0.00 |
| 41.682 | MRK5 - CCA CAP LEASE-300 MC75 SCANNERS | $0.00 | BOOK VALUE | $0.00 |
| 41.683 | MRK6 - MRK CAP LEASE-300 MC75 SCANNERS | $0.00 | BOOK VALUE | $0.00 |
| 41.684 | MRK7 - GE CAP LEASE-150 MC75 SCANNERS | $0.00 | BOOK VALUE | $0.00 |
| 41.685 | MRK8 - CCA CAP LEASE-125 MC75 SCANNERS | $0.00 | BOOK VALUE | $0.00 |
| 41.686 | MRK9 - MRK CAP LEASE-170 MC75 SCANNERS | $0.00 | BOOK VALUE | $0.00 |
| 41.687 | NC/GREENVILLE/SECURITY SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.688 | NC/KERNERSVILEE/HELLO DIRECT CORDLESS PH | $0.00 | BOOK VALUE | $0.00 |
| 41.689 | NC/RALEIGH/SECURITY SYSTEM INSTALLATION | $0.00 | BOOK VALUE | $0.00 |
| 41.690 | NC/WILMINGTON/SECURITY SYSTEM INSTALLATI | $0.00 | BOOK VALUE | $0.00 |
| 41.691 | NDS COMM (AMEX)-DATA WIRING | $0.00 | BOOK VALUE | $0.00 |
| 41.692 | NETAPP DISK DRIVE- 600 GB MODEL FAS22410 | $0.00 | BOOK VALUE | $0.00 |
| 41.693 | NEW SERVERS 50% DEPOSIT | $0.00 | BOOK VALUE | $0.00 |
| 41.694 | NJ/EAST RUTHERFORD/VIDEO SECURITY SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.695 | NV/LAS VEGAS/620 L SCALE | $0.00 | BOOK VALUE | $0.00 |
| 41.696 | OPTIO DATA DELL POWEREDGE R720XD | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.697 | PAGING SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.698 | PAGING SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.699 | PC & MONITOR FOR TERRY CARTER | $0.00 | BOOK VALUE | $0.00 |
| 41.700 | PHONE EQUIPMENT | $0.00 | BOOK VALUE | $0.00 |
| 41.701 | PHONE HARDWARE | $0.00 | BOOK VALUE | $0.00 |
| 41.702 | PHONE HARDWARE | $0.00 | BOOK VALUE | $0.00 |
| 41.703 | PHONE HARDWARE | $0.00 | BOOK VALUE | $0.00 |
| 41.704 | PHONE HARDWARE | $0.00 | BOOK VALUE | $0.00 |
| 41.705 | PHONE HARDWARE | $0.00 | BOOK VALUE | $0.00 |
| 41.706 | PHONE HARDWARE | $0.00 | BOOK VALUE | $0.00 |
| 41.707 | PHONE HARDWARE | $0.00 | BOOK VALUE | $0.00 |
| 41.708 | PHONE HARDWARE | $0.00 | BOOK VALUE | $0.00 |
| 41.709 | PHONE SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.710 | PHONE SYSTEM INFRASTRUCTURE | $0.00 | BOOK VALUE | $0.00 |
| 41.711 | PHONE SYSTEM INSTALL | $0.00 | BOOK VALUE | $0.00 |
| 41.712 | PRJ INSTALL | $0.00 | BOOK VALUE | $0.00 |
| 41.713 | PRJ- INSTALLATION | $0.00 | BOOK VALUE | $0.00 |
| 41.714 | PRJ- INSTALLATION | $0.00 | BOOK VALUE | $0.00 |
| 41.715 | PRJ- INSTALLATION | $0.00 | BOOK VALUE | $0.00 |

# Schedule A/B 41

Office equipment, including all computer equipment and
communication systems equipment and software

| | Description | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 41.716 | PRJ- INSTALLATION | $0.00 | BOOK VALUE | $0.00 |
| 41.717 | PRJ MANAGEMENT AND INSTALL | $0.00 | BOOK VALUE | $0.00 |
| 41.718 | PRJ-INSTALL | $0.00 | BOOK VALUE | $0.00 |
| 41.719 | PRJ-INSTALLATION | $0.00 | BOOK VALUE | $0.00 |
| 41.720 | PROCOM -ALARM SYSTEM UPGRADE | $0.00 | BOOK VALUE | $0.00 |
| 41.721 | PROSYS CS215 HARD DRIVE ARRAY | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.722 | PROSYS SMARTNET | $2,028.49 | BOOK VALUE | $2,028.49 |
| 41.723 | QTS SWITCH | $0.00 | BOOK VALUE | $0.00 |
| 41.724 | QUEST-SCANNERS | $5,929.93 | BOOK VALUE | $5,929.93 |
| 41.725 | QVN2981 -LAPTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.726 | QVZ6249-LAPTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.727 | RECALL | $585.00 | BOOK VALUE | $585.00 |
| 41.728 | RECALL GT AND MS TWO CONNECT | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.729 | RECALL TOTAL INFORMATION MANAGEMENT | $351.33 | BOOK VALUE | $351.33 |
| 41.730 | RECALL TOTAL INFORMATION MANAGEMENT | $0.00 | BOOK VALUE | $0.00 |
| 41.731 | RECALL-DIGITAL DISCOVERY SESION | $0.00 | BOOK VALUE | $0.00 |
| 41.732 | RECALL-REVIEW SETUP SVCS | $0.00 | BOOK VALUE | $0.00 |
| 41.733 | RECALL-REVIEW SOFTWARE FOR A/R | $0.00 | BOOK VALUE | $0.00 |
| 41.734 | RED PRAIRIE - FLEET MGMT LICENSE | $0.00 | BOOK VALUE | $0.00 |
| 41.735 | REDGATE SW BACKUP PRO & 1-YR SUPPORT | $0.00 | BOOK VALUE | $0.00 |
| 41.736 | REDPRAIRIE CORP | $0.00 | BOOK VALUE | $0.00 |
| 41.737 | ROUTING OPTIMIZATION SW- RED PRAIRIE | $0.00 | BOOK VALUE | $0.00 |
| 41.738 | ROUTING OPTIMIZATION SW- RED PRAIRIE | $0.00 | BOOK VALUE | $0.00 |
| 41.739 | SC/CHARLESTON/LAPTOP | $0.00 | BOOK VALUE | $0.00 |
| 41.740 | SC/GREER/ALARM SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.741 | SC/LEXINGTON/CLOSED CIRCUIT TV | $0.00 | BOOK VALUE | $0.00 |
| 41.742 | SC/LEXINGTON/SECURITY ALARM | $0.00 | BOOK VALUE | $0.00 |
| 41.743 | SCANNER EQUIPMENT | $0.00 | BOOK VALUE | $0.00 |
| 41.744 | SCANNER TRAINING - VELOCITOR | $0.00 | BOOK VALUE | $0.00 |
| 41.745 | SCANNER, DESKTOP & MONITOR | $0.00 | BOOK VALUE | $0.00 |
| 41.746 | SCANNERS | $0.00 | BOOK VALUE | $0.00 |
| 41.747 | SCANNERS - MC75 - MRK4 | $0.00 | BOOK VALUE | $0.00 |
| 41.748 | SCANNERS MC75 - 313 UNITS ATT003&004 | $0.00 | BOOK VALUE | $0.00 |
| 41.749 | SECUIRTY GATEWAY  JUN-SSG5SHWUS | $0.00 | BOOK VALUE | $0.00 |
| 41.750 | SECURITY ALARM | $0.00 | BOOK VALUE | $0.00 |
| 41.751 | SECURITY ALARM SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.752 | SECURITY ALARM SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.753 | SECURITY CAMERA SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.754 | SECURITY CAMERA SYSTEM 9 CAMERAS | $0.00 | BOOK VALUE | $0.00 |
| 41.755 | SECURITY CAMERA SYSTEM INSTALL | $0.00 | BOOK VALUE | $0.00 |
| 41.756 | SECURITY INSTALLATION | $0.00 | BOOK VALUE | $0.00 |
| 41.757 | SELECT TECH SOFTWARE - ERC | $0.00 | BOOK VALUE | $0.00 |
| 41.758 | SERVER | $0.00 | BOOK VALUE | $0.00 |
| 41.759 | SERVER FOR MPLS/SHORTELL SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.760 | SHI | $441.77 | BOOK VALUE | $441.77 |
| 41.761 | SHI | $278.79 | BOOK VALUE | $278.79 |
| 41.762 | SHI | $196.03 | BOOK VALUE | $196.03 |
| 41.763 | SHI | $168.86 | BOOK VALUE | $168.86 |
| 41.764 | SHI - DELL POWER EDGE HARDWARE | $4,993.04 | BOOK VALUE | $4,993.04 |
| 41.765 | SHI#B03731533 HPPRODESK600 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.766 | SHI-HP PROBOOK 650 #5CG8150CSW | $648.94 | BOOK VALUE | $648.94 |
| 41.767 | SHI-HP PROBOOK 650#5CG8150CWN | $648.93 | BOOK VALUE | $648.93 |
| 41.768 | SHI-HP PROBOOK650 #5CG8150ZJ4 | $648.93 | BOOK VALUE | $648.93 |
| 41.769 | SHI-HP PROMO #5CG751072ZK | $732.30 | BOOK VALUE | $732.30 |
| 41.770 | SHI-HP PROMO#5CG75106TR | $732.30 | BOOK VALUE | $732.30 |

# Schedule A/B 41

Office equipment, including all computer equipment and
communication systems equipment and software

| | Description | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 41.771 | SITE INSTALLATION | $0.00 | BOOK VALUE | $0.00 |
| 41.772 | SOFTWARE | $0.00 | BOOK VALUE | $0.00 |
| 41.773 | SOFTWARE - 1 EDI SOURCE | $0.00 | BOOK VALUE | $0.00 |
| 41.774 | SOFTWARE 1 EDI SOURCE | $0.00 | BOOK VALUE | $0.00 |
| 41.775 | SOFTWARE LICENSE FOR SERVER | $0.00 | BOOK VALUE | $0.00 |
| 41.776 | SOFTWARE SQL # ZV01578 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.777 | SQL SERVER 2016 IMPLEMENTATION YASH | $16,845.00 | BOOK VALUE | $16,845.00 |
| 41.778 | STANLEY SECURITY SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.779 | STANLEY SECURITY SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.780 | SURVEILANCE SYSTEM INSTALL | $0.00 | BOOK VALUE | $0.00 |
| 41.781 | SWDIP AS TRANS / SCANNERS | $0.00 | BOOK VALUE | $0.00 |
| 41.782 | SYSTEMS DESIGN | $0.00 | BOOK VALUE | $0.00 |
| 41.783 | TAILWIND (AMEX)-VOICE & DATA | $0.00 | BOOK VALUE | $0.00 |
| 41.784 | TAILWIND (AMEX)-VOICE & DATA | $0.00 | BOOK VALUE | $0.00 |
| 41.785 | TELECOM SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.786 | TELEPHONE SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.787 | TELEPHONE SYSTEM EDGE | $0.00 | BOOK VALUE | $0.00 |
| 41.788 | TELESYS-TOSH CIX PHONE SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.789 | TELESYS-TOSH CIX PHONE SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.790 | TELESYS-TOSH CIX PHONE SYSTEM, CABLING | $0.00 | BOOK VALUE | $0.00 |
| 41.791 | TELESYS-TOSH CIX PHONE SYSTEM, CABLING | $0.00 | BOOK VALUE | $0.00 |
| 41.792 | TELESYS-TOSH CIX PHONE SYSTEM, HEADSETS | $0.00 | BOOK VALUE | $0.00 |
| 41.793 | TELESYS-TOSH CIX PHONE SYSTEM, HEADSETS | $0.00 | BOOK VALUE | $0.00 |
| 41.794 | TELESYS-TOSH CIX PHONE, HEADSETS/MESSAGE | $0.00 | BOOK VALUE | $0.00 |
| 41.795 | TELESYS-TOSH CIX PHONE, HEADSETS/MESSAGE | $0.00 | BOOK VALUE | $0.00 |
| 41.796 | TFC1-CAP LEASE-DATA CENTER SOFTWARE | $0.00 | BOOK VALUE | $0.00 |
| 41.797 | THINK PAD | $0.00 | BOOK VALUE | $0.00 |
| 41.798 | THINK PAD | $0.00 | BOOK VALUE | $0.00 |
| 41.799 | TOOLBOOK INSTRUCTOR LICENSE, SUPPORT AND | $0.00 | BOOK VALUE | $0.00 |
| 41.800 | TRAINING/TRAVEL FOR SCANNERS | $0.00 | BOOK VALUE | $0.00 |
| 41.801 | TRAINING/TRAVEL FOR SCANNERS | $0.00 | BOOK VALUE | $0.00 |
| 41.802 | TRANING/TRAVEL FOR SCANNERS | $0.00 | BOOK VALUE | $0.00 |
| 41.803 | TRANNING/TRAVEL FOR SCANNERS | $0.00 | BOOK VALUE | $0.00 |
| 41.804 | TRIBRIDGE SHAREPOINT EMAIL CONVERSION | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.805 | TX/COPPELL/ SECURITY INSTALL | $0.00 | BOOK VALUE | $0.00 |
| 41.806 | TX/DALLAS/THINK PAD | $0.00 | BOOK VALUE | $0.00 |
| 41.807 | UPS SOFTWARE INSTALLATION | $0.00 | BOOK VALUE | $0.00 |
| 41.808 | UT/SLC/ALARM EQUIP | $0.00 | BOOK VALUE | $0.00 |
| 41.809 | VA/ROANOKE/CCTV INSTALL | $0.00 | BOOK VALUE | $0.00 |
| 41.810 | VA/RONOKE/CAMERA INSTAL | $0.00 | BOOK VALUE | $0.00 |
| 41.811 | VARIOUS COMPUTER EQUIPMENT | $12,411.07 | BOOK VALUE | $12,411.07 |
| 41.812 | VARIOUS FIELD HANDSETS | $0.00 | BOOK VALUE | $0.00 |
| 41.813 | VARIOUS FIELD SCANNERS | $65,755.28 | BOOK VALUE | $65,755.28 |
| 41.814 | VARIOUS HANDSETS | $1,416.38 | BOOK VALUE | $1,416.38 |
| 41.815 | VARIOUS PHONE EQUIPMENT | $0.00 | BOOK VALUE | $0.00 |
| 41.816 | VARIOUS SOFTWARE | $0.00 | BOOK VALUE | $0.00 |
| 41.817 | VELOCITOR SOL SCANNING APP ANDROID | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.818 | VIDEO CABLE RUN - TELESYS SERVICES | $0.00 | BOOK VALUE | $0.00 |
| 41.819 | VIDEO SECURITY | $0.00 | BOOK VALUE | $0.00 |
| 41.820 | VIRTUALIZATION SW | $0.00 | BOOK VALUE | $0.00 |
| 41.821 | VOICE & DATA CABLING | $0.00 | BOOK VALUE | $0.00 |
| 41.822 | VOICE AND DATA CABLES | $0.00 | BOOK VALUE | $0.00 |
| 41.823 | VOICE AND DATA SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.824 | VOICE DATA CABLING | $0.00 | BOOK VALUE | $0.00 |
| 41.825 | VOICE DATA CABLING | $0.00 | BOOK VALUE | $0.00 |

# Schedule A/B 41

Office equipment, including all computer equipment and
communication systems equipment and software

| | Description | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 41.826 | VOICE MAIL SYSTEM UPGRADE | $0.00 | BOOK VALUE | $0.00 |
| 41.827 | VOLOGY CISCO PHONE SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.828 | VOLOGY PLANTRONICS PHONE SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 41.829 | WA/KENT/ ALARM INSTALL | $0.00 | BOOK VALUE | $0.00 |
| 41.830 | WA/KENT/INSTALL | $0.00 | BOOK VALUE | $0.00 |
| 41.831 | WEB DEVELOPEMENT - HARK INV #1182 | $0.00 | BOOK VALUE | $0.00 |
| 41.832 | WINTHROP LEASE-001,002 COMPUTER AND PRIN | UNKNOWN | BOOK VALUE | UNKNOWN |
| 41.833 | WINTHROP LEASE-002R-COMOUTER & PRINTER | $0.00 | BOOK VALUE | $0.00 |
| 41.834 | WIRELESS ACCESS- 4 ACCESS POINTS | $0.00 | BOOK VALUE | $0.00 |
| 41.835 | WIRING | $0.00 | BOOK VALUE | $0.00 |
| 41.836 | WIRING | $0.00 | BOOK VALUE | $0.00 |
| 41.837 | YASH - DATAWAREHOUSE SQL SERVER | $7,303.32 | BOOK VALUE | $7,303.32 |
| 41.838 | YASH - DATAWAREHOUSE SQL SERVER | $3,338.52 | BOOK VALUE | $3,338.52 |
| | TOTAL: | $180,559.68 | TOTAL: | $180,559.68 |

# Schedule A/B 50

Other Machinery, fixtures, and equipment (excluding farm machinery and equipment)

| | Description | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 50.1 | 000039100 CSM STRONG BOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.2 | 180 BINS & BASKETS FOR SAN LEANDRO | UNKOWN | BOOK VALUE | UNKOWN |
| 50.3 | 2 FORKLIFTS | $0.00 | BOOK VALUE | $0.00 |
| 50.4 | 2- INTELLEX 16-CHANNEL SECURITY SYSTEM | UNKOWN | BOOK VALUE | UNKOWN |
| 50.5 | 2- TEARDROP UPRIGHT SHELVING 42"X144" | UNKOWN | BOOK VALUE | UNKOWN |
| 50.6 | 2- TOYOTA FORKLIFTS [USED] | UNKOWN | BOOK VALUE | UNKOWN |
| 50.7 | 2012 AUDIT ADD CE WHAREHOUSE EQUIP | UNKOWN | BOOK VALUE | UNKOWN |
| 50.8 | 3 SORTING BINS | UNKOWN | BOOK VALUE | UNKOWN |
| 50.9 | 34 FT CHAINLINK FENCE & 2 GATES | UNKOWN | BOOK VALUE | UNKOWN |
| 50.10 | 4 MAIL BINS | UNKOWN | BOOK VALUE | UNKOWN |
| 50.11 | 49 STEEL STRONG BOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.12 | 54 FT WIREDECK MESH & CROWN PALLET JACK | UNKOWN | BOOK VALUE | UNKOWN |
| 50.13 | 72X21 LONG FORK PALLET TRUCK | UNKOWN | BOOK VALUE | UNKOWN |
| 50.14 | 79 STEEL STRONG BOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.15 | 8 CAMERAS- PURCH & INSTALLATION | UNKOWN | BOOK VALUE | UNKOWN |
| 50.16 | A&A INDUSTRIAL - RACK SYSTEM | UNKOWN | BOOK VALUE | UNKOWN |
| 50.17 | AC UNIT | $3,087.51 | BOOK VALUE | $3,087.51 |
| 50.18 | ACCESS SECURITY SYS- BAL DUE W/50% DEPOS | UNKOWN | BOOK VALUE | UNKOWN |
| 50.19 | ACCESS SECURITY SYSTEM | UNKOWN | BOOK VALUE | UNKOWN |
| 50.20 | ACCESS-4 SECTIONS TEARDROP PALLET RACKS | UNKOWN | BOOK VALUE | UNKOWN |
| 50.21 | ADT-SECURITY SYSTEM | $302.70 | BOOK VALUE | $302.70 |
| 50.22 | AMEX-JESUSNAVAS-SECURITY SYSTEM UPGRADE | $97.52 | BOOK VALUE | $97.52 |
| 50.23 | AZ/PHOENIX/ 34 SECURITY BOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.24 | AZ/PHOENIX/FORKLIFT/42-6FGU25-67919STRA- | $0.00 | BOOK VALUE | $0.00 |
| 50.25 | AZ/TUSCON/20 SECURITY BOXES (DEPOSIT 1/2 | $0.00 | BOOK VALUE | $0.00 |
| 50.26 | BENSONFENCE-CHAIN LINK FENCE & GATES | UNKOWN | BOOK VALUE | UNKOWN |
| 50.27 | BIG JOE-SHELVING AND PALLET RACKS | $1,467.67 | BOOK VALUE | $1,467.67 |
| 50.28 | BURGLAR & FIRE ALARM SYSTEM | UNKOWN | BOOK VALUE | UNKOWN |
| 50.29 | BURGLAR & FIRE ALARM SYSTEM | UNKOWN | BOOK VALUE | UNKOWN |
| 50.30 | BURGLARY ALARM SYSTEM INSTALLATION | UNKOWN | BOOK VALUE | UNKOWN |
| 50.31 | C&H DIST - RACKING | UNKOWN | BOOK VALUE | UNKOWN |
| 50.32 | CA/GARDENA | UNKOWN | BOOK VALUE | UNKOWN |
| 50.33 | CA/GARDENA/FENCE | UNKOWN | BOOK VALUE | UNKOWN |
| 50.34 | CA/GARDENA/FENCE | UNKOWN | BOOK VALUE | UNKOWN |
| 50.35 | CA/GARDENA/INSTALL | UNKOWN | BOOK VALUE | UNKOWN |
| 50.36 | CA/GARDENA/INSTALL | UNKOWN | BOOK VALUE | UNKOWN |
| 50.37 | CA/GARDENA/JPMC TOTES | $0.00 | BOOK VALUE | $0.00 |
| 50.38 | CA/GARDENA/JPMC TOTES | $0.00 | BOOK VALUE | $0.00 |
| 50.39 | CA/GARDENA/WIRE DECK | UNKOWN | BOOK VALUE | UNKOWN |
| 50.40 | CA/RANCHO/FENCE | UNKOWN | BOOK VALUE | UNKOWN |
| 50.41 | CA/SACREMENTO/PALLET SYSTEM | $0.00 | BOOK VALUE | $0.00 |
| 50.42 | CA/SAN DIEGO/30 SECURITY BOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.43 | CA/SAN DIMAS/ 85 SECURITY BOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.44 | CA/SAN DIMAS/5 SECURITY BOXES (DEPOSIT 1 | $0.00 | BOOK VALUE | $0.00 |
| 50.45 | CA/SAN DIMAS/BOMAN FORKLIFT PURCHASE | $0.00 | BOOK VALUE | $0.00 |
| 50.46 | CA/SAN JOSE/RACKING | UNKOWN | BOOK VALUE | UNKOWN |
| 50.47 | CA/SANDIMAS/140LOCKS | $0.00 | BOOK VALUE | $0.00 |
| 50.48 | CA/SANDIMAS/SECURITYBOX | $0.00 | BOOK VALUE | $0.00 |
| 50.49 | CA/SECURITY BOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.50 | CA/WEST SAC/SHELVING | UNKOWN | BOOK VALUE | UNKOWN |
| 50.51 | CAGE - 7' WITH TOP CHAINLINK | UNKOWN | BOOK VALUE | UNKOWN |
| 50.52 | CAGE - CHAIN LINK | UNKOWN | BOOK VALUE | UNKOWN |
| 50.53 | CAGE CAMERAS INSTALL- RG59 VIDEO & POWER | UNKOWN | BOOK VALUE | UNKOWN |
| 50.54 | CAMERA & SECURITY FENCE IN CAGE AREA | UNKOWN | BOOK VALUE | UNKOWN |
| 50.55 | CAMERAS--RALEIGH LOCATION | $3,220.14 | BOOK VALUE | $3,220.14 |

# Schedule A/B 50

Other Machinery, fixtures, and equipment (excluding farm machinery and equipment)

| | Description | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 50.56 | CATERPILLAR PROPANE FORKLIFT- MODEL GC25 | $0.00 | BOOK VALUE | $0.00 |
| 50.57 | CHAIN LINK CAGE ADD ON | UNKOWN | BOOK VALUE | UNKOWN |
| 50.58 | CHAIN LINK GATES W/PANIC PADDLE RELEASE | UNKOWN | BOOK VALUE | UNKOWN |
| 50.59 | CLARK ELECTRIC FORKLIFT CHARGER | $0.00 | BOOK VALUE | $0.00 |
| 50.60 | CLARK ELECTRIC FORKLIFT- MODEL CS20 | $0.00 | BOOK VALUE | $0.00 |
| 50.61 | CO/DENVER/CAGES | UNKOWN | BOOK VALUE | UNKOWN |
| 50.62 | CO/DENVER/JPMC TOTES | $0.00 | BOOK VALUE | $0.00 |
| 50.63 | CO/DENVER/JPMC TOTES | $0.00 | BOOK VALUE | $0.00 |
| 50.64 | CONVEYOR BELT - STEVE SHAEFERS | $3,209.34 | BOOK VALUE | $3,209.34 |
| 50.65 | CROWN 3-WHEEL SITDOWN FORKLIFT | UNKOWN | BOOK VALUE | UNKOWN |
| 50.66 | CSM/ SECURITY BOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.67 | CSM/SECURITY BOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.68 | CT/NORTH HAVEN/24 LARGE STRONG BOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.69 | CT/NORTH HAVEN/24 SMALL STRONG BOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.70 | CT/NORTH HAVEN/3 STRONG BOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.71 | CT/NORTH HAVEN/6 SECURITY BOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.72 | DELIVERY SCALE | $0.00 | BOOK VALUE | $0.00 |
| 50.73 | ELECTRIC REACH TRUCK | $0.00 | BOOK VALUE | $0.00 |
| 50.74 | EXTERIOR BLDG SIGN | UNKOWN | BOOK VALUE | UNKOWN |
| 50.75 | FL/100 LOCKS | $0.00 | BOOK VALUE | $0.00 |
| 50.76 | FL/100 STRONG BOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.77 | FL/ORLANDO/CAGE | UNKOWN | BOOK VALUE | UNKOWN |
| 50.78 | FL/ORLANDO/FENCE | UNKOWN | BOOK VALUE | UNKOWN |
| 50.79 | FL/ORLANDO/FORKLIFT | $0.00 | BOOK VALUE | $0.00 |
| 50.80 | FL/ORLANDO/RACKS | UNKOWN | BOOK VALUE | UNKOWN |
| 50.81 | FOLDING SCISSOR GATE | UNKOWN | BOOK VALUE | UNKOWN |
| 50.82 | FORKLIFT | $0.00 | BOOK VALUE | $0.00 |
| 50.83 | FORKLIFT | $0.00 | BOOK VALUE | $0.00 |
| 50.84 | FORKLIFT | $0.00 | BOOK VALUE | $0.00 |
| 50.85 | FORKLIFT | $0.00 | BOOK VALUE | $0.00 |
| 50.86 | FORKLIFT | $0.00 | BOOK VALUE | $0.00 |
| 50.87 | FORKLIFT | $0.00 | BOOK VALUE | $0.00 |
| 50.88 | FORKLIFT | $0.00 | BOOK VALUE | $0.00 |
| 50.89 | FORKLIFT | UNKOWN | BOOK VALUE | UNKOWN |
| 50.90 | FORKLIFT | UNKOWN | BOOK VALUE | UNKOWN |
| 50.91 | FORKLIFT | UNKOWN | BOOK VALUE | UNKOWN |
| 50.92 | FORKLIFT - MODEL OPC30 / SN 261-02-01729 | $0.00 | BOOK VALUE | $0.00 |
| 50.93 | FORKLIFT 2005 MODEL FGH15C2 | $0.00 | BOOK VALUE | $0.00 |
| 50.94 | FORKLIFT CAT GC25K SN/AT82D90091 | $0.00 | BOOK VALUE | $0.00 |
| 50.95 | FORKLIFT FOR TEMPE, AZ | $0.00 | BOOK VALUE | $0.00 |
| 50.96 | FORKLIFT KOMTSU 4000LB | $0.00 | BOOK VALUE | $0.00 |
| 50.97 | FORKLIFT TOYOTA 42-6FGCU15 SN66539 | UNKOWN | BOOK VALUE | UNKOWN |
| 50.98 | FORLIFT FOR CHARLOTTE | $0.00 | BOOK VALUE | $0.00 |
| 50.99 | GA/ CORP/ STRONG BOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.100 | GA/ALANTA/EQUIPMENT | $0.00 | BOOK VALUE | $0.00 |
| 50.101 | GA/ATLANTA/350 PLASTIC TOTES FOR TRAININ | $0.00 | BOOK VALUE | $0.00 |
| 50.102 | GA/ATLANTA/5 SECURITY BOXES (DEPOSIT 1/2 | $0.00 | BOOK VALUE | $0.00 |
| 50.103 | GA/ATLANTA/60LOCKS | $0.00 | BOOK VALUE | $0.00 |
| 50.104 | GA/ATLANTA/62 STRONGBOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.105 | GA/ATLANTA/FORKLIFT SERIAL #69260 | $0.00 | BOOK VALUE | $0.00 |
| 50.106 | GA/COLLEGE PARK/RACKS | UNKOWN | BOOK VALUE | UNKOWN |
| 50.107 | GA/COLLEGE PARK/SHELVING | UNKOWN | BOOK VALUE | UNKOWN |
| 50.108 | GA/CORP/10 (33X24X13) STRONGBOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.109 | GA/CORP/10 SMALL STRONG BOX TRUNKS | $0.00 | BOOK VALUE | $0.00 |
| 50.110 | GA/CORP/100 SECURITY BOXES SE | $0.00 | BOOK VALUE | $0.00 |

# Schedule A/B 50

Other Machinery, fixtures, and equipment (excluding farm machinery and equipment)

| | Description | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 50.111 | GA/CORP/104 SECURITY BOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.112 | GA/CORP/12 (16X24X13) STRONGBOX REPAIR | $0.00 | BOOK VALUE | $0.00 |
| 50.113 | GA/CORP/12 SECURITY BOXES/SE | $0.00 | BOOK VALUE | $0.00 |
| 50.114 | GA/CORP/12 SECURITY BOXES/SE | $0.00 | BOOK VALUE | $0.00 |
| 50.115 | GA/CORP/130 SECURITY BOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.116 | GA/CORP/14 LARGE STRONG BOX TRUNKS | $0.00 | BOOK VALUE | $0.00 |
| 50.117 | GA/CORP/150 LOCKS | $0.00 | BOOK VALUE | $0.00 |
| 50.118 | GA/CORP/190 STRONG BOX LOCKS FOR NEW BOX | $0.00 | BOOK VALUE | $0.00 |
| 50.119 | GA/CORP/200 STRONG BOX LOCKS FOR NEW BOX | $0.00 | BOOK VALUE | $0.00 |
| 50.120 | GA/CORP/24 (16X24X13) STRONGBOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.121 | GA/CORP/24 (16X24X13) STRONGBOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.122 | GA/CORP/24 (16X24X13) STRONGBOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.123 | GA/CORP/24 (33X24X13) STRONGBOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.124 | GA/CORP/24 SECURITY BOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.125 | GA/CORP/24 SECURITY BOXES/SC/GA/CT | $0.00 | BOOK VALUE | $0.00 |
| 50.126 | GA/CORP/24-16" X 24" X 13" STRONGBOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.127 | GA/CORP/30 SMALL STRONG BOX TRUNKS | $0.00 | BOOK VALUE | $0.00 |
| 50.128 | GA/CORP/45 SMALL STRONGBOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.129 | GA/CORP/48 (16X24X13) STRONGBOX REPAIR | $0.00 | BOOK VALUE | $0.00 |
| 50.130 | GA/CORP/48 (16X24X13) STRONGBOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.131 | GA/CORP/50 (33X24X13) STRONGBOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.132 | GA/CORP/50 LARGE STRONG BOX TRUNKS | $0.00 | BOOK VALUE | $0.00 |
| 50.133 | GA/CORP/55 SMALL STRONGBOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.134 | GA/CORP/6 SMALL STRONG BOX TRUNKS | $0.00 | BOOK VALUE | $0.00 |
| 50.135 | GA/CORP/60 (33X24X13) STRONGBOX REPAIR | $0.00 | BOOK VALUE | $0.00 |
| 50.136 | GA/CORP/60 (33X24X13) STRONGBOX REPAIR | $0.00 | BOOK VALUE | $0.00 |
| 50.137 | GA/CORP/60 (33X24X13) STRONGBOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.138 | GA/CORP/6000 STRONGBOX BARCODE LABELS | $0.00 | BOOK VALUE | $0.00 |
| 50.139 | GA/CORP/63 SECURITY BOXES/SE | $0.00 | BOOK VALUE | $0.00 |
| 50.140 | GA/CORP/COMEBACK BAGS | $0.00 | BOOK VALUE | $0.00 |
| 50.141 | GA/CORP/METAL FABRICATORS SMALL STRONGBO | $0.00 | BOOK VALUE | $0.00 |
| 50.142 | GA/CORP/PLATT&LABONIA/SECURITY BOX INITI | $0.00 | BOOK VALUE | $0.00 |
| 50.143 | GA/CORP/SECURITY BOX SHIPPING TO OK | $0.00 | BOOK VALUE | $0.00 |
| 50.144 | GA/CORP/STRONGBOX REPAIR | $0.00 | BOOK VALUE | $0.00 |
| 50.145 | GA/CORP/STRONGBOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.146 | GA/CORP/STRONGBOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.147 | GA/CORP/STRONGBOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.148 | GA/CORP?COMEBACK BAGS | $0.00 | BOOK VALUE | $0.00 |
| 50.149 | GA/FL/VA/ 400 LOCKS | $0.00 | BOOK VALUE | $0.00 |
| 50.150 | GATE & AUTO MOTOR- FURNISH & INSTALL | UNKOWN | BOOK VALUE | UNKOWN |
| 50.151 | GLOBAL (AMEX)-SHELVING & WOOD DECK | UNKOWN | BOOK VALUE | UNKOWN |
| 50.152 | GLOBAL (AMEX)-SHELVING & WOOD DECK | UNKOWN | BOOK VALUE | UNKOWN |
| 50.153 | GLOBAL (AMEX)-SHELVING & WOOD DECK | UNKOWN | BOOK VALUE | UNKOWN |
| 50.154 | GLOVER FENCE-WAREHOUSE FENCE | $132.01 | BOOK VALUE | $132.01 |
| 50.155 | HOJ  SPACERAK | $1,602.21 | BOOK VALUE | $1,602.21 |
| 50.156 | HOJ ENGINEERING-RACKING AND SHELVING | $1,602.21 | BOOK VALUE | $1,602.21 |
| 50.157 | HOJ ENGINEERING-RACKING AND SHELVING | $1,602.21 | BOOK VALUE | $1,602.21 |
| 50.158 | HOJ RACKING AND SHELVING | $1,073.31 | BOOK VALUE | $1,073.31 |
| 50.159 | HYSTER S50XM FORK LIFT | UNKOWN | BOOK VALUE | UNKOWN |
| 50.160 | INTELLEX 16-CHANNEL SECURITY SYSTEM | UNKOWN | BOOK VALUE | UNKOWN |
| 50.161 | INTELLEX 16-CHANNEL SECURITY SYSTEM | UNKOWN | BOOK VALUE | UNKOWN |
| 50.162 | INTELLEX 16-CHANNEL SECURITY SYSTEM | UNKOWN | BOOK VALUE | UNKOWN |
| 50.163 | INTELLEX 16-CHANNEL SECURITY SYSTEM | UNKOWN | BOOK VALUE | UNKOWN |
| 50.164 | INTELLEX 16-CHANNEL SECURITY SYSTEM | UNKOWN | BOOK VALUE | UNKOWN |
| 50.165 | INTELLEX 16-CHANNEL SECURITY SYSTEM | UNKOWN | BOOK VALUE | UNKOWN |

# Schedule A/B 50

Other Machinery, fixtures, and equipment (excluding farm machinery and equipment)

| | Description | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 50.166 | INTELLEX 16-CHANNEL SECURITY SYSTEM | UNKOWN | BOOK VALUE | UNKOWN |
| 50.167 | INTELLEX 16-CHANNEL W/10 CAMERAS &WIRING | UNKOWN | BOOK VALUE | UNKOWN |
| 50.168 | INTERLAKE RACKING- UPRIGHTS, BEAMS & ANC | UNKOWN | BOOK VALUE | UNKOWN |
| 50.169 | JOHNSON EQUIP-RAMP DOOR PANELS | $452.36 | BOOK VALUE | $452.36 |
| 50.170 | KOMATSU FORKLIFT | $0.00 | BOOK VALUE | $0.00 |
| 50.171 | KOMATSU FORKLIFT (USED) | UNKOWN | BOOK VALUE | UNKOWN |
| 50.172 | LOAD BEAMS & WIRE DECK RACKING | UNKOWN | BOOK VALUE | UNKOWN |
| 50.173 | LOCKS | $0.00 | BOOK VALUE | $0.00 |
| 50.174 | LOT SHELVING & INSTALLATION | UNKOWN | BOOK VALUE | UNKOWN |
| 50.175 | LPG FORKLIFT | $0.00 | BOOK VALUE | $0.00 |
| 50.176 | LPG FORKLIFT | $0.00 | BOOK VALUE | $0.00 |
| 50.177 | MAIL BINS / 8 | UNKOWN | BOOK VALUE | UNKOWN |
| 50.178 | MANUAL PALLET JACK & DUTRO HAND TRUCK | UNKOWN | BOOK VALUE | UNKOWN |
| 50.179 | MCNELLY-HAZMAT SHOWER & EYE WASH STATION | $80.50 | BOOK VALUE | $80.50 |
| 50.180 | NC/ /TOYOTA FORKLIFT PURCHASE | $0.00 | BOOK VALUE | $0.00 |
| 50.181 | NC/2 FORKLIFTS | $0.00 | BOOK VALUE | $0.00 |
| 50.182 | NC/70 SECURITY BOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.183 | NC/CHARLOTTE/FORKLIFT/69432 | $0.00 | BOOK VALUE | $0.00 |
| 50.184 | NC/CHARLOTTE/SECURITY BOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.185 | NC/CHARLOTTE/SHELVING | UNKOWN | BOOK VALUE | UNKOWN |
| 50.186 | NC/CHARLOTTE/STORAGE RACK | UNKOWN | BOOK VALUE | UNKOWN |
| 50.187 | NC/RDU/SHELVING | UNKOWN | BOOK VALUE | UNKOWN |
| 50.188 | NC/SC SJELVING | UNKOWN | BOOK VALUE | UNKOWN |
| 50.189 | NDS COMM & VAR (AMEX)-SECURITY SYSTEM | UNKOWN | BOOK VALUE | UNKOWN |
| 50.190 | NDS-SECURITY SYSTEM (AMEX) | UNKOWN | BOOK VALUE | UNKOWN |
| 50.191 | NISSAN FORKLIFT - 2006 CLS40LP | $0.00 | BOOK VALUE | $0.00 |
| 50.192 | NISSAN FORKLIFT- 3,500 LB CAPACITY | $0.00 | BOOK VALUE | $0.00 |
| 50.193 | NJ/E.RUTH/JPMC TOTES | $0.00 | BOOK VALUE | $0.00 |
| 50.194 | NJ/E.RUTH/JPMC TOTES | $0.00 | BOOK VALUE | $0.00 |
| 50.195 | NJ/EAST RUTHERFORD/PALLET | UNKOWN | BOOK VALUE | UNKOWN |
| 50.196 | NORTHWEST PALLET RACK 2015 | $3,088.03 | BOOK VALUE | $3,088.03 |
| 50.197 | OK/TULSA/SHELVING | UNKOWN | BOOK VALUE | UNKOWN |
| 50.198 | PALLET JACK | UNKOWN | BOOK VALUE | UNKOWN |
| 50.199 | PALLET JACK | UNKOWN | BOOK VALUE | UNKOWN |
| 50.200 | PALLET RACK INSTALLATION | UNKOWN | BOOK VALUE | UNKOWN |
| 50.201 | PALLET RACK STORAGE SYSTEM (FINAL BILL) | UNKOWN | BOOK VALUE | UNKOWN |
| 50.202 | PALLET RACKS- TEARDROP UPRIGHTS & | UNKOWN | BOOK VALUE | UNKOWN |
| 50.203 | PALLET RACKS- TEARDROP UPRIGHTS, BEAMS, | UNKOWN | BOOK VALUE | UNKOWN |
| 50.204 | PALLETS BUILT FOR UNION CITY | UNKOWN | BOOK VALUE | UNKOWN |
| 50.205 | PLATT & LABONI 175 LRG & 45 SM/STRONG BO | $0.00 | BOOK VALUE | $0.00 |
| 50.206 | PORTABLE GENERATOR | UNKOWN | BOOK VALUE | UNKOWN |
| 50.207 | POWERS FENCE CO-CANTILEVER GATE | UNKOWN | BOOK VALUE | UNKOWN |
| 50.208 | PRECISION WAREHOUSE-DSCOTT-CONVEYOR | UNKOWN | BOOK VALUE | UNKOWN |
| 50.209 | PRO CONSTRUCTION-SECURITY FENCE W/ GATE | $162.00 | BOOK VALUE | $162.00 |
| 50.210 | RACK SYSTEM STATE "PERMITS" | UNKOWN | BOOK VALUE | UNKOWN |
| 50.211 | RACKING | UNKOWN | BOOK VALUE | UNKOWN |
| 50.212 | RACKING | UNKOWN | BOOK VALUE | UNKOWN |
| 50.213 | RACKING | UNKOWN | BOOK VALUE | UNKOWN |
| 50.214 | RACKING | UNKOWN | BOOK VALUE | UNKOWN |
| 50.215 | RACKING - BIG JOE ADDITIONAL PARTS | UNKOWN | BOOK VALUE | UNKOWN |
| 50.216 | RACKING - GARDENA | UNKOWN | BOOK VALUE | UNKOWN |
| 50.217 | RACKING - ORLANDO | UNKOWN | BOOK VALUE | UNKOWN |
| 50.218 | RACKING - SAN LEANDRO | UNKOWN | BOOK VALUE | UNKOWN |
| 50.219 | RACKING - SAN LEANDRO - DE LAGE | UNKOWN | BOOK VALUE | UNKOWN |
| 50.220 | RACKING AND DECKING | UNKOWN | BOOK VALUE | UNKOWN |

# Schedule A/B 50

Other Machinery, fixtures, and equipment (excluding farm machinery and equipment)

| | Description | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 50.221 | RACKING FOR CHOICE - VA BEACH | UNKOWN | BOOK VALUE | UNKOWN |
| 50.222 | RACKING FOR CHOICE GARDENA | UNKOWN | BOOK VALUE | UNKOWN |
| 50.223 | RACKING FOR CHOICE WORK | UNKOWN | BOOK VALUE | UNKOWN |
| 50.224 | RACKING FOR CHOICE WORK - LUBBOCK | UNKOWN | BOOK VALUE | UNKOWN |
| 50.225 | RACKING FOR SAN LEANDRO | UNKOWN | BOOK VALUE | UNKOWN |
| 50.226 | RACKING, SHELVING, CABINETS - IDEXX | UNKOWN | BOOK VALUE | UNKOWN |
| 50.227 | RACKS/SHELVING | UNKOWN | BOOK VALUE | UNKOWN |
| 50.228 | RACKS/SHELVING | UNKOWN | BOOK VALUE | UNKOWN |
| 50.229 | RACKS/SHELVING | UNKOWN | BOOK VALUE | UNKOWN |
| 50.230 | RAYMOND STOCK SELECTOR LIFT & BATTERY | $0.00 | BOOK VALUE | $0.00 |
| 50.231 | RIVETIER II "BOLTLESS" SHELVING & INSTAL | UNKOWN | BOOK VALUE | UNKOWN |
| 50.232 | RIVETIER SHELVING- 5 LEVELS | UNKOWN | BOOK VALUE | UNKOWN |
| 50.233 | RIVETIER SHELVING-5 LEVELS 12'HX48"X24"D | UNKOWN | BOOK VALUE | UNKOWN |
| 50.234 | SALAFIA ELECTRIC-FIRE ALARM SYSTEM | $116.98 | BOOK VALUE | $116.98 |
| 50.235 | SALAFIA ELECTRIC-SECURITY SYSTEM | $146.23 | BOOK VALUE | $146.23 |
| 50.236 | SAN LEANDRO RACKING & DECKING | UNKOWN | BOOK VALUE | UNKOWN |
| 50.237 | SC/LEXINGTON/LIFT | $0.00 | BOOK VALUE | $0.00 |
| 50.238 | SC/LEXINGTON/STORAGE RACK | UNKOWN | BOOK VALUE | UNKOWN |
| 50.239 | SC/SHELVING | UNKOWN | BOOK VALUE | UNKOWN |
| 50.240 | SCALES/PALLET JACK/DOCK PLATE/OTHER | UNKOWN | BOOK VALUE | UNKOWN |
| 50.241 | SECRITY INSTALLATION | UNKOWN | BOOK VALUE | UNKOWN |
| 50.242 | SECURITY & SURVEILLANCE SYS INSTALLATION | UNKOWN | BOOK VALUE | UNKOWN |
| 50.243 | SECURITY CAMERA | UNKOWN | BOOK VALUE | UNKOWN |
| 50.244 | SECURITY EQUIP | UNKOWN | BOOK VALUE | UNKOWN |
| 50.245 | SECURITY EQUIP | UNKOWN | BOOK VALUE | UNKOWN |
| 50.246 | SECURITY EQUIP | UNKOWN | BOOK VALUE | UNKOWN |
| 50.247 | SECURITY FENCE | UNKOWN | BOOK VALUE | UNKOWN |
| 50.248 | SECURITY INSTALLATION | UNKOWN | BOOK VALUE | UNKOWN |
| 50.249 | SECURITY LOCK SVC-2 KEYPAD ENTRY SYSTEMS | $81.21 | BOOK VALUE | $81.21 |
| 50.250 | SECURITY LOCK SVC-KEYPAD ENTRY SYSTEM | $40.01 | BOOK VALUE | $40.01 |
| 50.251 | SECURITY LOCK SVC-SECURITY CAMERA | $40.04 | BOOK VALUE | $40.04 |
| 50.252 | SECURITY SYS- 49% BAL DUE | UNKOWN | BOOK VALUE | UNKOWN |
| 50.253 | SECURITY SYSTEM | UNKOWN | BOOK VALUE | UNKOWN |
| 50.254 | SECURITY SYSTEM | UNKOWN | BOOK VALUE | UNKOWN |
| 50.255 | SECURITY SYSTEM | UNKOWN | BOOK VALUE | UNKOWN |
| 50.256 | SECURITY SYSTEM | UNKOWN | BOOK VALUE | UNKOWN |
| 50.257 | SECURITY SYSTEM | UNKOWN | BOOK VALUE | UNKOWN |
| 50.258 | SECURITY SYSTEM | UNKOWN | BOOK VALUE | UNKOWN |
| 50.259 | SECURITY SYSTEM | UNKOWN | BOOK VALUE | UNKOWN |
| 50.260 | SECURITY SYSTEM | UNKOWN | BOOK VALUE | UNKOWN |
| 50.261 | SECURITY SYSTEM | UNKOWN | BOOK VALUE | UNKOWN |
| 50.262 | SECURITY SYSTEM | UNKOWN | BOOK VALUE | UNKOWN |
| 50.263 | SECURITY SYSTEM-12 CAMERAS & CABLING | UNKOWN | BOOK VALUE | UNKOWN |
| 50.264 | SECURTITY FENCE | UNKOWN | BOOK VALUE | UNKOWN |
| 50.265 | SHELVING | UNKOWN | BOOK VALUE | UNKOWN |
| 50.266 | SHELVING | UNKOWN | BOOK VALUE | UNKOWN |
| 50.267 | SHELVING | UNKOWN | BOOK VALUE | UNKOWN |
| 50.268 | SHELVING | UNKOWN | BOOK VALUE | UNKOWN |
| 50.269 | SHELVING 84"H X 48"W X 24"D | UNKOWN | BOOK VALUE | UNKOWN |
| 50.270 | SHOPPA'S-4 SECURITY GATES | $309.04 | BOOK VALUE | $309.04 |
| 50.271 | SHOPPAS-INSTALL EDGE OF DOCK LEVELERS | $178.26 | BOOK VALUE | $178.26 |
| 50.272 | SITDOWN FORKLIFT | $0.00 | BOOK VALUE | $0.00 |
| 50.273 | SSD CAGES- 45X15X10 TALL GALV CHAIN LINK | UNKOWN | BOOK VALUE | UNKOWN |
| 50.274 | STANLEY SEC INTRUSION #2234580375 | $948.12 | BOOK VALUE | $948.12 |
| 50.275 | STANLEY SECURITY SYSTEM | $1,762.33 | BOOK VALUE | $1,762.33 |

# Schedule A/B 50

Other Machinery, fixtures, and equipment (excluding farm machinery and equipment)

| | Description | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 50.276 | STANLEY SECURITY SYSTEMS | $1,817.25 | BOOK VALUE | $1,817.25 |
| 50.277 | STANLEY-ADD/UPGRADE INTEGRATED SECURITY | $102.09 | BOOK VALUE | $102.09 |
| 50.278 | STANLEY-NEW SECURITY AND CCTV | $1,011.59 | BOOK VALUE | $1,011.59 |
| 50.279 | STANLEY-SECURITY SYSTEM | UNKOWN | BOOK VALUE | UNKOWN |
| 50.280 | STANLEY-SECURITY SYSTEM | UNKOWN | BOOK VALUE | UNKOWN |
| 50.281 | STANLEY-SECURITY SYSTEM CCTV | $348.24 | BOOK VALUE | $348.24 |
| 50.282 | STANLEY-SECURITY SYSTEM CCTV | $1,224.13 | BOOK VALUE | $1,224.13 |
| 50.283 | STANLEY-SECURITY SYSTEM-CAMERAS/ALARMS | $2,081.88 | BOOK VALUE | $2,081.88 |
| 50.284 | STANLEY-SECURITY SYSTEM-EUREKA | $224.12 | BOOK VALUE | $224.12 |
| 50.285 | STANLEY-SECURITY SYSTEM-INTRUSION | $198.83 | BOOK VALUE | $198.83 |
| 50.286 | STANLEY-SECURITY SYSTEM-INTRUSION | $914.38 | BOOK VALUE | $914.38 |
| 50.287 | STANLEY-SECURITY SYSTEM-NEW VIDEO | $89.01 | BOOK VALUE | $89.01 |
| 50.288 | STANLEY-SECURITY SYSTEM-NEW VIDEO | $90.34 | BOOK VALUE | $90.34 |
| 50.289 | STEEL STORNG BOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.290 | STORAGE CAGES- 40% DEPOSIT | UNKOWN | BOOK VALUE | UNKOWN |
| 50.291 | TCM FORKLIFT MODEL #FCG25-3HL | UNKOWN | BOOK VALUE | UNKOWN |
| 50.292 | TEARDROP UPRIGHT SHELVING 12'X48" GREEN | UNKOWN | BOOK VALUE | UNKOWN |
| 50.293 | TELESYS-4 SECURITY CAMERAS | UNKOWN | BOOK VALUE | UNKOWN |
| 50.294 | TELESYS-4 SECURITY CAMERAS | UNKOWN | BOOK VALUE | UNKOWN |
| 50.295 | THE BLOOM ORG-SECURITY FENCE & GATES | $525.00 | BOOK VALUE | $525.00 |
| 50.296 | THOMPSON-JANUS ROLL-UP SHEET DOOR | $276.25 | BOOK VALUE | $276.25 |
| 50.297 | TORSION WAREHOUSE ASSEMBLY | UNKOWN | BOOK VALUE | UNKOWN |
| 50.298 | TOYOTA FORKLIFT | $0.00 | BOOK VALUE | $0.00 |
| 50.299 | TOYOTA FORKLIFT | $0.00 | BOOK VALUE | $0.00 |
| 50.300 | TOYOTA FORKLIFT- 3,000 LB CAPACITY | $0.00 | BOOK VALUE | $0.00 |
| 50.301 | TOYOTA LIFT TRUCK | $0.00 | BOOK VALUE | $0.00 |
| 50.302 | TX/COPPELL/BEAMS | UNKOWN | BOOK VALUE | UNKOWN |
| 50.303 | TYCO-4 650TVL SECURITY CAMERAS | $493.51 | BOOK VALUE | $493.51 |
| 50.304 | TYCO-BURGLAR ALARM | UNKOWN | BOOK VALUE | UNKOWN |
| 50.305 | TYCO-SECURITY SYSTEM | UNKOWN | BOOK VALUE | UNKOWN |
| 50.306 | TYCO-SECURITY SYSTEM | $478.13 | BOOK VALUE | $478.13 |
| 50.307 | TYCO-SECURITY SYSTEM | $1,225.08 | BOOK VALUE | $1,225.08 |
| 50.308 | TYCO-SECURITY SYSTEM | $866.58 | BOOK VALUE | $866.58 |
| 50.309 | TYCO-SECURITY SYSTEM | $3,641.05 | BOOK VALUE | $3,641.05 |
| 50.310 | TYCO-SECURITY SYSTEM | $2,849.01 | BOOK VALUE | $2,849.01 |
| 50.311 | TYCO-SECURITY SYSTEM | UNKOWN | BOOK VALUE | UNKOWN |
| 50.312 | TYCO-SECURITY SYSTEM | $1,781.93 | BOOK VALUE | $1,781.93 |
| 50.313 | TYCO-SECURITY SYSTEM | UNKOWN | BOOK VALUE | UNKOWN |
| 50.314 | TYCO-SECURITY SYSTEM- 3 CPAK,OD,SHR,2-12 | UNKOWN | BOOK VALUE | UNKOWN |
| 50.315 | VA/130 SECURITY BOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.316 | VA/ALEXANDRA/71 SECURITY BOXES (DEPOSIT | $0.00 | BOOK VALUE | $0.00 |
| 50.317 | VA/CAROLINAS/230 LOCKS | $0.00 | BOOK VALUE | $0.00 |
| 50.318 | VA/CAROLINAS/270 LOCKS | $0.00 | BOOK VALUE | $0.00 |
| 50.319 | VA/NC/SECURITY BOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.320 | VA/RICHMOND/75 SECRUITY BOXES (DEPOSIT 1 | $0.00 | BOOK VALUE | $0.00 |
| 50.321 | VA/RICHMOND/FORKLIFT | $0.00 | BOOK VALUE | $0.00 |
| 50.322 | VA/RICHMOND/SECURITY BOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.323 | VA/ROANOKE/31 SECURITY BOXES (DEPOSIT 1/ | $0.00 | BOOK VALUE | $0.00 |
| 50.324 | VA/ROANOKE/FORKLIFT | $0.00 | BOOK VALUE | $0.00 |
| 50.325 | VA/SECURITY BOXES | $0.00 | BOOK VALUE | $0.00 |
| 50.326 | VARIOUS TESTING EQUIPMENT | $0.00 | BOOK VALUE | UNKNOWN |
| 50.327 | W/HL 10 LIFTER | $0.00 | BOOK VALUE | $0.00 |
| 50.328 | WA/KENT/GATE INSTALLED | UNKOWN | BOOK VALUE | UNKOWN |
| 50.329 | WAREHOUSE CAGE FENCING-FURNISH & INSTALL | UNKOWN | BOOK VALUE | UNKOWN |
| 50.330 | WAREHOUSE EQUIP | UNKOWN | BOOK VALUE | UNKOWN |

# Schedule A/B 50

Other Machinery, fixtures, and equipment (excluding farm machinery and equipment)

| | Description | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 50.331 | WAREHOUSE EQUIP | UNKOWN | BOOK VALUE | UNKOWN |
| 50.332 | WAREHOUSE LADDER- 39" OAW STEEL TUBE | UNKOWN | BOOK VALUE | UNKOWN |
| 50.333 | WAREHOUSE RACK SHELVING | $1,550.59 | BOOK VALUE | $1,550.59 |
| 50.334 | WAREHOUSE STORAGE CAGE | UNKOWN | BOOK VALUE | UNKOWN |
| 50.335 | YALE FORKLIFT- RECONDITIONED PROPANE | $0.00 | BOOK VALUE | $0.00 |
| | TOTAL: | **$46,590.95** | TOTAL: | **$46,590.95** |

# Schedule AB55

Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| | Description | Nature of Interest | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|---|
| 55.1 | 10/28/11 | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.2 | 100 TWINBRIDGE DRIVE, PENNSAUKEN,NJ | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.3 | 1001 ENTERPRISE AVENUE, OKLAHOMA CITY,OK | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.4 | 1005 33RD AVENUE SW, CEDAR RAPIDS,IA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.5 | 1015 S. 63RD AVE, SUITE 4, PHOENIX,AZ | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.6 | 1041 ROUTE 73 SOUTH, PENNSAUKEN,NJ | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.7 | 105 STATON CT., GREENVILLE,NC | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.8 | 10540 & 10544 E. PINE ST, TULSA,OK | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.9 | 1101 AVE H, CARTER LAKE,IA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.10 | 11116 JEFFERSON AVENUE, SUITE 108B, NEWPORT NEWS,VA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.11 | 1148 AND 1152 DISTRIBUTION COURT, KERNERSVILLE,NC | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.12 | 12 CHANNEL STREET, BOSTON,MA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.13 | 1200 LAWRENCE DRIVE #200, NEWBURY PARK,CA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.14 | 1200-G WESTINGHOUSE BLVD, CHARLOTTE,NC | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.15 | 1236-B BAKER RD, VIRGINIA BEACH,VA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.16 | 12435 E 42ND AVE, SUITE 80, DENVER,CO | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.17 | 125830-HOMESTEAD COILING DOORS | LEASEHOLD IMPROVEMENT | $3,160.41 | NET BOOK VALUE | $3,160.41 |
| 55.18 | 131484-MANN MECH SINK | LEASEHOLD IMPROVEMENT | $5,800.44 | NET BOOK VALUE | $5,800.44 |
| 55.19 | 13176 HWY 110 S., TYLER,TX | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.20 | 1320 JACKSON STREET, FORT SMITH,AR | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.21 | 1322 SOUTH PARK DRIVE, SUITES 1328-1340, KERNERSVILLE,NC | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.22 | 133 GAITHER DRIVE, MOUNT LAUREL,NJ | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.23 | 135 ROBERT TREAT PAINE DRIVE, TAUNTON,MA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.24 | 1360 UNIVERSITY AVE W #355 - UPS STORE, ST PAUL,MN | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.25 | 1401 GARDENA CABLE WIRING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.26 | 14X14 430 SERIES SOLID TD/HO/HU | LEASEHOLD IMPROVEMENT | $441.88 | NET BOOK VALUE | $441.88 |
| 55.27 | 15181 S FIGUEROA ST, LOS ANGELES,CA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.28 | 1519 CARTHAGE ROAD, LUMBERTON,NC | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.29 | 1525 GLADIOLA, UNIT #1, SALT LAKE CITY,UT | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.30 | 1630 TERMINAL STREET, WEST SACRAMENTO,CA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.31 | 1701 MIDLAND RD, SALEM,VA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.32 | 1740 ENTERPRISE BLVD., WEST SACRAMENTO,CA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.33 | 1820 INTERNATIONALE BLVD., GLENDALE HEIGHTS,IL | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.34 | 1863 NE 54TH AVENUE, BUILDING 1,SUITE 102, DES MOINES,IA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.35 | 18638 72ND AVE SOUTH, KENT,WA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.36 | 1868-72 CRAIGSHIRE ROAD, ST LOUIS,MO | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.37 | 1915 AND 1919 HARTOG DRIVE, SAN JOSE,CA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.38 | 1927 COMENITZ DRIVE, DAVENPORT,IA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.39 | 1957 E. GLADWICK ST, RANCHO DOMINGUEZ,CA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |

| | Description | Nature of Interest | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|---|
| 55.40 | 1968 HARTOG DRIVE, SAN JOSE,CA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.41 | 20 TWINBRIDGE DRIVE, PENNSAUKEN,NJ | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.42 | 2012 AUDIT ADD LHI | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.43 | 2120 POWERS FERRY ROAD, SUITE 300, ATLANTA,GA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.44 | 2121 N MAIN STREET, UNIT B, MCALESTER,OK | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.45 | 21-23-25 DRYDOCK AVE, SUITE 21E-303, BOSTON,MA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.46 | 219 MCKELLAR RD, TYLER,TX | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.47 | 2242 JAMES AVE UNIT 4, MT PLEASANT,IA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.48 | 2247 2ND AVE N, BUILDING 4, FORT DODGE,IA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.49 | 230 JOHN HANCOCK ROAD, TAUNTON,MA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.50 | 2321-2325 FRONT STREET, KANSAS CITY,MO | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.51 | 2430 ALAMO AVE., S.E., SUITE 104, ALBUQUERQUE,NM | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.52 | 24-A CONCORD ST, EL PASO,TX | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.53 | 2500 GLENN AVE SUITE 50, SIOUX CITY,IA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.54 | 2528 S. TRI-CENTER BLVD, DURHAM,NC | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.55 | 2701 EARHART, MIDLAND,TX | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.56 | 2701 FORTUNE CIRCLE EAST, SUITE H, INDIANAPOLIS,IN | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.57 | 2728-2A AGNES, CORPUS CHRISTI,TX | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.58 | 2844 STIRLING ROAD, SUITES S & T, HOLLYWOOD,FL | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.59 | 2900 SE 10TH AVE, AMARILLO,TX | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.60 | 2928-B GREENS RD, SUITES 400-425, HOUSTON,TX | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.61 | 2930  AIRPORT AVENUE, HARLINGEN,TX | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.62 | 2935 COLEMAN STREET, LAS VEGAS,NV | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.63 | 2ND FLOOR IMPROVEMENTS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.64 | 2ND FLOOR IMPROVEMENTS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.65 | 2ND FLOOR IMPROVEMENTS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.66 | 2ND FLOOR IMPROVEMENTS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.67 | 2ND FLOOR IMPROVEMENTS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.68 | 2ND FLOOR IMPROVEMENTS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.69 | 2ND FLOOR IMPROVEMENTS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.70 | 2ND FLOOR IMPROVEMENTS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.71 | 2ND FLOOR IMPROVEMENTS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.72 | 2ND FLOOR IMPROVEMENTS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.73 | 2ND FLOOR IMPROVEMENTS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.74 | 2ND FLOOR IMPROVEMENTS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.75 | 2ND FLOOR IMPROVEMENTS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.76 | 2ND FLOOR IMPROVEMENTS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.77 | 2ND FLOOR IMPROVEMENTS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.78 | 2ND FLOOR IMPROVEMENTS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.79 | 2ND FLOOR OFFICES | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.80 | 30 CAT5E DROPS & 48 PORT PATCH PANEL | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.81 | 3006 HALL WATERS DR STE 300, WILMINGTON,NC | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.82 | 30140 AHERN AVENUE, UNION CITY,CA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.83 | 3022 W KENTUCKY, MIDLAND,TX | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |

# Schedule AB55

Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| | Description | Nature of Interest | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|---|
| 55.84 | 3030 LEXINGTON AVE, EAGAN,MN | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.85 | 3100 PAN AMERICAN NE, ALBUQUERQUE,NM | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.86 | 3216 B-2 INDUSTRY DRIVE, N CHARLESTON,SC | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.87 | 3250 20TH AVE SE, NEWTON,NC | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.88 | 329 AIR FREIGHT BLVD, NASHVILLE,TN | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.89 | 3302 COMMERCE DRIVE, UNITS 4&5, AUGUSTA,GA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.90 | 333 PARK STREET, UNIT C, WEST SPRINGFIELD,MA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.91 | 343 MURRAY HILL PARKWAY, EAST RUTHERFORD,NJ | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.92 | 3510 COUNTY STREET, BAY ONE, NORFOLK,VA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.93 | 3660 THOUSAND OAKS, SAN ANTONIO,TX | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.94 | 3715 NORTHSIDE PARKWAY, STE 300, ATLANTA,GA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.95 | 3741 NORTH I-10 E.B. FRONTAGE ROAD, SUITE 105, TUSCON,AZ | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.96 | 3808 N. SULLIVAN ROAD, SPOKANE,WA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.97 | 3911 OLD LOUISVILLE RD., WEST BUSINESS COMPLEX SUITE 109, GARDEN CITY,GA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.98 | 3913 TODD LAND, SUITE 203&204, AUSTIN,TX 78744, AUSTIN,TX | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.99 | 4021 WILL ROGERS PARKWAY, OKLAHOMA CITY,OK | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.100 | 4055 W. SHAW AVE, STES 102 & 104, FRESNO,CA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.101 | 417 SUN BELT DRIVE, SUITE F,G,H,I, CORPUS CHRISTI,TX | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.102 | 4224 M.L.K JR BLVD, LUBBOCK,TX | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.103 | 425 MEYER ROAD, BENSENVILLE,IL | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.104 | 4250 E. BROADWAY, SUITE 1027, COLUMBIA,MO | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.105 | 4289 CAROLINA AVE, RICHMOND,VA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.106 | 4321 INTERSTATE DRIVE, SUITE B, MACON,GA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.107 | 4630 SOUTH BRUST AVE SUITE 100, ST. FRANCIS,WI | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.108 | 4TH QUARTER IMPROVEMENTS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.109 | 5 WINNERS CIRCLE, ASHEVILLE,NC | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.110 | 50 SEBETHE DRIVE, CROMWELL,CT | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.111 | 5012 PROFIT DRIVE, TYLER,TX | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.112 | 5020 ROUTE 9W, SUITE 104, OFFICES 18 & 19, NEWBURGH,NY | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.113 | 5355 CAPITAL COURT, #109, RENO,NV | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.114 | 5402 N 1ST STREET, ABILENE,TX | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.115 | 5706 EAST GRIMES ROAD, HARLINGEN,TX | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.116 | 5815 AIRPORT RD SUITE A, ROANOKE,VA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.117 | 6014 BENJAMIN RD, TAMPA,FL | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.118 | 6033 C. 45TH STREET, LUBBOCK,TX | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.119 | 6039 SOUTH LOOP EAST, HOUSTON,TX | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |

# Schedule AB55

Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| | Description | Nature of Interest | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|---|
| 55.120 | 6231 WESTGATE RD, RALEIGH,NC | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.121 | 641 MCGREGOR DRIVE #105, BOISE,ID | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.122 | 6432 NE 59TH PLACE, PORTLAND,OR | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.123 | 65 CONCOURSE WAY, GREER,SC | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.124 | 6771 COMMERCE COURT DRIVE, BLACKLICK,OH | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.125 | 6901 S. 194TH ST., KENT,WA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.126 | 7 DATA CABLES & JACKS- WH CAGE AREA | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.127 | 7289-A SPA ROAD, NORTH CHARLESTON,SC | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.128 | 756 PORT AMERICA PLACE, GRAPEVINE,TX | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.129 | 7721 CENTRAL PARK DRIVE, UNIT B, WOODWAY,TX | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.130 | 780 ATLANTA SOUTH PARKWAY, SUITE 110, COLLEGE PARK,GA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.131 | 787 INDUSTRIAL DRIVE, ELMHURST,IL | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.132 | 8 CABLE DROPS & 2 PHONE FEED CABLES | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.133 | 800 SCHROEDER DR, WACO,TX | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.134 | 8201 - CABLE FOR PHONES SPRINGDA | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.135 | 8295 NATIONAL HIGHWAY, PENNSAUKEN,NJ | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.136 | 8416 SANFORD DRIVE, RICHMOND,VA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.137 | 8847 LONG STREET, LENEXA,KS | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.138 | 9001 AIRPORT BLVD, SUITE 805, HOUSTON,TX | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.139 | 9105 COLLINS AVENUE, PENNSAUKEN,NJ | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.140 | 915 S MAIN STREET, TIFTON,GA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.141 | 9181-9183 CHESAPEAKE DR., SAN DIEGO,CA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.142 | 9195 BOGGY CREEK ROAD, UNITS 6 AND 7, ORLANDO,FL | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.143 | 920 RIVERSIDE PKWY, #10, WEST SACRAMENTO,CA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.144 | 921 WEST BETHEL RD, BLDG 300, COPPELL,TX | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.145 | 9400 FREIGHT LANE, STE C, AUSTIN,TX | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.146 | 9675 HARRISON ROAD, SUITE 103, ROMULUS,MI | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.147 | 980 9TH STREET, 16TH FLOOR, SACRAMENTO,CA | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.148 | 9800-1/2 HIGHWAY 271 SOUTH (RACETRACK ROAD) SUITEA, FORT SMITH,AR | PROPERTY LEASE | $0.00 | NET BOOK VALUE | $0.00 |
| 55.149 | A-1 DOOR CO-GARAGE DOOR | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.150 | ADT ALARM INSTALL | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.151 | ADT ALARM SYSTEM INSTALL | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.152 | ADT ALARM UPGRADE & CCTV | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.153 | ADT SECURITY ALARM SYSTEM | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.154 | AMERICAN FENCE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.155 | APPEL IMPROVEMENTS IN AZ | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.156 | AUSTIN DATA LINE DROPS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.157 | AZ/PHOENIX/FENCE (LEASE ENDS 11/30/2012) | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |

# Schedule AB55

Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| | Description | Nature of Interest | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|---|
| 55.158 | AZ/PHOENIX/VOICE&DATA INSTALL (LEASE END | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.159 | BAY DOOR MOTOR | LEASEHOLD IMPROVEMENT | UNKNOWN | NET BOOK VALUE | UNKNOWN |
| 55.160 | BIG JOE - FENCE/SLIDING DOOR | LEASEHOLD IMPROVEMENT | $2,249.32 | NET BOOK VALUE | $2,249.32 |
| 55.161 | BURGLAR/FIRE ALARM SYSTEM INSTALLATION | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.162 | CA/FRESNO/CABLING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.163 | CA/FRESNO/CAMERA SYSTEM | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.164 | CA/GARDENA/ | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.165 | CA/GARDENA/CABLING - VOICE & DATA | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.166 | CA/GARDENA/CABLING - VOICE & DATA JACKS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.167 | CA/GARDENA/SYSTEM EXPANSION | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.168 | CA/MANTECA/CABLING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.169 | CA/MENTECA/COUNTERS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.170 | CA/SACRAMENTO/CABLING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.171 | CA/SACRAMENTO/WALK GATE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.172 | CA/SAN DIEGO/INSTALL 2 PHONE LINES | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.173 | CA/SAN DIEGO/PHONE & DATA CABLE INSTALL | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.174 | CA/SAN JOSE/AVAYA EQUIP | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.175 | CA/SAN JOSE/CABLING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.176 | CA/SAN JOSE/SURFACE/WINDOW REP | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.177 | CA/SAN LEANDRO/FENCE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.178 | CA/UNION CITY/CABLING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.179 | CA/UNION CITY/CABLING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.180 | CABLING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.181 | CABLING - HALL SYSTEMS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.182 | CABLING AT COPPELL | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.183 | CAGE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.184 | CAGE - 10X12 FEET X 8 FEET | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.185 | CAT 5E INSTALL THROUGHOUT TERMINAL | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.186 | CHAIN LINK CAGE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.187 | CHAIN LINK CAGE & GATE INSTALL | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.188 | CHAIN LINK FENCE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.189 | CHAIN LINK FENCE - SACRAMENTO | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.190 | CHAIN LINK FENCE AND ROLL GATE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.191 | CHAIN LINK FENCE CAGE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.192 | CHAIN LINK FENCE INSTALLATION | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.193 | CHAIN LINK FENCE INSTALLATION | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.194 | CHAIN LINK FENCE/GATE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.195 | CHAIN LINK GATE R&S ERECTION | LEASEHOLD IMPROVEMENT | $135.03 | NET BOOK VALUE | $135.03 |
| 55.196 | CHAINLINK ENCLOSURES | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.197 | CHAINLINK FENCE & GATE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.198 | CHAINLINK FENCE & GATE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.199 | CHAINLINK FENCE & GATE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.200 | CHAINLINK FENCE & GATE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.201 | CHAMPAS CONSTRUCTION | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.202 | CHAMPAS CONSTRUCTION | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.203 | CHAMPAS CONSTRUCTION | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.204 | CHAMPAS CONSTRUCTION | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.205 | COMMUNICATION CABLES | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.206 | COMPUTER CABLE INSTALL | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.207 | CONCRETE RAMP | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |

# Schedule AB55

Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| | Description | Nature of Interest | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|---|
| 55.208 | CROMWELL - NEW OFFICE BUILD OUT SEBETHE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.209 | CROMWELL BUILD OUT | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.210 | CT/CROMWELL/CARPET INSTALLATION | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.211 | CT/CROMWELL/WIRING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.212 | DATA LINE DROPS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.213 | DEDICATED ELECTRICAL OUTLETS IN WAREHOUS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.214 | DEMISING WALL | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.215 | DOCK DOOR LIFT | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.216 | DOCK DOOR LIFT & GATE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.217 | DOCK DOOR PFG 1080 | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.218 | DOCK PLATE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.219 | DOCK SEALS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.220 | DOOR & WINDOW INSTALLATION | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.221 | DOOR WITH GLASS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.222 | DRYWALL/DOORS/WINDOWS/PARTITIONS/PAINT | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.223 | EARTHLINK PROFESSIONAL SERVICES- SITEWORK | LEASEHOLD IMPROVEMENT | $1,386.39 | NET BOOK VALUE | $1,386.39 |
| 55.224 | EARTHLINK-SITE WORK | LEASEHOLD IMPROVEMENT | $9,704.47 | NET BOOK VALUE | $9,704.47 |
| 55.225 | ELECTRIC SAFETY EDGE W/PHOTO SENSORS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.226 | ELECTRICAL IMPROVEMENTS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.227 | ELECTRICAL WORK IN ADDITIONAL SPACE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.228 | EVEREGREEN SIGN COMPANY | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.229 | EVERGEREEN SIGN COMPANYE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.230 | EVERGREEN SIGN COMPANY | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.231 | FENCE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.232 | FENCE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.233 | FENCE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.234 | FENCE INSTALLATION | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.235 | FENCE RENOVATION | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.236 | FL/ORLANDO/INSTALL | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.237 | GA/ATLANTA/FIXTURE INSTALL (LEASE ENDS 3 | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.238 | GA/ATLANTA/HORN & CABLE INSTALL | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.239 | GA/ATLANTA/LOCKS NEW OFFICE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.240 | GA/ATLANTA/WIRING NEW OFFICE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.241 | GA/COLLEGE PARK/FENCE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.242 | GA/COLLEGE PARK/FENCE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.243 | GARAGE MOTOR CIRCUIT, CONTROLLER, WIRES | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.244 | GATES | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.245 | GENERAL FACILITY UPGRADES & IMPROVEMENTS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.246 | INSTALL CAT5E CABLING & LOCKABLE CABINET | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.247 | INSTALL CUSTOME EDGE DOCK LEVELER | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.248 | INSTALL METERIAL HANDELING EQ | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.249 | INSTALLATION OF DOORS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.250 | LHI | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.251 | LHI | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.252 | LHI | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |

# Schedule AB55

Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| | Description | Nature of Interest | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|---|
| 55.253 | LHI | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.254 | LHI- IOWA PROJECT ID 5085 | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.255 | LHI IOWA PROJECT ID:  5085 | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.256 | LIFT MASTER H5011 HOIST OPERATOR 1/2 HP | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.257 | LIGHT FIXTURES - 8 INSTALLED | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.258 | LIGHTING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.259 | L-SHAPPED CONTER TOP INSTALL | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.260 | MAC ELECTRIC | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.261 | MANER BUILDERS SUPPLY - DRUG CAGE IN SC | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.262 | MAYBERRY-ELECTRICAL WORK | LEASEHOLD IMPROVEMENT | $1,152.80 | NET BOOK VALUE | $1,152.80 |
| 55.263 | MEZZANINE RAILING, DOOR& DISPATCH WINDOW | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.264 | MINER DOOR LABOR | LEASEHOLD IMPROVEMENT | $4,947.52 | NET BOOK VALUE | $4,947.52 |
| 55.265 | MR. SECURITY CAMERA SECURITY SYSTEM | LEASEHOLD IMPROVEMENT | UNKNOWN | NET BOOK VALUE | UNKNOWN |
| 55.266 | NC/CHARLOTTE/CAGE IN WAREHOUSE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.267 | NC/CHARLOTTE/FENCE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.268 | NC/CHARLOTTE/FENCE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.269 | NC/CHARLOTTE/HVAC REPAIR | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.270 | NC/CHARLOTTE/OHD | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.271 | NC/CHARLOTTE/PHONE & DATA CABLE INSTALL | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.272 | NC/CHARLOTTE/SIGN | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.273 | NC/WILMINGTON/FENCE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.274 | NETWORK WIRING & PATCH PANEL | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.275 | NEW "DOOR OPERATORS" INSTALLED | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.276 | NEW DOOR | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.277 | NEW DOOR INSTALLATION W/LOCKS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.278 | NEW DOORS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.279 | NJ/E. RUTH/VOICE & DATA CABLING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.280 | NJ/EAST RUTHERFORD/OFFICE UPGRADES & CLE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.281 | NJ/LAUREL/ATOMATED SYSTEM DESI | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.282 | NV/LAS VEGAS/DOCK BOARD | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.283 | NV/RENO SECURITY CAGE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.284 | NV/RENO/CABLING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.285 | NV/SACREMENTO/CABLING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.286 | OFFICE REMODELING-WALLS/DOORS/BATHROOMS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.287 | OR/PORTLAND/FENCE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.288 | OUTLETS & FENCE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.289 | OVERHEAD DOCK DOOR OVERHAULED | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.290 | OVERHEAD DOOR | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.291 | OVERHEAD DOORS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.292 | OVERHEAD GARAGE DOOR | LEASEHOLD IMPROVEMENT | $390.86 | NET BOOK VALUE | $390.86 |
| 55.293 | PALLET RACK ADDED LHI | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.294 | PLYWOOD SHEATHING ON EXTERIOR WH WALL | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.295 | RACKS/SHELVING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.296 | RELIABLE HANDYMAN | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.297 | REPLACE EDGE-OF-DOCK "LEVELER" #5 | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |

# Schedule AB55

Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| | Description | Nature of Interest | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|---|
| 55.298 | REPLACEMENT OF BALLASTS, LIGHTS & FANS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.299 | RESTROOM REMODEL - MCALLEN | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.300 | RIEHL-WORK SURFACE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.301 | S & S INTERIOR CARPET INSTALLATION IN AZ | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.302 | SC/GREER/VOICE AND DATA CABLING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.303 | SC/LEXINGTON/FENCE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.304 | SC/LEXINGTON/FENCE AROUND COMPUTERS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.305 | SECURITY CAGE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.306 | SECURITY CAGE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.307 | SECURITY DOOR  & OPENER | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.308 | SECURITY SYSTEM | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.309 | SECURITY SYSTEM | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.310 | SECURITY SYSTEM | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.311 | SECURITY SYSTEM  INSTALLATION | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.312 | SECURITY SYSTEM INSTALLATION | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.313 | SECURITY SYSTEM INSTALLATION | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.314 | SECURITY SYSTEM WIRING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.315 | SECURITY SYSTEM WITH CARD ACCESS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.316 | SHEET DOOR | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.317 | SHELVING INSTALL | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.318 | SHIPPING DOCK | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.319 | STANLEY - SECURITY INSTALLATION | LEASEHOLD IMPROVEMENT | $2,413.64 | NET BOOK VALUE | $2,413.64 |
| 55.320 | STANLEY - VIDEO SYSTEM | LEASEHOLD IMPROVEMENT | $4,682.28 | NET BOOK VALUE | $4,682.28 |
| 55.321 | STANLEY ALARM SYSTEM INSTALL | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.322 | STANLEY -SECUIRTY INTRUSION SYSTEM | LEASEHOLD IMPROVEMENT | $2,490.50 | NET BOOK VALUE | $2,490.50 |
| 55.323 | STANLEY- SECURITY | LEASEHOLD IMPROVEMENT | $2,186.25 | NET BOOK VALUE | $2,186.25 |
| 55.324 | STANLEY- SECURITY INSTALLATION | LEASEHOLD IMPROVEMENT | $2,037.17 | NET BOOK VALUE | $2,037.17 |
| 55.325 | STANLEY SECURITY SYSTEM | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.326 | STANLEY-SECURITY SYSTEM-CAMERAS | LEASEHOLD IMPROVEMENT | $2,578.34 | NET BOOK VALUE | $2,578.34 |
| 55.327 | SUITE RENOVATIONS - DOOR FRAMES | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.328 | TAILGATE DOOR INSTALLATION | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.329 | TX/ AUSTIN/ OFFICE SIGN | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.330 | TX/AUSTIN/DOOR INSTALL | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.331 | TX/COPPELL/CABLING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.332 | TX/COPPELL/DOOR MOTER | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.333 | TX/GRAPVINE/EXPANSION | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.334 | TX/HARLIGEN/DOOR | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.335 | TYCO-SECURITY | LEASEHOLD IMPROVEMENT | $6,094.26 | NET BOOK VALUE | $6,094.26 |
| 55.336 | VA/ALEXANDRIA/CARPET | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.337 | VA/ROANOKE/GARAGE DOOR OPENER | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.338 | VARIOUS LEASEHOLD IMPROVEMENTS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | UNKNOWN |
| 55.339 | VOICE & DATA CABLING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.340 | VOICE AND DATA CABLING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.341 | VOICE AND DATA CABLING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.342 | VOICE AND DATA CABLING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.343 | VOICE AND DATA CABLING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.344 | VOICE AND DATA CABLING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.345 | VOICE AND DATA CABLING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.346 | WA/SPOKANE/DOCK | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.347 | WALL CONSTRUCTION | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.348 | WALL INSTALLATION | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |

# Schedule AB55

Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| | Description | Nature of Interest | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|---|
| 55.349 | WAREHOUSE CAGE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.350 | WAREHOUSE EMERGENCY LIGHTING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.351 | WAREHOUSE IMPROVEMENTS | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.352 | WINDOW INSTALL-WAREHOUSE&DISPATCH AREA | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.353 | WIRING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.354 | WIRING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.355 | WIRING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.356 | WIRING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.357 | WIRING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.358 | WIRING | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.359 | WIRING - CABLING INSTALL | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.360 | WIRING AT KERNERSVILLE | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| 55.361 | WIRING- VOIP, AERIAL EQUIP & WORKSTATION | LEASEHOLD IMPROVEMENT | $0.00 | NET BOOK VALUE | $0.00 |
| | | TOTAL: | $51,851.56 | TOTAL: | $51,851.56 |

# Schedule A/B 72

## Tax refunds and unused net operating losses (NOLs)

| | Description | Tax Year | Current value of debtor's interest |
|---|---|---|---|
| 72.1 | Arizona NOL | 2013 | $142,825.00 |
| 72.2 | Arizona NOL | 2014 | $170,623.00 |
| 72.3 | Arizona NOL | 2015 | $111,359.00 |
| 72.4 | Arizona NOL | 2016 | $390,557.00 |
| 72.5 | Arizona NOL | 2017 | $111,740.00 |
| 72.6 | Arkansas NOL | 2014 | $35,728.00 |
| 72.7 | Arkansas NOL | 2015 | $10,889.00 |
| 72.8 | Arkansas NOL | 2016 | $92,689.00 |
| 72.9 | Arkansas NOL | 2017 | $26,416.00 |
| 72.10 | Connecticut NOL | 2014 | $261,422.00 |
| 72.11 | Connecticut NOL | 2015 | $209,740.00 |
| 72.12 | Connecticut NOL | 2016 | $409,726.00 |
| 72.13 | Connecticut NOL | 2017 | $116,386.00 |
| 72.14 | Federal AMT NOL | 2014 | $9,948,242.00 |
| 72.15 | Federal AMT NOL | 2015 | $6,906,369.00 |
| 72.16 | Federal AMT NOL | 2016 | $17,899,350.00 |
| 72.17 | Federal AMT NOL | 2017 | $4,682,281.00 |
| 72.18 | Federal Contribution AMT NOL | 2013 | $9,700.00 |
| 72.19 | Federal Contribution AMT NOL | 2014 | $43,804.00 |
| 72.20 | Federal Contribution AMT NOL | 2015 | $10,066.00 |
| 72.21 | Federal Contribution AMT NOL | 2016 | $300.00 |
| 72.22 | Federal Contribution NOL | 2013 | $9,700.00 |
| 72.23 | Federal Contribution NOL | 2014 | $43,804.00 |
| 72.24 | Federal Contribution NOL | 2015 | $10,066.00 |
| 72.25 | Federal Contribution NOL | 2016 | $300.00 |
| 72.26 | Federal NOL | 2013 | $5,899,894.00 |
| 72.27 | Federal NOL | 2014 | $9,272,095.00 |
| 72.28 | Federal NOL | 2015 | $6,906,369.00 |
| 72.29 | Federal NOL | 2016 | $17,899,350.00 |
| 72.30 | Federal NOL | 2017 | $4,682,281.00 |
| 72.31 | Florida NOL | 2014 | $212,179.00 |
| 72.32 | Florida NOL | 2015 | $201,177.00 |
| 72.33 | Florida NOL | 2016 | $622,966.00 |
| 72.34 | Florida NOL | 2017 | $174,752.00 |
| 72.35 | Georgia NOL | 2014 | $450,676.00 |
| 72.36 | Georgia NOL | 2015 | $227,739.00 |
| 72.37 | Georgia NOL | 2016 | $409,358.00 |
| 72.38 | Georgia NOL | 2017 | $116,287.00 |
| 72.39 | Idaho NOL | 2013 | $16,843.00 |
| 72.40 | Idaho NOL | 2014 | $24,739.00 |
| 72.41 | Idaho NOL | 2015 | $12,003.00 |
| 72.42 | Idaho NOL | 2016 | $56,146.00 |
| 72.43 | Idaho NOL | 2017 | $16,064.00 |
| 72.44 | Iowa NOL | 2013 | $674,919.00 |
| 72.45 | Iowa NOL | 2014 | $787,959.00 |
| 72.46 | Iowa NOL | 2015 | $383,887.00 |
| 72.47 | Iowa NOL | 2016 | $195,319.00 |
| 72.48 | Iowa NOL | 2017 | $55,473.00 |
| 72.49 | Louisiana NOL | 2013 | $8,001.00 |
| 72.50 | Louisiana NOL | 2014 | $12,933.00 |
| 72.51 | Louisiana NOL | 2015 | $12,431.00 |

# Schedule A/B 72

Tax refunds and unused net operating losses (NOLs)

| | Description | Tax Year | Current value of debtor's interest |
|---|---|---|---|
| 72.52 | Louisiana NOL | 2016 | $62,648.00 |
| 72.53 | Louisiana NOL | 2017 | $16,388.00 |
| 72.54 | New Jersey NOL | 2014 | $9,587,833.00 |
| 72.55 | New Jersey NOL | 2015 | $4,845,002.00 |
| 72.56 | New Jersey NOL | 2016 | $17,670,102.00 |
| 72.57 | New Jersey NOL | 2017 | $5,220,757.00 |
| 72.58 | North Carolina NOL | 2014 | $590,265.00 |
| 72.59 | North Carolina NOL | 2015 | $372,326.00 |
| 72.60 | North Carolina NOL | 2016 | $1,029,501.00 |
| 72.61 | North Carolina NOL | 2017 | $249,331.00 |
| 72.62 | Oklahoma NOL | 2016 | $573,423.00 |
| 72.63 | Oklahoma NOL | 2017 | $161,121.00 |
| 72.64 | Oregon NOL | 2013 | $44,977.00 |
| 72.65 | Oregon NOL | 2014 | $55,590.00 |
| 72.66 | Oregon NOL | 2015 | $40,033.00 |
| 72.67 | Oregon NOL | 2016 | $48,001.00 |
| 72.68 | Oregon NOL | 2017 | $12,729.00 |
| 72.69 | South Carolina NOL | 2014 | $154,450.00 |
| 72.70 | South Carolina NOL | 2015 | $78,048.00 |
| 72.71 | South Carolina NOL | 2016 | $262,019.00 |
| 72.72 | South Carolina NOL | 2017 | $74,432.00 |
| 72.73 | Tennessee NOL | 2013 | $35,896.00 |
| 72.74 | Tennessee NOL | 2014 | $58,784.00 |
| 72.75 | Tennessee NOL | 2015 | $58,548.00 |
| 72.76 | Tennessee NOL | 2016 | $204,113.00 |
| 72.77 | Tennessee NOL | 2017 | $49,164.00 |
| 72.78 | Utah NOL | 2013 | $33,386.00 |
| 72.79 | Utah NOL | 2014 | $55,885.00 |
| 72.80 | Utah NOL | 2015 | $90,541.00 |
| 72.81 | Utah NOL | 2016 | $247,865.00 |
| 72.82 | Utah NOL | 2017 | $64,942.00 |
| | | TOTAL: | $133,034,022.00 |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

Be as complete and accurate as possible.

**Part 1:    List Creditors Who Have Claims Secured by Property**

1. Do any creditors have claims secured by debtor's property?

○ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

● Yes. Fill in all of the information below.

2. List creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of Claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

Creditor's name and mailing address
EOS PARTNERS, L.P. AND ECP HELIOS IV, L.P. C/O EOS PARTNERS, L.P. ATTN: JOHN LEE 437 MADISON AVENUE 14TH FLOOR NEW YORK, NY 10022

Describe debtor's property that is subject to the lien:
SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS

$19,163,734.87

$ UNKNOWN

Date debt was incurred?

Describe the lien
REVOLVING NOTE, DATED ON OR ABOUT DECEMBER 19, 2012

Last 4 digits of account number

Is the creditor an insider or related party?

● No

○ Yes

Do multiple creditors have an interest in the same property?

● No

○ Yes. Specify each creditor, including this creditor, and its relative priority.

Is anyone else liable on this claim?

○ No

● Yes Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| 2.2 | | | |
|---|---|---|---|

**Creditor's name and mailing address**
EOS PARTNERS, L.P. AND ECP
HELIOS IV, L.P. C/O EOS PARTNERS,
L.P. ATTN: JOHN LEE 437 MADISON
AVENUE 14TH FLOOR NEW YORK,
NY 10022

**Date debt was incurred?**

_____

**Last 4 digits of account number**

_____

**Do multiple creditors have an interest in the same property?**

( ● ) No

( ○ ) Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to the lien:**
SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS

**Describe the lien**
TERM NOTE, DATED ON OR ABOUT DECEMBER 19, 2012

**Is the creditor an insider or related party?**

( ● ) No

( ○ ) Yes

**Is anyone else liable on this claim?**

( ○ ) No

( ● ) Yes Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$9,008,900.76                $ UNKNOWN

---

| 2.3 | | | |
|---|---|---|---|

**Creditor's name and mailing address**
EOS PARTNERS, L.P. AND ECP
HELIOS IV, L.P. C/O EOS PARTNERS,
L.P. ATTN: JOHN LEE 437 MADISON
AVENUE 14TH FLOOR NEW YORK,
NY 10022

**Date debt was incurred?**

_____

**Last 4 digits of account number**

_____

**Do multiple creditors have an interest in the same property?**

( ● ) No

( ○ ) Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to the lien:**
SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS

**Describe the lien**
SENIOR SECURED PROMISSORY NOTE, DATED ON OR ABOUT JUNE 15, 2017

**Is the creditor an insider or related party?**

( ● ) No

( ○ ) Yes

**Is anyone else liable on this claim?**

( ○ ) No

( ● ) Yes Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$1,075,000.00                $ UNKNOWN

**2.4**

Creditor's name and mailing address
EOS PARTNERS, L.P. AND ECP HELIOS IV, L.P. C/O EOS PARTNERS, L.P. ATTN: JOHN LEE 437 MADISON AVENUE 14TH FLOOR NEW YORK, NY 10022

Date debt was incurred?

_____

Last 4 digits of account number

_____

Do multiple creditors have an interest in the same property?

- ( ● ) No
- ( ○ ) Yes. Specify each creditor, including this creditor, and its relative priority.

_____

Describe debtor's property that is subject to the lien:
SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS

Describe the lien
SENIOR SECURED PROMISSORY NOTE, DATED ON OR ABOUT AUGUST 17, 2017

Is the creditor an insider or related party?

- ( ● ) No
- ( ○ ) Yes

Is anyone else liable on this claim?

- ( ○ ) No
- ( ● ) Yes Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$9,684,000.00          $ UNKNOWN

---

**2.5**

Creditor's name and mailing address
HYG FINANCIAL SERVICES, INC. PO BOX 35701 BILLINGS, MT 59107

Date debt was incurred?

_____

Last 4 digits of account number

_____

Do multiple creditors have an interest in the same property?

- ( ● ) No
- ( ○ ) Yes. Specify each creditor, including this creditor, and its relative priority.

_____

Describe debtor's property that is subject to the lien:

_____

Describe the lien
EQUIPMENT AND/OR VEHICLE LEASES

Is the creditor an insider or related party?

- ( ● ) No
- ( ○ ) Yes

Is anyone else liable on this claim?

- ( ● ) No
- ( ○ ) Yes Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is: Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

UNKNOWN          $ UNKNOWN

**2.6**

Creditor's name and mailing address
MAINTAINCO, INC. 65 E. LEUNING STREET S. HACKENSACK, NJ 07606

Date debt was incurred?

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

- ( • ) No
- ( ) Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to the lien:
UNKNOWN                    $ UNKNOWN

Describe the lien
EQUIPMENT AND/OR VEHICLE LEASES

Is the creditor an insider or related party?

- ( • ) No
- ( ) Yes

Is anyone else liable on this claim?

- ( • ) No
- ( ) Yes Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

**2.7**

Creditor's name and mailing address
NISSAN MOTOR ACCEPTANCE CORPORATION 8900 FREEPORT PARKWAY IRVING, TX 75063

Date debt was incurred?

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

- ( • ) No
- ( ) Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to the lien:
UNKNOWN                    $ UNKNOWN

Describe the lien
EQUIPMENT AND/OR VEHICLE LEASES

Is the creditor an insider or related party?

- ( • ) No
- ( ) Yes

Is anyone else liable on this claim?

- ( • ) No
- ( ) Yes Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is: Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**2.8**

Creditor's name and mailing address

TOYOTA MOTOR CREDIT CORPORATION PO BOX 3457 TORRANCE CA 90510

Date debt was incurred?

_____

Last 4 digits of account number

_____

Do multiple creditors have an interest in the same property?

- ( ) No
- ( ) Yes. Specify each creditor, including this creditor, and its relative priority.

_____

Describe debtor's property that is subject to the lien:

_____

Describe the lien
EQUIPMENT AND/OR VEHICLE LEASES

Is the creditor an insider or related party?

- (●) No
- ( ) Yes

Is anyone else liable on this claim?

- (●) No
- ( ) Yes Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is: Check all that apply.

- [✔] Contingent
- [✔] Unliquidated
- [✔] Disputed

UNKNOWN

$ UNKNOWN

---

**2.9**

Creditor's name and mailing address

TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. PO BOX 9050 COPPELL, TX 75019

Date debt was incurred?

_____

Last 4 digits of account number

_____

Do multiple creditors have an interest in the same property?

- (●) No
- ( ) Yes. Specify each creditor, including this creditor, and its relative priority.

_____

Describe debtor's property that is subject to the lien:

_____

Describe the lien
EQUIPMENT AND/OR VEHICLE LEASES

Is the creditor an insider or related party?

- (●) No
- ( ) Yes

Is anyone else liable on this claim?

- (●) No
- ( ) Yes Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is: Check all that apply.

- [✔] Contingent
- [✔] Unliquidated
- [✔] Disputed

UNKNOWN

$ UNKNOWN

**2.10**

Creditor's name and mailing address
U.S. BANK EQUIPMENT FINANCE
PO BOX 790448 ST. LOUIS, MO
63179

Date debt was incurred?

_____

Last 4 digits of account number

_____

Do multiple creditors have an interest in the same property?

- ◉ No
- ○ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

Describe debtor's property that is subject to the lien:                    UNKNOWN                    $ UNKNOWN

_____

Describe the lien
EQUIPMENT AND/OR VEHICLE LEASES

Is the creditor an insider or related party?

- ◉ No
- ○ Yes

Is anyone else liable on this claim?

- ◉ No
- ○ Yes Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**2.11**

Creditor's name and mailing address
WTAF, LLC 420 MOUNTAIN AVENUE
MURRAY HILL, NJ 07974

Date debt was incurred?

_____

Last 4 digits of account number

_____

Do multiple creditors have an interest in the same property?

- ◉ No
- ○ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

Describe debtor's property that is subject to the lien:                    UNKNOWN                    $ UNKNOWN

_____

Describe the lien
EQUIPMENT AND/OR VEHICLE LEASES

Is the creditor an insider or related party?

- ◉ No
- ○ Yes

Is anyone else liable on this claim?

- ◉ No
- ○ Yes Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.                    $38,931,635.63

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ○ No. Go to Part 2.

   ◉ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address

135 ROBERT TREAT PAINE DRIVE, CBRE-NE PARTNERS, 33 ARCH STREET 28TH FLOOR, BOSTON, MA 02110

Date or dates debt was incurred
_____

Last 4 digits of account number
_____

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROPERTY & LICENSE TAX PAYABLE-CORPORATE

Is the claim subject to offset?

○ No

○ Yes

Total claim: $ 1,697.67

Priority amount: $1,697.67

**2.2** Priority creditor's name and mailing address

CATAWBA COUNTY TAX COLLECTOR, PO BOX 368, NEWTON, NC 28658-0368

Date or dates debt was incurred
_____

Last 4 digits of account number
_____

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?

○ No

○ Yes

Total claim: $ 221.26

Priority amount: $221.26

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 446.11 | $446.11 |
| | | *Check all that apply.* | | |

2.3 Priority creditor's name and mailing address

CITY AND COUNTY OF DENVER, PO BOX 660860, DALLAS, TX 75266-0860

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 446.11    $446.11
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
PROPERTY TAX

Is the claim subject to offset?
- ( ) No
- ( ) Yes

---

2.4 Priority creditor's name and mailing address

CITY OF FRESNO, BUSINESS TAX DIVISION, PO BOX 45017, FRESNO, CA 93718-5017

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 1,290.40    $1,290.40
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?
- ( ) No
- ( ) Yes

---

2.5 Priority creditor's name and mailing address

CITY OF GARDEN CITY, 100 CENTRAL AVE, GARDEN CITY, GA 31405

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 127.28    $127.28
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?
- ( ) No
- ( ) Yes

---

2.6 Priority creditor's name and mailing address

CITY OF MARYLAND HEIGHTS, MARYLAND HEIGHTS GOVERNMENT CENTER, 11911 DORSETT ROAD, MARYLAND HEIGHTS, MO 63043

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 57.98    $57.98
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?
- ( ) No
- ( ) Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 259.96 | $259.96 |

**2.7**  Priority creditor's name and mailing address

CITY OF NEWPORT NEWS, 2400 WASHINGTON AVENUE, NEWPORT NEWS, VA 23607-4389

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8          )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?

○ No
○ Yes

$ 259.96          $259.96

---

**2.8**  Priority creditor's name and mailing address

CITY OF NORTH LAS VEGAS, PO BOX 748028, LOS ANGELES, CA 90074

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8          )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?

○ No
○ Yes

$ 301.88          $301.88

---

**2.9**  Priority creditor's name and mailing address

CITY OF REDDING, 3611 AVTECH PKWY, REDDING, CA 96049

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8          )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?

○ No
○ Yes

$ 45.00          $45.00

---

**2.10**  Priority creditor's name and mailing address

CITY OF RENO, BUSINESS LICENSE RENEWALS, P O BOX 7, RENO, NV 89505

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8          )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?

○ No
○ Yes

$ 8.00          $8.00

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 225.00 | $225.00 |

CITY OF SAN ANTONIO, ALARMS INVESTIGATION OFFICE, 315 S.SANTA ROSA, SAN ANTONIO, TX 78207

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?
○ No
○ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 787.75 | $787.75 |

CITY OF SAN JOSE, DEPT #34370, PO BOX 39000, SAN FRANCISCO, CA 94139-001

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?
○ No
○ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 500.11 | $500.11 |

CITY OF ST FRANCIS, 3400 E HOWARD AVENUE, ST FRANCIS, WI 53235

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?
○ No
○ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 394.40 | $394.40 |

CITY OF SUWANEE, BUSINESS SERVICES DEPARTMENT, 330 TOWN CENTER AVENUE, SUWANEE, GA 30024

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
PROPERTY TAX

Is the claim subject to offset?
○ No
○ Yes

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 2,390.08 | $2,390.08 |
|---|---|---|---|---|

2.15 Priority creditor's name and mailing address

CITY OF TAUNTON, PO BOX 844506, BOSTON, MA 02284-4506

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 2,390.08    $2,390.08
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?
○ No
○ Yes

---

2.16 Priority creditor's name and mailing address

CLARK COUNTY ASSESSOR, 500 S GRAND CENTRAL PKWY 2ND FLOOR, PO BOX 551401, LAS VEGAS, NV 89155-1401

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 815.44    $815.44
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?
○ No
○ Yes

---

2.17 Priority creditor's name and mailing address

CLARK COUNTY DEPARTMENT ASSESSOR, 500 S GRAND CENTRAL PKWY 2ND FLOOR, PO BOX 551401, LAS VEGAS, NV 89155-1401

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 150.00    $150.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?
○ No
○ Yes

---

2.18 Priority creditor's name and mailing address

COMMON WEALTH OF VIRGINIA, PO BOX 7607, MERRIFIELD, VA 22116-7607

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 100.00    $100.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?
○ No
○ Yes

**2.19** Priority creditor's name and mailing address

COMMONWEALTH OF KENTUCKY DEPARTMENT OF REVENUE, PO BOX 9006, TEMECULA, CA 92589-9006

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 1,601.53      $1,601.53
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?

○ No

○ Yes

---

**2.20** Priority creditor's name and mailing address

COUNTY OF FAIRFAX, DEPT OF TAX ADMINISTRATION (DTA), PO BOX 10202, FAIRFAX, VA 22035-0202

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 656.43      $656.43
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?

○ No

○ Yes

---

**2.21** Priority creditor's name and mailing address

COUNTY OF SANTA CLARA, DEPT OF TAX AND COLLECTIONS, 6TH FLOOR EAST WING, SAN JOSE, California 95110

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 27.58      $27.58
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?

○ No

○ Yes

---

**2.22** Priority creditor's name and mailing address

COUNTY OF VENTURA / VC TAX COLLECTOR, ATTN: BANKRUPTCY, 800 S VICTORIA AVE, VENTURA, CA 93009-1290

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 1,461.12      $1,461.12
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?

○ No

○ Yes

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 430.00 | $430.00 |
|---|---|---|---|---|

**2.23** Priority creditor's name and mailing address

CSC, PO BOX 13397, PHILADELPHIA, PA 19101-3397

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?

○ No
○ Yes

$ 430.00          $430.00

---

**2.24** Priority creditor's name and mailing address

DALLAS, DALLAS COUNTY TAX OFFICE, 600 COMMERCE ST B40, DALLAS, TX 75202

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROPERTY TAX

Is the claim subject to offset?

○ No
○ Yes

$ 5,000.00          $5,000.00

---

**2.25** Priority creditor's name and mailing address

DPACK, INC., 145 CORTE MADERA TOWN CENTER #443, CORTE MADERA, CA 94925

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROPERTY TAX & LICENSES WHSE-HAYWARD

Is the claim subject to offset?

○ No
○ Yes

$ 11,980.80          $11,980.80

---

**2.26** Priority creditor's name and mailing address

DURHAM COUNTY TAX COLLECTOR, PO BOX 30090, DURHAM, NC 27702-3090

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?

○ No
○ Yes

$ 449.72          $449.72

**2.27** Priority creditor's name and mailing address

GATEWAY CORRIDOR LLC, PO BOX 59727, LOS ANGELES, CA 90074-9727

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROPERTY & LICENSE TAX PAYABLE-CORPORATE

Is the claim subject to offset?
○ No
○ Yes

$ .03        $.03

---

**2.28** Priority creditor's name and mailing address

GEORGIA DEPARTMENT OF REVENUE, PO BOX 740321, ATLANTA, GA 30374-0321

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?
○ No
○ Yes

$ 336.22        $336.22

---

**2.29** Priority creditor's name and mailing address

GIVENS ENTERPRISES, LLC, C/O THE LAW OFFICES OF DAVID A. GREER PLC, ATTN: DAVID A. GREER, 500 EAST MAIN ST., SUITE 1225, NORFOLK, VA 23510

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROPERTY & LICENSE TAX PAYABLE-CORPORATE

Is the claim subject to offset?
○ No
○ Yes

$ 6,766.68        $6,766.68

---

**2.30** Priority creditor's name and mailing address

GREENVILLE COUNTY TAX COLLECTOR, 301 UNIVERSITY RIDGE SUITE 700, GREENVILLE , SC 29601

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?
○ No
○ Yes

$ 60.00        $60.00

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 2,715.98 | $2,715.98 |
|------|------|------|------|------|

**2.31** Priority creditor's name and mailing address

HARLINGEN TAX OFFICE, PO BOX 2643, HARLINGEN, TX 78551

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8_____ )

As of the petition filing date, the claim is:
*Check all that apply.*

$ 2,715.98     $2,715.98

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?

○ No

○ Yes

---

**2.32** Priority creditor's name and mailing address

HARRIS COUNTY TAX ASSESSOR-COLLECTOR, PO BOX 4576, HOUSTON, TX 77210-4576

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8_____ )

As of the petition filing date, the claim is:
*Check all that apply.*

$ 265.77     $265.77

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?

○ No

○ Yes

---

**2.33** Priority creditor's name and mailing address

HARRISON ENTERPRISES LLC, PO BOX 810, ROYAL OAK, MI 48068

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8_____ )

As of the petition filing date, the claim is:
*Check all that apply.*

$ 7,602.60     $7,602.60

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROPERTY & LICENSE TAX PAYABLE-CORPORATE

Is the claim subject to offset?

○ No

○ Yes

---

**2.34** Priority creditor's name and mailing address

HILLSBOROUGH COUNTY BUSINESS TAX, HILLSBOROUGH COUNTY, PO BOX 30012, TAMPA, FL 33630-3012

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8_____ )

As of the petition filing date, the claim is:
*Check all that apply.*

$ 211.50     $211.50

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?

○ No

○ Yes

| | | | |
|---|---|---|---|

**2.35** Priority creditor's name and mailing address

KANSAS CITY MISSOURI, CITY OF KANSAS CITY, MO, ATTN: TORAH GREENLAW / ACCOUNTS PAYABLE, 414 E 12TH STREET, 12TH FLOOR CITY HALL, KANSAS CITY, MO 64106

Date or dates debt was incurred
_____

Last 4 digits of account number
_____

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8_____ )

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
EARNINGS TAX

Is the claim subject to offset?
- ( ) No
- ( ) Yes

$ 5,000.00          $5,000.00

---

**2.36** Priority creditor's name and mailing address

KANSAS EMPLOYMENT SECURITY FUND, 401 TOPEKA BLVD., UNEMPLOYMET TAX REPRESENTATIVE, TOPEKA, KS 66603

Date or dates debt was incurred
_____

Last 4 digits of account number
_____

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8_____ )

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?
- ( ) No
- ( ) Yes

$ 3,470.05          $3,470.05

---

**2.37** Priority creditor's name and mailing address

KCMO CITY TREASURER, PO BOX 801751, KANSAS CITY, MO 64180-1751

Date or dates debt was incurred
_____

Last 4 digits of account number
_____

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8_____ )

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?
- ( ) No
- ( ) Yes

$ 1,543.44          $1,543.44

---

**2.38** Priority creditor's name and mailing address

KING COUNTY TREASURY, 500 FOURTH AVENUE, ROOM 600, SEATTLE, WA 98104

Date or dates debt was incurred
_____

Last 4 digits of account number
_____

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8_____ )

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?
- ( ) No
- ( ) Yes

$ 5,034.90          $5,034.90

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 253.27 | $253.27 |

**2.39** Priority creditor's name and mailing address

LOS ANGELES COUNTY TAX COLLECTOR, PO BOX 54027, LOS ANGELES, CA 90054-0027

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?
○ No
○ Yes

$ 253.27          $253.27

---

**2.40** Priority creditor's name and mailing address

MARION COUNTY TREASURER, PO BOX 6145, INDIANAPOLIS, IN 46206-6145

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?
○ No
○ Yes

$ 25.00          $25.00

---

**2.41** Priority creditor's name and mailing address

MISSOURI DIVISION OF EMPLOYMENT SECURITY, PO BOX 888, JEFFERSON CITY, MO 65102-0888

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?
○ No
○ Yes

$ 579.68          $579.68

---

**2.42** Priority creditor's name and mailing address

NEW HANOVER COUNTY, PO BOX 580070, CHARLOTTE, NC 28258-0070

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?
○ No
○ Yes

$ 35.74          $35.74

2.43    Priority creditor's name and mailing address

NEW MEXICO , NEW MEXICO TAXATION AND
REVENUE DEPT., 1100 SOUTH ST. FRANCIS DRIVE,
SANTE FE, NM 87504

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) ( 8       )

As of the petition filing date, the claim is:     $ 182,111.68      $182,111.68
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
GROSS RECEIPTS/ LICENSE TAX

Is the claim subject to offset?

○ No

○ Yes

---

2.44    Priority creditor's name and mailing address

NORFOLK CITY TREASURER, PO BOX 2260,
NORFOLK, VA 23501-2260

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) ( 8       )

As of the petition filing date, the claim is:     $ 629.86      $629.86
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY /
BUSINESS LICENSE

Is the claim subject to offset?

○ No

○ Yes

---

2.45    Priority creditor's name and mailing address

NORTH CAROLINA DEPT OF REVENUE, 501 N
WILMINGTON ST, RALEIGH, NC 27604

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) ( 8       )

As of the petition filing date, the claim is:     $ 655.47      $655.47
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY /
BUSINESS LICENSE

Is the claim subject to offset?

○ No

○ Yes

---

2.46    Priority creditor's name and mailing address

ORANGE COUNTY TAX COLLECTOR, PO BOX 545100,
ORLANDO, FL 32854-5100

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured
claim:
11 U.S.C. § 507(a) ( 8       )

As of the petition filing date, the claim is:     $ 71.20      $71.20
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY /
BUSINESS LICENSE

Is the claim subject to offset?

○ No

○ Yes

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 525.98 | $525.98 |

**2.47** Priority creditor's name and mailing address

OREGON DEPT OF REVENUE, PO BOX 14730, SALEM, OR 97309-0464

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?
○ No
○ Yes

$ 525.98          $525.98

---

**2.48** Priority creditor's name and mailing address

PAN AM MAYLAR LLC, 3100 PAN AMERICAN NE ,UNIT 6, ALBUQUERQUE, NM 87109

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
PROPERTY TAX & LICENSES WHSE-ALBUQUERQUE

Is the claim subject to offset?
○ No
○ Yes

$ 1,008.24          $1,008.24

---

**2.49** Priority creditor's name and mailing address

PPTAX 2018 ALLOCATION

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
PROPERTY & LICENSE TAX PAYABLE-CORPORATE

Is the claim subject to offset?
○ No
○ Yes

$ 20,287.36          $20,287.36

---

**2.50** Priority creditor's name and mailing address

PRIORITY PROPERTIES LLC, 1045 S.WOODSMILL ROAD, SUITE ONE, TOWN AND COUNTRY, MO 63017

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?
○ No
○ Yes

$ 1,856.20          $1,856.20

**2.51** Priority creditor's name and mailing address

SALT LAKE CITY, BUSINESS LICENSING, 451 SOUTH STATE STREET, ROOM 225, Salt Lake City, UT 84111

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8        )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
BUSINESS LICENSE

Is the claim subject to offset?

○ No

○ Yes

$ 301.25          $301.25

---

**2.52** Priority creditor's name and mailing address

SEBASTIAN COUNTY ARKANSAS, TAX COLLECTOR, PO BOX 1358, FORT SMITH, AR 72902

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8        )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?

○ No

○ Yes

$ 9.97          $9.97

---

**2.53** Priority creditor's name and mailing address

SHERRI AYLOR PCC, PO BOX 2289, AMARILLO, TX 79105-2289

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8        )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?

○ No

○ Yes

$ 119.17          $119.17

---

**2.54** Priority creditor's name and mailing address

SPOKANE COUNTY TREASURER, PO BOX 199, SPOKANE, WA 99210

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8        )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?

○ No

○ Yes

$ 225.36          $225.36

| | | |
|---|---|---|

**2.55** Priority creditor's name and mailing address

STATE OF CALIFORNIA, CALIFORNIA DEPT OF TAX AND FEE ADMINISTRATION, RETURN PROCESSING BRANCH, PO BOX 942879, SACRAMENTO, CA 94279

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?

○ No

○ Yes

$ 1,912.91          $1,912.91

---

**2.56** Priority creditor's name and mailing address

STATE OF NEVADA, 500 EAST THIRD STREET, CARSON CITY, NV 89713-0030

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?

○ No

○ Yes

$ 22.61          $22.61

---

**2.57** Priority creditor's name and mailing address

STATE OF NEW JERSEY DCA BFCE-DORES, PO BOX 663, TRENTON, NJ 08646-0663

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?

○ No

○ Yes

$ 2,174.00          $2,174.00

---

**2.58** Priority creditor's name and mailing address

TAX ASSESSOR/COLLECTOR, PO BOX 700, ARCHER CITY, TX 76351

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?

○ No

○ Yes

$ 22.41          $22.41

| | | | |
|---|---|---|---|

**2.59** Priority creditor's name and mailing address

TENNESSEE DEPARTMENT OF REVENUE, COLLECTION SERVICES DIVISION, 500 DEADERICK STREET, NASHVILLE, TN 37242

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?

○ No
○ Yes

$ 164.45        $164.45

---

**2.60** Priority creditor's name and mailing address

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, PO BOX 13528, CAPITOL STATION, AUSTIN, TX 78711-3528

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
2018 FRANCHISE TAX ESTIMATE

Is the claim subject to offset?

○ No
○ Yes

$ 78,962.12        $78,962.12

---

**2.61** Priority creditor's name and mailing address

THE COMMONWEALTH OF MASSACHUSETTS, PO BOX 7089, BOSTON, MA 02204-7089

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?

○ No
○ Yes

$ 680.60        $680.60

---

**2.62** Priority creditor's name and mailing address

TREASURER OF VIRGINIA, DIVISION OF CHILD SUPPORT ENF, PO BOX 570, RICHMOND, VA 23218

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?

○ No
○ Yes

$ 64.35        $64.35

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 133.32 | $133.32 |

2.63 Priority creditor's name and mailing address

UTAH STATE TAX COMMISSION, 210 NORTH 1950 WEST, SALT LAKE CITY, UT 84134-0700

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?

○ No

○ Yes

$ 133.32          $133.32

---

2.64 Priority creditor's name and mailing address

WASHINGTON COUNTY ARKANSAS, 280 N. COLLEGE, SUITE 202, FAYETTVILLE, AR 72701

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
GROSS RECEIPTS / PROPERTY / BUSINESS LICENSE

Is the claim subject to offset?

○ No

○ Yes

$ 69.22          $69.22

---

**Part 2:  List All Creditors with NONPRIORITY Unsecured Claim**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |

3.1 Nonpriority creditor's name and mailing address
135 ROBERT TREAT PAINE DRIVE, CBRE-NE PARTNERS 33 ARCH STREET 28TH FLOOR, BOSTON, MA 02110

Date or dates debt was incurred

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

○ No

○ Yes

Amount of claim
$10,819.56

**3.2** Nonpriority creditor's name and mailing address
16 BSF LLC, 1111 S. ORCHARD, SUITE 104, BOISE, ID 83705

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

○ No

○ Yes

$231.43

---

**3.3** Nonpriority creditor's name and mailing address
1ST CHOICE DELIVERY, 9461 DIELMAN ROCK ISLAND IND DR, ST LOUIS, MO 63132

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
DEPOSIT DUE TO SUB-LEASES

Is the claim subject to offset?

○ No

○ Yes

$678.57

---

**3.4** Nonpriority creditor's name and mailing address
24-7 SPECIALS, 10950 PALMBAY DRIVE, ORLANDO, FL 32824

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

$711.33

---

**3.5** Nonpriority creditor's name and mailing address
30 MAGAZINER REALTY LLC, ROBERT S. KAHAN, MEMBER 333 PARK STREET, WEST SPRINGFIELD, MA 01089

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

○ No

○ Yes

$8,102.52

**3.6** Nonpriority creditor's name and mailing address
50 SEBETHE DRIVE LLC, 112 WALL STREET, TORRINGTON, CT 06790

Date or dates debt was incurred

As of the petition filing date, the claim is:        $36,907.95
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?
○ No
○ Yes

**3.7** Nonpriority creditor's name and mailing address
501 MINI-STORAGE, 490 UNIVERSITY FOREST DRIVE, CONWAY, SC 29528

Date or dates debt was incurred

As of the petition filing date, the claim is:        $203.49
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
STORAGE FEES

Is the claim subject to offset?
○ No
○ Yes

**3.8** Nonpriority creditor's name and mailing address
7LFREIGHT, DBA 7LFREIGHT PO BOX 3831, WILSONVILLE, OR 97070

Date or dates debt was incurred

As of the petition filing date, the claim is:        $1,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?
○ No
○ Yes

**3.9** Nonpriority creditor's name and mailing address
A&T DELIVERY INC, PO BOX 1593, TEXARKANA, AR 71854

Date or dates debt was incurred

As of the petition filing date, the claim is:        $5,265.50
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?
○ No
○ Yes

**3.10**  Nonpriority creditor's name and mailing address
A.G. ADJUSTMENTS LTD, 740 WALT WHITMAN RD., MELVILLE, NY 11747

Date or dates debt was incurred

As of the petition filing date, the claim is:          $443.68
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

**3.11**  Nonpriority creditor's name and mailing address
A-1 FIRE & SAFETY, 203 E RHAPSODY DR, SAN ANTONIO, TX 78216

Date or dates debt was incurred

As of the petition filing date, the claim is:          $499.21
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.12**  Nonpriority creditor's name and mailing address
ABDU, HANIM, 2002 HIGHWOOD DRIVE, GARLAND, TX 75041

Date or dates debt was incurred

As of the petition filing date, the claim is:          $646.32
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

**3.13**  Nonpriority creditor's name and mailing address
ACCESS INFORMATION PROTECTED, PO BOX 101048, ATLANTA, GA 30392-1048

Date or dates debt was incurred

As of the petition filing date, the claim is:          $1,470.99
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

**3.14** Nonpriority creditor's name and mailing address
ACCESS VG LLC, PO BOX 27563, SALT LAKE CITY, UT 84127-0563

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:                    $1,100.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

---

**3.15** Nonpriority creditor's name and mailing address
ACE OVERHEAD DOOR INC,

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:                    $750.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.16** Nonpriority creditor's name and mailing address
ACE PACKAGING OF ARIZONA, PO BOX 14470, PHOENIX, AZ 85063

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:                    $3,586.20
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.17** Nonpriority creditor's name and mailing address
ACKERMAN SECURITY SYSTEMS, PO BOX 933374, ATLANTA, GA
31193-3374

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:                    $74.73
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.18** Nonpriority creditor's name and mailing address
ADAMS, APRIL MICHELLE, 131 NEWFOUND LANE, EASLEY, SC 29642

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $2,130.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

**3.19** Nonpriority creditor's name and mailing address
ADAMS, WILLIAM BUFORD, 500 CARDIFF AVE, RULE, TX 79547

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $539.70
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

**3.20** Nonpriority creditor's name and mailing address
ADECCO EMPLOYMENT SERVICES, DEPT CH 14091, PALATINE, IL
60055-4091

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $3,344.88
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
STAFFING/RECRUITING

Is the claim subject to offset?

○ No

○ Yes

**3.21** Nonpriority creditor's name and mailing address
ADP TOTAL SOURCE, ATTN:COBRA DEPT PO BOX 842357, BOSTON,
MA 02284-2357

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $2,060.91
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

**3.22**    Nonpriority creditor's name and mailing address
ADT SECURITY SERVICES, PO BOX 371878, PITTSBURGH, PA 15250-7878

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$169.03

**3.23**    Nonpriority creditor's name and mailing address
ADVANCE AUTO PARTS, 4729 HARGROVE DR, RALEIGH, NC 27616

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
CUSTOMER CLAIM

Is the claim subject to offset?

○ No

◉ Yes

$327.94

**3.24**    Nonpriority creditor's name and mailing address
ADVANCED PEST MANAGEMENT, PO BOX 850809, MESQUITE, TX 75185-0809

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$433.00

**3.25**    Nonpriority creditor's name and mailing address
ADVANTAGE CLEANING CONCEPTS, PO BOX 680166, HOUSTON, TX 77268

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$2,056.76

**3.26** Nonpriority creditor's name and mailing address
AEROTEK PROFESSIONAL SERVICES, 3689 COLLECTION CTR DR, CHICAGO, IL 60693

Date or dates debt was incurred

As of the petition filing date, the claim is:     $23,812.83
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
STAFFING/RECRUITING

Is the claim subject to offset?
- ( ) No
- ( ) Yes

**3.27** Nonpriority creditor's name and mailing address
AGUSTIN IBARRA-GORDON REES SCULLY MANSUKHANI LLP, ATTN: T. JAMES FISHER 1721 COURT STREET PO BOX 990460, REDDING, CA 96099-0460

Date or dates debt was incurred

As of the petition filing date, the claim is:     $30,777.55
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
LEGAL SETTLEMENTS

Is the claim subject to offset?
- ( ) No
- ( ) Yes

**3.28** Nonpriority creditor's name and mailing address
AHERN, DAVID, 100 ORCHARD HILL DR, STRATFORD, CT 06614

Date or dates debt was incurred

As of the petition filing date, the claim is:     $5,116.40
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?
- ( ) No
- ( ) Yes

**3.29** Nonpriority creditor's name and mailing address
AHMED, MUSTAFA A, 5690 142ND W, APPLE VALLEY, MN 55124

Date or dates debt was incurred

As of the petition filing date, the claim is:     $3,195.01
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?
- ( ) No
- ( ) Yes

**3.30** Nonpriority creditor's name and mailing address
AIM MESSENGER SERVICES, 36 SEABRING STREET, BROOKLYN, NY 11231

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

$16,231.69

---

**3.31** Nonpriority creditor's name and mailing address
AIR COMFORT SYSTEMS INC, POBOX 6143, WALLINGFORD, CT 06492

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$3,540.53

---

**3.32** Nonpriority creditor's name and mailing address
AIR TRUCK, 8736 NE ALDERWOOD RD, PORTLAND, OR 97220

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

$1,178.41

---

**3.33** Nonpriority creditor's name and mailing address
AIRAGHI, MICHAEL, 6325 HURSTGREEN LANE, SAINT LOUIS, MO 63123

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$1,280.64

**3.34** Nonpriority creditor's name and mailing address
AIRCARGO COMMUNITIES, P OBOX 2154, SOUTH SAN FRANCISCO, CA 94083

Date or dates debt was incurred

As of the petition filing date, the claim is:    $2,000.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?

○ No

○ Yes

**3.35** Nonpriority creditor's name and mailing address
AIRGAS USA - 802576 CHIG, AIRGAS USA PO BOX 802576, CHICAGO, IL 60680-2576

Date or dates debt was incurred

As of the petition filing date, the claim is:    $29.79
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.36** Nonpriority creditor's name and mailing address
AIRPORT BUSINESS PARK LLC, 3710 ELECTRO WAY, REDDING, CA 96002

Date or dates debt was incurred

As of the petition filing date, the claim is:    $19,064.06
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

○ No

○ Yes

**3.37** Nonpriority creditor's name and mailing address
ALAMILLO, MIGUEL, 2100 SAN BENITO ST, OXNARD, CA 93033

Date or dates debt was incurred

As of the petition filing date, the claim is:    $3,100.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.38    Nonpriority creditor's name and mailing address
ALAN ELLIS, 717 KNIGHT LANE, EL DORADO HILLS, CA 95762

Date or dates debt was incurred

As of the petition filing date, the claim is:    UNKNOWN
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?

○ No

○ Yes

---

3.39    Nonpriority creditor's name and mailing address
ALEXANDER, ANDRE, 6617 JEFFERSON COURT, NORFOLK, VA 23513

Date or dates debt was incurred

As of the petition filing date, the claim is:    $619.39
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

3.40    Nonpriority creditor's name and mailing address
ALLIANT INSURANCE SERVICES INC, ATTN: JASON VANDERYACHT
1301 DOVE STREET SUITE 200, NEWPORT BEACH, CA 92660

Date or dates debt was incurred

As of the petition filing date, the claim is:    $345.19
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
INSURANCE

Is the claim subject to offset?

○ No

○ Yes

---

3.41    Nonpriority creditor's name and mailing address
ALLSTATE BUILDING & OFFICE MAINTENANCE INC, 19720 VENTURA
BLVD., #105, WOODLAND HILLS, CA 91364

Date or dates debt was incurred

As of the petition filing date, the claim is:    $814.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.42**   Nonpriority creditor's name and mailing address
ALPINE SPRING BOTTLED WATERLLC, PO BOX 96535, LAS VEGAS, NV
89193-6535

Date or dates debt was incurred

As of the petition filing date, the claim is:                                     $87.15
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.43**   Nonpriority creditor's name and mailing address
ALVAREZ, LUIS A, 6744 KNOTT AVE APT 9, BUENA PARK, CA 90621

Date or dates debt was incurred

As of the petition filing date, the claim is:                                     $3,768.86
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.44**   Nonpriority creditor's name and mailing address
AMA TECHTEL, PO BOX 1981, AMARILLO, TX 79105-1981

Date or dates debt was incurred

As of the petition filing date, the claim is:                                     $10.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.45**   Nonpriority creditor's name and mailing address
AMEREN MISSOURI, PO BOX 88068, CHICAGO, IL 60680

Date or dates debt was incurred

As of the petition filing date, the claim is:                                     $74.32
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.46**  Nonpriority creditor's name and mailing address
AMERENUE - COLUMBIA, AMERENUE PO BOX 88068, CHICAGO, IL
60680-1068

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $169.58
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.47**  Nonpriority creditor's name and mailing address
AMERICAN AIRLINES CARGO, PO BOX 2994, CAROL STREAM, IL
60132-2994

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $2,920.79
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

**3.48**  Nonpriority creditor's name and mailing address
AMERICAN EXPRESS, 200 VESEY ST., 5OTH FLOOR, NEW YORK, NY
10285

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $10,328.53
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.49**  Nonpriority creditor's name and mailing address
AMERICAN LINEHAUL CORPORATION, PO BOX 135 SUITE 206,
LIBERTY CORNER, NJ 07938

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $698.31
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

| 3.50 | Nonpriority creditor's name and mailing address<br>AMERIGAS NATIONAL ACCOUNTS, DEPT CH-PO BOX 10525,<br>PALATINE, IL 60055-0525 | As of the petition filing date, the claim is:<br>*Check all that apply.* | $8,177.73 |
|---|---|---|---|

Date or dates debt was incurred

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?
- ○ No
- ○ Yes

| 3.51 | Nonpriority creditor's name and mailing address<br>AMERIGAS, PO BOX 371473, PITTSBURGH, PA 15250-7473 | As of the petition filing date, the claim is:<br>*Check all that apply.* | $381.57 |
|---|---|---|---|

Date or dates debt was incurred

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
- ○ No
- ○ Yes

| 3.52 | Nonpriority creditor's name and mailing address<br>AMERISOURCE BERGEN , 1300 MORRIS DRIVE, CHESTERBROOK, PA<br>19087 | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,370.34 |
|---|---|---|---|

Date or dates debt was incurred

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
CUSTOMER CLAIM

Is the claim subject to offset?
- ○ No
- ◉ Yes

| 3.53 | Nonpriority creditor's name and mailing address<br>AMERISOURCE BERGEN, 1300 MORRIS DRIVE, CHESTERBROOK, PA<br>19087 | As of the petition filing date, the claim is:<br>*Check all that apply.* | $13,097.70 |
|---|---|---|---|

Date or dates debt was incurred

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
CUSTOMER CLAIM

Is the claim subject to offset?
- ○ No
- ◉ Yes

**3.54**  Nonpriority creditor's name and mailing address
AMERISOURCEBERGEN DRUG CORPORATION, 1300 MORRIS DR.,
CHESTERBROOK, PA 19087

Date or dates debt was incurred

As of the petition filing date, the claim is:          $430,233.90
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
THEFT

Is the claim subject to offset?

○ No

○ Yes

---

**3.55**  Nonpriority creditor's name and mailing address
AMIGOS LIBRARY, 4901 LYNDON B JOHNSON FWY SUITE 150,
DALLAS, TX 75244

Date or dates debt was incurred

As of the petition filing date, the claim is:          $311.69
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
CUSTOMER CLAIM

Is the claim subject to offset?

○ No

◉ Yes

---

**3.56**  Nonpriority creditor's name and mailing address
AMPAC SERVICES INC, 8388 ROVANA CIRCLE, SACRAMENTO, CA
95828-2527

Date or dates debt was incurred

As of the petition filing date, the claim is:          $3,143.43
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.57**  Nonpriority creditor's name and mailing address
ANDRES, NEVILLE M, 11302 BONANZA DR APT 10, MARYLAND
HEIGHTS, MO 63043

Date or dates debt was incurred

As of the petition filing date, the claim is:          $710.50
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

**3.58**  Nonpriority creditor's name and mailing address
ANDREWS, DANA, 7013 LAKEPOINTE DR, OKLAHOMA CITY, OK 73116

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $807.90
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
○ No
○ Yes

**3.59**  Nonpriority creditor's name and mailing address
ANDY'S PARCEL EXPRESS INC, PO BOX 301126, PORTLAND, OR 97294

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $255.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?
○ No
○ Yes

**3.60**  Nonpriority creditor's name and mailing address
APEX DELIVERY SOLUTIONS, 8936 'J' STREET, OMAHA, NE 68127

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $4,017.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?
○ No
○ Yes

**3.61**  Nonpriority creditor's name and mailing address
APG SHADOWOOD LLC, PO BOX 117252, ATLANTA, GA 30368-7252

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $22,410.63
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?
○ No
○ Yes

**3.62** Nonpriority creditor's name and mailing address
APONTE, RICARDO, 14939 DEL MORROW WAY, ORLANDO, FL 32824

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

$3,002.38

**3.63** Nonpriority creditor's name and mailing address
APPLE CORPS INC, PO BOX 501, S. WEYMOUTH, MA 02190

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$1,081.66

**3.64** Nonpriority creditor's name and mailing address
APPVAULT LLC, 5565 GLENRIDGE CONNECTOR SUITE 1000,
ATLANTA, GA 30342

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
STAFFING/RECRUITING

Is the claim subject to offset?

○ No

○ Yes

$6,122.50

**3.65** Nonpriority creditor's name and mailing address
AQUA CHILL OF AUSTIN, 415 N. GUADALUPE ST. #332, SAN MARCOS,
TX 78666

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$42.22

**3.66**   Nonpriority creditor's name and mailing address
ARIBA NETWORK, PO BOX 642962, PITTSBURGH, PA 15264-2962

Date or dates debt was incurred

As of the petition filing date, the claim is:     $421.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?

○ No

○ Yes

---

**3.67**   Nonpriority creditor's name and mailing address
ARMSTRONG, CRAIG, 402 N MONTGOMERY ST, BIXBY, OK 74008

Date or dates debt was incurred

As of the petition filing date, the claim is:     $331.50
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.68**   Nonpriority creditor's name and mailing address
ARRIVE LOGISTICS, 4407 MONTEREY OAKS BLVD STE. 150, AUSTIN, TX 78749

Date or dates debt was incurred

As of the petition filing date, the claim is:     $2,976.88
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
CUSTOMER CLAIM

Is the claim subject to offset?

○ No

◉ Yes

---

**3.69**   Nonpriority creditor's name and mailing address
ARROYO, GEORGE ALBERT, 11848 ORENSE DRIVE, LAS VEGAS, NV 89138

Date or dates debt was incurred

As of the petition filing date, the claim is:     $8,065.92
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

**3.70** Nonpriority creditor's name and mailing address
ASIEDU, GEORGE, 1723 BENTRIDGE DRIVE, KENNESAW, GA 30144

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$417.60

---

**3.71** Nonpriority creditor's name and mailing address
ASSOCIATED PACKAGING INC., PO BOX 306068, NASHVILLE, TN
37230-6088

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$14,227.06

---

**3.72** Nonpriority creditor's name and mailing address
AT&T MOBILITY - BES00116731, AT&T NATIONAL BUSINESS
SERVICES PO BOX 9004, CAROL STREAM, IL 60197-9004

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$992.22

---

**3.73** Nonpriority creditor's name and mailing address
AT&T MOBILITY, PO BOX 6463, CAROL STREAM, IL 60197-6463

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$15,551.36

**3.74** Nonpriority creditor's name and mailing address
AT&T, PO BOX 5001, CAROL STREAM, IL 60197-5001

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$317.23

---

**3.75** Nonpriority creditor's name and mailing address
ATLANTIC COAST TOYOTALIFT, DBA ATLANTIC COAST TOYOTOLIFT
PO BOX B, HIGH POINT, NC 27261

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$118.52

---

**3.76** Nonpriority creditor's name and mailing address
ATLAS DELIVERY SERVICE, PO BOX 19771, HOUSTON, TX 77224

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

$524.67

---

**3.77** Nonpriority creditor's name and mailing address
ATLAS FENCE COMPANY INC, STRATFORD DR., PORT CHARLOTTE, FL 33953

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$1,948.50

3.78    Nonpriority creditor's name and mailing address
ATMOS ENERGY, PO BOX 790311, ST LOUIS, MO 63179-0311

Date or dates debt was incurred

As of the petition filing date, the claim is:    $2,085.28
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.79    Nonpriority creditor's name and mailing address
AUTOMATED BUSINESS PRODUCTS, 11999 E. CALEY AVENUE SUITE A, CENTENNIAL, CO 80111

Date or dates debt was incurred

As of the petition filing date, the claim is:    $41.97
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.80    Nonpriority creditor's name and mailing address
AVIDIAN TECHNOLOGIES MERGER INC, 14405 SE 26TH ST STE 206, BELLEVUE, WA 98006

Date or dates debt was incurred

As of the petition filing date, the claim is:    $9,518.30
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?

○ No

○ Yes

---

3.81    Nonpriority creditor's name and mailing address
AVISTA, 1411 E MISSION AVE, SPOKANE, WA 99252

Date or dates debt was incurred

As of the petition filing date, the claim is:    $683.59
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.82** Nonpriority creditor's name and mailing address
AYERS, JOEL, 10205 W. COUNTRY CLUB TRAIL, PEORIA, AZ 85383

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$353.84

---

**3.83** Nonpriority creditor's name and mailing address
BAACKE, CHRISTOPHER , 1801 CARNS DRIVE, MADISON, WI 53719

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

$5,341.52

---

**3.84** Nonpriority creditor's name and mailing address
BAILEY, GREGORY, 7701 W ST JOHN RD # 1098, GLENDALE, AZ 85308

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

$3,194.99

---

**3.85** Nonpriority creditor's name and mailing address
BAIR, BRUCE, 5304 LUCILLE DR NE, ALBUQUERQUE, NM 87111

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

$4,071.15

**3.86** Nonpriority creditor's name and mailing address
BALTAZAR, FE, 6201 EAST LAKE MEAD BLVD UNITE #107, LAS VEGAS, NV 89156

Date or dates debt was incurred

As of the petition filing date, the claim is:        $530.04
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
- ( ) No
- ( ) Yes

---

**3.87** Nonpriority creditor's name and mailing address
BANK OF OKLAHOMA, ATTN:BOP PO BOX 3369, TULSA, OK 74101

Date or dates debt was incurred

As of the petition filing date, the claim is:        $1,163.60
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?
- ( ) No
- ( ) Yes

---

**3.88** Nonpriority creditor's name and mailing address
BARCEL EQUIPMENT, 301 S. NORTHPOINT DRIVE SUITE 100, COPPELL, TX 75019

Date or dates debt was incurred

As of the petition filing date, the claim is:        $1,728.00
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:
CUSTOMER CLAIM

Is the claim subject to offset?
- ( ) No
- (•) Yes

---

**3.89** Nonpriority creditor's name and mailing address
BARCEL USA INC, 301 S.NORTHPOINT DR. SUITE 100, COPPELL, TX 75019-4103

Date or dates debt was incurred

As of the petition filing date, the claim is:        $3,563.62
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
- ( ) No
- ( ) Yes

3.90    Nonpriority creditor's name and mailing address
        BARNES CARE, BARNES CARE ATTN: JUDY ROGERS PO BOX 956404,
        ST LOUIS, MO 63195-6404

        Date or dates debt was incurred

As of the petition filing date, the claim is:          $90.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.91    Nonpriority creditor's name and mailing address
        BARNES, CHASE, 3415 OAKLAWN AVENUE NW, ROANOKE, VA 24012

        Date or dates debt was incurred

As of the petition filing date, the claim is:          $30.48
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

3.92    Nonpriority creditor's name and mailing address
        BARNES, KEVIN R, 180 MULETAIL CIR, RENO, NV 89508

        Date or dates debt was incurred

As of the petition filing date, the claim is:          $4,183.13
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

---

3.93    Nonpriority creditor's name and mailing address
        BARNHARDT, RHONDA R, 2325 E. SYCAMORE ST., TONGANOXIE, KS
        66086

        Date or dates debt was incurred

As of the petition filing date, the claim is:          $2,115.38
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

3.94 Nonpriority creditor's name and mailing address
BARRERA, ALICIA, ALICIA BARRERA 11245 SIR WINSTON ST APT 1103, SAN ANTONIO, TX 78216

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$98.00

---

3.95 Nonpriority creditor's name and mailing address
BARROSO, SHAURI Y, 4960 CREEK RIDGE TRAIL, FORT WORTH, TX 76179

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$332.10

---

3.96 Nonpriority creditor's name and mailing address
BASSUE, GENECIA, 1404 TREEHILLS PARKWAY, STONE MOUNTAIN, GA 30088

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$340.62

---

3.97 Nonpriority creditor's name and mailing address
BB&T FINANCIAL FSB, PO BOX 580340, CHARLOTTE, NC 28258-0340

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$2,552.35

**3.98** Nonpriority creditor's name and mailing address
BB&T, ATTN: ATTN: OFFICER, MANAGING OR GENERAL AGENT, OR RESPONSIBLE PARTY 200 WEST SECOND STREET, WINSTON-SALEM, NC 27101

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?
○ No
○ Yes

$82,675.94

---

**3.99** Nonpriority creditor's name and mailing address
BEACON COMMERCE PARK LLC, C/O BEACON PARTNERS, 500 E. MOREHEAD ST. SUITE 200-AR, CHARLOTTE, NC 28202

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?
○ No
○ Yes

$18,848.38

---

**3.100** Nonpriority creditor's name and mailing address
BEARD, TONI, 4221 E. EVANS AVE, ST. LOUIS, MO 63113

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
○ No
○ Yes

$861.76

---

**3.101** Nonpriority creditor's name and mailing address
BELL, JARRETT, 1811 DEBBIE LN, RICHMOND, VA 23222

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
○ No
○ Yes

$605.76

**3.102** Nonpriority creditor's name and mailing address
BENESCH FRIEDLANDER COPLAN & ARONOFF LLP, 200 PUBLIC
SQUARE #2300, CLEVELAND, OH 44114

Date or dates debt was incurred

As of the petition filing date, the claim is:     $6,750.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

---

**3.103** Nonpriority creditor's name and mailing address
BENGE, ROBERT W, 11379 FOX ST, AMARILLO, TX 79118

Date or dates debt was incurred

As of the petition filing date, the claim is:     $2,903.62
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

---

**3.104** Nonpriority creditor's name and mailing address
BERKEMEIER, TRACY, 522 ELBERON AVENUE 3A, CINCINNATI, OH
45205

Date or dates debt was incurred

As of the petition filing date, the claim is:     $447.72
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.105** Nonpriority creditor's name and mailing address
BEST, JONATHAN, 84 BLAKEFORD DRIVE, WENDELL, NC 27591

Date or dates debt was incurred

As of the petition filing date, the claim is:     $3,603.93
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

3.106 Nonpriority creditor's name and mailing address
BG GREENTAG FIRE EQUIPMENT LLC, 704 OLD JACKSBORO
HIGHWAY, WICHITA FALLS, TX 76301

Date or dates debt was incurred

As of the petition filing date, the claim is:            $33.32
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.107 Nonpriority creditor's name and mailing address
BIG JOE HANDLING SYSTEMS, 25932 EDEN LANDING ROAD,
HAYWARD, CA 94545

Date or dates debt was incurred

As of the petition filing date, the claim is:            $1,148.52
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.108 Nonpriority creditor's name and mailing address
BIG JOE LIFT TRUCKS INC, DBA BIG JOE SALES AND SERVICE 1112 E
DOMINGUEZ STREET, CARSON, CA 90746-3518

Date or dates debt was incurred

As of the petition filing date, the claim is:            $301.14
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.109 Nonpriority creditor's name and mailing address
BIRCH COMMUNICATIONS, PO BOX 105066, ATLANTA, GA 30348-
5066

Date or dates debt was incurred

As of the petition filing date, the claim is:            $4,956.67
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.110    Nonpriority creditor's name and mailing address
BISHOP, MICHAEL, 3212 DAVIS AVE, ROANOKE, VA 24015

Date or dates debt was incurred

As of the petition filing date, the claim is:      $5,088.01
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

3.111    Nonpriority creditor's name and mailing address
BLACK, JOEL P, 282 SALUDA ISLAND ROAD ROAD, PROSPERITY, SC 29127

Date or dates debt was incurred

As of the petition filing date, the claim is:      $799.01
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.112    Nonpriority creditor's name and mailing address
BLAZE LOGISTICSLLC, PO BOX 23165, HARAHAN, LA 70183

Date or dates debt was incurred

As of the petition filing date, the claim is:      $17,455.80
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

3.113    Nonpriority creditor's name and mailing address
BLOW JR, JOSEPH BENJAMIN, 13014 ARDEN RIDGE LANE LANE, HOUSTON, TX 77014

Date or dates debt was incurred

As of the petition filing date, the claim is:      $3,749.34
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

**3.114** Nonpriority creditor's name and mailing address
BLUE CAFFE, 4995 REYNOLDA RD, WINSTON-SALEM, NC 27106

Date or dates debt was incurred

As of the petition filing date, the claim is:      $376.76
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.115** Nonpriority creditor's name and mailing address
BOEING EMPLOYEES' CREDIT UNION, PO BOX 3853 MS 1011-1, SEATTLE, WA 98124-3843

Date or dates debt was incurred

As of the petition filing date, the claim is:      $3,632.20
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.116** Nonpriority creditor's name and mailing address
BONILLA, SHEILA, 1019 HILLTOP DR. APT. 113, IRVING, TX 75060

Date or dates debt was incurred

As of the petition filing date, the claim is:      $32.70
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.117** Nonpriority creditor's name and mailing address
BOONE, PEGGY, 7305 LUNAR DRIVE, AUSTIN, TX 78745

Date or dates debt was incurred

As of the petition filing date, the claim is:      $4,929.51
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

**3.118** Nonpriority creditor's name and mailing address
BOURQUE, FRANCIS, 4523 TESTAROSSA LANE, NORTH LAS VEGAS, NV 89081

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $700.18
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.119** Nonpriority creditor's name and mailing address
BOWERS, DONALD, 1100 10TH AVE PLACE SE, ALTOONA, IA 50009

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $915.23
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.120** Nonpriority creditor's name and mailing address
BOWMAN, TODD, 7610 SHELTER CV APT 7308, RALEIGH, NC 27617

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $286.08
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.121** Nonpriority creditor's name and mailing address
BRADFORD, STACY M, 2316 SALISBURY ST, ST LOUIS, MO 63107

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $2,376.78
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

**3.122** Nonpriority creditor's name and mailing address
BRAUN, ERIC J, 486 CLAIRE DR NE, ATLANTA, GA 30307

Date or dates debt was incurred

As of the petition filing date, the claim is: $9,984.38
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

---

**3.123** Nonpriority creditor's name and mailing address
BROOKCREST WATER, DBA BROOKCREST WATER COMPANY 1908 D
STREET, SACRAMENTO, CA 95811

Date or dates debt was incurred

As of the petition filing date, the claim is: $22.50
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.124** Nonpriority creditor's name and mailing address
BROWN, JOCKA, 1412 DANIELLE CREEK DR, LITTLE ELM, TX 75068

Date or dates debt was incurred

As of the petition filing date, the claim is: $576.72
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.125** Nonpriority creditor's name and mailing address
BROWN, ROBERT, 105 PELHAM WOODS CIR, WAYNESBORO, VA 22980

Date or dates debt was incurred

As of the petition filing date, the claim is: $2,316.81
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

**3.126** Nonpriority creditor's name and mailing address
BRUEGGEMANN, KIM C, 5926 GREENVIEW RD, LISLE, IL 60532

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

$7,104.47

---

**3.127** Nonpriority creditor's name and mailing address
BUCKLIN, DAVE, 15136 SEVENTEEN LAKES BLVD, ROANOKE, TX 76262

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

$7,683.25

---

**3.128** Nonpriority creditor's name and mailing address
BURGESS, MCKAIN, 117 VIEWPOINT, LAKE SAINT LOUIS, MO 63367

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$789.95

---

**3.129** Nonpriority creditor's name and mailing address
BURROUGHS, SUSAN T, 138 MOUNT ZION LN, SWANSEA, SC 29160

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$1,208.34

**3.130** Nonpriority creditor's name and mailing address
BURTEK DRY ICE, PO BOX 57176, DES MOINES, IA 50317

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:     $296.80
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.131** Nonpriority creditor's name and mailing address
BWC STATE INSURANCE FUND, OHIO BUREAU OF WORKERS'
COMPENSATION PO BOX 89492, CLEVELAND, OH 44101-6492

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:     $506.91
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
INSURANCE

Is the claim subject to offset?

○ No

○ Yes

---

**3.132** Nonpriority creditor's name and mailing address
CA EMPLOYMENT DEVELOPMENT DEPARTMENT , PO BOX 826880,
MIC 83, SACRAMENTO, CA 94280-0001

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:     $695,912.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
2001-2016 TAX AUDIT

Is the claim subject to offset?

○ No

○ Yes

---

**3.133** Nonpriority creditor's name and mailing address
CADENA, EDUARDO, 1601 N. LEE TREVINO DR. APT. 2089, EL PASO,
TX 79936

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:     $2,928.76
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

3.134 Nonpriority creditor's name and mailing address
CALIPER, 506 CARNEGIE CENTER, SUITE 300, PRINCETON, NJ 08543-2050

Date or dates debt was incurred

As of the petition filing date, the claim is:                 $1,060.00
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?
- ( ) No
- ( ) Yes

3.135 Nonpriority creditor's name and mailing address
CALKINS, NIKOS, 40 DURYEA ST, SPRINGFIELD, MA 01104

Date or dates debt was incurred

As of the petition filing date, the claim is:                 $861.76
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
- ( ) No
- ( ) Yes

3.136 Nonpriority creditor's name and mailing address
CAMPANELLA, ANTHONY VINCENT, 12 REVERE AVE, MOORESTOWN, NJ 08057

Date or dates debt was incurred

As of the petition filing date, the claim is:                 $1,024.90
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
- ( ) No
- ( ) Yes

3.137 Nonpriority creditor's name and mailing address
CAMPBELL GIRLS PARTNERSHIP LTD, C/O THE CROMWELL CO 1725 COLUMBUS AVE, WACO, TX 76701

Date or dates debt was incurred

As of the petition filing date, the claim is:                 $2,279.71
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?
- ( ) No
- ( ) Yes

3.138    Nonpriority creditor's name and mailing address
CANON BUSINESS SOLUTIONS - TERECK INC, 4319 S. ALSTON AVE
SUITE 101, DURHAM, NC 27713

Date or dates debt was incurred

As of the petition filing date, the claim is:      $137.53
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.139    Nonpriority creditor's name and mailing address
CANON FINANCIAL SERVICES INC., 14904 COLLECTIONS CENTER
DRIVE, CHICAGO, IL 60693-0149

Date or dates debt was incurred

As of the petition filing date, the claim is:      $28,377.98
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.140    Nonpriority creditor's name and mailing address
CANON SOLUTIONS AMERICA, 15004 COLLECTIONS CENTER DRIVE,
CHICAGO, IL 60693-0150

Date or dates debt was incurred

As of the petition filing date, the claim is:      $5,634.63
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.141    Nonpriority creditor's name and mailing address
CANSIBOG, MELISSA L, 8548 OLD LOCKHART RD., BUDA, TX 78610

Date or dates debt was incurred

As of the petition filing date, the claim is:      $1,100.51
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.142 Nonpriority creditor's name and mailing address
CAPITAL LIGHTING, 287 SW 41ST STREET, RENTON, WA 98057

Date or dates debt was incurred

As of the petition filing date, the claim is:          $1,863.62
*Check all that apply.*
☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.143 Nonpriority creditor's name and mailing address
CARDINAL MESSENGER LLC, 1449 MILLER STORE RD, UNIT C,
VIRGINIA BEACH, VA 23455

Date or dates debt was incurred

As of the petition filing date, the claim is:          $1,143.46
*Check all that apply.*
☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?
○ No
○ Yes

3.144 Nonpriority creditor's name and mailing address
CAREWORX CORPORATION, 1002 BEAVERBROOK ROAD UNIT 2,
KANATA, ON K2K 1L1 CANADA

Date or dates debt was incurred

As of the petition filing date, the claim is:          $11,290.00
*Check all that apply.*
☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?
○ No
○ Yes

3.145 Nonpriority creditor's name and mailing address
CAROLINA BUSINESS EQUIPMENT, 5123 BUSH RIVER RD, COLUMBIA,
SC 29212

Date or dates debt was incurred

As of the petition filing date, the claim is:          $467.73
*Check all that apply.*
☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.146   Nonpriority creditor's name and mailing address
CAROLINA FIRE DEFENSE, 9400 S TRYON STREET, CHARLOTTE, NC
28273

Date or dates debt was incurred

As of the petition filing date, the claim is:                              $75.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.147   Nonpriority creditor's name and mailing address
CARR, KHARY, 1913 DUTCH VILLAGE D, LANDOVER, MD 20785

Date or dates debt was incurred

As of the petition filing date, the claim is:                              $418.04
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.148   Nonpriority creditor's name and mailing address
CARTER, CLARENCE , 913 WOODED ACRES APT C, WACO, TX 76710

Date or dates debt was incurred

As of the petition filing date, the claim is:                              $646.32
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.149   Nonpriority creditor's name and mailing address
CARTER, SAMUEL, 5951 QUIDETO, AMARILLO, TX 79108

Date or dates debt was incurred

As of the petition filing date, the claim is:                              $419.38
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.150 Nonpriority creditor's name and mailing address
CASTELLANOS, NOEL, 1675 CHAPEL DR #7, CAMARILLO, CA 93010

Date or dates debt was incurred

As of the petition filing date, the claim is:  $425.25
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
○ No
○ Yes

3.151 Nonpriority creditor's name and mailing address
CATLEDGE, THOMAS, 9006 RIVERBEND MNR, ALPHARETTA, GA 30022

Date or dates debt was incurred

As of the petition filing date, the claim is:  $9,653.37
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?
○ No
○ Yes

3.152 Nonpriority creditor's name and mailing address
CDW DIRECT, PO BOX 75723, CHICAGO, IL 60675-5723

Date or dates debt was incurred

As of the petition filing date, the claim is:  $45,037.60
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?
○ No
○ Yes

3.153 Nonpriority creditor's name and mailing address
CENTERPOINT ENERGY, PO BOX 4981, HOUSTON, TX 77210-4981

Date or dates debt was incurred

As of the petition filing date, the claim is:  $522.95
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?
○ No
○ Yes

**3.154** Nonpriority creditor's name and mailing address
CENTRAL SYSTEMS INC, 6205 OXFORD CIR., PINSON, AL 35126

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $890.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.155** Nonpriority creditor's name and mailing address
CHAIVANIK, SCOTT, 15 MINNESOTA LANE, BRISTOL, CT 06010

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $572.57
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

**3.156** Nonpriority creditor's name and mailing address
CHAMPION LOGISTICS GROUP, 200 CHAMPION WAY, NORTHLAKE, IL 60164

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $117.27
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

**3.157** Nonpriority creditor's name and mailing address
CHANEY, FELICIA A, 45 PIN OAK PLACE, COVINGTON, GA 30016

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $647.50
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

**3.158**    Nonpriority creditor's name and mailing address
CHAPMAN, RANDAL K, 169 HAWKINS LANE, BLACKLICK,, OH 43004

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$861.76

---

**3.159**    Nonpriority creditor's name and mailing address
CHRISTIE, SCOTT ANTHONY, 216 BEECHWOOD CT,
FREDERICKSBURG, VA 22405

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

$3,896.92

---

**3.160**    Nonpriority creditor's name and mailing address
CHUCK SCHUBERT & ASSOCIATES INC, 17197 N. LAUREL PARK DR.
SUITE 145, LIVONIA, MI 48152

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?

○ No

○ Yes

$2,600.00

---

**3.161**    Nonpriority creditor's name and mailing address
CHVEDINE, NICOLAZ L, 1145 N CENTRAL AVE APT 1, GLENDALE, CA
91202

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$1,006.42

**3.162** Nonpriority creditor's name and mailing address
CIFARELLI, LISA, 21 ACORN ROAD APT. 1, SECAUCUS, NJ 07094

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$239.70

---

**3.163** Nonpriority creditor's name and mailing address
CINTAS CORPORATION, PO BOX 631025, CINCINNATI, OH 45263-1025

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$107.31

---

**3.164** Nonpriority creditor's name and mailing address
CITY OF ABILENE, PO BOX 3479, ABILENE, TX 79604

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$292.88

---

**3.165** Nonpriority creditor's name and mailing address
CITY OF AMARILLO, PO BOX 100, AMARILLO, TX 79105

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$125.48

**3.166** Nonpriority creditor's name and mailing address
CITY OF AUSTIN, PO BOX 2267, AUSTIN, TX 78783

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$1,045.70

---

**3.167** Nonpriority creditor's name and mailing address
CITY OF HOUSTON - ARA ALARM ADMISTRATION, PO BOX 203887, HOUSTON, TX 77216-3887

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$140.90

---

**3.168** Nonpriority creditor's name and mailing address
CITY OF LUBBOCK UTILITIES, LUBBOCK POWER & LIGHT PO BOX 10541, LUBBOCK, TX 79408-3541

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$397.09

---

**3.169** Nonpriority creditor's name and mailing address
CITY OF MIDLAND, 300 N LORAINE, MIDLAND, TX 79701

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$95.66

3.170    Nonpriority creditor's name and mailing address
CITY OF NORTH LAS VEGAS, PO BOX 748028, LOS ANGELES, CA 90074

Date or dates debt was incurred

As of the petition filing date, the claim is:    $54.24
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?
- ( ) No
- ( ) Yes

3.171    Nonpriority creditor's name and mailing address
CITY OF NORTH LASVEGAS, 2250 N. LAS VEGAS BLVD. STE. 110, LAS VEGAS, NV 89030

Date or dates debt was incurred

As of the petition filing date, the claim is:    $107.29
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?
- ( ) No
- ( ) Yes

3.172    Nonpriority creditor's name and mailing address
CITY OF PHOENIX, PO BOX 78663, PHOENIX, AZ 85062

Date or dates debt was incurred

As of the petition filing date, the claim is:    $941.55
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?
- ( ) No
- ( ) Yes

3.173    Nonpriority creditor's name and mailing address
CITY OF PORTLAND, 1300 SE GIDEON STREET, PORTLAND, OR 97202

Date or dates debt was incurred

As of the petition filing date, the claim is:    $217.28
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?
- ( ) No
- ( ) Yes

**3.174** Nonpriority creditor's name and mailing address
CITY OF REDDING, 3611 AVTECH PKWY, REDDING, CA 96049

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$553.50

---

**3.175** Nonpriority creditor's name and mailing address
CITY OF RICHMOND, PO BOX 26060, RICHMOND, VA 23274

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$2,464.31

---

**3.176** Nonpriority creditor's name and mailing address
CITY OF SHREVEPORT, PO BOX 30065, SHREVEPORT, LA 71153

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$50.14

---

**3.177** Nonpriority creditor's name and mailing address
CITY OF TULSA, UTILITY SERVICES, TULSA, OK 74187

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$77.37

3.178 Nonpriority creditor's name and mailing address
CITY OF UNION CITY, 34009 ALVARADO-NILES ROAD, UNION CITY, CA 94587

Date or dates debt was incurred

As of the petition filing date, the claim is:          $53.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

3.179 Nonpriority creditor's name and mailing address
CITYSCAPE PROPERTIES LP,  2160 SOUTH 6" STREET, SPRINGFIELD, IL 62703

Date or dates debt was incurred

As of the petition filing date, the claim is:          $96.43
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

○ No

○ Yes

3.180 Nonpriority creditor's name and mailing address
CITYWIDE DELIVERY INC., PO BOX 9164, FORT WAYNE, IN 46899

Date or dates debt was incurred

As of the petition filing date, the claim is:          $420.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

3.181 Nonpriority creditor's name and mailing address
CLAUDIO, JESUS , PO BOX 70162, SPRINGFIELD, MA 01107-0162

Date or dates debt was incurred

As of the petition filing date, the claim is:          $434.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.182   Nonpriority creditor's name and mailing address
CLEO COMMUNICATIONS INC, 4949 HARRISON AVE., STE. 200,
ROCKFORD, IL 61108

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $185.89
*Check all that apply.*

[x] Contingent

[x] Unliquidated

[ ] Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?

( ) No

( ) Yes

3.183   Nonpriority creditor's name and mailing address
CLINICAL REFERENCE LABORATORY- CLS.CJE, CLINICAL REFERENCE
LABORATORY CLS.CJE PO BOX 802273, KANSAS CITY, MO 64180-
2273

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $99.90
*Check all that apply.*

[x] Contingent

[x] Unliquidated

[ ] Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

( ) No

( ) Yes

3.184   Nonpriority creditor's name and mailing address
CNB EQUIPMENT LLC, 8900 IH 37 # B, CORPUS CHRISTI, TX 78409-
3103

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $2,532.81
*Check all that apply.*

[x] Contingent

[x] Unliquidated

[ ] Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

( ) No

( ) Yes

3.185   Nonpriority creditor's name and mailing address
COLONIAL WEBB, 2820 ACKLEY AVENUE, RICHMOND, VA 23228

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $1,111.24
*Check all that apply.*

[x] Contingent

[x] Unliquidated

[ ] Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

( ) No

( ) Yes

**3.186** Nonpriority creditor's name and mailing address
COLUMBIA GAS OF KENTUCKY, PO BOX 742523, CINCINNATI, OH
45274

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$60.65

---

**3.187** Nonpriority creditor's name and mailing address
COLUMBIA GAS OF MASSACHUSETTS, PO BOX 742514, CINCINNATI,
OH 45274

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$5,002.21

---

**3.188** Nonpriority creditor's name and mailing address
COMED, PO BOX 6111, CAROL STREAM, IL 60197

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$1,093.76

---

**3.189** Nonpriority creditor's name and mailing address
COMERICA, 500 WOODWARD AVENUE 33RD FLOOR, DETROIT, MI
48226

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
THEFT

Is the claim subject to offset?

○ No

◉ Yes

UNKNOWN

**3.190** Nonpriority creditor's name and mailing address
COMMERCIAL COLLECTIONS OF AMERICA, LLC, ATTN: FRANKLIN J. LOVE, 800 S. BARRANCA AVE. #100,COVINA, CA 91723

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?

○ No

○ Yes

UNKNOWN

---

**3.191** Nonpriority creditor's name and mailing address
CONCENTRA MEDICAL CENTERS, OCCUPATIONAL HEALTH CENTERS OF KANSAS, P. DBA CONCENTRA MEDICAL CENTERS PO BOX 369, LOMBARD, IL 60148

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$280.00

---

**3.192** Nonpriority creditor's name and mailing address
CONCORDE COMMUNICATIONS / PULSAR, PO BOX 844174, LOS ANGELES, CA 90084-4174

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$963.40

---

**3.193** Nonpriority creditor's name and mailing address
CONCUR TECHNOLOGIES, 62157 COLLECTIONS CENTER DRIVE, CHICAGO, IL 60693

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?

○ No

○ Yes

$14,062.50

**3.194** Nonpriority creditor's name and mailing address
CONEJO COURIER & CARTAGE, PO BOX 645564, CINCINATTI, OH
45264-5564

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

◯ No

◯ Yes

$10,456.24

---

**3.195** Nonpriority creditor's name and mailing address
CONGIE, THERESA, 1928 CHEATHAM WOODS DR SW, MARIETTA, GA
30008

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

◯ No

◯ Yes

$581.53

---

**3.196** Nonpriority creditor's name and mailing address
CONSOLIDATED DELIVERY COMPANY, PO BOX 1247, JESSUP, MD
20794

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

◯ No

◯ Yes

$125,290.63

---

**3.197** Nonpriority creditor's name and mailing address
CONTINUSERVE LLC, ONE MIFFLIN PLACE SUITE 400, CAMBRIDGE,
MA 02138

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?

◯ No

◯ Yes

$10,418.99

**3.198** Nonpriority creditor's name and mailing address
CORONADO, JESUS, 626 E WOODLAND DR, HARLINGEN, TX 78550

Date or dates debt was incurred

As of the petition filing date, the claim is: $3,655.29
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

**3.199** Nonpriority creditor's name and mailing address
CORVUS OF DENVER LLC, 16 A WORTHINGTON ACCESS DRIVE,
MARYLAND HEIGHTS, MO 63043

Date or dates debt was incurred

As of the petition filing date, the claim is: $419.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.200** Nonpriority creditor's name and mailing address
COSTELLO-LICHTEN & LISS-RIORDAN PC, C/O SIEGEL & DOLAN, LTD
150 NORTH WACKER, SUITE 3000, CHICAGO, IL 60606

Date or dates debt was incurred

As of the petition filing date, the claim is: $324,000.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LEGAL SETTLEMENTS

Is the claim subject to offset?

○ No

○ Yes

**3.201** Nonpriority creditor's name and mailing address
COUSINO, LAURIE, 48 N OVERBROOK DR., SAINT CHARLES MO, 63301

Date or dates debt was incurred

As of the petition filing date, the claim is: $39.68
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.202 Nonpriority creditor's name and mailing address
CPS ENERGY, PO BOX 2678, SAN ANTONIO, TX 78289-0001

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$1,430.57

3.203 Nonpriority creditor's name and mailing address
CRAWFORD, MICHELE, 2125 S. HOSMER ST., TACOMA, WA 98405

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$250.58

3.204 Nonpriority creditor's name and mailing address
CREATIVE IMPRESSIONS MARKETING LLC., 2126 E PRIMROSE PATH, PHOENIX, AZ 85086

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?

○ No

○ Yes

$440.99

3.205 Nonpriority creditor's name and mailing address
CRECH & BLALOCK OVERHEAD DOORS LLC., PO BOX 2046, WENDELL, NC

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$180.00

**3.206** Nonpriority creditor's name and mailing address
CRESCENT HILLS WATER CO., PO BOX 1096, COLLEYVILLE, TX 76034

Date or dates debt was incurred

As of the petition filing date, the claim is: $70.36
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.207** Nonpriority creditor's name and mailing address
CRIST PROPANE & FUEL, 501 I-40 WEST PO BOX 37, WILDORADO, TX 79098

Date or dates debt was incurred

As of the petition filing date, the claim is: $437.38
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.208** Nonpriority creditor's name and mailing address
CROWN EQUIPMENT CORPORATION, PO BOX 641173, CINCINNATI, OH 45264-1173

Date or dates debt was incurred

As of the petition filing date, the claim is: $24,970.51
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.209** Nonpriority creditor's name and mailing address
CRUZ, CYNTHIA L, 4514 LITTLE FLOCK RD, TEMPLE, TX 76501

Date or dates debt was incurred

As of the petition filing date, the claim is: $2,083.27
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

3.210 Nonpriority creditor's name and mailing address
CRYSTAL SPRINGS, PO BOX 660579, DALLAS, TX 75266-0579

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$6.49

---

3.211 Nonpriority creditor's name and mailing address
CULLIGAN OF GREATER VIRGINIA, 3645 VICTORY BOULEVARD, PORTSMOUTH, VA 23701

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$114.00

---

3.212 Nonpriority creditor's name and mailing address
CULLIGAN OF TULSA, PO BOX 9697, TULSA, OK 74157-0697

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$64.20

---

3.213 Nonpriority creditor's name and mailing address
CULLIGAN, 28 EAGLE RD., DANBURY, CT 06810-4129

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$40.42

**3.214**  Nonpriority creditor's name and mailing address
CURCURU, ROSEMARIE, 2710 CASTRO WAY, SACRAMENTO, CA 95818

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:                    $6,623.08
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.215**  Nonpriority creditor's name and mailing address
CXT SOFTWARE, CONNEXION TECHNOLOGY LLC BIN 920044 PO BOX
29426, PHOENIX,, AZ 85038-9426

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:                    $80,718.89
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?

○ No

○ Yes

---

**3.216**  Nonpriority creditor's name and mailing address
CXTSOFTWARE, CONNEXION TECHNOLOGY LLC ATTN: JEFF
JOHNSON BIN 920044, PO BOX 29426, PHOENIX, AZ 85038-9426

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:                    $58,573.12
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?

○ No

○ Yes

---

**3.217**  Nonpriority creditor's name and mailing address
CYSTER, KELLY J, 1033 HARRISON BLVD, LINCOLN PARK, MI 48146

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:                    $2,574.23
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

3.218    Nonpriority creditor's name and mailing address
D&K OFFICE CLEANING LLC, 850 NO. MAIN ST. EXT-BLDG 1,
WALLINGFORD, CT 06492

Date or dates debt was incurred

As of the petition filing date, the claim is:    $680.64
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.219    Nonpriority creditor's name and mailing address
DANBOM, PHILLIP, 3912 JJ ST., CANYON, TX 79015

Date or dates debt was incurred

As of the petition filing date, the claim is:    $754.04
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.220    Nonpriority creditor's name and mailing address
DANIELY, TABOCHA L, 211 NINA CIRCLE, LOCUST GROVE, GA 30248

Date or dates debt was incurred

As of the petition filing date, the claim is:    $5,990.62
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

3.221    Nonpriority creditor's name and mailing address
DATA CLEANING COMPANY, PO BOX 8445, FREMONT, CA 94537

Date or dates debt was incurred

As of the petition filing date, the claim is:    $257.14
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.222 Nonpriority creditor's name and mailing address
DAVID SWANSON, 360 PHARR RD. NE #216, ATLANTA, GA 30305

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $825.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

3.223 Nonpriority creditor's name and mailing address
DAVIDSON, ROGER, 109 E GREENHILL TERRACE PL, SPRING, TX
77382

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $3,909.78
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

3.224 Nonpriority creditor's name and mailing address
DAY, OTIS E, 2416-F SOUTH HOLDEN ROAD, GREENSBORO, NC 27407

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $423.86
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.225 Nonpriority creditor's name and mailing address
DE LAGE LANDEN FINANCIAL SERVICES INC., PO BOX 41602,
PHILADELPHIA, PA 19101-1602

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $268.44
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.226** Nonpriority creditor's name and mailing address
DE LAGE LANDEN FINANCIAL SERVICES INC., PO BOX 41602,
PHILADELPHIA, PA 19101-1602

Date or dates debt was incurred

As of the petition filing date, the claim is:     $1,755.11
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.227** Nonpriority creditor's name and mailing address
DEEP SOUTH EQUIPMENT COMPANY, PO BOX 415000, NASHVILLE,
TN 37241-5000

Date or dates debt was incurred

As of the petition filing date, the claim is:     $1,554.17
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.228** Nonpriority creditor's name and mailing address
DELATORRE, MOISES, 45 WINTHROP ST APT #2FM, TAUNTON, MA
02780

Date or dates debt was incurred

As of the petition filing date, the claim is:     $791.53
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.229** Nonpriority creditor's name and mailing address
DELGADO, DAVID

Date or dates debt was incurred

As of the petition filing date, the claim is:     $36.05
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

**3.230** Nonpriority creditor's name and mailing address
DELGADO, GUADALUPE, 7515 LAREDO STREET, HOUSTON, TX 77020

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:     $904.76
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.231** Nonpriority creditor's name and mailing address
DENTON, YVONNE, 3904 TRUMAN AVENUE, EL PASO, TX 79930

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:     $422.64
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.232** Nonpriority creditor's name and mailing address
DEPOSIT-VISION LOGISTICS, LLC, 6949 NORTH 3000 EAST RD,
MANTENO, IL 60950

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:     $2,864.43
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
DEPOSIT DUE TO SUB-LEASES

Is the claim subject to offset?

○ No

○ Yes

---

**3.233** Nonpriority creditor's name and mailing address
DERAMUS INVESTMENT COMPANY LLC, ATTN: LINDA EHLER 10617
TRENTON AVENUE, ST.LOUIS, MO 63132

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:     $1,049.61
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

○ No

○ Yes

**3.234** Nonpriority creditor's name and mailing address
DESCARTES SYSTEMS, PO BOX 404037, ATLANTA, GA 30384-4037

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $29,315.15
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?
- ○ No
- ○ Yes

**3.235** Nonpriority creditor's name and mailing address
DHL NETWORK OPERATIONS INC, PO BOX 741114, ATLANTA, GA 30374-1114

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $1,891.37
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?
- ○ No
- ○ Yes

**3.236** Nonpriority creditor's name and mailing address
DIAZ, JESUS J, 276 PLAINFIELD ST, SPRINGFIELD, MA 01107

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $81.00
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
- ○ No
- ○ Yes

**3.237** Nonpriority creditor's name and mailing address
DIAZ, JUAN, 1770 BRIDLE POST DR., AURORA, IL 60506

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $150.48
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
- ○ No
- ○ Yes

**3.238** Nonpriority creditor's name and mailing address
DIRECT ENERGY BUSINESS, 1001 LIBERTY AVE., STE. 1200,
PITTSBURGH, PA 15222

Date or dates debt was incurred

As of the petition filing date, the claim is: $247.27
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.239** Nonpriority creditor's name and mailing address
DISCOUNT GARAGE DOOR, 9109 N.139TH E AVE, OWASSO, OK 74055

Date or dates debt was incurred

As of the petition filing date, the claim is: $1,024.57
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.240** Nonpriority creditor's name and mailing address
DLS TIRE CENTER, INC., 700 HEBRON RD., NEWARK, OH 43056

Date or dates debt was incurred

As of the petition filing date, the claim is: $500.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
DEPOSIT DUE TO SUB-LEASES

Is the claim subject to offset?

○ No

○ Yes

---

**3.241** Nonpriority creditor's name and mailing address
DLS TIRE CENTERS, INC., 700 HEBRON RD., NEWARK, OH 43056

Date or dates debt was incurred

As of the petition filing date, the claim is: $178.57
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

○ No

○ Yes

**3.242** Nonpriority creditor's name and mailing address
DOCK & DOOR NATIONAL, PO BOX 3338, ST. CHARLES, IL 60174

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$511.87

---

**3.243** Nonpriority creditor's name and mailing address
DOCK &AMP; DOOR NATIONAL, PO BOX 3338, ST. CHARLES, IL 60174

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$725.70

---

**3.244** Nonpriority creditor's name and mailing address
DOKO, METIN, 56 CLARA STREET, NORTH HALEDON, NJ 07508

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$958.71

---

**3.245** Nonpriority creditor's name and mailing address
DOMINION ENERGY-3101, P OBOX 45841, SALT LAKE CITY, UT 84139

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$201.77

**3.246** Nonpriority creditor's name and mailing address
DOMINION VIRGINIA POWER, PO BOX 26543, RICHMOND, VA 23290-0001

Date or dates debt was incurred

As of the petition filing date, the claim is:      $3,424.00
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?
- ( ) No
- ( ) Yes

---

**3.247** Nonpriority creditor's name and mailing address
DOORS ON DEMAND LLC, DOORS ON DEMAND LLC 5863 HARGROVE STREET, NORFOLK, VA 23502

Date or dates debt was incurred

As of the petition filing date, the claim is:      $285.00
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
- ( ) No
- ( ) Yes

---

**3.248** Nonpriority creditor's name and mailing address
DOSREIS, HELDER JORGE, 75 FENNER ST, PAWTUCKET, RI 02860

Date or dates debt was incurred

As of the petition filing date, the claim is:      $94.50
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
- ( ) No
- ( ) Yes

---

**3.249** Nonpriority creditor's name and mailing address
DOSS III, FRANK, 2229 EAST 25TH STREE, GRANITE CITY, IL 62040

Date or dates debt was incurred

As of the petition filing date, the claim is:      $6,435.57
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?
- ( ) No
- ( ) Yes

**3.250**    Nonpriority creditor's name and mailing address
DPACK INC., 30140 AHERN AVENUE, UNION CITY, CA 94545

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

$10,290.71

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?
- ( ) No
- ( ) Yes

**3.251**    Nonpriority creditor's name and mailing address
DRABEK & HILL INC., 3737 NW 36TH INC., OKLAHOMA CITY, OK 73112

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

$237.00

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
- ( ) No
- ( ) Yes

**3.252**    Nonpriority creditor's name and mailing address
DSW, 4150 EAST FIFTH AVENUE, COLUMBUS, OH 43219

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

$17,344.37

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
CUSTOMER CLAIM

Is the claim subject to offset?
- ( ) No
- (•) Yes

**3.253**    Nonpriority creditor's name and mailing address
DTE ENERGY, PO BOX 740786, CINCINNATI, OH 45274

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

$820.18

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?
- ( ) No
- ( ) Yes

**3.254**    Nonpriority creditor's name and mailing address
DUKE ENERGY PROGRESS, ATTN: CENTRAL REMITTANCE PO BOX 1003, CHARLOTTE, NC 28201-1003

Date or dates debt was incurred

As of the petition filing date, the claim is:     $1,305.54
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.255**    Nonpriority creditor's name and mailing address
DUKE ENERGY, DUKE ENERGY 526 SOUTH CHURCH STREET, CHARLOTTE, NC 28202

Date or dates debt was incurred

As of the petition filing date, the claim is:     $1,524.93
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.256**    Nonpriority creditor's name and mailing address
DUNCAN, ANDREA, 101 PARK CHARLES BLVD N, ST PETERS, MO 63376

Date or dates debt was incurred

As of the petition filing date, the claim is:     $520.20
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.257**    Nonpriority creditor's name and mailing address
DYNAMARK SECURITY CENTERS, PO BOX 270034, CORPUS CHRISTI, TX 78427-0034

Date or dates debt was incurred

As of the petition filing date, the claim is:     $55.15
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?

○ No

○ Yes

**3.258** Nonpriority creditor's name and mailing address
E.D.SYSTEMS INC, 4968 NW FLINSTONE AVE, PORT ST LUCIE, FL 34983

Date or dates debt was incurred

As of the petition filing date, the claim is: $3,665.00
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?
- ( ) No
- ( ) Yes

---

**3.259** Nonpriority creditor's name and mailing address
EAGLE FIRE & SECURITY, 2702 BRUSHY CREEK RD., GREER, SC 29650

Date or dates debt was incurred

As of the petition filing date, the claim is: $799.00
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
- ( ) No
- ( ) Yes

---

**3.260** Nonpriority creditor's name and mailing address
EARL'S PLUMBING HEATING & AIR INC, 4720 US 84, LUBBOCK, TX 79415

Date or dates debt was incurred

As of the petition filing date, the claim is: $254.38
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
- ( ) No
- ( ) Yes

---

**3.261** Nonpriority creditor's name and mailing address
EARTHLINK, PO BOX 2252, BIRMINGHAM, AL 35246-1058

Date or dates debt was incurred

As of the petition filing date, the claim is: $355,415.99
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?
- ( ) No
- ( ) Yes

**3.262** Nonpriority creditor's name and mailing address
EAST GATE BUSINESS CENTER LLC, 125 GAITHER DRIVE SUITE E,
MT.LAUREL NJ, NJ 08054

Date or dates debt was incurred

As of the petition filing date, the claim is:    $2,894.86
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

○ No

○ Yes

---

**3.263** Nonpriority creditor's name and mailing address
EAST POINT CYCLE & KEY INC, P OBOX 90580 2834 CHURCH STREET,
EAST POINT, GA 30344

Date or dates debt was incurred

As of the petition filing date, the claim is:    $348.60
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.264** Nonpriority creditor's name and mailing address
ECHO GLOBAL LOGISTICS, ACCOUNTS RECEIVABLE 22168 NETWORK
PLACE, CHICAGO, IL 60673-1221

Date or dates debt was incurred

As of the petition filing date, the claim is:    $226.35
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

---

**3.265** Nonpriority creditor's name and mailing address
ECONOMIC DEVELOPMENT & INDUSTRIAL CORP OF BOSTON, 43
HAWKINS STREET, BOSTON, MA 2114

Date or dates debt was incurred

As of the petition filing date, the claim is:    $12,642.01
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

○ No

○ Yes

3.266 Nonpriority creditor's name and mailing address
EDINGER, JEFFREY R, 12186 LAKE PLACID DRIVE, SAINT LOUIS, MO
63146

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $3,427.90
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

3.267 Nonpriority creditor's name and mailing address
EDMONDS, CHIPO, 35 2ND ST, EMERSON, GA 30137

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $230.58
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.268 Nonpriority creditor's name and mailing address
EDTS LLC, PO BOX 1926, AUGUSTA, GA 30903-1926

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $7,722.10
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?

○ No

○ Yes

3.269 Nonpriority creditor's name and mailing address
EDWARD DON & CO., 6255 BROOK HOLLOW PKWY. # 700, NORCROSS,
GA 30071

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $130.05
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
CUSTOMER CLAIM

Is the claim subject to offset?

○ No

◉ Yes

**3.270** Nonpriority creditor's name and mailing address
EDWARDS, TERENCE, 318 WINDMILL CROSSING ROAD, OVALO, TX 79541

Date or dates debt was incurred

As of the petition filing date, the claim is: $2,253.96
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

**3.271** Nonpriority creditor's name and mailing address
EL PASO ELECTRIC, PO BOX 650801, DALLAS, TX 75265-0801

Date or dates debt was incurred

As of the petition filing date, the claim is: $796.38
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.272** Nonpriority creditor's name and mailing address
ELLIOTT MEDICAL, ANNETTE ELLIOTT 16409 S 49TH PL, PHOENIX, AZ 85048

Date or dates debt was incurred

As of the petition filing date, the claim is: $210.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.273** Nonpriority creditor's name and mailing address
ELZOL, MIRVAT, MIRVAT ELZOL 12 SYCAWAY ST, WEST HAVEN, CT 06516

Date or dates debt was incurred

As of the petition filing date, the claim is: $87.50
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.274** Nonpriority creditor's name and mailing address
EOS MANAGEMENT INC, 437 MADISON AVENUE 14TH FLOOR, NEW YORK, NY 10022

Date or dates debt was incurred

As of the petition filing date, the claim is: $247,854.28
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No
○ Yes

---

**3.275** Nonpriority creditor's name and mailing address
EOS, 437 MADISON AVENUE 14TH FLOOR, NEW YORK, NY 10022

Date or dates debt was incurred

As of the petition filing date, the claim is: $1,886,032.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
MANAGEMENT FEE

Is the claim subject to offset?

○ No
○ Yes

---

**3.276** Nonpriority creditor's name and mailing address
ESQUEDA, KATLYN A,

Date or dates debt was incurred

As of the petition filing date, the claim is: $31.98
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No
○ Yes

---

**3.277** Nonpriority creditor's name and mailing address
ESSENDANT , ATTN: GREGG KILLIAN / ACCOUNTS PAYABLE 455 INDUSTRIAL BLVD., SUITE A, LAVERGNE, TN 37086

Date or dates debt was incurred

As of the petition filing date, the claim is: $199.29
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
CUSTOMER CLAIM

Is the claim subject to offset?

○ No
● Yes

**3.278** Nonpriority creditor's name and mailing address
ESSENDANT, ATTN: GREGG KILLIAN / ACCOUNTS PAYABLE 455
INDUSTRIAL BLVD., SUITE A, LAVERGNE, TN 37086

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

$350.53

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
CUSTOMER CLAIM

Is the claim subject to offset?

○ No

◉ Yes

---

**3.279** Nonpriority creditor's name and mailing address
ESTATE OF SARA CORREA-OJEDA V. BEAVEX INC., S.S.A. DELIVERY
SERVICES, INC., SADJCK ARAUZ, URIEL ARUZ, JOSE BONILLA
VALLADARES, ET AL, C/O VAZIRI LAW GROUP, 5757 WILSHIRE BLVD.,
STE. 670, LOS ANGELES, CA 90036

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

UNKNOWN

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?

○ No

○ Yes

---

**3.280** Nonpriority creditor's name and mailing address
ETI COMPANY, PO BOX 20022, LEHIGH VALLEY, PA 18002

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

$542.78

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

---

**3.281** Nonpriority creditor's name and mailing address
EVELAND, WAYNE, 539 BLAZEDWOOD DRIVE DRIVE, BALLWIN, MO
63021

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

$955.66

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.282  Nonpriority creditor's name and mailing address
EVERSOURCE, PO BOX 56004, BOSTON, MA 02205

Date or dates debt was incurred
_____
_____

As of the petition filing date, the claim is:          $4,564.44
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.283  Nonpriority creditor's name and mailing address
EVERSOURCE-0101, PO BOX 56004, BOSTON, MA 02205-6004

Date or dates debt was incurred
_____
_____

As of the petition filing date, the claim is:          $2,882.11
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.284  Nonpriority creditor's name and mailing address
EVORA, FERNANDO J, 607 NORTH 11TH ST 1ST FLOOR, NEWARK, NJ 07107

Date or dates debt was incurred
_____
_____

As of the petition filing date, the claim is:          $876.75
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
○ No
○ Yes

3.285  Nonpriority creditor's name and mailing address
EXCELSIOR FREIGHT SYSTEMS, 850 ALBANY SHAKER RD, LATHAM, NY 12110

Date or dates debt was incurred
_____
_____

As of the petition filing date, the claim is:          $487.60
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?
○ No
○ Yes

**3.286** Nonpriority creditor's name and mailing address
EXODUS FREIGHT SERVICES, 18850 8TH AVE. S. STE. 100, SEATTLE, WA 98148

Date or dates debt was incurred

As of the petition filing date, the claim is: $7,042.31
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

---

**3.287** Nonpriority creditor's name and mailing address
EXPRESS COURIER INTL BHM, PO BOX 206863, DALLAS, TX 75320-6863

Date or dates debt was incurred

As of the petition filing date, the claim is: $92,688.60
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

---

**3.288** Nonpriority creditor's name and mailing address
EXPRESS COURIER INTL JACK-BVXP, PO BOX 206863, DALLAS, TX 75320-6863

Date or dates debt was incurred

As of the petition filing date, the claim is: $26,679.60
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

---

**3.289** Nonpriority creditor's name and mailing address
EXPRESS COURIER INTL MOB, PO BOX 206863, DALLAS, TX 75320-6863

Date or dates debt was incurred

As of the petition filing date, the claim is: $31,559.46
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

3.290 | Nonpriority creditor's name and mailing address
EXPRESS COURIER INTL PEN, PO BOX 206863, DALLAS, TX 75320-6863

Date or dates debt was incurred

As of the petition filing date, the claim is: | $115.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

3.291 | Nonpriority creditor's name and mailing address
EXPRESS COURIER INTL SHV, PO BOX 206863, DALLAS, TX 75320-6863

Date or dates debt was incurred

As of the petition filing date, the claim is: | $577.66
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

3.292 | Nonpriority creditor's name and mailing address
EXPRESS COURIER, PO BOX 290279, NASHVILLE, TN 37229-0279

Date or dates debt was incurred

As of the petition filing date, the claim is: | $5,162.60
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

3.293 | Nonpriority creditor's name and mailing address
EXPRESS SERVICES INC, PO BOX 203901, DALLAS, TX 75320-3901

Date or dates debt was incurred

As of the petition filing date, the claim is: | $7,515.46
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
STAFFING/RECRUITING

Is the claim subject to offset?

○ No

○ Yes

**3.294** Nonpriority creditor's name and mailing address
FABIAN, THERESE PANDOLFO, 3984 HAMPTON CT, MARIETTA, GA 30062

Date or dates debt was incurred

As of the petition filing date, the claim is: $3,762.99
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

---

**3.295** Nonpriority creditor's name and mailing address
FAMOUS FOOTWEAR, ATTN: ACCOUNTS PAYABLE 8300 MARYLAND AVE, ST. LOUIS, MO 63105

Date or dates debt was incurred

As of the petition filing date, the claim is: $12,984.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
CUSTOMER CLAIM

Is the claim subject to offset?

○ No

◉ Yes

---

**3.296** Nonpriority creditor's name and mailing address
FANNON, TIMOTHY, 1981 SUMTER ST NW, ATLANTA, GA 30318

Date or dates debt was incurred

As of the petition filing date, the claim is: $8,187.26
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

---

**3.297** Nonpriority creditor's name and mailing address
FASTMORE LOGISTICS, PO BOX 92076, ELK GROVE VILLAGE, IL 60009

Date or dates debt was incurred

As of the petition filing date, the claim is: $9,590.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

**3.298** Nonpriority creditor's name and mailing address
FAULK, RAYMOND, 5655 UTSA BLVD APT. 814, SAN ANTONIO, TX 78249

Date or dates debt was incurred

As of the petition filing date, the claim is: $807.90
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

**3.299** Nonpriority creditor's name and mailing address
FDC-HARLINGEN-WFI INC, 30 PROVIDENCEIA CT, SUITE 4-C, BROWNSVILLE, TX 78526

Date or dates debt was incurred

As of the petition filing date, the claim is: $15,883.92
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

○ No

○ Yes

**3.300** Nonpriority creditor's name and mailing address
FED EX SMART POST, PO BOX 660481, DALLAS, TX 75266-0481

Date or dates debt was incurred

As of the petition filing date, the claim is: $4,480.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
CUSTOMER CLAIM

Is the claim subject to offset?

○ No

◉ Yes

**3.301** Nonpriority creditor's name and mailing address
FEDEX, PO BOX 660481, DALLAS, TX 75266-0481

Date or dates debt was incurred

As of the petition filing date, the claim is: $2,232.74
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.302** Nonpriority creditor's name and mailing address
FELIX SOLOMON, 2500 LAKEBROOKE DR, MARIETTA, GA 30066

Date or dates debt was incurred

As of the petition filing date, the claim is:     $225.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

---

**3.303** Nonpriority creditor's name and mailing address
FERRELLGAS, PO BOX 173940, DENVER, CO 80217-3940

Date or dates debt was incurred

As of the petition filing date, the claim is:     $92.09
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.304** Nonpriority creditor's name and mailing address
FIDELITY SECURITY LIFE INS, EYEMED FSL/EYEMED PREMIUMS P
OBOX 632530, CINCINNATI, OH 45263

Date or dates debt was incurred

As of the petition filing date, the claim is:     $2,453.80
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
INSURANCE

Is the claim subject to offset?

○ No

○ Yes

---

**3.305** Nonpriority creditor's name and mailing address
FIELDS, WILLIAM, 4317 CALIDGE DR, FAIRBURN, GA 30213

Date or dates debt was incurred

As of the petition filing date, the claim is:     $249.32
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

**3.306**  Nonpriority creditor's name and mailing address
FIRMS, LENELL, 517 KATONAH ST, CHARLOTTE, NC 28208

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:                                   $262.17
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.307**  Nonpriority creditor's name and mailing address
FIRST CHOICE SERVICES, 18840 PARTHENIA STREET, NORTHRIDGE, CA 91324

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:                                   $253.88
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.308**  Nonpriority creditor's name and mailing address
FIRST USA STORAGE, 2745 NORTH CANNON BLVD., KANNAPOLIS, NC 28083

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:                                   $110.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
STORAGE FEES

Is the claim subject to offset?

○ No

○ Yes

---

**3.309**  Nonpriority creditor's name and mailing address
FIRSTPRO GEORGIA, PO BOX 783043, PHILADELPHIA, PA 19178-3043

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:                                   $4,470.08
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
STAFFING/RECRUITING

Is the claim subject to offset?

○ No

○ Yes

3.310    Nonpriority creditor's name and mailing address
FISCHER SOUTHEAST INC, GALLERIA NORTH TOWER II 13727 NOEL ROAD, SUITE 900, DALLAS, TX 75240

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

◯ No

◯ Yes

$31,362.14

---

3.311    Nonpriority creditor's name and mailing address
FLASH, 333 ROUTE 46 WEST, STE., 200, MOUNTAIN LAKES, NJ 07046

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
CUSTOMER CLAIM

Is the claim subject to offset?

◯ No

◉ Yes

$24,465.68

---

3.312    Nonpriority creditor's name and mailing address
FLEET ONE, 3102 WEST END AVE STE 900, NASHVILLE, TN 37203-1341

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LEGAL SETTLEMENTS

Is the claim subject to offset?

◯ No

◯ Yes

$3,653.33

---

3.313    Nonpriority creditor's name and mailing address
FLETCHER JAMES ALAN, 948US HWY 281, WICHITA FALLS, TX 76310

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

◯ No

◯ Yes

$289.29

**3.314** Nonpriority creditor's name and mailing address
FLEXPRINT LLC, PO BOX 644006, CINCINNATI, OH 45264-4006

Date or dates debt was incurred

As of the petition filing date, the claim is:     $498.37
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
○ No
○ Yes

**3.315** Nonpriority creditor's name and mailing address
FLYNT, RENADA, 185 CLIFTWOOD DRIVE NE UNIT 617, SANDY
SPRINGS, GA 30328

Date or dates debt was incurred

As of the petition filing date, the claim is:     $901.85
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
○ No
○ Yes

**3.316** Nonpriority creditor's name and mailing address
FORWARD AIR, DEPARTMENT 888155, KNOXVILLE, TN 37995-0001

Date or dates debt was incurred

As of the petition filing date, the claim is:     $3,718.70
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?
○ No
○ Yes

**3.317** Nonpriority creditor's name and mailing address
FOWLER, LARRY, 166 BENTONVILLE LANE, DOUGLASVILLE, GA 30134

Date or dates debt was incurred

As of the petition filing date, the claim is:     $388.85
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
○ No
○ Yes

**3.318** Nonpriority creditor's name and mailing address
FOX SCIENTIFIC, 8221 E FM 917, ALVARADO, TX 76009

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
CUSTOMER CLAIM

Is the claim subject to offset?
- ( ) No
- (•) Yes

$302.88

---

**3.319** Nonpriority creditor's name and mailing address
FRED JONES, 65 CONCOURSE WAY, GREER, SC 29650

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?
- ( ) No
- ( ) Yes

$2,540.57

---

**3.320** Nonpriority creditor's name and mailing address
FREIGHT FORCE INC, PO BOX 4390, ANAHEIM, CA 92803-4390

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?
- ( ) No
- ( ) Yes

$17,784.22

---

**3.321** Nonpriority creditor's name and mailing address
FREIGHT LAND SKY INC, 1000 SYCAMORE ST, HARRISBURG, PA 17104

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?
- ( ) No
- ( ) Yes

$252.89

**3.322** Nonpriority creditor's name and mailing address
FROST, MATTHEW S., 1953 C.R. 3108, JACKSONVILLE, TX 75766

Date or dates debt was incurred

As of the petition filing date, the claim is: $3,294.85
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

**3.323** Nonpriority creditor's name and mailing address
FSC PROPERTIES LLC, 1320 JACKSON ST., FORT SMITH, AR 72916

Date or dates debt was incurred

As of the petition filing date, the claim is: $2,439.54
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

○ No

○ Yes

**3.324** Nonpriority creditor's name and mailing address
GARBERICH, BRADLEY, 717 GLENGROVE AVENUE, GLENDORA, CA 91740

Date or dates debt was incurred

As of the petition filing date, the claim is: $2,503.85
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

**3.325** Nonpriority creditor's name and mailing address
GARZA, JOANN, 4039 WOODHOLLOW DR, PASADENA, TX 77504

Date or dates debt was incurred

As of the petition filing date, the claim is: $679.97
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

**3.326** Nonpriority creditor's name and mailing address
GENERAL & ELECTRIC FORKLIFT REPAIR CO., 30423 CANWOOD ST., STE. 228, AQOURA HILLS, CA 91305

Date or dates debt was incurred
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*

[x] Contingent

[x] Unliquidated

[ ] Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

( ) No

( ) Yes

$97.82

---

**3.327** Nonpriority creditor's name and mailing address
GENERAL DATATECH L.P, DEPT. D8014 PO BOX 650002, DALLAS, TX 75265

Date or dates debt was incurred
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*

[x] Contingent

[x] Unliquidated

[ ] Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?

( ) No

( ) Yes

$70,311.24

---

**3.328** Nonpriority creditor's name and mailing address
GEORGE, TINA M, 725 MARINA DRIVE APARTMENT J, SAINT CHARLES, MO 63301

Date or dates debt was incurred
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*

[x] Contingent

[x] Unliquidated

[ ] Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

( ) No

( ) Yes

$594.30

---

**3.329** Nonpriority creditor's name and mailing address
GEORGIA POWER, 62 LAKE MIRROR ROAD BLDG 2A BIN 50020, FOREST PARK, GA 30297

Date or dates debt was incurred
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*

[x] Contingent

[x] Unliquidated

[ ] Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

( ) No

( ) Yes

$1,196.93

**3.330** Nonpriority creditor's name and mailing address
GETGO INC, PO BOX 50264, LOS ANGELES, CA 90074-0264

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?

○ No

○ Yes

$4,137.20

---

**3.331** Nonpriority creditor's name and mailing address
GHATTAS, BISHARA CHUCK, 10037 JAMESTOWN DRIVE, NORTH ROYALTON, OH 44133

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

$3,217.79

---

**3.332** Nonpriority creditor's name and mailing address
GIGER, ASHLEY ELIZABETH, 719 RIDERWOOD DRIVE, HAZELWOOD, MO 63042

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$605.76

---

**3.333** Nonpriority creditor's name and mailing address
GILBERT, RICHARD HUGHES, 855 CALLE CEDRO, THOUSAND OAKS, CA 91360

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$2,294.40

3.334    Nonpriority creditor's name and mailing address
GILL , FRANK , 5156 DEER CREEK DR., ORLANDO, FL 32821-7614

Date or dates debt was incurred

As of the petition filing date, the claim is:    $4,826.69
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

◯ No

◯ Yes

3.335    Nonpriority creditor's name and mailing address
GIPSON, JOSEPH A, 3114 OLEANDER DR., TYLER, TX 75707

Date or dates debt was incurred

As of the petition filing date, the claim is:    $4,326.56
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

◯ No

◯ Yes

3.336    Nonpriority creditor's name and mailing address
GIVENS ENTERPRISE, 3510 COUNTY STREET, BAY 1, NORFOLK, VA 23509

Date or dates debt was incurred

As of the petition filing date, the claim is:    $91,699.91
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

◯ No

◯ Yes

3.337    Nonpriority creditor's name and mailing address
GONZALEZ, MAYDA, 1249 ERRINGER RD, SIMI VALLEY, CA 93065

Date or dates debt was incurred

As of the petition filing date, the claim is:    $5,714.43
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

◯ No

◯ Yes

**3.338** Nonpriority creditor's name and mailing address
GONZALEZ, RUDY, 5490 CR 73, ROBSTOWN, TX 78380

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $224.25
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.339** Nonpriority creditor's name and mailing address
GOODMAN, ANDREW , 2355 N HWY 360 APT 735, GRAND PRAIRIE, TX 75050

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $4,183.13
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

---

**3.340** Nonpriority creditor's name and mailing address
GORDON REES SCULLY MANSUKHANI LLP, 275 BATTERY STREET SUITE 2000, SAN FRANCISCO, CA 94111

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $3,805.31
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

---

**3.341** Nonpriority creditor's name and mailing address
GRAINGER, GRAINGER DEPT 688 - 863787073 PO BOX 419267, KANSAS CITY, MO 64141-6267

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $1,363.01
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
CUSTOMER CLAIM

Is the claim subject to offset?

○ No

◉ Yes

**3.342**    Nonpriority creditor's name and mailing address
GRANT THORNTON LLP, 33570 TREASURY CENTER, CHICAGO, IL
60694-3500

Date or dates debt was incurred

As of the petition filing date, the claim is:    $76,155.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

---

**3.343**    Nonpriority creditor's name and mailing address
GRANT, MICHAEL, 3618 93RD STREET, LUBBOCK, TX 79423

Date or dates debt was incurred

As of the petition filing date, the claim is:    $3,539.56
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

---

**3.344**    Nonpriority creditor's name and mailing address
GRANTHAM, TEX DEE, 315 CR 1534, JACKSONVILLE, TX 75766

Date or dates debt was incurred

As of the petition filing date, the claim is:    $185.38
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.345**    Nonpriority creditor's name and mailing address
GREATER SAN DIEGO AIR CONDITIONING, 3883 RUFFIN RD. SUITE C,
SAN DIGO, CA 92123

Date or dates debt was incurred

As of the petition filing date, the claim is:    $531.38
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.346**  Nonpriority creditor's name and mailing address
GREEN MOUNTAIN ENERGY, DEPT 1233 PO BOX 121233, DALLAS, TX
75312

Date or dates debt was incurred

As of the petition filing date, the claim is:          $577.26
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.347**  Nonpriority creditor's name and mailing address
GREEN MOUNTAIN MESSENGER, 54 ECHO PLACE SUITE #1,
WILLISTON, VT 05495

Date or dates debt was incurred

As of the petition filing date, the claim is:          $360.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

---

**3.348**  Nonpriority creditor's name and mailing address
GREEN PARK CAREINC, 155 WELDON PKWY STE 114, MARYLAND
HEIGHTS, MO 63043

Date or dates debt was incurred

As of the petition filing date, the claim is:          $1,262.69
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

○ No

○ Yes

---

**3.349**  Nonpriority creditor's name and mailing address
GREGG, BRUCE ALLEN, 204 N MAY APT 3, DEARBORN, MO 64439

Date or dates debt was incurred

As of the petition filing date, the claim is:          $2,896.01
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

**3.350** Nonpriority creditor's name and mailing address
GRESHAM, DEANA RAYNE, 1032 W WOLFE ST., GRAND SALINE, TX 75140

Date or dates debt was incurred

As of the petition filing date, the claim is: $3,161.51
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

---

**3.351** Nonpriority creditor's name and mailing address
GRILEY AIR FREIGHT, PO BOX 92940, LOS ANGELES, CA 90009

Date or dates debt was incurred

As of the petition filing date, the claim is: $502.50
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

---

**3.352** Nonpriority creditor's name and mailing address
GRUBB, KATHARINE, 3325 FLAGSTONE DR, GARLAND, TX 75044

Date or dates debt was incurred

As of the petition filing date, the claim is: $3,135.82
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

---

**3.353** Nonpriority creditor's name and mailing address
GUARDADO, EDUARDO, 407 CAVALIER, SAN ANTONIO, TX 78225

Date or dates debt was incurred

As of the petition filing date, the claim is: $378.84
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

**3.354** Nonpriority creditor's name and mailing address
GUILLIAMS, AMANDA GAYLE, 21 UPLAND DRIVE, SALEM, VA 24153

Date or dates debt was incurred

As of the petition filing date, the claim is: $2,474.38
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?
- ○ No
- ○ Yes

**3.355** Nonpriority creditor's name and mailing address
GUITAR CENTER , 950 E.NORTHFIELD DRIVE, BROWNSBURG, IN 46112

Date or dates debt was incurred

As of the petition filing date, the claim is: $10,067.24
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
CUSTOMER CLAIM

Is the claim subject to offset?
- ○ No
- ⦿ Yes

**3.356** Nonpriority creditor's name and mailing address
GUTIERREZ, FRANCIS RICHARD, 3857 W 148TH ST, HAWTHORNE, CA 90250

Date or dates debt was incurred

As of the petition filing date, the claim is: $1,908.06
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
- ○ No
- ○ Yes

**3.357** Nonpriority creditor's name and mailing address
HAGUE, PATRICIA, 781 JASON DR, BULLARD, TX 75757

Date or dates debt was incurred

As of the petition filing date, the claim is: $227.10
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
- ○ No
- ○ Yes

3.358 Nonpriority creditor's name and mailing address
HAMBRICK, PAMELA, 1261 LAVISTA RD #M3, ATLANTA, GA 30324

Date or dates debt was incurred

As of the petition filing date, the claim is: $3,928.53
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

3.359 Nonpriority creditor's name and mailing address
HAMILTON, CORY JAMES, 4531 W MORTEN AVE, GLENDALE, AZ 85301

Date or dates debt was incurred

As of the petition filing date, the claim is: $2,094.57
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

3.360 Nonpriority creditor's name and mailing address
HANSEN, BLAIRE MAJLIS, 275 N. ADDISON RD., WOOD DALE, IL 60191

Date or dates debt was incurred

As of the petition filing date, the claim is: $395.08
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.361 Nonpriority creditor's name and mailing address
HARBI, MAYSOON, 11110 WOODMEADOW PKWY APT. 1009, DALLAS, TX 75228

Date or dates debt was incurred

As of the petition filing date, the claim is: $550.32
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.362    Nonpriority creditor's name and mailing address
HARRIS, HERBERT, 2709 MATERHORN DR, DALLAS, TX 75228

Date or dates debt was incurred

As of the petition filing date, the claim is:    $818.01
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.363    Nonpriority creditor's name and mailing address
HARRISON, CARRIE, 9680 W OLIVE AVENUE #132, PEORIA, AZ 85345

Date or dates debt was incurred

As of the petition filing date, the claim is:    $391.52
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.364    Nonpriority creditor's name and mailing address
HART, BARRON, 16612 MOORGATE LANE, EDMOND, OK 73012

Date or dates debt was incurred

As of the petition filing date, the claim is:    $285.36
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.365    Nonpriority creditor's name and mailing address
HARVEY, CAMILLA M, 1556 ROSEMOND DR, GREENVILLE, NC 27834

Date or dates debt was incurred

As of the petition filing date, the claim is:    $2,462.82
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

**3.366** Nonpriority creditor's name and mailing address
HASSELBLAD, ROSS G, 12142 NE 68TH ST, BONDURANT, IA 50313

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:        $1,060.28
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

◯ No

◯ Yes

**3.367** Nonpriority creditor's name and mailing address
HAYES, DARRELL L, DARRELL HAYES 8542 MARKDALE LN. ST., JOHN, MO 63114

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:        $1,001.92
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

◯ No

◯ Yes

**3.368** Nonpriority creditor's name and mailing address
HAYES, DONNELL M, 8686 KINGSBRIDGE LANE UNIT C, OLIVETTE, MO 63132

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:        $4,516.27
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

◯ No

◯ Yes

**3.369** Nonpriority creditor's name and mailing address
HEAPE, APRIL, 150 GOFF CT. LOT 62, WEST COLUMBIA, SC 29172

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:        $807.90
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

◯ No

◯ Yes

**3.370** Nonpriority creditor's name and mailing address
HEAVY METAL PARTNERS LLC, ATTN: VP- PROPERTY MANAGEMENT
5440 WADE PARK BOULEVARD, SUITE 200, RALEIGH, NC 27607

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $17,605.16
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

○ No

○ Yes

---

**3.371** Nonpriority creditor's name and mailing address
HEGER, KATHLEEN M, 180 BARTLETT ROAD, PLYMOUTH, MA 02360

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $4,992.18
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

---

**3.372** Nonpriority creditor's name and mailing address
HEIBERGER, MICHAEL, 19 MITCHELL CIRCLE, WHEATON, IL 60189

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $24,379.85
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

---

**3.373** Nonpriority creditor's name and mailing address
HEMAN NORTHWEST INC., PO BOX 281, REDMOND, OR 97756

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $19.11
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

**3.374** Nonpriority creditor's name and mailing address
HENDERSON, WANDA GAIL, 3663 MARCELINE TER, SAINT LOUIS, MO
63116

Date or dates debt was incurred

As of the petition filing date, the claim is:                              $239.48
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

**3.375** Nonpriority creditor's name and mailing address
HERC RENTALS INC., PO BOX 650280, DALLAS, TX 75265-0280

Date or dates debt was incurred

As of the petition filing date, the claim is:                          $15,728.39
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.376** Nonpriority creditor's name and mailing address
HERREJON, OTILIA, 370 CONDOR DRIVE, WINFIELD, MO 63389

Date or dates debt was incurred

As of the petition filing date, the claim is:                               $43.40
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

**3.377** Nonpriority creditor's name and mailing address
HEWLETT-PACKARD FINANCIAL SERVICES CO., PO BOX 402582,
ATLANTA, GA 30384-2582

Date or dates debt was incurred

As of the petition filing date, the claim is:                            $1,835.96
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?

○ No

○ Yes

**3.378** Nonpriority creditor's name and mailing address
HIGHRADIUS CORPORATION, DEPT 3853 PO BOX 123853, DALLAS, TX 75312-3853

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $44,086.34
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?

○ No

○ Yes

---

**3.379** Nonpriority creditor's name and mailing address
HOFFMAN, KRISTA M, 2700 W 120TH PL, LEAWOOD, KS 66209

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $3,467.30
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

---

**3.380** Nonpriority creditor's name and mailing address
HOFFMAN, MARIA, 4770 WILLOW ST #102, DENVER, CO 80238

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $248.32
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.381** Nonpriority creditor's name and mailing address
HOFFMAN, ROBERT D, 7221 KALAMATH STREET, DENVER, CO 80221

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $340.51
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.382 Nonpriority creditor's name and mailing address
HOME SHOW CENTER INC, PO BOX 5090, FLORENCE, SC 29502

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
STORAGE FEES

Is the claim subject to offset?

○ No

○ Yes

$125.00

---

3.383 Nonpriority creditor's name and mailing address
HOPE, REBECCA, 763 STROUBE STREET, OXNARD, CA 93036

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$249.06

---

3.384 Nonpriority creditor's name and mailing address
HOUSTON, DARRYUS, 5330 GAWAIN DRIVE, SAN ANTONIO, TX 78218

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$807.90

---

3.385 Nonpriority creditor's name and mailing address
HRDIRECT, PO BOX 669390, POMPANO BEACH, FL 33066-9390

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$137.76

**3.386** Nonpriority creditor's name and mailing address
HUBBERT, MICHAEL R, 3099 FM 1568, CAMPBELL, TX 75422

Date or dates debt was incurred

As of the petition filing date, the claim is: $747.12
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.387** Nonpriority creditor's name and mailing address
HUGHES, MELVIN L, 811 S DREW STREET, MESA, AZ 85210

Date or dates debt was incurred

As of the petition filing date, the claim is: $538.30
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.388** Nonpriority creditor's name and mailing address
HUSTED, ROB, 4412 WORTHINGTON DRIVE, ROGERS, AR 72758

Date or dates debt was incurred

As of the petition filing date, the claim is: $2,211.13
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

---

**3.389** Nonpriority creditor's name and mailing address
HUTCHINSON, 621 CHAPEL AVE, CHERRY HILL, NJ 08034

Date or dates debt was incurred

As of the petition filing date, the claim is: $916.38
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.390** Nonpriority creditor's name and mailing address
IBARRA V. JNJW ENTERPRISES, INC., BEAVEX INCORPORATED &
PARRISH, C/O T. JAMES FISHER, ATTY., 1721 COURT ST., P.O. BOX
990460, REDDING, CA 96099

Date or dates debt was incurred

As of the petition filing date, the claim is:          UNKNOWN
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?

○ No

○ Yes

---

**3.391** Nonpriority creditor's name and mailing address
ICON NEWCO POOL 3 NEVADA LLC, DBAICON RENO PROPERTY
OWNER POOL 3 NEVADA, LLC PO BOX 843977, LOS ANGELES, CA
90084-3977

Date or dates debt was incurred

As of the petition filing date, the claim is:          $3,968.01
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

○ No

○ Yes

---

**3.392** Nonpriority creditor's name and mailing address
INDERMAUR, JAMES, 276 CHURCH ST, WETHERSFIELD, CT 06109

Date or dates debt was incurred

As of the petition filing date, the claim is:          $5,189.80
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

---

**3.393** Nonpriority creditor's name and mailing address
INDIANAPOLIS POWER & LIGHT COMPANY, PO BOX 110,
INDIANAPOLIS, IN 46206-0110

Date or dates debt was incurred

As of the petition filing date, the claim is:          $764.78
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.394** Nonpriority creditor's name and mailing address
INFINITE ENERGY, PO BOX 105247, ATLANTA, GA 30348

Date or dates debt was incurred

As of the petition filing date, the claim is: $1,377.47
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.395** Nonpriority creditor's name and mailing address
INFINITY DELIVERY SERVICE, PO BOX 948, MAYWOOD, NJ 07607

Date or dates debt was incurred

As of the petition filing date, the claim is: $1,738.75
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

---

**3.396** Nonpriority creditor's name and mailing address
INTERCRAFT INTERNATIONAL INC, 9195 BOGGY CREEK RD # 1,
ORLANDO, FL 32824

Date or dates debt was incurred

As of the petition filing date, the claim is: $2,210.21
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

○ No

○ Yes

---

**3.397** Nonpriority creditor's name and mailing address
INTERFACE SECURITY SYSTEMS LLC - C, 8339 SOLUTIONS CENTER,
CHICAGO, IL 60677-8003

Date or dates debt was incurred

As of the petition filing date, the claim is: $2,008.42
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?

○ No

○ Yes

**3.398**    Nonpriority creditor's name and mailing address
INTERNAL DATA RESOURCES INC, ATTN: MICHELLE BENNETT 5230
AVALON BOULEVARD, ALPHARETTA, GA 30009

Date or dates debt was incurred

As of the petition filing date, the claim is:     $10,240.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?

○ No

○ Yes

---

**3.399**    Nonpriority creditor's name and mailing address
INTOXIMETERS, PO BOX 870836, KANSAS CITY, MO 64187-0836

Date or dates debt was incurred

As of the petition filing date, the claim is:     $345.96
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.400**    Nonpriority creditor's name and mailing address
IPERS SOUTH BAY PORTFOLIO INC, PO BOX 6234, HICKSVILLE, NY
11802

Date or dates debt was incurred

As of the petition filing date, the claim is:     $42,208.81
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

○ No

○ Yes

---

**3.401**    Nonpriority creditor's name and mailing address
IRISH CARBONIC COMPANY, PO BOX 409, BUFFALO, NY 14212-0409

Date or dates debt was incurred

As of the petition filing date, the claim is:     $54.10
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.402** Nonpriority creditor's name and mailing address
IRIZARRY, JULIET TERESE, 10567 DECKER STREET, ST. LOUIS, MO
63114

Date or dates debt was incurred

As of the petition filing date, the claim is:      $2,281.82
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

---

**3.403** Nonpriority creditor's name and mailing address
IRON MOUNTAIN INFORMATION MANAGEMENT, PO BOX 915004,
DALLAS, TX 75391-5004

Date or dates debt was incurred

As of the petition filing date, the claim is:      $30,997.38
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?

○ No

○ Yes

---

**3.404** Nonpriority creditor's name and mailing address
IRON MOUNTAIN, PO BOX 915004, DALLAS, TX 75391-5004

Date or dates debt was incurred

As of the petition filing date, the claim is:      $6,406.20
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?

○ No

○ Yes

---

**3.405** Nonpriority creditor's name and mailing address
ISING'S CULLIGAN-LIVERMORE, PO BOX 1140, LIVERMORE, CA
94551-1140

Date or dates debt was incurred

As of the petition filing date, the claim is:      $227.19
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.406** Nonpriority creditor's name and mailing address
ISRAEL, BRIAN, 2654 GEORGETTE PL, SIMI VALLEY, CA 93063

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

$1,720.00

---

**3.407** Nonpriority creditor's name and mailing address
J & W EXPRESS DELIVERY, DBA J & W EXPRESS 3800 MIDWAY PL. NE STE F, ALBUQUERQUE, NM 87109

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

$2,749.44

---

**3.408** Nonpriority creditor's name and mailing address
J CREW/RR DONNELLY, 35 WEST WACKER DR., CHICAGO, IL 60601

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
CUSTOMER CLAIM

Is the claim subject to offset?

○ No

● Yes

UNKNOWN

---

**3.409** Nonpriority creditor's name and mailing address
J J KELLER & ASSOCIATES INC, P OBOX 6609, CAROL STREAM, IL 60197-6609

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

$666.97

3.410 Nonpriority creditor's name and mailing address
J. SNYDER ENTERPRISES LLC, 1863 NE 54TH AVENUE SUITE 100,
DES MOINES, IA 50313

Date or dates debt was incurred

As of the petition filing date, the claim is:     $16,523.03
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

○ No

○ Yes

3.411 Nonpriority creditor's name and mailing address
JACKSON, CURTIS, 9710 MILITARY PKWY #163, DALLAS, TX 75227

Date or dates debt was incurred

As of the petition filing date, the claim is:     $843.03
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.412 Nonpriority creditor's name and mailing address
JACKSON, TERRI, 5117 LORD BYRON ROAD, WILMINGTON, NC 28405

Date or dates debt was incurred

As of the petition filing date, the claim is:     $2,263.14
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

3.413 Nonpriority creditor's name and mailing address
JACKSON-HARRIS, SHERRI, 165 CLAIRDGE CIRCLE, HIRAM, GA 30141

Date or dates debt was incurred

As of the petition filing date, the claim is:     $279.63
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

**3.414** Nonpriority creditor's name and mailing address
JAMES, BRETRAM, 2679 GRAPE STREET, DENVER, CO 80207

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $227.84
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
○ No
○ Yes

**3.415** Nonpriority creditor's name and mailing address
JANA CONDOS AND GARY CONDOS, C/O SLOAN, HATCHER, PERRY,
RUNGE, ROBERTSON &SMITH, ATTN: JOHN D. SLOAN AND MICAH L.
SATTERWHITE, 101 E. WHALEY STREET, LONGVIEW, TX 75606-2909

Date or dates debt was incurred

As of the petition filing date, the claim is:                    UNKNOWN
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
○ No
○ Yes

**3.416** Nonpriority creditor's name and mailing address
JANI-KING OF CALIFORNIA INC, FILE 749318, LOS ANGELES, CA
90074-9318

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $231.64
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
○ No
○ Yes

**3.417** Nonpriority creditor's name and mailing address
JAN-PRO RALEIGH, DBA JAN-PRO OF RALEIGH 8321 BRANDFORD
WAY SUITE #003, RALEIGH, NC 27615

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $790.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.418  Nonpriority creditor's name and mailing address
JANTIZE AMERICA, 5555 CONCORD PARKWAY SOUTH SUITE 336,
CONCORD, NC 28027

Date or dates debt was incurred

As of the petition filing date, the claim is:          $1,170.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.419  Nonpriority creditor's name and mailing address
JCMG - MISSOURI VALLEY PHYSICIANS, MISSOURI VALLEY
PHYSCIANS PO BOX 104240, JEFFERSON CITY, MO 65110-4240

Date or dates debt was incurred

As of the petition filing date, the claim is:          $90.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.420  Nonpriority creditor's name and mailing address
JDS EXPRESS, 2164 MINCS FARM ROAD, JACKSONVILLE, NC 28540

Date or dates debt was incurred

As of the petition filing date, the claim is:          $595.85
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

3.421  Nonpriority creditor's name and mailing address
JENNINGS MELISSA, 1972 BRIARFIELD DRIVE, LAKE SAINT LOUIS,
MO 63367

Date or dates debt was incurred

As of the petition filing date, the claim is:          $150.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

**3.422** Nonpriority creditor's name and mailing address
JENNINGS, MELISSA, 1972 BRIARFIELD DRIVE, LAKE SAINT LOUIS, MO 63367

Date or dates debt was incurred

As of the petition filing date, the claim is: $473.08
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.423** Nonpriority creditor's name and mailing address
JOBPLEX INC., 121 N. JEFFERSON, CHICAGO, IL 60661

Date or dates debt was incurred

As of the petition filing date, the claim is: $17,417.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

---

**3.424** Nonpriority creditor's name and mailing address
JOHN R. WINZLER, 1840 BUHNE STREET, EUREKA, CA 95501

Date or dates debt was incurred

As of the petition filing date, the claim is: $1,900.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

○ No

○ Yes

---

**3.425** Nonpriority creditor's name and mailing address
JOHNSON ELECTRIC AND CONTROLS, 366 OTIS DRIVE, RIPON, CA 95366

Date or dates debt was incurred

As of the petition filing date, the claim is: $782.19
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.426** Nonpriority creditor's name and mailing address
JOHNSON EQUIPMENT COMPANY, PO BOX 802009, DALLAS, TX 75380-2009

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
○ No
○ Yes

$3,581.16

---

**3.427** Nonpriority creditor's name and mailing address
JOHNSON, LLOYD, 1014 GRAYS LAND CT. APT 727, KERNERSVILLE, NC 27284

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
○ No
○ Yes

$233.28

---

**3.428** Nonpriority creditor's name and mailing address
JOHNSON, WARRENN, 9350 SKILLMAN ST. APT. #3509, DALLAS, TX 75243

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
○ No
○ Yes

$754.04

---

**3.429** Nonpriority creditor's name and mailing address
JONAS, CALEB HARRISON, 405 CHURCH ST, BELMONT, NC 28012

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?
○ No
○ Yes

$2,003.62

**3.430** Nonpriority creditor's name and mailing address
JONES, PATRICIA D, 273 MIMOSA ST, RICHMOND HILL, GA 31324

Date or dates debt was incurred

As of the petition filing date, the claim is:     $3,336.45
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

---

**3.431** Nonpriority creditor's name and mailing address
JUST ENERGY, PO BOX 650518, DALLAS, TX 75265

Date or dates debt was incurred

As of the petition filing date, the claim is:     $1,103.77
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.432** Nonpriority creditor's name and mailing address
JUSTIN TIME EXPRESS, PO BOX 2726, DENTON, TX 76202

Date or dates debt was incurred

As of the petition filing date, the claim is:     $625.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

---

**3.433** Nonpriority creditor's name and mailing address
KAMP, JEREMY K,

Date or dates debt was incurred

As of the petition filing date, the claim is:     $31.98
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

**3.434** Nonpriority creditor's name and mailing address
KANSAS CITY POWER AND LIGHT, PO BOX 219330, KANSAS CITY, MO
64121-9330

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $82.77
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.435** Nonpriority creditor's name and mailing address
KANSAS GAS SERVICE, PO BOX 219046, KANSAS CITY, MO 64121-
9046

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $189.23
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.436** Nonpriority creditor's name and mailing address
KASIRI, CARL MITCHELL, 2801 NE 126TH STREET, EDMOND, OK
73013

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $482.54
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.437** Nonpriority creditor's name and mailing address
KEARNS JR., THOMAS J, 8136 STATE RT 163, MILLSTADT, IL 62260

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $1,169.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

**3.438**    Nonpriority creditor's name and mailing address
KELLY OFFICE MACHINES INC., 163 S. STRATFORD RD., WINSTON-
SALEM, NC 27103

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$14.96

---

**3.439**    Nonpriority creditor's name and mailing address
KELLY SERVICES INC., 1212 SOLUTIONS CENTER, CHICAGO, IL 60677-
1002

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
STAFFING/RECRUITING

Is the claim subject to offset?

○ No

○ Yes

$20,768.02

---

**3.440**    Nonpriority creditor's name and mailing address
KELLY, PATRICK, 601 E. PROSPECT AVE APT 2J, MOUNT PROSPECT,
IL 60056

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$617.78

---

**3.441**    Nonpriority creditor's name and mailing address
KERR DEVELOPMENT LLC, 2715 ASHTON DRIVE SUITE 100,
WILMINGTON, NC 28412-2495

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

○ No

○ Yes

$2,282.41

**3.442** Nonpriority creditor's name and mailing address
KEY, DAVID , 5032 W. OHIO ST., CHICAGO, IL 60644

Date or dates debt was incurred

As of the petition filing date, the claim is:     $447.90
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.443** Nonpriority creditor's name and mailing address
KLINE, RICHARD C, 2809 W. 127TH ST., LEAWOOD, KS 66209

Date or dates debt was incurred

As of the petition filing date, the claim is:     $54,863.97
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES,
AND BONUS

Is the claim subject to offset?

○ No

○ Yes

---

**3.444** Nonpriority creditor's name and mailing address
KONICA MINOLTA BUSINESS SOLUTIONS, USA INC DEPT. LA 22988,
PASADENA, CA 91185-2988

Date or dates debt was incurred

As of the petition filing date, the claim is:     $1,917.88
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.445** Nonpriority creditor's name and mailing address
KRC, C/O RICHARD C. KLINE, 2809 W. 127TH ST., LEAWOOD, KS
66209

Date or dates debt was incurred

As of the petition filing date, the claim is:     $739,869.24
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UNSECURED DEBT / EARNOUT

Is the claim subject to offset?

○ No

○ Yes

**3.446** Nonpriority creditor's name and mailing address
KROSCHEL, JOHNPAUL, 352 NORTH STREET, ELGIN, IL 60120

Date or dates debt was incurred

As of the petition filing date, the claim is:     $630.36
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

- ○ No
- ○ Yes

**3.447** Nonpriority creditor's name and mailing address
L E POPE BUILDING CO INC, PO BOX 602250 RENTAL PROPERTY
ACCOUNT, CHARLOTTE, NC 28260

Date or dates debt was incurred

As of the petition filing date, the claim is:     $15,278.57
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

- ○ No
- ○ Yes

**3.448** Nonpriority creditor's name and mailing address
LA COURIER SERVICE, 430 1/2 N. LA CIENEGA BLVD, WEST
HOLLYWOOD, CA 90048

Date or dates debt was incurred

As of the petition filing date, the claim is:     $29.00
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

- ○ No
- ○ Yes

**3.449** Nonpriority creditor's name and mailing address
LA DWP, LOS ANGELES DEPARTMENT OF WATER & POWER PO BOX
30808, LOS ANGELAS, CA 90030-0808

Date or dates debt was incurred

As of the petition filing date, the claim is:     $3,027.31
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

- ○ No
- ○ Yes

**3.450** Nonpriority creditor's name and mailing address
LABFORMS, 19200 VON KARMAN AVE STE 600, IRVINE, CA 92612

Date or dates debt was incurred
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$1,413.25

---

**3.451** Nonpriority creditor's name and mailing address
LACLEDE GAS COMPANY, DRAWER 2 ST LOUIS MO 63171, ST. LOUIS, MO 63171

Date or dates debt was incurred
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$183.68

---

**3.452** Nonpriority creditor's name and mailing address
LAKE REGIONAL OCCUPATIONAL MEDICINE, 54 HOSPITAL DRIVE, STE 204, OSAGE BEACH, MO 65065

Date or dates debt was incurred
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$90.00

---

**3.453** Nonpriority creditor's name and mailing address
LANCASTER, RONALD, 2803 SOUTHLAKE COVE CT., JONESBORO, GA 30236

Date or dates debt was incurred
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$727.11

3.454 Nonpriority creditor's name and mailing address
LAND AIR EXPRESS, PO BOX 2250, BOWLING GREEN, KY 42102-2250

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $2,589.16
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

3.455 Nonpriority creditor's name and mailing address
LANTER DELIVERY SYSTEMS INC, P OBOX 78519, SAINT LOUIS, MO
63178

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $9,436.68
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

3.456 Nonpriority creditor's name and mailing address
LASER OPTIONS INC, 2845 N OMAHA ST, MESA, AZ 85215

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $2,710.58
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.457 Nonpriority creditor's name and mailing address
LASERSHIP INC, DEPARTMENT 720037 PO BOX 1335, CHARLOTTE,
NC 28201-1335

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $2,862.02
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

**3.458**   Nonpriority creditor's name and mailing address
LEAF, PO BOX 742647, CINCINNATI, OH 45274-2647

Date or dates debt was incurred

As of the petition filing date, the claim is:                              $3,583.34
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.459**   Nonpriority creditor's name and mailing address
LEASEBURG, MICHAEL J, 4585 S 1225 E, SALT LAKE CITY, UT 84117

Date or dates debt was incurred

As of the petition filing date, the claim is:                              $6,757.36
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

---

**3.460**   Nonpriority creditor's name and mailing address
LEONARD III, DONALD L, 518 ARBORWOOD DR, BALLWIN, MO 63021

Date or dates debt was incurred

As of the petition filing date, the claim is:                              $3,760.65
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

---

**3.461**   Nonpriority creditor's name and mailing address
LEONARD, CHERYL D, 518 ARBORWOOD DR, BALLWIN, MO 63021

Date or dates debt was incurred

As of the petition filing date, the claim is:                              $3,660.93
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

**3.462** Nonpriority creditor's name and mailing address
LEROY, JOSEPH CHRISTOPHER, 558 MORELAND AVE. SE, ATLANTA, GA 30316

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $2,019.75
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
◯ No
◯ Yes

---

**3.463** Nonpriority creditor's name and mailing address
LEVEL 3 COMMUNICATIONS, LLC AND LEVEL 3 TELECOM HOLDINGS, LLC, C/O WHEELER TRIG O'DONNELL LLP, ATTN: MICHAEL L. O'DONNELL, KATHRYN A. REILLY, THOMAS A. OLSEN, 370 SEVENTEENTH STREET SUITE 4500, DENVER CO 80202-5647

Date or dates debt was incurred

As of the petition filing date, the claim is:                    UNKNOWN
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
◯ No
◯ Yes

---

**3.464** Nonpriority creditor's name and mailing address
LEWIS, DOMINIQUE, 7260 COLD HARBOR RD. APT 103, MECHANICSVILLE, VA 23111

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $949.81
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
◯ No
◯ Yes

---

**3.465** Nonpriority creditor's name and mailing address
LEWIS, RODERICK D, 10300 SOUTH WESTERN AVE APT#810, OKLAHOMA CITY, OK 73139

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $704.12
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
◯ No
◯ Yes

3.466    Nonpriority creditor's name and mailing address
LEWITT HACKMAN SHAPIRO MARSHALL & HARLAN, 16633
VENTURA BLVD, ENCINO, CA 91436-7865

Date or dates debt was incurred

As of the petition filing date, the claim is:    $600.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

3.467    Nonpriority creditor's name and mailing address
LIBERTY PROPERTY LIMITED PARTNERSHIP, 1800 BAYBERRY COURT
SUITE 203, RICHMOND, VA 23226

Date or dates debt was incurred

As of the petition filing date, the claim is:    $8,624.51
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

○ No

○ Yes

3.468    Nonpriority creditor's name and mailing address
LIFTRUCK PARTS AND SERVICE INC, 2310 INDUSTRIAL PARK ROAD,
VAN BUREN, AR 72956

Date or dates debt was incurred

As of the petition filing date, the claim is:    $513.06
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.469    Nonpriority creditor's name and mailing address
LIND JENSEN SULLIVAN & PETERSON P.A., 901 MARQUETTE AVENUR
SOUTH, MINNEAPOLIS, MN 55102

Date or dates debt was incurred

As of the petition filing date, the claim is:    $1,170.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

**3.470** Nonpriority creditor's name and mailing address
LINKEDIN CORPORATION, 62228 COLLECTIONS DRIVE, CHICAGO, IL 60693-0622

Date or dates debt was incurred

As of the petition filing date, the claim is: $29,525.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?
○ No
○ Yes

---

**3.471** Nonpriority creditor's name and mailing address
LIT INDUSTRIAL LP - COLUMBIA COMMERCE PARK, C/O SUSSMAN SHANK LLP ATTN: SUSAN S. FORD 1000 SW BROADWAY, SUITE 1400, PORTLAND, OR 97205

Date or dates debt was incurred

As of the petition filing date, the claim is: $56,592.81
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?
○ No
○ Yes

---

**3.472** Nonpriority creditor's name and mailing address
LITTLE, ALEX, ALEX LITTLE 1238 ROCK SPRING DR, OFALLON, MO 63366

Date or dates debt was incurred

As of the petition filing date, the claim is: $2,111.11
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
○ No
○ Yes

---

**3.473** Nonpriority creditor's name and mailing address
LOADING DOCK INC, OVERHEAD DOOR OF THE MEADOWLANDS 20 META LANE, LODI, NJ 07644

Date or dates debt was incurred

As of the petition filing date, the claim is: $699.73
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
○ No
○ Yes

**3.474** Nonpriority creditor's name and mailing address
LOBER LINDA, 1629 HUGH FOREST RD, CHARLOTTE, NC 28270

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$27.50

---

**3.475** Nonpriority creditor's name and mailing address
LOGMEIN USA INC, PO BOX 50264, LOS ANGELES, CA 90074-0264

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?

○ No

○ Yes

$1,632.60

---

**3.476** Nonpriority creditor's name and mailing address
LONG, KEVIN, 3523 HILL SPRINGS DR, KINGWOOD, TX 77345

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

$2,905.89

---

**3.477** Nonpriority creditor's name and mailing address
LOPEZ, SAMUEL M, 226 WALLACE STREET, SAN ANTONIO, TX 78237

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$594.30

3.478    Nonpriority creditor's name and mailing address
LOURIA, KEITH PHILLIP, 22125 IRONGATE, WOODHAVEN, MI 48183

Date or dates debt was incurred

As of the petition filing date, the claim is:    $3,925.70
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

3.479    Nonpriority creditor's name and mailing address
LOWE, DONNA, 35 LEXINGTON LANE, HIGHLAND, IL 62249

Date or dates debt was incurred

As of the petition filing date, the claim is:    $3,259.98
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

3.480    Nonpriority creditor's name and mailing address
LPS MATERIAL HANDLING, PO BOX 1341, VAN BUREN, AR 72957-1341

Date or dates debt was incurred

As of the petition filing date, the claim is:    $0.36
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.481    Nonpriority creditor's name and mailing address
LUNA, SELENE, 9714 MAIE AVE, LOS ANGELES, CA 90002

Date or dates debt was incurred

As of the petition filing date, the claim is:    $180.75
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

**3.482** Nonpriority creditor's name and mailing address
LUXOR STAFFING, PO BOX 75410, CHICAGO, IL 60675-5410

Date or dates debt was incurred

As of the petition filing date, the claim is:          $4,894.80
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
STAFFING/RECRUITING

Is the claim subject to offset?

○ No

○ Yes

**3.483** Nonpriority creditor's name and mailing address
LYDAY, TYRONDA, 829 N DELAWARE AVE, TULSA, OK 74110

Date or dates debt was incurred

As of the petition filing date, the claim is:          $180.60
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

**3.484** Nonpriority creditor's name and mailing address
M & J CLEANING, 2024 NW 92ND COURT SUITE 20, CLIVE, IA 50325

Date or dates debt was incurred

As of the petition filing date, the claim is:          $2,010.71
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.485** Nonpriority creditor's name and mailing address
M&C OF CHARLESTON LLC, 7805 WEST BROAD STREET, RICHMOND, VA 23294

Date or dates debt was incurred

As of the petition filing date, the claim is:          $6,229.17
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

○ No

○ Yes

**3.486**  Nonpriority creditor's name and mailing address
M.J.K ELECTRICAL CONTRACTOR, DBA M.J.K ELECTRICAL 114 S.
LOGAN AVENUE, AUDUBON, NJ 08106

Date or dates debt was incurred

As of the petition filing date, the claim is:    $787.15
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.487**  Nonpriority creditor's name and mailing address
MADRIZ, LESTER A, 5701 BATTERY DRIVE APT A, GREENSBORO, NC
27409

Date or dates debt was incurred

As of the petition filing date, the claim is:    $644.55
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.488**  Nonpriority creditor's name and mailing address
MAGNAKLEEN SERVICES, 112 EMPIRE AVENUE P OBOX 923,
MERIDEN, CT 06450

Date or dates debt was incurred

As of the petition filing date, the claim is:    $788.70
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.489**  Nonpriority creditor's name and mailing address
MALASEK, DARLENE, DARLENE MALASEK 8047 N. STODDARD,
KANSAS CITY, MO 64152

Date or dates debt was incurred

As of the petition filing date, the claim is:    $4,173.50
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.490   Nonpriority creditor's name and mailing address
MALIN, CHRISTOPHER R, 4790 HERSHEL STREET, CUMMING, GA
30040

Date or dates debt was incurred

As of the petition filing date, the claim is:    $4,512.50
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

3.491   Nonpriority creditor's name and mailing address
MANN, JAY B, 3362W HEMINGWAY LANE, ANTHEM, AZ 85086

Date or dates debt was incurred

As of the petition filing date, the claim is:    $202.88
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.492   Nonpriority creditor's name and mailing address
MANZANO, SANDRA, 631 RICHVIEW DRIVE, HOUSTON, TX 77060

Date or dates debt was incurred

As of the petition filing date, the claim is:    $206.40
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.493   Nonpriority creditor's name and mailing address
MARSH, AIMEE A, 9521 THEODOSIA AVENUE, SAINT LOUIS, MO
63114

Date or dates debt was incurred

As of the petition filing date, the claim is:    $615.98
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

**3.494**  Nonpriority creditor's name and mailing address
MARTINEZ, ANDRES, 1139 EASTON ROAD APT 7, SALEM, VA 24153

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$177.12

**3.495**  Nonpriority creditor's name and mailing address
MASIELLO, EDWARD NORMAN, 560 SILVER SANDS RD #2201, EAST HAVEN, CT 06512

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

$11,981.26

**3.496**  Nonpriority creditor's name and mailing address
MASON, BRITTANY, 6316 DREAM LANE, WATAUGA, TX 76148

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$561.68

**3.497**  Nonpriority creditor's name and mailing address
MASRY, BRETT K, 12608 HIDDEN OAKS LANE LANE, HENRICO, VA 23233

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

$3,914.07

**3.498** Nonpriority creditor's name and mailing address
MATTHEWS, TEDDY, 57240 E 24TH AVE, STRASBURG, CO 80136

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

◯ No

◯ Yes

$4,183.13

---

**3.499** Nonpriority creditor's name and mailing address
MAYER, BLAKE A, 57 WALNUT LANE, ELSBERRY, MO 63343

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

◯ No

◯ Yes

$3,251.58

---

**3.500** Nonpriority creditor's name and mailing address
MAYER, ROBERT A, 1653 E. HWY 47, WINFIELD MO 63389

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES,
AND BONUS

Is the claim subject to offset?

◯ No

◯ Yes

$45,179.55

---

**3.501** Nonpriority creditor's name and mailing address
MCA FINANCIAL GROUP LTD, ATTN: STACY WITTEN 4909 N. 44TH
STREET, PHOENIX, AZ 85018

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

◯ No

◯ Yes

$48,250.00

**3.502** Nonpriority creditor's name and mailing address
MCCLURE, SY, 12200 IH-10 WEST APT. 408, SAN ANTONIO, TX 78230

Date or dates debt was incurred

As of the petition filing date, the claim is: $537.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

**3.503** Nonpriority creditor's name and mailing address
MCCONICO, DAVIDA, 720 WILLOW CREEK DRIVE NE, ATLANTA, GA 30328

Date or dates debt was incurred

As of the petition filing date, the claim is: $247.86
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

**3.504** Nonpriority creditor's name and mailing address
MCDADE, SCOTT, 744 STREAMSIDE DRIVE, ARDEN, NC 28704

Date or dates debt was incurred

As of the petition filing date, the claim is: $35,871.39
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

**3.505** Nonpriority creditor's name and mailing address
MCGUIRE WOODS, ATTEN: ACCOUNTS RECEIVABLE 800 E. CANAL STREET, RICHMOND, VA 23219-3916

Date or dates debt was incurred

As of the petition filing date, the claim is: $36,865.96
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

**3.506** Nonpriority creditor's name and mailing address
MCKESSON, ONE POST STREET, SAN FRANCISCO, CA 94104

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
CUSTOMER CLAIM

Is the claim subject to offset?

○ No

● Yes

$125,480.38

---

**3.507** Nonpriority creditor's name and mailing address
MCKINLEY, CHRISTINA, 11277 OAK HILL MANOR DRIVE, BRIDGETON, MO 63044

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$618.10

---

**3.508** Nonpriority creditor's name and mailing address
MCKNIGHT, CHARLOTTE L, 819 WILLOWCREEK DR, JACKSONVILLE, TX 75766

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$966.49

---

**3.509** Nonpriority creditor's name and mailing address
MCNEIL, KELVIN H, 2421 CLEVELAND AVENUE, EAST ST. LOUIS, IL 62205

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

$3,767.32

3.510 Nonpriority creditor's name and mailing address
MCPHERSON, JOSHUA, 4836 N. 107TH STREET, OMAHA, NE 68134

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
○ No
○ Yes

$261.36

3.511 Nonpriority creditor's name and mailing address
MEANY, JOHN J, 24029 HIGH MEADOW DRIVE, GOLDEN, CO 80401

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES,
AND BONUS

Is the claim subject to offset?
○ No
○ Yes

$44,358.09

3.512 Nonpriority creditor's name and mailing address
MEDLEY MATERIAL HANDLING - 8301, PO BOX 659506 SECTION #
4149, SAN ANTONIO, TX 78265-9506

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
○ No
○ Yes

$1,396.99

3.513 Nonpriority creditor's name and mailing address
MENDYK, PAMELA, 4700 ARBOR DRIVE UNIT 201, ROLLING
MEADOWS, IL 60008

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?
○ No
○ Yes

$2,572.50

**3.514**    Nonpriority creditor's name and mailing address
MERCY SPRINGFIELD, PO BOX 505400, ST LOUIS, MO 63150-5400

Date or dates debt was incurred

As of the petition filing date, the claim is:    $209.00
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

- ( ) No
- ( ) Yes

---

**3.515**    Nonpriority creditor's name and mailing address
MERINO, ARMANDO, 15717 HALLDALE ST, GARDENA, CA 90247

Date or dates debt was incurred

As of the petition filing date, the claim is:    $633.78
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

- ( ) No
- ( ) Yes

---

**3.516**    Nonpriority creditor's name and mailing address
MERRIMAN, JAMES, 1216 ANDRIA CT, NAPERVILLE, IL 60540

Date or dates debt was incurred

As of the petition filing date, the claim is:    $10,829.33
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

- ( ) No
- ( ) Yes

---

**3.517**    Nonpriority creditor's name and mailing address
METZ, CASEY, 19 NORTH MAIN STREET, IVORYTON, CT 06442

Date or dates debt was incurred

As of the petition filing date, the claim is:    $4,474.24
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

- ( ) No
- ( ) Yes

**3.518** Nonpriority creditor's name and mailing address
METZGER, OSCAR, 2704 S.W. 65TH ST, OKLAHOMA CITY, OK 73159

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$754.04

---

**3.519** Nonpriority creditor's name and mailing address
MICHIGAN FORKLIFT INC, 30880 INDUSTRIAL RD., LIVONIA, MI 48150

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$309.18

---

**3.520** Nonpriority creditor's name and mailing address
MID ATLANTIC SAFE LOCK & KEY INC, 1338 ORILLIA RD., VIRGNIA BEACH, VA 23464

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$70.00

---

**3.521** Nonpriority creditor's name and mailing address
MIDAMERICAN ENERGY COMPANY, PO BOX 8020, DAVENPORT, IA 52808-8020

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$287.17

3.522    Nonpriority creditor's name and mailing address
MILLER, CONNOR, 7313 BACKSTRETCH AVE, LAS VEGAS, NV 89130

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$565.53

---

3.523    Nonpriority creditor's name and mailing address
MILLS, JAY R, 15012 CAMROSE AVE, SPRING HILL, FL 34610

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

$4,183.13

---

3.524    Nonpriority creditor's name and mailing address
MILLS, STEVEN M, 4800 EAST TROPICANA AVE APT 2069, LAS VEGAS, NV 89121

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$1,686.06

---

3.525    Nonpriority creditor's name and mailing address
MINOR, RONALD K, 21 BLACKBURN STREET, GREENVILLE, SC 29607

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$800.83

**3.526** Nonpriority creditor's name and mailing address
MKS PEST MANAGEMENT, PO BOX 850809, MESQUITE, TX 75185-0809

Date or dates debt was incurred

As of the petition filing date, the claim is:     $259.80
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.527** Nonpriority creditor's name and mailing address
MOBILE HEALTH & TESTING SERVICE INC, 2101 WESMERE LAKES DR, PLAINFIELD, IL 60586

Date or dates debt was incurred

As of the petition filing date, the claim is:     $4,315.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.528** Nonpriority creditor's name and mailing address
MODERN IMPROVEMENT, DBAMODERN IMPROVEMENT PO BOX 1421, RED OAK, GA 30272

Date or dates debt was incurred

As of the petition filing date, the claim is:     $1,879.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.529** Nonpriority creditor's name and mailing address
MOE, MYAT, 27475 HESPERIAN BLVD APT 113, HAYWARD, CA 94545

Date or dates debt was incurred

As of the petition filing date, the claim is:     $3,113.30
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

3.530   Nonpriority creditor's name and mailing address
MONROE STORAGE, 1627 SOUTH MONROE, MASON CITY, IA 50401

Date or dates debt was incurred

As of the petition filing date, the claim is:          $270.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
STORAGE FEES

Is the claim subject to offset?

○ No

○ Yes

3.531   Nonpriority creditor's name and mailing address
MONTEVALLO INC, 3022 W KENTUCKY, MIDLAND, TX 79701

Date or dates debt was incurred

As of the petition filing date, the claim is:          $1,324.29
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

○ No

○ Yes

3.532   Nonpriority creditor's name and mailing address
MOORE, KAILEY, 2781 SIMI HILLS LANE, SIMI VALLEY, CA 93063

Date or dates debt was incurred

As of the petition filing date, the claim is:          $2,021.76
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.533   Nonpriority creditor's name and mailing address
MORGAN, GARY D, 103 MEADOWBEND DR, CEDAR HILL, TX 75104

Date or dates debt was incurred

As of the petition filing date, the claim is:          $605.40
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.534 Nonpriority creditor's name and mailing address
MOSER, WANDA C, 21 UPLAND DRIVE, SALEM, VA 24153

Date or dates debt was incurred

As of the petition filing date, the claim is: $358.32
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
○ No
○ Yes

3.535 Nonpriority creditor's name and mailing address
MOUNT LAUREL FIRE DEPARTMENT, MOUNT LAUREL FIRE
HEADQUARTERS 69 ELBO LANE, MOUNT LAUREL, NJ 08054

Date or dates debt was incurred

As of the petition filing date, the claim is: $110.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.536 Nonpriority creditor's name and mailing address
MP2 ENERGY TEXAS LLC, PO BOX 733560, DALLAS, TX 75373

Date or dates debt was incurred

As of the petition filing date, the claim is: $2,291.34
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.537 Nonpriority creditor's name and mailing address
MUHLENFELD, CRAIG, 2912 FINE AVENUE, CLOVIS, CA 93612

Date or dates debt was incurred

As of the petition filing date, the claim is: $9,423.06
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?
○ No
○ Yes

**3.538** Nonpriority creditor's name and mailing address
MURPHY, CRAIG W, 2319 ESTATE GATE DR, SAN ANTONIO, TX 78260

Date or dates debt was incurred

As of the petition filing date, the claim is:     $4,120.90
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?
○ No
○ Yes

**3.539** Nonpriority creditor's name and mailing address
MYERS, JOHN, 2204 S JEFFERSON ST, SPOKANE, WA 99203

Date or dates debt was incurred

As of the petition filing date, the claim is:     $3,993.76
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?
○ No
○ Yes

**3.540** Nonpriority creditor's name and mailing address
NAI HANSON MANAGEMENT, LLC, 195 NORTH STREET SUITE 100, TETERBORO, NJ 07608

Date or dates debt was incurred

As of the petition filing date, the claim is:     $48,886.96
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?
○ No
○ Yes

**3.541** Nonpriority creditor's name and mailing address
NAKONECHNY, JOHN, 211 KINGSLAND AVENUE, LYNDHURST, NJ 07071

Date or dates debt was incurred

As of the petition filing date, the claim is:     $583.18
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
○ No
○ Yes

3.542   Nonpriority creditor's name and mailing address
NELSON, REID, 461 SHELDON AVE, GRIDLEY, CA 95948

As of the petition filing date, the claim is:          $1,256.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

Date or dates debt was incurred

_____

_____

3.543   Nonpriority creditor's name and mailing address
NEOFUNDS, 478 WHEELERS FARMS RD., MILFORD, CT 06461

As of the petition filing date, the claim is:          $180.97
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

Date or dates debt was incurred

_____

_____

3.544   Nonpriority creditor's name and mailing address
NEUMEYER, BRYAN, 3703 COTSWOLD TER UNIT 58, GREENSBORO, NC 27410

As of the petition filing date, the claim is:          $1,926.94
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

Date or dates debt was incurred

_____

_____

3.545   Nonpriority creditor's name and mailing address
NEW BENEFITS, 14240 PROTON RD, DALLAS, TX 75244

As of the petition filing date, the claim is:          $2,750.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
INSURANCE

Is the claim subject to offset?

○ No

○ Yes

Date or dates debt was incurred

_____

_____

**3.546**   Nonpriority creditor's name and mailing address
NEW ENGLAND INDUSTRIAL TRUCK INC, 28519 NETWORK PLACE,
CHICAGO, IL 60673-1285

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $646.63
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

**3.547**   Nonpriority creditor's name and mailing address
NEWGISTICS, 2700 VIA FORTUNA SUITE 300, AUSTIN, TX 78746

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $10,200.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
CUSTOMER CLAIM

Is the claim subject to offset?

○ No

◉ Yes

**3.548**   Nonpriority creditor's name and mailing address
NEXEM STAFFING INC, C/O WELLS FARGO BUSINESS CREDIT ATTN
CHRISTINA MESSINA PO BOX 202056, DALLAS, TX 75320-2056

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $52,442.02
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
STAFFING/RECRUITING

Is the claim subject to offset?

○ No

○ Yes

**3.549**   Nonpriority creditor's name and mailing address
NGUYEN, KIM, 6132 FERRY DR NE, SANDY SPRINGS, GA 30328

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $6,819.63
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

**3.550** Nonpriority creditor's name and mailing address
NICOR GAS, PO BOX 416, AURORA, IL 60568

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$2,845.26

---

**3.551** Nonpriority creditor's name and mailing address
NIKEL, JENNIFER, 2008 W 62ND ST, TULSA, OK 74132

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$178.08

---

**3.552** Nonpriority creditor's name and mailing address
NJ UNEMPLOYMENT TAX, REVENUE PROCESSING CENTER PO BOX
666, TRENTON, NJ 08646-0666

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
2017 NJ UNEMPLOYMENT TAX AUDIT

Is the claim subject to offset?

○ No

○ Yes

$56,511.00

---

**3.553** Nonpriority creditor's name and mailing address
NOLAN TRANSPORTATION GROUP INC., PO BOX 931184, ATLANTA,
GA 31193-1184

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

$6,700.00

**3.554** Nonpriority creditor's name and mailing address
NORFOLK PLUMBING, 1111 BOISSEVAIN AVE., NORFOLK, VA 23507

Date or dates debt was incurred

As of the petition filing date, the claim is: $176.98
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

◯ No

◯ Yes

**3.555** Nonpriority creditor's name and mailing address
NORTHEAST REGIONAL MEDICAL CENTER, PO BOX C8502, KIRKSVILLE, MO 63501

Date or dates debt was incurred

As of the petition filing date, the claim is: $15.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

◯ No

◯ Yes

**3.556** Nonpriority creditor's name and mailing address
NORTHERN, CHRIS , 2827 LANTZ RD, BEAVERCREEK, OH 45434

Date or dates debt was incurred

As of the petition filing date, the claim is: $2,574.23
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

◯ No

◯ Yes

**3.557** Nonpriority creditor's name and mailing address
NTT DATA SERVICES L.L.C., ATTN: SURESH SANTHANAM PO BOX 677956, DALLAS, TX 75267-7956

Date or dates debt was incurred

As of the petition filing date, the claim is: $22,852.93
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

◯ No

◯ Yes

**3.558** Nonpriority creditor's name and mailing address
NV ENERGY, 2875 N LAMB BLVD, STE 5, LAS VEGAS, NV 89115

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$824.90

**3.559** Nonpriority creditor's name and mailing address
NVENERGY, 1737 HUNKINS DR., NORTH LAS VEGAS, NV 89030

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$225.73

**3.560** Nonpriority creditor's name and mailing address
NXSTAGE, 350 MERRIMACK ST, LAWRENCE, MA 01843

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
CUSTOMER CLAIM

Is the claim subject to offset?

○ No

● Yes

$250.00

**3.561** Nonpriority creditor's name and mailing address
NY GO EXPRESS INC, 36 SEABRING STREET ATTN:SIMONE TAYLOR
A/P, BROOKLYN, NY 11231

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

$26,085.10

**3.562** Nonpriority creditor's name and mailing address
NY MINUTE MESSENGER, 37-88 REVIEW AVE PO BOX 1935, LONG
ISLAND CITY, NY 11101

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

$322.55

---

**3.563** Nonpriority creditor's name and mailing address
OCCUPATIONAL MED OF MID MISSOURI, PO BOX 411725, ST LOUIS,
MO 63141-1725

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$22.00

---

**3.564** Nonpriority creditor's name and mailing address
OG&E, PO BOX 24990, OKLAHOMA CITY, OK 73124

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$2,081.59

---

**3.565** Nonpriority creditor's name and mailing address
OGH SERVICES COMPANY, PO BOX 924768, HOUSTON, TX 77292-
4768

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$991.03

3.566   Nonpriority creditor's name and mailing address
OHIO BUREAU OF WOKERS' COMPENSATION, PO BOX 89492,
CLEVELAND, OH 44101-6492

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $1,403.38
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
INSURANCE

Is the claim subject to offset?
○ No
○ Yes

3.567   Nonpriority creditor's name and mailing address
OKLAHOMA NATURAL GAS COMPANY, PO BOX 219296, KANSAS
CITY, MO 64121-9296

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $2,655.83
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.568   Nonpriority creditor's name and mailing address
OKLAHOMA NATURAL GAS, PO BOX 219296, KANSAS CITY, MO
64121

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $200.19
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.569   Nonpriority creditor's name and mailing address
OLIKSOWYCZ, PETER C, 570 52ND TERRACE N, SAINT PETERSBURG,
FL 33703

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $5,990.62
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?
○ No
○ Yes

3.570  Nonpriority creditor's name and mailing address
OLIVER, JASON S, 206 WEST MARIETTA ST STREET, CANTON, GA
30114

Date or dates debt was incurred

As of the petition filing date, the claim is:  $4,811.53
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

3.571  Nonpriority creditor's name and mailing address
OMEGA ALARM SYSTEMS INC, 5109 SOUTH 33RD STREET, FORT
SMITH, AR 72903

Date or dates debt was incurred

As of the petition filing date, the claim is:  $579.48
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.572  Nonpriority creditor's name and mailing address
ONE SMART CONFERENCE, 6725 VICKERY CREEK ROAD, CUMMING,
GA 30040

Date or dates debt was incurred

As of the petition filing date, the claim is:  $3,160.41
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?

○ No

○ Yes

3.573  Nonpriority creditor's name and mailing address
ONTRAC - CO, ATTN: ANN HINNENKAMP 41 NORTHERN STACKS
DRIVE SUITE # 200, FRIDLEY, MN 55421

Date or dates debt was incurred

As of the petition filing date, the claim is:  $30,055.61
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

3.574    Nonpriority creditor's name and mailing address
ORANGE COURIER INC, 3731 W. WARNER AVE., SANTA ANA, CA 92704

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

$591.89

3.575    Nonpriority creditor's name and mailing address
ORKIN INC, 2170 PIEDMONT RD., ATLANTA, GA 30324

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$233.16

3.576    Nonpriority creditor's name and mailing address
ORLANDO UTILITY COMISSION, PO BOX 31329, TAMPA, FL 33631-3329

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$610.47

3.577    Nonpriority creditor's name and mailing address
OSEI, RICHARD A, 7109 MINT PL APT 103, ALEXANDRIA, VA 22306

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$214.02

3.578    Nonpriority creditor's name and mailing address
OTERO, YESENIA, 11661 DENNIS RD APT. 1037, DALLAS, TX 75229

Date or dates debt was incurred

As of the petition filing date, the claim is:    $127.44
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.579    Nonpriority creditor's name and mailing address
OVERHEAD DOOR COMPANY OF RALEIGH INC., 3224 GRESHAM LAKE
ROAD, RALEIGH, NC 27615

Date or dates debt was incurred

As of the petition filing date, the claim is:    $673.53
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.580    Nonpriority creditor's name and mailing address
OWEN, REBECCA DIANE, 407 N JODIE ST, SHREVEPORT, LA 71107

Date or dates debt was incurred

As of the petition filing date, the claim is:    $3,095.16
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

3.581    Nonpriority creditor's name and mailing address
OXARC, PO BOX 2605, SPOKANE, WA 99220-2605

Date or dates debt was incurred

As of the petition filing date, the claim is:    $200.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.582  Nonpriority creditor's name and mailing address
PACE ANALYTICAL SERVICES, 110 TECHNOLOGY PKWY., NORCROSS, GA 30092

Date or dates debt was incurred

As of the petition filing date, the claim is:          $751.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
CUSTOMER CLAIM

Is the claim subject to offset?

○ No

◉ Yes

3.583  Nonpriority creditor's name and mailing address
PACHECO, ELIAS, 1080 W 3300 S. APT 2043, SOUTH SALT LAKE, UT 84119

Date or dates debt was incurred

As of the petition filing date, the claim is:          $478.99
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.584  Nonpriority creditor's name and mailing address
PACIFIC POWER, PO BOX 26000, PORTLAND, OR 97256

Date or dates debt was incurred

As of the petition filing date, the claim is:          $436.52
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.585  Nonpriority creditor's name and mailing address
PAL, SONJA, SONJA PAL 813 RIDGTOP CIR, ST CHARLES, MO 63304

Date or dates debt was incurred

As of the petition filing date, the claim is:          $384.20
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

**3.586** Nonpriority creditor's name and mailing address
PALACIO JR, RAMON, 12219 STABLE SQUARE, SAN ANTONIO, TX 78249

Date or dates debt was incurred

As of the petition filing date, the claim is: $530.04
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.587** Nonpriority creditor's name and mailing address
PARAMOUNT SERVICES, 1602 WWASHINGTON ST, PETERSBURG, VA 23803

Date or dates debt was incurred

As of the petition filing date, the claim is: $450.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.588** Nonpriority creditor's name and mailing address
PARIS III, GEORGE R, 319 SYCAMORE, LEBANON, TN 37087

Date or dates debt was incurred

As of the petition filing date, the claim is: $2,030.62
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

---

**3.589** Nonpriority creditor's name and mailing address
PARK MECHANICAL INC., 8320 LUZON AVE., SACRAMENTO, CA 95828

Date or dates debt was incurred

As of the petition filing date, the claim is: $495.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.590 Nonpriority creditor's name and mailing address
PARK SPE LLC, 3808 N SULLIVAN RD N15 #202, SPOKAME, WA 99216

Date or dates debt was incurred
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?
○ No
○ Yes

$1,328.39

3.591 Nonpriority creditor's name and mailing address
PARKWOOD ARIZONA LLC, 9061 SANTA MONICA BOULEVARD, LOS
ANGELES, CA 90069

Date or dates debt was incurred
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?
○ No
○ Yes

$9,264.96

3.592 Nonpriority creditor's name and mailing address
PARRISH DELIVERY SERVICES, 101 S. VICTORY, SUITE 101, LITTLE
ROCK, AR 72201

Date or dates debt was incurred
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?
○ No
○ Yes

$940.50

3.593 Nonpriority creditor's name and mailing address
PARRISH, DAVID DENNIS, 19289 MORNING MIST, LAKEHEAD, CA
96051

Date or dates debt was incurred
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?
○ No
○ Yes

$7,067.31

**3.594** Nonpriority creditor's name and mailing address
PATEL, SUNIL B, 1910 ROCKBROOK DR, ARLINGTON, TX 76006

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

$3,993.76

---

**3.595** Nonpriority creditor's name and mailing address
PATRICK, DOROTHY ELIZABETH, 11465 PEARL RD., ELKINS, AR 72727

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$598.86

---

**3.596** Nonpriority creditor's name and mailing address
PAUL, DEREK C, 6729 S. 78TH EAST AVENUE, TULSA, OK 74133

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

$3,532.22

---

**3.597** Nonpriority creditor's name and mailing address
PEACHTREE BREAKROOM SERVICES INC., 1111 COBB PKWY SE, MARIETTA, GA 30060

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$995.83

**3.598**  Nonpriority creditor's name and mailing address
PEIL, NANCY K, PO BOX 5085, LAKE WYLIE, SC 29710

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $818.30
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.599**  Nonpriority creditor's name and mailing address
PEKARSKY, MICHAEL S, 430 LAKE HAVASU DR, VIRGINIA BEACH, VA
23454

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $2,862.19
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

---

**3.600**  Nonpriority creditor's name and mailing address
PELLEGRINO, PAUL M, 9652 MARILLA DR #65, LAKESIDE, CA 92040

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $8,211.53
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

---

**3.601**  Nonpriority creditor's name and mailing address
PEREZ, HIVAN, 6700 QUEENSTON BLVD APT # 613, HOUSTON, TX
77084

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $681.48
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.00 |
|---|---|---|---|

**3.602** Nonpriority creditor's name and mailing address
PERFECT DELIVERY SOLUTION INC, 2106 N SHERIDAN DR, QUINCY, IL 62305

Date or dates debt was incurred

As of the petition filing date, the claim is: $125.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?
○ No
○ Yes

---

**3.603** Nonpriority creditor's name and mailing address
PERMATOX PEST CONTROL, 3053 BERT KOUNS, SHREVEPORT, LA 71118

Date or dates debt was incurred

As of the petition filing date, the claim is: $80.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
○ No
○ Yes

---

**3.604** Nonpriority creditor's name and mailing address
PEZZA GARAGE DOORS, 1225 HARTFORD AVE, JOHNSON, RI 02919

Date or dates debt was incurred

As of the petition filing date, the claim is: $353.50
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
○ No
○ Yes

---

**3.605** Nonpriority creditor's name and mailing address
PF REALTY, 241 N PENNSYLVANIA ST, SUITE 300, INDIANAPOLIS,, IN 46204

Date or dates debt was incurred

As of the petition filing date, the claim is: $4,597.39
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?
○ No
○ Yes

**3.606** Nonpriority creditor's name and mailing address
PFCC WEST, 1508 EDGEMONT BLVD., PERRYVILLE, MO 63775

Date or dates debt was incurred

As of the petition filing date, the claim is:     $40.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.607** Nonpriority creditor's name and mailing address
PG&E, 226 E YOSEMITE AVE, MANTECA, CA 95336

Date or dates debt was incurred

As of the petition filing date, the claim is:     $4,566.50
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.608** Nonpriority creditor's name and mailing address
PHILLIPS, DIANA, 2503 RIVER HILLS DR APT 606, ARLINGTON, TX 76006

Date or dates debt was incurred

As of the petition filing date, the claim is:     $625.02
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.609** Nonpriority creditor's name and mailing address
PHILLY OVERHEAD DOORS INC., 2542 EAST ANN STREET, PHILADELPHIA, PA 19134

Date or dates debt was incurred

As of the petition filing date, the claim is:     $4,167.99
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.610** Nonpriority creditor's name and mailing address
PIEDMONT NATURAL GAS, PO BOX 937, TOLEDO, OH 43697

Date or dates debt was incurred

As of the petition filing date, the claim is:     $3,175.57
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.611** Nonpriority creditor's name and mailing address
PINNACLE PROPANE MIDLAND #135, 1612 GARDEN CITY HWY.,
MIDLAND, TX 79701

Date or dates debt was incurred

As of the petition filing date, the claim is:     $154.02
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.612** Nonpriority creditor's name and mailing address
PITNEY BOWES INC, 10430 TWIN CITIES ROAD, GALT, CA 95632

Date or dates debt was incurred

As of the petition filing date, the claim is:     $1,123.92
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.613** Nonpriority creditor's name and mailing address
PITNEY BOWES, 10430 TWIN CITIES ROAD, GALT, CA 95632

Date or dates debt was incurred

As of the petition filing date, the claim is:     $2,256.35
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.614 Nonpriority creditor's name and mailing address
PKF O'CONNOR DAVIES LLP, ATTN: DEAN M. HOTTLE 500
MAMARONECK AVENUE SUITE 301, HARRISON, NY 10528-1648

Date or dates debt was incurred

As of the petition filing date, the claim is:     $13,200.00
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?
- ( ) No
- ( ) Yes

3.615 Nonpriority creditor's name and mailing address
PLUMBING FOR LESS, PO BOX 27362, OAKLAND, CA 94602

Date or dates debt was incurred

As of the petition filing date, the claim is:     $750.00
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
- ( ) No
- ( ) Yes

3.616 Nonpriority creditor's name and mailing address
PNM, PO BOX 27900, ALBUQUERQUE, NM 87125

Date or dates debt was incurred

As of the petition filing date, the claim is:     $101.94
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?
- ( ) No
- ( ) Yes

3.617 Nonpriority creditor's name and mailing address
POLK, JOSEPH W, 2014 S. CLACK APARTMENT 235, ABILENE, TX
79606

Date or dates debt was incurred

As of the petition filing date, the claim is:     $489.00
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
- ( ) No
- ( ) Yes

3.618    Nonpriority creditor's name and mailing address
POLLARD, ANDREA D, 24559 AMADOR ST APT #51, HAYWARD, CA 94544

Date or dates debt was incurred

As of the petition filing date, the claim is:     $3,925.39
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.619    Nonpriority creditor's name and mailing address
POSADA, JHOAN S, 1635 SUNBURST WAY, KISSIMMEE, FL 34744

Date or dates debt was incurred

As of the petition filing date, the claim is:     $550.32
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.620    Nonpriority creditor's name and mailing address
POULIN ENTERPRISES, PO BOX 662, WINDSOR LOCKS, CT 06096

Date or dates debt was incurred

As of the petition filing date, the claim is:     $500.74
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.621    Nonpriority creditor's name and mailing address
POWERS, KERI, 5908 SW 21ST, OKLAHOMA CITY, OK 73128

Date or dates debt was incurred

As of the petition filing date, the claim is:     $605.76
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

**3.622** Nonpriority creditor's name and mailing address
PRECISION UNLIMITED INC, 410 LOCUST ST, ABILENE, TX 79602-1633

Date or dates debt was incurred

As of the petition filing date, the claim is: $2,153.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.623** Nonpriority creditor's name and mailing address
PREMIER TRAILER LEASING, PO BOX 206553, DALLAS, TX 75320-6553

Date or dates debt was incurred

As of the petition filing date, the claim is: $4,573.85
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.624** Nonpriority creditor's name and mailing address
PREMIUM ASSIGNMENT CORPORATION, PO BOX 8000, TALLAHASSEE, FL 32314-8000

Date or dates debt was incurred

As of the petition filing date, the claim is: $3,225.96
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
INSURANCE

Is the claim subject to offset?

○ No

○ Yes

---

**3.625** Nonpriority creditor's name and mailing address
PRESTIGE DESIGN GROUP INC., 1246 BOULDERCREST DR SE, ATLANTA, GA 30316

Date or dates debt was incurred

As of the petition filing date, the claim is: $1,798.20
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.626** Nonpriority creditor's name and mailing address
PRESTO-X, DBA PRESTO-X PO BOX 13848, READING, PA 19612-4087

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:          $1,380.87
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.627** Nonpriority creditor's name and mailing address
PRIORITY COURIER, 3781 PRESIDENTIALPKWY., #8, DORAVILLE, GA 30340

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:          $2,239,653.36
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UNSECURED DEBT / EARNOUT

Is the claim subject to offset?

○ No

○ Yes

---

**3.628** Nonpriority creditor's name and mailing address
PROFESSIONAL PLUMBING & DRAIN CLEANING INC., 1440 S. ST. COLLEGE BLVD, SUITE 3F, ANAHEIM, CA 92806

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:          $622.50
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.629** Nonpriority creditor's name and mailing address
PROFESSIONAL SCREENING & INFORMATION, PO BOX 644, ROME, GA 30162

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:          $102.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

3.630  Nonpriority creditor's name and mailing address
PROFORMA SCREENING SOLUTIONS, 205 EAST HIRST ROAD SUITE
202, PURCELLVILLE, VA 20132

Date or dates debt was incurred

As of the petition filing date, the claim is:   $9,798.55
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

3.631  Nonpriority creditor's name and mailing address
PROGRESSIVE PLUMBING AND PIPING INC, ATTN: ACCTS. PAYABLE
1064 WEST HWY. 50, CLEARMONT, FL 34711

Date or dates debt was incurred

As of the petition filing date, the claim is:   $617.76
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.632  Nonpriority creditor's name and mailing address
PROLOGIS, 2928 GREENS RD, BLDG B SUITE 425, HOUSTON, TX
77032

Date or dates debt was incurred

As of the petition filing date, the claim is:   $13,141.30
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

○ No

○ Yes

3.633  Nonpriority creditor's name and mailing address
PROLOGISTIX /SELECT STAFFING, PO BOX 102332, ATLANTA, GA
30368-2332

Date or dates debt was incurred

As of the petition filing date, the claim is:   $895.23
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
STAFFING/RECRUITING

Is the claim subject to offset?

○ No

○ Yes

**3.634** Nonpriority creditor's name and mailing address
PROTECTION ONE, PO BOX 218044, KANSAS CITY, MO 64121-9044

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$102.93

---

**3.635** Nonpriority creditor's name and mailing address
PSE&G CO, PO BOX 14444, NEW BRUNSWICK, NJ 08906-4444

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$101.78

---

**3.636** Nonpriority creditor's name and mailing address
PUBLIC SERVICE COMPANY, P.O. BOX 371496, PITTSBURGH, PA 15250

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$250.78

---

**3.637** Nonpriority creditor's name and mailing address
PUBLIC WATER SUPPLY DIST #9, 391 N RANGELINE ROAD, COLUMBIA, MO 65201-7473

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$10.65

3.638    Nonpriority creditor's name and mailing address
PUC, MARISOL, 1035 S MARIPOSA AVE #3, LOS ANGELES, CA 90006

Date or dates debt was incurred

As of the petition filing date, the claim is:    $3,600.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

3.639    Nonpriority creditor's name and mailing address
PUGET SOUND ENERGY, PO BOX 91269, BELLEVUE, WA 98009

Date or dates debt was incurred

As of the petition filing date, the claim is:    $799.88
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.640    Nonpriority creditor's name and mailing address
PURE HEALTH SOLUTIONS INC, PO BOX 742647, CINCINNATI, OH 45274-2647

Date or dates debt was incurred

As of the petition filing date, the claim is:    $394.05
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.641    Nonpriority creditor's name and mailing address
PURE WATER PARTNERS, DEPT CH 19648, PALATINE, IL 60055-9648

Date or dates debt was incurred

As of the petition filing date, the claim is:    $58.22
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.642** Nonpriority creditor's name and mailing address
PURE WATER TECHNOLOGY OF GEORGIA LLC, 5112 RICHMOND ROAD, BEDFORD HEIGHTS, OH 44146

Date or dates debt was incurred

As of the petition filing date, the claim is:                  $71.12
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
- ( ) No
- ( ) Yes

---

**3.643** Nonpriority creditor's name and mailing address
PURIFOY, FRANCOIS, 4801 S. ELM PL. APT. 824, BROKEN ARROW, OK 74011

Date or dates debt was incurred

As of the petition filing date, the claim is:                  $1,544.28
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?
- ( ) No
- ( ) Yes

---

**3.644** Nonpriority creditor's name and mailing address
PYE BARKER, FIRE & SAFETY INV P OBOX 69, ROSWELL, GA 30077-0069

Date or dates debt was incurred

As of the petition filing date, the claim is:                  $719.68
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
- ( ) No
- ( ) Yes

---

**3.645** Nonpriority creditor's name and mailing address
QUERY, MICHAEL W, 1701 BALLYGANNER DR, AVON, IN 46123

Date or dates debt was incurred

As of the petition filing date, the claim is:                  $4,860.47
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?
- ( ) No
- ( ) Yes

**3.646** Nonpriority creditor's name and mailing address
QUILIZA, JAEZREEL, 8143 VISALIA WAY, SACRAMENTO, CA 95828

Date or dates debt was incurred

As of the petition filing date, the claim is: $1,375.65
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

◯ No

◯ Yes

---

**3.647** Nonpriority creditor's name and mailing address
QUINTERO, ROSENDO, 5750 SOUTHERN OAKS, SAN ANTONIO, TX 78261

Date or dates debt was incurred

As of the petition filing date, the claim is: $319.23
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

◯ No

◯ Yes

---

**3.648** Nonpriority creditor's name and mailing address
RACKSPACE, PO BOX 730759, DALLAS, TX 75373-0759

Date or dates debt was incurred

As of the petition filing date, the claim is: $122,044.51
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?

◯ No

◯ Yes

---

**3.649** Nonpriority creditor's name and mailing address
RAMOS MORALES, ANELISSA, 11500 JOLLIVILLE RD APT. 1914, AUSTIN, TX 78759

Date or dates debt was incurred

As of the petition filing date, the claim is: $490.39
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

◯ No

◯ Yes

3.650    Nonpriority creditor's name and mailing address
RAMSEY, ROBERT, 7000 BIG BEAR LAKE DRIVE, ARLINGTON, TX
76016

Date or dates debt was incurred

As of the petition filing date, the claim is:    $4,249.76
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

◯ No

◯ Yes

3.651    Nonpriority creditor's name and mailing address
RASCON, SANDRA, 14116 CHESTNUT ST, WHITTIER, CA 90605

Date or dates debt was incurred

As of the petition filing date, the claim is:    $9,282.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

◯ No

◯ Yes

3.652    Nonpriority creditor's name and mailing address
READY REFRESH, 215 6661 DIXIE HWY, STE 4, LOUISVILLE, KY 40258

Date or dates debt was incurred

As of the petition filing date, the claim is:    $105.83
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

◯ No

◯ Yes

3.653    Nonpriority creditor's name and mailing address
RECINOS, MANUEL, 8040 ELROD ST, HOUSTON, TX 77017

Date or dates debt was incurred

As of the petition filing date, the claim is:    $2,000.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

◯ No

◯ Yes

**3.654** Nonpriority creditor's name and mailing address
REDDING JET CENTER, REDDING JET CENTER 3775 FLIGHT AVENUE, REDDING, CA 96002

Date or dates debt was incurred

As of the petition filing date, the claim is:    $803.25
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?
- ○ No
- ○ Yes

**3.655** Nonpriority creditor's name and mailing address
REDWINE, FERNANDA, 6127 FOSTER MILL DR, SAN ANTONIO, TX 78222

Date or dates debt was incurred

As of the petition filing date, the claim is:    $2,422.21
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?
- ○ No
- ○ Yes

**3.656** Nonpriority creditor's name and mailing address
REECE, SHERINE, 9350 SKILLMAN ST. UNIT #3509, DALLAS, TX 75243

Date or dates debt was incurred

As of the petition filing date, the claim is:    $915.62
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
- ○ No
- ○ Yes

**3.657** Nonpriority creditor's name and mailing address
REED, BEVERLY , 4154 WEST PIONEER DRIVE APT 2016, IRVING, TX 75061

Date or dates debt was incurred

As of the petition filing date, the claim is:    $353.92
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
- ○ No
- ○ Yes

3.658 Nonpriority creditor's name and mailing address
REESE, RENE', 1636 OAKWOOD DRIVE, OFALLON, MO 63366

Date or dates debt was incurred

As of the petition filing date, the claim is:    $3,121.11
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

---

3.659 Nonpriority creditor's name and mailing address
RELIABLE DELIVERY, 21450 TROLLEY INDUSTRIAL DRIVE, TAYLOR, MI 48180

Date or dates debt was incurred

As of the petition filing date, the claim is:    $81.70
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

---

3.660 Nonpriority creditor's name and mailing address
RELIANT, PO BOX 650475, DALLAS, TX 75265

Date or dates debt was incurred

As of the petition filing date, the claim is:    $2,860.88
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.661 Nonpriority creditor's name and mailing address
REPUBLIC SERVICES #847, PO BOX 78829, PHOENIX, AZ 85062-8829

Date or dates debt was incurred

As of the petition filing date, the claim is:    $814.26
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.662 Nonpriority creditor's name and mailing address
REPUBLIC SERVICES, PO BOX 78829, PHOENIX, AZ 85062-8829

Date or dates debt was incurred

As of the petition filing date, the claim is: $1,333.43
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.663 Nonpriority creditor's name and mailing address
RESENDEZ, ISAIAS, 1306 HONEY HILL DR, TEMPLE, TX 76502-7822

Date or dates debt was incurred

As of the petition filing date, the claim is: $2,595.94
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

3.664 Nonpriority creditor's name and mailing address
REVCO LEASING COMPANY LLC, PO BOX 65598, SALT LAKE CITY, UT 84165-0598

Date or dates debt was incurred

As of the petition filing date, the claim is: $386.50
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?

○ No

○ Yes

3.665 Nonpriority creditor's name and mailing address
RICE, LAUREN, 6241 BENBROOKE DR., ACWORTH, GA 30101

Date or dates debt was incurred

As of the petition filing date, the claim is: $2,901.03
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

**3.666** Nonpriority creditor's name and mailing address
RICHARDS, CAROL LYNN, 132 REBEL RIDGE CT, YUKON, OK 73099

Date or dates debt was incurred

As of the petition filing date, the claim is: $4,013.83
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

**3.667** Nonpriority creditor's name and mailing address
RICOH, PO BOX 740540, ATLANTA, GA 30374-0540

Date or dates debt was incurred

As of the petition filing date, the claim is: $3,942.02
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.668** Nonpriority creditor's name and mailing address
RICOH/WELLS FARGO, PO BOX 740540, ATLANTA, GA 30374-0540

Date or dates debt was incurred

As of the petition filing date, the claim is: $35,311.96
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.669** Nonpriority creditor's name and mailing address
RISINGER, ERIC, 361 SMALLWOOD RD., GLADEWATER, TX 75647

Date or dates debt was incurred

As of the petition filing date, the claim is: $512.04
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.670    Nonpriority creditor's name and mailing address
RIVER VALLEY PLUMBING, 4151 ANTLER DRIVE, GREENWOOD, AR
72936

Date or dates debt was incurred

As of the petition filing date, the claim is:     $245.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.671    Nonpriority creditor's name and mailing address
RIVERON CONSULTING LLC, 2515 MCKINNEY AVENUE SUITE 1200,
DALLAS, TX 75201

Date or dates debt was incurred

As of the petition filing date, the claim is:     $27,700.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

---

3.672    Nonpriority creditor's name and mailing address
ROBERTSON, JUANITA, 101 BILBIL LN, VILLA RICA, GA 30180

Date or dates debt was incurred

As of the petition filing date, the claim is:     $3,095.92
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

---

3.673    Nonpriority creditor's name and mailing address
ROBINSON, IRENE RENEE, 6530 SUITLAND ROAD, SUITLAND, MD
20746

Date or dates debt was incurred

As of the petition filing date, the claim is:     $664.97
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

**3.674** Nonpriority creditor's name and mailing address
ROCKLEDGE/BRE APARTMENT HOLDINGS II LLC, 2075 POWERS
FERRY ROAD SE, MARIETTA, GA 30067

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$100.00

---

**3.675** Nonpriority creditor's name and mailing address
ROCKY MOUNTAIN POWER, PO BOX 26000, PORTLAND, OR 97256

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$204.63

---

**3.676** Nonpriority creditor's name and mailing address
RODEN, ANDREA, 6140 71ST ST APT 502, LUBBOCK, TX 79424-2066

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$535.60

---

**3.677** Nonpriority creditor's name and mailing address
RODRIGUEZ, FRANCISCO, 1020 FOX AVE, APT 514, LEWISVILLE, TX
75067

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$173.40

**3.678**  Nonpriority creditor's name and mailing address
RODRIGUEZ, MARGARET, 2651 SIMS AVE, OVERLAND, MO 63114

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$347.48

---

**3.679**  Nonpriority creditor's name and mailing address
RONALD GUINASSO DBA GUINASSO TRUCKING, 1135 KING STREET, REDWOOD CITY, CA 94061

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

$683.70

---

**3.680**  Nonpriority creditor's name and mailing address
ROSADO, RENNIE, 175 ACKERMAN AVE APT 5, CLIFTON, NJ 07011

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$958.55

---

**3.681**  Nonpriority creditor's name and mailing address
ROSENBLUM, ALLEN, 1055 N VINEDO AVE, PASADENA, CA 91107

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

$13,300.00

3.682 Nonpriority creditor's name and mailing address
ROTO ROOTER PLUMBING & DRAIN SER., PO BOX 7226, SHERWOOD, CA 72124

Date or dates debt was incurred

As of the petition filing date, the claim is:    $199.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes


3.683 Nonpriority creditor's name and mailing address
ROUSON, MINERVA C, 6402 STONEY POINT S, NORFOLK, VA 23502

Date or dates debt was incurred

As of the petition filing date, the claim is:    $566.64
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes


3.684 Nonpriority creditor's name and mailing address
ROUTE4ME INC, PO BOX 3014, FORT LEE, NJ 07024

Date or dates debt was incurred

As of the petition filing date, the claim is:    $14,985.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes


3.685 Nonpriority creditor's name and mailing address
ROYAL CUP COFFEE, PO BOX 170971, BIRMINGHAM, AL 35217

Date or dates debt was incurred

As of the petition filing date, the claim is:    $267.73
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.686    Nonpriority creditor's name and mailing address
RUEDA, ARMANDO, 2230 NORTH BOOTH STREET, MILWAUKEE, WI
53212

Date or dates debt was incurred

As of the petition filing date, the claim is:    $1,940.38
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

---

3.687    Nonpriority creditor's name and mailing address
RUMSEY, SUSAN JAYNE, 1401 S. BROADWAY ST, MOORE, OK 73160

Date or dates debt was incurred

As of the petition filing date, the claim is:    $1,052.10
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

3.688    Nonpriority creditor's name and mailing address
RUSSELL, HERSHIEL A, 1007 BRINWOOD DRIVE, SEFFNER, FL 33584

Date or dates debt was incurred

As of the petition filing date, the claim is:    $627.08
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

3.689    Nonpriority creditor's name and mailing address
S.C. ROSSI & COMPANY INC, 1410 16TH STREET SE, ROANOKE, VA
24014

Date or dates debt was incurred

As of the petition filing date, the claim is:    $14,385.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.690** Nonpriority creditor's name and mailing address
SAFE EXPRESS INC, 2979 INTERSTATE ST, CHARLOTTE, NC 28208

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

$110.00

---

**3.691** Nonpriority creditor's name and mailing address
SALAFIA ELECTRIC LLC, PO BOX 1265 165 SAYBROOK ROAD,
MIDDLETOWN, CT 06457

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$3,782.17

---

**3.692** Nonpriority creditor's name and mailing address
SALAS, ARACELI, 311 SADDLE HORN DR, HOUSTON, TX 77032

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$429.00

---

**3.693** Nonpriority creditor's name and mailing address
SALAS, WENDY VANESSA, 10714 CORAL STONE RD, HOUSTON, TX
77086

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$549.08

3.694   Nonpriority creditor's name and mailing address
        SALOMAN, CRAIG JOHN, 364 W HONEYSUCKLE DRIVE DRIVE,
        CHANDLER, AZ 85248

        Date or dates debt was incurred

        As of the petition filing date, the claim is:        $6,271.67
        *Check all that apply.*
        ☑ Contingent
        ☑ Unliquidated
        ☐ Disputed

        Basis for the claim:
        EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

        Is the claim subject to offset?
        ○ No
        ○ Yes

3.695   Nonpriority creditor's name and mailing address
        SAMANA, IOSEFO T, 12827 N 29TH AVE, PHOENIX, AZ 85029

        Date or dates debt was incurred

        As of the petition filing date, the claim is:        $816.67
        *Check all that apply.*
        ☑ Contingent
        ☑ Unliquidated
        ☐ Disputed

        Basis for the claim:
        EARNED PTO

        Is the claim subject to offset?
        ○ No
        ○ Yes

3.696   Nonpriority creditor's name and mailing address
        SAME DAY DELIVERY, 3800 THREE MILE RD. NW, GRAND RAPIDS, MI
        49534

        Date or dates debt was incurred

        As of the petition filing date, the claim is:        $963.35
        *Check all that apply.*
        ☑ Contingent
        ☑ Unliquidated
        ☐ Disputed

        Basis for the claim:
        LOGISTICS

        Is the claim subject to offset?
        ○ No
        ○ Yes

3.697   Nonpriority creditor's name and mailing address
        SAN DIEGO GAS & ELECTRIC, PO BOX 25111, SANTA ANA, CA 92799

        Date or dates debt was incurred

        As of the petition filing date, the claim is:        $353.72
        *Check all that apply.*
        ☑ Contingent
        ☑ Unliquidated
        ☐ Disputed

        Basis for the claim:
        UTILITY CLAIM

        Is the claim subject to offset?
        ○ No
        ○ Yes

3.698    Nonpriority creditor's name and mailing address
SANCHEZ, DARIAN, 22425 S. ROSE GLEN PL., CLAREMORE, OK 74019

Date or dates debt was incurred

As of the petition filing date, the claim is:    $700.18
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
○ No
○ Yes

3.699    Nonpriority creditor's name and mailing address
SANNICOLAS, JEAN T, 2051 GRANITE HILLS D, EL CAJON, CA 92019

Date or dates debt was incurred

As of the petition filing date, the claim is:    $2,600.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
○ No
○ Yes

3.700    Nonpriority creditor's name and mailing address
SAUCEDA, LIDIA, 418 ALAMO ST. PO BOX 101, SANTA ROSA, TX 78593

Date or dates debt was incurred

As of the petition filing date, the claim is:    $403.44
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
○ No
○ Yes

3.701    Nonpriority creditor's name and mailing address
SAUCEDA, LUIS, 7142 GRASSY TRAIL, SAN ANTONIO, TX 78244

Date or dates debt was incurred

As of the petition filing date, the claim is:    $1,347.58
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?
○ No
○ Yes

**3.702** Nonpriority creditor's name and mailing address
SAUER TRANSPORT INC, 2128 N.DEVLIN WAY, NAMPA, ID 83687

Date or dates debt was incurred

As of the petition filing date, the claim is: $315.00
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?
- ○ No
- ○ Yes

**3.703** Nonpriority creditor's name and mailing address
SCE&G, 425 INDUSTRIAL DRIVE, LEXINGTON, SC 29072

Date or dates debt was incurred

As of the petition filing date, the claim is: $2,895.72
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?
- ○ No
- ○ Yes

**3.704** Nonpriority creditor's name and mailing address
SCHAEFERS, STEPHEN P, 302 RIDGEWOOD DRIVE, LEWISVILLE, TX 75067

Date or dates debt was incurred

As of the petition filing date, the claim is: $3,566.53
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?
- ○ No
- ○ Yes

**3.705** Nonpriority creditor's name and mailing address
SCHAFF-HAAS, KATREASE, 792 BECKWITH AVENUE, DES MOINES, IA 50313

Date or dates debt was incurred

As of the petition filing date, the claim is: $83.49
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
- ○ No
- ○ Yes

**3.706** Nonpriority creditor's name and mailing address
SCHMINCKE, FRED, 1901 NARBERTH AVE, HADDON HEIGHTS, NJ
08035

Date or dates debt was incurred

As of the petition filing date, the claim is:                          $3,910.67
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

**3.707** Nonpriority creditor's name and mailing address
SCHNEIDER, P.O. BOX 74008750, CHICAGO, IL 60632

Date or dates debt was incurred

As of the petition filing date, the claim is:                          $2,895.45
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.708** Nonpriority creditor's name and mailing address
SCHNEIDER/ NAVISTAR, P.O. BOX 74008750, CHICAGO, IL 60632

Date or dates debt was incurred

As of the petition filing date, the claim is:                          $5,145.86
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
CUSTOMER CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.709** Nonpriority creditor's name and mailing address
SCOGGAN, CHAUNCEY, 6444 MONTCALM AVENUE, NEWARK, CA
94560

Date or dates debt was incurred

As of the petition filing date, the claim is:                          $2,136.26
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

**3.710** Nonpriority creditor's name and mailing address
SCOPELITIS GARVIN LIGHT HANSON & FEARY, 10 WEST MARKET
STREET SUITE 1500, INDIANAPOLIS, IN 46204

Date or dates debt was incurred

As of the petition filing date, the claim is: $1,045.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

---

**3.711** Nonpriority creditor's name and mailing address
SCOTT, DONALD, 2606 SKYVIEW DRIVE, CORINTH, TX 76210

Date or dates debt was incurred

As of the petition filing date, the claim is: $6,656.24
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

---

**3.712** Nonpriority creditor's name and mailing address
SCOTT, WILLIAM D, 2167 PALMYRA DR.SE, MARIETTA, GA 30067

Date or dates debt was incurred

As of the petition filing date, the claim is: $1,479.46
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

---

**3.713** Nonpriority creditor's name and mailing address
SEARCY, PHILLIP, 5971 WILLOW OAK DRIVE, KERNERSVILLE, NC
27284

Date or dates debt was incurred

As of the petition filing date, the claim is: $165.84
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.714 Nonpriority creditor's name and mailing address
SECRETARY OF LABOR V. BEAVEX INCORPORATED, 1100 EAST
CAMPBELL RD., STE., 250, RICHARDSON, TX 75081

Date or dates debt was incurred

As of the petition filing date, the claim is:      UNKNOWN
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?

○ No

○ Yes

3.715 Nonpriority creditor's name and mailing address
SECURITEX, 1818 N. I-35 E. SUITE 102, CARROLLTON, TX 75006

Date or dates debt was incurred

As of the petition filing date, the claim is:      $767.49
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.716 Nonpriority creditor's name and mailing address
SECURITY EQUIPMENT INC., 2238 S 156 CIRCLE, OMAHA, NE 68130

Date or dates debt was incurred

As of the petition filing date, the claim is:      $787.11
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.717 Nonpriority creditor's name and mailing address
SEGURA, ANTONIO, 3904 WEST 104TH STREET, INGLEWOOD, CA
90303

Date or dates debt was incurred

As of the petition filing date, the claim is:      $5,992.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

**3.718** Nonpriority creditor's name and mailing address
SELBY, WILLIAM, 1816 NW 164TH CIR., EDMOND, OK 73013

Date or dates debt was incurred

As of the petition filing date, the claim is: $2,724.40
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

**3.719** Nonpriority creditor's name and mailing address
SELECT OFFICE SYSTEMS INC., PO BOX 11777, BURBANK, CA 91510-1777

Date or dates debt was incurred

As of the petition filing date, the claim is: $517.92
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.720** Nonpriority creditor's name and mailing address
SENTINEL WAREHOUSING & DISTRIBUTION INC, 424 FAIRMAN CT, LEXINGTON, KY 40511

Date or dates debt was incurred

As of the petition filing date, the claim is: $450.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

○ No

○ Yes

**3.721** Nonpriority creditor's name and mailing address
SERVICE PROS, 4014 PLANTERS WATCH DRIVE, CHARLOTTE, NC 28278

Date or dates debt was incurred

As of the petition filing date, the claim is: $600.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.722    Nonpriority creditor's name and mailing address
SHARP WATER CULLIGAN, 1809 NORTH BLACKHORSE PIKE,
WILLIAMSTOWN, NJ 08094

Date or dates debt was incurred

As of the petition filing date, the claim is:    $44.87
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.723    Nonpriority creditor's name and mailing address
SHEFFA LLC, ATTN: IRWIN G. PASTERMACK, PROPERTY MANAGER
745 EAST MARYLAND AVENUE, PHOENIX, AZ 85014

Date or dates debt was incurred

As of the petition filing date, the claim is:    $22,459.67
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

○ No

○ Yes

---

3.724    Nonpriority creditor's name and mailing address
SHELF RACK INC, 5620 KNOTT AVE., BUENA PARK, CA 90621

Date or dates debt was incurred

As of the petition filing date, the claim is:    $2,479.74
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.725    Nonpriority creditor's name and mailing address
SHI INTERNATIONAL CORP, PO BOX 952121, DALLAS, TX 75395-2121

Date or dates debt was incurred

As of the petition filing date, the claim is:    $10,560.23
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?

○ No

○ Yes

**3.726** Nonpriority creditor's name and mailing address
SHOPPAS MATERIAL HANDLING, 15217 GRAND RIVER RD, FT. WORTH, TX 76155

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
○ No
○ Yes

$2,071.46

---

**3.727** Nonpriority creditor's name and mailing address
SIH WORKCARE WEST, 500 LINCOLN DR, STE D, HERRIN, IL 62948

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
CREDIT MEMO

Is the claim subject to offset?
○ No
○ Yes

$50.00

---

**3.728** Nonpriority creditor's name and mailing address
SILVA, KARLA, 5716 CALMOR AVE APT 1, SAN JOSE, CA 95123

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
○ No
○ Yes

$1,670.68

---

**3.729** Nonpriority creditor's name and mailing address
SIMMONS, LAURA , PO BOX 2252, FARMINGTON HILLS, MI 48333

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
○ No
○ Yes

$336.66

3.730    Nonpriority creditor's name and mailing address
SIMONE, DEBORAH A, 129 TEANECK RD, RIDGEFIELD PARK, NJ 07660

Date or dates debt was incurred

As of the petition filing date, the claim is:    $5,990.62
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

   ◯ No

   ◯ Yes

3.731    Nonpriority creditor's name and mailing address
SIMPSON, JIM, 743 HARWELL RD NW, ATLANTA, GA 30318

Date or dates debt was incurred

As of the petition filing date, the claim is:    $687.28
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

   ◯ No

   ◯ Yes

3.732    Nonpriority creditor's name and mailing address
SINGH, HARJINDER, 4172 SAMUEL COURT, NORCROSS, GA 30093

Date or dates debt was incurred

As of the petition filing date, the claim is:    $829.05
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

   ◯ No

   ◯ Yes

3.733    Nonpriority creditor's name and mailing address
SMITH LIQUIFIED PETROLEUM GAS LLC, DBA: SMITH LP GAS CO. 601
NORTH I-27, LUBBOCK, TX 79403

Date or dates debt was incurred

As of the petition filing date, the claim is:    $1,142.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

   ◯ No

   ◯ Yes

**3.734** Nonpriority creditor's name and mailing address
SNELL & WILMER LLP, ONE ARIZONA CENTER 400 E VAN BUREN
SUITE 1900, PHOENIX, AZ 85004-2202

Date or dates debt was incurred

As of the petition filing date, the claim is: $4,537.80
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?
○ No
○ Yes

**3.735** Nonpriority creditor's name and mailing address
SNODGRASS, RUSS C, 119 E CRESTON AVE, DES MOINES, IA 50315

Date or dates debt was incurred

As of the petition filing date, the claim is: $4,326.56
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?
○ No
○ Yes

**3.736** Nonpriority creditor's name and mailing address
SONITROL SECURITY SYSTEMS, 4455 TILE DRIVE, NORTH
CHARLESTON, SC 29405

Date or dates debt was incurred

As of the petition filing date, the claim is: $81.04
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
○ No
○ Yes

**3.737** Nonpriority creditor's name and mailing address
SONORAN TRANSPORT LLC., ATTN: OFFICER, MANAGING OR
GENERAL AGENT, OR RESPONSIBLE PARTY PO BOX 621, WADDELL,
AZ 85355-9998

Date or dates debt was incurred

As of the petition filing date, the claim is: $9,145.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?
○ No
○ Yes

**3.738** Nonpriority creditor's name and mailing address
SOTO, MARIA J, 73 LAWRENCE ST, E HARTFORD, CT 06118

Date or dates debt was incurred

As of the petition filing date, the claim is: $585.18
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

**3.739** Nonpriority creditor's name and mailing address
SOUTH FLORIDA EXPRESS BANKSERV INC., PO BOX 523335, MIAMI, FL 33152

Date or dates debt was incurred

As of the petition filing date, the claim is: $3,167.50
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

**3.740** Nonpriority creditor's name and mailing address
SOUTHEAST INDUSTRIAL EQUIPMENT, P OBOX 63230, CHARLOTTE, NC 28263-3230

Date or dates debt was incurred

As of the petition filing date, the claim is: $800.60
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.741** Nonpriority creditor's name and mailing address
SOUTHLAND EQUIPMENT SERVICE INC, 109 N. SHORECREST ROAD, COLUMBIA, SC 29209

Date or dates debt was incurred

As of the petition filing date, the claim is: $847.94
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.742   Nonpriority creditor's name and mailing address
SOUTHWEST AIRLINES CARGO, PO BOX 97390, DALLAS, TX 75397

Date or dates debt was incurred

As of the petition filing date, the claim is:    $23,128.23
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?
- ◯ No
- ◯ Yes

3.743   Nonpriority creditor's name and mailing address
SOUTHWEST GAS CORPORATION, PO BOX 98890, LAS VEGAS, NV
89193

Date or dates debt was incurred

As of the petition filing date, the claim is:    $54.18
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?
- ◯ No
- ◯ Yes

3.744   Nonpriority creditor's name and mailing address
SOUTHWESTERN ELECTRIC POWER COMPANY, PO BOX 24401,
CANTON, OH 44701

Date or dates debt was incurred

As of the petition filing date, the claim is:    $134.02
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?
- ◯ No
- ◯ Yes

3.745   Nonpriority creditor's name and mailing address
SOUTHWESTERN ELECTRIC POWER, PO BOX 24401, CANTON, OH
44701

Date or dates debt was incurred

As of the petition filing date, the claim is:    $203.16
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?
- ◯ No
- ◯ Yes

**3.746** Nonpriority creditor's name and mailing address
SP RICHARDS, 6300 HIGHLANS PKWY SE, SMYRNA, GA 30082

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
CUSTOMER CLAIM

Is the claim subject to offset?

○ No

◉ Yes

$715.14

**3.747** Nonpriority creditor's name and mailing address
SPACES BY JULIANA, 541 HULL AVE, SAN JOSE, CA 95125

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
CUSTOMER CLAIM

Is the claim subject to offset?

○ No

◉ Yes

$1,492.66

**3.748** Nonpriority creditor's name and mailing address
SPARKS, JAMES, 12479 CALICO ROAD, FLETCHER, MO 63030

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

$3,750.03

**3.749** Nonpriority creditor's name and mailing address
SPARKS, SUSAN M, 4378 PEBBLE BEACH ROAD, ROCKLIN, CA 95765

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

$5,916.95

3.750    Nonpriority creditor's name and mailing address
SPELLS, RODERICK, PO BOX 83277, LOS ANGELES, CA 90083

Date or dates debt was incurred

As of the petition filing date, the claim is:    $4,338.39
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

3.751    Nonpriority creditor's name and mailing address
SPRINGDALE WATER UTILITIES, PO BOX 769, SPRINGDALE, AR 72765

Date or dates debt was incurred

As of the petition filing date, the claim is:    $34.49
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.752    Nonpriority creditor's name and mailing address
SPRINT - 779203651, SPRINT PO BOX 4181, CAROL STREAM, IL 60197-4181

Date or dates debt was incurred

As of the petition filing date, the claim is:    $8,811.78
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.753    Nonpriority creditor's name and mailing address
SPRINT, PO BOX 4181, CAROL STREAM, IL 60197-4181

Date or dates debt was incurred

As of the petition filing date, the claim is:    $827.17
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?

○ No

○ Yes

3.754 Nonpriority creditor's name and mailing address
SRP, PO MBOX 80062, PRESCOTT, AZ 86304

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$861.19

---

3.755 Nonpriority creditor's name and mailing address
SSM HEALTH MEDICAL GROUP, PO BOX 1027, JEFFERSON CITY, MO 65102-1027

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$495.00

---

3.756 Nonpriority creditor's name and mailing address
ST LUKE'S WORKPLACE HEALTH, PO BOX 505252, ST LOUIS, MO 63150-5252

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$144.00

---

3.757 Nonpriority creditor's name and mailing address
STAFFING NETWORK LLC, 1815 S. MEYERS RD., STE. 600, OAKBROOK TERRACE, IL 60181

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
STAFFING/RECRUITING

Is the claim subject to offset?

○ No

○ Yes

$2,590.64

**3.758** Nonpriority creditor's name and mailing address
STANLEY CONVERGENT SECURITY SOLUTIONS INC, DEPT.CH 10651,
PALATINE, IL 60055

Date or dates debt was incurred

As of the petition filing date, the claim is: $375.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.759** Nonpriority creditor's name and mailing address
STANLEY SECURITY SOLUTIONS, DEPT CH 10651, PALATINE, IL
60055

Date or dates debt was incurred

As of the petition filing date, the claim is: $7,674.53
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.760** Nonpriority creditor's name and mailing address
STANLEY, TIMOTHY ALAN, 1356 BENTWATER DRIVE, ACWORTH, GA
30101

Date or dates debt was incurred

As of the petition filing date, the claim is: $10,618.70
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

**3.761** Nonpriority creditor's name and mailing address
STAPLES ADVANTAGE, DEPTATL PO BOX 105748, ATLANTA, GA
30348-5748

Date or dates debt was incurred

As of the petition filing date, the claim is: $15,430.50
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.762**  Nonpriority creditor's name and mailing address
STAPLES TECHNOLOGY SOLUTIONS, PO BOX 95230, CHICAGO, IL
60694

Date or dates debt was incurred

As of the petition filing date, the claim is:      $8,056.16
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.763**  Nonpriority creditor's name and mailing address
STAPLES, STAPLES BUSINESS ADVANTAGE PO BOX 105748,
ATLANTA, GA 30348

Date or dates debt was incurred

As of the petition filing date, the claim is:      $1,823.51
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

◉ Yes

**3.764**  Nonpriority creditor's name and mailing address
STERLING PALLETS, PO BOX 430, WEST JORDAN, UTAH 84084

Date or dates debt was incurred

As of the petition filing date, the claim is:      $4,709.66
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.765**  Nonpriority creditor's name and mailing address
STORE N LOCK OF ERIE, 2315 W. GRANDVIEW BLVD (B-11), ERIE, PA
16506

Date or dates debt was incurred

As of the petition filing date, the claim is:      $330.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
STORAGE FEES

Is the claim subject to offset?

○ No

○ Yes

**3.766** Nonpriority creditor's name and mailing address
STROHECKER, RICHARD L, 1320 ST DENIS ST, FLORISSANT, MO 63033

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$372.03

---

**3.767** Nonpriority creditor's name and mailing address
STROM, ANDREW, 17004 SE 261ST ST, COVINGTON, WA 98042

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$993.65

---

**3.768** Nonpriority creditor's name and mailing address
STROTHER, HOWARD M, 3 BREAMAR TERRACE, GREENVILLE, SC 29607

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$510.38

---

**3.769** Nonpriority creditor's name and mailing address
SUBURBAN PROPANE LP, PO BOX 12068, FRESNO, CA 93776-2068

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$326.50

3.770 Nonpriority creditor's name and mailing address
SUBURBAN PROPANE, PO BOX 12068, FRESNO, CA 93776-2068

Date or dates debt was incurred

As of the petition filing date, the claim is: $438.20
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
○ No
○ Yes

---

3.771 Nonpriority creditor's name and mailing address
SULLIVAN, STEPHEN, 9014 PHEASANT TRACE COURT, HOUSTON, TX 77064

Date or dates debt was incurred

As of the petition filing date, the claim is: $7,432.93
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?
○ No
○ Yes

---

3.772 Nonpriority creditor's name and mailing address
SUNBELT INDUSTRIAL TRUCKS, 1617 TERRE COLONY CT., DALLAS, TX 75212

Date or dates debt was incurred

As of the petition filing date, the claim is: $541.25
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
○ No
○ Yes

---

3.773 Nonpriority creditor's name and mailing address
SUNTECK, 6413 CONGRESS DRIVE, SUITE 230, BOCA RATON, FL 33487

Date or dates debt was incurred

As of the petition filing date, the claim is: $342.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.774  Nonpriority creditor's name and mailing address
SUPERIOR IMPORTERS, 13 ANGELICA CT., PRINCETON, NJ 08540

Date or dates debt was incurred

As of the petition filing date, the claim is:          $5,714.29
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

○ No

○ Yes

3.775  Nonpriority creditor's name and mailing address
SUPERIOR IMPORTS LLC, 318 9TH ST., #112, EVANSTON, WY 82930

Date or dates debt was incurred

As of the petition filing date, the claim is:          $32,000.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
DEPOSIT DUE TO SUB-LEASES

Is the claim subject to offset?

○ No

○ Yes

3.776  Nonpriority creditor's name and mailing address
SUPPLY ACCESS CENTER INC., PO BOX 3625, CHATSWORTH, CA 91313-3625

Date or dates debt was incurred

As of the petition filing date, the claim is:          $369.05
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.777  Nonpriority creditor's name and mailing address
SUPPLY CHAIN PARTNERS INC., PO BOX 33101, LOUISVILLE, KY 40232-3101

Date or dates debt was incurred

As of the petition filing date, the claim is:          $45.96
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

3.778  Nonpriority creditor's name and mailing address
SUPREME OFFICE CLEANING, DBA: SUPREME OFFICE CLEANING, LLC
25 SOUTHWOOD DR, MORRIS PLAINS, NJ 07950

Date or dates debt was incurred

As of the petition filing date, the claim is:        $17,862.72
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.779  Nonpriority creditor's name and mailing address
SVN/WACB INC, PO BOX 92739 SUITE A, ALBUQUERQUE, NM 87199-2739

Date or dates debt was incurred

As of the petition filing date, the claim is:        $874.31
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?
○ No
○ Yes

3.780  Nonpriority creditor's name and mailing address
SYSTEM4 CHICAGO, PO BOX 87604, CHICAGO, IL 60680

Date or dates debt was incurred

As of the petition filing date, the claim is:        $674.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.781  Nonpriority creditor's name and mailing address
SYSTEM4 OF SACRAMENTO, P. O BOX 674, ROCKLIN, CA 95677

Date or dates debt was incurred

As of the petition filing date, the claim is:        $744.60
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
○ No
○ Yes

3.782 Nonpriority creditor's name and mailing address
T&K ASPHALT, 7 INDUSTRIAL WAY, WHITMAN, MA 02382

Date or dates debt was incurred

As of the petition filing date, the claim is: $1,050.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.783 Nonpriority creditor's name and mailing address
T.S. EXPRESS INC, PO BOX 92126, ELK GROVE VILLAGE, IL 60009

Date or dates debt was incurred

As of the petition filing date, the claim is: $771.57
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

3.784 Nonpriority creditor's name and mailing address
TARGET AIRCONDITIONING & HEATING, PO BOX 852, MIDLAND, TX 79702

Date or dates debt was incurred

As of the petition filing date, the claim is: $170.10
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.785 Nonpriority creditor's name and mailing address
TAUNTON MUNICIPAL LIGHT PLANT, PO BOX 870, TAUNTON, MA 02780

Date or dates debt was incurred

As of the petition filing date, the claim is: $779.14
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.786** Nonpriority creditor's name and mailing address
TAUNTON WATER DIVISON, PO BOX 844508, BOSTON, MA 02284-4508

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $142.91
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.787** Nonpriority creditor's name and mailing address
TAXBREAK, DBA TAXBREAK PO BOX 403, GADSDEN, AL 35902

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $2,025.47
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

---

**3.788** Nonpriority creditor's name and mailing address
TAYLOR, CLARETHA D, 2255 SATELLITE BLVD APT E206, DULUTH, GA 30097

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $170.33
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.789** Nonpriority creditor's name and mailing address
TEAL, DERION, 5608 COUGAR DRIVE APT 221, AUSTIN, TX 78745

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $249.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.790    Nonpriority creditor's name and mailing address
TEIXEIRA, VICTOR, 12 IRMA AVE, WATERTOWN, MA 02472

Date or dates debt was incurred

As of the petition filing date, the claim is:    $1,077.20
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

3.791    Nonpriority creditor's name and mailing address
TEK EQUIPMENT, 2280 S 2700 W, WEST VALLEY CITY, UT 84119

Date or dates debt was incurred

As of the petition filing date, the claim is:    $797.70
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.792    Nonpriority creditor's name and mailing address
TERRAN, ANNETTE, ANNETTE TERRAN 224 DEFIANCE ROAD,
DEFIANCE, MO 63341

Date or dates debt was incurred

As of the petition filing date, the claim is:    $813.90
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

3.793    Nonpriority creditor's name and mailing address
TEXAS GAS SERVICE, PO BOX 219913, KANSAS CITY, MO 64121

Date or dates debt was incurred

As of the petition filing date, the claim is:    $672.03
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.794** Nonpriority creditor's name and mailing address
TEXAS INDUSTRIAL SERVICES, 108 STEVENS, LADONIA, TX 75449

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$987.24

---

**3.795** Nonpriority creditor's name and mailing address
THARPE, ROBERT LEE, 9215 CHESTNUT LAKE DRIVE, JONESBORO, GA 30236

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

$3,328.23

---

**3.796** Nonpriority creditor's name and mailing address
THE CITY OF FORT SMITH, 623 GARRISON AVE PO BOX 1907, FORT SMITH, AR 72902

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

$30.11

---

**3.797** Nonpriority creditor's name and mailing address
THE COURIER COMPANY, 700 W PETE ROSE WAY SUITE 154, CINCINNATI, OH 45203

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

$2,326.72

**3.798** Nonpriority creditor's name and mailing address
THE HOME CITY ICE COMPANY, PO BOX 111116, CINCINNATI, OH 45211

Date or dates debt was incurred

As of the petition filing date, the claim is:     $27.98
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.799** Nonpriority creditor's name and mailing address
THE INTERSECT GROUP LLC, PO BOX 116630, ATLANTA, GA 30368

Date or dates debt was incurred

As of the petition filing date, the claim is:     $135.57
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
STAFFING/RECRUITING

Is the claim subject to offset?

○ No

○ Yes

---

**3.800** Nonpriority creditor's name and mailing address
THE WATER JUG, 363 SLOOP POINT LOOP RD, HAMPSTEAD, NC 28443

Date or dates debt was incurred

As of the petition filing date, the claim is:     $166.39
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.801** Nonpriority creditor's name and mailing address
THERAPAK, PO BOX 740864, ATLANTA, GA 30374-0864

Date or dates debt was incurred

As of the petition filing date, the claim is:     $18.51
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

**3.802**   Nonpriority creditor's name and mailing address
THERMAL SERVICE OF NEW JERSEY, PO BOX 6554, EDISON, NJ
08818

Date or dates debt was incurred

As of the petition filing date, the claim is:   $1,465.13
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.803**   Nonpriority creditor's name and mailing address
T-MOBILE - 886932711, T-MOBILE PO BOX 790047, ST LOUIS, MO
63179

Date or dates debt was incurred

As of the petition filing date, the claim is:   $151.49
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.804**   Nonpriority creditor's name and mailing address
T-MOBILE - 910666898, T-MOBILE PO BOX 790047, ST LOUIS, MO
63179-0047

Date or dates debt was incurred

As of the petition filing date, the claim is:   $1,685.95
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.805**   Nonpriority creditor's name and mailing address
TORRES, RENE C, 1316 WOODLAWN ST, LOCKHART, TX 78644

Date or dates debt was incurred

As of the petition filing date, the claim is:   $180.13
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.806 Nonpriority creditor's name and mailing address
TORRES, VICTOR , PO BOX 267, SANTA ROSA, TX 78593

Date or dates debt was incurred

As of the petition filing date, the claim is:          $208.78
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.807 Nonpriority creditor's name and mailing address
TOTAL TRUCK TRANSPORT, 19128 ROMAN WAY, MONTGOMERY
VILLAGE, MD 20886

Date or dates debt was incurred

As of the petition filing date, the claim is:          $2,850.87
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

3.808 Nonpriority creditor's name and mailing address
TOWN DELIVERY, 2615 NORTH 11TH STREET, OMAHA, NE 68110

Date or dates debt was incurred

As of the petition filing date, the claim is:          $202.02
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

3.809 Nonpriority creditor's name and mailing address
TOWN OF LEXINGTON, 111 MAIDEN LANE PO BOX 397, LEXINGTON,
SC 29071

Date or dates debt was incurred

As of the petition filing date, the claim is:          $107.65
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.810** Nonpriority creditor's name and mailing address
TOYOTA MATERIAL HANDLING NORTHEAST, PO BOX 88120,
CHICAGO, IL 60695-1120

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $1,831.37
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.811** Nonpriority creditor's name and mailing address
TREETOP ENTERPRISES, INC, 1204 JEFFCO BLVD, ARNOLD, MO
63010

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $464.37
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.812** Nonpriority creditor's name and mailing address
TRIBRIDGE HOLDINGS LLC, 4830 W. KENNEDY BLVD., STE. 890,
TAMPA, FLORIDA 33609

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $400.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

---

**3.813** Nonpriority creditor's name and mailing address
TRICOR AMERICA INC., PO BOX 8100 - S.F.I.A, SAN FRANCISCO, CA
94128

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $2,625.08
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

3.814    Nonpriority creditor's name and mailing address
TRIPLE SPRINGS SPRING WATER CO., 199 IVES AVE, MERIDEN, CT
06450

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$321.76

---

3.815    Nonpriority creditor's name and mailing address
TUCKER, PHILIP , 10659 STONEWOOD CT, SPRINGFIELD TOWNSHIP,
OH 45231

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

$4,003.53

---

3.816    Nonpriority creditor's name and mailing address
TUIA, AMANDA, 27890 HAVANA AVE, HAYWARD, CA 94544

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$182.24

---

3.817    Nonpriority creditor's name and mailing address
TUINEI, CAROLINE, 17504 KEENE AVE, CARSON, CA 90746

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$1,032.78

**3.818** Nonpriority creditor's name and mailing address
TULLY, DENISE, 19W634 14TH STREET, LOMBARD, IL 60148

Date or dates debt was incurred

As of the petition filing date, the claim is:        $154.80
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.819** Nonpriority creditor's name and mailing address
TXU ENERGY, PO BOX 650638, DALLAS, TX 75265

Date or dates debt was incurred

As of the petition filing date, the claim is:        $3,111.54
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.820** Nonpriority creditor's name and mailing address
TYCO INTEGRATED SECURITY LLC, PO BOX 371967, PITTSBURGH, PA
15250-7967

Date or dates debt was incurred

As of the petition filing date, the claim is:        $738.97
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.821** Nonpriority creditor's name and mailing address
TYCO INTERGRATED SECURITY LLC, PO BOX 371967, PITTSBURGH,
PA 15250-7967

Date or dates debt was incurred

As of the petition filing date, the claim is:        $139.90
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.822**   Nonpriority creditor's name and mailing address
TYCO, PO BOX 371967, PITTSBURGH, PA 15250-7967

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $1,785.75
*Check all that apply.*
☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
○ No
○ Yes

---

**3.823**   Nonpriority creditor's name and mailing address
ULINE, ULINE ATTN: ACCOUNTS RECEIVABLE 2200 S. LAKESIDE
DRIVE, WAUKEGAN, IL 60085

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $1,603.23
*Check all that apply.*
☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
○ No
○ Yes

---

**3.824**   Nonpriority creditor's name and mailing address
UNITED HEALTHCARE, SUSAN PERRY CO UHMAIL 9700 HEALTH
CARE LN STE, MINNETONKA HOPKINS, MN 55343

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $32,610.92
*Check all that apply.*
☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
CUSTOMER REBATE

Is the claim subject to offset?
○ No
○ Yes

---

**3.825**   Nonpriority creditor's name and mailing address
UNIVERSAL FIRE EQUIP CO. INC, 207 SO 3RD STREET, VAN BUREN, AR
72956

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $70.00
*Check all that apply.*
☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
○ No
○ Yes

**3.826** Nonpriority creditor's name and mailing address
UNLIMITED SERVICES JANITORIAL, PO BOX 852164, RICHARDSON, TX 75085

Date or dates debt was incurred

As of the petition filing date, the claim is: $1,714.68
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
- ○ No
- ○ Yes

**3.827** Nonpriority creditor's name and mailing address
UPS, 7401 W. SUNNYVIEW AVENUE, VISALIA, CA 93291

Date or dates debt was incurred

As of the petition filing date, the claim is: $1,576.86
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
- ○ No
- ○ Yes

**3.828** Nonpriority creditor's name and mailing address
US BANK, 1005 CONVENTION PLAZA, ST LOUIS, MO 63101

Date or dates debt was incurred

As of the petition filing date, the claim is: $50,000.00
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
CUSTOMER CLAIM

Is the claim subject to offset?
- ○ No
- ◉ Yes

**3.829** Nonpriority creditor's name and mailing address
USITALO, CHASE, 5192 WOODRUFF PLACE, LAS VEGAS, NV 89120

Date or dates debt was incurred

As of the petition filing date, the claim is: $184.62
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
- ○ No
- ○ Yes

**3.830** Nonpriority creditor's name and mailing address
UTAH FIRE EQUIPMENT, PO BOX 651276, SALT LAKE CITY, UT 84165

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:
_Check all that apply._

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$82.32

---

**3.831** Nonpriority creditor's name and mailing address
VALDEZ, JEREMIAH T, 6757 DEMARET DR, SACRAMENTO, CA 95822

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:
_Check all that apply._

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$307.80

---

**3.832** Nonpriority creditor's name and mailing address
VALLEY COURIERS, POBOX 8036, CALABASAS, CA 91302

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:
_Check all that apply._

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

$9,881.24

---

**3.833** Nonpriority creditor's name and mailing address
VALLEY FORKLIFT, PO BOX 55226, STOCKTON, CA 95205

Date or dates debt was incurred

_____

_____

As of the petition filing date, the claim is:
_Check all that apply._

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$1,427.68

**3.834**  Nonpriority creditor's name and mailing address
VARNEY INC., PO BOX 7266, ROANOKE, VA 24019

Date or dates debt was incurred

As of the petition filing date, the claim is:  $1,262.76
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.835**  Nonpriority creditor's name and mailing address
VENTURA HIGHWAY, PO BOX 90915, LOS ANGELES, CA 90009

Date or dates debt was incurred

As of the petition filing date, the claim is:  $172.37
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

---

**3.836**  Nonpriority creditor's name and mailing address
VERA, GINA DENISE, 5413 CURTIS CLARK DR, CORPUS CHRISTI, TX 78411

Date or dates debt was incurred

As of the petition filing date, the claim is:  $3,217.79
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

---

**3.837**  Nonpriority creditor's name and mailing address
VERIZON -986449706-00002, VERIZON WIRELESS PO BOX 25505, LEHIGH VALLEY, PA 18002

Date or dates debt was incurred

As of the petition filing date, the claim is:  $32.67
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.838    Nonpriority creditor's name and mailing address
VERIZON WIRELESS, PO BOX 660108, DALLAS, TX 75266-0108

Date or dates debt was incurred

As of the petition filing date, the claim is:    $970.24
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.839    Nonpriority creditor's name and mailing address
VERIZON, PO BOX 660108, DALLAS, TX 75266-0108

Date or dates debt was incurred

As of the petition filing date, the claim is:    $10,704.41
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.840    Nonpriority creditor's name and mailing address
VEROOT LLC, PO BOX 1720, MEDINA, OH 44258

Date or dates debt was incurred

As of the petition filing date, the claim is:    $1,465.20
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?

○ No

○ Yes

---

3.841    Nonpriority creditor's name and mailing address
VILLAGE OF GLENDALE HEIGHTS, 300 CIVIC CENTER PLAZA,
GLENDALE HEIGHTS, IL 60139

Date or dates debt was incurred

As of the petition filing date, the claim is:    $93.51
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.842** Nonpriority creditor's name and mailing address
VISION LOGISTICS, LLC, 6949 NORTH 3000 EAST RD, MANTENO, IL
60950

Date or dates debt was incurred

As of the petition filing date, the claim is:        $964.29
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

○ No

○ Yes

---

**3.843** Nonpriority creditor's name and mailing address
VIVEROS, CARLOS L, 6309 NORTH PRESIDENT GEORGE BUSH HWY
APT 6411, GARLAND, TX 75044

Date or dates debt was incurred

As of the petition filing date, the claim is:        $908.10
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.844** Nonpriority creditor's name and mailing address
VONAGE BUSINESS, DEPT. #3151 PO BOX 123151, DALLAS, TX
75312-3151

Date or dates debt was incurred

As of the petition filing date, the claim is:        $50,235.27
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
IT SERVICES

Is the claim subject to offset?

○ No

○ Yes

---

**3.845** Nonpriority creditor's name and mailing address
VORTEX COLORADO INC, FILE 1525 1801 W.OLYMPIC BLVD,
PASADENA, CA 91199-1525

Date or dates debt was incurred

As of the petition filing date, the claim is:        $2,132.36
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

**3.846** Nonpriority creditor's name and mailing address
VORTEX INDUSTRIES INC., FILE 1095 1801 W. OLYMPIC BLVD, PASADENA, CA 91199-1095

Date or dates debt was incurred

As of the petition filing date, the claim is: $338.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.847** Nonpriority creditor's name and mailing address
VORTEX, FILE 1095 1801 W OLYMPIC BLVD, PASADENA, CA 91199-1095

Date or dates debt was incurred

As of the petition filing date, the claim is: $1,948.68
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.848** Nonpriority creditor's name and mailing address
WA DEPARTMENT OF LABOR, DEPT. OF LABOR AND INDUSTRIES BANKRUPTCY UNIT PO BOX 44171, OLYMPIA, WA 98504

Date or dates debt was incurred

As of the petition filing date, the claim is: $94,088.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
STATE OF WA DOL 2017 TAX AUDIT

Is the claim subject to offset?

○ No

○ Yes

---

**3.849** Nonpriority creditor's name and mailing address
WALDON, KIRK, KIRK WALDON 13113 GODDARD ST., OVERLAND PARK, KS 66213

Date or dates debt was incurred

As of the petition filing date, the claim is: $61,694.36
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES, AND BONUS

Is the claim subject to offset?

○ No

○ Yes

**3.850** Nonpriority creditor's name and mailing address
WALKER V. BEAVEX INCORPORATED & CISNEROS, C/O THE LAW
OFFICE OF THOMAS J. HENRY, 521 STARR ST., CORPUS CHRISTI, TX
78401

Date or dates debt was incurred

As of the petition filing date, the claim is:      UNKNOWN
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
- ( ) No
- ( ) Yes

---

**3.851** Nonpriority creditor's name and mailing address
WALKER, CHARLES, 6110 VALKEITH DRIVE, HOUSTON, TX 77096

Date or dates debt was incurred

As of the petition filing date, the claim is:      $5,281.73
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?
- ( ) No
- ( ) Yes

---

**3.852** Nonpriority creditor's name and mailing address
WALKER'S EXPRESS INC, 1110 N O'HENRY BLVD, GREENSBORO, NC
27405

Date or dates debt was incurred

As of the petition filing date, the claim is:      $624.00
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?
- ( ) No
- ( ) Yes

---

**3.853** Nonpriority creditor's name and mailing address
WALTON, GEOFFREY, GEOFFREY WALTON 2331 KRATKY RD UNIT D,
OVERLAND, MO 63114

Date or dates debt was incurred

As of the petition filing date, the claim is:      $3,075.18
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?
- ( ) No
- ( ) Yes

| 3.854 | Nonpriority creditor's name and mailing address<br>WARES, BLAKE, 728 12TH STREET, WEST DES MOINES, IA 50265 | As of the petition filing date, the claim is:<br>*Check all that apply.* | $682.50 |

Date or dates debt was incurred

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

| 3.855 | Nonpriority creditor's name and mailing address<br>WASTE MANAGEMENT OF TEXAS INC, PO BOX 660345, DALLAS, TX 75266 | As of the petition filing date, the claim is:<br>*Check all that apply.* | $16.91 |

Date or dates debt was incurred

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

| 3.856 | Nonpriority creditor's name and mailing address<br>WATERLOGIC AMERICAS LLC, PO BOX 677867, DALLAS, TX 75267 | As of the petition filing date, the claim is:<br>*Check all that apply.* | $98.93 |

Date or dates debt was incurred

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

| 3.857 | Nonpriority creditor's name and mailing address<br>WAXIE , 9353 WAXIE WAY, SAN DIEGO, CA 92123 | As of the petition filing date, the claim is:<br>*Check all that apply.* | $377.09 |

Date or dates debt was incurred

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
CUSTOMER CLAIM

Is the claim subject to offset?

○ No

● Yes

3.858 Nonpriority creditor's name and mailing address
WEBB JR, HENRY, 245 MILL RD, NORTH HAVEN, CT 06473

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
- ( ) No
- ( ) Yes

$531.89

3.859 Nonpriority creditor's name and mailing address
WEI, CHAO, 2819 S DENISON AVE, SAN PEDRO, CA 90731

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
- ( ) No
- ( ) Yes

$2,259.01

3.860 Nonpriority creditor's name and mailing address
WELCH EQUIPMENT COMPANY INC, PO BOX 912504, DENVER, CO
80291-2504

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
- ( ) No
- ( ) Yes

$918.86

3.861 Nonpriority creditor's name and mailing address
WELLMAN, KIMBERLY A, 1902 COMPTON HILL PLACE, SANINT LOUIS,
MO 63104

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES,
AND BONUS

Is the claim subject to offset?
- ( ) No
- ( ) Yes

$27,381.54

3.862   Nonpriority creditor's name and mailing address
WELLS FARGO, 2859 POWERS FERRY RD 12TH FLOOR, SUITE 1200, ATLANTA, GA 30339

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $6,048.51
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

3.863   Nonpriority creditor's name and mailing address
WELLSFARGO, 2859 POWERS FERRY RD 12TH FLOOR, SUITE 1200, ATLANTA, GA 30339

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $276.19
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
CUSTOMER CLAIM

Is the claim subject to offset?

○ No

⦿ Yes

---

3.864   Nonpriority creditor's name and mailing address
WEST PLAINS OCCUPATIONAL & INSURANCE PHYS, 1519 IMPERIAL OFFICE PARK, WEST PLAINS, MO 65775

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $60.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
INSURANCE

Is the claim subject to offset?

○ No

○ Yes

---

3.865   Nonpriority creditor's name and mailing address
WEST, ROGER C, 5967 BLUE STONE CIR, MURRAY, UT 84123

Date or dates debt was incurred

As of the petition filing date, the claim is:                    $3,256.87
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

**3.866** Nonpriority creditor's name and mailing address
WESTCO LOGISTICS, WESTCO EXPRESS, 5320 FOREST ST.,
COMMERCE CITY, CO 80022

Date or dates debt was incurred

As of the petition filing date, the claim is: $3,000.00
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
- ( ) No
- ( ) Yes

**3.867** Nonpriority creditor's name and mailing address
WESTERN EQUIPMENT, 10036 US HWY. 183, CLINTON, OK 73601

Date or dates debt was incurred

As of the petition filing date, the claim is: $1,213.14
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:
CUSTOMER CLAIM

Is the claim subject to offset?
- ( ) No
- ( ) Yes

**3.868** Nonpriority creditor's name and mailing address
WESTERN FLYER DELIVERY SERVICE, PO BOX 1078, BRIGHTON, CO
80601-1078

Date or dates debt was incurred

As of the petition filing date, the claim is: $3,521.02
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?
- ( ) No
- ( ) Yes

**3.869** Nonpriority creditor's name and mailing address
WESTWOOD, REBECCA, 832 CAYO GRANDE CT., NEWBURY PARK, CA
91320

Date or dates debt was incurred

As of the petition filing date, the claim is: $406.00
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?
- ( ) No
- ( ) Yes

3.870    Nonpriority creditor's name and mailing address
WHEAT ENERGY SERVICE INC, 101 LOCUST PO BOX 2893, ABILENE,
TX 79604

Date or dates debt was incurred

As of the petition filing date, the claim is:     $1,280.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

3.871    Nonpriority creditor's name and mailing address
WHEELER, ANGELA E, 3431 LAUREL GREEN CT NW, KENNESAW, GA
30144

Date or dates debt was incurred

As of the petition filing date, the claim is:     $7,957.20
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

3.872    Nonpriority creditor's name and mailing address
WHETSTONE, CHRISTOPHER, 3170 TUCSON COURT, POWDER
SPRINGS, GA 30127

Date or dates debt was incurred

As of the petition filing date, the claim is:     $1,125.92
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.873    Nonpriority creditor's name and mailing address
WHITE, WAYNE JAMAL, 1913 DUTCH VILLAGE DRIVE, LANDOVER, MD
20785

Date or dates debt was incurred

As of the petition filing date, the claim is:     $915.62
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

**3.874** Nonpriority creditor's name and mailing address
WILLIAM KRIVOLAVEK, KOSAL PECH, AND PATRICIA GUTIERREZ, C/O
LAW OFFICES OF SETH E. TILLMON, ATTN: SETH E. TILLMON, 10009
NATIONAL BLVD., #115, LOS ANGELES, CA 90034

Date or dates debt was incurred

As of the petition filing date, the claim is:                     UNKNOWN
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?

○ No

○ Yes

---

**3.875** Nonpriority creditor's name and mailing address
WILLIAM OWEN, 4395 E.CHERRY HILLS DRIVE, CHANDLER, AZ 85249

Date or dates debt was incurred

As of the petition filing date, the claim is:                     $130.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

---

**3.876** Nonpriority creditor's name and mailing address
WILLIAMS, ALISON S, 15246 ARROYO MOSS, SAN ANTONIO, TX
78232

Date or dates debt was incurred

As of the petition filing date, the claim is:                     $551.20
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

---

**3.877** Nonpriority creditor's name and mailing address
WILLIAMS, DONALD D, 504 EAST DENTON DRIVE #46, EULESS, TX
76039

Date or dates debt was incurred

As of the petition filing date, the claim is:                     $1,389.03
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

3.878   Nonpriority creditor's name and mailing address
        WILLIAMS, MONIQUE NICHELLE, 4370 SATELLITE BLVD. APT 708,
        DULUTH, GA 30096

        Date or dates debt was incurred

As of the petition filing date, the claim is:         $1,846.56
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

3.879   Nonpriority creditor's name and mailing address
        WILSON, BENJAMIN D, 2301 W SPAULDING ST, BOISE, ID 83705

        Date or dates debt was incurred

As of the petition filing date, the claim is:         $2,035.88
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

3.880   Nonpriority creditor's name and mailing address
        WILSON, MATTHEW, 3936 HARRIS DR., CORPUS CHRISTI, TX 78411

        Date or dates debt was incurred

As of the petition filing date, the claim is:         $170.73
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

3.881   Nonpriority creditor's name and mailing address
        WINGS COURIER, DBA WINGS COURIER 3225 W 111TH LOOP #C,
        WESTMINSTER, CO 80031

        Date or dates debt was incurred

As of the petition filing date, the claim is:         $2,964.80
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

**3.882**  Nonpriority creditor's name and mailing address
WINSTON & STRAWN LLP, 36235 TREASURY CENTER, CHICAGO, IL
60694-6200

Date or dates debt was incurred

As of the petition filing date, the claim is:           $14,254.36
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

**3.883**  Nonpriority creditor's name and mailing address
WIRE & WOOD LLC, 9427 ST. VINCENT AVE, SHREVEPORT, LA 71106

Date or dates debt was incurred

As of the petition filing date, the claim is:           $1,489.82
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PRE-PETITION RENT

Is the claim subject to offset?

○ No

○ Yes

**3.884**  Nonpriority creditor's name and mailing address
WOODS, RUSSELL E, 14500 BLANCO RD., APT. 837, SAN ANTONIO, TX
78216

Date or dates debt was incurred

As of the petition filing date, the claim is:           $4,326.56
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO, UNPAID ACCRUED & DEFERRED WAGES

Is the claim subject to offset?

○ No

○ Yes

**3.885**  Nonpriority creditor's name and mailing address
WORKFORCE QA EMPLOYMENT SERVICE, 1430 SOUTH MAIN
STREET, SALT LAKE CITY, UT 84115

Date or dates debt was incurred

As of the petition filing date, the claim is:           $35.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
PROFESSIONAL SERVICES

Is the claim subject to offset?

○ No

○ Yes

**3.886** Nonpriority creditor's name and mailing address
XCEL DELIVERY SERVICES, 3770 S BROADMONT DRIVE, TUCSON, AZ 85713

Date or dates debt was incurred

As of the petition filing date, the claim is: $291.12
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?
○ No
○ Yes

**3.887** Nonpriority creditor's name and mailing address
XCEL ENERGY, PO BOX 9477, MPLS,, MN 55484

Date or dates debt was incurred

As of the petition filing date, the claim is: $7,450.32
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
UTILITY CLAIM

Is the claim subject to offset?
○ No
○ Yes

**3.888** Nonpriority creditor's name and mailing address
XN LOGISTICS INC, CALL BOX 43002 STE 409, RIO GRANDE, PR 745

Date or dates debt was incurred

As of the petition filing date, the claim is: $1,426.72
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?
○ No
○ Yes

**3.889** Nonpriority creditor's name and mailing address
XTRA LEASE LLC, ATTN: LISA OSBORNE PO BOX 219562, KANSAS CITY, MO 64121-9562

Date or dates debt was incurred

As of the petition filing date, the claim is: $7,441.78
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?
○ No
○ Yes

**3.890** Nonpriority creditor's name and mailing address
YOUNG ELECTRICAL SERVICES, 220 HIGH ST., REAR, TAUNTON, MA 02780

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
VENDOR CLAIM

Is the claim subject to offset?

○ No

○ Yes

$435.78

---

**3.891** Nonpriority creditor's name and mailing address
ZAMILUS, RYAN, 51 WARD STREET, RANDOLPH, MA 02368

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
EARNED PTO

Is the claim subject to offset?

○ No

○ Yes

$709.56

---

**3.892** Nonpriority creditor's name and mailing address
ZIPP EXPRESS, ATTN: JANET M PO BOX 1538, MARYLAND HEIGHTS, MO 63043

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
LOGISTICS

Is the claim subject to offset?

○ No

○ Yes

$8,421.00

---

**Part 3:** **List Others to BE Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line | |
| | ☐ Not listed. Explain | |

---

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | Total of claim amounts |
|---|---|

5a. Total claims from Part 1

5b. Total claims from Part 2

5c. Total of Parts 1 and 2
Lines 5a + 5b = 5c.

5a. $357,334.09

5b. $11,294,669.35

5c. $11,652,003.44

Debtor name: BeavEx Incorporated

United States Bankruptcy for the District of: Delaware

Case number: 19-10318

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:  Executory Contracts and Unexpired Leases**

1. Does the debtor have any executory contracts or unexpired leases?

○ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

◉ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.1 State what the contract or lease is for and the nature of the debtor's interest    SEE SCHEDULE G ATTACHMENT

State the term remaining

List the contract number of any government contract

# Schedule G
Executory Contracts and Unexpired Leases

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.1 | 1200 LAWRENCE DR LTD | 1200 LAWRENCE DRIVE, BLDG. #200  NEWBURY PARK CA 91320 | REAL ESTATE LEASE AGREEMENT |
| 2.2 | 135 ROBERT TREAT PAINE DRIVE | 135 ROBERT TREAT PAINE DR.  TAUNTON MA 02780 | REAL ESTATE LEASE AGREEMENT |
| 2.3 | 16 BSF LLC | 1111 S. ORCHARD, SUITE 104  BOISE ID 83705 | REAL ESTATE LEASE AGREEMENT |
| 2.4 | 24 HOUR EXPRESS | 2010 MILESTONE DR SUITE B  SALT LAKE CITY UT 84104 | AGENT AGREEMENT |
| 2.5 | 24/7 EXPRESS LOGISTICS, INC. | 1851 SOUTHERN RD   KCMO MO 64120 | AGENT AGREEMENT |
| 2.6 | 3 VETS & A 5 TON LLC | PO BOX 44605  ATLANTA GA 30336 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.7 | 30 MAGAZINER REALTY LLC | 333 PARK STREET, UNIT C  WEST SPRINGFIELD MA 01089 | REAL ESTATE LEASE AGREEMENT |
| 2.8 | 3D EXPRESS LLC | 13723 SUNNY GLEN  SAN ANTONIO TX 78217 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.9 | 50 SEBETHE DRIVE LLC | 50 SEBETHE DRIVE  CROMWELL CT 06416 | REAL ESTATE LEASE AGREEMENT |
| 2.10 | 9-5 OFFICE SUPPLIES | 7 ARTISAN AVE 0 WEST HILLS NY 11743 | CUSTOMER AGREEMENT |
| 2.11 | A & A CARRIERS, INC. | 1508 14TH ST SW   GREAT FALLS MT 59404 | AGENT AGREEMENT |
| 2.12 | A & J ASSOCIATES, INC | 6430 FROST AVE  COLUMBIA SC 29203 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.13 | A&J LEDEZMA CR SVC | 11713 W. FLANAGAN ST  AVONDALE AZ 85323 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.14 | A&T COURIER | 3012 E 19TH 0 TEXARKANA AR 71854 | CUSTOMER AGREEMENT |
| 2.15 | A&T DELIVERY INC. | 3012 E 19TH ST   TEXARKANA AR 71854 | AGENT AGREEMENT |
| 2.16 | A&T DELIVERY INC. | 3012 E 19TH ST  TEXARKANA AR 71854 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.17 | A-ALERT LOGISTICS | 155 NORTHBORO RD SUITE 4  SOUTHBOROUGH MA 1772 | AGENT AGREEMENT |
| 2.18 | ABAS, MHD | 4810 E 68TH ST  TULSA OK 74136 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.19 | ABATIX | 1808 B STREET NW SUITE 190 AUBURN CA 98001 | CUSTOMER AGREEMENT |
| 2.20 | ABBYSON LIVING | 6000 CONDOR DR 0 MOOPARK CA 93021 | CUSTOMER AGREEMENT |
| 2.21 | ABDALLA, MOHAMED B | 1231 GASKINS RD  APT E  HENRICO VA 23238 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.22 | ABDALLAH, HAMZA | 7100 SMILING WOOD LN APT 1104  HOUSTON TX 77086 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.23 | ABDALMONIEM, SAFWAN | 5001 SEMINARY RD  APT 704  ALEXANDRIA VA 22311 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.24 | ABDELRAHMAN, MOHAMED | 5608 EUNICE DRIVE APT #A  RICHMOND VA 23228 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.25 | ABDELSALAM, IMAM | 6716 METROPOLITAN CNTR #204  SPRINGFIELD VA 22150 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.26 | ABDULAH, EHAB | 2729 HUNGRY SPRINGS ROAD  HENRICO VA 23294 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.27 | ABDULAH, KHATTAB | 2729 HUNGARY SPRING ROAD  RICHMOND VA 23294 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.28 | ABDULMALEK, MUSTAFA | 4643 W NICKLAS AVE, APT C  OKLAHOMA CITY OK 73132 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.29 | ABERNATHY, SHAWANDA | 12145 CRITERION AVE   ST. LOUIS MO 63138 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.30 | ABK DELIVERY INC | 10001 E. EVANS AVE, APT# 65D  AURORA CO 80247 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.31 | ABLE COMPANY | 70A ROTON DRIVE 0 MILFORD CT 06460 | CUSTOMER AGREEMENT |
| 2.32 | ABOUELNAGA, MAHMOUD | 551 B CORKHILL RD #259  BEDFORD OH 44146 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.33 | ABU MATHKOUR, TAREK | 6515 DANNY LANE  MAUMEE OH 43537 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.34 | ABUNAOF, SALAHELDIN | 13929 CASTLE BLVD  SILVER SPRING MD 20904 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.35 | ACCESS ANALYTICAL INC. | 7478 CARLISLE ST. 0 IRMO SC 29063 | CUSTOMER AGREEMENT |
| 2.36 | ACCURATE MOBILE SCREENING LLC | 805 HEREFORD DR   GRAIN VALLEY MO 64029 | AGENT AGREEMENT |
| 2.37 | ACCUSCREEN DRUG AND ALCOHOL TESTING | 1720 REGAL ROW STE 238  DALLAS TX 75235 | AGENT AGREEMENT |
| 2.38 | ACCUSOURCE | 1406 DUNN DR 0 CARROLLTON TX 75006 | CUSTOMER AGREEMENT |
| 2.39 | ACCUTECH | 4284 TRANSPORT ST 0 VENTURA CA 93003 | CUSTOMER AGREEMENT |
| 2.40 | ACCUTEMP ENGINEERING INC | 108 SCHOOL ST 0 WATERTOWN MA 02472 | CUSTOMER AGREEMENT |
| 2.41 | ACEITUNO, GLADYS | 10821 INVIERINO ST  JACINTO CITY TX 77029 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.42 | ACEITUNO, MARIA | 19603 KINGSTON GREEN LN  HOUSTON TX 77073 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.43 | ACHIEVEMENT NETWORK | 225 FRIEND ST STE 704 BOSTON MA 02114 | CUSTOMER AGREEMENT |
| 2.44 | ACKAH, JONNY C | 3243 GINA PLACE  WOODBRIDGE VA 22193 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.45 | ACORN OFFICE PRODUCTS | 706 ROUTE 15 SOUTH SUITE 201C LAKE HOPATCONG NY 07849 | CUSTOMER AGREEMENT |
| 2.46 | ACS/WELLPOINT | 21555 OXNARD ST 0 WOODLAND HILLS CA 91367 | CUSTOMER AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.47 | ACTION CARGO EXPRESS | 666 E C ST  CASPER WY 82601 | AGENT AGREEMENT |
| 2.48 | ADAIR, LISA | 2037 NW 26TH ST  APT 30  OKLAHOMA CITY OK 73106 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.49 | ADAMS, BARBARA | 1261 SUNCIRCLE E  MELBOURNE FL 32935 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.50 | ADAMS, KENNETH | 3974 N READON LN  BONNIE IL 62816 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.51 | ADAPTIVE INSIGHTS | 3350 WEST BAYSHORE ROAD SUITE 200 PALO ALTO CA 94303 | FINANCIAL PLANNING SOFTWARE AGREEMENT |
| 2.52 | ADARAMOLA, ADEYINKA | 3901 EVERGREEN STREET  IRVING TX 75061 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.53 | ADARKWAH, SAMUEL | 6131 NW 63RD  APT C  OKLAHOMA CITY OK 73132 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.54 | ADDITIVE INDUSTRIES NORTH AMERICA, INC. | 1250 AVENIDO ACASO UNIT H 0 CAMARILLO CA 93012 | CUSTOMER AGREEMENT |
| 2.55 | ADEBOWALE, ADENIRAN SAMUAL | 465 SAWMILL ROAD, APT 112  WEST HAVEN CT 06516 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.56 | ADEWALE, SAMSON | 4632 W NORTHGATE DR. APT 278  IRVING TX 75062 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.57 | ADJEI, DANIEL | 30 HENDERSON DR. APT #5  EAST HARTFORD CT 06108 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.58 | ADJEI, OSCAR N | 4120 N. COLONY BLVD.  THE COLONY TX 75056 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.59 | ADKINS, DELVON | 5805 YATES LANE  RICHMOND VA 23223 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.60 | ADP SOUTHEAST MAJORS | 5680 NEW NORTHSIDE DRIVE 0 ATLANTA GA 30328 | CUSTOMER AGREEMENT |
| 2.61 | ADROW, WENDY | 842 E 168TH ST  SOUTH HOLLAND IL 60473 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.62 | ADVANCE AUTO | 2635 E. MILLBROOK ROAD 0 RALEIGH NC 27604 | CUSTOMER AGREEMENT |
| 2.63 | ADVANCED EXPRESS | PO BOX 2188 0 EL SEGUNDO CA 90245 | CUSTOMER AGREEMENT |
| 2.64 | ADVANCED MACHINING PRODUCTS, INC. | 490 MARQUITA AVE STE A 0 PASO ROBLES CA 93446 | CUSTOMER AGREEMENT |
| 2.65 | ADVANCED PATHOLOGY SOLUTIONS | 4850 NORTHSHORE LN. 0 NORTH LITTLE ROCK AR 72118 | CUSTOMER AGREEMENT |
| 2.66 | ADVANCED VISION SCIENCE, INC. | 5743 THORNWOOD DR 0 GOLETA CA 93117 | CUSTOMER AGREEMENT |
| 2.67 | AEROVIRONMENT | PO BOX 5031 0 MONROVIA CA 91017 | CUSTOMER AGREEMENT |
| 2.68 | AEROVIRONMENT, INC. | 900 ENCHANTED WAY 0 SIMI VALLEY CA 93065 | CUSTOMER AGREEMENT |
| 2.69 | AESTHETIC AMBASSADORS | 3200 GOLF COURSE DRIVE 0 VENTURA CA 93003 | CUSTOMER AGREEMENT |
| 2.70 | AEX LOGISTICS | 4022 SOUTH 20TH ST  PHOENIX AZ 85040 | AGENT AGREEMENT |
| 2.71 | AFOSCO ENTERPRISES | 7817 DORIS DRIVE  OKLAHOMA CITY OK 73162 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.72 | AG MACHINING / RXL | 609 SCIENCE DR 0 MOORPARK CA 93021 | CUSTOMER AGREEMENT |
| 2.73 | AGABAIN, ABDELGAYOUM | 7902 QUIDDITCH LANE  ELKRIDGE MD 21075 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.74 | AGILENT TECHNOLOGIES - DAKO - VENTURA | P.O. BOX 2995 0 COLORADO SPRINGS CO 80901-2995 | CUSTOMER AGREEMENT |
| 2.75 | AGUERO JR., CARLOS | 2021 37TH ST  LUBBOCK TX 79412 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.76 | AGUILAR, JOSE | 65 GOODRICH ST  HARTFORD CT 06114 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.77 | AGUINAGA, JAIME | 2914 SATSUMA DR  DALLAS TX 75229 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.78 | AGUIRRE - PEN, MARIA | 145 CLINTON PLACE  HACKENSACK NJ 07601 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.79 | AGYEMANG, ISAAC B. | 2122 VIADA VINCI ST  COLUMBUS OH 43224 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.80 | AGYEMANG, KOFI B | 5704 SPRING VALLEY RD #1058  DALLAS TX 75254 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.81 | AHMED, FAYSAL | 4400 MINNETONKA BLVD #213  SAINT LOUIS PARK MN 55416 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.82 | AHMED, OSAMA | 8645 N. EVERSHAM COURT  RICHMOND VA 23294 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.83 | AICHINGER, PAMELA | 4712 W WALKER WAY  PASCO WA 99301 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.84 | AIG CLAIMS SERVICE, INC | 2929 N. CENTRAL AVENUE 9TH FLOOR PHOENIX AZ 85012 | CUSTOMER AGREEMENT |
| 2.85 | AIKEN, BENJAMIN | 2516 E 4TH ST  SAN ANTONIO TX 78202 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.86 | AIR DELIVERY EXPRESS | P.O. BOX 1298 0 GRAPEVINE TX 76099 | CUSTOMER AGREEMENT |
| 2.87 | AIR SYSTEMS COURIERS INC. | 323 ALMERIA STREET  SAN JUAN PR 923 | AGENT AGREEMENT |
| 2.88 | AIRGAS CARBONIC, INC | 2530 SEVER ROAD SUITE 300 LAWRENCEVILLE GA 30043 | DRYICE AGREEMENT |
| 2.89 | AIRPORT BUSINESS PARK LLC | 3743 ELECTRO WAY, SUITE C  REDDING CA 96002 | REAL ESSTATE LEASE AGREEMENT |
| 2.90 | AIRWAYS FREIGHT CORP 2860 | PO BOX 1888 0 FAYETTEVILLE AR 72702 | CUSTOMER AGREEMENT |
| 2.91 | AJAJ, MUTASEM | 524 W. HOLLY OAK ROAD  WILMINGTON DE 19809 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.92 | AKA, ABIODUN | 3048 BROWN LEE DR APT 1015  GRAND PRAIRIE TX 75052 | INDEPENDENT CONTRACTOR AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.93 | AKEL, AYMAN | 7821 S 95TH EAST AVE TULSA OK 74133 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.94 | AKKERMAN, JUSTIN | 4248 S FEDERAL WAY APT 102 BOISE ID 83716 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.95 | AL BADRI, MOHANAD | 7407 FAIR OAKS AVE #222 DALLAS TX 75231 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.96 | AL HADEETHI, LUAY | 2037 NW 26TH ST, APT #30 OKLAHOMA CITY OK 73106 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.97 | AL RAWI, MAHMOOD | 6128 N MERIDIAN, APT #305 OKLAHOMA CITY OK 73112 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.98 | AL SAMIR, ZAID | 4324 NW SOUTH 50TH ST APT 322 OKLAHOMA CITY OK 73112 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.99 | ALAKEL, MAZEN | 4604 E 68TH ST TULSA OK 74136 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.100 | ALANASWEH, AISSAR | 8701 W SUMMERDALE CHICAGO IL 60656 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.101 | ALANIZ, ISABEL | 6921 BONHAM RD BROWNSVILLE TX 78521 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.102 | ALBEMARLE COURIER COMPANY | 1617 QUAIL RUN SUITE A CHARLOTTESVILLE VA 22911 | AGENT AGREEMENT |
| 2.103 | ALBRECHT, KATHRYN | 969 ATLANTA ST. SAGINAW MI 48604 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.104 | ALCALAN LV, DIANA | 6415 TANAGER WAY LAS VEGAS NV 89103 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.105 | ALCANTAR, DIANA | 1104 TORONJA AVE BROWNSVILLE TX 78521 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.106 | ALEJANDRE, ALEX | 12537 INDIAN TRAIL NE ALBUQUERQUE NM 87112 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.107 | ALEKSEYEVETS, LEONID | 1814 66TH AVE NE TACOMA WA 98422 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.108 | ALEWEL, KIM | 6106 NORTHERN RAYTOWN MO 64133 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.109 | ALEXANDER, DIANE | 1460 115TH ST NW LOT 170 RICE MN 56367 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.110 | ALFONSO CARRASCO, ALAIN | 6333 CHIMNEY ROCK RD HOUSTON TX 77081 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.111 | ALI - MN, ABDULGANI | 2855 JORDAN AVE MINNETONKA MN 55305 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.112 | ALIAGA, GIOVANNI | 45 REDWOOD AVE WAYNE NJ 07470 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.113 | ALIDZIK, FAHRUDIN | 3644 W. WAGONER ROAD GLENDALE AZ 85308 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.114 | ALL SEASONS RV | 3300 COLUSA HWY 0 YUBA CITY CA 95993 | CUSTOMER AGREEMENT |
| 2.115 | ALLCABLE INC. | 2940 LOS OLIVOS STE B 0 OXNARD CA 93036 | CUSTOMER AGREEMENT |
| 2.116 | ALLEN, JAMES | 1648 FORSYTHIA DRIVE INDIANAPOLIS IN 46219 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.117 | ALLEN, PRINCESS | 822 W HIGHLAND AVE ALBANY GA 31701 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.118 | ALLEN, SHEILA | 205 W NORTH AVE BELTON MO 64012 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.119 | ALLEN, SUSAN | 500 NE ORCHARD DR LEE'S SUMMIT MO 64063 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.120 | ALLENDE, PATRICIA | 9238 ARLEE AVE SANTA FE SPRINGS CA 90670 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.121 | ALLENSWORTH, BETH | 2106 N SHERIDAN DR QUINCY IL 62305 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.122 | ALLIANCE LABS/SUMMIT PHARMACEUTICALS | 1406 WEST VICTORY LANE 0 PHOENIX AZ 85027 | CUSTOMER AGREEMENT |
| 2.123 | ALLSBROOKS, MARLON | 1018 GREEN TERRA RD. INDIAN TRAIL NC 28079 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.124 | ALLSOUTH FEDERAL CREDIT UNION | 6923 N TRENHOLM RD 0 COLUMBIA SC 29206 | CUSTOMER AGREEMENT |
| 2.125 | ALLY TESTING | 2710 E PACIFIC ST SPRINGFIELD MO 65803 | AGENT AGREEMENT |
| 2.126 | ALMETA VANCE, TALT IN CARE OF | 1514 HARDSCRABBLE RD COLUMBIA SC 29203 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.127 | ALNAIMAT, RIYAD | 4025 N MERIDIAN AVE, APT #38 OKLAHOMA CITY OK 73112 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.128 | ALONSO, PABLO | 4108 JOSHUA LANE DALLAS TX 75287 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.129 | ALSOBROOK, ULRIC | 4355 CASCADE RD APT H-16 ATLANTA GA 30331 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.130 | ALVAREZ, ROSA | 13602 CALLAWAY DR LA FERIA TX 78559 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.131 | ALW SERVICES LLC | 1443 WOODVILLE PIKE LOVELAND OH 45140 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.132 | ALWIS (BMW), EDWARD | 160 PARK ST CLINTON MA 01510 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.133 | ALWIS, EDWARD | 160 PARK ST CLINTON MA 01510 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.134 | AMADOR, JOEL | 3910 SOUTHERN SKY SAN ANTONIO TX 78222 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.135 | AMARH, FREDDRICK | 2515 HEATHER BROOK LN, #713 ARLINGTON TX 76006 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.136 | AMERICAN CANCER SOCIETY | 8400 SILVER CROSSING 0 OKLAHOMA CITY OK 73132 | CUSTOMER AGREEMENT |
| 2.137 | AMERICAN EXPEDITING | 801 NORTH PRIMOS AVENUE FOLCROFT PA 19032 | AGENT AGREEMENT |
| 2.138 | AMERICAN HOTEL REGISTER | NEWARK, CA 94560-5522 0 VERNON HILLS IL 60061 | CUSTOMER AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.139 | AMERICAN PUBLIC TELEVISION | 55 SUMMER STREET 0 BOSTON MA 02110 | CUSTOMER AGREEMENT |
| 2.140 | AMERICAN SECURITY BANK-PARENT | PO BOX 28703 0 SANTA ANA CA 92799 | CUSTOMER AGREEMENT |
| 2.141 | AMERICAN TIRE DISTRIBUTORS | 521 8TH STREET SW, SUITE C 0 AUBURN WA 98001 | CUSTOMER AGREEMENT |
| 2.142 | AMERICAN TRANSPORTATION MANAGEMENT (ATM) | 6 RIVER AVE  MCKEES ROCKS PA 15136 | AGENT AGREEMENT |
| 2.143 | AMERICA'S CREDIT UNION | 1495 WILMINGTON DRIVE 0 DUPONT WA 98327 | CUSTOMER AGREEMENT |
| 2.144 | AMERISOURCE BERGEN | 1300 MORRIS DRIVE 0 CHESTERBROOK PA 19087 | CUSTOMER AGREEMENT |
| 2.145 | AMEZCUA, VERONICA | 923 S OSAGE AVE  INGLEWOOD CA 90301 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.146 | AMGEN | 1840 DE HAVILLAND DR 0 NEWBURY PARK CA 91320 | CUSTOMER AGREEMENT |
| 2.147 | AMIGOS LIBRARY SERVICES | 4901 LYNDON B JOHNSON FWY SUITE 150 DALLAS TX 75244 | CUSTOMER AGREEMENT |
| 2.148 | AMIR DEVELOPMENT COMPANY | 1630 TERMINAL STREET  WEST SACRAMENTO CA 95691 | REAL ESTATE LEASE AGREEMENT |
| 2.149 | AMOAH, ISAAC | 3113 TACHOMA STREET APT C  CHARLOTTE NC 28208 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.150 | AMOAKOHENE, KWABENA | 1442 BRAY DR  CHARLOTTE NC 28214 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.151 | AMOSUN, BOBBY | 5619 WELKIN COURT  DURHAM NC 27713 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.152 | AMPLIFIER TECHNOLOGIES INC. | 1749 CHAPIN ROAD 0 MONTEBELLO CA 90640 | CUSTOMER AGREEMENT |
| 2.153 | ANDERSCH, JAMES | 1006 WATERS EDGE CIRCLE  TAYLORSVILLE UT 84123 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.154 | ANDERSON, ALMA | 3922 TRUMAN AVE  EL PASO TX 79930 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.155 | ANDERSON, RAYMUNDO | 3904 TRUMAN ST.  EL PASO TX 79930 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.156 | ANDRAWES, SOLYMAN | 655 STONE WHEEL COURT W  MILLERSVILLE MD 21108 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.157 | ANDREW, DAWN | 2200 SCHNARRE RD  FORISTELL MO 63348 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.158 | ANDREWS, FREDDIE | 1934 FUTRELL ROBSON RD  BETHEL NC 27812 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.159 | ANGEL, ALEIDA | 8750 AZALEA CT  FORT LAUDERDALE FL 33321 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.160 | ANGELA WHEELER | 3431 LAUREL GREEN CT NW  KENNESAW GA 30144 | KERP AGREEMENT |
| 2.161 | ANONAH, IFEANYI | 503 BAY VIEW  MADISON WI 53715 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.162 | ANTHONY, KENNETH | 3609 KINGS POINT COURT  RICHMOND VA 23223 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.163 | ANTUNES, ROSANGELA | 781 EAST PONTIAC DRIVE  MURRAY UT 84107 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.164 | ANTUNES, VALDIR | 781 EAST PONTIAC DR  MURRAY UT 84107 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.165 | ANYTHING EDUCATIONAL PLUS | 2724 DENISE ST. 0 NEWBURY PARK CA 91320 | CUSTOMER AGREEMENT |
| 2.166 | APG SHADOWOOD LLC | 2120 POWERS FERRY ROAD, SUITE 300  ATLANTA GA 30339 | REAL ESTATE LEASE AGREEMENT |
| 2.167 | APOLLO COURIERS | 1039 W HILLCREST BLVD  INGLEWOOD CA 90301 | AGENT AGREEMENT |
| 2.168 | APPIAH, ERNEST | 2419 MINT THISTLE CT.  CHARLOTTE NC 28269 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.169 | APRIA HEALTHCARE | 26220 ENTERPRISE COURT 0 LAKE FOREST  CA 92630 | CUSTOMER AGREEMENT |
| 2.170 | AQUA FREIGHT INC | 4158 KYNDRA CIR  RICHARDSON TX 75082 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.171 | AQUENT PARTNERS | 711 BOYLSTON 0 BOSTON MA 02116 | CUSTOMER AGREEMENT |
| 2.172 | ARAFA, ALICIA | 133 S CORIA ST  BROWNSVILLE TX 78520 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.173 | ARAUJO, JUAN | 13 HARRISON BLVD.  - B  WEST HARRISON NY 10604 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.174 | ARAYA, DONALD | 23405 W FERNHURST DR APT 805  KATY TX 77494 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.175 | ARBAIZA, LORENA | 10902 VANDERFORD DR  HOUSTON TX 77099 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.176 | ARCHDIOCESE OF SANTA FE | 4000 ST JOSEPH'S PLACE NW 0 ALBUQUERQUE NW 87120 | CUSTOMER AGREEMENT |
| 2.177 | ARDHUERUMLY, OTHMAN | 14606 DALLAS PKWY APT 1107  DALLAS TX 75254 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.178 | AREA FOUR INDUSTRIES AMERICA, INC. | 5421 N. NATIONAL DR. 0 KNOXVILLE TN 37914 | CUSTOMER AGREEMENT |
| 2.179 | ARIHALAM, JOSEPH | 9200 N PLAZA DR. APT. 602  AUSTIN TX 78758 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.180 | ARMAN LLC | 2648 ATRIUM DR  GRAND PRAIRIE TX 75052 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.181 | ARMIJO, MICHAEL | 8900 WESTWOOD AVE  LITTLE ROCK AR 72204 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.182 | ARMS LLC | 145 ROSEMARY STREET ENTRY H NEEDHAM MA 02494 | CUSTOMER AGREEMENT |
| 2.183 | ARMSTRONG, ANDREW | 106 PHIFER ST  FORT MILL SC 29715 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.184 | ARMSTRONG, DON | 14008 BRIGHTWATER DRIVE  FISHERS IN 46038 | INDEPENDENT CONTRACTOR AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.185 | ARMSTRONG, EDDIE | 104 PHIFER ST  FORT MILL SC 29715 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.186 | ARRASMITH, MICHAEL | 7545 PETERS PIKE  DAYTON OH 45414 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.187 | ARRIVE LOGISTICS (2940) | 4407 MONTEREY OAKS BLVD STE. 150 AUSTIN TX 78749 | CUSTOMER AGREEMENT |
| 2.188 | ARROWOOD, MICHAEL | 1068 MAGNOLIA DR  VILLA RICA GA 30180 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.189 | ARROYO, EDWIN | 429 PRESIDENT PLACE  WEST BABYLON NY 11704 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.190 | ARTHUR, ALFRED E | 9393 TRIANGLE DR  WEST CHESTER OH 45011 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.191 | ARUP LABORATORIES INC. | 500 CHIPETA WAY  SALT LAKE CITY UT 84108 | CUSTOMER AGREEMENT |
| 2.192 | ASARE, FRANCIS | 6225 NW 63RD ST, APT A  OKLAHOMA CITY OK 73132 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.193 | ASBURY, DORIS | 2142 CREEKWALK DRIVE  MURFEESBORO TN 37130 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.194 | ASCENSUS | 95 WELLS AVE 0 NEWTON MA 02459 | CUSTOMER AGREEMENT |
| 2.195 | ASHTON, TINA | 10834 TESLA RD  LIVERMORE CA 94550 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.196 | ASSIFO, JUMAR | 5720 W 95TH STREET #2  OSWEGO IL 60543 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.197 | ASSOCIATED CREDIT UNION | 6251 CROOKED CREEK RD 0 NORCROSS GA 30092-3107 | CUSTOMER AGREEMENT |
| 2.198 | ASSOCIATED DISTRIBUTION LOGISTICS | 1380 MAIN STREET 0 WALTHAM MA 02451 | CUSTOMER AGREEMENT |
| 2.199 | ASTRO AEROSPACE | 6384 VIA REAL 0 CARPINTERIA CA 93013 | CUSTOMER AGREEMENT |
| 2.200 | AT YOUR SITE DRUG SCREENING | 6140 S GUN CLUB RD STE 202  AURORA CO 80016 | AGENT AGREEMENT |
| 2.201 | ATEMONEKE, CORNELIUS | 3824 N ANN ARBOR  OKLAHOMA CITY OK 73122 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.202 | ATILES, LATOSHIA | 270 BALDWIN RD APT 2  HEMPSTEAD NY 11550 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.203 | ATIQI, SYED | 4921 W COMMERCIAL ST  BROKEN ARROW OK 74012 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.204 | ATLANTA POSTAL CREDIT UNION | 400 TRADEPORT BOULEVARD SUITE 401 ATLANTA GA 30354 | CUSTOMER AGREEMENT |
| 2.205 | ATLANTIC EXPRESS SYSTEMS | 4637 SW 129 AVE  MIRAMAR FL 33027 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.206 | ATTRUIA, MARTIN | 11 CENTERBROOK ROAD  NORTH HAVEN CT 06473 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.207 | AUGUSTIN, ALEXANDRA | 1044 E 85TH ST  BROOKLYN NY 11236 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.208 | AUSTIN EXPRESS COURIERS | 9513 BURNET RD STE 209  AUSTIN TX 78758 | AGENT AGREEMENT |
| 2.209 | AUSTIN, ANGELA | 2165 RUGBY AVE APT 827  COLLEGE PARK GA 30337 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.210 | AUTHORITY DISPATCH LLC | 6885 OAK LEAF DR  FAIRBURN GA 30213 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.211 | AUTOMATION GRAPHICS | 460 WEST 34TH STREET 0 NEW YORK NY 10001 | CUSTOMER AGREEMENT |
| 2.212 | AVANT GARDE LOGISTICS | 5928 HIXSON PIKE SUITE A-339 HIXSON TN 37343 | CUSTOMER AGREEMENT |
| 2.213 | AVENTS ENTERPRISES | 2012 MEADOW CREST WAY  VIRGINIA BEACH VA 23456 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.214 | AVENUE, INC. | 1501 EXPERIMENT FARM ROAD 0 TROY OH 45373 | CUSTOMER AGREEMENT |
| 2.215 | AVERY, ADAM | 4923 N 95TH CIR  OMAHA NE 68134 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.216 | AVILA, ALEJANDRO | 4353 WOOD HOLLOW DR #618  DALLAS TX 75237 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.217 | AVILA, CHRISTINA | 20988 S UNION RD   MANTECA CA 95337 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.218 | AVILA, PAOLA | 2868 ADELAIDE CT  ORLANDO FL 32824 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.219 | AVILES, ANTONIO | 10707 LAKE CREEK PKWY  AUSTIN TX 78750 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.220 | AWAD, AMIR | 3218 PATRICK HENRY DR  FALLS CHURCH VA 22044 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.221 | AWAN, SADIA | 1042 45TH ST APT 3H  BROOKLYN NY 11219 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.222 | AWUAH, OPHELIA | 4650 HEBRIDES DR  COLUMBUS OH 43232 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.223 | AXIS GLOBAL | 396 AMERICAN BLVD E 0 BLOOMINGTON MN 55420 | CUSTOMER AGREEMENT |
| 2.224 | AY DELIVERIES | 7995 E MISSISSIPPI  A21  DENVER CO 80247 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.225 | AYERS, TERRI | 4879 PREACHERS HOLLOW TRAIL  COLORADO SPRINGS CO 80924 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.226 | AZUCENA-JUAREZ, NANCY | 715 HILLOCK BLUFF CIRCLE  HOUSTON TX 77073 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.227 | AZURE, VALERI | 3024 N 39TH STREET APT 15  PHOENIX AZ 85018 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.228 | BA, BOUBACAR | 2668 WENDEE DRIVE, APT 2511  CINCINNATI OH 45238 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.229 | BABILA, CHARLES | 9501 TIMBERWOOD LANE  YUKON OK 73099 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.230 | BACKSTAGE HARDWARE & THEATRE SUPPLY | 21 DRYDOCK AVE 0 BOSTON MA 02210 | CUSTOMER AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.231 | BADAKHSHANIAN, JAVAD | 13333 N STEMMONS FWY DALLAS TX 75234 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.232 | BAEZ RAMOS, EUCLIDES | 22 OAK ST. PROVIDENCE RI 02909 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.233 | BAEZ, KELVYN | 29 JACQUES ST APT 1 ELIZABETH NJ 07201 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.234 | BAFFOE, BENJAMIN | 1729 QUEENSBURY RD MOORE OK 73160 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.235 | BAH - ATL, MOHAMMED | 2240 BRITLEY TER COLLEGE PARK GA 30349 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.236 | BAH, ALPHA | 3202 REED STREET #2221 LANHAM MD 20706 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.237 | BAH, UMAR | 2240 BRITLEY TERR COLLEGE PARK GA 30349 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.238 | BAILEY, GAILON | 5046 LILY LN AMMON ID 83406 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.239 | BAILEY, RICKEY | PO BOX 376 ELKINS AR 72727 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.240 | BAKER, DOUGLAS | 5000 NW 27TH ST OKLAHOMA CITY OK 73127 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.241 | BAKER, MATTHEW | 3123 178TH ST LANSING IL 60438 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.242 | BAKER, SHARON | 15834 CONSTITUTION LN FRIENDSWOOD TX 77546 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.243 | BAKER, VERNITA | 5253 RICE RD ANTIOCH TN 37013 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.244 | BALLARD, PAUL | 3420 CHURCH STREET NEWTOWN OH 45244 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.245 | BALO, CARL | 108 SHARON ACRES LANE GASTON SC 29053 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.246 | BALSLY, MARSHA | 2795 LOSANTIRIDGE AVE CINCINNATI OH 45213 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.247 | BAMBA, ESTELLE | 20512 BRAILE ST DETROIT MI 48219 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.248 | BANCORPSOUTH | ONE MISSISSIPPI PLAZA PO BOX 789 TUPELO MS 38802 | CUSTOMER AGREEMENT |
| 2.249 | BANK 7 | 1039 NW 63RD ST 0 OKLAHOMA CITY OK 73116 | CUSTOMER AGREEMENT |
| 2.250 | BANK CARD USA | 2625 TOWNSGATE RD 0 THOUSAND OAKS CA 91361 | CUSTOMER AGREEMENT |
| 2.251 | BANK OF AMERICA | 9000 SOUTH SIDE 0 JACKSONVILLE FL 32256 | CUSTOMER AGREEMENT |
| 2.252 | BANK OF BOLIVAR | 495 S. SPRINGFIELD AVE. P.O BOX 560 BOLIVAR MO 65613 | CUSTOMER AGREEMENT |
| 2.253 | BANK OF NORTH CAROLINA | 3950 PREMIER DRIVE, SUITE 210 0 HIGH POINT NC 27265 | CUSTOMER AGREEMENT |
| 2.254 | BANK OF OKLAHOMA | ATTN:BOP PO BOX 3369 TULSA OK 74101 | CUSTOMER AGREEMENT |
| 2.255 | BANKERS BANK | 300 WINDING BROOK DRIVE 0 GLASTONBURY CT 06033 | CUSTOMER AGREEMENT |
| 2.256 | BANKS, DAPHNEY | 6625 FARMSTEAD RD NORTH LITTLE ROCK AR 72117 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.257 | BARBER, ROSEMARY | 113 PARK MEADOW DR LEXINGTON SC 29072 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.258 | BARBOSA, JOSE HUMBERTO | 403 S. MCCULLOCH SAN BENITO TX 78586 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.259 | BARBOSA, RAUL | 1100 N DICK DOWLING ST. SAN BENITO TX 78586 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.260 | BARBOZA-DAVILA, ROBERTO | 4116 HOLLOW HILL DR TAMPA FL 33624 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.261 | BAR-BRI | 1500 BROADWAY 8THFL 0 NEW YORK NY 010036 | CUSTOMER AGREEMENT |
| 2.262 | BARCEL USA | 301 S. NORTHPOINT DRIVE SUITE 100 COPPELL TX 75019 | CUSTOMER AGREEMENT |
| 2.263 | BARFIELD, DOUGLAS JAMES | 95 CERCLE DE LA CERESE SPARKS NV 89434 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.264 | BARLOW, ISAAC | 11300 HWY 271 LOT 366 TYLER TX 75708 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.265 | BARNES, GREGORY | 110150 RICHARD ARRINGTON BLVD BIRMINGHAM AL 35205 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.266 | BARNES, LASHONDA | 2224 S MARION AVE TULSA OK 74114 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.267 | BARNETT, ANDREA DIANNE | 5918 LEONA ST ST. LOUIS MO 63116 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.268 | BARNETT, LINDA | 13718 E 31ST PL TULSA OK 74134 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.269 | BARNETT, MIKE | 301 EAST 6TH PANHANDLE TX 79068 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.270 | BARNETT, RICHARD | 352 COUNTY RD. 309 PANHANDLE TX 79068 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.271 | BARRERA, ALICIA | 11245 SIR WINSTON ST SAN ANTONIO TX 78216 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.272 | BARRETO, JAIRO | 5571 S TREEBEARD RD TAYLORSVILLE UT 84129 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.273 | BARRETT, DEBBIE | 1009 COUNTY STREET 2984 BLANCHARD OK 73010 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.274 | BARRON, GINA | 2450 WEST CENTRAL AVE UNIT 19 TOLEDO OH 43606 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.275 | BARROSO, CRUZ | 5508 GALWAY LN NORTH RICHLAND HILLS TX 76180 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.276 | BARROW, BRIDGETTE | 4006 11TH ST ECORSE MI 48229 | INDEPENDENT CONTRACTOR AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.277 | BARSHTAK, VALERY | 650 S TOWN CENTER DR APT 2056  LAS VEGAS NV 89144 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.278 | BARTON, ROSS | 1501 E GARDNER LN APT 1126  PEORIA HTS IL 61616 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.279 | BASHIBYUKYAN, MARIA | 3312 BLAKE AVE  N LAS VEGAS NV 89030 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.280 | BASHIR, ELMUTHANA ABDALLA | 5543 COLUMBIA PIKE   APT 204  ARLINGTON VA 22204 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.281 | BATES, TINA | HC 89 BOX 415  WINONA MO 65588 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.282 | BATISTA, MARIA | 175 ORCHARD STREET, APT 1  NEWARK NJ 07114 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.283 | BATISTA, ROBERT | 5850 PARK FRONT DR # 343  HOUSTON TX 77036 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.284 | BAUCUM, MALINDA | 105 3RD STREET EAST  NEW AUGUSTA MS 39462 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.285 | BAUGH, KENNETH | 919 E. 15TH ST  RICHMOND VA 23224 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.286 | BAXTER HEALTHCARE | 1 BAXTER PARKWAY, DEERFIELD, IL 60015 0 0 0 0 | CUSTOMER AGREEMENT |
| 2.287 | BAXTER, GENEVA | 2520 SANDWOOD AVE  CHOCTAW OK 73020 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.288 | BAY COMMERCIAL BANK | 22 WEST YOKUTS AVE 0 STOCKTON CA 95207 | CUSTOMER AGREEMENT |
| 2.289 | BAYER, GERALDINE | 664 MONTROSE AVE  ROANOKE VA 24013 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.290 | BEACON COMMERCE PARK LLC | 1200 WESTINGHOUSE BLVD., SUITE G  CHARLOTTE NC 28273 | REAL ESTATE LEASE AGREEMENT |
| 2.291 | BEAL, LOUANN | 4385 TRENTON LN N APT 108  PLYMOUTH MN 55442 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.292 | BEAUCHAMP, LAVERNE | 213 IVY CT   STREAMWOOD IL 60107 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.293 | BEAUTYMARK INTERNATIONAL LLC | 10474 SANTA MONICA BLVD., SUITE 308 0 LOS ANGELES CA 90025 | CUSTOMER AGREEMENT |
| 2.294 | BEAVEX VOO | 133 P GAITHER DRIVE  MOUNT LAUREL NJ 8054 | AGENT AGREEMENT |
| 2.295 | BEDE, ERIC | 6822 SOWERS DR  CANAL WHCHSTR OH 43110 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.296 | BEDELL, WINSTON | 1402 PRATT ST APT 2  COLUMBIA MO 65201 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.297 | BEEMAN, TANDRA | 17908 LAKESHORE BLVD APT. 1  CLEVELAND OH 44119 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.298 | BEHR PROCESS CORPORATION | 3400 W. SEGERSTROM AVE 0 SANTA ANA CA 92704 | CUSTOMER AGREEMENT |
| 2.299 | BELL, ANDREA | 4493 W 148TH ST  CLEVELAND OH 44135 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.300 | BELL, LEALA | 3801 BROCKETT TRAIL APT H  CLARKSTON GA 30021 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.301 | BELMONTE, PERLA | 6521 W. MONROE STREET  PHOENIX AZ 85043 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.302 | BELTRAN, ANGELICA | 2770 TREMENTINA DR  HOUSTON TX 77088 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.303 | BELTRAN, MEDELIN | 906 MATTHEW WAY  HOUSTON TX 77073 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.304 | BEN TRANSPORTATION INC | 3852 BENNINGTON ST  PHILADELPHIA PA 19124 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.305 | BENFORD, DARRYL | 313 LILLY LANE  MURFREESBORO TN 37128 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.306 | BENNETT ILC, RENEE | 145 MAYWOOD  CREVE COEUR IL 61610 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.307 | BENNETT, JOSEPH | 6724 ZEBRA  MIDWEST CITY OK 73110 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.308 | BENNETT, MICHAEL | 126 DICKERT DR  LEXINGTON SC 29073 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.309 | BENNETT, RENEE | 627 S MAIN ST  EAST PEORIA IL 61611 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.310 | BENNETT, VICKIE | 6941 DONNA AVE  RESEDA CA 91335 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.311 | BENNICE, TERRY | 5106 KEATS PL  WILMINGTON NC 28405 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.312 | BENTLEY, BECKY | 21 6TH AVE SE  OELWEIN IA 50662 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.313 | BENYAMIN, ZADOK | 15258 ERIC KYLE DR  HUNTERSVILLE NC 28078 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.314 | BERG, JORGE | 1268 E IRIS LANE  SALT LAKE CITY UT 84106 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.315 | BERLIN PACKAGING (FREEDOM LOGISTICS) | 360 W BUTTERFIELD RD STE 400 ELMHURST IL 60126 | CUSTOMER AGREEMENT |
| 2.316 | BERNER, IRMA | 18002 PAGEMILL POINT LN  HUMBLE TX 77346 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.317 | BERRY, AMANDA | 2331 KRATKY RD UNIT D  ST. LOUIS MO 63114 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.318 | BERRY, JASON | 4411 SWEET WILLIAMS LANE  WILSON NC 27896 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.319 | BESHEAR, DANIEL | 1012 OAK PARK DRIVE  CHOCTAW OK 73020 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.320 | BEST FORMS | 1135 AVENIDA ACASO 0 CAMARILLO CA 93012 | CUSTOMER AGREEMENT |
| 2.321 | BEST SOURCE | 23 LAKE STREET 0 MONROE NY 10950 | CUSTOMER AGREEMENT |
| 2.322 | BETHEA, LATONYA | 1999 KENNY BIGGS ROAD  LUMBERTON NC 28358 | INDEPENDENT CONTRACTOR AGREEMENT |

| Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|
| 2.323 BETHUNE, DEIDRA DAWN | 1503 E COMMERCIAL ST  CHARLESTON MO 63834 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.324 BETSILL, DANI RENE | 20915 GUNPOWDER ROAD   MILLERS MD 21102 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.325 BETTIS, MARDRICUS | 208 HOWARD DR  APT B  O FALLON IL 62269 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.326 BGT PRODUCTIONS TRUST II | 2900 SE 10TH AVE  AMARILLO TX 79104 | REAL ESTATE LEASE AGREEMENT |
| 2.327 BHAKTA, KANTIBHAI | 9680 I-40  PANHANDLE TX 79068 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.328 BIGGS, RONALD | 4423 TROPICAL DR  SAN ANTONIO TX 78218 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.329 BIGNEY, GINA | 336 AVE DE LA COULEURS  LOCKWOOD NV 89434 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.330 BILLINGS, KRISTEN ELIZABETH | 12126 UNITY CIRCLE NW   COON RAPIDS MN 55448 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.331 BINDER, FREDA | 312 NOTRE DAME AVE  DAYTON OH 45404 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.332 BIOCARE MEDICAL LLC | 4040 PIKE LANE 0 CONCORD CA 94520 | CUSTOMER AGREEMENT |
| 2.333 BIODESIX INC. | 2970 WILDERNESS PLACE SUITE 100 BOULDER CO 80301 | CUSTOMER AGREEMENT |
| 2.334 BIOMED REALTY TRUST | 17190 BERNARDO CTR DRIVE STE 222 SAN DIEGO CA 92128 | CUSTOMER AGREEMENT |
| 2.335 BIORX | 7167 KEMPER RD 0 CINCINNATI OH 45249 | CUSTOMER AGREEMENT |
| 2.336 BIOSAFE SUPPLIES | 4751 DISTRIBUTION CT., STE. 12 0 ORLANDO FL 32882 | CUSTOMER AGREEMENT |
| 2.337 BIOSCRIP INFUSION SERVICES, INC. | 10050 CROSSTOWN CIRCLE SUITE 300 EDEN PRAIRIE MN 55344 | CUSTOMER AGREEMENT |
| 2.338 BIO-TEST MEDICAL INC. | 3503 GIBSONIA RD  GIBSONIA PA 15044 | AGENT AGREEMENT |
| 2.339 BIRCH COMMUNICATIONS INC. | 320 INTERSTATE N CIR SE #300 ATLANTA GA 30339 | UTILITIES AGREEMENT |
| 2.340 BIRCHWOOD GENETICS | 465 STEPHENS RD. 0 WEST MANCHESTER OH 45382 | CUSTOMER AGREEMENT |
| 2.341 BISHOP, RITA | 4641 PENNOAK RD  GREENSBORO NC 27407 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.342 BITTORF, LAWRENCE | 201 E ESPLANADE AVE  LOUISVILLE KY 40214 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.343 BLACK, ANITA | 501 LAWRENCE   JACKSONVILLE TX 75766 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.344 BLACK, JAMES | 123 WINTS DR  LITTLE ROCK AR 72206 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.345 BLACK, KATHERINE | 282 SALUDA ISLAND RD  PROSPERITY SC 29127 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.346 BLACKDEN, ROBERT | 937 ISOM RD  SAN ANTONIO TX 78216 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.347 BLACKLEDGE, JAMES | 860 EAST PENNING AVE  WOOD RIVER IL 62095 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.348 BLALOCK, KEISHA | 5959 FLAIRINGTON ROAD APT  4-D.  LITHONIA GA 30038 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.349 BLANKENSHIP, RON | 7547 OHIO NORTHERN DR NW  LANCASTER OH 43130 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.350 BLASCO LOPEZ, JOSE | 11003 AVERY OAKS LN  RICHMOND TX 77406 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.351 BLAZE EXPRESS COURIER SERVICE | 5420 TOLER ST  NEW ORLEANS LA 70123 | AGENT AGREEMENT |
| 2.352 BLEVINS, DOLLIE | 209 CLEAR BRANCH ROAD  ERWIN TN 37650 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.353 BLEVINS, GENIA | 858 MALABU DR #5102  LEXINGTON KY 40502 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.354 BLUE HERON PROPERTIES | 6835 SOUTH EASTERN AVENUE STE 110 LAS VEGAS NV 89119 | CUSTOMER AGREEMENT |
| 2.355 BLUM,SHAPIRO & CO | 2 BATTERYMARCH PK STE 301 1 PINE HILL DR QUINCY MA 02169 | CUSTOMER AGREEMENT |
| 2.356 BMW OF NORTH AMERICA, LLC | 300 CHESTNUT RIDGE ROAD 0 WOODCLIFF LAKE NJ 07677-7731 | CUSTOMER AGREEMENT |
| 2.357 BOAKYE, ALBERT | 2703 OASIS LN  CHARLOTTE NC 28214 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.358 BOATENG, NORRIS | 2159 VIA DA VINCI ST  COLUMBUS OH 43229 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.359 BOATENG, THOMAS | 8240 CENTRAL AVENUE  ALEXANDRIA VA 22309 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.360 BOATWRIGHT, ANTHONY | 16522 ROSELAWN ST  DETROIT MI 48221 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.361 BODDEN, VIRGINIA | 408 EBONY LN   PORT ISABEL TX 78578 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.362 BODRERO, MARCI | 133 S 2ND E   PRESTON ID 83263 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.363 BOEING EMPLOYEES CREDIT UNION | PO BOX 3853 M/S 211 SEATTLE WA 98124-3853 | CUSTOMER AGREEMENT |
| 2.364 BOGDA, PAUL | PO BOX 626  NEW CARLISLE IN 46552 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.365 BOILING SPRINGS SAVINGS BANK | 25 ORIENT WAY 0 RUTHERFORD NJ 07070 | CUSTOMER AGREEMENT |
| 2.366 BOJOVIC, PRENTAS | 41744 MARY KAY DRIVE  CLINTON TWP MI 48038 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.367 BOLATETE, MARIETTA | 3287 WESTRIDGE BLVD  ORLANDO FL 32822 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.368 BOLES, TRANESE | 241 STURBRIDGE VILLAGE DR   HAZELWOOD MO 63042 | INDEPENDENT CONTRACTOR AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.369 | BOLLANT, LISA | 300 CONEFLOWER CT  WAUNAKEE WI 53597 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.370 | BOLTON LOGISTICS | 1890 IA-1  SOLON IA 52333 | AGENT AGREEMENT |
| 2.371 | BOLTON LOGISTICS LLC | 1131 21ST ST SW  CEDAR RAPIDS IA 52404 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.372 | BOLUWAJI, SHERIFAT | 1910 HIGH EAGLE TRAIL APT 918  INDIANAPOLIS IN 46224 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.373 | BONDED TRANSPORTATION SOLUTIONS, INC. | 418 N 27TH ST  MILWAUKEE WI 53208 | AGENT AGREEMENT |
| 2.374 | BOOHER, CURTIS | 1899 SADDLEBACK BLVD  NORMAN OK 73072 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.375 | BOONE, TONYA | 5809 WINDY KNOLL LANE  ROSHARON TX 77583 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.376 | BOOSTPOWER USA, INC. | 2560 CALCITE CIR 0 NEWBURY PARK CA 91320 | CUSTOMER AGREEMENT |
| 2.377 | BOOZE, CLARENCE | 2809 MONTCLAIR COURT  RICHMOND VA 23223 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.378 | BORDLEY, PHALLON | 301 MONTROSE ST  VINELAND NJ 8360 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.379 | BOSEMAN JR, MICHAEL | 11024 SHADOW WOOD CIR  WHITEHOUSE TX 75791 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.380 | BOSTON ART | 23 DRYDOCK AVENUE 0 BOSTON MA 02210 | CUSTOMER AGREEMENT |
| 2.381 | BOSTON BEER COMPANY- BREWERY | 30 GERMANIA ST 0 BOSTON MA 02130 | CUSTOMER AGREEMENT |
| 2.382 | BOSTON BEER COMPANY-CORP OFFICE | ONE DESIGN CENTER PLACE 0 BOSTON MA 02210 | CUSTOMER AGREEMENT |
| 2.383 | BOSTON CENTER FOR ADULT EDUCATION | 122 ARLINGTON STREET 0 BOSTON MA 02116 | CUSTOMER AGREEMENT |
| 2.384 | BOWENS, LISA | 452 MIDLOTHIAN RD  ST. LOUIS MO 63137 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.385 | BOYD, ADAM | 28445 BOCK ST  GARDEN CITY MI 48135 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.386 | BOYKIN, SHAWNDA | 3810 EILEEN LANE  SHREVEPORT LA 71109 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.387 | BOYLE SHAUGHNESSY & CAMPO | 695 ATLANTIC AVENUE 0 BOSTON MA 02111 | CUSTOMER AGREEMENT |
| 2.388 | BOYLL, VICKI | 9621 S LAKE RIDGE DR UNIT 30  BLOOMINGTON IN 47401 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.389 | BRAASCH, DEWAINE | 4825 ERIK'S BLVD  EAGAN MN 55122 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.390 | BRADLEY, DAWN | 6719 LEIGHTON AVE  LINCOLN NE 68507 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.391 | BRADSHAW, TONY | 643 BRIARCROFT LN  KILLEEN TX 78742 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.392 | BRAND, WILLIAM | 26 PASTURE LANE  LEVITTOWN NY 11756 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.393 | BRANNON, KATHLEEN | 1337 FINGER LAKES  CENTERVILLE OH 45458 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.394 | BRASMER, WACEY | 6319 BLUEWATER ROAD NW  ALBUQUERQUE NM 87121 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.395 | BRASON, HENRY | 268 HIGHWAY 64 E  CONWAY AR 72032 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.396 | BRAVO, DOLORES | 11415 CHARIOT DR  STAFFORD TX 77477 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.397 | BRAWLEY, GEORGE | 1006 GREENBRIAR DR  BRANDON FL 33511 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.398 | BREAKTHRU BEVERAGE MINNESOTA WINE & SPIRITS LLC | 489 N. PRIOR AVE 0 ST PAUL MN 55104 | CUSTOMER AGREEMENT |
| 2.399 | BREELAND COURIER SERVICE | 1304 SUNSET BLVD  WEST COLUMBIA SC 29169 | AGENT AGREEMENT |
| 2.400 | BREELAND COURIER SERVICE LLC | 1304 SUNSET BLVD  WEST COLUMBIA SC 29169 | AGENT AGREEMENT |
| 2.401 | BREELAND COURIER SERVICE, LLC | 1304 SUNSET BLVD  WEST COLUMBIA SC 29169 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.402 | BREINIG, NINA | 1965 LAKE VIEW PL  MARTINEZ CA 94553 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.403 | BRENNAN, GERARD | 9119 STARBOARD  NW  ALBUQUERQUE NM 87121 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.404 | BRENTNALL, WILLIAM | 431 LAKE CIRCLE DR  CANTONMENT FL 32533 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.405 | BREWER, SUSAN | 3650 S HOLIDAY AVE  SPRINGFIELD MO 65807 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.406 | BRIDGES, BETSY | 80 WALNUT HILL RD  HARTLAND CT 6027 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.407 | BRIGGS, CAROLYN | 3917 CEDARWOOD PL  CINCINNATI OH 45213 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.408 | BRIGGS, DAVID | 3917 CEDARWOOD PLACE  CINCINNATI OH 45213 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.409 | BRIGGS, MELANIE | 684 MILLARD DR  FRANKLIN OH 45005 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.410 | BROADNAX, ANDRE | 5100 MCCUE RD  HOLT MI 48842 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.411 | BROADWAY BUSINESS PARK INC. | 4250 E. BROADWAY, SUITE 1027  COLUMBIA MO 65201 | REAL ESTATE LEASE AGREEMENT |
| 2.412 | BROADWAY, ROBYN LEA | 13474 MASON VILLAGE CT  TOWN & COUNTRY MO 63131 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.413 | BROOKS, JACQUELINE | 4155 LES CHERBOURG LN  FLORISSANT MO 63034 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.414 | BROOKSHIRE GROCERY COMPANY | 1600 WSW LOOP 323 0 TYLER TX 75701 | CUSTOMER AGREEMENT |

# Schedule G
### Executory Contracts and Unexpired Leases

| Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|
| 2.415 BROUGHTON, MAURICE | 403 E HAMPTON  DARLINGTON SC 29532 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.416 BROWER, CHRISTOPHER | 8136 SHALLOW GLEN TRAIL  CORDOVA TN 38016 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.417 BROWN 2ND, ILENE | 2255 SW STURGES LN APT 133  TROUTDALE OR 97060 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.418 BROWN, ADELBERT | 8261 ROUTE 6  UNION CITY PA 16438 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.419 BROWN, ANNE | 2314 WAVERLY RD  WILLIAMSTOWN WV 26187 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.420 BROWN, ANTONIO | 6 GILLIS RD  PORTSMOUTH VA 23702 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.421 BROWN, ELIOT | 402 NE COLONIAL CT  LEES SUMMIT MO 64064 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.422 BROWN, NETTIE | 11330 GRUBBS ST  TYLER TX 75706 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.423 BROWN, ROBERT | 105 PELHAM WOODS CIR  WAYNESBORO VA 22980 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.424 BROWN, SHIRLEY | 116 E. MAIN ST  COUNCIL HILL OK 74428 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.425 BROWN, TABORA | 11963 KEYSTONE SPRING WAY  HOUSTON TX 77089 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.426 BROWN, VERONDA | 3235 LONG CHAMPS DR  FLORISSANT MO 63033 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.427 BROWN-SMITH, VERONICA | 8117 N HUGHES DR  SPOKANE WA 99208 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.428 BROZOVICH, TINA | 8702 BOTANICAL AVE  CASEYVILLE IL 62232 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.429 BRUCE, HARRY | 3476 FORESTBROOK DR # M  CHARLOTTE NC 28202 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.430 BRUISTER, ALVITA | 24864 MIDLAND  REDFORD MI 48239 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.431 BRYAN BATEMAN PROPERTIES LLC | 13176 TROUP HWY  TYLER TX 75707 | REAL ESTATE LEASE AGREEMENT |
| 2.432 BRYAN, DARLA JEAN | 12375 DUNEDIN LN APT 102 APT 102  ST. LOUIS MO 63146 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.433 BRYANT, ALICIA | 4824 JUBILEE DIAMOND CT  LAS VEGAS NV 89139 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.434 BRYANT, CARLTON | 4824 JUBLIEE DIAMOND CT  LAS VEGAS NV 89139 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.435 BSAT | 2225 KILLARNEY COURT  LAWRENCE KS 66047 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.436 BTH, INC. | 703 QUINCY ST STE 1  RAPID CITY SD 57701 | AGENT AGREEMENT |
| 2.437 BTX AIR EXPRESS | PO BOX 853 0 SHELTON CT 06484 | CUSTOMER AGREEMENT |
| 2.438 BUCHELI, RODRIGO | 147 37TH STREET  UNION CITY NJ 07087 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.439 BUDD, DANYIELLE | 404 7TH AVE 3B  ASBURY PARK NJ 7712 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.440 BUDGET TRANSPORT LLC | 1033 HARRISON BLVD  LINCOLN PARK MI 48146 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.441 BUILDERS INSURANCE GROUP | P.O. BOX 723099 0 ATLANTA GA 31139 | CUSTOMER AGREEMENT |
| 2.442 BUNTING, GARY | 1633 N NEINER RD  SANFORD MI 48657 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.443 BURBERRY | 2 NEWBURY ST PO#4700471545 BOSTON MA 02116 | CUSTOMER AGREEMENT |
| 2.444 BURDICK, GARY | 100 STAFFORDSHIRE COMMONS  WALLINGFORD CT 06492 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.445 BURDICK, JASON | 2747 SARATOGA AVE  LK HAVASU CTY AZ 86406 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.446 BURELL, CLYDE R | 64 ATASCADERO DR  MANVEL TX 77578 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.447 BURGESS, BECKY | 5382 HARVEST BREEZE ROAD   LAS VEGAS NV 89118 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.448 BURGESS, KATHLEEN | 320 NW 189TH ST  MIAMI FL 33169 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.449 BURGOS, ADALBERTO | 5035 EXPRESS DRIVE N  RONKONKOMA NY 11779 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.450 BURGUETE, ELENA | 3180 NUTMEG DR  CORONA CA 92882 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.451 BURKHART, STEVEN | 4380 STATE HWY 56  EVENING SHADE AR 72532 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.452 BURKS, JAMES RANDELL | 852 W EMERALD SPRINGS DR  BOILING SPRINGS SC 29316 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.453 BURLESON, BRYAN | 3200 NEIGHBORS LANE  DEL CITY OK 73135 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.454 BURLESON, JAMES | 6301 SE 52ND ST  OKLAHOMA CITY OK 73135 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.455 BURNS-SCHARNKE CONSULTING | 424 SIEBERT DR  SCHERERVILLE IN 46375 | AGENT AGREEMENT |
| 2.456 BURROWS, PAUL | 2 DUKE DR  EDINBORO PA 16412 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.457 BURTON, CECIL | 26515 E. 49TH ST SOUTH  BROKEN ARROW OK 74014 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.458 BURTON, NICOLE | 4901 HERRING RD  ROSE HILL NC 28458 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.459 BUSHNELL, JULIE | 83 E RD  EAST WINDSOR CT 6016 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.460 BUSINESS ESSENTIALS | 800 PORT AMERICA PLACE SUITE 500 GRAPEVINE TX 76051 | CUSTOMER AGREEMENT |

| Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|
| 2.461 BUTLER, LORI | 5710 FRANCIS CT SE  AUBURN WA 98092 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.462 BUTLER, MILTON | 716 SANTA FE MEADOWS DRIVE NE  RIO RANCHO NM 87144 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.463 BUTLER, THEODORE | 1300 ASHLEY AVE  MARION SC 29571 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.464 BUTT, GARFIELD | 20 BENTON ST  HARTFORD CT 06114 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.465 BUTTERFIELD, RANDI | 616 S 8TH AVE  YAKIMA WA 98902 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.466 BUTTRUM, MARK | 2440 FIELDCREST DRIVE  BOWLING GREEN KY 42104 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.467 BUTTS, DARLEEN | 143 GRANDVIEW  RAYLAND OH 43943 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.468 BUTTS, GENETTA | 2120 NW 71ST ST  MIAMI FL 33147 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.469 BUTTS, JOHN | PO BOX 285  RAYLAND OH 43943 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.470 BW COURIER SERVICES | 2001 HOLLY AVE SUITE 1A  COLUMBIA MO 65202 | AGENT AGREEMENT |
| 2.471 BYRAM HEALTH CARE | 220 NORTH COBB PKWY #200 200 0 MARIETTA GA 30062 | CUSTOMER AGREEMENT |
| 2.472 C & L ENTERPRISE | 3919 CLEARFIELD LN  IDAHO FALLS ID 83406 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.473 C.H. ROBINSON-PARENT | 161 WASHINGTON ST 0 CONSHOHOCKEN PA 19428 | CUSTOMER AGREEMENT |
| 2.474 C.H.E. PRECISION. INC | 2640 LAVERY CT. STE. C NEWBURY PARK CA 91320 | CUSTOMER AGREEMENT |
| 2.475 C.I. PARTNERS DIRECT | 4484 MARKET ST STE 302 VENTURA CA 93003 | CUSTOMER AGREEMENT |
| 2.476 CABADAS, ISAIAS | 8123 W. EARLL DRIVE  PHOENIX AZ 85033 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.477 CABINET SALES AND MANAGEMENT GROUP, LLC | 4225 SOLANO AVE #624 NAPA CA 94558 | CUSTOMER AGREEMENT |
| 2.478 CABRAL, NILSON | 3881 BLUEBIRD CIRCLE  WEST VALLEY CITY UT 84120 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.479 CAESAR, SARA | 1046 E100TH ST PH  BROOKLYN NY 11236 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.480 CALDERON, GLORIA | 4380 FM 690  BURNET TX 78611 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.481 CALDWELL, KRISHAUNDA | 15114 SPRING SUN CT  HUMBLE TX 77346 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.482 CALIA, FRANK | 7049 JERRY DR  WEST CHESTER OH 45069 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.483 CALPHEN, RICHARD | 8401 ROCKMOOR RIDGE  CHARLOTTE NC 28215 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.484 CAMERATO, LINDA | 211 7TH AVE  PLATTSMOUTH NE 68048 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.485 CAMPBELL GIRLS PARTNERSHIP LTD | 7341 SANTOS CIRCLE  WOODWAY TX 76712 | REAL ESTATE LEASE AGREEMENT |
| 2.486 CAMPBELL, DAN | 512 WESTOVER RD  BIG SPRING TX 79720 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.487 CAMPBELL, JOHN | 6616 HALEY DR  COLUMBIA SC 29206 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.488 CAMPOS, HUSI | 4505 ALDINE MAIL ROUTE  #1713  HOUSTON TX 77039 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.489 CAMPOS, JORGE A | 16722 RIPPLING MILL DR  SUGARLAND TX 77478 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.490 CANADY ILC, PHILLIP | 14386 BOY SCOUT TR  PETERSBURG IL 62675 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.491 CANADY, PHILLIP | 14386 BOY SCOUT TRL  PETERSBURG IL 62675 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.492 CANINE COMPANIONS | 2965 DUTTON AVE 0 SANTA ROSA CA 95402 | CUSTOMER AGREEMENT |
| 2.493 CANNEDY SECURITY | 1912 KEMP  WICHITA FALLS TX 76308 | AGENT AGREEMENT |
| 2.494 CANNING, ROLAND | 7612 ROSIN DR  NORTH CHARLESTON SC 29418 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.495 CANNON DESIGN | 99 SUMMER ST STE 600 BOSTON MA 02110 | CUSTOMER AGREEMENT |
| 2.496 CANTU, LORENA | 6809 VERANO ST  PHARR TX 78577 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.497 CANTU-AVILAN, ADRIANA C | 6118 JIM STREET  HOUSTON TX 77092 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.498 CANYON LOGISTICS | 21452 W MARTIN DR. 0 PORTER TX 77365 | CUSTOMER AGREEMENT |
| 2.499 CAPE COD COURIER | 150 FLINT ST  MARSTON MILLS MA 02648 | AGENT AGREEMENT |
| 2.500 CAPITAL ONE SERVICES | 15000 CAPITAL ONE DRIVE 0 RICHMOND VA 23238 | CUSTOMER AGREEMENT |
| 2.501 CAPOTE CHARON, ROYDEL | 897 UNION STATION PKWY   APT 19206  LEWISVILLE TX 75057 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.502 CAPRARI, AMY | 246 PRINGLE ST  KINGSTON PA 18704 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.503 CAPS | 1000 SOUTH LOOP WEST SUITE 115 HOUSTON TX 77054 | CUSTOMER AGREEMENT |
| 2.504 CARDINAL HEALTH | 7601 NE GARDNER 0 KANSAS CITY MO 64120 | CUSTOMER AGREEMENT |
| 2.505 CAREFUL COURIERS LLC | PO BOX 212  VALLEYFORD WA 99036 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.506 CAREFUL COURIERS LLC (SEA) | PO BOX 212  VALLEYFORD WA 99036 | INDEPENDENT CONTRACTOR AGREEMENT |

# Schedule G

Executory Contracts and Unexpired Leases

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.507 | CAREWORX MANAGED IT SOLUTIONS INC. | ONE HINES ROAD SUITE 301 OTTAWA ON K2K 3C7 | PROFESSIONAL SERVICES AGREEMENT |
| 2.508 | CAREY, PHASHELLA LYNN | 18429 WEST ROAD  SPIRO OK 74959 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.509 | CARNES, DEBBIE | 778 DOTY DR  WADSWORTH OH 44281 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.510 | CAROLINA MOBILE MEDICS | PO BOX 26241  WINSTON-SALEM NC 27114 | AGENT AGREEMENT |
| 2.511 | CAROLLO, TAMMY MARIE | 9828 WATERMILL CIR  BOYNTON BEACH FL 33437 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.512 | CAROW, ANITA | 1658 CAPITOL WAY STE 101  BISMARCK ND 58501 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.513 | CARPENTER, GLENN | 774 POLO DR NORTH  COLUMBUS OH 43229 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.514 | CARPENTER, JAWAAN | 6506 YORKSHIRE CT  GRANDVIEW MO 64030 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.515 | CARPENTER, JOX | 3707 S BRADEN PL  TULSA OK 74135 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.516 | CARPER, DUANE | 811 EVANS ST  JEANNETTE PA 15644 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.517 | CARR, AURORA | 4200 KINGS CANYON RD  CARSON CITY NV 89703 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.518 | CARRASQUILLO, MARIO | 54 KENDALL DRIVE  PARLIN NJ 08859 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.519 | CARRILLO, DANIEL | 1919 TAROMEE AVE.  KANSAS CITY KS 66102 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.520 | CARRION, MICHELLE | 4306 BIEL CT  KISSIMMEE FL 34746 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.521 | CARRION, SIXTO | 5619 WELLSTON DRIVE  ARLINGTON TX 76018 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.522 | CARROLL, CHARLES | 7406 WEST LAKE DRIVE  SPARTANBURG SC 29303 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.523 | CARTER, JERRY | 11810 PLEASANT RIDGE APT 702  LITTLE ROCK AR 72223 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.524 | CARTER, MICHAEL | 601 MEADOWBROOK  CORPUS CHRISTI TX 78412 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.525 | CASADY, SCOTT | 2510 SE SEDWICK RD  PORT ORCHARD WA 98366 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.526 | CASSADAY, LEIGH | 12148 HILLMAN DR  PALM BEACH GARDENS FL 33410 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.527 | CASTEEL, DORLISA | 1408 MCGREGOR DR  MIDWEST CITY OK 73130 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.528 | CASTILLO, JOSE | 1700 GLEN CAMPBELL  EL PASO TX 79936 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.529 | CASTILLO, JOSE | 5750 NW 64TH AVE APT 101  TAMARAC FL 33319 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.530 | CATLETT, RON | 2608 BEACH DR  BELPRE OH 45714 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.531 | CATO, WILLIAM | 1307 TREE  LODGE PKWY  LITHIA SPRINGS GA 30122 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.532 | CAUDILLO JR, PERFECTO | 703 HARMONY DR  MIDLAND TX 79703 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.533 | CAVAZOS, JOSHUA | 2829 MEADOWLARK LN  ENID OK 73703 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.534 | CD EXPRESS INC. | 3800 RIVER DR STE 5  MOLINE IL 61265 | AGENT AGREEMENT |
| 2.535 | CDS LOGISTICS MANAGEMENT | 1225 BENGIES RD  0 BALTIMORE MD 21220 | CUSTOMER AGREEMENT |
| 2.536 | CDW LOGISTICS | 200 NORTH MILWAUKEE AVE.  VERNON HILLS IL 60061 | MICROSOFT PRODUCTS AND SERVICES AGREEMENT AGREEMENT |
| 2.537 | CECIL, HOLLY | 1220 MARKET ST  PEKIN IL 61554 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.538 | CEDANO, JOEL | 23 MAY LANE  BLOOMFIELD CT 06002 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.539 | CEESAY, ALI | 4401 GREEN RD APT 204  RALEIGH NC 27604 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.540 | CELLA, LOUIS | 1246 SILVER PERCH AVE  LAS VEGAS NV 89123 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.541 | CENTRAL ADMIXTURE PHARMACY | #N/A | CUSTOMER AGREEMENT |
| 2.542 | CENTRAL BANK | 6601 WESTOWN PKWY STE 140 WEST DES MOINES IA 50266 | CUSTOMER AGREEMENT |
| 2.543 | CENTRAL UTAH CLINIC P.C., DBA REVERE HEALTH | 1055 N 500 W 0 PROVO UT 84604 | CUSTOMER AGREEMENT |
| 2.544 | CERIDIAN | 521 E. MOREHEAD STREET 0 CHARLOTTE NC 28202 | CUSTOMER AGREEMENT |
| 2.545 | CEXI | 531 SANDY CIR 0 OXNARD CA 93036 | CUSTOMER AGREEMENT |
| 2.546 | CG EXPRESS TRANSPORT LLC | 300 S 55TH ST, APT B102  RENTON WA 98055 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.547 | CHAIRS-BROWN, TAWANA | 3510 CAPRI LANE  BELLEVILLE IL 62221 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.548 | CHAMBERS, TONYA | 650 BANYON TREE WAY APT B  TIPP CITY OH 45371 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.549 | CHANG, TINA | 566 FALLEN LEAF CIR  SAN RAMON CA 94583 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.550 | CHAPA, DAVID | 3523 BRIARWOOD DR  SIERRA VISTA AZ 85635 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.551 | CHAPMAN, AMY | 607 NEW SALEM RD  GLASGOW KY 42141 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.552 | CHARLES WALKER | 6110 VALKEITH DRIVE  HOUSTON TX 77096 | MANAGEMENT INCENTIVE PLAN AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.553 | CHARLES, MICHAEL | 4747 N. JOSEY LN APT 1008  CARROLLTON TX 75010 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.554 | CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC | 12405 POWERSCOURT DRIVE  ST. LOUIS MO 63131 | UTILITIES AGREEMENT |
| 2.555 | CHASE COURIER | 1220 CHAMPION CIRCLE SUITE 114 0 CARROLLTON TX 75006 | CUSTOMER AGREEMENT |
| 2.556 | CHASM, SANDRA | 113 EAGLE RD  NORTH AUGUSTA SC 29860 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.557 | CHATSWORTH PRODUCTS | 31425 AGOURA ROAD 0 WESTLAKE VILLAGE CA 91361 | CUSTOMER AGREEMENT |
| 2.558 | CHAVES, VALTERCIDES | 9211 MONARCH CRESCENT  HENRICO VA 23228 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.559 | CHAVEZ, OLIVER | 1113 WALNUT ST  GOWRIE IA 50543 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.560 | CHAVEZ, VICENTE | 8275 WALNUT HILL LANE APT 346  DALLAS TX 75231 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.561 | CHELF, PENELOPE | 2520 ATLANTIC PALMS LN APT. 504  CHARLESTON SC 29406 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.562 | CHENAULT, ALEISA | 4511 VIRGINIA AVE  OAKLAND CA 94619 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.563 | CHEP RECYCLED PALLET SOLUTIONS, LLC. | 8517 SOUTH PARK CIRCLE 0 ORLANDO FL 32819 | CUSTOMER AGREEMENT |
| 2.564 | CHICAGOLAND EXPEDITED CORP | 4924 W DEMING PLACE  CHICAGO IL 60639 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.565 | CHIKWE, KERRY | 2009 PIKE DR #5  FITCHBURG WI 53713 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.566 | CHILDERS, STEVEN | 22000 84TH AVE S #117  KENT WA 98032 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.567 | CHILDRESS XPRESS ENTERPRISES | 201 W NASH ST  ELM CITY NC 27822 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.568 | CHIN, LUCIEN FARRELL | 201 CUMBERLAND DRIVE  BYRON GA 31008 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.569 | CHIVAROLI & ASSOCIATES, INC. | 200 N WESTLAKE BLVD STE 101 0 WESTLAKE VILLAGE CA 91362 | CUSTOMER AGREEMENT |
| 2.570 | CHOATE, LISA | 23820 CASTINETTE WAY  MURRIETA CA 92562 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.571 | CHOICE | 1 WHITEHALL ST 0 NEW YORK NY 10004 | CUSTOMER AGREEMENT |
| 2.572 | CHONZI, HENRY | 1400 HAWK VALLEY DR  LITTLE ELM TX 75068 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.573 | CHOO & CO, INC. | ONE BILLINGS ROAD 0 QUINCY MA 02171 | CUSTOMER AGREEMENT |
| 2.574 | CHOWDAHEADZ | 35 INDUSTRIAL PARKWAY 0 WOBURN MA 01801 | CUSTOMER AGREEMENT |
| 2.575 | CHRISTENSEN, AMY | 2325 N 750 W  HARRISVILLE  UT 84414 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.576 | CHRISTIE LACHENMAIER | 502 SOUTH SKIPWORTH ROAD  SPOKANE VALLEY WA 99206 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.577 | CHRISTIE, ARLIE | 213 SPRINGDALE AVE   GREER SC 29650 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.578 | CHRISTINE VERTEFEUILLE | 2 OLD TOWN HIGHWAY UNIT 30 EAST HAVEN CT 06512 | CUSTOMER AGREEMENT |
| 2.579 | CHS COURIER | 2560 LEATH CT  NORTH CHARLESTON SC 29406 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.580 | CHUBB & SON | P.O.BOX 1206 0 RICHMOND IN 47375 | CUSTOMER AGREEMENT |
| 2.581 | CHYUNG, DAYNA | 35 WEED AVE  NORWALK CT 6850 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.582 | CITY EXPRESS, INC | 2270 FRANKLIN GATEWAY SE #165  MARIETTA GA 30067 | AGENT AGREEMENT |
| 2.583 | CITY NATIONAL BANK | 1801 W OLYMPIC BLVD SUITE 200 LOS ANGELES, CA CA 90006 | CUSTOMER AGREEMENT |
| 2.584 | CITY OF AGOURA HILLS | 30001 LADYFACE COURT 0 AGOURA HILLS CA 91301 | CUSTOMER AGREEMENT |
| 2.585 | CITY OF BRIDGEPORT-PARENT | 325 CONGRESS STREET  0 BRIDGEPORT CT 6604 | CUSTOMER AGREEMENT |
| 2.586 | CITYSCAPE PROPERTIES LP | 2160 SOUTH 6" STREET  SPRINGFIELD IL 62703 | REAL ESTATE LEASE AGREEMENT |
| 2.587 | CIVGIN, ARNEL | 1117 N.E. 5TH LANE UNIT B11  ANKENY IA 50021 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.588 | CJ FLEET SERVICES - MID | 1701 MCCRACKEN ST  ABILENE TX 79602 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.589 | CJ FLEET SERVICES, LLC | 1701 MCCRACKEN STREET  ABILENE TX 79602 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.590 | CLAPP, KELLY | 2029 HUNTINGTON AVE  FLINT MI 48507 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.591 | CLARIENT | NEOGOMICS 0 0 0 0 | CUSTOMER AGREEMENT |
| 2.592 | CLARK DISTRIBUTION (BARNES AND NOBLE) | 400 CAPITAL LANE 0 MIDDLETOWN PA 17057 | CUSTOMER AGREEMENT |
| 2.593 | CLARK, CHRIS | 57 DIANNE DR  BELLEVILLE IL 62220 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.594 | CLARK, CONNIE | 1701 LANTERN DR.  ASHEBORO NC 27205 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.595 | CLARK, EDISON | 282 CAMPBELL ST  RIVER ROUGE MI 48218 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.596 | CLARK, MARY | 364 BEDFORD ST  CLAYSBURG PA 16625 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.597 | CLARK, TERRY | 1701 LANTERN DR  ASHEBORO NC 27205 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.598 | CLARKS HUB CITY PHARMACY LLC | 3805 22ND STREET SUITE 2A LUBBOCK TX 79410 | CUSTOMER AGREEMENT |

## Schedule G
### Executory Contracts and Unexpired Leases

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.599 | CLAYBROOK, NEDRA | 18228 FENMORE ST  DETROIT MI 48235 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.600 | CLEARY, STEVEN | 144 OLIVER GANT RD.  NORTH WILKESBORO NC 28659 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.601 | CLEMMER, JAMES HAROLD | 30045 W 93RD CT  DE SOTO KS 66018 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.602 | CLEVELAND, DEDRICK SHAWN | 2301 POLARIS AVE  APT 103  AUSTIN TX 78757 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.603 | CLINICAL PATHOLOGY LABORATORIES | 9200 WALL STREET 0 AUSTIN TX 78754 | CUSTOMER AGREEMENT |
| 2.604 | CLOCKWORK LOGISTICS | 4765 E 131ST ST  GARFIELD HEIGHTS OH 44105 | AGENT AGREEMENT |
| 2.605 | COATES, TAMMY | 1336 MARICOPA DR  OSHKOSH WI 54904 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.606 | COCHRAN, CLAIRE | 2870 ACWORTH DUE WEST RD NW  KENNESAW GA 30152 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.607 | COCKRELL, KIM | 3621 SW COQUINA COVE WAY 102  PALM CITY FL 34990 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.608 | CODLING, DWIGHT | 32 OAKLAND TERRACE  HARTFORD CT 06112 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.609 | COFFEE MEMORIAL BLOOD CENTER | 7500 WALLACE BLVD 0 AMARILLO TX 79124 | CUSTOMER AGREEMENT |
| 2.610 | COFFMAN, AMANDA | 115 S 3RD ST  TORONTO OH 43964 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.611 | COFIE, ERNEST | 1801 OAK CREEK LN APT B  BEDFORD TX 76022 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.612 | COHEN & BURGE, LLP | 699 HAMPSHIRE RD STE 207 0 WESTLAKE VILLAGE CA 91361 | CUSTOMER AGREEMENT |
| 2.613 | COHEN, JAY | 90 LONGFELLOW DR  WOODBRIDGE TOWNSHIP NJ 7067 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.614 | COHEN, JEANETTE | 90 LONGFELLOW DR  WOODBRIDGE TOWNSHIP NJ 7067 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.615 | COLE & CO | 654 BEACON ST 0 BOSTON MA 02215 | CUSTOMER AGREEMENT |
| 2.616 | COLE, ALAN | 9900 W SINKING CREEK RD  ROCHEPORT MO 65279 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.617 | COLE, CHRISTINE | 324 WISLER ST  DAVISON MI 48423 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.618 | COLE, TERRIE | POB 583  GARDNERVILLE NV 89410 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.619 | COLE, VALERIE | 3812 SHELLY DRIVE  OWENSBORO KY 42303 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.620 | COLEMAN, OSWALD | 16300 W 9 MILE RD APT 1002  SOUTHFIELD MI 48075 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.621 | COLLADO RODRIGUEZ, OSCAR | 8100 SANDS POINT DR  APT 2214  HOUSTON TX 77036 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.622 | COLLINS, DEIDRA | 2948 N 64TH ST  KANSAS CITY KS 66104 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.623 | COLLINS, ELENA VICTOROVNA | 10607 JOHNSON DR APT. A  SHAWNEE KS 66203 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.624 | COLLINS, SHERLEEN | 1214 W HOUSTON ST  TYLER TX 75702 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.625 | COLLISI, JANET | 6051 ACADEMY DRIVE  SAGINAW MI 48604 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.626 | COLLISI, TIMMOTHY | 6081 W FRESHMAN DRIVE  SAGINAW MI 48604 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.627 | COLVIN, JESSE | 9714 PLYMOUTH AVE  CLEVELAND OH 44125 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.628 | COMBS, JENNIFER | P.O BOX 1424  INOLA OK 74036 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.629 | COMER, TERRY | 6963 CROSSBROOK DR STE CENTERVILLE  CENTERVILLE OH 45459 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.630 | COMFORT SOLUTIONS | P.O. BOX 2710 0 JUPITER FL 33468 | CUSTOMER AGREEMENT |
| 2.631 | COMMIRE, ROBERT | 411 SOUTH CATHERINE ST.  BAY CITY MI 48706 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.632 | COMMUNITY MEMORIAL HOSPITAL | 147 NORTH BRENT ST 0 VENTURA CA 93003 | CUSTOMER AGREEMENT |
| 2.633 | COMPASS BANK | 15 20TH ST S, BIRMINGHAM, AL 35233 0 0 0 0 | CUSTOMER AGREEMENT |
| 2.634 | COMPLETE DELIVERY SOLUTIONS | PO BOX 58124 0 RALEIGH NC 27658 | CUSTOMER AGREEMENT |
| 2.635 | COMPLETE OFFICE | 793 MCDONALD AVE 0 BROOKLYN NY 11218 | CUSTOMER AGREEMENT |
| 2.636 | COMPLUS DATA INNOVATIONS | 560 WHITEPLAINS ROAD 0 TARRYTOWN NY 10591 | CUSTOMER AGREEMENT |
| 2.637 | COMPREHENSIVE HEALTH SERVICES | 8600 ASTRONAUT BLVD  CAPE CANAVERAL FL 32920 | CUSTOMER AGREEMENT |
| 2.638 | COMPRESSION SOLUTION INC | 817 E. 4TH STREET 0 TULSA OK 74120 | CUSTOMER AGREEMENT |
| 2.639 | COMPTON, RODNEY | 507 S. MAIN P.O. BOX 502  JACKSON CENTER OH 45334 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.640 | COMPUTER CREDIT INC. | PO BOX 5238 0 WINSTON SALEM NC 27105 | CUSTOMER AGREEMENT |
| 2.641 | COMPUTERIZED MANAGEMENT SERVICES, INC. | 4100 GUARDIAN ST STE 205 0 SIMI VALLEY CA 93063 | CUSTOMER AGREEMENT |
| 2.642 | CONCORD SERVICING | 4150 N. DRINKWATER BLVD. SUITE #200 SCOTTSDALE AZ 85251-3643 | CUSTOMER AGREEMENT |
| 2.643 | CONDE LOPEZ, MARTHA | 6802 N 67TH AVE  GLENDALE AZ 85301 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.644 | CONDE, SERGIO | 88 E 350 N  NORTH SALT LAKE UT 84054 | INDEPENDENT CONTRACTOR AGREEMENT |

## Schedule G
### Executory Contracts and Unexpired Leases

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.645 | CONDRA, CHRISTINA | 2099 N CO RD 125 W STE 125W  PAOLI IN 47454 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.646 | CONDUENT | 500 PLAZA DRIVE 0 SECAUCUS NJ 07094 | CUSTOMER AGREEMENT |
| 2.647 | CONGEMI, SUE | PPO BOX 1131  ST. CHARLES MO 63302 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.648 | CONLEY, JAMES | 6302 LEE AVENUE  MURFREESBORO TN 37129 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.649 | CONNEXION TECHNOLOGY L.L.C. | 130 NORTH CENTRAL AVENUE SUITE 301 PHOENIX AZ 85004 | SOFTWARE AGREEMENT |
| 2.650 | CONNEXION TECHNOLOGY L.L.C. | 3030 NORTH CENTRAL AVENUE SUITE 708 PHOENIX AZ 85012 | SOFTWARE AGREEMENT |
| 2.651 | CONTINUSERV | ONE MIFFLIN PLACE SUITE 400 CAMBRIDGE MA 02138 | PROFESSIONAL SERVICES AGREEMENT |
| 2.652 | CONTRA COSTA REGIONAL MEDICAL CENTER | 2500 ALHAMBRA AVE 0 MARTINEZ CA 94553 | CUSTOMER AGREEMENT |
| 2.653 | CONTRAK COURIER, INC. | 11425 LAKEWOOD ST  CROWN POINT IN 46307 | AGENT AGREEMENT |
| 2.654 | CONTRERAS, CHRISTINA | 19019 W. PORTLAND STREET  BUCKEYE AZ 85326 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.655 | CONVENTURES | 1 DESIGN CENTER PL S-718 BOSTON MA 02210 | CUSTOMER AGREEMENT |
| 2.656 | COOK, JEFFREY M. | 1299 DEPOT ROAD  BLUE RIDGE VA 24064 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.657 | COOK, LINDELL | PO BOX 3656  AUGUSTA GA 30914 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.658 | COOK, LYN | 29 PITTMAN CIRCLE  GREENVILLE SC 29617 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.659 | COOKIES BY DESIGN | 12301 ELIZABETH DR 0 MIDWEST CITY OK 73139 | CUSTOMER AGREEMENT |
| 2.660 | COOLEY, TERRENCE | 8117 SUSSEX ST  DETROIT MI 48228 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.661 | COOPER, CLYDE | 3790 HWY 5  DOUGLASVILLE GA 30135 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.662 | COOPER, JAMES | 20 DOLLARD CT  SUMTER SC 29150 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.663 | COOPER, SUSAN | 1008 RED FOX  BENTON KY 42025 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.664 | CORONA, ADELA | 6009 CRESTON AVE, APT C29  DES MOINES IA 50321 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.665 | CORPORATE SOURCE | 3111 RT 38 #11-139 0 MT LAUREL NJ 08054 | CUSTOMER AGREEMENT |
| 2.666 | CORRAL, AMERICA | 6960 WILBUR AVE  LA CA 91335 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.667 | CORTEZ, JOHN | 524 SILVERTON PLACE  PISCATAWAY NJ 8854 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.668 | CORTEZ, SARA | 524 SILVERTON PLACE  PISCATAWAY NJ 8854 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.669 | COSMETIC TECHNOLOGIES | 2585 AZURITE CIR 0 NEWBURY PARK CA 91320 | CUSTOMER AGREEMENT |
| 2.670 | COTTON, PHYLLIS | 8640 ARDELIA AVE  ST LOUIS MO 63114 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.671 | COUNTY OB/GYN GROUP | 103 N MAIN STREET 0 BRANFORD CT 06405 | CUSTOMER AGREEMENT |
| 2.672 | COURIER CONCEPTS, LLC | 5062 S 108TH ST #142  OMAHA NE 68137 | AGENT AGREEMENT |
| 2.673 | COURIER DELIVERY SERVICE LLC | 5700 WALL STREET  EATON RAPIDS MI 48827 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.674 | COURIER EXPRESS | 2051 FRANKLIN WAY SE 0 MARIETTA GA 30067 | CUSTOMER AGREEMENT |
| 2.675 | COURIER EXPRESS TARGET | 2051 FRANKLIN WAY 0 MARIETTA GA 30067 | CUSTOMER AGREEMENT |
| 2.676 | COURIER LOGISTICS SERVICE (CAG) | 1002 N CENTRAL EXPWY SUITE 495 0 RICHARDSON TX 75080 | CUSTOMER AGREEMENT |
| 2.677 | COURIER VENTURES (DBA ACTION STAT) | 2032 35TH AVE SUITE A #104  GREELEY CO 80634 | AGENT AGREEMENT |
| 2.678 | COUSINS, STEVE | P.O. BOX 26021  RICHMOND VA 23260 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.679 | COX, MELEA | 6129 BIANCA CIRCLE, APT 43  FORT WORTH TX 76132 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.680 | COY, MATTHEW | 38 HARRISON ST  TAUNTON MA 02780 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.681 | CPF, INC. | 25 COPELAND DRIVE 0 AYER MA 01432 | CUSTOMER AGREEMENT |
| 2.682 | CRABLE, STELLA | 811 EVANS ST.  JEANETTE PA 15564 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.683 | CRAIC TECHNOLOGY | 948 NORTH AMELIA AVE 0 SAN DIMAS CA 91773 | CUSTOMER AGREEMENT |
| 2.684 | CRAIG, VALERIE | 2943 STEAMBOAT SPRINGS RUN  GREEN BAY WI 54313 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.685 | CRAIGSHIRE INVESTORS, L.L.C. | 1868-72 CRAIGSHIRE ROAD  ST.LOUIS MO 63146 | REAL ESTATE LEASE AGREEMENT |
| 2.686 | CRAMER, CANDY | 9 ANDES LN  YERINGTON NV 89447 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.687 | CRAWFORD, KAREN | 22577 STATE HIGHWAY 20  HOMINY OK 74035 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.688 | CRAYTON, JVONTE | 615 S CENTRAL ST  HALLSVILLE TX 75650 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.689 | CREATIVE TECH | 14000 ARMINTA ST. 0 PANORAMA CITY CA 91402 | CUSTOMER AGREEMENT |
| 2.690 | CREDIT UNION OF TEXAS | 8131 LBJ FREEWAY SUITE 550 0 DALLAS TX 75251 | CUSTOMER AGREEMENT |

| Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|
| 2.691 CREVELANTI, DANIEL | 687 E COUNTRYSIDE CT  MIDVALE UT 84047 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.692 CROCKER, SCOTT | 10921 FOREST FARM  SAN ANTONIO TX 78233 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.693 CROOM, GILBERT | 31 BROADSTONE DR  FAIRVIEW HTS IL 62208 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.694 CROW, TYWANNA | 703 HORTON STREET  MINDEN LA 71055 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.695 CROWLEY-DUNCAN, ERIN | 1061 ROLLING FIELDS CIR  COLUMBIA TN 38401 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.696 CROWN PARAMEDICAL | 10262 AUTUMN LEAVES CT  GRANGER IN 46530 | AGENT AGREEMENT |
| 2.697 CRUTY, CYNTHIA | 14 MATTHEW DR  BINGHAMTON NY 13901 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.698 CRUZ AUTO SALES TIRE REPAIR | 37 AMERICA ST  CRANSTON RI 02920 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.699 CRUZ REYES, YOEL ANDRES | 501 HIGHLAND DR  APT 815  LEWISVILLE TX 75067 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.700 CRUZ, CARLOS | 299 RAVENSMERE AVE  LAS VEGAS NV 89123 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.701 CRUZ, CATHERINE | 125 ITHACA ST  COLORADO SPRINGS CO 80911 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.702 CRUZ, MARIA D | 1301 TEAKWOOD DR  PASADENA TX 77502 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.703 CRUZ, RALPH | | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.704 C'S DELIVERY SERVICE LINDELL COOK | P.O. BOX 3656 / 1817 MARYLAND AVE  AUGUSTA GA 30914 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.705 CSE ASSOCIATES | 11 BREWER ROAD 0 MONSEY NY 10952 | CUSTOMER AGREEMENT |
| 2.706 CUETOS ENTERPRISE | 1413 PINE BARK DR  CHESAPEAKE VA 23322 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.707 CUEVA, MARTA | 1017 FREMONT BLVD  WEST SACRAMENTO CA 95605 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.708 CULBRETH, ERNEST | 3901 CAMPBELLTON ROAD APT N9  ATLANTA GA 30331 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.709 CULCLEASURE, JAMES | 2045 E BAY DR APT 409  LARGO FL 33771 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.710 CUMMINGS, DARCY | 29310 FARM TO MARKET 1847  SAN BENITO TX 78586 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.711 CUMMINS, KATHLEEN | 2219 51ST BLVD E  BRADENTON FL 34208 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.712 CUNNINGHAM, LEANOR | 6054 7TH AVE  LOS ANGELES CA 90043 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.713 CURVATURE LLC | 6500 HOLLISTER AVE. PHONE #865-964-9975 SANTA BARBARA CA 93117 | CUSTOMER AGREEMENT |
| 2.714 CUSTOM DELIVERIES OF VA., INC. | 5214 KRATZER RD  ROCKINGHAM VA 22802 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.715 CYCLE GEAR | 4705 INDUSTRIAL WAY 0 BENICIA CA 94510 | CUSTOMER AGREEMENT |
| 2.716 D&C ENTERPRISES | 22012 CASTELLE ST  ROMULUS MI 48174 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.717 DAARA, EMMANUEL | 6217 S. TRENTON CT.  TULSA OK 74136 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.718 DAARA, RICHARD | 8109 NW 113TH ST  OKLAHOMA CITY OK 73162 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.719 DAATS CO. INC. - AMARILLO | 6841 VIRGINIA PKWY #103-402  MCKINNEY TX 75071 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.720 DAATS CO. INC. - DALLAS | 6841 VIRGINIA PKWY # 103-402  MCKINNEY TX 75071 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.721 DAATS CO. INC. - SAN ANTONIO | 6841 VIRGINIA PKWY #103-402  MCKINNEY TX 75071 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.722 DABNEY, TYRONE | 11320 EAST 23RD ST APT 9  TULSA OK 74129 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.723 DAHLINGHAUS, GREGORY | 8324 W. CHARLESTON BLVD #1068  LAS VEGAS NV 89117 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.724 DALE, RANDY | 926 E RODGERS ST  REPUBLIC MO 65738 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.725 DALLAS-MARTINEZ, CECILIA | 2444 BEAL STREET  SNELLVILLE GA 30078 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.726 DALROCK TRANSPORT, LLC | P. O. BOX 50613 0 DENTON TX 76206 | CUSTOMER AGREEMENT |
| 2.727 DALTON, ANTOINETTE | 4 HALL RD.  LONDON DERRY NH 3053 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.728 DANA, HEATHER | 881 WIND SONG DR  TRACY CA 95377 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.729 DANIELSON, MATTHEW | 7509 10TH ST  ELK MOUND WI 54739 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.730 DANNER & MARTYN | 100 E THOUSAND OAKS BLVD STE 244 0 THOUSAND OAKS CA 91360 | CUSTOMER AGREEMENT |
| 2.731 DANSO, ALBERT | 2530 SULLEY FIELD PLACE, #303  CHARLOTTE NC 28273 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.732 DANSO, KAAKYIRE | 9708 BAYVIEW PARKWAY  CHARLOTTE NC 28216 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.733 DARE FAMILY SERVICES ROSLINDALE | 504 DUDLEY ST 0 ROXBURY MA 02119 | CUSTOMER AGREEMENT |
| 2.734 DARKO, GABRIEL O | 14649 REFORMA DR  DALLAS TX 75254 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.735 DARLING INTERNATIONAL | 1547 COUNTY RD 13 0 WAHOO NE 68066 | CUSTOMER AGREEMENT |
| 2.736 DARNELL, ROBERT (BOB) | 520 N WALNUT ST  OLATHE KS 66061 | INDEPENDENT CONTRACTOR AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.737 | DARTEY, JOSEPH | 6178 GOOD HUNTERS RIDE COLUMBIA MD 21045 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.738 | DASH 360 DIAGNOSTICS, LLC | 2859 SIDNEY STREET ST. LOUIS MO 63104 | AGENT AGREEMENT |
| 2.739 | DAUDA, MISBAWU | 250 NIXON RD APT 17 BELMONT NC 28012 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.740 | DAVE BUCKLIN | 15136 SEVENTEEN LAKES BLVD ROANOKE TX 76262 | SALES COMPENSATION AGREEMENT AGREEMENT |
| 2.741 | DAVIE, II, WALTER | 6050 RED BANK RD CINCINNATI OH 45213 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.742 | DAVIS JR., JOE | 401 MORTIMER DR APT 411 BEDFORD OH 44146 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.743 | DAVIS, BOYD VICTOR | 2838 TENNYSON AVE SAINT LOUIS MO 63114 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.744 | DAVIS, CARRIE | 7659 EAGLE VALLEY PASS INDIANAPOLIS IN 46214 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.745 | DAVIS, GABRIELLE ALEXIS | 8246 PARAMOUNT DR UNIVERSITY CITY MO 63132 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.746 | DAVIS, GARRY | 509 HICKORY LN ROCKWALL TX 75087 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.747 | DAVIS, HARRELL | 1943 CHAUCER DR CINCINNATI OH 45237 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.748 | DAVIS, MIRANDA | 31044 UTICA ROAD STE. B FRASER MI 48026 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.749 | DAVIS, NANCY | 263 MEGAN LANE LEXINGTON SC 29073 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.750 | DAVIS, REGINALD | 212 N 61ST ST EAST SAINT LOUIS IL 62203 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.751 | DAVIS, TAMBE | 19803 MOUNTVILLE DR MAPLE HEIGHTS OH 44137 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.752 | DAWSON-ANDOH, YOOKO | 7753 FREDERICK RD HYATTSVILLE MD 20784 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.753 | DBA E.A.R | 7815 WATER PARK LN HOUSTON TX 77086 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.754 | DBA BEM SERVICES | 14622 FIR KNOLL WAY CYPRESS TX 77429 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.755 | DBA CEDEX | 14818 KALER RD HOUSTON TX 77060 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.756 | DBA JB TRANSPORT | 21333 TERRETON SPRINGS DR PORTER TX 77365 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.757 | DCR ENTERPRISE LLC | 625 GREENWOOD DR MIDWEST CITY OK 73110 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.758 | DCS DELIVERY | 2549-B EASTBLUFF DR #276 0 NEWPORT BEACH CA 92660 | CUSTOMER AGREEMENT |
| 2.759 | DDP/FOLAND GROUP PARENT | P.O. BOX 4045 0 SANTA FE SPRINGS CA 90670 | CUSTOMER AGREEMENT |
| 2.760 | DE LA GARZA AYALA, DAVID | 205 MCCLUNG ST WINONA TX 75792 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.761 | DE LA ROSA, RICHAR | 319 PLAIN ST PROVIDENCE RI 02905 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.762 | DE LEON, ZABDY | 5427 NW 36TH ST OKLAHOMA CITY OK 73122 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.763 | DE LUGO, ROSSIO | 4505 ALDINE MAIL ROUTE, APT 807 HOUSTON TX 77039 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.764 | DE PAZ, EDUARDO | 2000 CEDARBEND DRIVE APT 2309 AUSTIN TX 78758 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.765 | DEADWILEY, WAYNE | 21460 FULLER AVE EUCLID OH 44123 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.766 | DEALER TIRE | COLUMBUS, GEORGIA 31901 0 CLEVELAND OH 44114 | CUSTOMER AGREEMENT |
| 2.767 | DEAN, RACHEL LYNN | 10150 W. COLTER STREET GLENDALE AZ 85307 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.768 | DEBRAH, MATTHEW AGBORKEY | 3200 NW 28TH ST OKLAHOMA CITY OK 73107 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.769 | DECEUSTER, HAROLD | 11912 LINCOLN WAY NW MASSILLON OH 44647 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.770 | DEFREITAS, NATALIE | 1600 LEHIGH PKWY E STE 10A ALLENTOWN PA 18103 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.771 | DEHAVEN, MICHAEL | 1728 ARLINGTON ROAD ROANOKE VA 24015 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.772 | DEHE, LLC | 111 CENTER PARK DR STE 1004 KNOXVILLE TN 37922 | AGENT AGREEMENT |
| 2.773 | DEL RIO II, ARTURO | 2221 N PARKWOOD HARLINGEN TX 78550 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.774 | DEL VALLE, AGUEDA | 9245 RAMONA ST BELLFLOWER CA 90706 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.775 | DELACRUZ, LATEACH | 900 OXFORD CT APT212 CLARKSVILLE IN 47129 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.776 | DELGADO, ROBERTO | 905 RAMBLEWOOD DR LEWISVILLE TX 75067 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.777 | DELIVERY R US COURIER SERVICE LLC | 4834 SKYLINE RIDGE DR MIDLOTHIAN VA 23112 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.778 | DELIVERY SOLUTIONS OF AMERICA | 4040 W ROYAL LN STE 124 IRVING TX 75063 | AGENT AGREEMENT |
| 2.779 | DELTA COMMUNITY CREDIT UNION | 3250 RIVERWOOD PKWY 0 ATLANTA GA 30339 | CUSTOMER AGREEMENT |
| 2.780 | DELUXE - REMITCO | 3660 VICTORIA ST N 0 SHOREVIEW MN 55126 | CUSTOMER AGREEMENT |
| 2.781 | DEMATTEO, MICHELLE | 10 PONDEROSA DR HUDSON NH 3051 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.782 | DEMAY, JENNI | 1502 16TH AVE STERLING IL 61081 | INDEPENDENT CONTRACTOR AGREEMENT |

# Schedule G
## Executory Contracts and Unexpired Leases

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.783 | DEMBY, DANIEL | 5009 SREADWICK CT #103 VIRGINIA BEACH VA 23455 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.784 | DEMPSEY, MAUREEN | 2364 SEMINARY RD BRIGHTON IL 62012 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.785 | DENIEF, LISA | 4840 STATE HWY NN OZARK MO 65721 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.786 | DENISE SALAZAR | 4215 VICASA DR 0 CALABASAS CA 91302 | CUSTOMER AGREEMENT |
| 2.787 | DENNIS, JAMES | 222 BONNIE BRAE NE WARREN OH 44483 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.788 | DENNY, RACHAEL NICOLE | 428 COUNTY RD 1311 RUSK TX 75785 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.789 | DENTON, DAIQUIRI | 2901 N WESTMINSTER RD SPENCER OK 73084 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.790 | DENTON, NORMA LEE | 29 ANTLER BLVD MCLOUD OK 74851 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.791 | DEPIETRO, JOHN | 2424 N LYON AVE SPRINGFIELD MO 65803 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.792 | DERAMUS INVESTMENT COMPANY LLC | 6110 DERAMUS AVE., SUITE B KANSAS CITY MO 64120 | REAL ESSTATE LEASE AGREEMENT |
| 2.793 | DERMATOLOGY ASSOCIATES | 5310 HARVEST HILL ROAD SUITE 290 DALLAS TX 75230 | CUSTOMER AGREEMENT |
| 2.794 | DERRICK, KIMBERLY | 200 EAST GREENWOOD ST HACKETT AR 72937 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.795 | DESIGN WORKS | 2201 CORPORATE CENTER DR 0 NEWBURY PARK CA 91320 | CUSTOMER AGREEMENT |
| 2.796 | DEVORE, IRITA | 1935 S 5TH AVE #B-24 POCATELLO ID 83201 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.797 | DEX | 3600 VIA PESCADOR 0 CAMARILLO CA 93012 | CUSTOMER AGREEMENT |
| 2.798 | DHL PARENT ACCOUNT | 2700 S COMMERCE PKWY 0 FT LAUDERDALE FL 33331 | CUSTOMER AGREEMENT |
| 2.799 | DHL SAME DAY | 21240 RIDGETOP CIR SUITE 160 0 STERLING VA 20166 | CUSTOMER AGREEMENT |
| 2.800 | DIALLO, ABDOULAYE | 12809 DWIGHT EISENHOWER ST MANOR TX 78653 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.801 | DIALLO, BRAHIM | 5481 OLD COBLE STREET CANAL WINCHESTER OH 43110 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.802 | DIAZ CT, JOSE | 133 FRANKLIN AVE HARTFORD CT 06114 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.803 | DIAZ ROSA, JUAN | 7711 OCONNOR DR APT 1308 ROUND ROCK TX 78681 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.804 | DIAZ, LUIS | 10820 ALTO LN APT 103 RALEIGH NC 27614 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.805 | DICOM LOGISTICS LLC | 6733 JONES MILL COURT SUITE F NORCROSS GA 30092 | CUSTOMER AGREEMENT |
| 2.806 | DICUS, KELLY | 795 CRAIG SCHOOL RD RIPLEY TN 38063 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.807 | DIGITAL THEATRE SYSTEMS - CONSUMERS | 5220 LAS VIRGENES RD 0 CALABASAS CA 91302 | CUSTOMER AGREEMENT |
| 2.808 | DIGNITY HEALTH | 2102 NORTH CALIFORNIA ST PO # 192906364 STOCKTON CA 95204 | CUSTOMER AGREEMENT |
| 2.809 | DILERNIA, SUSAN | 78 PEPPERMINT LN BRISTOL CT 6010 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.810 | DILLARD, FELECIA | 1974 HEDGEROW CIR OCOEE FL 34761 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.811 | DILLARD, TATUM QUINN | 2221 15TH ST LUBBOCK TX 79401 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.812 | DILLON, TAMI | 257 FERNHILL AVE COLUMBUS OH 43228 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.813 | DINETZ, SUSAN | 49 UNION HILL RD MORRIS PLAINS NJ 7950 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.814 | DIOUF, PAPA | 3030 WALNUT CREEK PARKWAY #E RALEIGH NC 27606 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.815 | DIRECT EXPRESS | 5088 W AMELIA EARHART DR SUITE B SALT LAKE CITY UT 84116 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.816 | DISCH, PATRICIA | 1108 WAYRIDGE DR MADISON WI 53704 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.817 | DISCOVER GROUP | 2741 WEST 23RD STREET 0 BROOKLYN NY 11224 | CUSTOMER AGREEMENT |
| 2.818 | DIVINE TRANSPORTS LLC | 1907 EAST 50TH STREET N TULSA OK 74130 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.819 | DIXON, L D | 15004 CROSSWIND DR APT#4204 HOUSTON TX 77032 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.820 | DIXON, MATTHEW | 1007 NNW LOOP 323, APT 231 TYLER TX 75702 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.821 | DIXON, RUTH | W2626 BROOKHAVEN DR APPLETON WI 54915 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.822 | DM UNITED EXPRESS | 4208 MADISON AVE DES MOINES IA 50317 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.823 | DMC LOGISTICS | 4321 CHAPPELL DR. NE 0 ALBUQUERQUE NM 87107 | CUSTOMER AGREEMENT |
| 2.824 | DNJ COMMODITIES INC | 13322 CEDAR ROAD CLEVELAND HEIGHTS OH 44118 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.825 | DOBY, COY | 1301 QUARTERS LANDING CIR SNEADS FERRY NC 28460 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.826 | DODD, SANDRA | 193 KIT DR NEW CUMBERLAND WV 26047 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.827 | DONALD WAUTERS | 8341 NE 50TH AVENUE ALTOONA IA 50009 | EARN OUT AGREEMENT AGREEMENT |
| 2.828 | DONKOH, EMMANUEL | 1724 ABERDEEN ST NE GRAND RAPIDS MI 49505 | INDEPENDENT CONTRACTOR AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.829 | DONKOR, JOSEPH | 5733 FAIRWAY CIR  HALTOM CITY TX 76117 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.830 | DORRIES, MARY | 3607 VINTAGE FOREST DR   BELLEVILLE IL 62221 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.831 | DOSTAL, STACEY | 2564 250TH ST   MARSHALLTOWN IA 50158 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.832 | DOWD, ANGELA | 7163 POWER LINE RD  GIBSONVILLE NC 27249 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.833 | DOW-KEY MICROWAVE, INC. | 4822 MCGRATH ST 0 VENTURA CA 93003 | CUSTOMER AGREEMENT |
| 2.834 | DOZIER, BARBARA | 255 ELM CIRCLE  HORTENSE GA 31543 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.835 | DOZIER, CORNAL L. | 12049 JOSE CISNEROS DR  EL PASO TX 79936 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.836 | DPACK  INC. | 30140 AHERN AVENUE  UNION CITY  CA 94545 | REAL ESTATE LEASE AGREEMENT |
| 2.837 | DRAPER, DOYCE (JAY) | 911 WAVERLY   MIDLAND TX 79703 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.838 | DRAWDY, GARY | 4535 PIPPIN RD  PLANT CITY FL 33567 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.839 | DREAMORBIT INC | 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 | SOFTWARE AGREEMENT |
| 2.840 | DRESS FOR SUCCESS | 989 COMMONWEALTH AVENUE 0 BOSTON MA 02215 | CUSTOMER AGREEMENT |
| 2.841 | DRIVE TIME | P.O. BOX 2911 0 PHOENIX AZ 85062 | CUSTOMER AGREEMENT |
| 2.842 | DRURY, CANDIDA | 2224 WEBSTER COURT  OWENSBORO KY 42301 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.843 | DUALE, DEEQ | 918 E 22ND ST APT802  MINNEAPOLIS MN 55404 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.844 | DUARTE, SERGIO | 2703 LEXINGTON WOODS SPRINGS   SPRING TX 77373 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.845 | DUBOIS, KALUNGI | 5325 PRADERA DR   SALIDA CA 95368 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.846 | DUBON, JOSE | 6525 BROOKSHIRE DR.  NORTH CHESTERFIELD VA 23234 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.847 | DUBOSE III, DAN | 1064 GLENMONT RD  WINSTON SALEM NC 27127 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.848 | DUCHENE, BRITTEY GAYLE | 6628 PASCO LANE  PLAINFIELD IN 46168 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.849 | DUCRE, LEONA | P.O. BOX 722107   SAN DIEGO CA 92172 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.850 | DUGAN, WILLIAM | 5 WALTER DRIVE  NESCONSET NY 11767 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.851 | DUGGINS, TONI | 568 N GROVE LN  SUTHERLIN OR 97479 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.852 | DUNAE, DEMARCO | 5432 FOREST CREEK DR APT I HAZELWOOD MO 63042 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.853 | DUNAWAY, JOHN STEVE | 2511 MC CONNELL CT  JOPLIN MO 64804 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.854 | DUNCAN, ANDREA | 101 PARK CHARLES BLVD N  ST PETERS MO 63376 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.855 | DUNCAN, FREDERICK | 812 E MORGAN ST  BOONVILLE MO 65233 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.856 | DUNLEVY, RYAN | 3802 TOMAHAWK DR   MEDWAY OH 45341 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.857 | DUPONT, DONALD | 1921 LLOYD ST  SAVANNAH GA 31405 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.858 | DURBIN, GARY | 2718 S. STEWART AVE  SPRINGFIELD MO 65804 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.859 | DURHAM, SARAH | 7016 HUNTER ST  RAYTOWN MO 64133 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.860 | DUTTON IC, JUSTIN | 1508 CR 7570  LUBBOCK TX 79423 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.861 | DYKMAN, CHRISTOPHER LEE | 15127 SPRING MIST  SAN ANTONIO TX 78247 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.862 | DYNAMEX | 2440 LUNA RD. STE. 120 EMAIL INVOIICE TO CUSTOMER CARROLLTON TX 75006 | CUSTOMER AGREEMENT |
| 2.863 | DYNAMIC SOLUTIONS | 5611 W COLES RD   PHOENIX AZ 85339 | AGENT AGREEMENT |
| 2.864 | DZEBIC, SAMIL | 10015 MCNEELY LAKE DR  LOUISVILLE KY 40229 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.865 | E.A.S. MANUFACTURING CO, INC. | 804 VIA ALONDRA 0 CAMARILLO CA 93012 | CUSTOMER AGREEMENT |
| 2.866 | EADES, CHARLES | 356 OXFORD DR  WINCHESTER KY 40391 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.867 | EAOA, INC | 2875 N LAMB BLVD.  #5  LAS VEGAS NV 89115 | REAL ESTATE LEASE AGREEMENT |
| 2.868 | EARTHLINK LLC | 330 MONROE AVENUE  ROCHESTER NY 14607 | UTILITIES AGREEMENT |
| 2.869 | EASLEY, JIMMIE | 4154 MAPLERIDGE DR  GRAPEVINE TX 76051 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.870 | EAST COAST EXPRESS LLC | 15 WILDWOOD   EAST HAVEN CT 06512 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.871 | EAST GATE BUSINESS CENTER LLC | 125 E GAITHER DRIVE  MT. LAUREL NJ 8054 | REAL ESTATE LEASE AGREEMENT |
| 2.872 | EASTGROUP PROPERTIES L.P. | 4055 W. SHAW AVE, STE 104  FRESNO CA 93722 | REAL ESTATE LEASE AGREEMENT |
| 2.873 | EATON, BARBARA | 470 E HARTLAND RD   BARKHAMSTED CT 6063 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.874 | EB TRANSPORT | 206 OAK RIDGE DR  BRYON GA 31008 | INDEPENDENT CONTRACTOR AGREEMENT |

| Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|
| 2.875 EBENEZER DELIVERS | 626 AZALEA DR  DESOTO TX 75115 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.876 EBNET, MARGIE | 17309 ARAGON LANE  OKLAHOMA CITY OK 73170 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.877 ECA MEDICAL INSTRUMENTS | 1107 TOURMALINE DR 0 NEWBURY PARK CA 91320 | CUSTOMER AGREEMENT |
| 2.878 ECOLAB | PO BOX 64371 0 ST PAUL MN 55164-0371 | CUSTOMER AGREEMENT |
| 2.879 ECONOMIC DEVELOPMENT & INDUSTRIAL CORP OF BOSTON | 21 DRYDOCK AVE.  BOSTON MA 02210 | REAL ESTATE LEASE AGREEMENT |
| 2.880 EDIN, DIKA | 4513 E MAIN STREET  COLUMBUS OH 43213 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.881 EDMONDS ENTERPRISE LLC | 3204 NW 28TH ST  OKLAHOMA CITY OK 73107 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.882 EDMONDS, CLYDE | 2150 OLD GRENBRIER RD  CHESAPEAKE VA 23320 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.883 EDMUND, BEVERLY | 12 PLEASANT PL  BEDFORD-STUYVESANT NY 11233 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.884 EDWARD DON & COMPANY | 6255 BROOK HOLLOW PKWY. # 700 0 NORCROSS GA 30071 | CUSTOMER AGREEMENT |
| 2.885 EDWARD MASIELLO | 560 SILVER SANDS RD #2201 EAST HAVEN CT 06512 | MANAGEMENT INCENTIVE PLAN AGREEMENT |
| 2.886 EDWARDS LABEL | 2277 WEST KNOLL DRIVE 0 VENTURA CA 93003 | CUSTOMER AGREEMENT |
| 2.887 EDWARDS, CHARLES | 1124 S EDWARDS  PEORIA IL 61605 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.888 EDWARDS, GARY | 520 W. DENNY STREET  CATOOSA OK 74015 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.889 EDWARDS, LOUIS | 9018 TOPLECOT DR  SHREVEPORT LA 71129 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.890 EGAN, DONALD | 1368 WOODSIDE ROAD  SPRINGFIELD IL 62711 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.891 EGAN, LINDA | 55 BOCA CHICA RD STE LOT 35  KEY WEST FL 33040 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.892 EGBOCHUE, CHARLES | 6860 NW 16TH #175  OKLAHOMA CITY OK 73127 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.893 EISE, MELISSA | 807 SHADY TRAIL CT  ST PETERS MO 63376 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.894 ELITE COURIER SERVICES | 261 PURPLE MARTIN LANE  SUFFOLK VA 23435 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.895 ELITE LOGISTICS | 2809 MONTCLAIR COURT  RICHMOND VA 23223 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.896 ELLENDER III, JOSEPH | 420 LAMSHIRE CT  KERNERSVILLE NC 27284 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.897 ELLIOTT, ANNETTE | 16409 S 47TH PL  PHOENIX AZ 85048 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.898 ELLIS, MICHELE | 450 TIEMAN LN  ST PETERS MO 63376 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.899 ELMS, LAURA MAE | 64 ST JOSEPH LN  BATTLE CREEK MI 49017 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.900 ELNAEIM, SANHOURI | 2112 COLUMBIA PIKE  #C-2  ARLINGTON VA 22204 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.901 ELNOUR, MAHMOUD | 5601 SEMINARY ROAD 1202N  FALLS CHURCH VA 22041 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.902 ELSHAUG, GEORGE | 497 S 83RD ST  GRAND FORKS ND 58201 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.903 ELSHOUSH, AHMED | 9918 FAIRFAX SQUARE #126  FAIRFAX VA 22031 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.904 ELSHOWAYA, ELSIR | 9008 CORTEE RD APT A  LAUREL MD 20708 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.905 ELZOL, MIRVAT | 12 SYCAWAY ST  WEST HAVEN CT 6516 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.906 EMERT, JAMIE | 309 SUNSET BLVD  HEWITT TX 76643 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.907 EMPSON, RENEE | 26817 BRYAN ST  ROSEVILLE MI 48066 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.908 EMUCHAY, VICTORIA | 326 N ILLINOIS AVE  GLENWOOD IL 60425 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.909 ENGLAND, DIANA | 21 UPLAND DR  SALEM VA 24153 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.910 ENGLISH, AMY | 102 PARK CHARLES BLVD. N  ST. PETERS MO 63376 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.911 ENNIS, TOMAS | 21118 BEAR RUN LANE  KATY TX 77449 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.912 ENSENDA | 580 CALIFORNIA ST 2ND FLOOR SAN FRANCISCO CA 94104 | CUSTOMER AGREEMENT |
| 2.913 ENVEL DESIGN CORPORATION | 3579 OLD CONEJO RD 0 NEWBURY PARK CA 91320 | CUSTOMER AGREEMENT |
| 2.914 ENVISAGE LOGISTICS (AU), INC | 6023 ROYAL BREEZE  SAN ANTONIO TX 78239 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.915 ENVISAGE LOGISTICS (SA), INC | 6023 ROYAL BREEZE  SAN ANTONIO TX 78239 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.916 EPPS, DOUG | 205 W NORTH AVE  BELTON MO 64012 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.917 EQUIANT | 5401 N. PIMA RD. STE. 150 SCOTTSDALE AZ 85250 | CUSTOMER AGREEMENT |
| 2.918 ERIC'S EXPRESS TRUCKING | 90 KANE STREET UNIT D3  WEST HARTFORD CT 06119 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.919 ESHELBY, MICHAEL | 1159 SW IRICK CT  DALLAS OR 97338 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.920 ESHELBY, MICHAEL | 1159 SW IRICK CT  DALLAS OR 97338 | INDEPENDENT CONTRACTOR AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.921 | ESLAVA, OSCAR | 2112 PENA BLANCA DR  CEDAR PARK TX 78613 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.922 | ESLAVA, ULISES | 1108 VAN HORN WAY  CEDAR PARK TX 78613 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.923 | ESPINOZA - LUMP, GUSTAVO | 2017 S 71ST LN  PHOENIX AZ 85043 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.924 | ESPINOZA, GUSTAVO | 2017 S 71ST LN  PHOENIX AZ 85043 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.925 | ESPRIT, JOY | 13512 CHICO ROAD  ALBUQUERQUE NM 87123 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.926 | ESSEL, EMMANUEL | 336 REGENCY AVE  PATASKALA OH 43062 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.927 | ESSENDANT CO | PARENT ACCT 0 0 0 0 | CUSTOMER AGREEMENT |
| 2.928 | ESSILOR OF AMERICA, INC | P O BOX 961389 0 EL PASO TX 79996 | CUSTOMER AGREEMENT |
| 2.929 | ESTATE OF NITA S. CORLEY | 407 BURTON ROAD, BUILDING A & B  LEXINGTON SC 29072 | REAL ESTATE LEASE AGREEMENT |
| 2.930 | ESTES FORWARDING WORLDWIDE | 1100 COMMERCE ROAD 0 RICHMOND VA 23224 | CUSTOMER AGREEMENT |
| 2.931 | ESTEVEZ-GALVAN, MARCOS | 21 FULL CIRCLE  GLASTONBURY CT 06033 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.932 | EUROFINS EATON ANALYTICAL | 750 ROYAL OAKS DR SUITE 100 MONROVIA CA 91016 | CUSTOMER AGREEMENT |
| 2.933 | EVANS, CANDICE | 405 MAVERICK DR  DOTHAN AL 36301 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.934 | EVANS, PAUL | 21 UPLAND DR  SALEM VA 24153 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.935 | EVEREADY OFFICE SUPPLY | 11 EAST MAIN ST STE 162 BAY SHORE NY 11706 | CUSTOMER AGREEMENT |
| 2.936 | EVEREST SOLAR SYSTEMS LLC | 3809 OCEAN RANCH BLVD SUITE 111 OCEANSIDE, CA CA 92056 | CUSTOMER AGREEMENT |
| 2.937 | EWUSI, KELVIN | 35810 16TH AVE S  APT E303  FEDERAL WAY WA 98003 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.938 | EXAM ON THE GO | 8517 RIVER GROVE AVE  RIVER GROVE IL 60171 | AGENT AGREEMENT |
| 2.939 | EXAM SERVICES OF TEXAS | 2118 BOYD ST  DALLAS TX 75224 | AGENT AGREEMENT |
| 2.940 | EXCEL COURIER, INC. | 405 GLENN DRIVE STE. 1  STERLING VA 20164 | AGENT AGREEMENT |
| 2.941 | EXCHANGE BANK | 440 AVIATION BLVD 0 SANTA ROSA CA 95403 | CUSTOMER AGREEMENT |
| 2.942 | EXPAK LOGISTICS | 4140 EAST BASELINE ROAD SUITE 101 #303 MESA AZ 85206 | CUSTOMER AGREEMENT |
| 2.943 | EXPEDITED COURIER & DISTRIBUTION LLC | 200 ST PAUL ST #1  BALTIMORE MD 21202 | AGENT AGREEMENT |
| 2.944 | EXPRESS COURIER | PO BOX 290279 0 NASHVILLE TN 37229-0279 | CUSTOMER AGREEMENT |
| 2.945 | EXPRESS MESSENGER DBA ONTRAC | 3401 E. HARBOUR DRIVE  PHOENIX AZ 85034 | AGENT AGREEMENT |
| 2.946 | EYE-DEAL VISION PA | 8202 N LOOP 1604 W STE 105 SAN ANTONIO TX 78249 | CUSTOMER AGREEMENT |
| 2.947 | EZ PRO DELIVERY | 300 AMES  SAGINAW MI 48602 | AGENT AGREEMENT |
| 2.948 | EZ SHIPPER RACKS, INC. | 300 N PACIFIC COAST HWY SUITE 1060 EL SEGUNDO CA 90245 | CUSTOMER AGREEMENT |
| 2.949 | FABER, STEVEN | 1038 WAVERLY AVE  HOLTSVILLE NY 11742 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.950 | FABOYEDE, WILLIAM | 181 OPHELIA ST  PROVIDENCE RI 02909 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.951 | FACTOR SUPPORT NETWORK PHARMACY | 900 AVENIDA ACASO SUITE A CAMARILLO CA 93012 | CUSTOMER AGREEMENT |
| 2.952 | FAIN, JIMMY | 4403 ROTHBERGER WAY  SAN ANTONIO TX 78244 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.953 | FAIN, STACEY | 4303 S HICKORY PL  BROKEN ARROW OK 74011 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.954 | FAIRLEY, JUANITA | 16500 N. PARK DR. #1217  SOUTHFIELD MI 48075 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.955 | FAR NORTHERN REGIONAL CENTER | PO BOX 492418 0 REDDING CA 96049 | CUSTOMER AGREEMENT |
| 2.956 | FARANO, LORI | 1220 SE 46TH ST STE 105  CAPE CORAL FL 33904 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.957 | FARRELL, KEITH | 2821 CLEARVIEW RD  PARKVILLE MD 21234 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.958 | FARRELL, MICHELLE | 5265 LAMBERT ROAD   GROVE CITY OH 43123 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.959 | FAST FURIOUS & DEPENDABLE | 4 W. ROOSEVELT DRIVE P. O. BOX 232  ANSONIA CT 06401 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.960 | FAST FURIOUS & DEPENDABLE - LUMPERS | 4 W. ROOSEVELT DRIVER (P.O. BOX 232)  ANSONIA CT 06401 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.961 | FAST FURIOUS & DEPENDABLE SPRINGFIELD | P.O. BOX 232  ANSONIA CT 06401 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.962 | FAST TRAN TRUCKING - DALLAS | 3312 VALLEY VIEW LN  IRVING TX 75062 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.963 | FAST TRAN TRUCKING - LUBBOCK | 3312 VALLEY VIEW LN  IRVING TX 75062 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.964 | FASTER CABLE | PO BOX 95937 0 LAS VEGAS NV 89193 | CUSTOMER AGREEMENT |
| 2.965 | FAULKNER, DEBRA | 600 NW 7TH  MCALESTER OK 74501 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.966 | FDC-HARLINGEN-WFI INC | 5706 WEST GRIMES ROAD  HARLINGEN TX 78550 | REAL ESTATE LEASE AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.967 | FEARS, ANGELA | 47 FOXLEY RD  ANNISTON AL 36205 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.968 | FEDERAL RESERVE BANK | 530 EAST TRADE STREET 0 CHARLOTTE NC 28202 | CUSTOMER AGREEMENT |
| 2.969 | FEDEX | 942 SOUTH SHADY GROVE ROAD 0 MEMPHIS TN 38120 | CUSTOMER AGREEMENT |
| 2.970 | FELS, RONALD | 8886 WOODMAYR DR  NORWALK IA 50211 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.971 | FENTON MIRAMAR PORTFOLIO LLC | 9181-9183 CHESAPEAKE DR.  SAN DIEGO CA 92123 | REAL ESTATE LEASE AGREEMENT |
| 2.972 | FERDERER, MIKE | 69 PIKE ST  NASHUA NH 3060 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.973 | FERGUSON, BRUCE | 5447 LAMPLIGHTER DR  ROANOKE VA 24019 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.974 | FERGUSON, MONIQUE | 4800 COUNTRY LN STE 118  WARRENSVILLE HEIGHTS OH 44128 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.975 | FERGUSON, WILLIAM | 260 BOMMER FERGUSON SCHOOL RD   BOOMER NC 28606 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.976 | FERNANDEZ, FRANCHESCA INES | 60 BROADWAY  BETHPAGE NY 11714 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.977 | FERNANDEZ, ISAIRA | 9321 NORTH 26TH STREET  TAMPA FL 33612 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.978 | FERNANDEZ, MONICA | 5314 CARNABY ST APT 252  IRVING TX 75038 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.979 | FERNANDEZ, NORI | 8532 STEWART & GRAY RD APT. A  DOWNEY CA 90241 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.980 | FERRERAS, ARISTIDES | 104-67 42ND  AVENUE  CORONA NY 11368 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.981 | FIAKLU, ANDREAS | 13103 BRIARCLIFF TERRACE #1008  GERMANTOWN MD 20874 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.982 | FIALA, EDWARD S | 937 ISOM RD  SAN ANTONIO TX 78216 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.983 | FIAMORDZE, JERRY | 1220 INDIAN RUN DRIVE  CARROLLTON TX 75010 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.984 | FICKLING, MARK | 12004 BIRDWELL CT  CHARLOTTE NC 28269 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.985 | FIFTH THIRD BANK | 5050 KINGSLEY DRIVE SUITE 100 CINCINNATI OH 45263 | CUSTOMER AGREEMENT |
| 2.986 | FIGUEREDO, VICTOR | 3230 S. GESSNER RD. APT#709  HOUSTON TX 77063 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.987 | FINEST BLOOD, LLC | 21022 KIRKLAND WOODS DRIVE   HOUSTON TX 77095 | AGENT AGREEMENT |
| 2.988 | FINLEY & COOK | 601 N. BROADWAY AVE 0 SHAWNEE OK 74801 | CUSTOMER AGREEMENT |
| 2.989 | FIRMIN'S OFFICE CITY - CARTHAGE | PO BOX 806 ATTN:  ACCOUNTS PAYABLE CARTHAGE TX 75633 | CUSTOMER AGREEMENT |
| 2.990 | FIRST BANK OF GEORGIA | P.O BOX 1560 0 THOMSON GA 30824 | CUSTOMER AGREEMENT |
| 2.991 | FIRST CHOICE COURIER, LLC | 12334 N. 177TH EAST AVE  COLLINSVILLE OK 74021 | AGENT AGREEMENT |
| 2.992 | FIRST CHOICE COURIERS, LLC | PO BOX 2301  SULPHUR LA 70664 | AGENT AGREEMENT |
| 2.993 | FIRST CITIZENS BANK | MATT.RAYMONDI@FIRSTCITIZENS.COM P.O. BOX 27131 RALEIGH NC 27611 | CUSTOMER AGREEMENT |
| 2.994 | FIRST CLASS DELIVERY, INC. | 4115 36TH STREET SE  KENTWOOD MI 49512 | AGENT AGREEMENT |
| 2.995 | FIRST COMMUNITY BANK | 5455 SUNSET BLVD 0 LEXINGTON SC 29072 | CUSTOMER AGREEMENT |
| 2.996 | FIRST DATA - FL - TAMPA | 6902 PINE ST 0 OMAHA NE 68106 | CUSTOMER AGREEMENT |
| 2.997 | FIRST FIDELITY BANK | P.O. BOX 14510 0 SCOTTSDALE AZ 85267 | CUSTOMER AGREEMENT |
| 2.998 | FIRST INSURANCE FUNDING | 450 SKOKIE BLVD, STE 1000 NORTHBROOK, IL 60062-7917 | PREMIUM FINANCE AGREEMENT AGREEMENT |
| 2.999 | FIRST NATIONAL BANK & TRUST COMPANY OF NEWTON | 9 WEST CENTRE AVE 0 NEWTON PA 18940 | CUSTOMER AGREEMENT |
| 2.1000 | FIRST REPUBLIC BANK | 1230 AVENUE OF THE AMERICAS 0 NEW YORK NY 10020 | CUSTOMER AGREEMENT |
| 2.1001 | FIRST STATE BANK-GAINESV | P.O. BOX 10 0 GAINESVILLE TX 76241 | CUSTOMER AGREEMENT |
| 2.1002 | FIRST TRANSITS COURIER SERVICE | 3260 NORTHBEND CIRCLE SUITE F ALCOA TN 37701 | AGENT AGREEMENT |
| 2.1003 | FIRST UTAH BANK | 3826 SOUTH 2300 EAST 0 SALT LAKE CITY UT 84109 | CUSTOMER AGREEMENT |
| 2.1004 | FIRSTPRO STAFFING | 1117 PERIMETER CENTER WEST SUITE N503 ATLANTA GA 30338 | STAFFING AGENCY AGREEMENT |
| 2.1005 | FISERV | 405 SCIENCE DR 0 MOORPARK CA 93021 | CUSTOMER AGREEMENT |
| 2.1006 | FISHER, JANA | 2901 W 63RD AVE LOT 70  DENVER CO 80221 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1007 | FISHER, LORRAINE | 2614 GEORGIA AVENUE  KINGMAN AZ 86401 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1008 | FISHER, SANDRA | 2423 E CENTRAL PARK AVE  DAVENPORT IA 52803 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1009 | FITCH, ESTHER LOUISE | 6857 AUSTIN HARBOR LOOP   SHERWOOD AR 72120 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1010 | FITZGERALD, TODD | 8989 MIDLAND BLVD  OVERLAND MO 63114 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1011 | FITZGERALD, TRENT | 6588 SOUTH CASTLEFORD DR.  WEST JORDAN UT 84084 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1012 | FITZNER, TERRY | 2123 LAY STREET  DES MOINES IA 50317 | INDEPENDENT CONTRACTOR AGREEMENT |

# Schedule G
## Executory Contracts and Unexpired Leases

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.1013 | FLANAGAN, WARREN | 10702 WHITE OAK PARK  CYPRESS TX 77429 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1014 | FLASH LOGISTICS | 333 RT 46 W, STE 200 0 MOUNTAIN LAKE NJ 7046 | CUSTOMER AGREEMENT |
| 2.1015 | FLEENOR, SHELLIE LYNN | 555 BRENT DRIVE  SPRING CREEK NV 89815 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1016 | FLETCHER JAMES ALAN | 9013 JACKSBORO HWY  WICHITA FALLS TX 76301 | REAL ESTATE LEASE AGREEMENT |
| 2.1017 | FLOR, JAMES BRIAN | 3475 ROSALINDA DR  RENO NV 89503 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1018 | FLORES, ANGELA | 632 EVERETT AVE  KANSAS CITY KS 66101 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1019 | FLORES, PETER | 5800 HOLLISTER #503  HOUSTON TX 77040 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1020 | FLORES, RAUL | 12944 HUECO HILL  EL PASO TX 79938 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1021 | FLORESTAL & SONS LLC | 225 SOUTH ST  WEST BRIDGEWATER MA 02379 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1022 | FLOWERS, SHUNNA | 8021 FIRECRACKER TRAIL  FOUNTAIN CO 80817 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1023 | FLYNN, DENISE | 23 SWEET FERN LANE  COVENTRY RI 2186 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1024 | FOELKER, MARILYN | 5305 GROVELAND TERRACE  MADISON WI 53716 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1025 | FOLLIS, GERALDINE | 461 WINTERHAVEN LN  BROWNSVILLE TX 78526 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1026 | FONT SERVICES INC | 2233 N. 75TH AVE.  ELMWOOD PARK IL 60707 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1027 | FOOT LEVELERS INC | 518 POCOHANTAS AVE 0 ROANOKE VA 24012 | CUSTOMER AGREEMENT |
| 2.1028 | FORBES, DANIEL | 4103 GREENWAY CT W  PORTSMOUTH VA 23707 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1029 | FORDE, TRAVIS | 10340 MIDLAND RD LOT 138  FREELAND MI 48623 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1030 | FOREST, DEWEY W | 5500 MCKINNEY PLACE DR, #420  MCKINNEY TX 75070 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1031 | FOREST, FRED JR. | 967 KEENELAND RD  FLORISSANT MO 63034 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1032 | FORGE, MARY | 2619 MACKINAW  SAGINAW MI 48602 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1033 | FORSON, FRED | 2757 W I-240 SERVICE RD APT G  OKLAHOMA CITY OK 73159 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1034 | FORSYTHE, DANIEL J | 2601 MELBA PASS  CEDAR PARK TX 78613 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1035 | FOSTER, LEAH | 14466 E 540 RD  CLAREMORE OK 74019 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1036 | FOSTER, LESLIE | 1509 PERSIMMON TREE LANE  GLEN ALLEN VA 23060 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1037 | FOUNTAINE, JOANNE | 14650 FOLIAGE AVE APT 9111  APPLE VALLEY MN 55124 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1038 | FOUNTAINHEAD HOMES | 11039 STARK AVE  KCMO MO 64134 | AGENT AGREEMENT |
| 2.1039 | FOX SCIENTIFIC | 8221 E FM 917 0 ALVARADO TX 76009 | CUSTOMER AGREEMENT |
| 2.1040 | FRADE, KYLE | 735 S MAIN ST  YERINGTON NV 89447 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1041 | FRANCK, ELEINA | 347 PATTEN CIR  ALBRIGHTSVILLE PA 18210 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1042 | FRANKLIN, GREGORY | 1479 ROWAN AVE  SAINT LOUIS MO 63112 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1043 | FRANSISCO, CARLOS | 42 ASHBURNE ST  PAWTUCKET RI 02861 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1044 | FRAZER, JAMIE | P.O. BOX 732  MURRELLS INLET SC 29576 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1045 | FRED EXPRESS SERVICES | 1601 W FOX PARK DR APT 10U  WEST JORDAN UT 84088 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1046 | FRED JONES | 65 CONCOURSE WAY  GREER SC 29650 | REAL ESTATE LEASE AGREEMENT |
| 2.1047 | FRED SCHMINCKE | 1901 NARBERTH AVE  HADDON HEIGHTS NJ 08035 | SALES COMPENSATION AGREEMENT AGREEMENT |
| 2.1048 | FRED WATER | 2633 LINCOLN BLVD SUITE 536 SANTA MONICA CA 90405 | CUSTOMER AGREEMENT |
| 2.1049 | FREEMAN, MARGARETTE | 3000 WHISPERING DR N  LARGO FL 33771 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1050 | FREIGHT SAVER | 7755 CENTER AVE. SUITE 1050 HUNTINGTON BEACH CA 92647 | CUSTOMER AGREEMENT |
| 2.1051 | FREIGHT SERVICES, INC | 5990 S COUNTRY CLUB DR SUITE 120 TUCSON AZ 85706 | CUSTOMER AGREEMENT |
| 2.1052 | FREMONT BANK | 25151 CLAWITER RD 0 HAYWARD CA 94545 | CUSTOMER AGREEMENT |
| 2.1053 | FRIMPONG, BEN | 9905 S 249TH PL APT D206  KENT WA 98030 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1054 | FRONT RANGE COMMUNITY COLLEGE | 3645 WEST 112TH AVE 0 WESTMINSTER CO 80031-2105 | CUSTOMER AGREEMENT |
| 2.1055 | FROST BANK-SAN ANTONIO | 100 WEST HOUSTON ST 0 SAN ANTONIO TX 78205 | CUSTOMER AGREEMENT |
| 2.1056 | FRYE, JESSICA NICOLE | 26968 ELIZABETH LANE  OLMSTED FALLS OH 44138 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1057 | FSC PROPERTIES LLC | 1320 JACKSON ST.  FORT SMITH AR 72916 | REAL ESTATE LEASE AGREEMENT |
| 2.1058 | FUHRMANN, RONALD | 1801 PACES RIVER AVE  STE 1208  ROCK HILL SC 29732 | INDEPENDENT CONTRACTOR AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.1059 | FULL CIRCLE | 431 S. SULLIVAN STREET 0 SEATTLE WA 98108 | CUSTOMER AGREEMENT |
| 2.1060 | FULL CIRCLE HAYWARD | 1061 SNEATH LANE 0 SAN BRUNO CA 94066 | CUSTOMER AGREEMENT |
| 2.1061 | FUQUA, ALICIA | 2197 BUTTERFIELD LN  LINCOLN CA 95648 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1062 | FUSION LLC | 64H CONCORD ST 0 WILMINGTON MA 01887 | CUSTOMER AGREEMENT |
| 2.1063 | FYNAN, ANDREA | 2211 E DOLPHIN AVE  MESA AZ 85204 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1064 | G&I VII PECAN LP | 3913 TODD LAND, SUITE 203&204  AUSTIN TX 78744 | REAL ESTATE LEASE AGREEMENT |
| 2.1065 | GABOUREL, PATRICIA | 4437 HOLLY RIDGE  CORPUS CHRISTI TX 78413 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1066 | GACHOMBA, SAMUEL | 16000 BENT TREE FOREST CIR, #1421  DALLAS TX 75248 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1067 | GADSON, THERESA | 1613 WAKEFIELD DR  BRANDON FL 33511 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1068 | GALINDO, TAMARA MONICA | 56 EAST 800 SOUTH  OREM UT 84058 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1069 | GALLAGHER & ASSOCIATES, P.C. | 21 DRYDOCK AVENUE USXP BOSTON MA 02210 | CUSTOMER AGREEMENT |
| 2.1070 | GALLANT, GASTON | 10018 KINGSGATE DR  OKLAHOMA CITY OK 73159 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1071 | GALLENT, BARBARO | 2912 MASON LN  WYLIE TX 75098 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1072 | GALLO LOGISTICS | 124 QUARRY DR 0 MILFORD MA 01757 | CUSTOMER AGREEMENT |
| 2.1073 | GALVEZ, ANTONIO | 60 YEOMAN AVE  CRANSTON RI 02920 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1074 | GAMBLE, SALVADOR | 2700 FEATHER RUN TRAIL, APT. R-18  WEST COLUMBIA SC 29169 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1075 | GANTER, NANCY | 2804 TREERIDGE PKWY  ALPHARETTA GA 30022 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1076 | GARAY JR., STEVE | 2389 SPRADLIN RD  VINTON VA 24179 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1077 | GARCIA ILC, BLANCA | 1747 N 23RD AVE  MELROSE PARK IL 60160 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1078 | GARCIA, ERIKA | 4501 BILLINGS RD  BROWNSVILLE TX 78521 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1079 | GARCIA, FRANCISCO | 775 MISTY DR  PALATINE IL 60074 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1080 | GARCIA, JOSE M | 2401 MORGAN ST  IRVING TX 75062 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1081 | GARCIA, LEONEL | 4524 KINGS WALK DR APT 2B  ROLLING MEADOWS IL 60008 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1082 | GARCIA, MAYRA | 1214 CASOLAN DRIVE  HOUSTON TX 77038 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1083 | GARCIA, MELINA | 10229 W HESS ST  TOLLESON AZ 85353 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1084 | GARCIA, SAUL | 2217 E. GRINES  #10  HARLINGEN TX 78550 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1085 | GARCIA, STELLA | 5263 W 63RD ST  CHICAGO IL 60638 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1086 | GARCIA, STEPHANIE | 7080 E 60TH PL.  COMMERCE CITY CO 80022 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1087 | GARCIA, TIMOTHY | 75 W 6570 S APT 43  MURRAY UT 84107 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1088 | GARCIA-LOPEZ, EDUARDO | 5000 ALLEN GENOA #34  HOUSTON TX 77504 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1089 | GARDNER-BLACK-BYERS, JOSLYNN | 27500 FRANKLIN RD APT D801  SOUTHFIELD MI 48034 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1090 | GARNER, JAMES BRADLEY | 3549 CEDAR RUN ROAD APT #1601  ABILENE TX 79606 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1091 | GARRETT, JERRY | 11300  MILITARY CLUB  RD  KANSAS CITY MO 64138 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1092 | GARRETT, TERRI | 348 S DOUGLAS DR  BRADLEY IL 60915 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1093 | GARRISON, JERI | 4717 S. JACKSON STREET APT 225  SAN ANGELO TX 76903 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1094 | GARRISON, JERI | 4717 S JACKSON ST APT 225  SAN ANGELO TX 76903 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1095 | GARRISON, WENDELL SCOTT | 561 BRENNER ST NE  SALEM OR 97301 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1096 | GARTMAN, LAVENIA KAY | 8876 BROADUS LOOP ROAD   EIGHT MILE AL 36613 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1097 | GARZA, ANGELA (LB) | 6420 37TH ST  LUBBOCK TX 79407 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1098 | GARZA, BENJAMIN | 317 BLUE BONNET  RIO HONDO TX 78583 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1099 | GARZA, CRISTINA | 5095 E 104 ST  BROWNSVILLE TX 78521 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1100 | GASS, JUDY | 110 FRUIT FARM RD E  FORT PAYNE AL 35967 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1101 | GASSAMA, ALHAJI | 15745 LONDON PLACE  DUMFRIES VA 22025 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1102 | GATEWAY CORRIDOR LLC | 1915/1919 HARTOG AVE.  SAN JOSE CA 95131 | REAL ESTATE LEASE AGREEMENT |
| 2.1103 | GATEWAY PRINTING & OFFICE SUPPLY, INC. | 11889 STARCREST 0 SAN ANTONIO TX 78247 | CUSTOMER AGREEMENT |
| 2.1104 | GATHUI, SAMUEL | 8744 YOSEMITE TRAIL  CROSSROADS TX 76227 | INDEPENDENT CONTRACTOR AGREEMENT |

| Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|
| 2.1105 GAUCHO GOURMET | 935 ISOM RD 0 SAN ANTONIO TX 78216 | CUSTOMER AGREEMENT |
| 2.1106 GAUTHIER, ARTHUR | 5 OVERLOOK DRIVE  NORTH BRANFORD CT 06471 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1107 GAVILANES, WALTER | 791 MANOR ROAD APT 5B  STATEN ISLAND NY 10314 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1108 GC SERVICES | 6330 GULFTON 0 HOUSTON TX 77081 | CUSTOMER AGREEMENT |
| 2.1109 GENESCO, INC | 1415 MURFREESBORO PIKE. ROOM 588 NASHVILLE TN 37217 | CUSTOMER AGREEMENT |
| 2.1110 GENESIS LOGISTICS | 200 HERROD BLVD 0 DAYTON NJ 08810-1539 | CUSTOMER AGREEMENT |
| 2.1111 GENEVIEVE CORPORATION DBA HEART WATCH 2 | 1150 W.WINTON AVE. STE 466  HAYWARD CA 94545 | AGENT AGREEMENT |
| 2.1112 GENSCRIPT USA INC. | 860 CENTENNIAL AVE 0 PISCATAWAY NJ 08854 | CUSTOMER AGREEMENT |
| 2.1113 GENTHNER, SANDRA KAY | 4 RIVER CHASE CT.  SIMPSONVILLE SC 29680 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1114 GENTILE, CHERYL | 406 PILLOW AVE  CHESWICK PA 15024 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1115 GEORGE, TINA MARIE | 725 MARINA DR APT J  ST CHARLES MO 63301 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1116 GEORGIA POWER | 62 LAKE MIRROR ROAD BLDG 2A BIN 50020 FOREST PARK GA 30297 | CUSTOMER AGREEMENT |
| 2.1117 GEORGIA STATE FLORAL | 1401 MARVIN GRIFFIN ROAD 0 AUGUSTA GA 30906 | CUSTOMER AGREEMENT |
| 2.1118 GEORGIA'S OWN CREDIT UNION | P.O. BOX 105205 0 ATLANTA GA 30348 | CUSTOMER AGREEMENT |
| 2.1119 GERARD, MALINDA | 801 NORTH BROAD STREET  ELIZABETH NJ 7208 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1120 GERRISH, KAREN | 12401 SW CAMPBELL  HILLSBORO OR 97123 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1121 GETGO ACCOUNTING | 7414 HOLLISTER AVEQ 0 GOLETA CA 93117 | CUSTOMER AGREEMENT |
| 2.1122 GHAREVB, MIKE | 2645 VIA SONOMA ST  CARROLLTON TX 75006 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1123 GIBBS, TYRON | 1512 SUNBOW LANE, APT. 101  RALEIGH NC 27609 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1124 GIBLIN, DEMETRA | 4161 W CORNELIA AVE STE G  CHGO IL 60641 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1125 GIBSON, JOHN | 4044 E 300 N  RIGBY ID 83442 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1126 GIFFHORN, JERRY | 542 PENNSYLVANIA ST  COLLINSVILLE IL 62234 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1127 GIFFORD, ALBERT | 3997 N GIBBS RD  ALBION MI 49224 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1128 GIGGLE | 158 WEST 27TH ST 8TH FL NEW YORK NY 10001 | CUSTOMER AGREEMENT |
| 2.1129 GIL-JORDAN, ANGELICA | 837 RIVER DRIVE  ELMWOOD PARK NJ 07407 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1130 GILL FISHMAN ASSOC | 675 MASSACHUSETTS AVE 0 CAMBRIDGE MA 02139 | CUSTOMER AGREEMENT |
| 2.1131 GILLASPIE, KRYSTAL | 15080 RYHINER LN  LATHROP CA 95330 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1132 GIPSON, GARY | 2543 MERVOSH AVE SW  ALBUQUERQUE NM 87105 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1133 GIPSON, JEANNIE | 2957 MONTEREY DR  DECATUR GA 30032 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1134 GIRDLEY, MICHAEL | 2019 LAKE DRIVE  HAMMONTON NJ 08037 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1135 GITANI, LESLIE | 231 CALIFORNIA AVE  SANTA MONICA CA 90403 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1136 GIVENS ENTERPRISE | 3510 COUNTY STREET, BAY 1  NORFOLK VA 23509 | REAL ESTATE LEASE AGREEMENT |
| 2.1137 GIVENS ENTERPRISE C/O DAVID GREER | 500 EAST MAIN STREET SUITE 1225 NORFOLK VA 23510 | REAL ESTATE LEASE AGREEMENT |
| 2.1138 GLOBAL RESTAURANT DESIGN, CORP. | 31368 VIA COLINAS STE 108 0 WESTLAKE VILLAGE CA 91362 | CUSTOMER AGREEMENT |
| 2.1139 GNATYK, VIKTOR | 1304 SOUTH PARKER  APT 6-283  AURORA CO 80014 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1140 GNC | 4080 MCGINNIS FERRY RD STE 1102 0 ALPHARETTA GA 30005 | CUSTOMER AGREEMENT |
| 2.1141 GO, PATRICK | 2850 EVERETT DR  RENO NV 89503 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1142 GODDARD, TADIA | 105 W GROVE TERRACE APT 8  IRVINGTON NJ 7111 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1143 GODOMAR DELIVER SERVICES | 3115 RIVER VALLEY DR  KINGWOOD TX 77339 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1144 GOEXPRESS | 36 SEABRING STREET ATTN:  SIMONE TAYLOR A/P BROOKLYN NY 11231 | CUSTOMER AGREEMENT |
| 2.1145 GOMEZ PERAZA, ALEXEI | 15550 KINGFIELD DR APT 1001  HOUSTON TX 77084 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1146 GOMEZ-GONZALEZ, DURLEY | 181 CAMBRIDGE AVE  GARFIELD NJ 07026 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1147 GOMEZ-HERNANDEZ, BARBARA | 2912 MASON LN  WYLIE TX 75098 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1148 GOMINA, JERRY | 4500 PEAR RIDGE DR #425  DALLAS TX 75287 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1149 GONCALVES, ROBERT | 5274 MAIN STREET  TRUMBULL CT 06611 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1150 GONZALES - AMA, JUAN | 5304 ROYCE DRIVE  AMARILLO TX 79110 | INDEPENDENT CONTRACTOR AGREEMENT |

# Schedule G

Executory Contracts and Unexpired Leases

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.1151 | GONZALEZ DELIVERY SERVICE | 4222 SKELTON DR  SAN ANTONIO TX 78219 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1152 | GONZALEZ PENA, SAYLI | 8354 BRENTWOOD STAIR RD  APT 1006  FORT WORTH TX 76120 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1153 | GONZALEZ RUIZ, LLANAY | 1908 ESTRADA PKWY  APT 131  IRVING TX 75061 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1154 | GONZALEZ, ADOLFO | 7411 HOBBLE STREET  SAN ANTONIO TX 78227 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1155 | GONZALEZ, MARIA | 12002 E 48 ST   KCMO MO 64133 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1156 | GONZALEZ, MARINA | 1200 S MAYS ST APT 133  ROUND ROCK TX 78664 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1157 | GOODWIN, WILLIAM | 127 39TH AVENUE CT NW  HICKORY NC 28601 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1158 | GORASHE, BADR | 2021 BROOKS DR  FORESTVILLE MD 20747 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1159 | GORDON, VICTOR | 5690 JUBILANT DR  REX GA 30273 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1160 | GOSSETT, DELPHINE | 3318 NORTH LUBERTA STREET  TYLER TX 75702 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1161 | GOULD, DARRELL | 4215  N. HARDESTY AVE  KANSAS CITY MO 64117 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1162 | GOWINS, AISHA | 317 LEXINGTON AVE STE 3A  BEDFORD-STUYVESANT NY 11216 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1163 | GOYBURU, WINSTON | 1403 MEADOW CREST DRIVE  PRINCETON TX 75407 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1164 | GRACIA, JAIME | 3230 HILLCREST DR , APT 3103  SAN ANTONIO TX 78201 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1165 | GRAHAM, WILLIAM | 1350 JOLIET PL  DETROIT MI 48207 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1166 | GRAINGER | 2401 WESTERN AVE 0 LAS VEGAS NV 89102 | CUSTOMER AGREEMENT |
| 2.1167 | GRAMAJO, YESY | 5000 NW 20TH ST  OKLAHOMA CITY OK 73127 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1168 | GRAND BANK | 4200 E SKELLY DR SUITE 200 TULSA OK 74135 | CUSTOMER AGREEMENT |
| 2.1169 | GRANT-MCDERMOTT, SUSAN | 3384 WATERLOO RD  MOGADORE OH 44260 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1170 | GRAPHIC SOLUTIONS GROUP | 4601 SPRING VALLEY 0 DALLAS TX 75244 | CUSTOMER AGREEMENT |
| 2.1171 | GRAVES, GARRY | 771 BRACKEN CT  WORTHINGTON OH 43085 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1172 | GRAY, BARBARA | 1788 AMETHYST AVE  SPRINGDALE AR 72764 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1173 | GRAY, KAREN | 10 NORTH AVE   DERBY CT 6418 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1174 | GRAY, MARK | 2103 MCRAE ST.  GREENSBORO NC 27420 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1175 | GREAT WESTERN FOILS, INC. | 2279 AGATE COURT 0 SIMI VALLEY CA 93065 | CUSTOMER AGREEMENT |
| 2.1176 | GREEN PARK CAREINC | 155 WELDON PKWY STE 114  MARYLAND HEIGHTS MO 63043 | REAL ESTATE LEASE AGREEMENT |
| 2.1177 | GREEN, ANDREW | 408 ROBERTS ST N, APT 205  FARGO ND 58102 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1178 | GREEN, BRENDA | 804 W HAZEL ST   BENTON AR 72015 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1179 | GREEN, EDMUND | 1520 PRESTON RD APT #1024  PLANO TX 75093 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1180 | GREEN, FLOYD | RR 2 BOX 3126  MARBLE HILL MO 63764 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1181 | GREEN, LAVITA | 8019 OHIO AVE   KANSAS CITY KS 66112 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1182 | GREEN, PAMELA | 263 JESSAMINE RD   SAINT MATTHEWS SC 29135 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1183 | GREENBERG, DONNA | 109 GARDNER ST  PHILADELPHIA PA 19116 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1184 | GREENE JR., JOHN | 1203 BENTBROOK DR  RICHMOND VA 23231 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1185 | GREENWOOD GENETICS | 1 GREGOR MENDEL CIRCLE 0 GREENWOOD SC 29646 | CUSTOMER AGREEMENT |
| 2.1186 | GREENWOOD, ROBERTA | 4953 TANQUERAY LN   ST LOUIS MO 63129 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1187 | GREVE, DAVID | 17063 ELM LN DR   TINLEY PARK IL 60477 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1188 | GREYHOUND PACKAGE EXPRESS | 350 NORTH SAINT PAUL STREET 0 DALLAS TX 75201 | CUSTOMER AGREEMENT |
| 2.1189 | GRIFFIN, ROGER | 3540 THOMASVILLE ROAD  WINSTON SALEM NC 27107 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1190 | GRILLI, GINA | 6286 CHESAPEAKE  STOCKTON CA 95219 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1191 | GRIMCO, INC C/O PIERCE DISTRIBUTION | 12875 E 42ND AVE SUITE 40 DENVER CO 80239 | CUSTOMER AGREEMENT |
| 2.1192 | GRIMES, JO ANN | PO BOX 1354  BEREA KY 40403 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1193 | GROOMS, CRYSTAL | 204 CAMBRIA STREET  NEWARK OH 43055 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1194 | GRULKE, KARI | 435 4TH AVE NW   MILACA MN 56353 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1195 | GTA AIR, INC | P.O. BOX 2766 0 ADDISON TX 75001 | CUSTOMER AGREEMENT |
| 2.1196 | GTD, INC. | 789 INDUSTRIAL CIR UNIT E5  TRAVERSE CITY MI 49686 | AGENT AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.1197 | GUADALUPE-SUAREZ, JENRRI | 404 BELGROVE DRIVE KEARNY NJ 07032 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1198 | GUARDIAN PHARMACY | 610 MAGIC MILE 0 ARLINGTON TX 76011 | CUSTOMER AGREEMENT |
| 2.1199 | GUERRERO, ARMANDO OLVERA | 667 BIDDLE AVE SAN BENITO TX 78586 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1200 | GUERRERO, JUAN | 9193 HOMBARD AVE LAS VEGAS NV 89148 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1201 | GUEST, TAMMY | 116 MCARTHUR DRIVE MADISON TN 37115 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1202 | GUEVARA, MARCIA | 6718 CATARINA CIRCLE ADDICKS BARKER TX 77084 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1203 | GUIDO, CESAR MANUEL | 4505 RALEIGH CIR AUSTIN TX 78744 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1204 | GUIDO, REGO | 4504 RALEIGH CIR. AUSTIN TX 78744 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1205 | GUIDRY, JULES | 4138 W MESA ST BATTLEFIELD MO 65619 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1206 | GUITAR CENTER, INC.DISTRIBUTION CENTER | ATTN: FREIGHT PAYMENTS 950 NORTHFIELD DRIVE BROWNSBURG IN 46112 | CUSTOMER AGREEMENT |
| 2.1207 | GUMMER, KIMBERLY | 8105 SPAULDING CIRCLE SEVERN MD 21144 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1208 | GUODACE, MEGAN | 2046 E SADIE LN JOPLIN MO 64801 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1209 | GUPANA, DAISY | 13948 MIDDLE CREEK PL CENTREVILLE VA 20121 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1210 | GURZYNSKI, SHERYL | 2033 WYATT AVE STEVENS POINT WI 54481 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1211 | GUTIERREZ, JOSUE | 6209 MELODY LN, APT 2315 DALLAS TX 75231 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1212 | GUYOT, THOMAS | 2632 ARMSTRONG AVE KANSAS CITY KS 66102 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1213 | GYIMAH, OHENE | 2200 WAKFORD LANE APT 210 COLUMBUS OH 43224 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1214 | H.D. SMITH | 1101 WEST VICKERY BLVD 0 FORT WORTH TX 76104 | CUSTOMER AGREEMENT |
| 2.1215 | HAAMID, MARTA | 650 BERKSHIRE LANE CINCINNATI OH 45220 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1216 | HAAS AUTOMATION, INC. | 2800 STURGIS RD 0 OXNARD CA 93030 | CUSTOMER AGREEMENT |
| 2.1217 | HADLEY, LISA | 610 OAKMONT DR PLATTSMOUTH NE 68048 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1218 | HAGENSEN, JOSHUA | 1123 8TH ST N FARGO ND 58102 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1219 | HALDEMAN HOMES | PO BOX 6262 0 AUBURN CA 95604 | CUSTOMER AGREEMENT |
| 2.1220 | HALE, KIMBERLY | 2970 N MILL AVE APT 5 BOWLING GREEN KY 42104 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1221 | HALFHILL, YOLANDA | 840 N 75TH ST E SAINT LOUIS IL 62203 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1222 | HALL ASSOCIATES INC | 1709 MIDLAND RD SALEM VA 24153 | REAL ESTATE LEASE AGREEMENT |
| 2.1223 | HALL ENVIRONMENTAL ANALYSIS LAB | 4901 HAWKINS NE 0 ALBUQUERQUE NM 87109 | CUSTOMER AGREEMENT |
| 2.1224 | HALL, BETTE LOUISE | 6597 VINE ROAD MAGALIA CA 95954 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1225 | HAMATH, AMADOU | 1 MULBERRY CT APT 59 CINCINNATI OH 45215 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1226 | HAMDAN, MOHAMED | 4901 SEMINARY RD., APT 1201 ALEXANDRIA VA 22311 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1227 | HAMEED, NASHAT | 7407 FAIROAKS AVE #124 DALLAS TX 75231 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1228 | HAMEED, RAAFAT | 5811 PINELAND DR APT #2102 DALLAS TX 75231 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1229 | HAMEL, AUSAMA | 6552 CHINABERRY TRIAL PLANO TX 75023 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1230 | HAMMON, DEMARCUS | 6552 N MERIDIAN # 204 OKLAHOMA CITY OK 73116 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1231 | HAMPTON ROADS SANITATION | POST OFFICE BOX 5915 0 VIRGINIA BEACH VA 23455 | CUSTOMER AGREEMENT |
| 2.1232 | HAMPTON, SONYA | 6637 BALSAM DR BEDFORD HEIGHTS OH 44146 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1233 | HAMPTON, TARA | 5301 NW 111TH TERRACE OKLAHOMA CITY OK 73162 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1234 | HANLEY WOOD | P.O. BOX 612128 0 DALLAS TX 75261 | CUSTOMER AGREEMENT |
| 2.1235 | HANNA, DAVID | 1905 N. 21ST STREET BROKEN ARROW OK 74012 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1236 | HANOVER BUILDER | 101 N WESTLAKE BLVD STE 200 0 WESTLAKE VILLAGE CA 91362 | CUSTOMER AGREEMENT |
| 2.1237 | HANOVER INSURANCE | 7130 GLEN FOREST DRIVE 0 RICHMOND VA 23226 | CUSTOMER AGREEMENT |
| 2.1238 | HANSON, MICHAEL | PO BOX 402 CEDAR FALLS IA 50613 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1239 | HANSON, VANESSA | 1479 S KODIAK BEAR KUNA ID 83634 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1240 | HARDMAN, STACEY | 4000 VINEYARD DR KANSAS CITY MO 64130 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1241 | HARDNETT, GEAN | 507 PATRICK ROAD BAHAMA NC 27503 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1242 | HARPER, RENEE | P.O. BOX 535 HEMET CA 92546 | INDEPENDENT CONTRACTOR AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.1243 | HARPOLE, CARY | 2501 HEMLOCK  TEMPLE TX 76502 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1244 | HARRELL, RODERICK | 139 GLYNN ADDY DR   STOCKBRIDGE GA 30281 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1245 | HARRIS, DARRELL | 5180 KENDALL LANE  WACO TX 76705 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1246 | HARRIS, GLENDA | 1860 E 97TH ST  APT 305  CLEVELAND OH 44106 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1247 | HARRIS, NICOLETTE | 696 FINCH ISLAND AVE   HENDERSON NV 89015 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1248 | HARRISON & GEIGER | 30423 CANWOOD ST STE 207 0 AGOURA HILLS CA 91301 | CUSTOMER AGREEMENT |
| 2.1249 | HARRISON ENTERPRISES LLC | 9675 HARRISON ROAD, SUITE #103  ROMULUS MI 48174 | REAL ESTATE LEASE AGREEMENT |
| 2.1250 | HARRISON, BRYANT | 4530 N 11TH STREET  PHILADELPHIA PA 19140 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1251 | HARRISON, EICHENBERG & MURPHY LLP | 155 E WILBUR RD STE 200 0 THOUSAND OAKS CA 91360 | CUSTOMER AGREEMENT |
| 2.1252 | HARRISON, JUANITA | 7289 SPA ROAD STE A  N CHARLESTON SC 29418 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1253 | HART - BROOKS, KIMBERLY | 10310 TANNER DR   ST. LOUIS MO 63136 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1254 | HARVEY, SCOTT | 21513 W 99TH ST   LENEXA KS 66220 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1255 | HARWELL EXPRESS, LLC | 11088 MILLPARK DR STE 144  MARYLAND HEIGHTS MO 63043 | AGENT AGREEMENT |
| 2.1256 | HARWOOD, ALLISON | 4709 COACH RD   COLUMBUS OH 43220 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1257 | HARWOOD, BRETT | 382 QUEENSBURY LANE #10  MEDFORD OR 97504 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1258 | HASHIM, ABDALLA | 5501 SEMINARY RD #415 S  FALLS CHURCH VA 22041 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1259 | HASSAN, AHMED | 10966 ASHLEY LN  WOODBURY MN 55129 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1260 | HASSAN, HASSAN ABDIKADIR | 2418 14TH AVE S  APT 1  MINNEAPOLIS MN 55404 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1261 | HAUK, GREG | 3015 PERSIMMON   ST. CHARLES MO 63301 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1262 | HAWES, DEBRA | 6204 STATE ROUTE 67  KENTON OH 43326 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1263 | HAWES, TIMOTHY | 6204 STATE ROUTE 67  KENTON OH 43326 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1264 | HAWKINS JR, QUINCY | 1509 POMONA DRIVE  DURHAM NC 27707 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1265 | HAWKINS, ALVIN | 3070 S LOWELL BLVD #203  DENVER CO 80236 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1266 | HAWKINS, JUDITH ANN | 1311 BROADWAY AVENUE  PARKERSBURG WV 26101 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1267 | HAWTHORNE, LA ROLAND | 134 PEGGY DR  FLORENCE MS 39073 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1268 | HAZELBUSH, MADELINE | 167 MESA DR  POCATELLO ID 83204 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1269 | HAZELWOOD TRUCKING INC | 26493 GALLO DR  CLAREMORE OK 74019 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1270 | HEALTHCARE FINANCIAL | 2 HERITAGE DRIVE 7TH FLOOR QUINCY MA 02171 | CUSTOMER AGREEMENT |
| 2.1271 | HEALTHSMART CASUALTY CLAIMS SOLUTIONS | PO BOX 94388 0 LUBBOCK TX 79493 | CUSTOMER AGREEMENT |
| 2.1272 | HEAVENS, DENISE | 105 GLENN RD  FAYETTEVILLE GA 30214 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1273 | HEAVERLO, JEFFREY | 1210 SKYLANE DR  NORWALK IA 50211 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1274 | HEAVY METAL PARTNERS LLC | 6231 WESTGATE RD, SUITES 100 AND 110  RALEIGH NC 27617 | REAL ESTATE LEASE AGREEMENT |
| 2.1275 | HEB GROCERY COMPANY | 6520 FRATT ROAD 0 SAN ANTONIO TX 78218 | CUSTOMER AGREEMENT |
| 2.1276 | HECK IN, JOHN | 904 DREAMY ST  GREENWOOD IN 46142 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1277 | HECK, JOHN | 8928111769  GREENWOOD IN 46142 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1278 | HEIL, CHRIS | 4 YAZOO CR  MAUMELLE AR 72113 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1279 | HELLER, STEVE | 420 WILSON AVE SE  BEMIDJI MN 56601 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1280 | HEMA MOBILE LAB | 25211 STOCKPORT ST STE. 291  LAGUNA HILLS CA 92653 | AGENT AGREEMENT |
| 2.1281 | HEMP, SHELLY | 331 E. BUTLER AVE   GRANT PARK IL 60940 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1282 | HEMRAJANI, DIVYA | 12010 N WALNUT BRANCH RD   RESTON VA 20194 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1283 | HENAO, GLORIA | 185 TRENTON AVENUE  PATERSON NJ 07503 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1284 | HENDERSON, SION | 1007 CLIMBING VINE  SAN ANTONIO TX 78245 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1285 | HENDON, RICK | 8432 COUNTY RD 6440  LUBBOCK TX 79416 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1286 | HENDRICK, EUGENE | 211 WYATTS POND LANE  CARY NC 27513 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1287 | HENRIQUEZ, LUCIA | 802 VOLVO CT.  HUMBLE TX 77396 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1288 | HENRY INDUSTRIES WTA | 3843 N CYPRESS DR   WICHITA KS 67226 | AGENT AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.1289 | HERITAGE BANK OF NEVADA | 2330 S. VIRGINIA ST. 0 RENO NV 89510 | CUSTOMER AGREEMENT |
| 2.1290 | HERITAGE FLAG | 21 DRYDOCK AVENUE USXP BOSTON MA 02210 | CUSTOMER AGREEMENT |
| 2.1291 | HERNANDEZ MENDEZ, KETNEL | 2912 MASON LN  WYLIE TX 75098 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1292 | HERNANDEZ, CHRISTIAN | 3132 B SUNLAKE CT.  KISSIMMEE FL 34747 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1293 | HERNANDEZ, JUAN | 13021 DESSAU RD LOT 16  AUSTIN TX 78754 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1294 | HERNANDEZ, LILIA | 8121 FOREST BOW  SAN ANTONIO TX 78233 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1295 | HERNANDEZ, LINDA | 3610 N LAS VEGAS BLVD #60  LAS VEGAS NV 89115 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1296 | HERNANDEZ, RENATA | 465 HELENA CT APT 305  AURORA CO 80011 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1297 | HERNANDEZ, WENDY | 12181 EL GRECO CIR  EL PASO TX 79936 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1298 | HERNANDEZ-CAMILO, LUIS | 15050 COPPER GROVE BLVD  APT 1705  HOUSTON TX 77095 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1299 | HERRERA, ANLLY | 6325 UPSHAW DR  HUMBLE TX 77396 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1300 | HERRERA, JUAN I. | 5601 JFK BOULEVARD EAST - APT:  21 D  WEST NEW YORK NJ 07093 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1301 | HERRERA, MICHAEL | 2671 TEXAS DR  DALLAS TX 75211 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1302 | HERRICK, MICHAEL | 214 NW SHAGBARK  LEES SUMMIT MO 64064 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1303 | HESTER, ROBERT | 14207 US HW 181 SOUTH  LOT 2  SAN ANTONIO TX 78223 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1304 | HEYWARD, DOLORES | 5224 WESTVIEW ST  N CHARLESTON SC 29418 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1305 | HICKS, JESSICA | 8493 W EVENING STAR DR  BOISE ID 83709 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1306 | HICKS, KAREN | 209 ROBERTS DR  GREENWOOD SC 29649 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1307 | HIDANOVIC, DENE | 4755 SAN JUAN DR S  FARGO ND 58103 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1308 | HIDANOVIC, NIJAZ | 1435 33RD ST S, APT.# 310  FARGO ND 58103 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1309 | HIGHRADIUS CORPORATION | 11451 KATY FREEWAY SUITE 650 HOUSTON TX 77079 | COLLECTION CLOUD AGREEMENT |
| 2.1310 | HILL, CARLA | 5322 W 1ST ST  TULSA OK 74127 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1311 | HILL, CHARLES | 108 TAMPA DR  ROANOKE VA 24019 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1312 | HILL, LORI | 1616 GREENWOOD RD  LAURENS SC 29360 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1313 | HILL, SELAAH ROSE | 1550 S HERVEY ST  BOISE ID 83705 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1314 | HILL, SHAWN | 548 WEST NEWTON ST  TULSA OK 74106 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1315 | HILL-ARMENDARIZ, MARTHA | 227 SAMARIA LN   OAKLAND CA 94619 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1316 | HILLMAN, TERESA | 5405 CRYORS LN  MCKENNEY VA 23872 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1317 | HILLMER, HOLLI | 702 6TH ST  ELDORA IA 50627 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1318 | HILTON, JANE | 7235 FORTMAN TERRACE  FOUNTAIN CO 80817 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1319 | HINDERS, JERRY | 3501 EAST NEW HAVEN ROAD LOT 78  COLUMBIA MO 65201 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1320 | HINDIC, DZEVAD | 4254 OAK FOREST COURT SE, APT H5  GRAND RAPIDS MI 49546 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1321 | HINDS, DYWANNA | 513 OWENDALE DR  ANTIOCH TN 37013 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1322 | HINNAWI, AFAF | 8623 W SUMMERDALE  CHICAGO IL 60658 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1323 | HINOJOSA, TIMOTHY | 1884 COLLINS AVE  ABILENE TX 79603 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1324 | HLAVATSKI, ANATOLI | 12630 SE 295TH ST  AUBURN WA 98092 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1325 | HLB LIGHTING | 233 LEWIS WHARF RM233/2NDFL BOSTON MA 02110 | CUSTOMER AGREEMENT |
| 2.1326 | HOBBS, AMIE | 610 SUNNY PASS DRIVE   O'FALLON MO 63366 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1327 | HODGE - ROBERTS, JUDY | 301 SHADY BROOK DR  CAPE GIRARDEAU MO 63701 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1328 | HODGE, LATOYA | 509 GREYHOUND CT  UNION CITY GA 30291 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1329 | HODGES, TINA | 1903 PURCELL AVE  ROANOKE VA 24012 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1330 | HOEFSMIT, WILLIAM | 752 HILL ST.  HAMDEN CT 06514 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1331 | HOESL, ANTOINETTE | 7889 HARTEL ROAD  GRAND LEDGE MI 48837 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1332 | HOFSTETTER, LINDA | 33 SIGNAL POINTE  BELLEVILLE IL 62223 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1333 | HOLDER, JENNIFER | 119 BURNETT DR  WARTRACE TN 37183 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1334 | HOLLAWAY, BILLY | 2034 N. KINGSTON PLACE  TULSA OK 74115 | INDEPENDENT CONTRACTOR AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.1335 | HOLLINS, DENISE | 6212 RAND ST  HOUSTON TX 77026 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1336 | HOLLMAN, ANJELICA MONET | 7407 E 133RD ST   GRANDVIEW MO 64030 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1337 | HOME DEPOT | 2455 PACES FERRY RD 0 ATLANTA GA 30339 | CUSTOMER AGREEMENT |
| 2.1338 | HOPGOOD, ANDRE | 1603 N 19TH ST  SAINT LOUIS MO 63106 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1339 | HOPKINS & HUEBNER P.C. | 2700 GRAND AVE STE 111 DES MOINES IA 50312 | CUSTOMER AGREEMENT |
| 2.1340 | HOPPE, SANDRA | 1523 GEORGIA AVE   SHEBOYGAN WI 53081 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1341 | HORGAN, TIMOTHY | 1604 N MARKWELL PL  OKLAHOMA CITY OK 73127 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1342 | HORIZON PARAMEDS, LLC | 11311 STROUD DR   HOUSTON TX 77072 | AGENT AGREEMENT |
| 2.1343 | HORTMAN, DAVID SCOTT | 3414 TURTLECREEK RD  LEBANON OH 45036 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1344 | HOUSATONIC PARTNERS | 800 BOYLSTON STREET S-2220 BOSTON MA 02199 | CUSTOMER AGREEMENT |
| 2.1345 | HOUSER, KATHY | 10423 W. CARR  WICHITA KS 67209 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1346 | HOUSING AUTHORITY INS. GROUP | 189 COMMERCE COURT 0 CHESHIRE CT 06410-1253 | CUSTOMER AGREEMENT |
| 2.1347 | HOUSTON DNA ALCOHOL & DRUG TESTING SERVICES | 2626 S LOOP W FWY STE 650D  HOUSTON TX 77054 | AGENT AGREEMENT |
| 2.1348 | HOWARD, DARREN | 411 WARRIOR ROAD  MCLOUD OK 74851 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1349 | HOWARD, PAUL | 7274 MCKINLEY CIR APT 305  MERRILLVILLE IN 46410 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1350 | HOWARD, REBECCA | 321 INMAN ST   LEHIGH ACRES FL 33936 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1351 | HOWARD, VICTORIA | 1419 BROOK MEADOW CIR  LANCASTER TX 75134 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1352 | HOWELL, CASSANDRA | 2722 CASTLEBERG LOOP  NAMPA ID 83686 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1353 | HOWLAND, TORY | 3100 HWY 31 E APT 410  TYLER TX 75702 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1354 | HP ENTERPRISE SVCES-BOS OUTPUT SVCE | 4A ALGER STREET 0 BOSTON MA 02127 | CUSTOMER AGREEMENT |
| 2.1355 | HUASIPOMA, MANUEL | 118 OLD HOBOKEN RD APT. 1  HACKENSACK NJ 07601 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1356 | HUBBARD, BRIAN PAUL | 9004 E 65TH  STREET  RAYTOWN MO 64133 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1357 | HUDDLESTON, CAREY | 5348 WEBLIN FARM RD  VIRGINIA BEACH VA 23455 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1358 | HUDSON PLATING WORKS | 11941 HERTZ AVE 0 MOORPARK CA 93021 | CUSTOMER AGREEMENT |
| 2.1359 | HUERTA CUELLAR, GLORIA | 116 ARMSTRONG ST  DONNA TX 78537 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1360 | HUFF, SHANEL | 550 MAXEY RD STE 9797  HOUSTON TX 77013 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1361 | HUGHES RESEARCH LABS | 3011 MALIBU CANYON RD 0 MALIBU CA 90265 | CUSTOMER AGREEMENT |
| 2.1362 | HUGHES, SCHELLINA | 2212 E 86TH ST APT 25  MINNEAPOLIS MN 55425 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1363 | HUGMEYER, MARK | 965 RED PINE STREET, LOT 23  SPARTA MI 49345 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1364 | HUMAN LONGEVITY | 4570 EXECUTIVE DRIVE 0 SAN DIEGO CA 92121 | CUSTOMER AGREEMENT |
| 2.1365 | HUMPHREY, ODDIE | 1802 PRICEVILLE RD   GILBERT SC 29054 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1366 | HUNEWILL, FRANK | 41 WILD PEACH LN   SMITH VALLEY NV 89444 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1367 | HUNTER, GRANT | 705 RICE RD  EASLEY SC 29640 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1368 | HUNTER, MAX | 1263 PEBBLE RIDGE LN  HAMPTON GA 30228 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1369 | HURLEY, CHARLES | 1001 CUSTER  ODESSA TX 79761 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1370 | HURT, NICHOLE | 18504 STRANGER RD   LEAVENWORTH KS 66048 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1371 | HUSKANOVIC, ASIM | 2839 SW CHESTNUT DRIVE  ANKENY IO 50023 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1372 | HUSSAIN BMW, CHAUDRY | 1524 ROUND TOP ROAD  HARRISVILLE RI 02830 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1373 | HUSTED, JOHN | 9841 BUCKSKIN CIRCLE  ROGERS AR 72758 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1374 | HUSTER, LEWIS | 2303 RITA PL APT 1  WEST PLAINS MO 65775 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1375 | HUTCHISON, DENNIS | 3325 RUDON  LANE   COLUMBUS OH 43204 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1376 | HYDE, SARA | 805 HIGHLAND AVE   HILLSBORO IL 62049 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1377 | HYG FINANCIAL SERVICES, INC. | PO BOX 35701, BILLINGS, MT 59107 | EQUIPMENT LEASE |
| 2.1378 | HYGIENA LLC | 941 AVENIDA ACASO 0 CAMARILLO CA 93012 | CUSTOMER AGREEMENT |
| 2.1379 | IBEX ENGINEERING | 951 LAWRENCE DR. 0 NEWBURY PARK CA 91320 | CUSTOMER AGREEMENT |
| 2.1380 | IBRAHIM, ABUBKER | 4208 LAUREL VILLAGE DR  RICHMOND VA 23228 | INDEPENDENT CONTRACTOR AGREEMENT |

| Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|
| 2.1381 ICON NEWCO POOL 1SF NON-BUSINESS PARKS LLC | 1740 ENTERPRISE BLVD   WEST SACRAMENTO CA 95691 | REAL ESTATE LEASE AGREEMENT |
| 2.1382 ICON NEWCO POOL 3 NEVADA LLC | 5355 CAPITAL COURT, #109  RENO NV 89502 | REAL ESTATE LEASE AGREEMENT |
| 2.1383 IDRES, KAMAL | 7125 LOISDALE RD.  SPRINGFIELD VA 22150 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1384 IFCO - LEAN LOGISTICS PARENT ACCT | NEED TO LOOK AT CHILD ACCOUNTS FOR PAYABLE INFORMATION 0 0 0 | CUSTOMER AGREEMENT |
| 2.1385 IGHILE, SUNNY | 732 INTREPID DR  GARLAND TX 75043 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1386 IKELJIC, ELIDA | 717 DAVIS ST  POLK CITY IA 50226 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1387 ILEYE, KHALIL | 3503 HUNTING BROOK APT # 102  COLUMBUS OH 43231 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1388 ILLIES, BRUCE | 15604 ROBINWOOD DR  MINNETONKA MN 55345 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1389 IMAGES OF INC | 3543 OLD CONEJO RD. SUITE 104 NEWBURY PARK CA 91320 | CUSTOMER AGREEMENT |
| 2.1390 IMAMOVIC, EMIR | 6311 S FANNIN ST  AMARILLO TX 79118 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1391 IMAMOVIC, NIJAZ | 6311 S. FANNIN  AMARILLO TX 79118 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1392 IMMACHINE, LLC | 5706 BENJAMIN CENTER DRIVE, SUITE 112  TAMPA FL 33634 | REAL ESTATE LEASE AGREEMENT |
| 2.1393 IMPACT SCIENCES INCORPORATED | 803 CAMARILLO SPRINGS RD STE A 0 CAMARILLO CA 93012 | CUSTOMER AGREEMENT |
| 2.1394 INCYTE DIAGNOSTICS | 13103 E. MANSFIELD AVE 0 SPOKANE VALLEY WA 99216 | CUSTOMER AGREEMENT |
| 2.1395 INDEPENDENT INS INC. | 7700 OLD BRANCH AVE  CLINTON MD 20735 | AGENT AGREEMENT |
| 2.1396 INDOFF, INC. | 11816 LACKLAND RD 0 ST LOUIS MO 63146 | CUSTOMER AGREEMENT |
| 2.1397 INDUSTRIAL DEVELOPERS OF OKLAHOMA 6 LLC | 10540 &10544 E. PINE STREET  TULSA OK 74116 | REAL ESTATE LEASE AGREEMENT |
| 2.1398 INET AI - DES MOINES | 2429 N. 1950TH AVE 0 CAMP POINT IL 62320 | CUSTOMER AGREEMENT |
| 2.1399 INFINITE DELIVERY SYSTEM | 3111 W MANGOLD  #4  GREENFIELD WI 53221 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1400 INGARFILL, CECILIA | 227 E SANTA FE CT  PLACENTIA CA 92870 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1401 INGRAM CONCRETE, LLC | 100 S. VAN BUREN 0 AMARILLO TX 79101 | CUSTOMER AGREEMENT |
| 2.1402 INGRAM, STEPHEN | 6110 SECRET SHORES  SAN ANTONIO TX 78244 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1403 INNOVATIVE HEALTH DIAGNOSTICS | 1565 MCGAW AVE #B 0 IRVINE CA 92614 | CUSTOMER AGREEMENT |
| 2.1404 INSURANCE PHYSICALS, LLC | 1736 E SUNSHINE ST  SPRINGFIELD MO 65804 | AGENT AGREEMENT |
| 2.1405 INTEGRATED DELIVERY SYSTEMS, LLC | 625 W 5300 S  SUITE A110  MURRAY UT 84123 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1406 INTELLIQUICK DELIVERY | 4022 S 20TH ST  PHOENIX AZ 85040 | AGENT AGREEMENT |
| 2.1407 INTERBANK | P.O.BOX 599 0 KINGFISHER OK 73750 | CUSTOMER AGREEMENT |
| 2.1408 INTERCONNECT SYSTEMS INC. | 759 FLYNN RD 0 CAMARILLO CA 93012 | CUSTOMER AGREEMENT |
| 2.1409 INTERCRAFT INTERNATIONAL INC | 9195 BOGGY CREEK ROAD, UNIT 6  ORLANDO FL 32824 | REAL ESTATE LEASE AGREEMENT |
| 2.1410 INTERMOUNTAIN HEALTHCARE - ACCOUNTS PAYABLE | PO BOX 30184 0 SALT LAKE CITY UT 84130-0184 | CUSTOMER AGREEMENT |
| 2.1411 INTERNAL DATA RESOURCES INC. | 5230 AVALON BOULEVARD  ALPHARETTA GA 30009 | IT STAFFING AGREEMENT |
| 2.1412 INTERSTATE REALTY MANAGEMENT | P.O. BOX 994 0 MARLTON NJ 08053 | CUSTOMER AGREEMENT |
| 2.1413 I-OMNI | 12935 SOUTH WEST BAYSHORE DR 0 TRAVERSE CITY MI 49684 | CUSTOMER AGREEMENT |
| 2.1414 IP 70 INDUSTRAIL  INC. | 12435 EAST 42ND AVE, SUITE 80  DENVER CO 80239 | REAL ESTATE LEASE AGREEMENT |
| 2.1415 IPERS SOUTH BAY PORTFOLIO INC | 15101 & 15111 S. FIGUEROA ST.  GARDENA CA 90248 | REAL ESTATE LEASE AGREEMENT |
| 2.1416 IQBAL, JUNAID | 144-65 87TH ROAD  JAMAICA NY 11435 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1417 ISABELLE HOLMES | 4113  AVALON HAVEN DRIVE BUILDING 4100 NORTH HAVEN CT 06473 | CUSTOMER AGREEMENT |
| 2.1418 ISBELL, STANLEY | 4901 S VALLEY VIEW RD TRLR 39 BLUE SPRINGS MO 64015 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1419 ISCOA, RUBEN | 450 SHREWSBURY #146  SHREWSBURY NJ 07702 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1420 ISE OFFICE PLUS | 4422 BRONX BLVD 0 BRONX NY 10470 | CUSTOMER AGREEMENT |
| 2.1421 ITURRI, MONICA | 355 TALUS WAY  RENO NV 89503 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1422 IVANTSOV, OLGA | 2608 95TH AVE E  EDGEWOOD WA 98371 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1423 IXIA COMMUNICATIONS | 26601 AGOURA RD 0 CALABASAS CA 91302 | CUSTOMER AGREEMENT |
| 2.1424 IZA, RAMON | 601-18TH ST #2  UNION CITY NJ 07087 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1425 IZEVBIZUA-IGHILE, PATRICK | 732 VALIANT CIR  GARLAND TX 75043 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1426 J & D NATIONAL, LLC | 21 REIDWAY STREET  FREEHOLD NJ 07728 | INDEPENDENT CONTRACTOR AGREEMENT |

## Schedule G
### Executory Contracts and Unexpired Leases

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.1427 | J GREEN CABINETS, LLC | 125 KINGS ROAD 0 BRISBANE CA 94005 | CUSTOMER AGREEMENT |
| 2.1428 | J. SNYDER ENTERPRISES LLC | 1863 NE 5TH AVENUE, BUILDING 1, SUITE 102 DES MOINES IA 50313 | REAL ESTATE LEASE AGREEMENT |
| 2.1429 | J.B. HUNT TRANSPORT INC. | 615 J.B. HUNT CORPORATE DRIVE 0 LOWELL AR 72745 | CUSTOMER AGREEMENT |
| 2.1430 | JAC ENTERPRISES  LLP | 4224 M.L.K. JR BLVD.  LUBBOCK TX 79404 | REAL ESTATE LEASE AGREEMENT |
| 2.1431 | JACKSON HOLE AIR FREIGHT / DIANE OGLIETTI | PO BOX 4021  JACKSON WY 83001 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1432 | JACKSON, ANGELA | 23306 BAKER ST  TAYLOR MI 48180 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1433 | JACKSON, CHARLENE | 1421 N JEFFERSON AVE  MASON CITY IA 50401 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1434 | JACKSON, DENISE | 1040 8TH ST  PETERSBURG VA 23803 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1435 | JACKSON, DERRICK | 321 WOLCOT AVE  WINDSOR CT 06095 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1436 | JACKSON, DUNCAN | 3001 RT 130 SOUTH #89D  RIVERSIDE NJ 08075 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1437 | JACKSON, JAMES | 8419 S 120TH ST  SEATTLE WA 98178 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1438 | JACKSON, JOHN C. | 5117 LORD BYRON RD.  WILMINGTON NC 28405 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1439 | JACKSON, JONISHA | 416 BELMONT DR  LAPLACE LA 70068 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1440 | JACKSON, MARILOU | 865 W WILHOYT ST  SUPERIOR AZ 85173 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1441 | JACKSON, MARLENEA | 2211 LAYMANTOWN ROAD  TROUTVILLE VA 24175 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1442 | JACKSON, MAY | 6825 WOODSIDE AVE  KCMO MO 64133 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1443 | JACKSON, WADE ALLEN | 280 SAMPSON  KYLE TX 78640 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1444 | JACQUES, JEFFREY | 8205 JORDAN AVE  LUBBOCK TX 79423 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1445 | JAFRA COSMETICS CO. | 2451 TOWNSGATE RD 0 WESTLAKE VILLAGE CA 91361 | CUSTOMER AGREEMENT |
| 2.1446 | JAH, BOCAR | 1 MULBERRY CT, APT 68  CINCINNATI OH 45215 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1447 | JAKEEM INVESTMENTS LLC | PO BOX 11763  RICHMOND VA 23230 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1448 | JAMA, JABARTI | 2121 16TH AVE S  APT 305  MINNEAPOLIS MN 55404 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1449 | JAMA, SHARMAKE | 2121 16 AVE SOUTH APT#505  MINNEAPOLIS MN 55404 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1450 | JAMES MERRIMAN | 1216 ANDRIA CT  NAPERVILLE IL 60540 | MANAGEMENT INCENTIVE PLAN AGREEMENT |
| 2.1451 | JAMES MERRIMAN | 1216 ANDRIA CT  NAPERVILLE IL 60540 | SEVERANCE LETTER AGREEMENT |
| 2.1452 | JAMES, STEVEN | 7148 N TRENTON AVE.  TULSA OK 74126 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1453 | JAMES, TJARREN | 319 N INDIANA AVE APT 2  KANSAS CITY MO 64123 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1454 | JAMISON, ARTHUR | 1765 WAYAH DR.  CHARLESTON SC 29414 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1455 | JART AIR EXPRESS DBA OHIO OVERNIGHT | 3201 ALBERTA ST  COLUMBUS OH 43204 | AGENT AGREEMENT |
| 2.1456 | JEFFERSON COUNTY TREASURER | 100 JEFFERSON COUNTY PKWY SUITE 2520 GOLDEN CO 80419 | CUSTOMER AGREEMENT |
| 2.1457 | JENNINGS, CARLOS | 18562 HEYDEN ST  DETROIT MI 48219 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1458 | JERACO LOGISTICS LLC | 19314 PIPER POINTE LN  TOMBALL TX 77375 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1459 | JERACO LOGISTICS LLC - CC | 19314 PIPER POINTE LN  TOMBALL TX 77375 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1460 | JERACO LOGISTICS LLC - TY | 19314 PIPER POINTE LN  TOMBALL TX 77375 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1461 | JESSEN, MARTHA | 1904 E 13TH ST  DES MOINES IA 50316 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1462 | JESSUP, MALCOLM DUANE | 470 W GRIXDALE  DETROIT MI 48203 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1463 | J-H EXPEDITING - CHICAGO | 2395 CEDAR RIDGE #C  GREEN BAY WI 54313 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1464 | J-H EXPEDITING SERVICE LLC | 2395 CEDAR RIDGE #C  GREEN BAY WI 54313 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1465 | JIMINEZ, LUIS | 3230 GESSNER #709  HOUSTON TX 77063 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1466 | JJM INVESTMENTS | 1008 THOMPSON ST  SUMNER WA 98390 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1467 | JMU TRANSPORTATION - HARLINGEN | 710 EAST DALLAS  FRESNO TX 77545 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1468 | JOCOTT BRANDS, INC | 16217 KITTRIDGE ST 0 VAN NUYS CA 91406 | CUSTOMER AGREEMENT |
| 2.1469 | JOE, MONICA | 1009 EASTER DAY DRIVE NE  ALBUQUERQUE NM 87112 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1470 | JOHN R. WINZLER | 2030 1ST STREET UNIT #5  EUREKA CA 95501 | REAL ESSTATE LEASE AGREEMENT |
| 2.1471 | JOHN, DEANNA | 308 9TH AVENUE NORTH  FARGO ND 58102 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1472 | JOHNSON - CC, JAMES | 10729 WESTVIEW DRIVE  CORPUS CHRISTI TX 78410 | INDEPENDENT CONTRACTOR AGREEMENT |

# Schedule G
## Executory Contracts and Unexpired Leases

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.1473 | JOHNSON, AHMAN | 3007 W MANDALAY LN  PHOENIX AZ 85053 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1474 | JOHNSON, CALVIN | 1922 WESTCHESTER DR  NASHVILLE TN 37207 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1475 | JOHNSON, DIANE | 3445 JULIET DR  WOODBURY MN 55125 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1476 | JOHNSON, JEFFERY | 3107 BARKLEY AVE  MIDLAND TX 79701 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1477 | JOHNSON, JENNIFER | 4901 5TH AVE   YOUNGSTOWN OH 44505 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1478 | JOHNSON, KENNETH | 2716 FAIRFIELD DR NE  ROANOKE VA 24012 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1479 | JOHNSON, KRISTIN | 9425 HOLTWOOD RD  ST LOUIS MO 63114 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1480 | JOHNSON, LAVERN | 1239 LAUDERDALE DR  RICHMOND VA 23238 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1481 | JOHNSON, LINDA | 803 E HOLLAND ST  WASHINGTON IL 61571 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1482 | JOHNSON, MELISSA | 113 LIBERTY ST  FRANKLIN PA 16323 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1483 | JOHNSON, MELISSA | 2722 MEADOW KNOLL DR  CHARLOTTE NC 28269 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1484 | JOHNSON, PATRICIA | 2920 SAND SPUR CT  FLORISSANT MO 63031 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1485 | JOHNSON, PERRI | 1004 WAGNEC COURT  HARRISON CITY PA 15636 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1486 | JOHNSON, SANDRA | 9305 E COUNTY ROAD 7000  SLATON TX 79364 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1487 | JOHNSON, STEPHANIE | 5200 SUMMIT RIDGE DR STE 3524  RENO NV 89523 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1488 | JOHNSON, SUSAN | 804 DUPO AVE   DUPO IL 62240 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1489 | JOHNSON, VERN | 7005 156TH AVE NW  RAMSEY MN 55303 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1490 | JOHNSTON, RANDY | 175 E LANG LN  BONNIE IL 62816 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1491 | JON SCHWARZ | 1000 SAN RAMON WAY  SACRAMENTO CA 95864 | SALES COMPENSATION AGREEMENT AGREEMENT |
| 2.1492 | JONAS, LESLEY DANIELLE | 7072 E. US HWY 52  GWYNNEVILLE IN 46144 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1493 | JONES TYL, JALANDRY | 806 RUSHMORE DR  ALLEN TX 75002 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1494 | JONES, ALAN | 1116 13TH AVE SE  MINNEAPOLIS MN 55414 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1495 | JONES, EDWIN | 2444 N QUINCY AVE  TULSA OK 74106 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1496 | JONES, ELLA | 4258 JOE LOUIS ST   SHREVEPORT LA 71109 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1497 | JONES, JACKIE | 5115 N RICHARDT AVE  INDIANAPOLIS IN 46226 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1498 | JONES, JALANDRY D | 806 RUSHMORE DR  ALLEN TX 75002 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1499 | JONES, JAMES T. | 4808 BURKHEAD AVE  LOUISVILLE KY 40258 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1500 | JONES, JARVIS | 2160 FM 757  TYLER TX 75705 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1501 | JONES, JESSICA | 5 SAN ANDRES CIR  EDGEWOOD NM 87015 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1502 | JONES, JULIA | 1000 QUARRY BLUFF ROAD  HAVANA AR 72842 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1503 | JONES, MALCOM | 5604 CRENSHAW RD #1512  RICHMOND VA 23227 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1504 | JONES, MARTINA | 556 MORRISON DR  CLARKSVILLE TN 37042 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1505 | JONES, MELISANDE | 2973 N 49TH ST  MILWAUKEE WI 53210 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1506 | JONES, RILEY | 5319 GRAND JUNIPER ROAD  VAN BUREN AR 72956 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1507 | JONES, SUSAN | 5304 LUCILLE DRIVE NE  ALBUQUERQUE NM 87111 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1508 | JONES, THOMAS | 1402 WALLACE STREET  RICHMOND VA 23220 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1509 | JONES, VALERIA | 545 INDIAN TRAIL  NASHVILLE NC 27856 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1510 | JONES, WESLEY | 140 OLD CLEVELAND ST  PIEDMONT SC 29673 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1511 | JORDAN, CHRISTY | 3623 MAZANEC RD  WACO TX 76705 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1512 | JORDAN, DWAYNE | 506 EL SERENO PL APT 156  TAMPA FL 33603 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1513 | JORGENSEN, CARRIE | 176 N CANYON ST  NAMPA ID 83651 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1514 | JORGES, KENDALLEEN | 4412 W. WILLOW LANE  BOISE ID 83703 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1515 | JOSEPH GIPSON | 3114 OLEANDER DR  TYLER TX 75707 | SALES COMPENSATION AGREEMENT AGREEMENT |
| 2.1516 | JP MORGAN CHASE | 201 EAST MAIN ST. 0 LEXINGTON KY 40507 | CUSTOMER AGREEMENT |
| 2.1517 | JP MORGAN INVEST LLC | 70 FARGO ST DAVID FRANCIS BOSTON MA 02127 | CUSTOMER AGREEMENT |
| 2.1518 | JUNCEVIC, PRENKA | 14157 BILLETTE DR  STERLING HEIGHTS MI 48313 | INDEPENDENT CONTRACTOR AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.1519 | JUNCTION INDUSTRIES | 3348 PEDEN RD 0 FORT WORTH TX 79179 | CUSTOMER AGREEMENT |
| 2.1520 | JUNEAU, CHARLENE | 959 LAPINE RD  WEST MONROE LA 71292 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1521 | JUST, SHARON | 3064 AR-202  YELLVILLE AR 72687 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1522 | K AND K VETERINARY SUPPLY, INC. | PO BOX 1090 0 TONITOWN AR 72770 | CUSTOMER AGREEMENT |
| 2.1523 | K3 MANAGEMENT SERVICES | 5285 KAZUKO CT STE C 0 MOORPARK CA 93021 | CUSTOMER AGREEMENT |
| 2.1524 | K3 MANAGEMENT SERVICES, LLC | 5285 KAZUKO COURT UNIT C MOORPARK CA 93021 | CUSTOMER AGREEMENT |
| 2.1525 | KABBA, ABU B | 3528 EAGLE RIDGE DR  WOODBRIDGE VA 22191 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1526 | KABIA, IBRAHIM | 3819 64TH AVE   APT 203  HYATTSVILLE MD 20784 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1527 | KADIC, AHMET | 2445 32ND STREET SE  KENTWOOD MI 49512 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1528 | KAH, PA | 5916 PRESENTATION ST  KNIGHTDALE NC 27545 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1529 | KAISER PERMANENTE | 300 PULLMAN STREET BLD. C 0 LIVERMORE CA 94551 | CUSTOMER AGREEMENT |
| 2.1530 | KALON STUDIOS | PO BOX 292612 0 LOS ANGELES CA 90027 | CUSTOMER AGREEMENT |
| 2.1531 | KAMARA, FODAY | 523 N ARMISTEAD ST  APT 103  ALEXANDRIA VA 22312 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1532 | KAMAU, LUCY | 11110 WOODMEADOW, APT 1313  DALLAS TX 75228 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1533 | KAMAU, TIMOTHY | 2532 CENTRAL DR  BEDFORD TX 76021 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1534 | KAMORU, OLUSEGUN | 8224 WILLOWGLEN DRIVE  RALEIGH NC 27616 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1535 | KANDE, STEVE | 519 ABERDEEN DR  RALEIGH NC 27610 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1536 | KANDEEL, AIMAN | 9363 SAINT PATRICK PL  TYLER TX 75703 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1537 | KANGAROO EXPRESS HOLDING COMPANY | 610 EAST 8TH AVE  DURANGO CO 81301 | AGENT AGREEMENT |
| 2.1538 | KANTE, MAKAN | 2720 LAFEUILLE CIRCLE  APT 7  CINCINNATI OH 45211 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1539 | KARACIC, VEDINA | 121 TOPEKA LANE  COXS CREEK KY 40013 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1540 | KARRAR, MURTADA ALI | 4110 MCDOWELL LANE  LANSDOWNE MD 21227 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1541 | KARTALIJA, DRAGAN | 2601 W. FREEWAY LANE  PHOENIX AZ 85021 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1542 | KASSAHN, JIMMY | 9714 B ORLANDO AVE  LUBBOCK TX 79423 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1543 | KASSON, CHRIS | 12730 LORAIN AVE APT 2  CLEVELAND OH 44111 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1544 | KAUFFMAN, TAMMY | 2751 E MULLETT LAKE RD  INDIAN RIVER MI 49749 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1545 | KAY, MARCIA | 1495 ARGUS RD  COLUMBUS OH 43227 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1546 | KAY, RUBEN | 1495 ARGUS RD  COLUMBUS OH 43227 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1547 | KCI USA | 23 BUSINESS PARK CIRCLE 0 ARDEN NC 28704 | CUSTOMER AGREEMENT |
| 2.1548 | KEITH CONSTRUCTION | 3000 DAVENPORT AVE STE 300 CANTON MA 02021 | CUSTOMER AGREEMENT |
| 2.1549 | KELLEY, BARBARA | PO BOX 526  ELLISTON VA 24087 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1550 | KELLEY, MICHAEL | 7123 AUDREY ST  OMAHA NE 68138 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1551 | KENDRICK, WILLIAM | 109 HIGH PARK WAY   MISSOULA MT 59803 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1552 | KERN, CARLA DEANN | 258 BARRINGTON DR   ST. PETERS MO 63376 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1553 | KERR DEVELOPMENT LLC | 3006 HALL WATERS DR, SUITE 300  WILMINGTON NC 28405 | REAL ESTATE LEASE AGREEMENT |
| 2.1554 | KERSH, TIMOTHY | 706 OAK CREEK DR  YUKON OK 73099 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1555 | KEY BANK | P.O. BOX 92986 0 CLEVELAND OH 44194 | CUSTOMER AGREEMENT |
| 2.1556 | KHAMISSI, BEHZAD | 6401 TARRINGTON  AMARILLO TX 79109 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1557 | KHIDER, MAUTAZ | 4901 SEMINARY ROAD APT #1404  ALEXANDRIA VA 22311 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1558 | KHMELNITSKIY, OLEG | 10330 E. JEWELL AVE, #71  DENVER CO 80247 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1559 | KILBURN, CARLA | 5611 S 377TH WEST AVE  MANNFORD OK 74044 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1560 | KIM BRUEGGEMANN | 5926 GREENVIEW RD  LISLE IL 60532 | SALES COMPENSATION AGREEMENT AGREEMENT |
| 2.1561 | KIMBREL, KENNETH | 3623 MAZANEC  WACO TX 76705 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1562 | KIMMET, GINA | 6223 KIWANIS DR   FORT WAYNE IN 46835 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1563 | KINAMED, INC. | 820 FLYNN RD 0 CAMARILLO CA 93012 | CUSTOMER AGREEMENT |
| 2.1564 | KINETIC TRACTION SYSTEMS | 20360 PLUMMER ST 0 CHATSWORTH CA 91311 | CUSTOMER AGREEMENT |

# Schedule G

Executory Contracts and Unexpired Leases

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.1565 | KING COUNTY LIBRARY SYSTEM | 8114 304TH AVE SE 0 PRESTON WA 98050 | CUSTOMER AGREEMENT |
| 2.1566 | KING, DEVAUGHN | 310 GRAFTON ST  BROOKLYN NY 11212 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1567 | KING, JANET | 728 N. GRAND STE  LOT  62  MESA AZ 85201 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1568 | KING, JANICE | 5659 FRED HAGUEWOOD RD  MERIDIAN MS 39301 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1569 | KINSLOW, DECIA | 103 MORRISON RD   NEW CASTLE DE 19720 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1570 | KIRIKA NGOTHO, NAHASHON | 30 HIGHLAND ST  TAUNTON MA 02780 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1571 | KIRILYUK, GALINA | 13305 SE 227TH PL   KENT WA 98042 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1572 | KIRK WALDON | 11203 W 140TH TERRACE  OVERLAND PARK KS 66221 | EMPLOYEE AGREEMENT AGREEMENT |
| 2.1573 | KIRVEN, MELODY | 612 POLLOCK ST  RICHMOND VA 23222 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1574 | KISSI-MENSAH, ALBERT | 923 WEST MAIN STREET APT#  202  NEW BRITAIN CT 06053 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1575 | KITTIMEDH, EKKAWAT | 9670 GENTLE SPIRIT DR   LAS VEGAS NV 89148 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1576 | KLAASSEN, GINA | 6500 W 43RD STE #28 SIOUX FALLS SD 57106 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1577 | KLYNE, THOMAS | 921 W ELM BLVD  VAN BUREN AR 72956 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1578 | KNICKERBOCKER PROPERTIES INC | 1820 INTERNATIONALE BLVD.  GLENDALE HEIGHTS IL 60139 | REAL ESTATE LEASE AGREEMENT |
| 2.1579 | KNIGHT, GARY TED | 11820 CR #507  HAWLEY TX 79525 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1580 | KNOX RDU, ROGER | 215 CLAYMONT RD   LOUISBURG NC 27549 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1581 | KNUDSEN, DENNIS | 2420 26TH ST  DES MOINES IA 50310 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1582 | KNYSH, HANNA | 1212 HILLSIDE LANE  BURNSVILLE MN 55306 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1583 | KOCH - PARENT ACCT | P.O. BOX 4239 0 ST PAUL MN 55101 | CUSTOMER AGREEMENT |
| 2.1584 | KOLONOVICH, ALBERT | 34 MAPLE CIRCLE  RANDOLPH MA 02368 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1585 | KONE, AISSATA | 5800 GULFTON ST #1612  HOUSTON TX 77081 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1586 | KORDELSKI, ROBERT | 919 DABNEY STREET  CORPUS CHRISTI TX 78411 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1587 | KOTEY, JACOB | 2079 MARGO RD  COLUMBUS OH 43229 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1588 | KOUASSI, KOUADIO | 1804 PARK COLONY DR  NORCROSS GA 30093 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1589 | KOZLIK, ANGELA | 44848 SE WARRINER RD  CORBETT OR 97019 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1590 | KRAFT, DAVID | 9603 S  760 E  SANDY UT 84094 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1591 | KRAJA, SILVER | 50190 N ANGELO CT  CHESTERFIELD MI 48047 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1592 | KRC ENTERPRISES LLC | 11203 W 140TH TERRACE  OVERLAND PARK KS 66221 | EARN OUT AGREEMENT AGREEMENT |
| 2.1593 | KRISCHEL, MARTIN | 5635 MAIN ST STE A-229  ZACHARY LA 70791 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1594 | KROUMOV, BOYKO | 981 HILLSIDE AVE  ELMHURST IL 60126 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1595 | KRULIK, SARAH | 1401 N OCEAN AVE #7  SEASIDE PARK NJ 8752 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1596 | KT ASSOCIATES OF  VIRGINIA LLC | 8416 ALBAN ROAD  SPRINGFIELD VA 22153 | REAL ESTATE LEASE AGREEMENT |
| 2.1597 | KUDRNA, WESLEY | 1424 N 14TH ST  BISMARCK ND 58501 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1598 | KUEHNE & NAGEL | 1800 WATERS RIDGE DR. SUITE 100 LEWISVILLE TX 75057 | CUSTOMER AGREEMENT |
| 2.1599 | KUMI, RICHARD | 3712 BLOCK DR APT# 3150  IRVING TX 75038 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1600 | KUNTZ, LYNAE | 135 ARBOR RD   LEHIGHTON PA 18235 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1601 | KURLAS, THOMAS | 1081 SHAYLER ROAD, APT 4  BATAVIA OH 45103 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1602 | KW INTERNATIONAL, INC | 18655 S.BISHOP AVE 0 CARSON CA 90746 | CUSTOMER AGREEMENT |
| 2.1603 | KWIK KUTS, INC. | 2710 BLUE BELL DR. 0 REDDING CA 96001 | CUSTOMER AGREEMENT |
| 2.1604 | KYEREMEH & ASSOCIATES LLC | 1017 ATLANTIC AVE APT 846  COLUMBUS OH 43229 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1605 | L E POPE BUILDING CO INC | 1152 DISTRIBUTION COURT  KERNERSVILLE NC 27284 | REAL ESTATE LEASE AGREEMENT |
| 2.1606 | LAB CORP - PARENT ACCT | 7777 FOREST LANE C-350 0 DALLAS TX 75230 | CUSTOMER AGREEMENT |
| 2.1607 | LABCONNECT, LLC | 605 FIRST AVE STE 300 SEATTLE WA 98104 | CUSTOMER AGREEMENT |
| 2.1608 | LACHENMAIER, CYNTHIA | 13320 EAST MISSION AVE.  SPOKANE WA 99216 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1609 | LADSON, LEONARD | 2977 MILL TRACE  DOUGLASVILLE GA 30135 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1610 | LAFAYETTE, DONNIE | 1701 CHARLOTTE  TYLER TX 75702 | INDEPENDENT CONTRACTOR AGREEMENT |

# Schedule G
## Executory Contracts and Unexpired Leases

| Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|
| 2.1611 LAGASSE | PARENT ACCOUNT 0 0 0 0 | CUSTOMER AGREEMENT |
| 2.1612 LAIRD, DEBRA | 422 E CHIPPEWA ST  CADOTT WI 54727 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1613 LAKIN, BECKY | 2503 KERMIT LN  BRAINERD MN 56401 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1614 LAM, DARA | 1024 NORTH BLACKSTONE DRIVE  CHANDLER AZ 85224 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1615 LAMBERT, HEATHER | 100 CRAGO AVE  WAYNESBURG PA 15370 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1616 LAMBRECHT, BRENDA | W10297 LOWER LAKE DR.  MERRILLAN WI 54754 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1617 LAMESGNEW, DESTA | 820 NORTH HOWARD  ALEXANDRIA VA 22304 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1618 LANAHAN, CATHERINE | P.O. BOX 1615  GREENWOOD LAKE NY 10925 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1619 LANDRY, MARY | 3053 BRASSET RD  PRAIRIEVILLE LA 70769 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1620 LANE, MARY | 1429 E CHICAGO LN  MULVANE KS 67110 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1621 LANE, SHERRELL | 416 BEECHWOOD AVE  NORFOLK VA 23505 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1622 LANG, STACEY | 7423 CHIMNEY PINES DR  PENSACOLA FL 32526 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1623 LANTZ, ELWOOD | 2291 ELEVEN ST  AKRON OH 44314 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1624 LANTZ, JENNIFER | 250 WALKER ST  GALION OH 44833 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1625 LARA, LORENE | 37 P NORTH 46TH STREET  MCALLEN TX 78501 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1626 LARITECH | 387 ZACHARY ST UNIT 102 0 MOORPARK CA 93021 | CUSTOMER AGREEMENT |
| 2.1627 LAROCCO, JOHN | 3735 FRANKLIN ROAD  #174  ROANOKE VA 24014 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1628 LARRY'S EXPRESS CORP | 8390 SW 4TH ST  MIAMI FL 33144 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1629 LARSON, ADRIANA | 1227 QUEENS WAY APT 209  MOORHEAD MN 56560 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1630 LARSON, RUSSELL | 2104 TIMBERLANE DR  JENISON MI 49428 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1631 LASSEN COUNTY HEALTH | P.O. BOX 1180 0 SUSANVILLE CA 96130 | CUSTOMER AGREEMENT |
| 2.1632 LATHAM, EULUS RAY | 615 ROCK CREEK RD  EVA AL 35621 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1633 LAUREN B. INC | 5545 SALERNO DRIVE. 0 WESTLAKE VILLAGE CA 91362 | CUSTOMER AGREEMENT |
| 2.1634 LAVALLEE, CARMEN | 10 ANTHONY AVE  WARWICK RI 2886 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1635 LAVALLEE, SHARON | 99 HOLLOW TREE DR  CRANSTON RI 2920 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1636 LAVENIA, JOSEPH | 232 DOVE TRACE DRIVE  WEST COLUMBIA SC 29170 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1637 LAVERGNE, JAMMIE | 1067 WARD LINE RD  KINDER LA 70648 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1638 LAW OFFICE OF FRANK IANNACCONE | 31355 OAK CREST DR STE 250 0 WESTLAKE VILLAGE CA 91361 | CUSTOMER AGREEMENT |
| 2.1639 LAW OFFICES OF DAVID A ROSENGARD | 2 CITY VIEW ROAD 0 BROOKLINE MA 02446 | CUSTOMER AGREEMENT |
| 2.1640 LAWLER, CARON | 3650 LAKEVIEW AVE  BLASDELL NY 14219 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1641 LAWSON, DAVID | 301 23RD AVE N  FARGO ND 58102 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1642 LAWSON, SHERI | 2483 WHIPPOORWILL LN  LAS VEGAS NV 89121 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1643 LAZY SUZAN DESIGNS | 1695 BRENTWOOD LANE 0 GILROY CA 95020 | CUSTOMER AGREEMENT |
| 2.1644 LE RUMBO TRANSPORT LLC | PO BOX 796  GREENSBORO NC 27402 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1645 LE, BENJAMIN (KHOA) | 11741 LEWISTON ST  COMMERCE CITY CO 80022 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1646 LEAL, ARMANDO | 2147 PARK SPRINGS CIR #1113  ARLINGTON TX 76013 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1647 LEBEDA, MARK | 4450 RIDGEMONT DR  APT 422  ABILENE TX 79606 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1648 LEDESMA, DAVID | 8314 W WATKINS ST  TOLLESON AZ 85353 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1649 LEDEZMA LUMP, MARA | 11713 W. FLANAGAN ST  AVONDALE AZ 85323 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1650 LEDOUX, GARY | 200 N JAMES ST  JACKSONVILLE AR 72076 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1651 LEE DELIVERY SERVICE LLC | 4457 BRAMBLE CT  WARREN MI 48092 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1652 LEE YANG, SEE | 1298 MAYER STREET  MENASHA WI 54952 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1653 LEE, ANTHONY | 1415 TOWN COUNTRY DRIVE SE  ATLANTA GA 30316 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1654 LEE, SHARON | 19 BRIARWICK TRAIL  ST. PETERS MO 63376 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1655 LEE, WENDELL | 126 GRANT CIR  HAMILTON OH 45011 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1656 LEEDER, MARK | 1614 SUNBLOSSOM CIRCLE  NEW BRAUNFELS TX 78130 | INDEPENDENT CONTRACTOR AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.1657 | LEEDY, JOHN STEVEN | 1001 SUNNYVIEW AVE  DAYTON OH 45406 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1658 | LEGG, MICHAEL | 605 N DANIEL AVE  SPRINGFIELD IL 62702 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1659 | LEGGETT, SYLVIA | 210 HAWTHORNE AVE  DYERSBURG TN 38024 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1660 | LEHI DELIVERY LLC | 388 S 600 E  LEHI UT 84043 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1661 | LEINEN, JOHN | 2408 OAK DRIVE  AMARILLO TX 79107 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1662 | LENSIE, SUSAN | 201 WALES WAY  BLANDON PA 19510 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1663 | LEON, AMY | 246 E JANISCH  HOUSTON TX 77022 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1664 | LESNIAK - CIN, PAUL | 404 LIMBERLANE AVE  ERLANGER KY 41018 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1665 | LESNIAK, PAUL | 404 LIMBERLANE AVE  ERLANGER KY 41018 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1666 | LESONES, DAVE | PO BOX 472  BRIMSVILLE IL 61517 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1667 | LEVERSEE, CHERILYN | 611 VINE ST  LOUISVILLE NE 68037 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1668 | LEVIN, NANCY | 1227 GLENBURNIE LN  DRESHER PA 19025 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1669 | LEVISTON, CHRISTINA | 11017 BEL AIR PL  OKLAHOMA CITY OK 73120 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1670 | LEWANDO, JANICE | 10 WILBUR AVE.  BROCTON MA 2302 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1671 | LEWIS EXPRESS DELIVERY | 7208 S GARDENIA AVE  BROKEN ARROW OK 74011 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1672 | LEWIS, CASSANDRA | 95 BROOKVIEW DRIVE  NICHOLASVILLE KY 40356 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1673 | LEWIS, CHRISTEL | 240 WORTMAN AVE APT 3B  EAST NEW YORK NY 11207 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1674 | LEWIS, DAVID | 6750 GILLS GATE COURT  CHESTERFIELD VA 23832-6005 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1675 | LEWIS, MARIA ESTHER | 1420 MULBERRY WAY  CEDAR PARK TX 78613 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1676 | LEWIS, RICHARD | 900 WEST EL PASO PLACE  BROKEN ARROW OK 74012 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1677 | LEWIS, TASHI | 9672 MARBLE PEAK CT  LAS VEGAS NV 89129 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1678 | LEYVA IREN, REINALDO | 930 W ROCHELLE RD APT 159  IRVING TX 75062 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1679 | LGE COMMUNITY CREDIT UNION | 430 COMMERCE PARK DRIVE 0 MARIETTA GA 30060 | CUSTOMER AGREEMENT |
| 2.1680 | LIBERATO-SANTANA CT, FELIX | 3592 BROADWAY AVENUE APT 25C  NEW YORK NY 10031 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1681 | LIBERATO-SANTANA, FELIX | 3592 BROADWAY APT 25C  NEW YORK NY 10031 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1682 | LIBERTY EXPRESS | 8204 N 28TH AVE  OMAHA NE 68112 | AGENT AGREEMENT |
| 2.1683 | LIBERTY MUTUAL | 2000 WESTWOOD DRIVE  WAUSAU WI 54401 | CUSTOMER AGREEMENT |
| 2.1684 | LIBERTY MUTUAL ADMINISTRATION | 175 BERKELEY STREET 0 BOSTON MA 02116 | CUSTOMER AGREEMENT |
| 2.1685 | LIBERTY MUTUAL INSURANCE | 13830 BALLANTYNE CORPORATE PLACE 0 CHARLOTTE NC 28277 | CUSTOMER AGREEMENT |
| 2.1686 | LIBERTY OFFICE PRODUCTS | 8744 WESTPARK 0 HOUSTON TX 77063 | CUSTOMER AGREEMENT |
| 2.1687 | LIBERTY PROPERTY TRUST | 1800 BAYBERRY CT SUITE 203 RICHMOND VA 23226 | REAL ESTATE LEASE AGREEMENT |
| 2.1688 | LIEKHUS, LEO | 16526 BUTLER AVE  OMAHA NE 68116 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1689 | LINCOLN COUNTY TECHNICAL SKILLS & SERVICES, LLC | 2585 HIGHWAY E  SILEX MO 63377 | AGENT AGREEMENT |
| 2.1690 | LINDSLEY, JOYCE | 4358 RUPPRECHT RD  VASSAR MI 48768 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1691 | LINKEX, INC. | 2230 LYNDON B JOHNSON FWY SUITE 300 DALLAS TX 75234 | CUSTOMER AGREEMENT |
| 2.1692 | LISTON, MELVIN | 521 TREASURE LANE  TALLMADGE OH 44278 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1693 | LIT INDUSTRIAL LP - COLUMBIA COMMERCE PARK | 6432 NE 59TH PLACE  PORTLAND OR 97218 | REAL ESTATE LEASE AGREEMENT |
| 2.1694 | LITTLE BANK OF KINSTON | 1011A RED BANKS RD 0 GREENVILLE NC 27858 | CUSTOMER AGREEMENT |
| 2.1695 | LITTLE, STELLA | 1106A  BROWNLEA DR  GREENVILLE NC 27858 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1696 | LITTLES, TERESA | 31455 NEWTON RD  SARCOXIE MO 64862 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1697 | LIVELY, MARK | 5009 CAPULIN LANE  AMARILLO TX 79118 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1698 | LIVINGSTON, THOMAS | 2122 ROBBINS AVE APT 303  NILES OH 44446 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1699 | LK TRANSPORT | 1401 E FRONTIER LN  OLATHE KS 66062 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1700 | LO, SOUHAILBOU | 2868 LOSANTIVILLE TER #4  CINCINNATI OH 45213 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1701 | LOBER, LINDA | 1629 HUGH FOREST RD  CHARLOTTE NC 28270 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1702 | LOCAL LOGISTICS STEVEN SACRAMENTO | 5505 NE 56TH ST  VANCOUVER WA 98661 | INDEPENDENT CONTRACTOR AGREEMENT |

## Schedule G
Executory Contracts and Unexpired Leases

| Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|
| 2.1703 LOCHEL, JENN | 2909 NORMANDY DR   PHILADELPHIA PA 19154 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1704 LOCKE, JR, ROBERT | 763 WOODLAWN AVE  JACKSON MI 49203 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1705 LOCKHART, JAMES | 1210 COLUMBIA ROAD  COLUMBIA VA 23038 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1706 LOCKLEAR, DEBORAH | PO BOX 317  LUMBERTON NC 28359 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1707 LOCKWOOD, KATHY | 56 CARRIAGE HILL CIRCLE   CASSELBERRY FL 32707 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1708 LOFTIS, REBECCA | 777 S EISNHOWER AVE TRLR 32  MASON CITY IA 50401 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1709 LOGISTIC LEASING, LLC | PO BOX 21019 0 DURHAM NC 27703 | CUSTOMER AGREEMENT |
| 2.1710 LONDONO, FRANCISCO | 2160 BOLTON STREET 6H  BRONX NY 10462 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1711 LONGHORN OFFICE SUPPLY | 2110 DENTON DR STE 109 AUSTIN TX 78758 | CUSTOMER AGREEMENT |
| 2.1712 LONGORIA, MARIA | 1311 CASTOLAN DR  HOUSTON TX 77038 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1713 LOPEZ ARIAS, JOSE | 2071 SIENNA TRL  LEWISVILLE TX 75067 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1714 LOPEZ JR., NOE | 121 E. AUSTIN AVE  HARLINGEN TX 78550 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1715 LOPEZ, DEBORAH | 11420 LAKEFILED RD.  SAINT CHARLES MI 48655 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1716 LOPEZ, GENARO ABEL | 1130 NORTH T STREET  HARLINGEN TX 78550 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1717 LOPEZ, HECTOR J. | 1232 MIMOSA DRIVE  ABILENE TX 79603 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1718 LOPEZ, INEZ | 353 TARASCO ST   SAN ANTONIO TX 78227 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1719 LOPEZ, JULIE | 3400 DOISE RD   ELTON LA 70532 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1720 LORCH GREEN, LLP | 370 N. WESTLAKE BLVD SUITE# 100 WESTLAKE VILLAGE CA 91362 | CUSTOMER AGREEMENT |
| 2.1721 LORENZO, FRANCISCO | 19519 OLEANDAR RIDGE WAY  CYPRESS TX 77433 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1722 LOTT, PAULA | 131 W MCGUIRE ST  BELL BUCKLE TN 37020 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1723 LOTUS, LEGNA | 21322 MCCALL STREET   CORNELIUS NC 28031 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1724 LOUIS, DYLAND | 474 CLARK ST.  BRIDGEPORT CT 06606 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1725 LOUISIANA LOGISTICS LLC | 7317 UNIVERSITY DR  SHREVEPORT LA 71105 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1726 LOUISIANA WHOLESALE DRUG-PARENT | P.O. BOX 500 0 SUNSET LA 70584 | CUSTOMER AGREEMENT |
| 2.1727 LOUPER, DOMEIKA | 316 TRAILS WAY DR  HAHNVILLE LA 70057 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1728 LOVE, NATHAN | 2100 KENNETH LANE  CHOCTAW OK 73020 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1729 LOVRIA, MARY | 14 HOLLAND AVE  BATAVIA NY 14020 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1730 LOWERY, TERESA DEE | 9900 SE LAWNFIELD RD APT 91  CLACKAMAS OR 97015 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1731 LOWN, LAWRENCE | 4035 VENETIAN RD  WEST COLUMBIA SC 29170 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1732 LOZA, FAUSTINO | 3831 E CLAREDON AVENUE  PHOENIX AZ 85018 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1733 LOZADA, LISA MIRIAM | 247 E CORPORATE DR   APT 1236  LEWISVILLE TX 75067 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1734 LSO FINAL MILE | 6500 RIVER PLACE BLVD, SUITE 2  AUSTIN  TX 78730 | AGENT AGREEMENT |
| 2.1735 LUCERO JR., SAMUEL | 1414 S BUCHANAN  AMARILLO TX 79101 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1736 LUCERO, ALEX | 13818 E 32ND PL  AURORA CO 80011 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1737 LUCIX CORPORATION | 800 AVENIDA ACASO UNIT E 0 CAMARILLO CA 93012 | CUSTOMER AGREEMENT |
| 2.1738 LUCY, WILLARD | 19 SARGEANT STREET  HARTFORD CT 06105 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1739 LUCZAK (SP), BEN | 27 ATLANTIC ST  NEW BRITAIN CT 06053 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1740 LUGGAGE FREE | 3718 57TH STREET 0 WOODSIDE NY 11377 | CUSTOMER AGREEMENT |
| 2.1741 LUKACH, MYROSLAV | 2528 S. 316 TH  LN #A301   FEDERAL WAY WA 98003 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1742 LUKES TRUCKING | 2336 E LOMBARD STREET  DAVENPORT IA 52803 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1743 LULULEMON - PARENT ACCT | 18000 BLUEMOUND RD 0 BROOKFIELD WI 53045 | CUSTOMER AGREEMENT |
| 2.1744 LULULEMON - SIOUX FALLS | 1818 CORNWALL AVE 0 VANCOUVER BC V6J1C7 | CUSTOMER AGREEMENT |
| 2.1745 LULULEMON ATHLETICA - DENVER (STORE #23022) | 1818 CORNWALL AVE 0 VANCOUVER BC V6J1C7 | CUSTOMER AGREEMENT |
| 2.1746 LULULEMON ATHLETICA - IOWA CITY | 1818 CORNWALL AVE 0 VANCOUVER BC V6J1C7 | CUSTOMER AGREEMENT |
| 2.1747 LULULEMON ATHLETICA - ORLANDO | 1818 CORNWALL AVE 0 VANCOUVER BC V6J1C7 | CUSTOMER AGREEMENT |
| 2.1748 LUMBEE GUARANTY BANK | PO BOX 908 0 PEMBROKE NC 28372 | CUSTOMER AGREEMENT |

| Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|
| 2.1749 LUQUE, DIANA | 3919 SPOONBILL AVE  ORLANDO FL 32822 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1750 LUXOTTICA RETAIL N/A | PO BOX 8506 0 MASON OH 45040 | CUSTOMER AGREEMENT |
| 2.1751 LY, AMADOU | 438 HILLSIDE AVE APT 18  CINCINNATI OH 45215 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1752 LYKINS, CLIFFORD | 3210 SE WAYSIDE DR.  BARTLESVILLE OK 74006 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1753 LYLES CARRIER SERVICE | 1405 N 20TH ST  APT H404  RENTON WA 98056 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1754 LYLES, CHRISTOPHER | 13603 MOTTLESTONE DR NW  PICKERINGTON OH 43147 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1755 LYNCH, FRANCINE | 1003 JOHNSON CT  BELVIDERE IL 61008 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1756 LYNCH, TAMIRA | 3157 CANNON ST SW  ATLANTA GA 30331 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1757 LYNCH, VICKI | 25266 COLGATE  DEARBORN HEIGHTS MI 48125 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1758 LYONS, CHRISTI | 122 ARISTA DR  CARENCRO LA 70520 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1759 LYONS, JARVANEY | 3513 BRICK CHURCH PIKE  NASHVILLE TN 37207 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1760 LYONS, MIKE | 13006  E  50TH  TERR  INDEPENDENCE MO 64055 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1761 M J M J  CORPORATION | 14 CHAPMAN DR  MASSAPEQUA PARK NY 11762 | AGENT AGREEMENT |
| 2.1762 M&C OF CHARLESTON LLC | 7289-A SPA ROAD  NORTH CHARLESTON SC 29418 | REAL ESTATE LEASE AGREEMENT |
| 2.1763 M&D TRANSPORTATION LLC | PO BOX 51367 0 SHREVEPORT LA 71135 | CUSTOMER AGREEMENT |
| 2.1764 M&T BANK | 626 COMMERCE DR 0 AMHERST NY 14228 | CUSTOMER AGREEMENT |
| 2.1765 MACDONALD, ALLEN | 6742 VALLEY BROOK WAY APARTMENT 1B  INDIANAPOLIS IN 46237 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1766 MACE, TOWANA | 16103 POINTER RIDGE DR  BOWIE MD 20716 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1767 MACK, DENNIS | 8311 SANDS POINT BLVD APT R308  TAMARAC FL 33321 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1768 MACMILLAN, STUART | 426 PENBROKE AVENUE #9  NORFOLK VA 23507 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1769 MADDOX, LALYGEN | 3273 SPRINGBROOK AVE  GRAND PRAIRIE TX 75050 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1770 MAGARRAY CORPORATION | 521 COTTONWOOD DRIVE SUITE 121 MILPITAS CA 95035 | CUSTOMER AGREEMENT |
| 2.1771 MAGIC CITY COURIER | 400 MAPLE ST  MINOT ND 58701 | AGENT AGREEMENT |
| 2.1772 MAHAVONG, EMILY | 6787 BREEZY PALM DR  RIVERVIEW FL 33578 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1773 MAHESH CORPORATION | 1450 WOODLAND DR  SOUTH ELGIN IL 60177 | AGENT AGREEMENT |
| 2.1774 MAHIEU, JUANITA | 2012 WASHINGTON ST  DAVENPORT IA 52804 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1775 MAHMOUD BADRI, ABDELZAHIR | 1036 S EDISON ST  ARLINGTON VA 22204 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1776 MAIL DIRECT OFFICE SOLUTIONS | 515 VALLEY BROOK AVE 0 LYNDHURST NJ 07071-1951 | CUSTOMER AGREEMENT |
| 2.1777 MAINTENANCE SUPPLY HEADQUARTERS | 2525 ESTERS RD SUITE 300 DALLAS TX 75261 | CUSTOMER AGREEMENT |
| 2.1778 MALAKAR, SAMBIT | 7 KENSINGTON LN UNIT 105  ROCKY HILL CT 06067 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1779 MALASEK, DARLENE | 8047 N STODDARD AVE  KCMO MO 64152 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1780 MALONE, PATTISUE | 3243 E GALEN HALL RD  REINHOLDS PA 17569 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1781 MAN-GO LOGISTICS | 22867 CUTTLER RD  NEW CANEY TX 77357 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1782 MANGONES, LEWIS | 4002 HWY 78E  STE 530-289  SNELLVILLE GA 30039 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1783 MANIGAULT, MAVIS | 7693 MCKNIGHT DR  NORTH CHARLESTON SC 29418 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1784 MANN, LONNIE | 12412 MORETON PLACE  OCEAN SPRINGS MS 39564 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1785 MANZANO, CHERYL | 6022 HICKORYWOOD DR  SPEEDWAY IN 46224 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1786 MAP TRANSPORTATION | 2582 LONG LAKE RD SUITE J  ROSEVILLE MN 55113 | AGENT AGREEMENT |
| 2.1787 MARANOWICZ, EDWARD | 9900 W. EDGERTON AVE.  HALES CORNERS WI 53130 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1788 MARGOLIS & FISHMAN | 675 MASS AVE 5THFL CAMBRIDGE MA 02139 | CUSTOMER AGREEMENT |
| 2.1789 MARIETTA DC, L.L.C. | 2658 DEL MAR HEIGHTS ROAD #558 DEL MAR CA 92014 | DATASITE AGREEMENT |
| 2.1790 MARIN, MAURICIO | 5904 SARAMAC DR  WATAUGA TX 76148 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1791 MARION, KYMBERLY | 217 SHAGBARK AVE  COLUMBIA SC 29209 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1792 MARKS, MICHAEL | 521 WOODLAND DR  WASHINGTON CT HS OH 43160 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1793 MARRINEAU, CHARLES | 6314 W 58TH ST  MISSION KS 66202 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1794 MARSH, DIANE | 427 W BELLWOOD DR  SPOKANE WA 99218 | INDEPENDENT CONTRACTOR AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.1795 | MARSH, RHEA | 9521 THEODOSIA AVE.  OVERLAND MO 63114 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1796 | MARTEY-CAULLEY JR., MICHAEL | 891 CLOPPER ROAD  GAITHERSBURG MD 20878 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1797 | MARTHALER, MEGHAN | 1720 KENSINGTON DR  DAYTON OH 45406 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1798 | MARTIN, SHAWNA | 13393 MONDOVI DR  FRISCO TX 75033 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1799 | MARTINDALE, RICK | 8519 WAYNE AVE  KANSAS CITY MO 64131 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1800 | MARTINEZ, FABIOLA | 16722 RIPPING MILL DRIVE  SUGAR LAND TX 77498 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1801 | MARTINEZ, IRMA | 9015 ROSHARON RD  EAST ROSHARON TX 77583 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1802 | MARTINEZ, JESSICA D. | 5100 EISENHAUER # 315  SAN ANTONIO TX 78218 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1803 | MARTINEZ, JORGE | 484 PARK AVENUE  FAIRVIEW NJ 07022 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1804 | MARTINEZ, MARIA | 5635 N AUSTIN AVE  CHICAGO IL 60646 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1805 | MARTINEZ, MARYANN | 405 RANCH ROAD  ROPESVILLE TX 79358 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1806 | MARTINEZ, NANCY | 639 EMILINE LANE  NEW BRAUNFELS TX 78130 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1807 | MARTINEZ, ROBERT | 238 MISTWOOD LANE  NORTH AURORA IL 60542 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1808 | MARTINEZ, YOLANDA | 5635 N AUSTIN AVE  CHICAGO IL 60646 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1809 | MARTING, JOHN | 173 SEMINARY STREET  BEREA OH 44017 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1810 | MARTIN-HUNEWILL, PAM | 41 WILD PEACH LN  WELLINGTON NV 89444 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1811 | MARTINS JR, TRAJANO A. | 9947 GREENWOOD RD.  GLEN ALLEN VA 23060 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1812 | MARY'S CARE | 2607 SOUTH FORREST HEIGHTS AVE  SPRINGFIELD MO 65809 | AGENT AGREEMENT |
| 2.1813 | MASON, ANGELINA | 4600 MONTEREY OAKS BLVD   AUSTIN TX 78749 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1814 | MASON, JR, JERRY | 5569 S 9 MILE RD  AUBURN MI 48611 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1815 | MASON, NICHOLAS | 446 LINDSAY ST APT A  KERNERSVILLE NC 27284 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1816 | MASS OFFICE OF TRAVEL & TOURISM | 10 PARK PLAZA S-4510 BOSTON MA 02116 | CUSTOMER AGREEMENT |
| 2.1817 | MASSEY, JOHN | 625 ALHAMBRA CT  EAST SAINT LOUIS IL 62205 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1818 | MASTERTOUCH, INC. | P.O. BOX 96  EVERGREEN CO 80437 | AGENT AGREEMENT |
| 2.1819 | MATHER ENTERPRISES | 8847 LONG STREET  LENEXA KS 66215 | REAL ESTATE LEASE AGREEMENT |
| 2.1820 | MATHEWS READYMIX | PO BOX 749 0 MARYSVILLE CA 95901 | CUSTOMER AGREEMENT |
| 2.1821 | MATHIS, FRANKIE | 21630 CLIFFORD DR  MACOMB MI 48044 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1822 | MATLOCK, SHARON | 2633 S TOLEDO AVE  TULSA OK 74114 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1823 | MATTHEWS, DERRICK | 120 HANOVER CIRCLE  FAYETTEVILLE GA 30214 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1824 | MATTHEWS, GENNY | 3863 MEMORIAL TRAIL  BROWNSVILLE TX 78520 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1825 | MATTHEWS, ROBERT | 9310 FAIR MEAD DRIVE  CHARLOTTE NC 28269 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1826 | MATUSEWIC, TRACY | 8130 N PELTONEN ROAD  HURLEY WI 54534 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1827 | MAYESH WHOLESALE FLORIST | 5401 W 104TH STREET 0 LOS ANGELES CA 90045-6014 | CUSTOMER AGREEMENT |
| 2.1828 | MAYO COLLBORATIVE SERVICES INC. | 3715 NORTHSIDE PARKWAY NORTHCREEK 200 ATLANTA GA 30327 | CUSTOMER AGREEMENT |
| 2.1829 | MAYO FOUNDATION | 13400 E. SHEA 0 SCOTTSDALE AZ 85259 | CUSTOMER AGREEMENT |
| 2.1830 | MAYS LOGISTICS | 2173 SOUTHPAW  ROANOKE VA 24015 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1831 | MAYS, JOEL | 2570 ANTIOCH RD  SCOTTSVILLE VA 24590 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1832 | MAZE, PAULA | 8017 STUDDARD  KANSAS CITY MO 64152 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1833 | MCALLISTER, EVERLENE | 302 E OLD MILL RD APT 2  MESQUITE NV 89027 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1834 | MCALLISTER, GLORIA | 1352 DEWITT ST   AUGUSTA GA 30901 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1835 | MCCAIN, CAROL MAC'' | 1101 S 900 W   TOOELE UT 84074 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1836 | MCCALL, JASON | 519 CAPPS AVE  NOKOMIS IL 62075 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1837 | MCCLAIN, HEATHER | 102 ALEXANDER BLVD  CLARKSVILLE TN 37040 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1838 | MCCLENDON, ANGELA | 3297 KILDARE RD  CLEVELAND HEIGHTS OH 44118 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1839 | MCCORMACK, ROBERT | 1216 ASPEN GLEN DRIVE  HAMDEN CT 06518 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1840 | MCCORMICK, BELINDA | 10960 NW 4 MILE RD  LAWTON OK 73507 | INDEPENDENT CONTRACTOR AGREEMENT |

# Schedule G

## Executory Contracts and Unexpired Leases

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.1841 | MCCOY, JANEL | 5721 ENRIGHT AVE  ST. LOUIS MO 63112 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1842 | MCCRAW, LINDA | 6714 WAYNE DR  NORTH LITTLE ROCK AR 72118 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1843 | MCCROSKEY, DOUGLAS | 800 S LIESER RD  VANCOUVER WA 98664 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1844 | MCCURDY, DEANA | 2134 STEVENS ST  PHILADELPHIA PA 19149 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1845 | MCDERMOTT, CARL | 3384 WATERLOO RD  MOGADORE OH 44260 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1846 | MCDONALD, MARGIE | 437 OSAGE DR  SKIATOOK OK 74070 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1847 | MCDOWN, WAYNE | 1200 BRIDGE ST  HUMBOLDT KS 66748 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1848 | MCENTIRE, MICHAEL TODD | 7409 MILLENNIUM DR  FORT SMITH AR 72916 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1849 | MCFARLAND, MARSHA | 2223 CHAPEL DR APT G  FAIRBORN OH 45324 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1850 | MCGEE, CRAIG | 2075 MULBERRY LN  LITHONIA GA 30058 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1851 | MCGEE, JUSTIN | 512 1/2 SOUTH OSAGE STREET  SKIATOOK OK 74070 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1852 | MCGHEE, JACINTHA OLIVIA | 19707 US HWY 280 E  SMITHS STATION AL 36877 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1853 | MCHENERY, DOMINICK | 3705 CANDLEWIND LN  SAN ANTONIO TX 78244 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1854 | MCINNIS, YASMINE | 1900 SW 81ST AVE STE 202  NORTH LAUDERDALE FL 33068 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1855 | MCKESSON | ONE POST STREET 0 SAN FRANCISCO CA 94104 | CUSTOMER AGREEMENT |
| 2.1856 | MCKESSON - CENTRAL PHIL SPING TEXAS | 608 SPRING HILL DRIVE, SUITE 3-300 0 SPRING TX 77386 | CUSTOMER AGREEMENT |
| 2.1857 | MCLAUGHLIN, YOLANDA | 7342 E 58TH ST  TULSA OK 74145 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1858 | MCLAURIN, THOMAS | 205B FLINT RIDGE CT  WHITES CREEK TN 37189 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1859 | MCMICHAEL, KIMBERLY | 11920 EUCLID CT NE  ALBUQUERQUE NM 87112 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1860 | MCMORRIS, SHERRY | 49 SUNLIGHT AVE  BOZEMAN MT 59718 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1861 | MEANS, DEBORAH | 292 SUMMIT ST  RURAL HALL NC 27045 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1862 | MED SOLUTIONS PLUS, LLC | 401 LAKERIDGE DR  HELENA AL 35080 | AGENT AGREEMENT |
| 2.1863 | MEDFUSION LLP | 2501 SOUTH STATE HWY 121 BLDG 100 LEWISVILLE TX 75067 | CUSTOMER AGREEMENT |
| 2.1864 | MEDINA, DENNIS | 1886 COLLINS AVE  SPRINGDALE AR 72764 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1865 | MEDINA-RIVERA, ERIK | 4331 TOWN BROOKE  MIDDLETOWN CT 06457 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1866 | MEDLIN, WILLIAM | 5826 STANTONSBURG RD  FARMVILLE NC 27828 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1867 | MEDLINE INDUSTRIES INC. | ONE MEDLINE PLACE 0 MUNDELEIN IL 60060 | CUSTOMER AGREEMENT |
| 2.1868 | MEDSYNERGIES NORTH TEXAS | P.O. BOX 167425 0 IRVING TX 75016 | CUSTOMER AGREEMENT |
| 2.1869 | MEELEY, CALVIN | 1310 10TH ST  MAYSVILLE OK 73057 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1870 | MEFFERD, ELAINE | 4411 62ND ST  URBANDALE IA 50322 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1871 | MEFFORD, CHRISTOPHER | 231 BEECHLAND RD  LOUISVILLE KY 40229 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1872 | MEFFORD, CONDA | 5511 GASKIN CT  LOUISVILLE KY 40229 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1873 | MEITE, MAMADOU | 2829 REID MEADOWS DR  CHARLOTTE NC 28208 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1874 | MELENDEZ, ALFREDO | 8915 NATURE TRAIL  CONVERSE TX 78109 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1875 | MELENDEZ, RONY | 2433 N RIDGEWAY AVE  CHICAGO IL 60639 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1876 | MELENDREZ, GAIL | 1806 MORNING QUAIL DR  AUSTIN TX 78758 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1877 | MELGAR, LUIS | 6815 HOPE AVE  LUBBOCK TX 79424 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1878 | MENDEZ, PAULA | 19411 MAPLE BLUFF DR  KATY TX 77449 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1879 | MENDOZA, SYLVIA | 2428 ENGLESTAD ST  NORTH LAS VEGAS NV 89030 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1880 | MENGENHAUSER, JODI | 11980 LONG ST APT 2622  OVERLAND PARK KS 66213 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1881 | MENSAH-ADEWU, BASIL | 16624 BROADWING PL.  CHARLOTTE NC 28278 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1882 | MENYWEATHER, GEORGE | 14000 ELLA BLVD # 924  HOUSTON TX 77014 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1883 | MEOLI, JESSE | 5742 SUNCREST WAY CIR  ST. LOUIS MO 63129 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1884 | MEOLI, RANDY | 9415 LAVERNE PL  ST. LOUIS MO 63123 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1885 | MERCEDEDS, YIJAIRA | 31 HOMER ST  PROVIDENCE RI 02905 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1886 | MERCURY PHARMACY SERVICES | 21718 66TH AVE, WEST SUITE 202 MOUNTLAKE TERRACE WA 98043 | CUSTOMER AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.1887 | MERFA JR., CHARLES | 5102 STORMY BREEZE   SAN ANTONIO TX 78247 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1888 | MERIDIAN | 4160 TEMESCAL CANYON ROAD SUITE 311 CORONA CA 92883 | CUSTOMER AGREEMENT |
| 2.1889 | MERIDIAN CONSULTANTS | 920 HAMPSHIRE RD SUITE A-5 WESTLAKE VILLAGE CA 91361 | CUSTOMER AGREEMENT |
| 2.1890 | MERRILL, JANICE | 3082 OCEAN ISLE PALMS WAY SW   SHALLOTTE NC 28470 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1891 | METCALF, MELISSA | 5702 WINDLESTRAW DRIVE #17  DURHAM NC 27713 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1892 | METRO COURIER INC. | 4949 S LULU CT  WICHITA KS 67216 | AGENT AGREEMENT |
| 2.1893 | MEYRICK, ELIZABETH LISA"" | 221 FIRESIDE CT   LEHIGH ACRES FL 33936 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1894 | MEZZANOTTE, CAROL | 167 CHURCH ST   WEST HAVEN CT 6516 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1895 | MGS DELIVERY SERVICES | 300 VALLEY BROOK AVENUE  LYNDHURST NJ 07071 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1896 | MH DELIVERY SERVICES, LLC | 2751 LANSING WAY  AURORA CO 80014 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1897 | MICHA, CLAUDIO | 4202 CUSTER CREEK DR  MISSOURI CITY TX 77459 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1898 | MICHAEL HEIBERGER | 19 MITCHELL CIRCLE  WHEATON IL 60189 | MANAGEMENT INCENTIVE PLAN AGREEMENT |
| 2.1899 | MICHAEL J INVESTMENTS | 212 BRECCIA LN  VIRGINIA BCH VA 23462 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1900 | MICHELLE JOYCE PHOTO | 840 SUMMER ST 0 SOUTH BOSTON MA 02127 | CUSTOMER AGREEMENT |
| 2.1901 | MICHIGAN COMMUNITY CREDIT UNION | 1425 PARNALL RD. 0 JACKSON MI 49201 | CUSTOMER AGREEMENT |
| 2.1902 | MIDDLEBROOK, SHARON | 860 ENGLEWOOD COVE   MEMPHIS TN 38127 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1903 | MIDLAND CREDIT UNION | 2891 106TH ST. 0 URBANDALE IA 50322 | CUSTOMER AGREEMENT |
| 2.1904 | MIDLANDS TESTING SERVICES | 8011 CHICAGO ST  OMAHA NE 68114 | AGENT AGREEMENT |
| 2.1905 | MIDNITE EXPRESS | P. O. BOX 105030 0 ATLANTA GA 30348 | CUSTOMER AGREEMENT |
| 2.1906 | MIDWEST MEDICAL EXAMS, LLC | 9020 S LANGLEY AV   CHICAGO IL 60619 | AGENT AGREEMENT |
| 2.1907 | MIDWEST VETERINARY SUPPLY | 21467 HOLYOKE AVE 0 LAKEVILLE MN 55044 | CUSTOMER AGREEMENT |
| 2.1908 | MILANO, MANUEL RAMON | 2135 LAKE HILLS DR  APT 2005  KINGWOOD TX 77339 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1909 | MILES, HYCLE | 6106 NORTHERN AVE  RAYTOWN MO 64133 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1910 | MILGATE, VICTORIA | 1821 SE CAMDEN ST   PORT ST LUCIE FL 34952 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1911 | MILLER (TULSA), GARY | 461 SOUTH 112TH EAST AVE  TULSA OK 74128 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1912 | MILLER, DEBBI | 711 N GREENFIELD AVE   WAUKESHA WI 53186 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1913 | MILLER, JOHN JOACHIM | 312 NOTRE DAME AVE  DAYTON OH 45404 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1914 | MILLER, MELANIE | P.O. BOX 535  TRILBY FL 33593 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1915 | MILLER, MISSIE | 801 FORREST AVE  SPRINGFIELD IL 62702 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1916 | MILLER, ROBERTA | 8463 WISWELL ST  CINCINNATI OH 45216 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1917 | MILLER, SAMANTHA | 8020 RIVERVIEW CT  SNELLVILLE GA 30039 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1918 | MILLICE, LAURA | 707 CARCHESTER  SAN ANTONIO TX 78216 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1919 | MILLS, DAVID | 845 BARTON RD #179  POCATELLO ID 83204 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1920 | MILLS, JACQUELINE | 304 MARION DR  BEDFORD OH 44146 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1921 | MILLS, VALERIE | 2050 W DUNLAP AVE STE B137  PHOENIX AZ 85021 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1922 | MILOVIDOVA, SVETLANA | 4374 S JASPER ST   AURORA CO 80015 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1923 | MILTON, JOHN | 7302 N CENTER DR  TAMPA FL 33604 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1924 | MINIMUS | 914 TOURMALINE DR 0 NEWBURY PARK CA 91320 | CUSTOMER AGREEMENT |
| 2.1925 | MINOTTE, RICHARD | 2308 W 8TH STREET  DULUTH MN 55806 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1926 | MIQ LOGISTICS | PO BOX 7919 0 OVERLAND PARK KS 66207 | CUSTOMER AGREEMENT |
| 2.1927 | MIRABAL RIVERO, WILMER | 2197 S UECKER LANE  APT 611  LEWISVILLE TX 75067 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1928 | MIRABELLA, WAYNE | 175 GEMINI CIR  RENO NV 89521 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1929 | MIRE, ABDIFATAH | 3325 COLUMBUS AVE  MINNEAPOLIS MN 55407 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1930 | MIREKU, EDWARD | 12857 KITCHEN HOUSE WAY  GERMANTOWN MD 20874 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1931 | MISSION BANK OF AZ | 2439 HUALAPAI MOUNTAIN ROAD 0 KINGMAN AZ 86401 | CUSTOMER AGREEMENT |
| 2.1932 | MISSISSIPPI VALLEY SURGERY CENTER | 3400 DEXTER 0 DAVENPORT IA 52807 | CUSTOMER AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.1933 | MISSOURI HIGHWAYS AND TRANSPORTATION COMMISSION | P.O. BOX 270  JEFFERSON CITY MO 65102 | CUSTOMER AGREEMENT |
| 2.1934 | MITCHELL, ALA | 824 FREMONT ST  LANCASTER PA 17603 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1935 | MITCHELL, JENNIFER | 9307 ALKI CT  BAKERSFIELD CA 93312 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1936 | MITCHELL, WILLIAM | 1924 POTTS HILL RD  BAINBRIDGE OH 45612 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1937 | MITEV, MARIN | 1300 S WILLOW ST   APT 8206  DENVER CO 80247 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1938 | MITULESCU, CARMEN | 5425 CHRISTOPHER DR   OAK FOREST IL 60452 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1939 | MMS MEDICAL | 145 HUGUENOT ST 0 NEW ROCHELLE NY 10801 | CUSTOMER AGREEMENT |
| 2.1940 | MNX | PO BOX 105030 0 ATLANTA GA 30348 | CUSTOMER AGREEMENT |
| 2.1941 | MOBILE EXAMS PLUS, LLC | 2529 MAR RUTH DR  LAFAYETTE IN 47905 | AGENT AGREEMENT |
| 2.1942 | MOBILE HEALTH & TESTING SERVICES | 2101 WESMERE LAKES DR  PLAINFIELD IL 60586 | AGENT AGREEMENT |
| 2.1943 | MOBLEY II, GENE | 104 PRAIRIE VIEW CT  BELMONT NC 28012 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1944 | MOEWS, MICHAEL | 112 CONSTANTINE ST  BLOOMINGTON IL 61705 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1945 | MOHAMED, MAHMOOD | 1919 E 2ND ST  EDMOND OK 73034 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1946 | MOHAMED, OMAR | 410 SIBLEY PARK WAY APT 113  MANKATO MN 56001 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1947 | MOHAMEDALI, ABDELMONEIM | 1717 NEW HAVEN DR   GLEN ALLEN VA 23059 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1948 | MOHAMMED, HUSHAM | 4901 SEMINARY ROAD #1404  ALEXANDRIA VA 22311 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1949 | MOHAMMED, SHAIBU (BABA) | 24620 RUSSELL RD  KENT WA 98032 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1950 | MOHIUDDIN, AHMED | 660 COLE DR   SOUTH ELGIN IL 60177 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1951 | MOKOKO, WILLIAM | 6609 GLEN FALLS DR  ARLINGTON TX 76001 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1952 | MOLINA, WILLIAM DEJESUS | 1037 ROCKLEDGE DR  GARLAND TX 75043 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1953 | MOMENTA PHARMACEUTICALS, INC. | 675 WEST KENDALL STREET 0 CAMBRIDGE MA 02142 | CUSTOMER AGREEMENT |
| 2.1954 | MONREAL, JENNIFER | 935 DRURY LN   SAN ANTONIO TX 78221 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1955 | MONTANEZ, LUCAS | 236 W GEORGIA AVE  GLENDALE AZ 85301 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1956 | MONTERROZA, JORGE | 8802 TWISTING VINE LN  HOUSTON TX 77040 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1957 | MONTES DE OCA, GLEYDYS | 5426 PERALTA MILLS WAY  KATY TX 77449 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1958 | MONTEVALLO INC | 3022 W KENTUCKY  MIDLAND TX 79701 | REAL ESTATE LEASE AGREEMENT |
| 2.1959 | MONTEZ, JACOB | 4220 BILTMORE DR  CORPUS CHRISTI TX 78413 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1960 | MONTGOMERY, TERESA MICHELLE | 413 WATERS RD  BONNE TERRE MO 63628 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1961 | MOODY, TAUNYA | 3609 S ROBERTS ST  AMARILLO TX 79118 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1962 | MOODY, TOMMIE | 4901 EASTERN PINES RD  GREENVILLE NC 27858 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1963 | MOONEY, MARJORIE | 1633 W ATLANTIC ST  SPRINGFIELD MO 65803 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1964 | MOORE, CATHY | 2020 WHISPERING PINES RD  ALBANY GA 31707 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1965 | MOORE, KAREN | 5346 PINE BOUGH ST   NORTH LAS VEGAS NV 89031 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1966 | MOORE, MEREDITHE | 166 YANTIC ST   APT 406  NORWICH CT 06360 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1967 | MOORE, PAVLA | 4118 ROCKHILL COURT   UNION CITY GA 30291 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1968 | MOORE, SHARON | 10215 BEECHNUT ST APT 1216  HOUSTON TX 77072 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1969 | MORA HUNG, BARBARA | 15050 COPPER GROVE BLVD APT 1705  HOUSTON TX 77095 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1970 | MORA, GUSTAVO | 213 LARCH AVENUE  BOGOTA NJ 07603 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1971 | MORATAYA, CARLOS | 2200 INA AVE  SPRINGDALE AR 72762 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1972 | MORENO, ALEXANDER | PO BOX 177  RIO HONDO TX 78583 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1973 | MORENO, DANNY | 4540 SW 44TH ST  OCALA FL 34474 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1974 | MORENO, FELICIA | 5428 EAGLE CLAW AVE   LAS VEGAS NV 89130 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1975 | MORENO, KENIA | 3916 GATWICKCIR APT 2301  FORT WORTH TX 76155 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1976 | MORENO-FIGUEROA, JOSE | 4765 CLEOPATRA AVE  LAS VEGAS NV 89115 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1977 | MOREY, GWEN | 3340 WHITING AVE STE 21  STEVENS POINT WI 54481 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1978 | MORGAN - DAL, CHARLES | 16 BAZELY CIR  WICHITA FALLS TX 76306 | INDEPENDENT CONTRACTOR AGREEMENT |

| Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|
| 2.1979 MORGAN, AUSTIN | 411 WARRIOR RD  MCLOUD OK 74851 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1980 MORGAN, CHARLES | 16 BAZELY CIR  WICHITA FALLS TX 76306 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1981 MORGAN, PERRY | 497 CR 4216  JACKSONVILLE TX 75766 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1982 MORIARTY, JACKLYN | 217 DEER TRACK COURT  WARNER ROBINS GA 31088 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1983 MORRIS SWITZER | 185 TALCOTT ROAD 0 WILLISTON VT 05495 | CUSTOMER AGREEMENT |
| 2.1984 MORRIS, TRACY | 230 W B AVE  KINGMAN KS 67068 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1985 MORRISON, ELIZABETH | 7030 BRITAIN WAY  ST. CHARLES MO 63304 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1986 MORRISON, RONALD | 2151 S FORT APACHE RD # 2117  LAS VEGAS NV 89117 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1987 MORSE, JENNIFER | 40724 GILBERT ST  PLYMOUTH MI 48170 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1988 MORTON, TIPHONY | 8686 KINGSBRIDGE DR APT C  SAINT LOUIS MO 63132 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1989 MOSHER, TERESA ANNE | 2041 BUCK HILL ROAD   GERRARDSTOWN WV 25420 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1990 MOSS, ALECIA | 12120 OLD SAINT CHARLES RD  BRIDGETON MO 63044 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1991 MOUNTAIN AIR | 713 E. LENNOX ST 0 YREKA CA 96097 | CUSTOMER AGREEMENT |
| 2.1992 MOUSSA, IBRAHIM | 443 HILLSIDE AVE  CINCINNATI OH 45215 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1993 MOYA, LUIS | 195 E ROUND GROVE RD APT 1521  LEWISVILLE TX 75067 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1994 MOYER-HELWIG, KATHY | 135 CROCKETTS CRESCENT   POCONO PINES PA 18350 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1995 MOYO, CLATUS MARSHALL | 1209 NW HWY, APT 103  GARLAND TX 75041 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1996 MR WILLIAMS EXPRESS | 4903 MIDSTONE LN  RALEIGH NC 27610 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1997 MT SHASTA TITLE & ESCROW | PO BOX 4020 0 SCOTTSDALE AZ 85261 | CUSTOMER AGREEMENT |
| 2.1998 MUCHERU, WILFRED | 657 NW 120TH ST  OKLAHOMA CITY OK 73114 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.1999 MUKOMA, JOHN | 3628 BLOCK DR  APT 809  IRVING TX 75038 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2000 MUKUNDI, ALBERT | 12250 ABRAMS RD APT 2180  DALLAS TX 75243 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2001 MULLINS, RENNARD LARRY | 5800 UNIVERSITY BLVD APT 309  JACKSONVILLE FL 32216 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2002 MUNGI, ALLY | 3536 NW 51ST  OKLAHOMA CITY OK 73112 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2003 MUNGUIA, LUCY | 3702 GRAND PARKWAY  HUMBLE TX 77396 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2004 MUNGUIA, MICHAEL | 1214 W. MISSOURI AVE  CHICKASHA OK 73018 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2005 MUNIU, PETER | 2612 STOCKTON DR #117  ARLINGTON TX 76006 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2006 MUNOZ, JUAN | 4411 BRIDLE WOOD  DALLAS TX 75211 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2007 MUNOZ, LEONARD | 11518 LINGO   HELOTES TX 78023 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2008 MUNOZ, LOUIE | 20317 MERLIN FALCON TRAIL  PFLUGERVILLE TX 78660 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2009 MUNYIRI, PATRICK | 4280 LAKE RIDGE DR  RALEIGH NC 27604 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2010 MURPHY, ERIC | 9453 NAPOLEON BLVD  SAINT LOUIS MO 63132 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2011 MURPHY, SPENCER | 233 SWEETCREEK LN APT. E  BALLWIN MO 63021 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2012 MURRAY, TINA | 1919 CANTERBURY DR APARTMENT F  WASHINGTON IL 61571 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2013 MUSE, AHMED | 3725 UNIVERSITY AVE, APT 5  DES MOINES IA 50311 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2014 MUSE, MEGAN | 6743 S. INDIAN GRAVE RD.  BOONES MILL VA 24065 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2015 MUXLOW, DANNY | 410  WOODRIVER WAY  TAYLORS SC 29687 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2016 MUYET, DUKE F. | 7219 ADAIR POST  SAN ANTONIO TX 78250 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2017 MWAJO TRANSPORTERS LLC (DALLAS) | 5840 SPRING VALLEY RD  APT 1907  DALLAS TX 75254 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2018 MWAJOTRANSPORTERS | 5840 SPRING VALLEY RD APT 1907  DALLAS TX 75254 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2019 MWENDA, PIUS | 2600 TEALWOOD DR  APT 1916  OKLAHOMA CITY OK 73120 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2020 MWI VETERINARY SUPPLY | 2590 114TH ST STE 100 GRAND PRAIRIE TX 75059 | CUSTOMER AGREEMENT |
| 2.2021 MY OFFICE PRODUCTS - PARENT ACCOUNT | 320 TECH PARK DRIVE STE. 100 LAVERGNE TN 37086 | CUSTOMER AGREEMENT |
| 2.2022 MYGRANT GLASS COMPANY | 3271 ARDEN ROAD 0 HAYWARD CA 94545 | CUSTOMER AGREEMENT |
| 2.2023 N.C. MUTUAL DRUG COMPANY | 816 ELLIS ROAD 0 DURHAM NC 27703 | CUSTOMER AGREEMENT |
| 2.2024 NAI HANSON MANAGEMENT LLC | 343 MURRAY HILL PARKWAY  EAST RUTHERFORD NJ 07073 | REAL ESTATE LEASE AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.2025 | NAI HUNNEMAN-MAY CHAN CORP ACCT | 303 CONGRESS STREET 5TH FL CORPORATE ACCOUNTANT BOSTON MA 02210 | CUSTOMER AGREEMENT |
| 2.2026 | NAPIER, LATIVA | 2266 FLORDAWN DR  FLORISSANT MO 63031 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2027 | NASEEM, SHAZIA | 1504 E 15TH ST  JOPLIN MO 64804 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2028 | NATIONAL LAB EXPRESS | 400 HEMPSTEAD AVE  WEST HEMPSTEAD NY 11552 | AGENT AGREEMENT |
| 2.2029 | NATURE OF HAIR LLC - HAIRPRINT | 27 GATE FIVE ROAD SUITE - B SAUSALITO CA 94965 | CUSTOMER AGREEMENT |
| 2.2030 | NAVARRETE, CORINA | 1041 RANCHO ST  PECOS TX 79772 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2031 | NAVARRO, RICHARD | 1645 STATE HWY 258 EAST  WICHITA FALLS TX 76310 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2032 | NC SERVICES LLC | 7171 S CHEROKEE TRL APT 2337  AURORA CO 80016 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2033 | NCM DIRECT DELIVERY | 2707 MCCONE AVE  HAYWARD CA 94545 | AGENT AGREEMENT |
| 2.2034 | NEAL, DERRICK | 122 INDIGO LN.  MOORESVILLE NC 28117 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2035 | NEAL, VALERIE | 6400 NW PARKVIEW ST  PARK CITY KS 67219 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2036 | NEELY, CHARLES | 2255 NEELY STORE ROAD  ROCK HILL SC 29730 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2037 | NEESEN, SHERYL | 698 SESAME ST  PRESCOTT AZ 86305 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2038 | NEGRON-DIAZ, JOVANIEL | 32 BANNISTER ST  HARTFORD CT 06106 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2039 | NEIGHBOR CARE HEALTH | 905 SPRUCE ST 300 0 SEATTLE WA 98104 | CUSTOMER AGREEMENT |
| 2.2040 | NELSON, JEFF | 3835 CERTIER ROAD  LYNCHBURG OH 45142 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2041 | NELSON, KENT | 1984 HOWELL MILL RD NW UNIT 19981  ATLANTA GA 30325 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2042 | NESTRUD, ANNA | 298 COPPER OAKS DR.  BENTONVILLE AR 72712 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2043 | NESTRUD, CARRIE | 10736 E COWAN ROAD  BENTONVILLE AR 72712 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2044 | NESTRUD, STEPHANIE | 5080 OPAL RD  BENTONVILLE AR 72712 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2045 | NETTEY, RICHMOND | 2725 SE 94TH ST  OKLAHOMA CITY OK 73160 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2046 | NETWORK GLOBAL LOGISTICS | P.O. BOX 7210 0 BROOMFIELD CO 80021 | CUSTOMER AGREEMENT |
| 2.2047 | NEUMANN, DAVID | 3264 N DYSART AVE  SPRINGFIELD MO 65803 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2048 | NEVERS,PALAZZO,MADDUX,PACKARD,WILDERMUTH & WYNNER, PC | 31248 OAK CREST DR STE 100 0 WESTLAKE VILLAGE CA 91361 | CUSTOMER AGREEMENT |
| 2.2049 | NEW BREED LOGISTICS | 490 GALLIMORE DAIRY RD 0 GREENSBORO NC 27409 | CUSTOMER AGREEMENT |
| 2.2050 | NEWMAN, ALICE | 6423 AMBERLY ST  SAN DIEGO CA 92120 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2051 | NEWMAN, BILL | 450 TIEMAN LN  ST PETERS MO 63376 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2052 | NEWMAN, WILFRED | 1925 EBINBURGH LN  MURFREESBORO TN 37130 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2053 | NGIGI, STANLEY | 9350 SKILLMAN ST, APT 3623  DALLAS TX 75243 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2054 | NGIRABABYEYI, ELIE | 8124 LANEA LN APT 1314  FORT WORTH TX 76134 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2055 | NGIRABABYEYI, IMANI | 8124 LANAE LANE APT 1312  FORT WORTH TX 76134 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2056 | NGL FREIGHT MANAGEMENT | 320 INTERLOCKEN PKWY SUITE 100 0 BROOMFIELD CO 80021 | CUSTOMER AGREEMENT |
| 2.2057 | NGUYEN, ALEXANDER | 2705 NW 115TH STREET  OKLAHOMA CITY OK 73120 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2058 | NGUYEN, ANH (DANIEL) | 3333 164TH S SW, APT 1622  LYNNWOOD WA 98087 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2059 | NIBBS, JAMILA | 280 W CLOVER RD APT E  TRACY CA 95376 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2060 | NICHOLS, RUSTY | 1088 LIBERTY HILL RD  MOODY TX 76557 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2061 | NICHOLSON, SARAH | 30 STEELE HOLLOW RD  SPENCER WV 25276 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2062 | NICKLES & ASSOCIATES, LLC | 205 THIRD ST  STEELVILLE MO 65565 | AGENT AGREEMENT |
| 2.2063 | NICKLESS, TINA | 1022 PEVELY POINTE DR  PEVELY MO 63070 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2064 | NIEHUS, REBECCA | 4718 S REDBUD DR  SAND SPRINGS OK 74063 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2065 | NIELSEN, PENNY | 908 PAWNEE DR  GRETNA NE 68028 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2066 | NIEVES, EDUARDO | 6306 29TH ST  LUBBOCK TX 79407 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2067 | NIHOBANTEGEYE, LOUIS | 4802 SPRING AVE  DALLAS TX 75210 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2068 | NILLERT, THONGCHAI | 5411 KALMIA DR  LAS VEGAS NV 89103 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2069 | NINO, BELINDA | 1200 HAISLEY AVE  ODEM TX 78370 | INDEPENDENT CONTRACTOR AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.2070 | NISSAN MOTOR ACCEPTANCE CORPORATION (CONTRACT NO 136940629) | 8900 FREEPORT PARKWAY, IRVING, TX 75063 | EQUIPMENT LEASE |
| 2.2071 | NISSAN MOTOR ACCEPTANCE CORPORATION (CONTRACT NO 36649298) | 8900 FREEPORT PARKWAY, IRVING, TX 75063 | EQUIPMENT LEASE |
| 2.2072 | NISSAN MOTOR ACCEPTANCE CORPORATION (CONTRACT NO 36940629) | 8900 FREEPORT PARKWAY, IRVING, TX 75063 | EQUIPMENT LEASE |
| 2.2073 | NISSAN MOTOR ACCEPTANCE CORPORATION (CONTRACT NO 37077839) | 8900 FREEPORT PARKWAY, IRVING, TX 75063 | EQUIPMENT LEASE |
| 2.2074 | NIX, DONALD | 1401 PATRICIA #213  SAN ANTONIO TX 78213 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2075 | NJENGA, GIBSON | 219 FLUSHING QUAIL DR  ARLINGTON TX 76002 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2076 | NJIRAINI, SIMON | 9808 DIBSWORTH LN  DALLAS TX 75238 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2077 | NJOKU, KENNETH | 4540 TIDDLE LANE  PFLUGERVILLE TX 78660 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2078 | NM COMMISSION FOR THE BLIND | 2200 YALE BLVD SE 0 ALBUQUERQUE NM 87106 | CUSTOMER AGREEMENT |
| 2.2079 | NOBLE, ANITA (MICHELLE) | 319 PINEWAY RD  BLYTHEWOOD SC 29016 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2080 | NOBLE, JR, DOUGLAS | 1 OLD FIELD COURT  COLUMBIA SC 29223 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2081 | NOR CAL COLOR SUPPLY | 4991 EASTSIDE RD. 0 REDDING CA 96001 | CUSTOMER AGREEMENT |
| 2.2082 | NOR CAL TITLE | PO BOX 429 0 RED BLUFF CA 96080 | CUSTOMER AGREEMENT |
| 2.2083 | NORBERTO, MARCELLA | 2475 W PECOS RD STE 1022  CHANDLER AZ 85224 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2084 | NORTH AMERICAN IMAGING | 924 VIA ALONDRA 0 CAMARILLO CA 93012 | CUSTOMER AGREEMENT |
| 2.2085 | NORTHCOTT, MARK | 1412 S INDIANAPOLIS AVE  TULSA OK 74112 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2086 | NORTHERN STATIONERS | 89 TUNES BROOK DRIVE 0 BRICK NJ 08723 | CUSTOMER AGREEMENT |
| 2.2087 | NORWOOD, VIVIAN | 20705 PRESLEY DR  ROLAND AR 72135 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2088 | NOT JUST EXAMS | 2922 N BUFFUM ST   MILWAUKEE WI 53212 | AGENT AGREEMENT |
| 2.2089 | NOVITEX | VENCON#0004881 PO BOX 418 HARTFORD CT 06141 | CUSTOMER AGREEMENT |
| 2.2090 | NOW COURIER | 111 E MCCARTY ST   INDIANAPOLIS IN 46225 | AGENT AGREEMENT |
| 2.2091 | NSTAR CORPORATE RELATIONS | 800 BOLYSTON,P1601 0 BOSTON MA 02199 | CUSTOMER AGREEMENT |
| 2.2092 | NTENTINUE, CHARLES | 6917 CLEMENT AVE   CLEVELAND OH 44105 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2093 | NTT DATA SERVICES, LLC | 1777 NE EXPY NE SUITE 250 ATLANTA GA 30329 | PROFESSIONAL SERVICES AGREEMENT |
| 2.2094 | NTX COURIER & OBC SOLUTIONS | 13520 PARADISE OAKS DR. STE 16202  EULESS TX 76040 | AGENT AGREEMENT |
| 2.2095 | NUNEZ - LUMP, JAZIEL | 14052 E. 25TH  AURORA CO 80011 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2096 | NUNEZ, JAIME | 3922 IDLEWOOD AVE  LAS VEGAS NV 89115 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2097 | NUNEZ, JAZIEL | 14052 E. 25TH  AURORA CO 80011 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2098 | NUNEZ, ZELEYNIS | 2071 SIENNA TRAIL  LEWISVILLE TX 75067 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2099 | NUTSA, LLC | 3030 BARRYMORE CT  ORLANDO FL 32835 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2100 | NWA COURIER | 8001 ASSEMBLY CT SUITE 30  LITTLE ROCK AR 72209 | AGENT AGREEMENT |
| 2.2101 | NWA INDUSTRIAL PARK LLC | 1100 71 PLAZA COURT STE #1  SPRINGDALE AR 72764 | REAL ESTATE LEASE AGREEMENT |
| 2.2102 | NWAINOKPOR, VINCENT | 205 PALMDALE COURT  HOLLY SPRINGS NC 27540 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2103 | NXSTAGEMEDICAL, INC | 350 MERRIMACK ST 0 LAWRENCE MA 01843 | CUSTOMER AGREEMENT |
| 2.2104 | NYARKO, KWASI | 12701 N PENNSYLVANIA, APT 258  OKLAHOMA CITY OK 73120 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2105 | NYEHN, BOAKAI | 1325 DAJA LN #904  GRAND PRAIRIE TX 75050 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2106 | OAKES, STEPHEN | 17112 AVILA LANE  OKLAHOMA CITY OK 73120 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2107 | OBANDO, JAIME | 25 BELMONT AVENUE  GARFIELD NJ 07026 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2108 | OBANDO, MANUEL | 5911 HATFIELD GLEN DR  KATY TX 77449 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2109 | OBIE, BENEDICT | 2419 FINLEY RD, APT 2902  IRVING TX 75062 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2110 | OBOUR, RICHARD | 1935 TAMARACK CIR S APT C  COLUMBUS OH 43229 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2111 | OCONEE FEDERAL SAVINGS & LOAN | P.O. DRAWER 40 2859 HWY 17 ALT TOCCOA GA 30577 | CUSTOMER AGREEMENT |
| 2.2112 | ODEBODE, ADEMOLA | 324 KIRKLAND DR APT C  RICHMOND VA 23227 | INDEPENDENT CONTRACTOR AGREEMENT |

| Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|
| 2.2113 ODISHO, NENOS | 329 LUCILLE LN  SCHAUMBURG IL 60193 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2114 ODNEAL, KEVIN | 9300 STUBBS RD  KANSAS CITY MO 64138 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2115 ODOM, SUZANNE | 1120 SE 11TH UNIT# 2308  GRIMES IA 50111 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2116 O'DONNELL, PILAR | 40 STUYVESANT AVENUE APT 7  LYNDHURST NJ 07071 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2117 ODUOL, LEAKEY | 1023 ADAMS AVE FLR 2  UNION NJ 07083 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2118 OFFICE DEPOT | 660 N MILITARY TRAIL 0 BOCA RATON FL 33484 | CUSTOMER AGREEMENT |
| 2.2119 OFFICE MAX-PARENT | 3502 REGENCY CREST DR  0 GARLAND TX 75041 | CUSTOMER AGREEMENT |
| 2.2120 OFFICE NEEDS, INC | 1120 RARITAN ROAD 0 CLARK NJ 07066 | CUSTOMER AGREEMENT |
| 2.2121 OFFICE SOLUTIONS | 23303 LA PALMA AVE 0 YORBA LINDA CA 92887 | CUSTOMER AGREEMENT |
| 2.2122 OFFICEWISE FURNITURE & SUPPLY | 1200 S. TAYLOR 0 AMARILLO TX 79101 | CUSTOMER AGREEMENT |
| 2.2123 OFORI, MAXWELL | 1478 SUMMER COACH DRIVE  CHARLOTTE NC 28216 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2124 OHRT, PATRICIA | 26653 AUGUSTINE DRIVE  DAPHNE AL 36526 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2125 OKEENE MILLING COMPANY | P.O.BOX 1000 0 OKEENE OK 73763 | CUSTOMER AGREEMENT |
| 2.2126 OKHUOZAGBON, ALBERT | 509 CATUMET DR  PFLUGERVILLE TX 78660 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2127 OKLAHOMA CITY THUNDER | 208 THUNDER DR 0 OKLAHOMA CITY OK 73102 | CUSTOMER AGREEMENT |
| 2.2128 OLADELE, OWOLABI | 5009 N QUAPAH PL  OKLAHOMA CITY OK 73112 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2129 OLAJIDE, OMONIYI | 2301 NW 122ND ST APT 4110  OKLAHOMA CITY OK 73120 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2130 OLDE THOMPSON | 3250 CAMINO DEL SOL 0 OXNARD CA 93030 | CUSTOMER AGREEMENT |
| 2.2131 OLIM, AUGUSTINE | 4528 W PIONEER DR, APT 384  IRVING TX 75061 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2132 OLIVARES JR., ERNESTO | 8802 REDFIELD LN.  AUSTIN TX 78758 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2133 OLIVARES SR., ERNESTO | 508 E HOWARD LN #305  AUSTIN TX 78753 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2134 OLIVARES, PEDRO | 106521 ROYAL YORK DR  CONROE TX 77303 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2135 OLIVAS, AMADA | 1314 SHAWNEE AVE  KANSAS CITY KS 66105 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2136 OLSEN FAMILY INVESTMENTS LLC | 22 42ND ST NW, STE A  AUBURN WA 98001 | REAL ESTATE LEASE AGREEMENT |
| 2.2137 OLSON, CHRISTOPHER | 3607 CLEVELAND AVE APT A11  COLUMBUS OH 43224 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2138 OLYMPIC NATIONAL | 407 NATIONAL UNION BLVD  LITTLE EGG HARBOR NJ 08087 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2139 OMARI, REUBEN | 15517 PRESTON RD, APT 2204  DALLAS TX 75248 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2140 OMEKE, EBERE | 950 UNDERHILL AVE STE 20J  EAST BRONX NY 10473 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2141 OMNI FAST TRACK | 81 LANCASTER AVE SUITE 211  MALVERN PA 19355 | AGENT AGREEMENT |
| 2.2142 OMONDI, STEVEN | 2775 N STATE HWY 360 APT 1127  GRAND PRAIRIE TX 75050 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2143 OMONUA, WILFRED | 3231 CONESTOGA DR, APT A-4  NORMAN OK 73072 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2144 ON DEMAND DELIVERY, LLC | 3147 N 52ND ST  MILWAUKEE WI 53216 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2145 ONA MCLAUGHLIN | 308 MAIN ST 0 DURHAM CT 06422 | CUSTOMER AGREEMENT |
| 2.2146 ONEIL, RHEA SUSANNE | 390 HOCKMAN RD   VENUS PA 16364 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2147 ONKST, BRIAN | 158 MARBLE CLIFF DR  LAKESIDE PARK KY 41017 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2148 ONTIVEROS, MARIA | 109 POPLAR ST  HARLINGEN TX 78550 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2149 OPOKU, AUGUSTINE | 2296 LAURELWOOD DR  COLUMBUS OH 43229 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2150 OPOLSKI - LUM, LIDIA | 4729 DESERT RIDGE RD  PARKTON NC 28371 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2151 OPTIMA | 130 NEW BOSTON STREET 2ND FLOOR WOBURN MA 01801 | CUSTOMER AGREEMENT |
| 2.2152 ORCHARD SUPPLY HARDWARE | 2650 N MACARTHUR DR 0 TRACY CA 95376 | CUSTOMER AGREEMENT |
| 2.2153 OREGON HEALTH & SCIENCE UNIVERSITY | 3930 SW MACADAM AVE, MC MCF 0 PORTLAND OR 97239 | CUSTOMER AGREEMENT |
| 2.2154 ORIENT STAR LOGISTICS INC | 2310 N SARAZEN DR  VERNON HILLS IL 60061 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2155 ORMSBY, COREY | 28181 SIMMONS ROAD, APT 6  PERRYSBURG OH 43551 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2156 ORRIS, ANGELA | 171 LARKSPUR CIR  MT PLEASANT PA 15666 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2157 ORTEGA, FAUSTO | 106 MERSELIS AVENUE  CLIFTON NJ 07011 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2158 ORTEGA, NOHEL | 212 CREST HILL DR  CONROE TX 77301 | INDEPENDENT CONTRACTOR AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.2159 | ORTEGA, WENDY | 7430 NW 2ND TERRACE  MIAMI FL 33126 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2160 | ORTIZ, CLAUDIO | 5587 GARDEN BREEZE CT  BROWNSVILLE TX 78526 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2161 | ORTIZ, MARIA | 350 N ESPLANADE ST  ORANGE CA 92869 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2162 | ORTIZ, RAUL | 33954 PALOMA DR  SAN BENITO TX 78586 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2163 | OSBORNE, JESSIE ADRIAN | 818 MILLER LANE SW  ABINGDON VA 24210 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2164 | OSBORNE, TREVIS | 213 WEST 44TH  HOUSTON TX 77018 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2165 | OSBOURNE, MICHAEL | 106 PINE HOLLOW LANE  COLLINSVILLE IL 62234 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2166 | OSEI-KODUAH, LARRY | 159 BREWSTER ROAD  WINDSOR CT 06095 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2167 | OSHO, TOLU | 12610 JUPITER RD APT 515  DALLAS TX 75238 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2168 | OSMAN, OSAMA "SAM" | 18790 LLOYD DR, APT 5113  DALLAS TX 75252 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2169 | OSORIO SERNA, MARIA | 12345 GRANTON CV.  AUSTIN TX 78754 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2170 | OSTROSKI, BRENDA | 1046 DOAN LN  GROVE OK 74344 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2171 | OTC LOGISTICS | 5151 SAN FELIPE SUITE 2200 HOSTON TX 77056 | CUSTOMER AGREEMENT |
| 2.2172 | OTOO, WINFRED | 2754 FOXWORTH DR  COLUMBUS OH 43231 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2173 | OUTLAND SR, LARRY KEVIN | 1406 NEWBY RD  PORTSMOUTH VA 23701 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2174 | OUTLAND, VICTOR | 3309 MAYORI CT  CHESAPEAKE VA 23321 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2175 | OVALLE, EDGAR | 4129 N MANGO AVE  CHICAGO IL 60634 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2176 | OWEN VI, TIMOTHY | 4030 33RD STREET  DES MOINES IA 50310 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2177 | OWEN, PAM | P.O. BOX 964  LINDALE TX 75771 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2178 | OWEN, TRACY | 19047 VRESCIA LANE  KATY TX 77449 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2179 | OWENS AND MINOR-PARENT | PARENT ACCOUNT 0 0 0 0 | CUSTOMER AGREEMENT |
| 2.2180 | OWENS, LEONARD | PO BOX 1642  MONCKS CORNER SC 29461 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2181 | OWUSU, ALFRED | 7739 NEW CASTLE WAY  JONESBORO GA 30236 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2182 | P & J TRANSPORTATION | 525 NEW BRITAIN AVENUE  HARTFORD CT 06106 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2183 | P T I TECHNOLOGIES INC. | 501 DEL NORTE BOULEVARD 0 OXNARD CA 93030 | CUSTOMER AGREEMENT |
| 2.2184 | PACHECO, AZUCENA (HARMONY) | 6609 SLATER CIR  AMARILLO TX 79110 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2185 | PACIFIC DESIGN CENTER | 6300 LINDMAR DR 0 GOLETA CA 93117 | CUSTOMER AGREEMENT |
| 2.2186 | PACIFIC POWER | 300 S MAIN ST 0 YREKA CA 96097 | CUSTOMER AGREEMENT |
| 2.2187 | PACK AND POST LLC | 3463 STATE ST #292 0 SANTA BARBARA CA 93101 | CUSTOMER AGREEMENT |
| 2.2188 | PACKAGERUNNER TRANSPORT LLC | 1326 W 650 ST  LAYTON UT 84041 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2189 | PACKARD TRANSPORT | 1401 5TH ST.  WASCO CA 93280 | AGENT AGREEMENT |
| 2.2190 | PADGETT, ROBERT | 154 BROOKS COVE ROAD  BLACK MOUNTAIN NC 28711 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2191 | PALADIYA, SANJAY | 9842 BEAVER CREEK LANE APT 3316  FISHERS IN 46037 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2192 | PALMA, EDUARDO | 10235 AZALEA VL6  HOUSTON TX 77088 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2193 | PALMA, OMAR | 291 HOOVER AVENUE  BLOOMFIELD NJ 07003 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2194 | PALMER, TAMALA | 17962 S HWY 88 UNIT B  CLAREMORE OK 74017 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2195 | PALMETTO MOON | 1950 HANAHAN RD 0 NORTH CHARLESTON SC 29406 | CUSTOMER AGREEMENT |
| 2.2196 | PALOMIN, SERGIO | 1210 S STANDARD ST  SAN JUAN TX 78589 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2197 | PALUMBO, H. JOHN | 1961 CUMBERLAND ST  NEWARK OH 43055 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2198 | PAN AM MAYLAR LLC | 3100 PAN AMERICAN NE ,UNIT 6  ALBUQUERQUE NM 87109 | REAL ESTATE LEASE AGREEMENT |
| 2.2199 | PAPA, FRANK | 407 NATIONAL UNION BLVD  LITTLE EGG HARBOR NJ 08087 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2200 | PAPAFIO, ROBERT | 6006 MAPLE SPRINGS DR  ARLINGTON TX 76001 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2201 | PARA DIAGNOSTICS LLC. | 1263 FTELEY AVE  EAST BRONX NY 10472 | AGENT AGREEMENT |
| 2.2202 | PARAMED PROPLUS, LLC | 19515 10B ROAD  PLYMOUTH IN 46563 | AGENT AGREEMENT |
| 2.2203 | PARK SPE LLC | 11303 E MONTGOMERY DR. #2  SPOKANE VALLEY WA 99206 | REAL ESTATE LEASE AGREEMENT |
| 2.2204 | PARK STERLING BANK | P.O. BOX 218 0 GREENWOOD SC 29648 | CUSTOMER AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.2205 | PARKER | 2340 EASTMAN AVE 0 OXNARD CA 93030 | CUSTOMER AGREEMENT |
| 2.2206 | PARKER, CAROLYN | 266 FIRE TOWER RD  LEESBURG GA 31763 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2207 | PARKER, CATHERINE | 310 WEST BUSHY HILL DR.  DUNCAN SC 29334 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2208 | PARKER, TRACI | 1045 CAMPBELL MEADOWS RD  OWINGS MILLS MD 21117 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2209 | PARKS, SCOTT | 1625 BELLECHASSE DR  RALEIGH NC 27615 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2210 | PARKWOOD ARIZONA LLC | 1670 SOUTH 5500 WEST, SUITE 200  SALT LAKE CITY UT 84104 | REAL ESTATE LEASE AGREEMENT |
| 2.2211 | PARRISH DELIVERY SERVICES | 101 S. VICTORY, SUITE 101  LITTLE ROCK AR 72201 | AGENT AGREEMENT |
| 2.2212 | PARTNERS AND SIMONS | 21 DRYDOCK AVENUE USXP BOSTON MA 02110 | CUSTOMER AGREEMENT |
| 2.2213 | PASCUAL, ROLANDO | 3737 E 4TH AVE  APT 260  HIALEAH FL 33013 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2214 | PATEL - MAF, SURENDRA | 5611 89TH ST  LUBBOCK TX 79424 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2215 | PATEL, SURENDRA | 5611 89TH STREET  LUBBOCK TX 79424 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2216 | PATHLOGIC | 1166 NATIONAL DRIVE STE 80 SACRAMENTO CA 95834 | CUSTOMER AGREEMENT |
| 2.2217 | PATHOLOGY CONSULTANTS | P.O. BOX 2208 0 ROSWELL NM 88202 | CUSTOMER AGREEMENT |
| 2.2218 | PATHOLOGY MEDICAL ASSOCIATES | PO BOX 2687 0 SPOKANE WA 99220 | CUSTOMER AGREEMENT |
| 2.2219 | PATTERSON, LOUIS GENE | 1008 CORONA ST UNIT 501  DENVER CO 80218 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2220 | PATTERSON, TERRI | 128 WEST WINSTON ST  BROKEN ARROW OK 74011 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2221 | PATTON, JAMES | 7060 PONY RD  AMARILLO TX 79118 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2222 | PAU RODRIGUEZ, PEDRO | 1215 KEATS DR  DALLAS TX 75244 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2223 | PAUL, RICHARD | 7495 S PITTSBURG AVE  TULSA OK 74136 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2224 | PAUL, STEPHEN RALPH | 2117 MIDDLE CREEK BLVD  BOSSIER CITY LA 71111 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2225 | PAULDING, SHINA | 1409 HUEYTOWN RD APT 49  BESSEMER AL 35023 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2226 | PAULEY, LARRY | 3231 HUBBELL AVE  DES MOINES IA 50317 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2227 | PAULSEN, CODY | 1108 SUNSET  CALDWELL ID 83605 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2228 | PAVANO, DAVID | 856 STEVENS STREET  BRISTOL CT 06010 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2229 | PAVLOVSCHI, SERGHEI | 115 MAIN ST APT QUEEN  WESTFIELD MA 01085 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2230 | PAXTON, DANA | 1811 MORTON CT  LINCOLN NE 68521 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2231 | PAXTON, MALLORY | 501 LAKESIDE DR  LINCOLN NE 68528 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2232 | PAYCHEX | SAN DIEGO, CA 92123-1036 SUITE 100 HIGH POINT NC 27265 | CUSTOMER AGREEMENT |
| 2.2233 | PAYLESS - PARENT ACCOUNT | 12647 ALCOSTA BLVD STE. 200 0 SAN RAMON CA 94583 | CUSTOMER AGREEMENT |
| 2.2234 | PAYNE, DUSTIN | 8311 LYONS GATE WAY APT A  MIAMISBURG OH 45342 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2235 | PAYROLL SPECIALTIES | 2021 COMMERCE DR STE 100 MEDFORD OR 97504 | CUSTOMER AGREEMENT |
| 2.2236 | PAYTON, DANNY | 1739 HANFIELD ST  CINCINNATI OH 45223 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2237 | PBS BIOTEC, INC. | 4023 CAMINO RANCHERO STE I CAMARILLO CA 93012 | CUSTOMER AGREEMENT |
| 2.2238 | PDQ - PARCEL DELIVERY QUICK | 11400 MELODY LN  MISSOULA MT 59804 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2239 | PEABODY PROPERTIES, INC. | 536 GRANITE ST 0 BRAINTREE MA 02184 | CUSTOMER AGREEMENT |
| 2.2240 | PEIL, GORDON | 2536 SCRUB PINE  YORK SC 29745 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2241 | PEIL, LUKE | 2536 SCRUB PINE DR  YORK SC 29745 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2242 | PELOQUIN, SCOTT | 9323 KELLY GREEN ST  TYLER TX 75703 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2243 | PENA, MANUEL | 26 ZONE ST.  PROVIDENCE RI 02908 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2244 | PENNINGTON, ANITA | 5942 SW RIVERIDGE LN   PORTLAND OR 97239 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2245 | PENNINGTON, JOHN | 1212 14 1/2 ST  ROCK ISLAND IL 61201 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2246 | PEOPLE'S BANK | 850 MAIN STREET 0 BRIDGEPORT CT 06604-4904 | CUSTOMER AGREEMENT |
| 2.2247 | PEP BOYS | 3111 W. ALLEGHENY AVENUE 0 PHILADELPHIA PA 19132 | CUSTOMER AGREEMENT |
| 2.2248 | PEPSI COLA COMPANY | P. O. BOX 10 0 WINSTON SALEM NC 27102 | CUSTOMER AGREEMENT |
| 2.2249 | PERDOMO, IRIS | 4838 MOSAIC CANYON CT.  HUMBLE TX 77396 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2250 | PERDOMO, KENIA | 9311 DUNEGATE  HUMBLE TX 77396 | INDEPENDENT CONTRACTOR AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.2251 | PERDUE, AMANDA | 3816 SUNSCAPE DR APT 402 ROANOKE VA 24018 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2252 | PEREDA, BRYAN | 80 KANSAS STREET HACKENSACK NJ 07601 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2253 | PEREIRA, ALEXANDRE | 1580 W. OXBOW CIRCLE TAYLORSVILLE UT 84123 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2254 | PEREZ RUIZ, LOANDIS | 2222 BELLWOOD DR APT 43 GRAND ISLAND NE 68801 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2255 | PEREZ, BENITO | 4631 BRISTOL ST. LANSING MI 48910 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2256 | PEREZ, CELIA | 6715 ,MANO ST HOUSTON TX 77076 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2257 | PEREZ, DAYLANIS | 19225 ROSEATE DR LUTZ FL 33558 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2258 | PEREZ, LUIS (CT) | 13 LINCOLN ST APT 13 NEW BRITAIN CT 06052 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2259 | PEREZ, OMAR | 4511 SUNSET LN OVIEDO FL 32765 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2260 | PEREZ, ROSALYN | 4511 SUNSET LN OVIEDO FL 32765 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2261 | PERIMETER GLOBAL LOGISTICS | 306 AIRLINE DRIVE STE 150 COPPELL TX 75019 | CUSTOMER AGREEMENT |
| 2.2262 | PETERMAN, THOMAS CHAD | 153 BUMPUS MILL ROAD OAK GROVE KY 42262 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2263 | PETERS, COLUMBUS | 3456 VINE ST CINCINNATI OH 45220 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2264 | PETERS, JENNIFER | 644 2ND AVE SW FOREST LAKE MN 55025 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2265 | PETERS, JIMMISHEYA "TWEEN" | 313 GREENPOND RD FOUNTAIN INN SC 29644 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2266 | PETERSON, ELIZABETH | 3106 GREYSTONE DR JAMUL CA 91935 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2267 | PETTYCO EXPRESS | 900 CANAL ST JACKSONVILLE FL 32209 | AGENT AGREEMENT |
| 2.2268 | PF REALTY | 2701 FORTUNE CIRCLE EAST, SUITE H INDIANAPOLIS IN 46241 | REAL ESTATE LEASE AGREEMENT |
| 2.2269 | PGS PRINTING AND GRAPHICS | 536 MERRICK RD 0 LYNBROOK NY 11563 | CUSTOMER AGREEMENT |
| 2.2270 | PHAM, ESPERANZA HOPE | 2715 MALLARD LANDING AVE HENDERSON NV 89074 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2271 | PHARMACY CONCEPTS | 610 MAGIC MILE 0 ARLINGTON TX 76011 | CUSTOMER AGREEMENT |
| 2.2272 | PHILIP B | 5321 STERLING CENTER DR 0 WESTLAKE VILLAGE CA 91361 | CUSTOMER AGREEMENT |
| 2.2273 | PHILLIPS STL, DAVID | 507 RICE ST CLEVER MO 65631 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2274 | PHILLIPS, APRIL | 507 RICE ST CLEVER MO 65631 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2275 | PHILLIPS, DAVID M | 3180 COBBLESTONE LANE APT # 5 SPRINGFIELD IL 62711 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2276 | PHILLIPS, DONALD | 4150 W COLBY STREET SPRINGFIELD MO 65802 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2277 | PHILLIPS, JONATHAN | 19806 E 47TH ST BLUE SPRINGS MO 64015 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2278 | PHILLIPS, JOSHUA | 2522 N CLAYTON AVE SPRINGFIELD MO 65803 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2279 | PICAZO, MARIA | 3925 OLD HWY 77 APT 4 BROWNSVILLE TX 78520 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2280 | PIEDMONT FEDERAL | 201 SOUTH STRATFORD ROAD 0 WINSTON SALEM NC 27103 | CUSTOMER AGREEMENT |
| 2.2281 | PIEDMONT PLASTICS | 5010 W. WT HARRIS BLVD. 0 CHARLOTTE NC 28269 | CUSTOMER AGREEMENT |
| 2.2282 | PIER 1 | 12004 CARMEL MOUNTAIN RD 0 SAN DIEGO CA 92128 | CUSTOMER AGREEMENT |
| 2.2283 | PIERCE 3RD, RAYMOND | 1034 ROCKMAN PL SAINT LOUIS MO 63119 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2284 | PIERCE, BRIAN | 812 TAMERTON PL ST PETERS MO 63376 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2285 | PIERCE, PAUL | 4810 BOYD ST APT 7 OMAHA NE 68104 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2286 | PIKES PEAK PARAMEDS | 2121 ACADEMY CIR SUITE 100 COLORADO SPRINGS CO 80909 | AGENT AGREEMENT |
| 2.2287 | PILKINTON, JEFF | 303 LEE ROAD #208 PHENIX CITY AL 36870 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2288 | PIMIENTA, KAREN | 14905 ARBOR SPRINGS CIR TAMPA FL 33624 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2289 | PINDLER & PINDLER INC. | 11910 POINDEXTER AVE 0 MOORPARK CA 93021 | CUSTOMER AGREEMENT |
| 2.2290 | PINKSTON, NATALIE | 16826 HAMPTON CROSSING DRIVE HUNTERSVILLE NC 28078 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2291 | PINN PACK PACKAGING | 1151 PACIFIC AVE 0 OXNARD CA 93033 | CUSTOMER AGREEMENT |
| 2.2292 | PINNAKLE TECHNOLOGIES | 75 EXECUTIVE DRIVE , STE 353 0 AURORA IL 60504 | CUSTOMER AGREEMENT |
| 2.2293 | PINO LAW OFFICES | 1191 CHESTNUT STREET 0 NEWTON MA 02464 | CUSTOMER AGREEMENT |
| 2.2294 | PIPER, ANDREA | 2144 ALEXANDRIA STREET P.O. BOX 34 BRADENVILLE PA 15620 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2295 | PIPKINS, SHAQUELLA | 5649 MILL BRANCH RD COLUMBUS GA 31907 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2296 | PIREL, JASMIN | 1264 OFFICE PARK RD APT 17 WEST DES MOINES IA 50265 | INDEPENDENT CONTRACTOR AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.2297 | PITNEY BOWES | 10430 TWIN CITIES ROAD 0 GALT CA 95632 | CUSTOMER AGREEMENT |
| 2.2298 | PITTMAN, JEFFREY | 4516 E 48TH ST  KCMO MO 64130 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2299 | PITTMAN, SHAUNISHA | 8067 CREEKSTONE WAY  RIVERDALE GA 30274 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2300 | PITTS, DAWN | 327 BEACH 42ND ST  FAR ROCKAWAY NY 11691 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2301 | PLACERES-SOTO, JORGE | 105 CLARK ST  NEW BRITAIN CT 06051 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2302 | PLAIR, ROBERT | 925 OAK CROSSING DR  CENTERTON AR 72719 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2303 | PLAKHIKH, YAUHENI | 3647 MCKINLEY ST NE, APT. 204  MINNEAPOLIS MN 55418 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2304 | PLANT, JILL CHRISTINE | 305 WHISPERING PINES  WICHITA KS 67212 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2305 | PLASENCIO, JAMIE | 2901 B ECRD #120  MIDLAND TX 79706 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2306 | PLEAS, ASHLEY | 1240 GRANT DR  ST. LOUIS MO 63132 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2307 | PLOTNIKOV, NADIA | 39 HYLEBOS AVE  MILTON WA 98354 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2308 | PLUMAS BANK | 47 TRILOGY LANE 0 QUINCY CA 95971 | CUSTOMER AGREEMENT |
| 2.2309 | PNC BANK | 4100 WEST 150TH STREET B7-YB17-01-5 CLEVELAND OH 44135 | CUSTOMER AGREEMENT |
| 2.2310 | POAKWAH, ALBERT | 2932 MEADOWLARK DR  MESQUITE TX 75149 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2311 | POHLMAN, RACHEL | 3225 CAMP STREET  ST CHARLES MO 63301 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2312 | POKU, NANA | 76 REED DRIVE  WETHERSFIELD CT 06109 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2313 | POLENDO, GUADALUPE | 4108 AUSTIN AVE  WACO TX 76710 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2314 | POLLARD, STEVE | 12237 SADDLE STRAP ROW  HUDSON FL 34667 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2315 | POLLOCK INVESTMENTS | 1 POLLOCK PLACE 0 GRAND PRAIRIE TX 75050 | CUSTOMER AGREEMENT |
| 2.2316 | PONCE, CLAUDIA | 8304 S COURSE DR  APT # 605  HOUSTON TX 77072 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2317 | PONCE, VILMA | 20515 ALDINE WESTFIELD DR APT#105  HUMBLE TX 77338 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2318 | PONDEXTER JR, JOSHUAWAY | 150 HOLLYBERRY LANE  SAINT MATTHEWS SC 29135 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2319 | POPE, KEVIN | 5401 E VAN BUREN ST UNIT 3014  PHOENIX AZ 85008 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2320 | PORRAS, XIOMARA | 7627 NW 20TH ST  BETHANY OK 73008 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2321 | PORTER, RICO | 718 E DELMAR ST  BROKEN ARROW OK 74012 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2322 | PORTILLO, MARIA | 3712 CATTADORI  BROWNSVILLE TX 78520 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2323 | POTTER, SABRINA | 829 HUDSON LN  PORT ORANGE FL 32129 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2324 | POUNDS, STEVEN | 747 S. PITTSBURG  TULSA OK 74112 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2325 | POWELL, CARLTON | 2407 GEORGE COURT / P.O. BOX 3962  CHESTER VA 232831 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2326 | POWELL, CARLTON, JR. | 2407 GEORGE COURT / P.O. BOX 3962  CHESTER VA 23831 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2327 | POWELL, RUBY | 7913 GREENBRIAR DR  NEOSHO MO 64850 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2328 | POWELL, SHELIA | 128 TEE LANE  BRUNSWICK GA 31525 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2329 | POWERCO FEDERAL CREDIT UNION | 2135 ROSWELL ROAD 0 MARIETTA GA 30062 | CUSTOMER AGREEMENT |
| 2.2330 | POZO, MARCELO | 706 HOLLYBROOK COURT  ORLANDO FL 32828 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2331 | PRECISION MANAGEMENT | 10604 NE 38TH PLACE, SUITE 227 0 KIRKLAND WA 98033 | CUSTOMER AGREEMENT |
| 2.2332 | PRECISION MEDICAL LOGISTICS | 4735 KINGS CT  GAINESVILLE GA 30504 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2333 | PREFERRED BANK | P.O.BOX 442088 0 HOUSTON TX 77244 | CUSTOMER AGREEMENT |
| 2.2334 | PREMIER EXAMS DIRECT, LLC | 181-13 64TH AVE STE 13D  FRESH MEADOWS NY 11365 | AGENT AGREEMENT |
| 2.2335 | PREMIER PLUS | 326 NORTH 14TH STREET 0 KENILWORTH NJ 07033 | CUSTOMER AGREEMENT |
| 2.2336 | PRICE, JONELLE | 325 WICKHAVEN RD.  WICKHAVEN PA 15492 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2337 | PRIMESOUTH BANK | P.O. BOX 919 0 WAYCROSS GA 31502 | CUSTOMER AGREEMENT |
| 2.2338 | PRIMETIME LOGISTICS LLC | 11646 BENTRY STREET 0 ORLANDO FL 32824 | CUSTOMER AGREEMENT |
| 2.2339 | PRIMO TRANSPORTATION LLC | 211 N MAPLELEAF AVE  HENRICO VA 23075 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2340 | PRINT GEAR SPORTSWEAR DISTRIBUTORS | 2951 STURGIS RD 0 OXNARD CA 93030 | CUSTOMER AGREEMENT |
| 2.2341 | PRIORITY 1 COURIER AND DELIVERY, LLC | 8945 J ST STE 6  OMAHA NE 68127 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2342 | PRIORITY SOLUTIONS - PARENT ACCT | 100 BERKELEY DRIVE 0 SWEDESBORO NJ 8085 | CUSTOMER AGREEMENT |

# Schedule G
## Executory Contracts and Unexpired Leases

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.2343 | PRISM LABORATORIES, INC. | 449 SPRINGBROOK RD 0 CHARLOTTE NC 28224-0543 | CUSTOMER AGREEMENT |
| 2.2344 | PRO COURIER EXPRESS | 1815 MOORE AVE  GREENVILLE TN 37745 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2345 | PROCK, AMANDA | 47347 MIWOC AVE  COARSEGOLD CA 93614 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2346 | PROFESSIONAL BINDING PRODUCTS, INC. | 2192 ANCHOR CT STE A 0 THOUSAND OAKS CA 91320 | CUSTOMER AGREEMENT |
| 2.2347 | PROFESSIONAL EXPEDITING | 112 STAKES CT  NICHOLASVILLE KY 40356 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2348 | PROLOGIS | 2928 GREENS RD, BLDG B SUITE 425  HOUSTON TX 77032 | REAL ESTATE LEASE AGREEMENT |
| 2.2349 | PROLOGIS L.P. | 770 ATLANTA SOUTH PARKWAY, SUITE 110  COLLEGE PARK  GA 30349 | REAL ESTATE LEASE AGREEMENT |
| 2.2350 | PRO-MED EXPRESS | 3706 5TH AVE   NORTH VERSAILLES PA 15137 | AGENT AGREEMENT |
| 2.2351 | PROMPT CHEMICAL SCREENING | 5745 WENDY BAGWELL PKWY STE 9  HIRAM GA 30141 | AGENT AGREEMENT |
| 2.2352 | PROPATH LABORATORIES | 1355 RIVER BEND DR 0 DALLAS TX 75247 | CUSTOMER AGREEMENT |
| 2.2353 | PROVIDENT CREDIT UNION | 303 TWIN DOLPHIN DRIVE 0 REDWOOD SHORES CA 94065 | CUSTOMER AGREEMENT |
| 2.2354 | PRUDENCIO, YOLANDA | 356 S CLAUDINA ST  ANAHEIM CA 92805 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2355 | PUAC, EDGAR | 16635 CREEK TRAIL  HOUSTON TX 77084 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2356 | PULGARIN, ANDRES | 3031 RODERICK CIRCLE  ORLANDO FL 32824 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2357 | PURITAN CAPITAL | 95 RUNNELLS BRIDGE RD 0 HOLLIS NH 03049 | CUSTOMER AGREEMENT |
| 2.2358 | QCS LOGISTICS | 150 JAMES DR E #180  ST. ROSE LA 70087 | AGENT AGREEMENT |
| 2.2359 | QUAIN, JOHN | 340  APPIAN AVE  VIRGINIA BEACH VA 23452 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2360 | QUALITY TECHNOLOGY SERVICES | 12851 FOSTER STREET  OVERLAND PARK KS 66213 | DATA SERVICES AGREEMENT |
| 2.2361 | QUALITY TRANSPORTATION | 2288 NW 30TH STREET 2ND FLOOR POMPANO BEACH FL 33069 | CUSTOMER AGREEMENT |
| 2.2362 | QUATTLEBAUM, DEBRA JEAN | 2020 CEDAR STREET  PUEBLO CO 81004 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2363 | QUAYE, ERNEST | 14613 SHILOH COURT  LAUREL MD 20708 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2364 | QUEST DIAGNOSTICS | 1737 AIRPORT WAY S STE 200 SEATTLE WA 98134 | CUSTOMER AGREEMENT |
| 2.2365 | QUEST DIAGNOSTICS - SAN ANTONIO | 607 E. SONTERRA BLVD BLDG 3 STE 306 SAN ANTONIO TX 78258 | CUSTOMER AGREEMENT |
| 2.2366 | QUEST DIAGNOSTICS INCORPORATED | JEFFERSON CITY, MISSOURI  65102  MADISON NJ 07940 | CUSTOMER AGREEMENT |
| 2.2367 | QUIMBAR, CLAUDIA | 3448 DORNOCH  EL PASE TX 79925 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2368 | QUINTANILLA-BENITEZ, ABELARDO | 11607 STROUD DR  HOUSTON TX 77072 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2369 | QVANS EXPRESS DELIVERY | 19714 MOUNTAIN DALE DR  CYPRESS TX 77433 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2370 | R.A.N.K. LLC | 10658 BRUNO AVE   ST. LOUIS MO 63114 | AGENT AGREEMENT |
| 2.2371 | R.R. DONNELLEY LOGISTICS | 111 S WACKER DR 0 CHICAGO IL 60606 | CUSTOMER AGREEMENT |
| 2.2372 | R.R. DONNELLY LOGISTICS SER.. | 111 S WACKER DR 0 CHICAGO IL 60606 | CUSTOMER AGREEMENT |
| 2.2373 | RADTKE, DEBORAH | 2713 W SUPERIOR ST, APT #104  DULUTH MN 55806 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2374 | RAGHUNANDAN, VISHNU "TONY" | 1033 ROBSON AVE  SEFFNER FL 33584 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2375 | RAHMAN, TEJAN | 29 ROBIN COURT  PISCATAWAY NJ 08854 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2376 | RAINS, KEITH | 454 GLEN CROSSING RD  GLEN CARBON IL 62034 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2377 | RAMCHANDANI, DONNA | 148 APPLE GATE RD.  KERNERSVILLE NC 27284 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2378 | RAMER, BRADLEY | 1144 ARKWOOD AVE.  COLUMBUS OH 43227 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2379 | RAMIREZ - HRL, JOSE | 4380 BOCA CHICA BLVD  BROWNSVILLE TX 78521 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2380 | RAMIREZ, ALBERTO | 1907 OLD MAYLAND RD  HENRICO VA 23294 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2381 | RAMIREZ, BRENDA | 12463 RUSH ST  CROWN POINT IN 46307 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2382 | RAMIREZ, DANIEL | 965 LOCOMOTIVE WAY  SPARKS NV 89434 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2383 | RAMIREZ, JAVIER | 1417 BASIN BROOK DR  N LAS VEGAS NV 89032 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2384 | RAMIREZ, JOHNNY | 523 52ND ST.  LUBBOCK TX 79404 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2385 | RAMIREZ, JUAN MIGUEL | 7711 O'CONNOR DR  APT 1308  ROUND ROCK TX 78681 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2386 | RAMIREZ, LUIS | 8802 BRUMMEL DR  HOUSTON TX 77099 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2387 | RAMIREZ, MARTIN | 13326 FOREST ACRE  HOUSTON TX 77050 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2388 | RAMOS, ABDEL | 7777 KATY FWY  APT 425  HOUSTON TX 77024 | INDEPENDENT CONTRACTOR AGREEMENT |

## Schedule G
### Executory Contracts and Unexpired Leases

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.2389 | RAMOS, ALBERT | 7245 RITTEN HOUSE VILLAGE CT  HOUSTON TX 77076 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2390 | RAMOS, BILIBRUS | 7526 SORBETE DR  HOUSTON TX 77083 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2391 | RAMOS, JOSEPHINE | 245 114TH AVE N APT 1  ST. PETERSBURG FL 33716 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2392 | RAMOS, MIYELISA | 530 E 137TH ST  WEST BRONX NY 10454 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2393 | RAMOS-BAYLON, HUGO | 6129 35TH ST  LUBBOCK TX 79407 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2394 | RAMOVIC, VILDANA | 28275 HEATHER WAY  ROMULUS MI 48174 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2395 | RAMSEYER, MICHAEL | 3007 NE WHITMAN AVE  VANCOUVER WA 98662 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2396 | RANDOLPH, DAVID | PO BOX 17558  NORTH LITTLE ROCK AR 72117 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2397 | RANTEC MICROWAVE SYSTEMS | 31186 LA BAYA AVE 0 WESTLAKE VILLAGE CA 93012 | CUSTOMER AGREEMENT |
| 2.2398 | RAPID & RELIABLE SERVICES | 502 BARKING DR  SMYRNA TN 37167 | AGENT AGREEMENT |
| 2.2399 | RASBERRY, LYNN | 4508 IDYLWOOD LN  WACO TX 76705 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2400 | RAY MAC MECHANICAL, INC | PO BOX 995 0 MOUNT SHASTA CA 96067 | CUSTOMER AGREEMENT |
| 2.2401 | RAY, RODNEY | 13004 EAST 62ND STREET  KANSAS CITY MO 64133 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2402 | RAYMOND, JAMES | 1815 211TH ST  CENTURIA WI 54824 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2403 | RAYPAK | 2151 EASTMAN AVE 0 OXNARD CA 93030 | CUSTOMER AGREEMENT |
| 2.2404 | REALE, BOBBI JO | 43 MOUNTAIN AVE  BLOOMFIELD CT 6002 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2405 | REAVES, NATASHA | 502 PINTO DR  DOTHAN AL 36301 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2406 | REBECCHI, BRENDA | 105 COTTONTAIL LN  VALLEY SPRINGS CA 95252 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2407 | RECINOS, REFUGIO | 8031 S 26TH ST  PHOENIX AZ 85042 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2408 | RECYCLED PAPER | 12 CHANNEL ST 6TH FLOOR BOSTON MA 02210 | CUSTOMER AGREEMENT |
| 2.2409 | RED JET COURIERS | PO BOX 1342  BILLINGS MT 59103 | AGENT AGREEMENT |
| 2.2410 | RED THREAD | 101 SEAPORT BLVD 6TH FL BOSTON MA 02210 | CUSTOMER AGREEMENT |
| 2.2411 | REDPACK LOGISTICS | 10 BEDFORD SQ 0 PITTSBURGH PA 15203 | CUSTOMER AGREEMENT |
| 2.2412 | REED, HELEN | 200 WEST SPRINGS ST 2  MARIETTA OH 45750 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2413 | REED, JAMES | 704 SHANNON DR  UNION CITY GA 30291 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2414 | REED, TYRONE | 4611 SEATTLE  ST. LOUIS MO 63121 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2415 | REEVES, CRAIG | 6750 WESTOWN PKWY STE 200-177  WEST DES MOINES IA 50266 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2416 | REGENCY OFFICE PRODUCTS, LLC | 8024 GLENWOOD AVE, SUITE 200 0 RALEIGH NC 27612 | CUSTOMER AGREEMENT |
| 2.2417 | REICHENBERGER, BRENT | 916 PARK STREET  MINOT ND 58701 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2418 | RELIABLE DELIVERY | 21450 TROLLEY INDUSTRIAL DR  TAYLOR MI 48180 | AGENT AGREEMENT |
| 2.2419 | RELIABLE DELIVERY - FNT | 4100 MARKET PL  FLINT MI 48507 | AGENT AGREEMENT |
| 2.2420 | REMAX REAL ESTATES CONCEPTS | 1248 8TH ST. 0 WEST DES MOINES IA 50265 | CUSTOMER AGREEMENT |
| 2.2421 | RENADA FLYNT | 6141 FOREST HILLS DRIVE  PEACHTREE CORNERS GA 30092 | KEIP AGREEMENT |
| 2.2422 | RESTREPO, DANIEL | 280 EAST 23RD STREET  PATERSON NJ 07514 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2423 | REX, LLC | 297 N BROADVIEW ST  CAPE GIRARDEAU MO 63701 | AGENT AGREEMENT |
| 2.2424 | REXEL, INC DBA PLATT ELECTRIC SUPPLY | 2701 KEYSTONE PACIFIC PKWY 0 PATTERSON CA 95363 | CUSTOMER AGREEMENT |
| 2.2425 | REYNA JR, ROGELIO | 3135 GOOSE CREEK  SAN ANTONIO TX 78211 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2426 | REYNA'S TRUCKING | 706 RIDGELAND CT  HOUSTON TX 77060 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2427 | REYNOLDS -SP, KILEY | 20373 W 929RD  COOKSON OK 74427 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2428 | REYNOLDS, KENNETH | 851 30TH ST NW  ROANOKE VA 24017 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2429 | REYNOLDS, LESLIE | 230 FIREWOOD LANE  GALLOWAY OH 43119 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2430 | RHIAMI PARAMEDICAL OF SRQ, LLC | 2519 WOOD STREET  SARASOTA FL 34237 | AGENT AGREEMENT |
| 2.2431 | RHINES, MICHAEL | 3670 AUSTIN WOODS DRIVE  ATLANTA GA 30331 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2432 | RHODES, SHILITA | 17085 JULIANA AVE  EASTPOINTE MI 48021 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2433 | RHYMES, KATHLEEN | 12804 GREENLAND BLVD  TYLER TX 75704 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2434 | RIBERAL, ANGELIQUE | 8744 TERRACORVO CIR  STOCKTON CA 95212 | INDEPENDENT CONTRACTOR AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.2435 | RICHARD KLINE | 16314 TURNBERRY  VILLAGE OF LOCH LLOYD MO 64012 | EMPLOYEE AGREEMENT AGREEMENT |
| 2.2436 | RICHARDS, LAURA | 2450 W FOUNTAIN RD  JOPLIN MO 64801 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2437 | RICHARDSON, CHESTER | 401 TANGLEWOOD COURT  BOSSIER CITY LA 71111 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2438 | RICHARDSON, DAVID | 1338 W ASHLEY RD LOT 92  BOONVILLE MO 65233 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2439 | RICHARDSON, SIOBHON | 5 MAIDENCANE ST  BLUFFTON SC 29910 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2440 | RICHBURG, RODNEY | 3525 SANTA LETA DRIVE  ELLENWOOD GA 30294 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2441 | RICHBURG, WARREN | 1514 BOULDERCREST RD SE  APT 55  ATLANTA GA 30316 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2442 | RICHESIN, DEBORAH | 260 S LEIGH CANYON RD  MOOSE WY 83012 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2443 | RICHLAND COUNTY SCHOOLS DISTRICT ONE | 201 PARK STREET 0 COLUMBIA SC 29201 | CUSTOMER AGREEMENT |
| 2.2444 | RICHMAN, ZOHAR | 20 MONTROSE AVE   DELAWARE OH 43015 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2445 | RICK, KRISTINE | 6301 LEISURE LN  LOUISVILLE KY 40229 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2446 | RICK'S CLEANING SERVICES LLC | 101 DOVE CT  SUFFOLK VA 23434 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2447 | RIGSBY, MARK | 2839 BELLE TERRE CT  ST LOUIS MO 63129 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2448 | RILEY, MARK | 65 SOUTH 428  PRYOR OK 7435743612 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2449 | RINCON, CARMEN | 9177 FONTAINE BLEAU BLVD 4  MIAMI FL 33172 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2450 | RINGFIELD, NICHOLAS | 5019 LOWER ELM ST  ATLANTA GA 30349 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2451 | RIOS, FRANCISCO | 3818 MERCEDES DR  MERCEDES TX 78570 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2452 | RISING, BARBARA C. | 19455 E GUNNISON PL  AURORA CO 80017 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2453 | RITENOUR, JOHN | 6923 BUCKINGHAM PLACE  CINCINNATI OH 45227 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2454 | RIVAS, SULMA | 20407 WESTFIELD ESTATES DR  KATY TX 77449 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2455 | RIVER CITIES COURIER INC. | 1107 POWELL LN  FLATWOODS KY 41139 | AGENT AGREEMENT |
| 2.2456 | RIVERA - ROA, LUIS | 8518 BARRENS ROAD  HOLLINS VA 24019 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2457 | RIVERA, JAVIER | 4424 N CENTRAL  CHICAGO IL 60630 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2458 | RIVERA, VIOLA | 134 LOLITA ST   SAN BENITO TX 78586 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2459 | RIZVIC, ISMET | 1714 NOVEL CIR  GARLAND TX 75040 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2460 | RKS DESIGN, INC | 350 CONEJO RIDGE AVE 0 THOUSAND OAKS CA 91361 | CUSTOMER AGREEMENT |
| 2.2461 | RLY ENTERPRISE | 5602 MACKINAW  HOUSTON TX 77053 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2462 | ROAD COURIER | 29 MASSACHUSETTS AVE  JOHNSON CITY NY 13790 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2463 | ROAD LEGENDS COURIER, INC. | 728 BRIARCLIFF DRIVE  MINOOKA IL 60447 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2464 | ROBALINO, GRACE | 123 43RD STREET  UNION CITY NJ 07087 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2465 | ROBALINO, LEOPOLDO | 151 BLEECKER STREET APT 4  JERSEY CITY NJ 07307 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2466 | ROBBINS, JOSHUA | 972 MOSS ST  GOLDEN CO 80401 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2467 | ROBERSON KIMBALL & JALTORO | 3251 OLD CONEJO RD 0 NEWBURY PARK CA 91320 | CUSTOMER AGREEMENT |
| 2.2468 | ROBERT E MARBLE TRUST | 24 CONCORD ST, SUITE A  EL PASO TX 79906 | REAL ESTATE LEASE AGREEMENT |
| 2.2469 | ROBERT MAYER | 1653 E. HWY 47  WINFIELD MO 63389 | EMPLOYEE AGREEMENT AGREEMENT |
| 2.2470 | ROBERT OLSON ARCHITECTS | 374 CONGRESS STREET S-300 BOSTON MA 02210 | CUSTOMER AGREEMENT |
| 2.2471 | ROBERTS, DEBRA | 3204 CHETWOOD DRF  DEL CITY OK 73115 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2472 | ROBERTS, ESTHER PEARL | 1023 NATALIE LANE S.E.  SMYRNA GA 30082 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2473 | ROBERTS, THURLIN | 1200 ALEXANDRIA PIKE  FORT THOMAS KY 41075 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2474 | ROBINSON, ARDEL | 2016 JOY AVE  JACKSON MI 49203 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2475 | ROBINSON, CAMILLE | 120 COLLINGWOOD LANDING  COVINGTON GA 30016 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2476 | ROBINSON, ERICA LYNN | 916 TEURVILLE   ST. LOUIS MO 63137 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2477 | ROBINSON, GERALD ANDRE | 1451 N ELIZABETH AVE   ST. LOUIS MO 63135 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2478 | ROBINSON, RICKY | 5716 SLOPING OAKS RD   APT 202  CHARLOTTE NC 28212 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2479 | ROBINSON, TERRY | 102 RICHMOND HILL RD  ASHEVILLE NC 28806 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2480 | ROCK-IT CARGO USA, INC. 5222 | 1800 BYFERRY RD 0 HUNTINGTON VALLEY PA 19006 | CUSTOMER AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.2481 | ROCKY COURIER SERVICE | 1516 S. 2ND AVE.  MAYWOOD IL 60153 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2482 | ROCKY VALLEY GAS & OIL CORPORATION | 501 B ST  SHARON PA 16146 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2483 | ROCOCO & TAUPE INC | 844 SANTA CRUZ AVE 0 MENLO PARK CA 94025 | CUSTOMER AGREEMENT |
| 2.2484 | RODES, PHILIP MICHAEL | 104 DUNCAN LANE  AFTON VA 22920 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2485 | RODIONOVA, TATIANA | 5517 BRIDGEPORT WAY W UNIT D  UNIVERSITY PLACE WA 98467 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2486 | RODNEZ, VANESSA | 1171 E 59TH ST  FLATLANDS NY 11234 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2487 | RODRIGUES, GISLAINE | 8856 S ALTA CANYON DR  SANDY UT 84093 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2488 | RODRIGUEZ, BRIDGETTE | 273 MIMOSA ST  RICHMOND HILL GA 31324 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2489 | RODRIGUEZ, ELIZABETH | 25701 922 ROAD, UNIT 3  SAN BENITO TX 78586 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2490 | RODRIGUEZ, GRACE | 7614 MESQUITE FARM  SAN ANTONIO TX 78239 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2491 | RODRIGUEZ, KIMBERLY CELESTE | 2655 ROOKS HEAD PLACE  WALDORF MD 20602 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2492 | ROGERS, CRYSTAL | 2351 SW FRISCO TERRACE  PORT ST LUCIE FL 64953 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2493 | ROGERS, TRACY | 607 E 140TH ST  GLENPOOL OK 74033 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2494 | ROHR, MICHAEL | 4119 15TH AVE  ROCK ISLAND IL 61201 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2495 | ROJAS, DIANA | 9822 LINARES DR  HOUSTON TX 77078 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2496 | ROLFINGSMEIER, JOANN | 3436 QUEENS WAY  OWENSBORO KY 42301 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2497 | ROLLINGS, RALPH | 6002 PORTSMOUTH BLVD  PORTSMOUTH VA 23701 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2498 | ROMERO, PABLO | 4951 LANA DRIVE  LAS VEGAS NV 89121 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2499 | ROSADO-SERRANO, ANGEL RAFAEL | 114 HUNTINGTON ST  HARTFORD CT 06105 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2500 | ROSARIO, LUIS | 4 PROVIDENCE ST  WETHERSFIELD CT 06109 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2501 | ROSE, ELLA | 913 MOORINGS DR   COLORADO SPRINGS CO 80906 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2502 | ROSE, JAMES BRIAN | 391 COUNTY RD M  WILSON TX 79381 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2503 | ROSE, THERESA | 2918 E SHANGRI LA RD  PHOENIX AZ 85028 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2504 | ROSS ROA, LISA | 17025 STATE ROUTE 7 SOUTH  CROWN CITY OH 45623 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2505 | ROSS WILLIAMS, ANGELA | 6241 MAGNOLIA SPRINGS LANE  JACKSONVILLE FL 32258 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2506 | ROSS, WILLIE | 2715 BROOKHOLLOW DR  TYLER TX 75702 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2507 | ROTHENBERG, ARIEL | 5711 N AMES TERRACE  GLENDALE WI 53209 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2508 | ROTHENBERG, MARLA | 5711 N AMES TERRACE  GLENDALE WI 53209 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2509 | ROUSSEAU, LYLL | 3200 NW 28TH ST  OKLAHOMA CITY OK 73107 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2510 | ROVILLARD, FRED | 1012 MCKELVEY ROAD  CINCINNATI OH 45231 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2511 | ROYAL CUP COFFEE | P.O BOX 170971 0 BIRMINGHAM AL 35217 | CUSTOMER AGREEMENT |
| 2.2512 | ROYAL, DANNY | 245 LEATHER HINGE DRIVE  WILKESBORO NC 28697 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2513 | RUANO, JUAN | 904 NORTH GARDNER AVENUE  OKLAHOMA CITY OK 73127 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2514 | RUBENI, NKONGORO | 6519 MELODY LN, APT 219  DALLAS TX 75231 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2515 | RUBERTAS, BETH | 5933 N BELT ST  SPOKANE WA 99205 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2516 | RUBINSTEIN - PARENT ACCT | P.O. BOX 540 0 WEST CHESTER PA 19381 | CUSTOMER AGREEMENT |
| 2.2517 | RUBIO, MERARI | 1218 TOPPING AVE  KANSAS CITY MO 64126 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2518 | RUBLE, MARY | 45115 CO HWY 8  PITTSFIELD IL 62363 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2519 | RUEDY, DIANE | 8025 LINDER AVE  OAK LAWN IL 60459 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2520 | RUETHER, RICHARD | 9118 RIGGS LN APT A  OVERLAND PARK KS 66212 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2521 | RUNABOUT COURIERS | 2193-A. WEST KING STREET  COCOA FL 32926 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2522 | RUSHING, CHARVELLA | 4601 ANN FELTON WAY  SPENCER OK 73084 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2523 | RUSHING, KRISTI | 2908 SOUTH 1300 EAST  HAGERMAN ID 83332 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2524 | RUSS SNODGRASS | 119 E CRESTON AVE  DES MOINES IA 50315 | SALES COMPENSATION AGREEMENT AGREEMENT |
| 2.2525 | RUSSELL, BRANDY LASHA | 7456 MELYNNE TRACE  CANAL WINCHESTER OH 43110 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2526 | RUSSELL, CAROL | 71 N 4700 E  RIGBY ID 83442 | INDEPENDENT CONTRACTOR AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.2527 | RUSSELL, COLIN | 2113 LINDA LANE  DEL CITY OK 73115 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2528 | RUSSELL, JASON | 1007 BRINWOOD DR  SEFFNER FL 33584 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2529 | RUST, MICHELLE | 3176 N FARM RD 17  ASH GROVE MO 65604 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2530 | RUZ, CLAUDIO | 20 STELLA DRIVE  SPRING VALLEY NY 10977 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2531 | RYAN, BETH | 1222 32ND ST NW   CANTON OH 44709 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2532 | RYAN, LORI | 3452 MOLLY LN   BROOMFIELD CO 80023 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2533 | RYDER LAST MILE - MXD GROUP | 7795 WALTON PARKWAY 0 NEW ALBANY OHIO 43054 | CUSTOMER AGREEMENT |
| 2.2534 | S D PARAMED | 11563 COMPASS POINT DR N   SAN DIEGO CA 92126 | AGENT AGREEMENT |
| 2.2535 | S P RICHARDS | 6300 HIGHLANS PKWY SE 0 SMYRNA GA 30082 | CUSTOMER AGREEMENT |
| 2.2536 | S.A.F.E CO. | 368 SPRING ST   UNION NJ 7083 | AGENT AGREEMENT |
| 2.2537 | S.I.C. INDUSTRY | P.O. BOX 1236  RENTON WA 98057 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2538 | SADIQI, TAHIR | 2904 S DOGWOOD AVE  BROKEN ARROW OK 74012 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2539 | SAFEWAY-PARENT ACCT | 5918 STONERIDGE MALL ROAD 0 PLEASANTON CA 94588 | CUSTOMER AGREEMENT |
| 2.2540 | SAGE PUBLICATIONS | 2455 TELLER RD 0 NEWBURY PARK CA 91320 | CUSTOMER AGREEMENT |
| 2.2541 | SAINT AGNES MEDICAL CENTER | 1303 EAST HERNDON AVE 0 FRESNO CA 93720 | CUSTOMER AGREEMENT |
| 2.2542 | SAINT AGNES MEDICAL PROVIDERS - LQMG | 1221 E. SPRUCE AVE 0 FRESNO CA 93720 | CUSTOMER AGREEMENT |
| 2.2543 | SAKODIE, SAMUEL | 2632 LILY PARK DR  COLUMBUS OH 43219 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2544 | SALANDER, JOAN | 131 SIPES RD   FREEPORT PA 16229 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2545 | SALAS, ROBERT | 6644 SW PKWY  WICHITA FALLS TX 76310 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2546 | SALAWOU, JELILI | 104 HIGHLAND AVE  WINDSOR CT 06095 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2547 | SALAZAR III, FELIPE | 207 E LINGSTRUM  ROBSTOWN TX 78380 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2548 | SALAZAR, KENNY | 2743 DUTTON DR  DALLAS TX 75211 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2549 | SALEM CARRIERS | 175 CHARLOIS BLVD. 0 WINSTON SALEM NC 27103 | CUSTOMER AGREEMENT |
| 2.2550 | SALEM LEASING | 175 CHARIOS BLVD. 0 WINSTON SALEM NC 27103 | CUSTOMER AGREEMENT |
| 2.2551 | SALEM TOOLS, INC. | P.O. BOX 1509 0 SALEM VA 24153 | CUSTOMER AGREEMENT |
| 2.2552 | SALGADO, CARLOS | 127 FLORIDA AVE  PATERSON NJ 07503 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2553 | SALINAS, LESLIE | 1525 HOLCOMB BRIDGE RD APARTMENT B  NORCROSS GA 30071 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2554 | SALKIC, SANEL | 2616 SW 93RD ST  OKLAHOMA CITY OK 73159 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2555 | SALLS, ANTHONY | 3717 W 4TH ST  DULUTH MN 55807 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2556 | SAMBARRY TRUCKING LLC | 31 SUMMER ST  NORTHAMPTON MA 01060 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2557 | SAMETZ BLACKSTONE | 40 W NEWTON ST 0 BOSTON MA 02118 | CUSTOMER AGREEMENT |
| 2.2558 | SAMPSON, CHRISTINE | 22607 144 AVENUE   ROSEDALE NY 11413 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2559 | SAMUEL, ANASTASIA | 1310 E 58TH ST   FLATLANDS NY 11234 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2560 | SANCHEZ FAJARDO, MAYKEL | 5754 PRESTON VIEW BLVD   APT 2044  DALLAS TX 75240 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2561 | SANCHEZ, DARA | 8948 PARTRIDGE HILL ST   LAS VEGAS NV 89148 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2562 | SANCHEZ, JESSICA | 1108 FERN AVE #7  MCALLEN TX 78501 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2563 | SANCHEZ, JUAN F | 2416 BLANTON ST  DALLAS TX 75227 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2564 | SANCHEZ, KARLA | 13015 S 192 AVENUE   BUCKEYE AZ 85326 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2565 | SANCHEZ, YURY | 20707 CAMPHOR TREE   KATY TX 77449 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2566 | SANCHEZ-GUZMAN, ERIK | 936 DARK HORSE LANE  BUDA TX 78610 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2567 | SANDERFORD, JACQUELYNE | 2405 TALKING LEAVES CT   MOBILE AL 36695 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2568 | SANDERS, DAVID | 301 N 3RD ST  APT 8  ODESSA MO 64076 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2569 | SANDERS, JERRY D | 10008 E 68TH ST  RAYTOWN MO 64133 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2570 | SANDERS, SONYA | 726 SILVER SANDS DR   MEMPHIS TN 38018 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2571 | SANDERSON, JAMES | 1115 E JEWELL ST  SILOAM SPRINGS AR 72761 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2572 | SANS PEER | 250 DAVID COURT 0 CALVERTON NY 11933 | CUSTOMER AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.2573 | SANTIRZO, HELDRICH | 850 LEORA LANE  APT 1310  LEWISVILLE TX 75056 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2574 | SANTOS, MIA | 85 FAIRVIEW ST  LUDLOW MA 1056 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2575 | SARA LEE | P.O. BOX 901018 0 FORT WORTH TX 76101 | CUSTOMER AGREEMENT |
| 2.2576 | SARGENT MFG COMPANY | 100 SARGENT DRIVE 0 NEW HAVEN CT 06511 | CUSTOMER AGREEMENT |
| 2.2577 | SAWYER, MYRNA | 833 ASPEN PEAK LOOP APT 914  HENDERSON NV 89011 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2578 | SAXON, MARCIA | 120 CORRAL RD  BLOOMINGDALE GA 31302 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2579 | SAXOUR, LYNNETTE | 99 MARILLA RD  COLUMBUS OH 43207 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2580 | SCAIFE, DANTE | 424 WILD OAK DR  OFALLON MO 63368 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2581 | SCANDRETT, SINDY | 1409 TOWN COUNTRY DR  ATLANTA GA 30316 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2582 | SCHACHTER, SCOTT | 57 HILLARY FAIRFIELD CT 06825 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2583 | SCHADEWALD, WILLIAM | 3180 COBBLESTONE LANE  APT 5  SPRINGFIELD IL 62711 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2584 | SCHAFFER, GREG | 7950 BROADSTONE LOOP STE 202  TAMPA FL 33625 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2585 | SCHEFFLER, ERIC | 4721 WEASEL DR  NEW PRT RCHY FL 34653 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2586 | SCHLEVE, MISTY | 803 S WILBUR RD  SPOKANE WA 99206 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2587 | SCHMIDBAUER, DAVID | 2970 RABBS DRIVE  OOLOGAH OK 74053 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2588 | SCHMIDBAUER, MELISSA | 2970 E RABBS DRIVE  OOLOGAH OK 74053 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2589 | SCHMITZ & ASSOCIATES | 29350 PACIFIC COAST HWY STE 12 0 MALIBU CA 90265 | CUSTOMER AGREEMENT |
| 2.2590 | SCHNEIDER PARENT ACCOUNT | 3101 S PACKERLAND DR 0 GREEN BAY WI 54313 | CUSTOMER AGREEMENT |
| 2.2591 | SCHOBER, JAY | 1509 W BILLON AVE  SAINT LOUIS MO 63139 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2592 | SCHOELMAN, EDGAR | 2300 BRIAR WEST 3210  HOUSTON TX 77077 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2593 | SCHOOL CAB SERVICE LLC | 14606 LAKE SHORE BLVD  CLEVELAND OH 44110 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2594 | SCHROEDER, BONNIE | 620 COLLEGE CREST RD  WESTERVILLE OH 43081 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2595 | SCHULTZ, DENISE | 9910 SHOREBREAK LN APT 207  BERLIN MD 21811 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2596 | SCHUPACK, DORE | 8228 SOUTH COLLEGE AVE  TULSA OK 74137 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2597 | SCHUSTER, RICHARD | 5101 MERRIMAN RD  JACKSON MI 49201 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2598 | SCHWARTZ, DAWN | W 7352 CHEESE FACTORY RD   MAUSTON WI 53948 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2599 | SCHWARTZ, DAWN MARIE | W7566 SUMMIT RD  PLYMOUTH WI 53073 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2600 | SCL GROUP | ATTN:  ALEX ALFARO 0 LOS ANGELES CA 90045 | CUSTOMER AGREEMENT |
| 2.2601 | SCOTT COURIER SERVICES | 228 JOHNSTON RD  PITTSBURGH PA 15235 | AGENT AGREEMENT |
| 2.2602 | SCOTT GLADSTONE, ESQ. | 1244 BOYLSTON STREET STE 200 BROOKLINE MA 02467 | CUSTOMER AGREEMENT |
| 2.2603 | SCOTT MCDADE | 744 STREAMSIDE DRIVE  ARDEN NC 28704 | KEIP AGREEMENT |
| 2.2604 | SCOTT, AMANDA | 824 N APPLE ST  GREENWOOD AR 72936 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2605 | SCOTT, CHERI | P.O. BOX 111  BLUE MOUNTAIN AR 72826 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2606 | SCOTT, COURTNEY | 319 SYCAMORE ST  LEBANON TN 37087 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2607 | SCOTT, DARRELL | 10790 SHADOWRIDGE LN  CINCINNATI OH 45240 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2608 | SCOTT, DUANE | 354 LINDA DR  WASHINGTON NC 27889 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2609 | SCOTT, JAMIN | 824 E APPLE ST  GREENWOOD AR 72936 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2610 | SCOTT, ROBERTA BOBBI"" | 1041 TROTTERSWALK  BOGART GA 30677 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2611 | SCOTT, STEPHEN RADCLIFF | PO BOX 470  BOONES MILL VA 24065 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2612 | SCOTTON, PAM | 2616 SE 154TH AVE   PORTLAND OR 97236 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2613 | SCRIPTDROP | 1275 KINNEAR RD 0 COLUMBUS OH 43212 | CUSTOMER AGREEMENT |
| 2.2614 | SCRIPTFLEET/FLEETGISTICS | 2251 LYNX LANE SUITE 7 ORLANDO FL 32804 | CUSTOMER AGREEMENT |
| 2.2615 | SCULLY SPORTSWEAR, INC. | 1701 PACIFIC AVE 0 OXNARD CA 93033 | CUSTOMER AGREEMENT |
| 2.2616 | SDS GLOBAL LOGISTICS 6253 | 23-23 BORDEN AVE 0 LONG ISLAND CITY NY 11101 | CUSTOMER AGREEMENT |
| 2.2617 | SECURITAS - ADMIN SERVICES | 4330 PARK TERRACE DR 0 WESTLAKE VILLAGE CA 91361 | CUSTOMER AGREEMENT |
| 2.2618 | SEDLAR, GONCA | 23 CLUB RIDGE LANE  WILLINGBORO NJ 08046 | INDEPENDENT CONTRACTOR AGREEMENT |

# Schedule G

## Executory Contracts and Unexpired Leases

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.2619 | SEETARAM, STANLEY | 1263 FTELEY AVE   EAST BRONX NY 10472 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2620 | SEGOVIA, DANIEL | 8409 UVALDE AVE   LUBBOCK TX 79423 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2621 | SEGUJJA, ROBERT | 5451 85TH AVENUE #102 LANHAM MD 20706 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2622 | SEGURA, J GUADALUPE | 2009 SPANISH TRAIL  IRVING TX 75060 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2623 | SELDEN, RONALD | 35 WHITEMORE STREET  BROCKTON MA 02301 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2624 | SELECT EXPRESS & LOGISTICS | 55 W 39TH ST., 15TH FLOOR 0 NEW YORK NY 10018 | CUSTOMER AGREEMENT |
| 2.2625 | SELF, LYNNE | 115 SANDBOX LN   YORKTOWN VA 23692 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2626 | SELK, SUSAN | 6434 15TH AVE   DYSART IA 52224 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2627 | SELLERS, CHRISTOPHER | 9203 GRAND AVE  KANSAS CITY MO 64114 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2628 | SEMTECH | 200 FLYNN ROAD 0 CAMARILLO CA 93012 | CUSTOMER AGREEMENT |
| 2.2629 | SENDROWICZ, LUCY | 8263 WYANDOTTE CT   ELK GROVE CA 95624 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2630 | SENTINEL WAREHOUSING & DISTRIBUTION INC | 424 FAIRMAN CT  LEXINGTON KY 40511 | REAL ESSTATE LEASE AGREEMENT |
| 2.2631 | SENTRY DRUG CENTER #11 | 2466 EAST MAIN ST 0 LINCOLNTON NC 28092 | CUSTOMER AGREEMENT |
| 2.2632 | SERRANO RECINOS, MARICRUZ | 8040 ELROD ST  HOUSTON TX 77017 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2633 | SERRANO, HEATHER | 3645 N 52ND ST SUITE 3  LINCOLN NE 68504 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2634 | SERRANO, ISABEL | 240 E 61ST ST   HIALEAH FL 33013 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2635 | SERRANO, JILL | 827 NAVAJO TRAIL   WARRENTON MO 63383 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2636 | SESAY, LAMIN | 4303 57TH AVE # T2  BLADENSBURG MD 20710 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2637 | SESSION, DOROTHY | 1027 E LOOP 456 APT 806  JACKSONVILLE TX 75766 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2638 | SETTLE, DARLYN | 203 E CENTRAL   FEDERALSBURG MD 21632 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2639 | SEWELL, DONALD | 1336 LEXINGTON RD  LOUISVILLE KY 40204 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2640 | SHAFFER, RUSSELL | 1057 NEWTON AVE  ERIE PA 16511 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2641 | SHAHANI, MONICA | 160-40 95TH ST  HOWARD BEACH NY 11414 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2642 | SHALABI, THAER | 4101 NW EXPRESSWAY #6154  OKLAHOMA CITY OK 73116 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2643 | SHARPE (CW), SAMUEL | 31 SUMMER STREET  NORTHAMPTON MA 01060 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2644 | SHASTA COLLEGE | PO BOX 496006 0 REDDING CA 96049 | CUSTOMER AGREEMENT |
| 2.2645 | SHAW, KATHLEEN MARIE | 908 ROOSEVELT RD   EAST ROCHESTER NY 14445 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2646 | SHAW, SALLY | 3020 CLEVELAWN PL  COLUMBUS OH 43224 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2647 | SHAYAN EXPRESS, INC. | 805 CENTRAL DRIVE, APT 134  BEDFORD TX 76022 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2648 | SHEFFA LLC | 1015 S. 63RD AVE #4  PHOENIX AZ 85043 | REAL ESTATE LEASE AGREEMENT |
| 2.2649 | SHEIKH, GHULAM | 7850 NW 19TH CT  PEMBROKE PNES FL 33024 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2650 | SHELDON, SARA | 1168 SCHEURING ROAD   DE PERES WI 54115 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2651 | SHELL, LATOYA | 15420 LIVINGSTON AVENUE   TAMPA FL 33559 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2652 | SHERASHENKOV, BORIS | 4215 224TH  AVE NE  EAST BETHEL MN 55011 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2653 | SHERWINN WILLIAMS PARENT ACCOUNT | 1390 E 9TH ST 0 CHICO CA 95928 | CUSTOMER AGREEMENT |
| 2.2654 | SHIPFUSION | 1870 INTERNATIONALE BLVD 0 GLENDALE HEIGHTS IL 60139 | CUSTOMER AGREEMENT |
| 2.2655 | SHOOBOW, IBRAHIM | 4818 BLUEBIRD CT APT A  RALEIGH NC 27606 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2656 | SHOUK, ELFATIH | 9012 PSTTERSON AVE APT 37  RICHMOND VA 23229 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2657 | SHOWERS, CHARLES | PO BOX 6278  FULTON MO 65251 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2658 | SHREVE CRUMP & LOW | 39 NEWBURY ST 0 BOSTON MA 02116 | CUSTOMER AGREEMENT |
| 2.2659 | SHRXM JV, LLC-THRIVE PHARMA | 5425 W. SPRINGCREEK PARKWAY #190 0 PLANO TX 75024 | CUSTOMER AGREEMENT |
| 2.2660 | SHULER, RICKEY | 1507 MISTY SKY DR  HENDERSON NV 89052 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2661 | SHUMAKER, ANNE MARIE | 2871 GEORGES LANDING RD   GOOCHLAND VA 23063 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2662 | SIAWOR, HENRY | 15 ADNA ROAD  BRISTOL CT 06010 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2663 | SIDIBE, BOUBACAR | 6842 KENBYRNE CT  CINCINNATI OH 45239 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2664 | SIDIBE, MAMADOU | 9500 SHANNON GREEN DR APT K  CHARLOTTE NC 28213 | INDEPENDENT CONTRACTOR AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.2665 | SIERRA CENTRAL CREDIT UNION | 820 PLAZA WAY 0 YUBA CITY CA 95991 | CUSTOMER AGREEMENT |
| 2.2666 | SIERRA INTERIOR SOLUTIONS INC. | 7500 OLD US HWY 395 N  WASHOE VALLEY NV 89704 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2667 | SIERRA PACIFIC INDUSTRIES | 19794 RIVERSIDE AVE. 0 ANDERSON CA 96007 | CUSTOMER AGREEMENT |
| 2.2668 | SIIMER, DENIS | 18184 E LAKE AVE  AURORA CO 80016 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2669 | SIKES, CHRISTOPHER J | 2000 LATHAN LANE  TAYLOR TX 76574 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2670 | SILIEZAR, CRISTIAN | 5438 WALNUT GROVE DR.  AUSTIN TX 78744 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2671 | SILVA, LIDIA | 1712 WINDSONG LN  IRVING TX 75060 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2672 | SILVA, OLGA JANET | 7515 LAREDO ST  HOUSTON TX 77020 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2673 | SILVER & ARSHT | 1860 BRIDGEGATE ST 0 WESTLAKE VILLAGE CA 91361 | CUSTOMER AGREEMENT |
| 2.2674 | SILVER OFFICE | 777 KENT AVE SUITE232 BROOKLYN NY 11205 | CUSTOMER AGREEMENT |
| 2.2675 | SILVERMAN TRYKOWSKI ASSOCIATES, INC | 125 BROAD ST 7TH FLOOR WEST BOSTON MA 02110 | CUSTOMER AGREEMENT |
| 2.2676 | SIMMONS, SHERRY | 2738 GREGGIN DR  ROANOKE VA 24012 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2677 | SIMPSON, PATRICIA | 2008 SAN SUS DR  WEST COLUMBIA SC 29170 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2678 | SINGER EDITIONS LLC | PO BOX 380208 0 EAST HARTFORD CT 06138-0208 | CUSTOMER AGREEMENT |
| 2.2679 | SINGH, GURDEEP | 7111 181ST ST E  PUYALLUP WA 98375 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2680 | SINGH, MANJIT | 3654 ROCK HOUSE RD  SACHSE TX 75048 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2681 | SINGH, PARDEEP | 1228 CHRISTOPHER LANE  LEWISVILLE TX 75077 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2682 | SINGO, DAVID | 604 FERN AVE   LONG ISLAND ME 4050 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2683 | SISKIYOU CO HEALTH | 806 S MAIN ST. 0 YREKA CA 96097 | CUSTOMER AGREEMENT |
| 2.2684 | SIX NEW YORK APARTMENTS | 5402 N 1ST STREET  ABILENE TX 79603 | REAL ESTATE LEASE AGREEMENT |
| 2.2685 | SKJ TRANSPORTATION, LLC | 64 COUNTRY CLUB DR  WHITINSVILLE MA 01588 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2686 | SKJONBERG CONTROLS, INC. | 1363 DONLON ST STE 6 0 VENTURA CA 93003 | CUSTOMER AGREEMENT |
| 2.2687 | SKURKA AEROSPACE INC. | 4600 CALLE BOLERO 0 CAMARILLO CA 93012 | CUSTOMER AGREEMENT |
| 2.2688 | SKYWORKS | 2427 W. HILLCREST DR 0 NEWBURY PARK CA 91320 | CUSTOMER AGREEMENT |
| 2.2689 | SLAKEY BROTHERS | 1200 INDUSTRIAL ST 0 REDDING CA 96002 | CUSTOMER AGREEMENT |
| 2.2690 | SLATER, CARL DAVID | 6825 MERIDIAN ROAD  BANNISTER MI 48807 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2691 | SLAUGHTER, GEORGE | 1976 E GLOUCESTER ST  BOISE ID 83706 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2692 | SLAUGHTER, NATHANIEL | 3039 S CANTRELL  BOISE ID 83716 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2693 | SLAUGHTER, TIFFANY | 10400 E 87TH ST  RAYTOWN MO 64138 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2694 | SLEDGE, EMILY | 160 INDIGO LN  CALERA AL 35040 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2695 | SMALL, DARLENE | 3336 HIGH PINE CHURCH ROAD   ASHEBORO NC 27205 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2696 | SMITH DRUG | PO BOX 1779 0 SPARTANBURG SC 29304 | CUSTOMER AGREEMENT |
| 2.2697 | SMITH LABOR SERVICES LLC | 10605 EAST 67TH STREET  TULSA OK 74133 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2698 | SMITH, ALPHONSO | 3710 PAGE BLVD  SAINT LOUIS MO 63113 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2699 | SMITH, CATHY | 450 LAKES TRACE  FAIRBIRN GA 30213 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2700 | SMITH, DANA | 9223 THOROUGHBRED RUN  FAIRHOPE AL 36532 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2701 | SMITH, DEANGELO | 1209 RIO VERDE DR  DESOTO TX 75115 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2702 | SMITH, KAVANSA | 4600 BLACKBERRY PATCH ROAD  RICHMOND VA 23231 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2703 | SMITH, LISA MARIE | 540 LAKESHORE DR  CHAPIN SC 29036 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2704 | SMITH, RUTHENIA | 711 ARCHERS LANE  COLUMBIA SC 29212 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2705 | SMITH, SAMUEL | 301 SUNSET BLVD.  HEWITT TX 76643 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2706 | SMITH, SHARON | 5220 DE LAKEFRONT LN W   SAINT JOSEPH MO 64504 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2707 | SMITH, SHERRI | 1326 ANTHONY DR APT B  HAYS KS 67601 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2708 | SMITH, TERENCE | 2801 W 84TH PL  CHICAGO IL 60652 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2709 | SMITH, VICTORIA | 122 GRAYBAR DR   NORTH PLAINFIELD NJ 7062 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2710 | SNAP CREATIVE MANUFACTURING, INC. | 1040 FLYNN RD STE 201 0 CAMARILLO CA 93012 | CUSTOMER AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.2711 | SNELL, DAVID | P.O. BOX 879  LOCUST GROVE OK 74352 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2712 | SNELL, SAMUEL | 1936 RED QUARTZ DR  RALEIGH NC 27610 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2713 | SNIPE, WALTER | 1738 CLIFFVIEW  CLEVELAND OH 44112 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2714 | SNOW, BART | 2844 SHERWOOD RD  COLUMBUS OH 43209 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2715 | SNYDER, DOROTHY DOTTIE | 502 EAST CENTER STREET  NORTH LIBERTY IN 46554 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2716 | SODA STREAM USA, INC. | 136 GAITHER DRIVE, SUITE 200 0 MT. LAUREL NJ 08054 | CUSTOMER AGREEMENT |
| 2.2717 | SODIYA, OLATUNDE | 7201 NW 122ND APT 5203  OKLAHOMA CITY OK 73142 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2718 | SOHN, STEVE | 525 EAST MARKET ST  WASHINGTN C H OH 43160 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2719 | SOLANO, MARTHA | 2416 N. 75TH COURT  ELMWOOD PARK IL 60707 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2720 | SOLBERG, PATRICIA | 4858 E ROYAL DR  POST FALLS ID 83854 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2721 | SOLIS SOLUTIONS LLC | PO BOX 1666 0 CAMARILLO CA 93012 | CUSTOMER AGREEMENT |
| 2.2722 | SOLIS, RUPERTO | 7920 N CALDWELLS APT#  19  NILES IL 60714 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2723 | SOMASEKHAR, ARJI | 1413 TRENTON DR  EDMOND OK 73012 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2724 | SOMERVILLE, CHARLENA | PO BOX 1421  CHESTERFIELD VA 23832 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2725 | SOMERVILLE, SCARLETTE | 205 GANYARD FARM WAY  DURHAM NC 27703 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2726 | SOONER WHOLESALER FLORIST INC. | 625 N. MACARTHUR BLVD SUTIE 500 0 OKLAHOMA CITY, OK OK 73127 | CUSTOMER AGREEMENT |
| 2.2727 | SORIANO, MARBEL | 3027 E 21ST ST  BROWNSVILLE TX 78521 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2728 | SOSA PEREZ, ANGEL | 2479 DEER RUN, APT 1115  LEWISVILLE TX 75067 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2729 | SOTELO, GERARDO | 9726 FOREST LN, APT 3517  DALLAS TX 75243 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2730 | SOULE, AMY | 40975 COUNTY ROAD 358  PAW PAW MI 49079 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2731 | SOUND CREDIT UNION | 1331 BROADWAY 0 TACOMA WA 98401 | CUSTOMER AGREEMENT |
| 2.2732 | SOUTHSIDE BANK | 7800 WHITE SETTLEMENT RD 0 FORT WORTH TX 76108 | CUSTOMER AGREEMENT |
| 2.2733 | SOUTHSIDE PHARMACY | 7700 MAIN STREET 0 HOUSTON TX 77030 | CUSTOMER AGREEMENT |
| 2.2734 | SOUZA, MARILDO | 8935 S QUARRY STONE WAY  SANDY UT 84094 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2735 | SOW, DJIBRIL | 6352 MONTGOMERY RD  # B9  CINCINNATI OH 45213 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2736 | SOW, SILEYMANE | 3738 ESQUIRE DR  CANAL WINCHESTER OH 43110 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2737 | SOWAH, EMMANUEL A | 2231 SOPHIE LANE  ARLINGTON TX 76010 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2738 | SPACES BY JULIANA | 541 HULL AVE 0 SAN JOSE CA 95125 | CUSTOMER AGREEMENT |
| 2.2739 | SPANGENBERG, KATHERINE | 124 SOUTH LAKE RD  LESLIE MO 63056 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2740 | SPARKS, MARK | 925 WILMINGTON AVE APT A  DAYTON OH 45420 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2741 | SPARKS, SHAWN T | 216 RITA ST  DAYTON OH 45404 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2742 | SPARLIN, MISTY | 1013 W PEARL ST  COLLINSVILLE OK 74021 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2743 | SPECIALIZED COURIER SERVICE INC. | 27192 DEQUINDRE  WARREN MI 48092 | AGENT AGREEMENT |
| 2.2744 | SPECIALIZED DELIVERY SERVICE, INC. | PO BOX 10097  SPOKANE WA 99209 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2745 | SPECTRA LABS | 525 SYCAMORE DR 0 MILPITAS CA 95035 | CUSTOMER AGREEMENT |
| 2.2746 | SPECTRAGRAPHICS | 4 BRAYTON COURT 0 COMMACK NY 11725 | CUSTOMER AGREEMENT |
| 2.2747 | SPENCER GIFTS-SPIRIT PARENT ACCT | 6828 BLACK HORSE PIKE 0 EGG HARBOR TWP NJ 8234 | CUSTOMER AGREEMENT |
| 2.2748 | SPENCER SAVINGS BANK | 611 RIVER DRIVE 0 ELMWOOD PARK NJ 07407 | CUSTOMER AGREEMENT |
| 2.2749 | SPENCER, DEBBIE | 8929 CHAGRIN DR STE 108  CORNELIUS NC 28031 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2750 | SPENCER, WILLOW | 301 COUNTY RD1675  JEROMESVILLE OH 44840 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2751 | SPITLER, KASSANDRA | 9933 E HASKETT LN  DAYTON OH 45424 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2752 | SPOHR, AMANDA | 2441 IL-26  FREEPORT IL 61032 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2753 | SPRINGLEAF GENERAL SERVICES CORPORATION | 601 NW SECOND ST. P.O. BOX 59 EVANSVILLE IN 47701 | CUSTOMER AGREEMENT |
| 2.2754 | SPRINGLI, JOSEPH | 1100 CANON YEOMANS TRAIL  AUSTIN TX 78748 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2755 | SPROUT**GIGGLE | 1828 UNION ST. 0 SAN FRANCISCO CA 94123 | CUSTOMER AGREEMENT |
| 2.2756 | ST GERMAIN, MARIE FRANTZ | 6436 SW 22ND ST  MIRAMAR FL 33023 | INDEPENDENT CONTRACTOR AGREEMENT |

# Schedule G

Executory Contracts and Unexpired Leases

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.2757 | STAN KOCH & SONS TRUCKING | 2230 ENERGY PARK DRIVE 0 ST. PAUL MN 55108 | CUSTOMER AGREEMENT |
| 2.2758 | STANDARD REGISTER | C/O CASS INFORMATION SYSTEMS P.O. BOX 67 ST. LOUIS MO 63166-0067 | CUSTOMER AGREEMENT |
| 2.2759 | STANLEY, BARBARA | 906 HUDNELL ST  WASHINGTON NC 27889 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2760 | STANLEY, EDMOND | 1918 AVON ROAD  ROANOKE VA 24015 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2761 | STANLEY, ERIC | 1918 AVON RD   GRANDIN ROAD VA 24015 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2762 | STANLEY, FRED | 6905 N 107TH PLZ LOT 21  OMAHA NE 68122 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2763 | STAPLES, INC. | PO BOX 9266 0 FRAMINGHAM MA 01701 | CUSTOMER AGREEMENT |
| 2.2764 | STASKIEWICZ, LYNN | 2116 DELAFIELD ST  WAUKESHA WI 53188 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2765 | STAT ELECTRONIC BILLING | 2801 TOWNSGATE RD STE 335 0 WESTLAKE VILLAGE CA 91361 | CUSTOMER AGREEMENT |
| 2.2766 | STATE OF NEVADA AGENCY PARENT ACCT. | 1470 COLLEGE PARKWAY 0 CARSON CTY NV 89706 | CUSTOMER AGREEMENT |
| 2.2767 | STATEN, CHRISTINE | 6118 W TAPESTY LANE   HERRIMAN  UT 84096 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2768 | STATON, TATYANA VICTOROVNA | 984 E BUCKINGHAM DR  BLOOMINGTON IN 47401 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2769 | STEEBY, GEOFFREY | 11470 GRAND RIVER DR SE  LOWELL MI 49331 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2770 | STEFURA ASSOCIATES INC | 77 NORTH WASHINGTON STREET 0 BOSTON MA 02114 | CUSTOMER AGREEMENT |
| 2.2771 | STELLAR MICRO-ELECTRONICS | 28454 LIVINGSTON AVE 0 VALENCIA CA 91355 | CUSTOMER AGREEMENT |
| 2.2772 | STEPHEN SULLIVAN | 9014 PHEASANT TRACE CT  HOUSTON TX 77064 | SALES COMPENSATION AGREEMENT AGREEMENT |
| 2.2773 | STEPHENS, GARRY | 5621 NW 62ND STREET  OKLAHOMA CITY OK 73122 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2774 | STEPHENS, JAMES | 3601 FREDRICK STREET  SHREVEPORT LA 71109 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2775 | STETSON COURIER | 1767 LAKEWOOD RANCH BLVD # 269  BRADENTON FL 34211 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2776 | STEVENS, ROGER | 4445 ZENITH AVE S.  MINNEAPOLIS MN 55410 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2777 | STEVENS, TERI | 411 ASHWOOD AVE   BISMARCK ND 58504 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2778 | STEVENS, VALERIE B. | 1530 SINCLAIR DR   DUPONT WA 98327 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2779 | STEVENSON, DANIEL | 500 TRIPOLI ST APT 112  PITTSBURGH PA 15212 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2780 | STEWARD, JOI DANIELLE | 46441 JONATHAN CIRCLE  APT 202  SHELBY TWP MI 48317 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2781 | STEWART, BRADLEY | 2348 W PARK PLACE  OKLAHOMA CITY OK 73107 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2782 | STEWART, DAVID | 111 EAST 7TH STREET  LIVINGSTON TN 38570 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2783 | STEWART, LYDIA | 101 MARKSWOOD DR  SIMPSONVILLE SC 29681 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2784 | STEWART, RODRICK | 6154 WINCANTON DRIVE  SHREVEPORT LA 71129 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2785 | STOKES-MOORE, DOREATHA COOKIE"" | 43 FOMALHAUT AVE  WASHINGTON TOWNSHIP NJ 8012 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2786 | STONE SIFER & CHONG | 6351 OWESMOUTH AVE STE 100 WOODLAND HILLS CA 91367 | CUSTOMER AGREEMENT |
| 2.2787 | STONE, BRADLEY | 9537  PERRY  OVERLAND PARK KS 66212 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2788 | STONE, CHRISTOPHER | 1804 MO-125  ROGERSVILLE MO 65742 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2789 | STONEMAN FABRICATIONS, INC | 83 37TH AVE 0 SAN MATEO CA 94403 | CUSTOMER AGREEMENT |
| 2.2790 | STONER, TERESA | 811 E ELM AVE  LINDENWOLD NJ 8021 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2791 | STONETOWN LOGISITCS | P.O. BOX 4058 0 WAYNE NJ 07474 | CUSTOMER AGREEMENT |
| 2.2792 | STONEWATER PROPERTIES SUNBELT INC | 417 SUN BELT DRIVE, SUITE I AND J  CORPUS CHRISTI TX 78408 | REAL ESTATE LEASE AGREEMENT |
| 2.2793 | STRANG, JACQUELINE | 5920 NW 98TH ST   JOHNSTON IA 50131 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2794 | STREAMLINE TRANSPORT SERVICES LLC | 18 CORPORATE CIR   EAST SYRACUSE NY 13057 | AGENT AGREEMENT |
| 2.2795 | STREHLOW, TAMMY | NORTH 2396 DOERING DRIVE   MERRILL WI 54452 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2796 | STREITENBERGER, CHARLES | 10646 LARKWOOD  CORPUS CHRISTI TX 78410 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2797 | STRICKLAND, THERESA | 3661 AIRPORT BLVD APT 339  MOBILE AL 36608 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2798 | STRINGER, KRISHNA RENEE | 3029 ST. VINCENT AVE  ST. LOUIS MO 63104 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2799 | STRINGER, KYLE | 28474 E 121ST STREET SOUTH  COWETA OK 74429 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2800 | STRINGER, REGINALD | 5590 ROWETA ROAD  COLLEGE PARK GA 30349 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2801 | STRONG, ELIZABETH | 298 VAUGHT RD  WINCHESTER KY 40391 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2802 | STUBBENDECK, DONNA | 321 S 52ND  LINCOLN NE 68506 | INDEPENDENT CONTRACTOR AGREEMENT |

# Schedule G

Executory Contracts and Unexpired Leases

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.2803 | STUDNIARZ, DEBRA | 910 W EUCLID AVE STE 205 ARLINGTON HEIGHTS IL 60005 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2804 | STULL, JAMES | 6509 24TH AVE S TAMPA FL 33619 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2805 | SUAREZ TAMAYO, YORDIS | 2302 NORMANDY DR IRVING TX 75060 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2806 | SUAREZ, AMANDA | 136 YUMA DR. FRITCH TX 79036 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2807 | SUAZO PERDOMO, ERIKA | 2511 MARY THISTLE DR SPRING TX 77373 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2808 | SUBBIAH DESIGN | 31 TUFTS ST #2 CAMBRIDGE MA 02138 | CUSTOMER AGREEMENT |
| 2.2809 | SUBLET, APRIL | 14350 E 540 RD CLAREMORE OK 74019 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2810 | SUCHYTA, MAUREEN | 8036 PIEDMONT TROY IL 62294 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2811 | SULIMAN, AHMED | 8531 ALDEBURGH DRIVE RICHMOND VA 23294 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2812 | SULLIVAN LUMP, ALLEN | 517 N. CLEVELAND AVE SAND SPRINGS OK 74063 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2813 | SULLIVAN, ALLEN | 517 N. CLEVELAND AVE SAND SPRINGS OK 74063 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2814 | SUMMERS, JUSTIN | 3366 SCHMICKLE ROAD MARION IA 52302 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2815 | SUMPTER, PRISCILLA | 147 RULER LN HOLLY HILL SC 29059 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2816 | SUNTRUST | 800-888-9982 0 ATLANTA GA 30308 | CUSTOMER AGREEMENT |
| 2.2817 | SUSAN SPARKS | 4378 PEBBLE BEACH ROAD ROCKLIN CA 95765 | SALES COMPENSATION AGREEMENT AGREEMENT |
| 2.2818 | SUTHERLAND, ANTHONY | 4006 DRYDEN AVE SAINT LOUIS MO 63115 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2819 | SUTTERFIELD, RON | 8 JOANNA PLACE SWANSEA IL 62226 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2820 | SVN/WACB INC | 6200 SEAGULL ST NE STE A ALBUQUERQUE NM 87109 | REAL ESSTATE LEASE AGREEMENT |
| 2.2821 | SVOBODA, MELINDA | 4287 THORNHILL LANE VADNAIS HEIGHTS MN 55127 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2822 | SWAN, LAURA | 2905 LAKESHORE DR AUGUSTA KS 67010 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2823 | SWANK, KAREN | 9175 HARKNESS DR WEST JORDAN UT 84088 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2824 | SWIFT, SHEILA | 10748 263RD ST CLEAR LAKE IA 50428 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2825 | SWINDELL, CLIFTON | 3209 WALTON RD TYLER TX 75701 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2826 | SYKES, LARIE | 16342 N GLADE DR HOUSTON TX 77073 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2827 | SYNOVUS | 1111 BAY AVENUE COLUMBUS GA 31901 | CUSTOMER AGREEMENT |
| 2.2828 | SYSCO | 22820 54TH AVE S 0 KENT WA 98032 | CUSTOMER AGREEMENT |
| 2.2829 | SYSCO FOOD SERVICES | 3100 STURGIS RD 0 OXNARD CA 93030 | CUSTOMER AGREEMENT |
| 2.2830 | TADLOCK, TERRY | 3995 KINGSWAY DRIVE KEVIL KY 42053 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2831 | TANNER, GERALD | 308 TANNER DRIVE METROPOLIS IL 62960 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2832 | TAOS HEALTH SYSTEMS | 1397 WEIMER ROAD LABORATORY TAOS NM 87571 | CUSTOMER AGREEMENT |
| 2.2833 | TASC, INC | 2234 N. 7TH ST. SUITE F PHOENIX AZ 85006 | CUSTOMER AGREEMENT |
| 2.2834 | TATUM ALYSE | 13817 B MAUGANSVILLE RD P.O. BOX 248 MAUGANSVILLE MD 21767 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2835 | TATYANA KOCHUBEY | 329 MILWAUKEE BLVD S PACIFIC WA 98047 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2836 | TAVERA-MARTINEZ, FRANCISCO | 2100 CRESTON AVE 3B BRONX NY 10453 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2837 | TAYLOR, CHIP | 809 TALBOT ST BELPRE OH 45714 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2838 | TAYLOR, HELEN | 107 FLORALWOOD WAY PELZER SC 29669 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2839 | TAYLOR, LISA | 5511 WALNUT LANE LITHONIA GA 30038 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2840 | TAYLOR, MICHAEL | 100 VERMILLION DRIVE COLUMBIA SC 29209 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2841 | TAYLOR, MICHAEL (MO) | 1080 VERLENE DR FLORISSANT MO 63031 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2842 | TAYLOR, MICHELE | 8985 S DURANGO DR #1008 LAS VEGAS NV 89113 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2843 | TAYLOR, NICOSHIA | 3940 BERNICE AVE MACON GA 31204 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2844 | TAYLOR, STANLEY | 2237 HERTFORD DR COLUMBIA SC 29210 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2845 | TECHNICOLOR VIDEO SERVICES | 3175 MISSION OAKS BLVD MICHELLE 909-974-22 OPT#2 CAMARILLO CA 93012 | CUSTOMER AGREEMENT |
| 2.2846 | TECOM INDUSTRIES | 375 CONEJO RIDGE AVE 0 WESTLAKE VILLAGE CA 91361 | CUSTOMER AGREEMENT |
| 2.2847 | TED R. DAVIS LLC. | 4021 WILL ROGERS PARKWAY OKLAHOMA CITY OK 73108 | REAL ESTATE LEASE AGREEMENT |
| 2.2848 | TEDDER-ROCHELLE, MARILYN | 11351 CLUBHAVEN PL #100 RALEIGH NC 27617 | INDEPENDENT CONTRACTOR AGREEMENT |

# Schedule G

## Executory Contracts and Unexpired Leases

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.2849 | TELEEMG-CLOUDEMG | 170 NORTH POINSETTTIA PLACE 0 LOS ANGELES CA 90036 | CUSTOMER AGREEMENT |
| 2.2850 | TELLEZ DE STIRK, MARGARITA | 1402 E WESCOTT DR   PHOENIX AZ 85024 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2851 | TELSEN CORPORATION | 52 WOODBINE ST 0 BERGENFIELD NJ 07621 | CUSTOMER AGREEMENT |
| 2.2852 | TENACITY EXPRESS LLC | 41 BOORAEM AVE  JERSEY CITY NJ 07307 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2853 | TERPLAK, KATRINA | 333 W MAIN ST   MT PLEASANT PA 15666 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2854 | TERRELL GUY | 1487 FOX RIDGE CT  ARNOLD MO 63010 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2855 | TERRY, CRYSTAL | 930 HANNOVER CIRCLE  STOCKBRIDGE GA 30281 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2856 | TESSO, MARK | 1052 BIRCH CT  CRESTLINE OH 44827 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2857 | TESTEQUITY -- PARENT ACCT | 6100 CONDOR DR 0 MOORPARK CA 93021 | CUSTOMER AGREEMENT |
| 2.2858 | TEXAS BANK & TRUST | P.O. BOX 3188 0 LONGVIEW TX 75606 | CUSTOMER AGREEMENT |
| 2.2859 | TEXAS CAPITAL BANK | 2350 LAKESIDE BOULEVARD SUITE 800 RICHARDSON TX 75082 | CUSTOMER AGREEMENT |
| 2.2860 | THAKOR, JAGDISH R. | 1918 OAKLINE DRIVE  SAN ANTONIO TX 78232 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2861 | THARP, MARK | 31506 CHERRY HILL RD  GARDEN CITY MI 48135 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2862 | THE HARDWARE QUEEN | 4522 E ANDOVER AVE   CASTLE ROCK CO 80104 | AGENT AGREEMENT |
| 2.2863 | THE INTERSECT GROUP, LLC | 10 GLENLAKE PARKWAY N.E. SUITE 300 SOUTH TOWER ATLANTA GA 30328 | STAFFING AGENCY AGREEMENT |
| 2.2864 | THE JAY GROUP | 1450 ATLANTIC AVE 0 ROCKY MOUNT NC 27801 | CUSTOMER AGREEMENT |
| 2.2865 | THE M. COURIER COMPANY, LLC DBA THE COURIER COMPANY | 4242 AIRPORT ROAD  CINCINNATI OH 45226 | AGENT AGREEMENT |
| 2.2866 | THE SCREENING OUTLET, LLC | P.O. BOX 332   KENTLAND IN 47951 | AGENT AGREEMENT |
| 2.2867 | THERMOFISHER SCIENTIFIC | CLIENT CODE FSCOUS   PO BOX 61050 0 FORT MYERS FL 33906 | CUSTOMER AGREEMENT |
| 2.2868 | THOESEN, WILLIAM | 7205 NICHOLAS BROOKS CT  NEW WINDSOR NY 12553 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2869 | THOMAS LEE PREDDY | 14435 SHIRLEY CIRCLE  OMAHA NE 68144 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2870 | THOMAS, ANTWOIN | 508 STRATTON CT  GOOSE CREEK SC 29445 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2871 | THOMAS, BARBARA | 4407 RUPPRECHT RD   VASSAR MI 48768 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2872 | THOMAS, TAMARA | 4270 NEW HOPE RD  PELHAM GA 31779 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2873 | THOMPSON, CARREY | 1921 10TH AVENUE  CANYON TX 79015 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2874 | THOMPSON, CASEY MICHELLE | 11290 N PHILBIN RD.   POCATELLO ID 83202 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2875 | THOMPSON, DEBRA | 23778 LEE HIGHWAY  BUCHANAN VA 24066 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2876 | THOMPSON, KENNETH | 3333 E 37TH STREET APT 1  TULSA OK 74135 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2877 | THOMSON, SHAROLYN | 7655 WOODLAWN DRIVE APT 304  MOUNDS VIEW MN 55112 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2878 | THUNDERBIRD EXPRESS | 68 CAM CABO   SANTA FE NM 87508 | AGENT AGREEMENT |
| 2.2879 | THURSTON, KATHLEEN | 1501 BEACON ST  APT 3  CINCINNATI OH 45230 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2880 | TIFFANY'S | PO BOX 78000 DEPT 78602 DETROIT MI 48278-0602 | CUSTOMER AGREEMENT |
| 2.2881 | TIGER TECHNOLOGY SOLUTIONS | 1300 BRISTOL STREET NORTH SUITE 100 NEWPORT BEACH CA 92660 | CUSTOMER AGREEMENT |
| 2.2882 | TIJERINA, VITO | 1530 OLD LOCKHART RD   BUDA TX 78610 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2883 | TIMBERLINE CONSTRUCTION | 300 PINE STREET 0 CANTON MA 02021 | CUSTOMER AGREEMENT |
| 2.2884 | TIMIOS, INC. | 5716 CORSA AVE STE 102 0 WESTLAKE VILLAGE CA 91362 | CUSTOMER AGREEMENT |
| 2.2885 | TIMMONS, TAWANNA | 1593 W 10TH ST  JACKSONVILLE FL 32209 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2886 | TIMOTHY FANNON | 1981 SUMTER ST NW  ATLANTA GA 30318 | SALES COMPENSATION AGREEMENT AGREEMENT |
| 2.2887 | TINNEY, EVAN RAY | 1305 GR 3118  POYNOR TX 75782 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2888 | TJ'S COURIER | 3609 PALOMINO DR N   MANDAN ND 58554 | AGENT AGREEMENT |
| 2.2889 | TMI - TYLER OPEN MRI | 1904 E. SOUTHEAST LOOP 233 0 TYLER TX 75701 | CUSTOMER AGREEMENT |
| 2.2890 | TOBLER, STEPHEN | 1945 SAVOY DR. #5310  ATLANTA GA 30341 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2891 | TODD, JOHN | 7001 W 65TH TERRACE  OVERLAND KS 66202 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2892 | TOLLEFSON, GRETCHEN | 1872 N 176TH CT  OMAHA NE 68118 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2893 | TOM MOSER, ATTY AT LAW | 5707 CORSA AVE STE 106 0 WESTLAKE VILLAGE CA 91362 | CUSTOMER AGREEMENT |
| 2.2894 | TOMPKINS, RUSSELL | 102 WILSON DR   CENTERVILLE GA 31028 | INDEPENDENT CONTRACTOR AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.2895 | TONGAY, JANUARY | 911 N. GROVER ST APT 1  LIBERTY MO 64068 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2896 | TOP FLIGHT TRANSPORTATION | 7305 BUDDING COURT  CHARLOTTE NC 28227 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2897 | TORRES, ANDREA | 2755 ARROW HWY STE 74  LA VERNE CA 91750 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2898 | TORRES, IRENE | 8467 ZINNIA WAY  ELK GROVE CA 95624 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2899 | TORRES, MARCOS | 5455 TIMBER CREEK PL DR APT#308  HOUSTON TX 77084 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2900 | TORRES, RANDY | 19503 ENCINO SPUR  SAN ANTONIO TX 78259 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2901 | TOSTA, SCOTT | 39 GAMMA AVE  GUILFORD CT 06437 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2902 | TOTAL STRUCTURES | 1696 WALTER ST 0 VENTURA CA 93003 | CUSTOMER AGREEMENT |
| 2.2903 | TOURVILLE, PAULINE | 17 AMBERLY DR  ST PETERS MO 63376 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2904 | TOUTAL SERVICES | 5125 MIDDLESEX ST  DEARBORN MI 48126 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2905 | TOVAR, SARA | 219 E 3RD ST  SEAFORD DE 19973 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2906 | TOWNSEND, DAVID | 20563 W. HAMPTON AVE  SOUTHFIELD MI 48075 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2907 | TOWNSEND, JENNIFER | 112 S OAK ST  HARROD OH 45850 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2908 | TOYOTA  MOTOR CREDIT CORPORATION | P.O.  BOX 3457, TORRANCE, CA 90510 | EQUIPMENT LEASE |
| 2.2909 | TRADITION BREAKERS INTERNATIONAL, LLC | 18648 REVERE ST.  DETROIT MI 48234 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2910 | TRANS SOLUTIONS | PO BOX 1006  HUDSON NC 28638 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2911 | TRAYAL, RENEE | 18521 EMERALD FOREST DR  NEW CANEY TX 77357 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2912 | TRAYAL, WILLIAM | 18521 EMERALD FOREST  NEW CANEY TX 77357 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2913 | TRI MEDS SVCS | PO BOX 11489  BOZEMAN MT 59719 | AGENT AGREEMENT |
| 2.2914 | TRIAD GUARANTY CORPORATION | 101 SOUTH STRATFORD RD GA ATL 0477 WINSTON SALEM NC 27104 | CUSTOMER AGREEMENT |
| 2.2915 | TRICKEL (CHICAGO), DONALD | 396 S MADISON  BLOOMINGTON IL 61701 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2916 | TRICOR | 717 AIRPORT BLVD 0 SOUTH SAN FRANCISCO CA 94080 | CUSTOMER AGREEMENT |
| 2.2917 | TRINITY DISTIBUTION (SA) | 1906 TREBLE DR #12  HUMBLE TX 77338 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2918 | TRINITY DISTRIBUTION (AUS) | 1906 TREBLE DR #12  HUMBLE TX 77338 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2919 | TRINITY DISTRIBUTION (DAL) | 1906 TREBLE DR STE 19  HUMBLE TX 77338 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2920 | TRINITY HOSPITAL | PO BOX 1229 0 WEAVERVILLE CA 96093 | CUSTOMER AGREEMENT |
| 2.2921 | TRINITY LOGISTICS (HO) | 1906 TREBLE DR #12  HUMBLE TX 77338 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2922 | TRINITY LOGISTICS (LUB) | 1906 TREBLE DR #12  HUMBLE TX 77338 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2923 | TRINITY LOGISTICS (TY) | 1906 TREBLE DR #12  HUMBLE TX 77338 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2924 | TRIPLETT JR, JEFFREY | 7215 W. 7TH ST  TULSA OK 74127 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2925 | TRIPLETT, MARGARET | 2205 N HUTCHINSON RD  SPOKANE WA 99212 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2926 | TRISTAN, A.P. | 2737 PROCTOR  WACO TX 76670 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2927 | TRI-STATE OFFICE PRODUCTS | 466 MAIN STREET 0 NEW ROCHELLE NY 10801 | CUSTOMER AGREEMENT |
| 2.2928 | TRIUMPH STRUCTURES (267) | 9301 MASON AVE. 0 CHATSWORTH CA 91311 | CUSTOMER AGREEMENT |
| 2.2929 | TRIVETTE, SELENA | 321 WINDING WINDING WAY  BRISTOL TN 37620 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2930 | TROWER, MARY | 731 CACTUS LN  APT# 21  SAN ANGELO TX 76903 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2931 | TRUWEST CREDIT UNION | 1667 NORTH PRIEST DRIVE 0 TEMPLE AZ 85281 | CUSTOMER AGREEMENT |
| 2.2932 | TS INC | 2373 TELLER RD STE 104 0 NEWBURY PARK CA 91320 | CUSTOMER AGREEMENT |
| 2.2933 | TSENG & ASSOCIATES | 25 ROLLING OAKS DR STE 211 0 THOUSAND OAKS CA 91361 | CUSTOMER AGREEMENT |
| 2.2934 | TUGGLE, RICHARD | 26217 CASTELTON DR  SOUTHFIELD MI 48076 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2935 | TULANE DRUG | 1340 POYDRAS ST STE 2040  NEW ORLEANS LA 70112 | AGENT AGREEMENT |
| 2.2936 | TULINA, VICENT | 9260 S 87TH EAST AVE  TULSA OK 74133 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2937 | TULOE EXPRESS | 56 OCEAN ST APT 2  PROVIDENCE RI 02905 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2938 | TURAY, SAIDU | 2997 JESSUP RD # 7  JESSUP MD 20794 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2939 | TURNER SR, MICHAEL | 4124 MONTCLAIR RD.  RICHMOND VA 23223 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2940 | TURNER, BOBBY | 3302 PLUNKETT RD  KESSLERS MILL VA 24153 | INDEPENDENT CONTRACTOR AGREEMENT |

# Schedule G
## Executory Contracts and Unexpired Leases

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.2941 | TURNER, CHARLES "EDDIE" | 20298 S 349TH EAST AVE  PORTER OK 74454 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2942 | TURNER, JAMES DAVID | 4781 BEACON RIDGE LANE  FLOWERY BRANCH GA 30542 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2943 | TURNER, MARVIN | PO BOX 1295  GLADEWATER TX 75647 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2944 | TURNER, SHELLY | POB 1004 KELLYVILLE   CREEK OK 74039 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2945 | TWEEDT, PENNY | 5578 ALYSSUM PLACE  MERIDIAN ID 83716 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2946 | TWINSTAR CREDIT UNION | 4525 INTELCO LOOP SE 0 LACEY WA 98503 | CUSTOMER AGREEMENT |
| 2.2947 | TWISTED M LLC (ABILENE) | 4034 NEWMAN RD  ABILENE TX 79601 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2948 | TYLER, GWENDOLYN | 442 ALLWEN DR  DAYTON OH 45406 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2949 | TYSON, KIM | 4435 MARLANE DR APT 133  PENSACOLA FL 32526 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2950 | UCSF DEMATOPATHOLOGY SERVICES | 1701 DIVISADERO STREET SUITE 280 SAN FRANCISCO CA 94115 | CUSTOMER AGREEMENT |
| 2.2951 | UDE, FRANK | 9833 AUDELIA RD, APT 1052  DALLAS TX 75238 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2952 | UDOSEN, BASSEY | 8318 BALLINA RIDGE CT  HOUSTON TX 77083 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2953 | UMAR, MUSTAFA | 9106 S 90TH EAST AVE  TULSA OK 74133 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2954 | UMPQUA BANK | 7106 W. WILL D ALTON LANE SUITE 105 SPOKANE WA 99224 | CUSTOMER AGREEMENT |
| 2.2955 | UNION BANK | P.O. BOX 60335 0 LOS ANGELES CA 90060 | CUSTOMER AGREEMENT |
| 2.2956 | UNIQUE FOODS NY, INC. | 150-44 129TH STREET  SOUTH OZONE PARK NY 11420 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2957 | UNISOURCE WORLDWIDE | P.O. BOX 419259 0 KANSAS CITY MO 64141 | CUSTOMER AGREEMENT |
| 2.2958 | UNITED COMMUNITY BANK | 1395 S. MARIETTA PKWY, BUILDING 200, SUITE 203 MARIETTA GA 30067 | CUSTOMER AGREEMENT |
| 2.2959 | UNITED HEALTH CARE | 10 CADILLAC DRIVE SUITE 320 BRENTWOOD TN 37027 | CUSTOMER AGREEMENT |
| 2.2960 | UNITED NATURAL FOODS WEST, INC | 17901 E, 40TH AVE 0 AURORA CO 80011 | CUSTOMER AGREEMENT |
| 2.2961 | UNITED WAY OF MASS BAY | 51 SLEEPER STREET 0 BOSTON MA 02210 | CUSTOMER AGREEMENT |
| 2.2962 | UNV SCREEN | 2516 HOSPITALITY DR   COLUMBIA TN 38401 | AGENT AGREEMENT |
| 2.2963 | UPCHURCH, RHONDA | 5035 RAINBOW HARBOUR CIR  COLORADO SPRINGS CO 80917 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2964 | UPROMISE | 85 WELLS AVENUE SUITE 110 NEWTON MA 02459 | CUSTOMER AGREEMENT |
| 2.2965 | UPS EXPRESS CRITICAL | 10881 LOWELL AVE SUITE 220 SHAWNEE MISSION KS 66210-1666 | CUSTOMER AGREEMENT |
| 2.2966 | UPS SUPPLY CHAIN | 600 FRITZ DRIVE 0 COPPELL TX 75019 | CUSTOMER AGREEMENT |
| 2.2967 | UPSHAW, GERALD | 918 MEADOWBROOK  CORPUS CHRISTI TX 78412 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2968 | UPSIDE INVESTMENTS | 25000 MUREAU ROAD 0 CALABASAS CA 91302 | CUSTOMER AGREEMENT |
| 2.2969 | URBAN OUTFITTERS, INC | 11555 N. MERIDEN ST   SUITE 300 0 CARMEL IN 46032 | CUSTOMER AGREEMENT |
| 2.2970 | URIBE, RAUL | 1638 CALLE DE ROJA  RIO RANCHO NM 87124 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2971 | URQUIZA, DANIEL | 7513 N 19TH STREET  MC ALLEN TX 78504 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2972 | US BANK | RALEIGH, NC 27604 0 ST LOUIS MO 63101 | CUSTOMER AGREEMENT |
| 2.2973 | US ELECTRICAL SERVICES | 701 MIDDLE ST 0 MIDDLETOWN CT 06457 | CUSTOMER AGREEMENT |
| 2.2974 | US TRUST | 5500 PRESTON RD SUITE B DALLAS TX 75205 | CUSTOMER AGREEMENT |
| 2.2975 | UW MEDICINE - ALNW | 6505 PERIMETER ROAD SOUTH SUITE 200 SEATTLE WA 98108 | CUSTOMER AGREEMENT |
| 2.2976 | UW MEDICINE - HARBORVIEW MEDICAL CENTER | 325 9TH AVE 0 SEATTLE WA 98104 | CUSTOMER AGREEMENT |
| 2.2977 | V.M. EXPRESS LLC | 37 POTTER CIRCLE  WETHERSFIELD CT 06109 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2978 | V3 | 200 N ELEVAR ST 0 OXNARD CA 93030 | CUSTOMER AGREEMENT |
| 2.2979 | VALBRACHT, KATRINA | 8900 TRACY DR  OKLAHOMA CITY OK 73132 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2980 | VALDES, REINIER | 2918 LOWELL DR  IRVING TX 75062 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2981 | VALDEZ IBANEZ, VERONICA | 112 AMMONITE LN  JARRELL TX 76537 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2982 | VALDEZ, DIANA | 4917 CALVIN DR.  CORPUS CHRISTI TX 78411 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2983 | VALIDUM, JOEL | 106 LAUREL AVE   CLIFTON NY 10304 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2984 | VALLES, MAYRA | 2910 W ROYAL LANE  IRVING TX 75063 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2985 | VALLEY BUSINESS FORMS | PO BOX 204 0 MONTVALE NJ 07645 | CUSTOMER AGREEMENT |
| 2.2986 | VALLEZ, LAUNY | 2815 W FORD AVE STE 1048  LAS VEGAS NV 89123 | INDEPENDENT CONTRACTOR AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.2987 | VAN DEN BROEKE, LINDA LYNN | 18419 HARNEY STREET   ELKHORN NE 68022 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2988 | VAN KEMPEN, ROBERT | 1139 FREMONT AVE NW  GRAND RAPIDS MI 49504 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2989 | VANCE, GABRIELE | 7409 COUNTY LINE RD   NEW ALBANY IN 47150 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2990 | VANCE, JAMES | 350 POWELL ROAD, APT 324  COLUMBIA SC 29203 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2991 | VANEGAS, WILSON | 405 E JACKSON ST  KISSIMMEE FL 34744 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2992 | VANNATA, LISA | 5641 MOSSBERG DR   NEW PORT RICHEY FL 34655 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2993 | VANTASSEL, ERICA | 215 LIBERTY ST   FRANKLIN PA 16323 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2994 | VARELLA, AGUINALDO | 643 S 700 W  PROVO UT 84601 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2995 | VARGAS, GINA | 706 ZLOTKIN CIRCLE APT 2  FREEHOLD NJ 07728 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2996 | VARGAS, JUAN | 2201 ROYAL ANTILLAS COURT  NORTH LAS VEGAS NV 89031 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2997 | VASQUEZ, CARLOS | 1409 MARILYN # 3  CONROE TX 77301 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2998 | VAUGHAN, BETTY | 1702 SE HILLSIDE DR   OAK GROVE MO 64075 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.2999 | VAUGHN, ANITA | 2907 NORTH ELGIN AVE  TULSA OK 74106 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3000 | VEJZOVIC, HASAN | 6740 GABLES WAY  JOHNSTON IA 50131 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3001 | VEJZOVIC, MUFID | 6740 GABLES WAY  JOHNSTON IA 50131 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3002 | VELJACIC, ANETA | 4528 MEADOWFORD DR  SAINT LOUIS MO 63129 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3003 | VELOX EXPRESS, INC | 243 S MADISON AVE  GREENWOOD IN 46142 | AGENT AGREEMENT |
| 2.3004 | VERMILLION, KATRINA | 403 CRESTVIEW AVE  VINTON VA 24179 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3005 | VERNIER, KIMBERLY CHRISTINE | 1685 WILLOW LN   ADRIAN MI 49221 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3006 | VIA BANCOURIER | 835 S ST PAUL ST   KANSAS CITY KS 66105 | AGENT AGREEMENT |
| 2.3007 | VIBE CREDIT UNION | 44575 W. 12 MILE RD. 0 NOVI MI 48377 | CUSTOMER AGREEMENT |
| 2.3008 | VICK, MICAL | 519 OAKLAND AVE   GAFFNEY SC 29341 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3009 | VICTORY, KENNETH | 4242 N. CAPISTRANO DR #133  DALLAS TX 75287 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3010 | VIDOVICH, CINDYLOU | 408 KENNERDELL ST   FRANKLIN PA 16323 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3011 | VILLA, MARIA | 3107 N. 57TH DR.  PHOENIX AZ 85031 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3012 | VILLAGE OFFICE SUPPLY | 600 APGAR DRIVE 0 SOMERSET NJ 08873 | CUSTOMER AGREEMENT |
| 2.3013 | VILLARREAL, JOSE LUIS | 1402 EL RECREO CIRCLE  EDINBURG TX 78539 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3014 | VILLARREAL, LORENA | 350 N ESPLANADE ST   ORANGE CA 92869 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3015 | VILLIRILLO, MERRIE | 15914 W 150TH TERRACE   OLATHE KS 66062 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3016 | VIORGE, JONATHAN | 84-10 101ST ST   RICHMOND HILL NY 11418 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3017 | VIRACOR-IBT LABORATORIES | 1001 TECHNOLOGY DRIVE  LEE'S SUMMIT MO 64086 | CUSTOMER AGREEMENT |
| 2.3018 | VIRK, MANDEEP | 120 RADCLIFF CIRCLE  DURHAM NC 27713 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3019 | VISION MEDIA MANAGEMENT & FULFILLMENT, LLC | 29125 AVENUE PAINE 0 VALENCIA CA 91355 | CUSTOMER AGREEMENT |
| 2.3020 | VISION SERVICE PLAN | 3131 FITE CIR 0 SACRAMENTO CA 95827 | CUSTOMER AGREEMENT |
| 2.3021 | VISTA HIGHER LEARNING | 500 BOYLSTON ST STE 620 BOSTON MA 02116 | CUSTOMER AGREEMENT |
| 2.3022 | VLASYUK, ANDREY | 7220 153RD LN NW  RAMSEY MN 55303 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3023 | VMR ENTERPRISES LLC | 13 MEADOWCREST DR  DURHAM NC 27703 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3024 | VMS BUSINESS CONCEPTS | 1514 HARD SCRABBLE RD  COLUMBIA SC 29203 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3025 | VONAGE BUSINESS INC. | 7900 WEST PARK DRIVE SUITE A-315 MCLEAN VA 22102 | UTILITIES AGREEMENT |
| 2.3026 | VONDUBEN, LUIS | 118 E. DAVIS ST   HARLINGEN TX 78550 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3027 | W.W. GRAINGER, INC | 100 GRAINGER PKWY. 0 LAKE FOREST IL 60045 | CUSTOMER AGREEMENT |
| 2.3028 | WAGNER CREATIVE GROUP | 961 N RICE AVE STE 5 0 OXNARD CA 93030 | CUSTOMER AGREEMENT |
| 2.3029 | WALKER, DENISE | 2053 BASIE DR   MARRERO LA 70072 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3030 | WALKER, KATIE | 1435 TRUAX CIR   HASTINGS MN 55033 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3031 | WALKER, LAKITA | 11165 TOWERING PINES DRIVE  SAINT LOUIS MO 63136 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3032 | WALKER, LISA | 308 WEST 15TH STREET  LUMBERTON NC 28358 | INDEPENDENT CONTRACTOR AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.3033 | WALKER, MARCUS | 29 PEACHTREE PL NW STE 7A ATLANTA GA 30309 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3034 | WALKER, MELISSA | 312 COUNTY RD 2900 LUBBOCK TX 79403 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3035 | WALKER'S EXPRESS | 1110 N OHENRY BLVD GREENSBORO NC 27405 | AGENT AGREEMENT |
| 2.3036 | WALLACE, BRIAN | 246 SHADY GROVE ROAD KINGS MOUNTAIN NC 28086 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3037 | WALLACE, JACQUELINE | 908 GALLAGHER ROAD GOLDEN CITY MO 64748 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3038 | WALLER, KEITH | 2670 WENDEE DR, APT 2524 CINCINNATI OH 45238 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3039 | WALLIN, CHRISTOPHER | 19 MIDDLE GRASSY BRANCH RD ASHEVILLE NC 28805 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3040 | WALLIN, PHILLIP | PO BOX 9414 ASHEVILLE NC 28815 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3041 | WALLS, CLIFTON | 3322 MANOR TREE LANE HOUSTON TX 77068 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3042 | WAL-MART JEWELRY | PO BOX 8039 MAIL STOP 0655 0 BENTONVILLE AR 72712 | CUSTOMER AGREEMENT |
| 2.3043 | WALPOLE, ADAM | 550 EAST DRIGGS AVENUE SALT LAKE CITY UT 84106 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3044 | WAP SVCS | 800 CUMMINGS PARK DR STE 5225 WOBURN MA 1801 | AGENT AGREEMENT |
| 2.3045 | WARDWELL, JANET | 600 W OLYMPIC PL STE 502 SEATTLE WA 98119 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3046 | WARE, KENNETH-OKC | 1906 S. PHOENIX AVE TULSA OK 74107 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3047 | WAREHOUSE MARKET | PO BOX 702280 0 TULSA OK 74136 | CUSTOMER AGREEMENT |
| 2.3048 | WASHINGTON MUTUAL BANK | 17875 VON KARMAN AVE 3RD FLOOR IRVINE CA 92614 | CUSTOMER AGREEMENT |
| 2.3049 | WASHINGTON, DAVID | 2001 RESERVOIR RD APT 45 LITTLE ROCK AR 72227 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3050 | WATERWAY PLASTICS | 2200 E. STURGIS RD 0 OXNARD CA 93030 | CUSTOMER AGREEMENT |
| 2.3051 | WATSON, DONALD | 260 BALMOSEA BULLARD TX 75757 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3052 | WATSON, LYNNIA | 517 N. CLEVELAND AVE SAND SPRINGS OK 74063 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3053 | WATSON, MICHAEL | 1918 EDGEWORTH AVE DAYTON OH 45414 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3054 | WATSON, TYRA | 9137 S KOMENSKY AVE OAK LAWN IL 60453 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3055 | WATTERS, JOANN | 5011 HAIRSTON CT COLUMBIA TN 38401 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3056 | WATTS, JAMES | 2405 BARNSIDE COURT SALEM VA 24153 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3057 | WAUSAU FINANCIAL -PARENT | P.O. BOX 119 0 WAUSAU WI 54402 | CUSTOMER AGREEMENT |
| 2.3058 | WAXIE - PARENT ACCT | 9353 WAXIE WAY 0 SAN DIEGO CA 92123 | CUSTOMER AGREEMENT |
| 2.3059 | WE DELIVER | 2912 MASON LN WYLIE TX 75098 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3060 | WE DRAW BLOOD MOBILE MEDICS | 20905 GREENFIELD RD SUITE 309 SOUTHFIELD MI 48075 | AGENT AGREEMENT |
| 2.3061 | WEBASTO | 2290 AGATE CT. STE B 0 SIMI VALLEY CA 93065 | CUSTOMER AGREEMENT |
| 2.3062 | WEBBER, CASEY | 4013 N E 179TH STREET VANCOUVER WA 98686 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3063 | WEBSTER BANK | 436 SLATER RD 0 NEW BRITAIN CT 06053 | CUSTOMER AGREEMENT |
| 2.3064 | WEBSTER, THOMAS | 9744 HICKORY HILL RD SAPULPA OK 74066 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3065 | WEERSMA, SUSAN JO | 223 REYNICK AVE SAGINAW MI 48602 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3066 | WEIS, JIM | 9909 BENSON AVE ST ANN MO 63074 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3067 | WEISS TRIMMING | 4321 15TH AVE 0 BROOKLYN NY 11219 | CUSTOMER AGREEMENT |
| 2.3068 | WEISS, JR, HERBERT | 1014 STAFFORD PL DETROIT MI 48207 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3069 | WELDON, LISA | 408 3RD AVE S LOT 146 BROOKINGS SD 57006 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3070 | WELLING, CHERYL REBECCA | 4180 QUAIL FARM ROAD THOMSON GA 30824 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3071 | WELLS FARGO | 2859 POWERS FERRY RD 12TH FLOOR, SUITE 1200 ATLANTA GA 30339 | CUSTOMER AGREEMENT |
| 2.3072 | WERLING, ELVA KAY | 17402 E 42ND ST S RAYTOWN MO 64133 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3073 | WERTZ, JOHNNY | 386 PHYLLIS CT VIRGINIA BEACH VA 23452 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3074 | WESSEL, MICHAEL | 1525 DUNGEE ST NORFOLK VA 23504 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3075 | WEST AMERICA BANK | 4560 MANGELS BLVD #B-1G FAIRFIELD CA 94534 | CUSTOMER AGREEMENT |
| 2.3076 | WEST COAST PATHOLOGY LABORATORIES | 712 ALFRED NOBLE DR 0 HERCULES CA 94547 | CUSTOMER AGREEMENT |
| 2.3077 | WEST, ANGELA | 601 JESSICA CIR CARL JUNCTION MO 64834 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3078 | WESTERN A. SOUTH TX LLC | 921 WEST BETHEL RD, BLDG 300, SUITE 315 COPPELL TX 75019 | REAL ESTATE LEASE AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.3079 | WESTERN SAW | 3200 CAMINO DEL SOL 0 OXNARD CA 93030 | CUSTOMER AGREEMENT |
| 2.3080 | WESTMORELAND TRANSPORTATION INC | 5433 BRENDONRIDGE RD INDIANAPOLIS IN 46226 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3081 | WESTPHAL, STEVEN ARTHUR | 3008 SW 129TH ST OKLAHOMA CITY OK 73170 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3082 | WETHERELL, JOANN | 6307 DAWSON DRIVE DES MOINES IA 50322 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3083 | WEYMOUTH DESIGN | 332 CONGRESS ST 0 BOSTON MA 02210 | CUSTOMER AGREEMENT |
| 2.3084 | WHANNOU, PAUL | 9901 GOOD LUCK ROAD APT T1 LANHAM MD 20706 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3085 | WHATLEY, JAMES | 1873 LAKEWOOD VILLAGE DRIVE ANTIOCH TN 37013 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3086 | WHEELER, DAVID | 4122 2ND AVE DES MOINES IA 50313 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3087 | WHEELER, NAKOMA | 419 W CATALPA ST WEST PLAINS MO 65775 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3088 | WHITE (RDU), RANADA | 126 WEST DRIVE WASHINGTON NC 27889 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3089 | WHITE, AMY NICOLE | 9419 SCOTT RIDGE RD ABINGDON VA 24210 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3090 | WHITE, CLIFTON | 5626 SPRING NIGHT ST SAN ANTONIO TX 78247 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3091 | WHITE, DOUGLAS | 6 FRANCIS ST NORTON MA 02766 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3092 | WHITE, LOUIS | 1621 S GRIMESLAND BRIDGE RD GRIMESLAND NC 27837 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3093 | WHITE, MARK | 9460 SCOTT RIDGE RD ABINGDON VA 24210 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3094 | WHITE, TOMMY | 4218 ABRAM DR CONLEY GA 30288 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3095 | WHITMER, COURTNEY | 607 YORKSHIRE DR WASHINGTON IL 61571 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3096 | WHITT, TIFFANY | 1810 TRAILS OF SUNBROOK ST CHARLES MO 63301 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3097 | WIAFE, EDWARD | 5911 N ROSS AVE OKLAHOMA CITY OK 73112 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3098 | WILBANKS, CINDY LYNN | 267 FOUR J RD CHELSEA AL 35043 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3099 | WILCOX, LEONARD | 8309 N BROOKS ST TAMPA FL 33604 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3100 | WILLIAM SONOMA | 10000 COVINGTON CROSS DR 0 LAS VEGAS NV 89144-6854 | CUSTOMER AGREEMENT |
| 2.3101 | WILLIAMS, ANGEL | 407 CParkway NORCROSS GA 30093 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3102 | WILLIAMS, CHARLES | 8710 W HILLSBOROUGH AVE # 303 TAMPA FL 33615 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3103 | WILLIAMS, COLETTA | 100 AUSTIN TERRACE PORTERDALE GA 30070 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3104 | WILLIAMS, FREDERICK | 13499 MOTTLESTONE DRIVE PICKERINGTON OH 43147 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3105 | WILLIAMS, JANET | 5363 MOSS OAK TRAIL LAKE PARK GA 31636 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3106 | WILLIAMS, JOSEPH S | 4427 FAVORED WAY UNION CITY GA 30291 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3107 | WILLIAMS, JOSIE | 8745 WILLIS AVE UNIT 114 PANORAMA CITY CA 91402 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3108 | WILLIAMS, JUSTINE | 14010 3RD ST HIGHLAND PARK MI 48203 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3109 | WILLIAMS, MICHELE | 3383 WEBSTER AVE APT 4 PITTSBURGH PA 15219 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3110 | WILLIAMS, MONICA EFFIE | 5973 NW 54TH LN TAMARAC FL 33319 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3111 | WILLIAMS, NIVA | 1200 COLLEGE AVE APT 3C BRONX NY 10456 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3112 | WILLIAMS, PAMELA | 2922 SOCKEYE DR HOUSTON TX 77045 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3113 | WILLIAMS, RODNEY | 58 MIDDLEBURY CT DEARBORN MI 48120 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3114 | WILLIAMS, RON | 8306 JAMES A REED RD RAYTOWN MO 64138 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3115 | WILLIAMS, SHANTEENA | PO BOX 6145 DOTHAN AL 36302 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3116 | WILLIAMS, TRACY | 1024 KENNESAW DR SE HUNTSVILLE AL 35803 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3117 | WILLICH, CINDY | 41 WILDCAT CIRCLE SALINA KS 67401 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3118 | WILLIFORD, ALONZO | 109-31 FARMERS BLVD SAINT ALBANS NY 11412 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3119 | WILLIS, KIMBERLY | 3580 VALLEY WOOD DR ST. LOUIS MO 63114 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3120 | WILLOCKS, EBENI | 21355 CLARETFIELD CT HUMBLE TX 77338 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3121 | WILMOT, DANIEL | 411 S CATHERINE ST. BAY CITY MI 48706 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3122 | WILSON, STEPHANIE | 4562 TWAIN AVE #13 SAN DIEGO CA 92120 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3123 | WINBRE ENTERPRISES | 8843 RODEO DR APT 184 IRVING TX 75063 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3124 | WINBRE ENTERPRISES (DALLAS) | 8843 RODEO DR, APT 184 IRVING TX 75063 | INDEPENDENT CONTRACTOR AGREEMENT |

# Schedule G
Executory Contracts and Unexpired Leases

| Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|
| 2.3125 WINCHELL, JAY | 1681 N. M33  CHEBOYGAN MI 49721 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3126 WINDY CITY WIRE | 386 INTERNATIONAL DRIVE SUITE H BOLINGBROOK IL 60440 | CUSTOMER AGREEMENT |
| 2.3127 WINES, MARK | 2121 36TH STREET  DES MOINES IA 50310 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3128 WINGATE | 189 WELLS AVE GARDEN SUITE NEWTON MA 02456 | CUSTOMER AGREEMENT |
| 2.3129 WIRE & WOOD LLC | 2410 BELL STREET  SHREVEPORT LA 71103 | REAL ESTATE LEASE AGREEMENT |
| 2.3130 WIRTS, JILL VIRGINIA | 8707 FOREST AVE   ST. LOUIS MO 63114 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3131 WISE CONSTRUCTION | 21 EAST ST 0 WINCHESTER MA 01890 | CUSTOMER AGREEMENT |
| 2.3132 WISHART, MAGGIE | 11434 LOCH RAVEN BLVD  FISHERS IN 46037 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3133 WITT, DUSTYN | 17405 NW 45 HIGHWAY  WALDRON MO 64092 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3134 WITTROCK, JESSICA | 4122 2ND AVE  DES MOINES IA 50313 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3135 WOLF, MARIE | 27008 S ORCHARD RD   HARRISONVILLE MO 64701 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3136 WOLFE, GWENDOLYN | 1236 MUSKOPF PLACE  DUPO IL 62239 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3137 WOMACK, CARMEN | 10190 W FOX BRUSH DR  BOISE ID 83709 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3138 WOOD, ANNE | 4797 DAYBREAK CIR   COLORADO SPRINGS CO 80917 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3139 WOOD, DOROTHY | 2436 NW 36TH TERRACE  OKLAHOMA CITY OK 73112 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3140 WOODARD, JARED | 134 MCCULLOCH ST  PEA RIDGE AR 72751 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3141 WOODRUFF, KIM TAYLOR | 1301 ARAGON DR APT 107  KNIGHTDALE NC 27545 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3142 WOODRUM, JAMES | 1212 BUCKLEBURY CT.  WINSTON SALEM NC 27103 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3143 WOODS, KELLY | 218 MEADOW RD  LAURENS SC 29360 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3144 WOODS, TERESA | 5018 CINDY WAY  LAS VEGAS NV 89146 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3145 WOODSON, EVELYN | 1940 PRINCETON AVENUE  ATLANTA GA 30337 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3146 WOOLSEY, CHARLOTTE | 313 PINE RIDGE RD  WEST MONROE LA 71292 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3147 WORLD PAC | 37137 HICKORY ST.  NEWARK CA 94560 | CUSTOMER AGREEMENT |
| 2.3148 WORLDNET INTERNATIONAL | 147-40-184TH ST 0 JAMAICA NY 11413 | CUSTOMER AGREEMENT |
| 2.3149 WORTH JR, WILLIAM | 4650 W OAKEY BLVD #2198  LAS VEGAS NV 89102 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3150 WRIGHT JR, JAMES | 401 NELSON DRIVE  WARNER ROBINS GA 31088 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3151 WRIGHT, DUSTIN | 7007 NW 77TH STREET  KANSAS CITY MO 64152 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3152 WRIGHT, ERIC | 1010 RUE MARSELLE  CHESAPEAKE VA 23320 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3153 WRIGHT, KEVIE | 208 EOLA DR  ALEXANDRIA LA 71303 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3154 WRIGHT, LOU ANNE | 9875 S EVENING MOON WAY  SANDY UT 84070 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3155 WRIGHT, PAMELA | 802 ORIENTA AVE APT C  ALTAMONTE SPRINGS FL 32701 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3156 WRIGHT, SEAN | 17705 NW 127TH STREET  PLATTE CITY MO 64079 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3157 WRIGHT, TERRY | 14513 N 125TH AVE  EL MIRAGE AZ 85335 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3158 WRIGHT, WILLIAM | 10216 E 23RD PL  TULSA OK 74129 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3159 WSECU | 330 UNION AVE SE 0 OLYMPIA WA 98507 | CUSTOMER AGREEMENT |
| 2.3160 WT RICH COMPANY | 29 CRAFTS STREET SUITE 300 NEWTON MA 02458 | CUSTOMER AGREEMENT |
| 2.3161 WYNN, CLAUDIA | 8319 HALL ST  LENEXA KS 66219 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3162 XENEL INTERNATIONAL | 2637 TOWNSGATE RD STE 300 0 WESTLAKE VILLAGE CA 91361 | CUSTOMER AGREEMENT |
| 2.3163 XIBEO | 701 DEL NORTE BLVD STE 100 0 OXNARD CA 93030 | CUSTOMER AGREEMENT |
| 2.3164 XPO LOGISTICS - PARENT ACCOUNT | 4043 PIEDMONT PARKWAY 0 HIGH POINT NC 27265 | CUSTOMER AGREEMENT |
| 2.3165 YA COURIER XPRESS | 104-67 42ND AVENUE  CORONA NY 11368 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3166 YAGER, ANDREW | 3066 CONCORDIA LN  GREEN BAY WI 54311 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3167 YALE DELIVERY | 9059 E KEMPER RD  MONTGOMERY OH 45249 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3168 YAN, WEI | 6426 GALAXIE DR  OKLAHOMA CITY OK 73132 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3169 YANG, CHOU | 13301 E 132ND ST N.  COLLINSVILLE OK 74021 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3170 YANG, IAONG | 4104 VALENTINE CREST RD  ARDEN HILLS MN 55112 | INDEPENDENT CONTRACTOR AGREEMENT |

| | Contract Counterparty | Address | State What the Contract or Lease is for and the Nature of the Debtor's Interest |
|---|---|---|---|
| 2.3171 | YASSINE, ABBAS | 14041 PRESTON RD #704  DALLAS TX 75254 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3172 | YAU, SUI | 4701 MONTEREY OAKS BLVD APT 635  AUSTIN TX 78749 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3173 | YEAGER, DANA | 3088 STOUENBURGH DR  HILLIARD OH 43026 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3174 | YEBOAH, ANDREWS | 2905 POOLSIDE DR  COLUMBUS OH 43224 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3175 | YEIKER TRANSPORTATION LLC | 23 MAY  BLOOMFIELD CT 06002 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3176 | YEOMANS, JAY | 935 DIANA HILLS WAY  SANDY UT 84094 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3177 | YEVUGAH, CHERRY | 7040 LYREWOOD LANE  OKLAHOMA CITY OK 73132 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3178 | YIP, BRANDI | 1710 SW ALBERCA LN  PORT ST LUCIE FL 34953 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3179 | YORK, MELONY | 2755 REINFORD DR  NEWBURGH IN 47630 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3180 | YOUNG JR, RAY | 2326 NEWTON ST  GREENSBORO NC 27406 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3181 | YOUNG, AVISHADI | 15016 STATESVILLE RD  HUNTERSVILLE NC 28078 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3182 | YOUNG, MELISSA | 3120 N 47TH ST  LINCOLN NE 68504 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3183 | YOUNG, OZELL | 8324 N SPRUCE AVE  KANSAS CITY MO 64119 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3184 | YOUNG, STACEY | 3111 SHADY WOOD LN  EVANSVILLE IN 47712 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3185 | YOUNG, TRACEY | 11277 OAK HILL MANOR DR  BRIDGETON MO 63044 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3186 | YOUNGBLOOD MINERAL COSMETICS | 4583 ISH DR 0 SIMI VALLEY CA 93063 | CUSTOMER AGREEMENT |
| 2.3187 | YOUNGREN, LAURA | 124 BAYBRIGHT DRIVE EAST  SHIRLEY NY 11967 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3188 | YOUNT, DEBORAH | 367 FRISBIE CIR  VACAVILLE CA 95688 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3189 | YOUNT, KEITH | 635 FRANKLIN AVE  UNION OH 45322 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3190 | YOUSSEF, HANY | 326 GREEN MOUNTAIN COURT  PASADENA MD 21122 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3191 | YUSKOSKI, TRACY | 424 BITLER HILL RD  MUNCY PA 17756 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3192 | YUSUF, ABDIAZIZ | 1600 SOUTH 6TH ST  APT B336  MINNEAPOLIS MN 55454 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3193 | ZABELSKI, MIKHAIL | 7995 E MISSISSIPPI  DENVER CO 80247 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3194 | ZABRE, ADISSA | 4000 WESTBROOK DR APT 710  BROOKLYN OH 44144 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3195 | ZAINOBA, WALID M | 7456 E 49TH ST  APT 1  TULSA OK 74145 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3196 | ZALETA, MARCO | 2834 ROBERTSON ROAD  ABILENE TX 79606 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3197 | ZAMBRANO, ROBERT | 357 WILLET ST  HAINES CITY FL 33844 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3198 | ZARAGOZA, LUIS | 4719 LA RUE ST  DALLAS TX 75211 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3199 | ZAVALA, TITO | 8309 DERBY LANE  FORT WORTH TX 76123 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3200 | ZELLNER, BRIAN | 12787 BOOKER T WASHINGTON HWY  HARDY VA 24101 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3201 | ZENAGO INC. | 6202 BANNOCK ROAD  WESTMINSTER CA 92683 | UTILITIES AGREEMENT |
| 2.3202 | ZERO VFX | 162 COLUMBUS AVENUE 0 BOSTON MA 02116 | CUSTOMER AGREEMENT |
| 2.3203 | ZEVIAR, SELINA | 10039 STATE ROUTE 700, LOT 109  MANTUA OH 44255 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3204 | ZIMMERMAN, KENYTHA | 1211 WESTERN AVE  SWANSEA IL 62226 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3205 | ZINGSHEIM, HOLLY | 729 ROUND BAY ROAD  NORFOLK VA 23502 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3206 | ZIONS BANK | 2200 SOUTH 3270 WEST 0 SALT LAKE CITY UT 84119 | CUSTOMER AGREEMENT |
| 2.3207 | ZIP EXPRESS | 4617 ALLMOND AVE  LOUISVILLE KY 40209 | AGENT AGREEMENT |
| 2.3208 | ZONNO, PAULA | 208 HOLLY HILL RD  DAVENPORT FL 33837 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3209 | ZOOM ROSES | 3715 CONFLANS ROAD SUITE 100 IRVING TX 75061 | CUSTOMER AGREEMENT |
| 2.3210 | ZPOWER, LLC | 4765 CALLE QUETZAL SUITE A 0 CAMARILLO CA 93012 | CUSTOMER AGREEMENT |
| 2.3211 | ZUNAC, IGOR | 825 S VAIL AVE  ARLINGTON HTS IL 60005 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3212 | ZUNIGA, PATRICIA | 6484 ANDERSON AVE  OLMITO TX 78575 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3213 | ZURAW, DAVID | 4220 BRIARWICK DRIVE  NORTH CHESTERFIELD VA 23236 | INDEPENDENT CONTRACTOR AGREEMENT |
| 2.3214 | ZWIRNER, LISA | 5392 GLENDALOUGH STREET  CANAL WINCHESTER OH 43110 | INDEPENDENT CONTRACTOR AGREEMENT |

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Does the debtor have any codebtors?

○ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

◉ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | SEE SCHEDULE H ATTACHMENT | | ☑ D ☐ E/F ☐ G |

## Schedule H – Attachment 1

*Revolving Note and Term Note, each dated December 19, 2012*

| Role | Debtor |
|---|---|
| Guarantor | BeavEx Holding Corporation |
| Guarantor | BeavEx Acquisition, Inc. |
| Issuer | BeavEx Incorporated |
| Issuer | JNJW Enterprises, Inc. |
| Issuer | USXP, LLC |

*Senior Secured Promissory Note, dated June 15, 2017, and Senior Secured Promissory Note, dated August 17, 2017*

| Role | Debtor |
|---|---|
| Issuer | BeavEx Holding Corporation |
| Issuer | BeavEx Acquisition, Inc. |
| Issuer | BeavEx Incorporated |
| Issuer | JNJW Enterprises, Inc. |
| Issuer | USXP, LLC |

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206G)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a
declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/05/2019

/s/ Donald Van der Wiel
_____
Signature of individual signing on behalf of debtor

Donald Van der Wiel
_____
Printed name

Chief Restructuring Officer
_____
Position or relationship to debtor